Felony

FILED
OCT X 9 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **03CR0978**   cat 3

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **JUDGE AMY ST. EVE**   **NO X   YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):   **MAGISTRATE JUDGE KEYS**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X   YES ☐**

6) What level of offense is this indictment or information?   **FELONY X   MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO X   YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO X   YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery ........... (II) | ☐ Other Fraud ............. (III) | ☐ Immigration Laws ............. (IV) |
   | ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ............. (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting ............. (III) | ☐ Selective Service Act ........... (IV) |
   | ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ............. (III) |
   | ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ........... (III) | X Other Federal Statutes ........... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Sections 401(3)

    _____
    JOSEPH M. FERGUSON
    Assistant United States Attorney

(Revised 12/99)