IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 1 7 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:  **By Hand Delivery**
Joseph M. Ferguson
Reid Schar
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE,** that on this 17th day of May, 2004, the undersigned filed or

caused to be filed with the Clerk of the District Court for the Northern District of Illinois, at

Chicago, Illinois, the foregoing Defendant's Submission of Affidavit of Mohammed Jarad, a

copy of which is hereby served upon you.

_____
**THOMAS ANTHONY DURKIN,** One of
the Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

39

## CERTIFICATE OF SERVICE

**THOMAS ANTHONY DURKIN**, attorney at law, hereby certifies that on May 17,

2004, he served, or caused to be served, the foregoing pleading on the following attorneys of

record by hand delivery:

Joseph M. Ferguson
Reid Schar
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**THOMAS ANTHONY DURKIN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

MAY 1 7 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SUBMISSION OF AFFIDAVIT OF MOHAMMED JARAD

Defendant, **ABDELHALEEM ASHQAR,** by and through his attorneys, **THOMAS
ANTHONY DURKIN** and **MICHAEL KENNEDY,** pursuant to the Effective Assistance of
Counsel clause of the Sixth Amendment to the Constitution of the United States, respectfully
submits the attached affidavit of Mohammed Jarad regarding his waiver of a potential conflict of
interest in this case.

Respectfully submitted,

**THOMAS ANTHONY DURKIN,** One of
the Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

STATE OF ILLINOIS )
                     ) SS
COUNTY OF COOK )

## AFFIDAVIT

**MOHAMMED JARAD**, having been first duly sworn, upon oath, states as follows:

1.     I have received the March 26, 2004, letter the government provided my attorney, Thomas Anthony Durkin, regarding a potential conflict based upon his representation of Dr. Abdelhaleem Ashqar. A copy of the letter is attached hereto.

2.     I have been fully advised of my right to be represented by "conflict-free" counsel by Mr. Durkin, and I am fully aware that Mr. Durkin's representation of another person who has been subpoenaed by the grand jury could pose a potential conflict of interest.

3.     I am also mindful of the fact, as the government letter states, that should circumstances change and a serious potential conflict or actual conflict of interest arise, I might have to obtain new counsel. While I acknowledge such a possibility, I still wish for Mr. Durkin to represent me, and I waive any potential conflict so as to permit him to represent Dr. Ashqar.

4.     Nothing in this affidavit should be construed, however, as suggesting that I agree with the government's assessment with respect to whether a potential conflict might exist.

 

_____
MOHAMMED JARAD

Subscribed and Sworn to before me
this ____ day of May, 2004

_____
Notary Public

```
OFFICIAL SEAL
PAULA F CASTANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/12/08
```