FELONY

03 CR 978

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

FILED

AUG 19 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED

AUG 2 7 2004

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐ **YES X**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **No. 03 CR 978 - Judge Amy St. Eve**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X** MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............... (II) | ☐ Income Tax Fraud ............ (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery .......... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws ............. (IV) |
| ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
| ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana .......... (III) | X Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Sections 1962(d); 2339B; 1503; 401(3)

JOSEPH M. FERGUSON
Assistant United States Attorney

(Revised 12/99)

60