AO 442 (Rev. 6/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Illinois
Eastern Division

United States of America

**WARRANT FOR ARREST**

v.
MUHAMMAD HAMID KHAHLIL SALAH

Case Number: 03 CR 978

**DOCKETED**

AUG 2 7 2004

To: The United States Marshal
   And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MUHAMMAD HAMID KHAHLIL SALAH  and bring him or

her forthwith to the nearest magistrate judge to answer a(n)

**X  2ND SUPERSEDING  Indictment**  Information    Complaint    Order of court    Violation Notice    Probation

Violation Petition
charging him or her with

| | |
|---|---|
| 18:1962(d) | RICO - RACKETEERING |
| 18:2339B | PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS. |
| 18:1503 | INFLUENCE/INJURING OFFICER/JUROR/WITNESS |

in violation of Title   18,   United States Code, Section(s) 1962(d), 2339B, 1503

KAREN TAPIA

Name of Issuing Officer

Signature of Issuing Officer

U.S. DEPUTY CLERK

Title of Issuing Officer

AUGUST 19TH, 2004   CHICAGO ILLINOIS

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest | SDUSM Chistoph Star | OSHAW. |

