UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )
  v. ) No. 03 CR 978
 ) Hon. Amy St. Eve
MUHAMMAD SALAH, and )
ABDELHALEEM ASHQAR, )

GOVERNMENT'S SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF
GOVERNMENT'S MOTION TO CONDUCT CERTAIN PORTIONS OF
EVIDENTIARY HEARING ON DEFENDANT SALAH'S MOTION TO
SUPPRESS PURSUANT TO CLASSIFIED INFORMATION PROCEDURES
ACT AND FOR APPLICATION OF OTHER MEASURES TO ENSURE WITNESS SAFETY

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois hereby submits it supplement affidavit in support of its motion to conduct a portion of the Salah suppression hearing scheduled for March 6, 2006 pursuant to the Classified Information Procedures Act.

1. On January 5, 2006, the government filed a Motion To Conduct Certain Portions of Evidentiary Hearing on Defendant Salah's Motion to Suppress Pursuant to Classified Information Procedures Act (CIPA) and for Application of Other Measures to Ensure Witness Safety. While the motion itself was public, one of the exhibits – an affidavit from Israeli authorities was not publicly submitted, but rather was filed under seal and restricted to the court, defendant Salah and defense counsel. A second exhibit – a classified affidavit from FBI Assistant Director David Szady, was filed subject to the strictures of CIPA.

2. On January 17, 2006, this court directed the government to file an affidavit providing additional detail on the matters, to which agents of the Israeli Security Agency may testify.

3.The government's affidavit is attached hereto. As it is based on classified information

originating with the Government of Israel, it is being filed under seal, with distribution limited to the Court defendant Salah and defense counsel, consonant with Israel's limited waiver of Israeli classification for purposes of these proceedings.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    s/Joseph Ferguson
       Joseph Ferguson
       Reid Schar
       Carrie Hamilton
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 353-1414