**Exhibit A to Salah Intervention Motion**

**List and Description of Organizational and Individual Intervenors
Seeking to Support Public Access to Defendant Salah's Criminal Trial[1]**

**A.      Organizations**

**1.      AFSC - Chicago, Illinois**

The Chicago Office of American Friends Service Committee carries out service, development, social justice, and peace programs throughout the world. Founded by Quakers in 1917 to provide conscientious objectors with an opportunity to aid civilian war victims, AFSC's work attracts the support and partnership of people of many races, religions, and cultures. The Chicago Office of the American Friends Service Committee is committed to developing leaders from within the diverse communities of Chicago, and to building a sustainable peace with justice movement that reaches beyond this city's borders.

**2.      American-Arab Anti-Discrimination Committee (ADC)**

ADC is a grassroots civil rights organization, which welcomes people of all backgrounds, faiths, and ethnicities as members. ADC, which is non-sectarian & non-partisan, is the largest Arab-American grassroots organization in the United States. It was founded in 1980 by former U.S. Senator James Abourezk and has chapters nationwide.

ADC is at the forefront in combating defamation and negative stereotyping of Arab Americans in the media and wherever else it is practiced. In doing so, it acts as an organized framework through which Arab Americans can channel their efforts toward unified, collective, and effective advocacy; by promoting a more balanced U.S. Middle East policy and serving as a reliable source for the news media and educators. By promoting cultural events and participating in community activities, ADC has made great strides in correcting anti-Arab stereotypes and humanizing the image of the Arab people. In all these efforts, ADC coordinates closely with other civil rights and human rights organizations on issues of common concern.

---

[1]  Due to the short amount of time available to organize the list of intervenors, some organizations, who participated in the first intervention did not have the opportunity to meet and formally approve their participation again so their names have not been listed.

### 3. ANSWER Coalition – Chicago (Act Now to Stop War and End Racism)

The A.N.S.W.E.R. Coalition formed on September 14, 2001. It is a coalition of hundreds of organizations and prominent individuals and scores of organizing centers in cities and towns across the country. Its national steering committee represents major national organizations that have campaigned against U.S. intervention in Latin America, the Caribbean, the Middle East, and Asia, and organizations that have campaigned for civil rights and for social and economic justice for working and poor people inside the United States

### 4. Arab American Action Network

The Arab American Action Network (AAAN) is a grassroots, community based organization that strives to strengthen the Arab immigrant and Arab American community in the Chicago area through the combined strategies of community organizing, advocacy, education and social services, leadership development, and forging productive relationships with other communities. The AAAN works to improve the quality of life of Arab Americans by building our community's capacity to be an active agent for positive social change.

### 5. CAIR-Council of American Islamic Relations

The Council on American-Islamic Relations (CAIR) is a national nonprofit 501© (4), grassroots civil rights and advocacy group. CAIR is America's largest Islamic civil liberties group, with regional offices nationwide and in Canada. The national headquarters is located on Capitol Hill in Washington D.C.  CAIR has an active Chicago chapter.

Since its establishment in 1994, CAIR has worked to promote a positive image of Islam and Muslims in America. Through media relations, lobbying, education, and advocacy, CAIR puts forth an Islamic perspective to ensure the Muslim voice is represented. In offering this perspective, CAIR seeks to empower the American Muslim community and encourage their participation in political and social activism.

### 6. Chicago Committee To Defend the Bill of Rights

The Chicago Committee to Defend the Bill Of Rights (CCDBR) has fought for 42

years against government encroachment on our constitutional rights in all its forms.  CCDBR began as part of the struggle to disband the House Committee on Un-American Activities (HUAC), played a major role in the opposition to Chicago Police "Red Squad" spying since the 1970's, and in 2001 helped facilitate the passage of the Chicago City Council Resolution against The Patriot Act.

### 7.      Chicago Independent Media Center.

The Chicago Independent Media Center is a grassroots organization committed to using media production and distribution as tools for promoting social and economic justice in the Chicago area. Chicago IMC remains dedicated to addressing issues that the mainstream media neglects and works to empower people to " become the media" by providing democratic access to available technologies and information. The Chicago IMC maintains a website (chicago.indymedia.org), produces a monthly radio program, "From The Trenches," and a monthly TV series, "Chicago Independent Television."

### 8.      Chicago Media Action (CMA)

Chicago Media Action (CMA) is an activist group in Chicago dedicated to analyzing and broadening Chicago's mainstream media and to building Chicago's independent media. Since 2002, Chicago Media Action has concentrated its activist work to a number of media-related spheres in Chicago and across the United States, including the Federal Communications Commission, U.S. public television (PBS), public and community radio, cable public access television, and challenges to the corporate media.

### 9.      Civil Rights Education Center (CREC)

Civil Rights Education Center (formerly Muslim Civil Rights Center)  is a community based non-profit organization whose mission is to raise awareness about civil and human rights issues, through advocacy, education and collaborative support.

Civil Rights Education Center was formed in 2003 to develop a concerted and collective voice against discriminatory actions projected primarily against Muslims and Arabs in the United States.

Since its beginning, the CREC has tirelessly organized seminars and workshops on civil rights issues impacting the Muslim communities in the Chicago Metropolitan area. It also provided both financial and advocacy support to a number of key civil rights and due process cases that received national attention.

Our objectives are to:
Serve as a catalyst to safeguard civil rights for all
Increase public understanding and awareness of disparate treatment received by Muslims, especially by the media and policy makers.
Provide information and education about civil rights
Provide support to Muslim individuals and organizations whose civil rights have been violated

### 10. The Community Justice for Youth Institute

Community Justice for Youth Institute is an organization whose mission is to keep youth of color out of the Juvenile justice system through the use of restorative justice training, advocacy, and service.

It is through our experience of working with youth in the Juvenile Court System individually and organizationally over twenty years that we know how essential it is that the court process be open and transparent.

### 11. Council of Islamic Organizations of Greater Chicago

The Council of Islamic Organizations of Greater Chicago is one of the largest American Muslim civil rights organization."The Council" was officially formed in 1992, with twenty member mosques and organizations. Since then, with the growth of the Chicago area Muslim community, the Council has grown to include almost 50 formal members, including the largest mosques and Islamic centers, established smaller mosques, full-time accredited Islamic parochial elementary and high schools, institutions of higher education, community service institutions, civil rights groups, and professional associations -several smaller Islamic organizations, although not formal members, are loosely affiliated or otherwise within the networking sphere of the Council. Today, the Council is the premiere federated body representing the cross-section of over 400,000 Muslim Americans in the Greater Chicago area. By way of its membership, the Council has the knowledge, contacts and long-standing relationships to both reach out to and represent this diverse Muslim American community.

## 12.    The 8th Day Center for Justice

The 8th Day Center for Justice is a coalition of 42 Roman Catholic congregations of nuns, priests, and brothers dedicated to social justice and systemic change based on our faith. We are an NGO with the United Nations and have been in existence for 32 years. We work in coalition with other groups working nonviolently for peace and justice in our world. Our issues include civil liberties, globalization, peace and nonviolence, women's rights and anti-racism.

## 13.    HammerHard Mediaworks

HammerHard Mediaworks is a worker-run non-profit collective of media professionals and activists committed to media advocacy, skills-sharing and movement-building in partnership with grassroots progressive groups.

## 14.-16.    The Heartland Alliance and its affiliated organizations, the Marjorie Kovler Center for the Treatment of Survivors of Torture and the National Immigrant Justice Center (formerly the Midwest Immigrant & Human Rights Center)

As a hundred-year-old anti-poverty and human rights organization, Heartland Alliance for Human Needs & Human Rights engages in direct service as well as policy reform to ameliorate poverty and protect the rights of vulnerable individuals. Heartland Alliance provides comprehensive care for victims of torture, including medical, mental health, housing and legal services.

The Marjorie Kovler Center for the Treatment of Survivors of Torture, a program of Heartland Alliance, provides comprehensive services to torture survivors in Chicago and the Midwest who were subjected to torture by government officials acting in an official capacity outside the United States.

Based on our work with survivors of torture, we know that torturers often use secrecy and the rhetoric of national security to hide their actions. Open proceedings and the strict prohibition of evidence obtained through the use of torture are essential in protecting individual rights. The torture survivors we see tell us repeatedly that part of their torture included being forced to sign documents they knew were false, which were later used against them. Confessions obtained by torture are not accurate and should have no bearing on legal

5

proceedings in this country.

The National Immigrant Justice Center (formerly the Midwest Immigrant & Human Rights Center), a program of Heartland Alliance, provides comprehensive legal services to immigrants, refugees and asylum seekers, including persons being detained by the Immigration and Customs Enforcement. MIHRC represents immigrants, including torture survivors, who are seeking protection in the United States under the United Nations Convention Against Torture and other Cruel, Inhuman or Degrading Treatment or Punishment, to which the United States is a signatory.

A democratic society requires open hearings in cases such as Mohammad Salah's. Under the most basic standards of justice and common decency, confessions extracted under torture cannot be used in evidence because of their unreliability, and because the practice of torture is abhorrent, and prohibited under international and domestic law. Proceedings must be transparent and open to public scrutiny, particularly if there are credible allegations that torture was used to coerce a confession. When the proceedings are transparent, the public and the judiciary have an opportunity to assess the veracity of the evidence being presented. If public, open hearings indicate that torture was not used in this case, then public confidence in the judicial system is maintained. If the court closes hearings regarding the use of torture to extract evidence, public confidence in the judicial system is compromised.

### 17.    Hyde Park Committee Against War and Racism

The Hyde Park Committee Against War and Racism is a Chicago neighborhood organization concerned with issues of peace and war, social justice, civil rights, human rights, and racial inequality. This is an inclusive group that works with other groups in promoting community education and organizing events and demonstrations directed toward achieving a more just and peaceful world.

### 18.    Mosque Foundation – Bridgeview, IL

The Mosque Foundation was established in 1967 and opened its doors in 1981. Today it is one of the largest Mosques in the Midwest.  It is a full service center that is open almost 24 hours and has functions on a daily basis. The Mosque Foundation is the home to over 10,000 Chicago area American Muslims.

### 19. Northeastern Illinois Chapter of National Lawyers Guild

The National Lawyers Guild, Chicago, is the Northeastern Illinois chapter of the professional association of progressive attorneys, legal workers, law students, and incarcerated pro-se litigants. The Guild is the one of the largest and oldest progressive legal organizations in the United States. The Guild was founded in 1937 as an alternative to the American Bar Association, which was still racially segregated. The Guild is the only bar association to admit legal workers, students, and jailhouse lawyers to full voting membership.  Chapter members have a long history of representing persons seeking to vindicate their constitutional rights and have litigated claims of police torture in federal court in Chicago.  These experiences cause chapter members to believe that open public access to court hearings dealing with issues of torture and coerced confessions are vital to maintaining democratic institutions..

### 20. Not In My Name

Not in My Name (NIMN) is a predominantly Jewish group that was founded in the Fall of 2000 to organize opposition to the Israeli Occupation.  We believe that Israelis and Palestinians deserve a chance to live together in peace, but that the Occupation, and the U.S. support for it, are the primary obstacles preventing them from doing so.

We support the self-determination of both peoples while rejecting all violence against innocent civilians.  We endorse the applicability of international law, including the *Universal Declaration of Human Rights*, which states that "Everyone has the right to leave any country, including his own, and to return to his country," as well as the *Fourth Geneva Convention relative to the Protection of Civilian Persons in Time of War*, which states that "The Occupying Power shall not deport or transfer parts of its own civilian population into the territory it occupies."

Not in My Name undertakes educational work through participation in various public events.  We hold a weekly vigil in downtown Chicago every Sunday from Noon to 1:00pm.  Over the past 5 years, these vigils have reached many tens of thousands of people

### 21. The Palestine Solidarity Group (PSG)

The Palestine Solidarity Group (PSG)-Chicago was formed to support self-determination and the national liberation struggle of the Palestinian people through education, direct action campaigns, and helping to build a broad

movement of Palestine solidarity work amongst Palestinians, Arabs, and other national groups in Chicagoland and across the U.S. The PSG is a progressive organization that works to end U.S. aid to Israel, to end the Israeli occupation of all Palestinian and Arab land, to implement the comprehensive Right of Return for all Palestinian refugees and their descendants, and to free all Palestinian and Arab political prisoners in Israeli jails.

**B.** **Individuals**

### 1.   Ali Abunimah

Ali Abunimah is a writer, commentator and researcher on Middle East and Arab-American affairs. He is author of "One Country: a bold proposal to end the Israeli-Palestinian impasse," (Metropolitan Books, 2006). Abunimah's articles have appeared in The Chicago Tribune, The Daily Star (Lebanon), The The New York Times, The Los Angeles Times, The Financial Times, The Philadelphia Inquirer, The Jordan Times among other publications. He is frequent guest on local, national and international radio and television, including CNN, Fox, MSNBC, Pacifica Radio, Radio Canada and the BBC. He received his BA from Princeton University and MA from the University of Chicago and directs research for children's services in the Middle East, Europe and the United States.

### 2.   M. Charif Bassiouni

M. Cherif Bassiouni is Distinguished Research Professor of Law at DePaul University College of Law and President of the International Human Rights Law Institute. He is also President of the International Institute of Higher Studies in Criminal Sciences in Siracusa, Italy, as well as the Honorary President of the International Association of Penal Law (President 1989-2004), based in Paris, France.

He has served the United Nations in a number of capacities, including as: Member and then Chairman of the Security Council's Commission to Investigate War Crimes in the Former Yugoslavia (1992-94); Commission on Human Rights' Independent Expert on The Rights to Restitution, Compensation and Rehabilitation for Victims of Grave Violations of Human Rights and Fundamental Freedoms (1998-2000); Vice-Chairman of the General Assembly's Ad Hoc Committee on the Establishment of an International Criminal Court (1995); and Chairman of the Drafting Committee of the 1998 Diplomatic Conference on the

Establishment of an International Criminal Court. In 2004, he was appointed by the United Nations High Commissioner for Human Rights as the Independent Expert on the Situation of Human Rights in Afghanistan.

In 1999, Professor Bassiouni was nominated for the Nobel Peace Prize for his work in the field of international criminal justice and for his contribution to the creation of the International Criminal Court. He has received the following medals: Grand Cross of the Order of Merit (Commander), Federal Republic of Germany (2003); Legion d'Honneur (Officier), Republic of France (2003); Order of Lincoln of Illinois, United States of America (2001); Grand Cross of the Order of Merit, Republic of Austria (1990); Order of Sciences (First Class), Arab Republic of Egypt (1984); Order of Merit (Grand'Ufficiale), Republic of Italy (1977), and Order of Military Valor (First Class), Arab Republic of Egypt (1956).. He has also received numerous academic and civic awards, including the Special Award of the Council of Europe (1990); the Defender of Democracy Award, Parliamentarians for Global Action (1998) The Adlai Stevenson Award of the United Nations Association (1993); and the Saint Vincent DePaul Humanitarian Award (2000).

Professor Bassiouni is the author of 27 and editor of 44 books, and the author of 217 articles on a wide range of legal issues, including international criminal law, comparative criminal law, and international human rights law. His publications have appeared in Arabic, Chinese, Farsi, French, Georgian, German, Hungarian, Italian, and Spanish. Some of these publications have been cited by the International Court of Justice, the International Criminal Tribunal for the Former Yugoslavia (ICTY), The International Criminal Tribunal for Rwanda (ICTR), the United States Supreme Court, as well as by several United States Appellate and Federal District Courts, and also by several State Supreme Courts.

Professor Bassiouni joins this motion to intervene because the right of the people to know is not only a fundamental right guaranteed per se by the First Amendment, but also because it serves other purposes for the preservation of democracy and the rule of law. Secrecy has been the hallmark of dictatorships, and secret criminal proceedings have been resorted to by dictatorships, as well as tyrannical regimes who have abused human and civil rights for as long as recorded history reports. To allow for a secret testimonial proceeding in an ordinary criminal case in the United States for the benefit of foreign agents whose credibility must be put to the test of scrutiny is an outrageous distortion of our system of justice. Moreover, the absence of public participation encourages distortions of the truth, and thus contributes to the reduction of the quality of justice by shortcutting due process of law as guaranteed in our Constitution. Lastly, there is no evidentiary basis which demonstrates the compelling need for the elimination of this fundamental constitutional right. The jurisprudence of the

9

Supreme Court has clearly indicated over at least a century that the First Amendment should not be discarded with such ease, and certainly without a compelling reason which in this case, would amount to a clear and present danger which on its face does not seem to exist

### 3.      Susan Gzesh

Susan Gzesh is a Senior Lecturer in the College and Center for International Studies of the University of Chicago and Director of the Human Rights Program, a position she has held since 2001.  She is also an attorney licensed to practice in Illinois and admitted to the U.S. District Court of the Northern District of Illinois. Prior her present position, she was a Lecturer in Law at the University of Chicago Law School beginning in 1993 and worked as an attorney in a variety of settings including federally funded legal services programs, private practice, and the Chicago Lawyers Committee for Civil Rights Under Law.  She has been a Fulbright Visiting Professor and was a member of the 1992 Clinton-Gore Presidential Transition Team for the Department of Justice.  She has served on the Boards of Directors of several non-profit organizations and as a consultant with a number of philanthropic foundations, including the John D. & Catherine T. MacArthur Foundation and the Ford Foundation.  She is an active  member of K.A.M.-Isaiah Israel of Chicago.

For the past four years Gzesh has taught an annual course on Contemporary Issues in Human Rights to University of Chicago students, a mix of undergraduate, graduate, and professional students.  She has dedicated a substantial portion the course to the study of the prohibition on the use of torture as it has evolved from the late 18th century to the present day.   She has included international human rights treaties, journalistic accounts, court decisions, documentary films, and scholarly essays regarding the use of torture in the interrogation of prisoners in the U.S. and other countries.  The course has included material on the interrogation practices in Israel prior to and following the 1999 decision of the Supreme Court of Israel barring the use of torture.  The case of Israel is of special interest to Gzesh and her students because of the Court's renunciation of the use of torture despite high levels of national security concerns on the part of the Israeli government and public.

Gzesh's courses and scholarly interests also include the capacity of the U.S. legal system to address allegations of torture in the U.S. and abroad. Gzesh has encouraged her students to attend the hearings in the Salah case should they be open to the public.

Susan Gzesh was formerly married to Jonathan Rothstein who represented Muhammad Salah in the civil forfeiture proceedings brought against Salah in 1993.

### 4. Rabbi Robert J. Marx

Robert J. Marx is an ordained rabbi who also has a Ph.D in Philosophy from Yale University. He is the founder of the Chicago-based Jewish Council on Urban Affairs and the North Shore temple, Congregation Hakafa. He has a long national and local history in providing leadership on social justice, civil rights and civil liberties issues. He has joined as an intervener because of an overriding concern that testimony and evidence at hearings in which a criminal defendant has alleged that his statements were obtained by means of torture must be public and not kept secret.

### 5. Prexy Nesbitt

Prexy Nesbitt has been involved in the struggle against racism and for human rights and dignity for more than 30 years. During that time, he has worked on the international, national, and statewide levels with organizations ranging from the City of Chicago to the MacArthur Foundation and World Council of Churches and as a teacher. In his work, he has learned that democratic rights are best protected when governmental actions are subjected to open and public scrutiny.

### 6. The Reverend Christopher Pierson

Reverend Christopher Pierson is an ordained United Methodist clergyman who currently serves as Director of Outreach & Witness Ministries for the Northern Illinois Conference of the United Methodist Church. Prior to serving in his current position Chris served as pastor of congregations in Chicago, Aurora, and Roselle. Chris is a participant in, and organizer of, interfaith dialogues between Christians, Muslims, and Jews on the local, national, and international levels.

### 7.  Gordon Quinn

Gordon Quinn is the president and founding member of Kartemquin Films and has been making social issue documentaries for over 40 years.  He works as a director, executive producer, and  cinematographer. Roger Ebert, of the *Chicago Sun Times*, called his first film *Home For Life* (1966) "an extraordinarily moving documentary."  Kartemquin's best known film, *Hoop Dreams* (1994), executive produced by Quinn, won many honors including  the Audience Award at the Sundance Film Festival, the Robert F. Kennedy Journalism Award, Chicago Film Critics Award for Best Picture, Los Angeles Film Critics Association for Best Documentary, and an Academy Award Nomination.  Another film directed and produced by Quinn, *Vietnam Long Time Coming* (1999) is the story of disabled and able-bodied Vietnamese and American veterans brought together on a journey of reconciliation.  The film, which was broadcast on NBC, won a National Emmy and the Director's Guild of America's award for Best Documentary. Quinn has served on the boards of several organizations including The National Coalition of Public Broadcast Producers, The Citizens Committee on the Media, The Chicago Public Access Corporation,  Illinois Humanities Council, and The Public Square.  In 2005, he was named a Presidential Fellow in the Arts by the University of Chicago, his alma mater.

Most recently, Quinn executive produced *The New Americans* and directed the Palestinian segment of this seven-hour Public Broadcasting Service series, broadcast nationally in 2004.  The New *Americans* chronicles the journey taken by new immigrants to this country and the obstacles they face once they have arrived.  The series received many awards including, IDA Best Limited Series Award and the Council on Foundations Film Festival Award.  Due to his work on *New Americans*, Quinn has a particular interest in the experience of Arab and Muslim immigrants in the U.S. and gathering material for a possible documentary project on the impact of the war on terror on Arab and Muslim communities.

Quinn is currently directing a film on delayed post-traumatic stress syndrome in a Holocaust survivor, *Prisoner of Her Past,* based on the *Chicago Tribune* articles by *Tribune* writer Howard Reich about his mother's experiences as a child during the Holocaust in Poland and Ukraine.

### 8.  Don Rose

Don Rose is an independent political consultant heading Don Rose

Communications and The Urban Political Group. The firms offer campaign consulting and management services including strategic message development and media production to candidates of both parties as well as independents. Based in Chicago the firms have operated in 13 states. Clientele has included Chicago Mayors Harold Washington and Jane Byrne, Illinois Senator Paul Simon, Supreme Court Justice Seymour Simon, Governor Jim Edgar, former State's Attorney Bernard Carey and numerous congressmen, state and municipal legislators, including Senator Carol Moseley Braun in her early career as a state representative. The firm has also consulted for governmental agencies such as the Illinois Housing Development Authority and the Illinois Law Enforcement Commission.

Rose has published widely on political and cultural affairs, appearing in Social Policy, The Nation, George, Selling Magazine, Seven Days Magazine, Los Angeles Times, Atlanta Constitution, Chicago Sun-Times, Tribune, Chicago Magazine, Chicago Reader and the Journal of the Illinois Political Science Association. He has contributed chapters to several books, including *20th Century Chicago: 100 years, 100 Voices; Sweet Home Chicago: The Making of the Mayor 1983* and *Restoration: 1989.* He has lectured at Harvard, the University of Chicago, University of Illinois, Northwestern University, Loyola of Chicago and other schools and colleges.

He has been an on-air commentator for WLS-TV (ABC), hosted a weekly community-affairs talk show for 22 years on WPNT-FM and its predecessor stations and was editor and co-publisher of the monthly Hyde Park-Kenwood Voices. He is a frequent guest on network as well as local television and radio programs.

During the 1960s he served as press secretary to Dr. Martin Luther King Jr. during his Chicago campaign and was later an organizer for the National Mobilization Committee to End the War in Vietnam. He was later an organizer of the short-lived Citizens Party and was political director in 1992 of the National Committee to Draft Mario Cuomo for President. He is a founding member of Chicagoans Against the War in Iraq, organized a year before the war's outbreak (now known as Chicagoans Against War and Injustice).

Rose's interest in an open hearing is first of all as a citizen entitled to access all such information regarding my government and its actions, particularly in court proceedings; second as a periodic commentator in the public media on affairs of state.

### 9.   Andy Thayer

Andy Thayer has been a leader in the local anti-war movement, helping organize most of the city's largest anti-war protests, including the dramatic March 20, 2003 protest when 15,000 marched down Lake Shore Drive in protest at the start of the U.S. invasion of Iraq. Along with National Lawyers Guild attorney Charlie Nissim-Sabat, after a protracted battle they succeeded in winning a permit for this year's anti-war march on Michigan Avenue for the first time since the war began. Andy is also co-founder of the Gay Liberation Network, a Lesbian, Gay, Bisexual and Transgendered direct action group which has been a local leader in gay rights, anti-police brutality and anti-war organizing. GLN organizing against police brutality led to the first-ever Amnesty International reports about police violence against gay people in the United States, featured in an Amnesty International documentary. Andy is still facing three charges arising from the protest on the second anniversary of the start of the Iraq war, in 2005, and along with co-defendant Brad Lyttle and National Lawyers Guild attorneys Jeff Frank and Charlie Nissim-Sabat, is using the case to challenge the constitutionality of the City's Disorderly Conduct Ordinance, which has been used repeatedly to harass activists attempting to demonstrate on a host of issues.

### 10.   Standish E. Willis

Standish E. Willis is a CJA panel attorney and civil rights lawyer.  He has litigated claims of police torture and other denials of civil rights by police officers.  He is a local chair of the Chicago chapter of the National Conference of Black Lawyers.  He recently gave testimony to the Inter-American Commission on Human Rights,  a commission of the Organization of American States.

The subject of this testimony was the torture of persons falsely accused of crimes by Chicago police officers who used confessions obtained through torture to obtain wrongful convictions.  As a result of his experiences, he believes that it is very important for the public to be able to attend hearings in which similar allegations are being litigated.

### 11.   Don Wycliff

Don Wycliff became public editor of the Chicago Tribune on July 31, 2000. He moved into that position after having served nine years as the Tribunes

editorial page editor. During his tenure as editor, the Tribune editorial page won one Pulitzer Prize, was a finalist for another and took several other major awards as well, including two Distinguished Writing Awards from the American Society of Newspaper Editors (ASNE).

Wycliff came to the Tribune in September 1990 from The New York Times, where he was a member of the editorial board for more than five years and wrote on a wide range of issues, including social policy, education, religion and race relations. Earlier, he had worked as an editor in The Times Week in Review section and as a reporter or editor at several other newspapers, including the Chicago Daily News and the Chicago Sun-Times.

Wycliff was a finalist for the Pulitzer Prize in editorial writing in 1996, and in 1997 won the ASNE Distinguished Writing Award for editorials. He has served as a juror for the Pulitzer Prizes and was chairman of the ASNE Writing Awards Committee in 2002. He is a member of the ASNE and its board of directors, the National Association of Minority Media Executives and the National Association of Black Journalists. He is a member of several advisory bodies at his alma mater, the University of Notre Dame and currently serves as an adjunct faculty member in the journalism program in Notre Dame's American Studies Department. Don left the Chicago Tribune on March 10, 2006, to become the Associate Vice President, News and Information, at the University of Notre Dame in Indiana.

Wycliff is a Texas native who was educated in Catholic schools in several states. He earned his bachelor's degree in political science at Notre Dame in 1969. He was named a Woodrow Wilson Fellow at that time and attended graduate school at the University of Chicago. He was awarded an honorary doctorate in 1999 by the University of Portland (Oregon).