## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MEMORANDUM OF CERTAIN ORGANIZATIONAL AND INDIVIDUAL INTERVENERS IN OPPOSITION TO GOVERNMENT'S MOTION TO RESTRICT ACCESS OF PUBLIC TO CRIMINAL TRIAL AND EXHIBIT A, LIST OF INTERVENORS**

was served pursuant to the district court's ECF system as to ECF filers and were sent by first class U.S. mail, postage prepaid on August 16, 2006 to the following non-ECF filers:

Robert Bloom
3355 Richard
Oakland, CA 94611

s/Steven Saltzman
Attorney for Interveners
122 S. Michigan, Ste. 1850
Chicago, Il. 60603
(312) 427-4500