IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA  )
  )
      Plaintiff,  )
  )
  )      No. 03 CR 978
  )
    v.  )
  )      Judge Amy J. St. Eve
  )
MOUSA MOHAMMED  )
MARZOOK, *et. al.*  )
  )
      Defendants  )

**NOTICE OF FILING**

TO:  Joseph Ferguson
    AUSA
    219 S. Dearborn  Room 5000
    Chicago, Ill.

      PLEASE TAKE NOTICE that on August 30, 2006, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, the original of **Statement of Prejudice Caused by Delay in Indictment**.

**CERTIFICATE OF SERVICE**

      Michael E. Deutsch, attorney at law, hereby certifies that I have served the attached on the above named AUSA by electronic means.
                /s/ Michael E. Deutsch.
                Michael E. Deutsch