IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03 CR 978 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MOUSA MOHAMMED | ) | |
| MARZOOK, *et. al.* | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING**

TO:  Joseph Ferguson
   AUSA
   219 S. Dearborn  Room 5000
   Chicago, Ill.


        PLEASE TAKE NOTICE that on August 31, 2006, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, the original of **MUHAMMAD SALAH'S MOTION TO STRIKE THE PROSECUTION'S PROFFER REGARDING STATEMENTS OF ALLEGED CO-CONSPIRATORS**.

**CERTIFICATE OF SERVICE**

        Michael E. Deutsch, attorney at law, hereby certifies that I have served the attached on the above named AUSA by electronic means.

                                        /s/ Michael E. Deutsch.
                                        Michael E. Deutsch