IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually and )
as Administrator of the Estate )
of DAVID BOIM, Deceased, and )
JOYCE BOIM, )
              Plaintiff, )
               )
    -vs- )  No. 00 C 2905
               )
QURANIC LITERACY INSTITUTE, )
et al., )
           Defendants. )

      Deposition of MUHAMMAD SALAH taken before
Sylvia A. Gerut, C.S.R., and Notary Public, pursuant to
the Federal Rules of Civil Procedure for the United
States District Courts pertaining to the taking of
depositions, at Suite 3000, 225 West Wacker Drive, in
the City of Chicago, Cook County, Illinois, commencing
at 9:30 o'clock a.m. on the 1st day of April, A.D. 2003.

---

PRESENT:

WILDMAN, HARROLD, ALLEN & DIXON
By MR. RICHARD M. HOFFMAN,
STEPHEN J. LANDES and
MR. MATT GARRETT
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

   on behalf of the Plaintiffs;

GESSLER, HUGHES, SOCOL, PIERS,
RESNICK & DYM, LTD.,
By MS. MARY M. ROWLAND
Three First National Plaza
70 West Madison Street
Suite 2200
Chicago, Illinois 60602
(312) 580-0100

   on behalf of the Defendant,
   Mohammed Salah;

HEDLUND & HANLEY, LLC
By MS. SARAH J. DENEEN
30 W. Monroe Street
Suite 500
Chicago, Illinois 60603
(312) 441-8615

   on behalf of the Defendant,
   Holy Land Foundation for Relief and
   Development.

    * * * * * *

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

DEPOSITION OF
MUHAMMAD SALAH

04/01/03

EXAMINATION BY:           PAGE

Mr. Landes              04

EXHIBITS

                        PAGE

Deposition Exhibit No. 1    07
Deposition Exhibit No. 2    07
Deposition Exhibit No. 3    13
Deposition Exhibit No. 4    18
Deposition Exhibit No. 5    21
Deposition Exhibit No. 6    27
Deposition Exhibit No. 7    35
Deposition Exhibit No. 8    36
Deposition Exhibit No. 9    37
Deposition Exhibit No. 10   38
Deposition Exhibit No. 11   41
Deposition Exhibit No. 12   47
Deposition Exhibit No. 13   47
Deposition Exhibit No. 14   50
Deposition Exhibit No. 15   51
Deposition Exhibit No. 16   51
Deposition Exhibit No. 17   57
Deposition Exhibit No. 18   73
Deposition Exhibit No. 19   77
Deposition Exhibit No. 20  106
Deposition Exhibit No. 21  107
Deposition Exhibit No. 22  108
Deposition Exhibit No. 23  109
Deposition Exhibit No. 24  113
Deposition Exhibit No. 25  113
Deposition Exhibit No. 26  114
Deposition Exhibit No. 27  115
Deposition Exhibit No. 28  115
Deposition Exhibit No. 29  118
Deposition Exhibit No. 30  119
Deposition Exhibit No. 31  121
Deposition Exhibit No. 32  124

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

EXHIBITS

                        PAGE

Deposition Exhibit No. 33  125
Deposition Exhibit No. 34  125
Deposition Exhibit No. 35  127
Deposition Exhibit No. 36  130
Deposition Exhibit No. 37  133
Deposition Exhibit No. 38  135
Deposition Exhibit No. 39  166

    * * * * * *

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

MUHAMMAD SALAH, called as a witness herein, having been first duly sworn, was examined upon oral interrogatories and testified as follows:

EXAMINATION

by Mr. Landes:

MR. LANDES: Q  Please state your name?

A  Muhammad Salah.

Q  Do you have another full name than Muhammad Salah?

A  This is the name I'm known by, Muhammad Salah, in the United States.

Q  Are you also known by the name Abu Ahmed?

A  Yes.

Q  What is that name?

A  Just Ahmed.  My son's name is Ahmed.

Q  So frequently people address you or write you other than the name Abu Ahmed?

A  Yes.

Q  We're going to take your deposition today, Mr. Salah.  I'll ask you questions, give you an opportunity to answer these questions.  If at any time you don't understand the question or feel there's something that's unclear about the question, you're more

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

than free to ask me to restate the question.  If there's something in the question you don't understand, tell me.

If at any time you need to take a break to leave the room, refresh yourself, Mr. Haleem went out to pray during his deposition, you're more than welcome to do that as well.  Do you understand?

MS. ROWLAND: Do you understand?

MR. LANDES: Q  One of the other things you have to do in a deposition, Mr. Salah, is you have to answer orally.  You can't shake your head, because the court reporter can't get that down.  So you have to answer with a yes or no or something that is verbalized so that we have a record.  Do you understand that?

A  Yes.

MS. ROWLAND: And for the record, prior to this deposition being noticed, I informed Plaintiff's counsel that Mr. Salah would be relying on his Fifth Amendment rights today.

MR. LANDES: Q  We'll deal with that, I guess, when he exercises it for the first time.

Mr. Salah, where do you live?

A  9228 South Thomas.  That's in Bridgeview, Illinois.

Q  For how long have you lived there?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

A  Eleven years.

Q  So that would be beginning in 1991 or '92?

A  '92 almost.

Q  Are you married, sir?

A  Yes.

Q  What is the name of your wife?

A  Maria.

Q  Is that Maria Azita Salah?

A  Yes.

Q  For how long has she been your wife?

A  Twenty-one years.

Q  Is she employed?

A  No.

Q  Has she ever been employed?

A  Yes.

Q  Let me ask you during the years of 1988 to 1993, was she employed?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: Mr. Salah, I'm going to hand you a document to you and to your counsel -- actually two documents.  Why don't you put that one aside.  I'll hand you this document first.  I'll ask the court reporter to

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

mark it as Salah Exhibit No. 1.

(Document marked as requested.)

MR. LANDES: Q  This document is a legal document. The first page says Notice of Filing and Certificate of Service.  It appears to have Ms. Rowland's signature. It's a legal document.  It does not have a Bates stamp, but it's from the file in this case.  If you go to the third page, it says answer of Muhammad Salah.  Do you see that, sir?  Do you see that?

A  Yes.

Q  All right.  Have you seen this document before?

A  Yes.

Q  All right.  And this document appears to be an answer that was filed on your behalf in this lawsuit, is that correct?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: All right.  Let me hand you the next document, the one I gave to you previously.  I ask the court reporter to mark it as Salah Exhibit No. 2.

(Document marked as requested.)

MR. LANDES: Q  And this document is entitled Muhammad Salah's Answer to Plaintiff's First Set of

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

Interrogatories. Do you see that, sir?

A   Yes.

Q   I ask you to go to the second to the last page of this document, and that says verification on the top. Do you see that, sir?

A   Yes.

Q   Is that your signature on this page, Mr. Salah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Well, I would hazard to guess that it is your signature, because this was a document that was filed in this case, and I just want on the basis of these two documents to say that while we understand that, and counsel informed us before the deposition that the witness would be invoking Fifth Amendment rights, it's our position that that has been waived in this case.

Let me ask you this, Mr. Salah. Have you been named a specially designated terrorist by the Department of Justice by the President of the United States?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Would you tell us, Mr. Salah, when you first

SYLVIA A. GERUT, C.S.R.
708.588.0283

learned that you were the subject of possible criminal investigation by the United States government?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Thank you. Mr. Salah, you said you would not answer the question whether your wife was employed during the years of 1988 to 1993. Aside from Mrs. Salah's employment, are you aware of whether she had any other sources of income other than from employment?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you know what Mrs. Salah's maximum earnings were during any of the years 1998 and 1993?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Are you aware of anything in Mrs. Salah's work that would make her the recipient of large sums of money?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283

Amendment to the United States Constitution.

Q   Mr. Salah, are you a member of any organization?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, could you tell us what your educational experience is?

A   I have bachelor's degree in electronic engineering and technology.

Q   From where?

A   DeVry University.

Q   When did you first come to the United States?

A   1971.

Q   What did you do when you first came?

A   I was student.

Q   How old were you?

A   Fifteen.

Q   You're 50 right now?

A   Yes.

Q   So in 1971, you were how old, a teenager?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   What is your current business or occupation?

SYLVIA A. GERUT, C.S.R.
708.588.0283

A   I'm an instructor in the city colleges of Chicago.

Q   At the present time?

A   Yes.

Q   What do you teach?

A   Networking.

Q   I'm sorry?

A   Computer networking.

Q   So you have an expertise in computers, is that correct?

A   Yes.

Q   And is that the degree you received from DeVry Institute?

A   Yes.

Q   Do you have degrees from any other educational institution?

A   No.

Q   How many hours a week do you teach for the city colleges?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Which city college do you teach at?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   That's probably publicly available information, you know.  Is that your only employment?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   For how long have you worked for the city colleges?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you ever work for any charitable organization?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Would it be a fair statement that there's nothing in either your work or the work of your wife from 1998 to date that would have made you the recipient of annualized income greater than $100,000?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

MR. LANDES:  I'm going to ask the court reporter to mark this as Group Exhibit Salah Document No. 3.

(Document marked as requested.)

MR. LANDES:  Q   This group exhibit is stamped S001 through S0019.  It's a document that actually was produced by Mr. Salah.  Have you seen this document before, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Drawing your attention, Mr. Salah, to the first document in this group, which is S001 through S003, would you take a look at that, please, sir?  Do you see that?

A   Hm-hm.

Q   Do you see that?

A   I see it.

Q   You have to -- again, please, you have to answer?

A   Yes.

Q   If you take a look at Item No. 7, it says wages, salaries, tips, do you see that on the form, the federal tax form?

A   Yes.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

Q   And there's a number there, $8,827.04?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Isn't it correct, sir, that that $8,827.04 was your wife's income that year?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   All right.  And isn't it true, sir, that in this document, you did not report any personal income for the year 1990; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   All right.  I'd like you to take a look at the next document, which is S004 through S008.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Well, I think you can answer.  I mean counsel can instruct you, but if I ask you to look at the document, I think you can simply say that you're looking

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

at it.  I don't think you're incriminating yourself just to say you're looking at it?

MS. ROWLAND:  Well, the law actually says he can take the Fifth with respect to any question which tends to lead to other questions.  So he's within his rights.

MR. LANDES:  Q   Understood.  Have you seen this document before, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Just go back to the previous, the 1990 tax return, as well as this 1991 tax return, the copies that we received did not have either your signature or your wife's signature.  Do you see that?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you know, sir, whether these are in fact the actual tax returns that you and your wife filed for those two years?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at Page S004, Mr. Salah, you'll see

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

17

at the top of that page what appears to be a W2 wage and tax statement for 1991, do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   The person who's referred to on this W2 is in fact your wife; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Sir, just to go back to that W2 form on the 1991 tax return, you see address 9237 South Thomas, Apartment 2, were you living at that address during the taxable year that was covered by this tax return?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   All right.  I ask you, just to shorten this a bit, if you take a look at these four tax returns, 1990 through 1992, isn't it correct, sir, that these are the four tax returns that you filed with the United States government in the State of Illinois during those years?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

18

Amendment to the United States Constitution.

Q   Mr. Salah, did you ever hear of an organization called the Quranic Literacy Institute?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, are you currently employed by the Quranic Literacy Institute?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that at some point in the early 1990's, perhaps also the late 1980's, that you had some form of business relationship with the Quranic Literacy Institute; that's correct, isn't it, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you know an individual named Amer Haleem, H-a-l-e-e-m?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

19

Q   Amer Haleem testified that at some point, you did some work for the Quranic Literacy Institute; is that a correct statement, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'm going to hand you a document.  That will be Salah Exhibit No. 4.

(Document marked as requested.)

MR. LANDES:  Q   This is a single-page document Bates stamped S0095.  Have you seen this document before, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   This document is dated 4 September 1991.  At the top of the page, it says the Quran Project.  Do you recognize this document as being the stationery of the defendant, Quranic Literacy Institute?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Isn't it correct, sir, that on this document, Mr. Amer Haleem is identified as secretary, board of trustees of The Quran Project?

20

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   The letter says, and it's a short letter, so I can read it into the record, it says to whom this may concern, this is to verify that Mr. Muhammad Salah has been employed with the Quran project since January 1, 1991, as a computer analyst at a salary of $36,000 per year; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, Mr. Haleem testified that in fact you did not have a paid position with the Quranic Literacy Institute; do you know that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Did you ever have possession of this document, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you made use of this

document in applying for a mortgage; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's true, isn't it, sir, that you told Mr. Haleem that you needed a letter that you could show to a potential lender in order to obtain a mortgage, and that's why he gave you this letter?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, you see that there are some handwritten notes on this document; is that your handwriting, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you know whose handwriting this is?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I ask the court reporter to mark this next document as No. 5.

(Document marked as requested.)

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

MR. LANDES:   Q   It's a two-sided document, S0092 and 93.   It says residential loan -- it says loan application at the top.   The property at 9224 South Thomas -- 9229 South Thomas in Cook County, Illinois, and it says title will be held, if you go through the subject property designation, Muhammad and Azita Salah. And I ask you, sir, if you've seen this document before?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, this is a mortgage application that you, yourself, prepared, completed and submitted to a lender; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And if you look at this document where it says borrower, it says the name Muhammad Salah, it identifies the name and address of your employer as Quranic Literacy Institute; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   I apologize, sir, that this document -- it

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

didn't copy too well, but I think that's actually the condition we got it from you.   You see here it says gross monthly income, it says base employment income under item --

MS. ROWLAND:   I'm sorry, Counsel, could you just tell me what page you're on?

MR. LANDES:   I'm sorry.   Page 92.

MS. ROWLAND:   Okay.

MR. LANDES:   Q   If you look it says borrower, and it says -- there's a box underneath, it says gross monthly income?

MS. ROWLAND:   I do.

MR. LANDES:   Q   And there it says E-m-p-l base employment income, do you see that, Mr. Salah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it shows a base employment income of $4,000 and commissions of $1,000 for a total income of $5,000 a month; do you see that?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It also shows the co-borrower with an income of

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

which appears to be $1,700 a month, do you see that?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact this mortgage application that was signed by you and submitted to a lender stated on it that your base employment income for the Quranic Literacy Institute was $48,000 a year excluding commissions; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, you answered --

Turn to Page 0093, the back of the document. If you go about a quarter of the way up from the bottom of the page, it says borrower's signature.   That is in fact your signature, is it not, Mr. Salah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you go down that line to the right, that is in fact your wife's signature, Azita Salah; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283