**Part 2**

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you submitted this mortgage application with the intention that the bank would rely upon this disclosure in making the decision whether or not to provide you with a loan for your house; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, at the beginning of the deposition, I handed you the answer to the complaint that was filed on your behalf.  If you look at Page 3, which is in reference to Paragraph 5 of the complaint, you have an answer there and the answer says -- it starts at the bottom of actually Page 3, the last word going over to Page 4, it says Muhammad Salah has performed data entry and other related computer services for QLI in the past.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   What did you mean by that statement?

A   On the advice of counsel, I respectfully decline

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Was that a true and accurate statement when you filed the answer?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact wasn't that an attempt on your part to state that you were not a full-time employee of the Quranic Literacy Institute at any time?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Turn now to Page 19 of this same answer, Mr. Salah, with reference to Paragraph 45 of the complaint, the allegation says, and I quote Paragraph 45, it says QLI and Salah:  Salah says that he is employed as a computer analyst at QLI.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Then your answer to the complaint says Muhammad Salah denies that he engaged in any of the activities

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

alleged in Paragraph 50; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   I just want to say that I assume that when it says Paragraph 50 that it meant to say 45, but you probably don't know that, do you?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protect by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that it was your attempt in responding to this paragraph to deny that you were ever employed as a computer analyst at QLI; is that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the answer, sir, and turn to Page 25, do you see, sir, that the document is signed by Mary M. Rowland?  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Can we stipulate that this Mary Rowland who signed this document is the same Mary Rowland that is

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

here representing you today?

MS. ROWLAND:  I'll stipulate to that.

MR. LANDES:  Q  Good.  So notwithstanding this mortgage application that you filed and that's dated August 1991 that shows an annual income from QLI of approximately $48,000 a year, you did not report any income from QLI in your tax return for 1991; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And that's true for both 1990 and 1991; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I ask the court reporter to mark this as Group No. 6.

(Document marked as requested.)

MR. LANDES:  Q  The first page is marked S3069.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

29

Q   Now, this document is a check of The Quran Project, Quranic Literacy Institute, Bridgeview, Illinois.  It is made out to Muhammad Salah in the amount of $157.19.  The memo portion of the check says reimbursement.  It's drawn on the Oak Lawn National Bank.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protect by the Fifth Amendment to United States Constitution.

Q   You in fact, sir, are the Muhammad Salah to whom this check was given?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the back side of this check, we don't have the original, but it was produced by your counsel, there is a signature there, the endorsement Muhammad Salah with an account number, and that in fact is your signature and your bank account number there as well; isn't that true, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, this check appears to be signed by Abraham

SYLVIA A. GERUT, C.S.R.
708.586.0283

---

30

Abusharif.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In September of 1991, the date of the check, Abraham Abusharif held a position at the Quranic Literacy Institute; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Turn to the next page, it's not Bate stamped, but this was produced by QLI.  It's cut off on the bottom.  It's produced by QLI.  If you look at the last check on Page 258, again, The Quran Project paid to the order of M. Salah signed by Abraham Abusharif dated August 19, 1991 in the amount of $112.  It's correct, sir, that this is an accurate designation of this check and that you are in fact the M. Salah to whom this check was given?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the next page in this group exhibit, again, the last check on the bottom of Page

SYLVIA A. GERUT, C.S.R.
708.586.0283

---

31

259, a document produced by QLI?

MR. HOFFMAN:  262.

MR. LANDES:  262.

MS. ROWLAND:  Run through all the dates.

MR. HOFFMAN:  Yes.  In order the first page is 3069. The second page is 258, QLI number.  The third page is 262.  The fourth page is 272.  The fifth page is 279, and the last page is 284.

MS. ROWLAND:  Thank you.

MR. LANDES:  Q   If you look at Page No. 262, the last check on the bottom of the page paid to the order of M. Salah for $108.  You in fact, sir, are the M. Salah to whom this check was given, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the next page, Page No. 272, there's a check there from The Quran Project, Quranic Literacy Institute paid to the order of M. Salah $479.37 signed by Abraham Abusharif.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

32

Q   In fact, sir, you are the M. Salah to whom this check was given; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   I ask you to look at Document 279, there are two checks there, the first and the last, the one on the top and the one on the bottom of the page.  The first is paid to the order of M. Salah in the amount of $83.92 signed by Abraham Abusharif.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you in fact are the M. Salah to whom this check was given; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   The last check, I think I may have misread that, it's S-h-a-a-r.  Do you know who that is, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Take a look at the last page, 284.  It's a Check

SYLVIA A. GERUT, C.S.R.
708.588.0283

No. 1095 at the top of the page, pay to the order of M. Salah in the amount of $292.24 signed by Abraham Abusharif. Do you see that document, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you are the M. Salah to whom that check was given?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   These checks that we have identified and which you responded all during 1991 demonstrate that in fact during that period of time, you did have a relationship with the Quranic Literacy Institute?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, it is correct, isn't it, that you did receive money from an individual named Yasin Kadi; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

Q   In fact Mr. Haleem testified in his deposition, Pages 43 and 44, that Mr. Kadi provided funds to you -- sorry, to Mr. Haleem, to Mr. Abusharif and to Mr. Salah, yourself; that's correct, isn't it?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, let me just rephrase the question. Mr. Haleem testified to the fact that you, Mr. Abusharif and Mr. Haleem received money from Mr. Kadi. My question to you, sir, is whether that is a correct statement?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, isn't it, that during the years of -- in the early 90's, say approximately 1991, '92, that QLI was supported by Mr. Yasin Kadi; that's correct, isn't it?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, isn't it, that Yasin Kadi was a major benefactor of QLI?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's also correct that Mr. Yasin Kadi was a director of QLI?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And because you were directly involved in the affairs of QLI, you would have knowledge concerning who the directors of QLI were in the early 1990's; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When you returned to the United States in February of 1998, isn't it correct that you continued your relationship with QLI?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you know an individual named Dr. Ahmed Zaki Hammad?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I'll hand you a document that will be marked as Salah Exhibit No. 7.

(Document marked as requested.)

MR. LANDES:   Q   This is a single-page document Bate stamped S3067. Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   This is a check in the amount of $6,000 paid to the order of Mr. Muhammad Salah dated 10-29-1991 signed by Ahmed Zaki, and it's difficult to read the last name, but I would assume it's Hammad. Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You are the Muhammad Salah who received that check, because it is in fact the case, sir, that the endorsement on the back side of the check is your signature and your bank account?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

37

Q   All right.  There's a question just to counsel.  Will you stipulate on the record that this S series are documents that you produced?

MS. ROWLAND:  I will.

MR. LANDES:  Mr. Salah, we'll hand you the next set of documents and ask it be marked Salah Exhibit No. 8.

(Documents marked as requested.)

MR. LANDES:  Q  This is a series of documents in this group exhibit.  The first one is S2994 followed by S3008 through 3011, S3074 and S3008.  Take a minute to look at these, please, sir?

MS. ROWLAND:  I'm sorry.  Counsel, I think I only -- I have 2991 through 92.  Did I miss something?  Oh, there's another batch.  Okay.  So we're 91, 92, 94.  Then 3008 through --

MR. LANDES:  Off the record.

(Discussion had off the record.)

MR. LANDES:  Q  So we'll go back on the record.  Salah Exhibit 8, Bate stamped S2991 through 92, S2994, S3008 through S3011, S3074 and S3080.  I ask that the witness take a minute and look at these documents, please.

All right.  And in fact, sir, all of these checks are written to you and signed by Ahmed Zaki; is

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

38

that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, if you go back, sorry, to Exhibit 7, which was document S3067, which is a check made payable to you in the amount of $6,000, the fact is, isn't it, sir, that in October of 1991, you received three $6,000 personal checks from Dr. Ahmed Zaki Hammad; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you a document, Mr. Salah, that will be identified as Salah Exhibit No. 9.

(Document marked as requested.)

MR. LANDES:  Q  It is a cashier's check drawn on the Continental Bank in the amount $1,364.44 paid to the order of S.H. Ahmed Zaki Hammad with the endorsement of Ahmed Zaki Hammad and your endorsement as well; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

39

Q   In fact Mr. Hammad gave you that cashier's check, and you deposited it in your account; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Why did Mr. Hammad give you all these checks?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact did Mr. Hammad give you these checks in order to compensate you for certain activities you were carrying out on his behalf?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you another document, Mr. Salah, marked as Salah Exhibit No. 10.

(Document marked as requested.)

MR. LANDES:  Q  This is a check from Amtrax, A-m-t-r-a-x, Holdings, Ltd. payable to Ahmed Zaki Hammad in the amount of $3,000.  It's dated January 21, 1991.  And if you look at the back side, it says paid to the order of M. Salah signed by Ahmed Zaki Hammad and then

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

40

your endorsement and your bank account number on the back of this check, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Could you tell us, sir, what Amtrax Holdings, Ltd. is?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And could you explain to us, sir, why it is that Mr. Hammad endorsed this check over to you?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Was this check part of your earnings at QLI?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   I note that this check, Document 3112, is drawn on the Bank of Credit and Commerce International SA; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

41

Amendment to the United States Constitution.

Q   Sir, have you had any business dealings with this bank which is generally known as BCCI?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's a fact, sir, isn't it, that this bank, BCCI, has been identified as a significant conduit for the financing of international terrorism; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, Mr. Salah, we have shown you a number of checks that were written to you by Mr. Abusharif or endorsed over to you by Mr. Abusharif as well as checks that were either written to you by Mr. Ahmed Zaki Hammad or endorsed over to you by Dr. Ahmed Zaki Hammad, these are all Exhibits 6 through 10.  I ask you, sir, whether in fact you reported any of that income on your income tax returns with the United States government? .

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

42

Q   Aside from the checks that we've identified in this deposition, did you receive anything else of value from Abraham Abusharif?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'm going to hand you the next exhibit which is marked as Salah Exhibit No. 11.

(Document marked as requested.)

MR. LANDES:  Q  This is a group exhibit, Documents S2879 through 2883; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, if you look at the first page of this group exhibit, S2879, there's a series of entries under the title Miscellaneous Debits and Credits; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And under the date 6-24, do you see a regular deposit in the amount of $42,205.22; do you see that, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

43

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Of course if you look at the top of this page, you see it says Muhammad Salah or Azita Salah, Thomas Avenue, Bridgeview, Illinois, this in fact is a document showing transactions in the bank account held by your wife and yourself; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you continue through this document, this group exhibit, you will see, sir, one, two, three, four, five, six checks in the amount of $8,100 from the George Washington Savings and Loan Association payable to Muhammad Salah.  Let's just be more specific.  There's a Check Number 298149 in the amount of $8,100 payable to Muhammad Salah, Check 298148 in the amount of $8,100 to Muhammad Salah, Check 298147 in the amount of $8,100 payable to Muhammad Salah, Check 298147 in the amount of $8,100 to Muhammad Salah, Check 298146 in the amount of $8,100 payable to Muhammad Salah, and Check 298145 in the amount of $8,100 payable to Muhammad Salah.  Do you see that, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

44

A   On the advice of counsel, I respectfully decline to answer base on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact you received those checks from Linda Abusharif; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And indeed Linda Abusharif is the sister of Abraham Abusharif; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you did deposit these checks from Linda Abusharif in your account and so reflected on the statement that appears as document S2879; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Did you ever receive any money from Amer Haleem, A-m-e-r, H-a-l-e-e-m?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283