**Part 3**

45

Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that Amer Haleem was a colleague of yours at QLI?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Mr. Haleem attempted to obtain for you a steady source of income from QLI; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you ever met or communicated with Yasin Kadi?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Have you ever met or communicated with someone named Yasin Abdallah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Yasin Abdallah is another name for Yasin Kadi, isn't that correct?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

46

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, you are in fact familiar with an entity called the Kadi Muwafaq Designated Fund; isn't that correct?

A   I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States.

Q   That's M-u-w-a-f-a-q. Mr. Salah, when did you last have contact with Yasin Kadi?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact Yasin Kadi is an individual who is currently a resident in the Middle East; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as a protected by the Fifth Amendment to the United States Constitution.

Q   All right. We've been going for an hour. Do you want to take a break? It's up to you. Something to drink?

MS. ROWLAND:  Let's keep going.  I'll get some

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

47

water.  Do you want some water?

MR. LANDES:  Q   Mr. Salah, what bank accounts do you have?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, isn't it correct that you had a number of accounts at the Standard Bank and Trust; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, one of the accounts that you held at the Standard Bank and Trust was Account No. 5580349268; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact that's an account that your wife established when you were incarcerated in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

48

MR. LANDES:  I'll hand you a document now, Mr. Salah, that we'll ask the court reporter to mark as Exhibit No. 12.

(Document marked as requested.)

MR. LANDES:  Q   Now, this document Bate stamped S3286 says on it Muhammad A. Salah, Azita Salah financial profile for statement 239328800. And in fact, sir, is this not a bank account statement for an account held by your wife and yourself?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  Mr. Salah, we'll hand you the next document we'll ask the court reporter to mark as Exhibit No. 13.

(Document marked as requested.)

MR. LANDES:  Q   This is a document Bate stamped S3297 and S3298.  If you look a third of the way down the page, it says Checking Account Number 239328806; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, this is a statement for a bank

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

account that was held by yourself, Muhammad A. Salah and your wife Azita Salah; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Isn't it correct, sir, that you had a safety deposit box at the Standard Bank and Trust, Box No. 207?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, you also had a safety deposit box numbered 4019 at the Standard Bank and Trust; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, isn't it correct, sir, that you had an account at the First National Bank of Chicago, No. 8060700; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  We'll hand you a document, sir, we'll ask the court reporter to mark as Salah Exhibit No. 14.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

(Document marked as requested.)

MR. LANDES:  Q  This is a two-sided document stamped S0236 and S02367, statement of account.  The front page 0236 in the lower left-hand corner it says First Chicago, The First National Bank of Chicago, and it says at the top Primary Account No. 8060700 with the name Muhammad Salah, 9237 Thomas Avenue, Bridgeview, Illinois.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact, sir, this is a bank account statement for an account that you owned at the time that this document was prepared; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Do you own any real estate?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to United States Constitution.

MR. LANDES:  I'm sorry.  Let me just ask you about one more bank account.  I'll hand you a document being marked as Salah Exhibit No. 15.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

(Document marked as requested.)

MR. LANDES:  Q  This is a document, one page, S2312.  This document appears to be a bank statement, Muhammad Salah or Azita Salah, Post Office Box 2616, Bridgeview, Illinois.  Account No. 02-203453-2.  And in fact, sir, this is a statement of an account that you have at the LaSalle Bank; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer base on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, this document appears to have been redacted in some way, something is crossed out.  Let me ask counsel if she knows whether there's a copy of this document without the redaction?

MS. ROWLAND:  I do not know.  I will check, but I believe that's the way I received it, but I'll check.

MR. LANDES:  Q  Let's go back to the previous question.  I'm sorry.  I forgot about one of the accounts.  But you invoked the Fifth Amendment when I asked you the question whether you owned any real property.  We'll show you some documents, ask this to be marked as Salah Group Exhibit No. 16.

(Document marked as requested.)

MR. HOFFMAN:  For the record, the Bates numbers are

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

S0020 through 0029 as well as S0030 and S0037, S0073, S0092 to 93, and S0095.

MR. LANDES:  Q  It's correct, sir, that these documents all refer to the property that you identified previously as your primary residence, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And these documents, we won't have to go through them in detail given where we're headed, but these relate to a mortgage and a payment of a mortgage; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Directing your attention towards the back of this Group Exhibit S0030, you see at the top of the page a check drawn on the Standard Bank and Trust, it says remitter Azita Salah, a check in the amount of $97,067.93, a check dated April 6, 1993.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

53

Amendment to the United States Constitution.

Q It's correct, sir, that your wife had this check drawn on the Standard Bank in order to pay off the mortgage on your primary residence; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q If you look at the next page, S0037, a letter from Standard Bank and Trust, this is what is conventionally known as a payoff letter which is used to compute the amount necessary to pay off your mortgage on your primary residence; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q The fact is, sir, that at the time that this transaction was completed whereby your mortgage was paid off, you were at that time incarcerated in Israel; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Now, you'll see as part of this group exhibit,

SYLVIA A. GERUT, C.S.R.
708.588.0283

54

which is part of the documentation that was provided to us with respect to the payment of your mortgage, we find the letter S0095 from Mr. Haleem that was used in the mortgage application; do you see that, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Haleem testified that when he wrote this letter, it was for you to be able to rent an apartment; is that a correct statement?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Is it the case, sir, that you told Mr. Haleem that you needed this verification of employment in the amount of pay in order to rent an apartment?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Isn't it correct, sir, that the money that your wife used to pay the mortgage included funds that were received from a gentleman named Mr. Elbarrasse, E-l-b-a-r-r-a-s-s-e; is that correct, sir?

A On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

55

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, that part of the money that was used to pay off this mortgage were funds that were received from a gentleman named Mr. Alkhatib, A-l-K-h-a-t-i-b; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact -- let me ask you this, sir. Are you familiar with a person named Abu Marzook, M-a-r-z-o-o-k?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact Messrs. Elbarrasse and Alkhatib were colleagues of Marzook; isn't that correct, sir?

A On the advice of counsel, I decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q And in fact, sir, you showed us before tax returns for a number of years in the early 90's that did not show significant income. Isn't it correct, sir, that you never reported to the government that you received money from any source to pay off your mortgage;

SYLVIA A. GERUT, C.S.R.
708.588.0283

56

isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, if you go back to Group Exhibit No. 16, Page S0030, a check, the check at the top of the page that your wife had drawn on the Standard Bank and Trust Company in the amount of $97,067.93, the source of those funds were never reported as income on your United States income tax return; that's correct, isn't it, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND: If there's a way to move it along, I'll be happy to stipulate that he's going to take the Fifth as to certain subject matters, certain areas. I mean you've got a right to make your record but --

MR. LANDES: I think we're going pretty quickly. We've got to make a record. I hope we will. Why don't we take five minutes.

(Whereupon, a brief recess was taken.)

MR. LANDES: Q We'll go back on the record. I'll hand you the next set of exhibits marked as Group Exhibit No. 17.

SYLVIA A. GERUT, C.S.R.
708.588.0283

57

(Document marked as requested.)

MS. ROWLAND: Just for the record, are some of these you've already marked?

MR. LANDES: Yes, I'm sorry, we have. Let's just take a look at --

MS. ROWLAND: I have S001 through 19 straight.

MR. OPPENHEIM: 100 we have it.

MR. LANDES: Let's disregard. Well, let's just put them by the side. We've seen these before, right?

MS. ROWLAND: But they'll still be a part of the group exhibit?

MR. LANDES: Q Right. I asked you, Mr. Salah, to take a look at the tax return for 1990, do you see that, sir, that is exhibit S0105? I want you to compare that with Exhibit S0001 which is at the beginning of the group which also is U.S. Individual Income Tax Return for 1990. Directing your attention to the Exhibit S0105, this purports to be a tax return signed by you and your wife on S0106; is that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, the document S0105 through S0109 is the income tax return that you provided and actually

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

58

your mortgage application; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q The document S0001 through S0003 is a tax return that you filed with the federal government; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, if you take a look at the subsequent documents tax return for 1988 which is S0100 through S0104 and the tax return for 1989, which is S0110 through S0115, those are two purported tax returns that you filed with your mortgage application; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact it's true, sir, that those were not tax returns that you ever filed with the United States government; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

59

Amendment to the United States Constitution.

Q We have asked that tax returns for the years after 1992 be produced. We did not receive those. Did you in fact file a tax return for the year 1993, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND: Is that just the first document request?

MR. LANDES: It could be.

MS. ROWLAND: Okay. You haven't sent a letter or said anything?

MR. OPPENHEIM: Also in the interrogatories.

MR. HOFFMAN: Yes, I don't think that there was a separate follow on correspondence about that. I think it's covered by the discovery requests.

MS. ROWLAND: I'll check it out.

MR. LANDES: So if you could please produce those, I'd appreciate it.

MS. ROWLAND: And, I'm sorry, that was from 1993 on?

MR. LANDES: Yes.

MR. HOFFMAN: Yes.

MR. LANDES: Q Mr. Salah, have you ever heard of an organization known as the Holy Land Foundation?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

60

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment of the United States Constitution.

Q Mr. Salah, I'm going to use an expression, I'm going to ask you whether you've had contact with certain people, and by contact I mean have you met them personally, you know, live, have you written to them, have you spoken to them on the phone, have you had some dealings with them by e-mail, any form of communication just so that we don't have to repeat all those possibilities, do you understand that?

A On the advice of counsel --

Q That's not a question.

MS. ROWLAND: Just answer that question.

THE WITNESS: Yes.

MR. LANDES: When I say contact, it means of any sort, do you understand that?

MS. ROWLAND: You have to answer.

THE WITNESS: Yes.

MR. LANDES: Q Have you ever had any contact with an individual named Shukri, S-h-u-k-r-i, Abu, A-b-u, Baker, B-a-k-e-r?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

Amendment to the United States Constitution.

Q And it's correct, sir, isn't it, that Shukri Abu Baker is a high official in an organization known as the Holy Land Foundation?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, have you ever had any contact with a woman known as Nadia, N-a-d-i-a, Elashi, E-l-a-s-h-i?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, have you ever had any contact with an individual known as Haitham, H-a-i-t-h-a-m, Maghawri, M-a-g-h-a-w-r-i?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Correct my pronunciation if you'd like. Mr. Salah, have you ever had any contact with an individual known as Muhammad L. Muzayyin?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

Q Mr. Salah, have you ever had contact with an individual known as Ibrahim, I-b-r-a-h-i-m, Mahmoud, M-a-h-m-o-u-d, Muzayyin, M-u-z-a-y-y-i-n?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States.

Q It's a fact, sir, isn't it true that you worked with Ibrahim Mahmoud Muzayyin in a recruiting course for HAMAS in June of 1990?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It's a fact, sir, isn't it, that Ibrahim Mahmoud Muzayyin is an individual who is affiliated with an organization known as the Holy Land Foundation formerly known as the Occupied Land Fund?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by Fifth Amendment to the United States Constitution.

Q My question for you, sir, is I've asked you about Ibrahim Mahmoud Muzayyin and Muhammad L. Muzayyin, and I ask you if they are the same individuals?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

Amendment to the United States Constitution.

Q Mr. Salah, have you ever had contact with an individual known as Kifah, K-i-f-a-h, Mustapha, M-u-s-t-a-p-h-a?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, you understand that the Holy Land Foundation is an organization that purports to collect funds for Islamic charitable causes; is that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It's true, sir, that the Holy Land Foundation formerly known as the Occupied Land Fund has never asked you to distribute any charitable funds on their behalf; isn't that correct?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Is it the case, sir, that the Holay Land Foundation formerly known as the Occupied Land Fund in fact asked you to distribute funds on their behalf?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, when you visited Israel and the occupied territories in 1992 and 1993, you distributed funds that had at least some of their sources from the Holy Land Foundation; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, have you ever heard of an organization called IAP, Islamic Association for Palestine?

A On the advice of, counsel I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, have you ever heard of an organization called AMS, the American Muslim Society?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Mr. Salah, have you ever heard of an organization called the American Middle East League for Palestine, AMELP?

SYLVIA A. GERUT, C.S.R.
708.588.0283