**Part 4**

65

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had contact with an individual known as Rafeeq Jaber, R-a-f-e-e-q, J-a-b-e-r?

A   I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's a fact, sir, that Rafeeq Jaber was an individual who ran a publicity campaign in your favor during the time you were incarcerated in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you've had ongoing consistent contact with Rafeeq Jaber ever since the time you returned to Chicago after you were incarcerated in Israel?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You knew Mr. Jaber in the period of time before

66

you were incarcerated in Israel?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, have you had contact with an individual named Basman, B-a-s-m-a-n, Elashi, E-l-a-s-h-i?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had any contact with an individual known as Ghassan, G-h-a-s-s-a-n, Elashi, E-l-a-s-h-i?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you understand that Mr. Basman Elashi is an individual who has been identified as being active in either IAP or AMS; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had any contact with an individual known as Omar Ahmad also known as Omar,

67

O-m-a-r, Yihye, Y-i-h-y-e?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had any contact with an individual known as Mohammad Al-Hassan, M-o-h-a-m-m-a-d, A-l-h-a-s-s-a-n?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, you had contact with Sabri Abraham Samirah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, Dr. Samiri is an individual who is currently trying to find his way back to Chicago, he's currently in Jordan; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Dr. Samiri is a person who was actively involved in Islamic causes in the Chicago area, isn't that correct, sir?

68

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you know that Sabri Abraham Samirah is an individual who's been identified as an officer of IAP and AMS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you know an individual named Ghassan, G-h-a-s-s-a-n, Dahduli, D-a-h-d-u-l-i?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you know an individual or have you had contact with an individual named Nihad N-i-h-a-d Awad, A-w-a-d?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Have you had contact with an individual known as Jasser, J-a-s-s-e-r, Bushnaq, B-u-s-h-n-a-q?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

Amendment to the United States Constitution.

Q   Mr. Salah, have you had contact with a person known as Osama, O-s-a-m-a, A-h-m-a-d also known as Osama Muhammad also known as Zaher, Z-a-h-e-r, Salman, S-a-l-m-a-n?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that the Islamic Association for Palestine conducted rallies in your support following your arrest in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Isn't it correct, sir, that before you were incarcerated in Israel, you had a personal relationship with and knew individuals connected with IAP, AMS and AMELP; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, it's correct, isn't it, that in the years 1991 through 1992, that you worked for an

organization called UASR?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   UASR means United Association for Studies and Research; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you go back to the interrogatories that you answered, which is Exhibit No. 2, if you look on Page 2, you said in your answer to interrogatories in 1991 and 1992, you performed custodial services for United Association for Studies and Research; do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Is that an accurate statement, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Is it correct, sir, that you reported no income from UASR during the years in which you performed

custodial services?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And where was it that you performed these services for UASR?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that in the years 1991 and 1992 when you did work for UASR, Mr. Marzook was also affiliated with that organization at the same time?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, at the time that you did work for UASR in 1991 and 1992, Mr. Elbarrasse was also affiliated with UASR?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   At the time in 1991 and 1992, is it, correct, sir, that Mr. Alkhatib was also affiliated with UASR?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had any contact with an individual known as Ahmed, A-h-m-e-d, bin Yousef, b-i-n Y-o-u-s-e-f?

A   I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Is Ahmed bin Yousef known to you otherwise as Brother Yousef?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you know or have you had contact with an individual known as Abu Ahmed Al-Khabir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you had contact with Anisa Abdel Fattah a/k/a Caroline Keeble?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

73

Q   Mr. Salah, have you had contact with Abdel Haleem Al-Ashqar?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  We ask that this document be marked as Salah Exhibit No. 18.

(Document marked as requested.)

MR. LANDES:  Q   It's a multi-page document, two sides, in Arabic numbers, S1723 through S1781.  Take a moment and look at this document, sir?

A   On the advice of counsel I respectfully decline to answer --

Q   There's no pending question.  It's okay.  We're ahead of ourselves.  Have you looked at the document? Can he answer that?

MS. ROWLAND:  Are you ready to proceed?  He's ready to proceed.

MR. LANDES:  Q   Did you write this document, Mr. Salah?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, this is a document that you wrote,

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

74

isn't that correct, it's in your handwriting?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you wrote this document when you were in prison in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you wrote this document in 1993; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you wrote this --

MR. OPPENHEIM:  Never mind.

MR. LANDES:  Q   I'm sorry.  In fact you wrote this document on the 21st of August 1995; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you wrote this document, because you thought you were writing it to colleagues of yours in

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

75

HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you speak Arabic?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, do you speak Arabic?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, it's true, sir, that you are both fluent and written in spoken Arabic; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, it's true, sir, that you wrote this document, because you felt that this would be of assistance to you in your ongoing relationship with members of various organizations in Israel and the occupied territories; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

76

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You wrote this document in order to prove to these colleagues of yours that you were an activist in organizations supporting HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that this document states in it that you began your activities with an organization known as the Muslim Brotherhood; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact if you were to take a look at the first paragraph of this document, you would see that the word Muslim of Brothers appears in the first paragraph in its Arabic form; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'm going to hand you another document being marked as Salah Exhibit No. 19.

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

77

(Document marked as requested.)

MR. LANDES: Q  In fact, sir, this is a document, Document No. S1783 through S1845 that in fact you produced to us; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  In fact this document is a -- this Document No. 19 is a translation of Exhibit No. 18; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  And in fact, as far as you know, it is a true and accurate translation -- Document 19 is a true and accurate translation of Document 18?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  The numbers at the top of the page where it says A1241 at the top of 18 and A1301 are documents in a series of identifications from a case involving Abu Marzook that was pending in New York; isn't that correct, sir?

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

78

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Mr. Salah, are you now and have you ever been a member of HAMAS?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution of the United States Constitution.

Q  In fact it's true, sir, that you are now and have been a member of HAMAS?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  It's correct, sir, that you played a role in the activities of HAMAS?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to United States Constitution.

Q  Mr. Salah, you have advocated on behalf of HAMAS; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

79

Q  And in fact, sir, you are a supporter of HAMAS; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Mr. Salah, you supported the creation of HAMAS, isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  And in fact it's true, sir, that the Muslim Brotherhood is a predecessor organization in whole or in part of HAMAS?

A  On the advice on counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  It's true, sir, that you know many individuals who are members of HAMAS?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:  I'm going to lodge an additional objection of the First Amendment to membership and knowledge of other people's membership and various

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

80

organizations.

MR. LANDES:  Continuing objection?

MS. ROWLAND:  A continuing if you'll accept that.

MR. LANDES:  Q  It will make it simpler than having to object after every question obviously.  Obviously that's an issue.

Is it correct, sir, that you know and have met and have continued -- Strike that question.

Is it correct, sir, that you know, you have met and have communicated with Abed Aziz Rantissi?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  It's correct, sir, isn't it, that Abed Aziz Al-Rantissi is one of the leading members in HAMAS at the present time?

A  I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  It's correct, sir, isn't it, that you know, have met and have communicated with Ahmed Yasin?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

81

Q   It's correct, sir, that you know, you have met with and you have communicated with Odel Rahman?

MS. ROWLAND:   You've recognized my continuing objection?

MR. LANDES:   Yes.

THE WITNESS:   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   Q   Okay.   Mr. Salah, if you take a minute, I'd like you to go back to your Answers to Interrogatories -- I'm sorry, Answer to the Complaint.

MR. OPPENHEIM:   1.

MR. LANDES:   Q   Exhibit No. 1.   And I ask you to turn -- you see this document has two parts.   It has an answer to the complaint, and it also has an attachment which is a response to what is known as the Wright affidavit, W-r-i-g-h-t.   That second part of the document, I direct your attention to Page 22.   Take a look at the first answer at the top that's an answer to paragraph that starts on the preceding page -- or actually preceding pages starting on Page 20, Paragraph 37, and the answer to that paragraph that you supplied is on Page 22.   It states Muhammad Salah denies

SYLVIA A. GERUT, C.S.R.
708.588.0283

82

the allegation in Paragraph 37 that he engaged in HAMAS terrorist activities.   Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Could you tell us, sir, what you meant when you answered the question how you defined the term terrorist activities?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Was it your definition, sir, that terrorist activities only meant the actual physical carrying out of an act of terrorism?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that when you made this statement in answer to the affidavit that you were also saying that providing a financial support to those carrying on physical terrorist activities was included in this answer?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283

83

Amendment to the United States Constitution.

MS. ROWLAND:   I'm a little slow, I apologize, but I'm going to object to that question.   I think, if I understood it, this calls for a legal conclusion.

MR. LANDES:   Q   I don't want to -- the purpose of the question is not for a legal conclusion.   The question I'm asking the witness is his understanding of the term terrorist activities.   And I guess the question, the next question, to the witness is whether he believes terrorist activities includes providing financial support to those who commit acts of violence against civil civilian populations.

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you personally are aware of a number of organizations in the United States that are affiliated with HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   Let's go off the record for a second.

(Discussion had off the record.)

MR. LANDES:   Q   It's correct, Mr. Salah, isn't that,

SYLVIA A. GERUT, C.S.R.
708.588.0283

84

you joined the Muslim Brothers in 1978?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And at the time you joined the Muslim Brothers, Mousa Mohammed Abu Marzook was responsible for the activities of the Muslim Brothers in the United States; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:   I'm renewing my first amendment objections.

MR. LANDES:   Q   It's correct, sir, isn't it, that you know what the term HAMAS means?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that as far as you know, Mousa Mohammed Abu Marzook was in a leadership position with HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283