Part 5

85

Q   Take a look at the interrogatory answers, Exhibit No. 2.  Take a look at Page 2, Interrogatory No. 4.  The question is in that interrogatory, state the date, location, duration and purpose of each occasion in which you have met with any of the named Defendants in this action.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that Mousa Mohammed Abu Marzook was a Defendant in this case at the time that you answered these interrogatories?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:  I'll stipulate to that, Counsel.

MR. LANDES:  Q  Okay.  In answer to the interrogatory you said at the bottom of the page, "As to the individual defendants, Mr. Salah has not met with any of them."  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And, sir, is it a correct and truthful statement

SYLVIA A. GERUT, C.S.R.
708.588.0283

86

that you have never met with Mousa Mohammed Abu Marzook?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, did you ever meet with Mousa Mohammed Abu Marzook when he was in a leadership position with HAMAS?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact when you met with Mousa Mohammed Abu Marzook, he told you that he was in a leadership position with HAMAS?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact when you met and had contact with Abu Marzook, he told you and did things that made you think that he was an activist and supporter of HAMAS; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, that Mousa Abu Marzook

SYLVIA A. GERUT, C.S.R.
708.588.0283

87

was engaged in raising funds on behalf of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that to your knowledge, Mousa Abu Marzook engaged in activities on behalf of HAMAS while he was in the United States; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you met with Mousa Abu Marzook more than one time; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And aside from meeting with him in person, you had other contact with him either by telephone or in writing; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you were subservient to

SYLVIA A. GERUT, C.S.R.
708.588.0283

88

Mr. Marzook in terms of your role of HAMAS; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment of the United States Constitution.

Q   And the way that the situation was described to you by Mr. Marzook, he was to take the position of political leader of HAMAS, and you were to be the military leader of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that Mousa Abu Marzook directed you to travel to Israel in August of 1992; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   He directed you to go to Israel in August of 1992 to reorganize the West Bank units of HAMAS during that period of time; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283

**89**

Amendment to the United States Constitution.

Q   It's correct, sir, that you went to Israel and the occupied territories in Gaza in August of 1992; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you returned to the Chicago area after your trip to Israel and the occupied territories in August 1992?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Just so that we understand the record that we use the term occupied territories, Gaza or just collectively, we're referring to the portion of the area between the Mediterranean and the Jordan River that was formerly under the control of Jordan before the 1967 war and Egypt and the Gaza area before the 1967 war.  Just putting that out as a definition.  So you don't have to take the Fifth Amendment I don't think.  Just to make sure we understand the record as opposed to what we would say is Israel being the area that was within the so-called Green Line before 1967.  Just to make sure

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**90**

that we are all speaking the same terms here without suggesting any agreement as to what's occupied, what's not and so on.  Do you understand that?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that between the time you came back from visiting Israel and the occupied territories in August of 1992, and when you returned there in January 1993 that Prime minister Rabin undertook an activity in which he threw out approximately 400 HAMAS activists from the area under Israeli control; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that Abu Marzook instructed you to travel to Israel in January 1993 to see what could be done to reorganize HAMAS after these deportations; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact that specifically what you were asked to

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**91**

do by Mr. Abu Marzook in the fall and winter of 1993 was to reorganize the military units of HAMAS after the deportations?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Marzook asked you to leave your current activities for which you were drawing the salary to dedicate yourself totally to the military activity in HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, when you went to Israel in August of 1992, isn't it correct, sir, that you went to London on the way there?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's possible, sir, that you went to London before your second trip to Israel in January of 1993; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**92**

Amendment to the United States Constitution.

Q   It's correct, sir, that in London, you met with an individual known as Muhammad Kazim, K-a-z-i-m, also spelled, K-a-t-h-i-m, also known as Abu Abada, A-b-a-d-a, or Abu Ubada, U-b-a-d-a; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that this individual Abu Abada had a significant role in HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that HAMAS purports to divide itself into two areas, a so called political apparatus and a social apparatus; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   There is an apparatus in HAMAS known as the military apparatus; isn't that correct, sir?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

93

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And that military apparatus is sometimes referred to as "the positive," isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, that ultimately HAMAS is a single organization combining both political and so-called military aspects; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, that you could tell us who was in overall command of HAMAS in the period of 1991 to 1993; isn't that correct, sir, you know that answer?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, it's a fair statement, isn't it, that HAMAS is not in favor of a two-state solution to resolve a conflict between Israel and the Palestinians; isn't

94

that correct?

A   On the advice counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that the local organization here in Chicago known as the Islamic Association for Palestine was itself instrumental in drafting and publishing what is known as the HAMAS Charter Manifesto; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that as far as you know, Mr. Rafeeq Jaber was involved in both the writing and publication or the writing and publication of the HAMAS Manifesto in the early 1990's; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, at some point that you learned that HAMAS was involved in perpetrating violent acts in Israel, Gaza and the West Bank; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

95

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, that when you went to Israel, the West Bank and Gaza in 1992 and 1993, you knew at that time HAMAS was involved in perpetrating violent acts in that part of the world; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact at some point, you learned before you went to Israel in 1992 and 1993 that HAMAS funds its activities in whole or in part by raising funds in the United States; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you would agree that HAMAS and its members and representatives from Israel, the West Bank and Gaza went to the United States to raise funds and otherwise gang support for its activities, isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

96

Amendment to the United States Constitution.

Q   In fact it's also true, isn't it, sir, that HAMAS sends its members and representative to the United States to speak at conferences that are sponsored by the Islamic Association for Palestine and its affiliates; isn't that correct, sir?

A   I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you attended conferences that were held and sponsored by the Islamic Association for Palestine in the late 80's and through the 90's both in Chicago, Kansas City and other locations where representative of HAMAS spoke?

MS. ROWLAND:   I'll restate my First Amendment objection.

THE WITNESS:   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   Q   You agree, sir, that HAMAS is involved in perpetrating violent acts; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

97

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you agree, sir, that HAMAS instigates and conducts operations that are dangerous to human life; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you agree, sir, that HAMAS instigates and conducts operations that would be in violation of the criminal laws if they were conducted in the United States; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you agree, sir, that HAMAS operations are intended in part to intimidate or coerce the civilian population; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You agree, sir, that HAMAS operations are intended in whole or in part to influence the policy of a government by intimidation or coercion?

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

98

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You agree, sir, that HAMAS operations are intended in whole or in part to effect the conduct of a government by assassination or kidnapping; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you learned that HAMAS planned to kill David Boim; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You know that David Boim is the family of the plaintiffs in this case; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You learned, sir, that HAMAS took credit for murdering David Boim; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

99

Amendment to the United States Constitution.

Q   It's correct, sir, that you learned that HAMAS planned operations in the area of Beit El in May of 1996, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When I say operations, I'll rephrase the question that you learned that HAMAS planned military or terrorist operations in the area of Beit El in May of 1996; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you're aware, sir, and learned that HAMAS planned military and terrorist operations in the West Bank in the years 1992 to 1996; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you learned, sir, that in the period of 1992 to 1996, HAMAS planned military and terrorist operations to kill United States citizens in Israel, the West Bank

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

100

and Gaza; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You knew in the period from 1990 to 1996 that HAMAS planned operations of a military terrorist nature to kill Israelis including civilians and soldiers in Israel, the West Bank and Gaza; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You knew, sir, that in order to conduct such military and terrorist operations HAMAS needed financial support to purchase weapons, vehicles and equipment; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you, yourself, provided organizational and financial assistance to persons you knew or suspected were members of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

101

Amendment to the United States Constitution.

Q   Mr. Salah, have you ever heard of an organization called the Palestinian Islamic Jihad?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that either yourself or through your efforts through HAMAS, you provided organizational and financial assistance to persons you knew or suspected were members of the Palestinian Islamic Jihad; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact when you were in Israel, names were found in your notebook of individuals who you knew were from Islamic Jihad; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact, sir, you are aware that in the period in which you lived in the United States before you went to Israel and subsequent thereto that there was a relationship between Palestinian Islamic Jihad and the

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

102

United States?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, have you ever had contact -- using the same definition that I gave you before, have you ever had contact with Fathi Shiqaqi, F-a-t-h-i, S-h-i-q-a-q-i?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's true, isn't it, Mr. Salah, that you have had contact with Fathi Shiqaqi; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you have had contact with Ramadan Abdullah Shallah, R-a-m-a-d-a-n, A-b-d-u-l-l-a-h, S-h-a-l-l-a-h?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you have had contact with Ghassan Zayed Ballut, G-h-a-s-s-a-n, Z-a-y-e-d,

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

103

B-a-l-l-u-t?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, Mr. Ballut is an individual who resided in the Chicago area; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you had contact with Hatim Naji Fariz, H-a-t-i-m, N-a-j-i, F-a-r-i-z?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And, sir, you have had contact with an individual known as Sameeh Hammoudeh, S-a-m-e-e-h, H-a-m-m-o-u-d-e-h?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you have heard of an organization called the Islamic Concern Project, Inc. ICP, also known as Islamic Committee for Palestine; isn't that correct, sir?

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

104

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you have attended meetings of ICP; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:   I object based on the First Amendment.

MR. LANDES:   Q   It's correct, isn't it, Mr. Salah, that you know an individual whose name is Ismail Elbarasse, I-s-m-a-i-l, E-l-b-a-r-a-s-s-e; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, that Mr. Elbarasse has a relationship with Mr. Marzook; isn't that correct, sir, or had at one time?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that Mr. Ismail Elbarasse and Mousa Abu Marzook shared a checking

**SYLVIA A. GERUT, C.S.R.**
708.588.0283