**Part 6**

**105**

account; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you know -- Sorry.  Strike that.

You know Mr. Elbarasse, because he sent you checks that were drawn on an account that he shared with Mr. Marzook; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact you know that Mr. Elbarrasse is a HAMAS operative; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, isn't it, that you've admitted in a previous court proceeding that Mr. Elbarasse is a HAMAS operative; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  Do you want to break 45 minutes, half

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**106**

hour, whatever you want?

MS. ROWLAND:  Can I get food brought up?

MR. LANDES:  You can go get it and take it into the room.

MS. ROWLAND:  Let's say 45.

MR. LANDES:  Okay.

(Whereupon, a recess was taken.)

(Document marked as Exhibit No. 20.)

MR. LANDES:  Q   Let's go back on the record.  We're back on the record now after lunch.  I remind the witness that he's still under oath.  I will hand you a document, Mr. Salah, that's been marked as Exhibit 20, Document S3159.

It is check dated November 24, 1989, Muhammad Salah, pay to the order of Mousa Abu Marzook signed by Mr. Salah.  It's endorsed and deposited.  Isn't it correct, sir, that this is a check for $2,000 that you gave Mousa Abu Marzook on November 24, 1989?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, why did you give this check to Mousa Abu Marzook?

A   On the advice of counsel, I respectfully decline

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**107**

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the mere fact that you gave this check to Mr. Marzook on November 24, 1999 establishes the fact that you did know Mr. Marzook on or about that date; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  You don't have to answer this.  I may have misspoken.  I said '99.  I meant to say '89.  The next document would be Salah No. 21.

(Document marked as requested.)

MR. LANDES:  Q   In the middle there's a check from Ruston, Louisiana, Rustin State Bank.  The check says it is from Mousa Abu Marzook or Nadia Elashi dated 5-20-1990 for $1,000 payable to Muhammad Salah.  Do you see that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you did receive this check from Mr. Marzook or Nadia Elashi on or about the day it says on the check; isn't that correct, sir?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

**108**

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact this check demonstrates, doesn't it, that as of at least 1990, you knew Mr. Marzook or Mr. Elashi and his wife; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. HOFFMAN:  Mary, could you just check to see if there's a more legible copy of this?

MS. ROWLAND:  I will be happy to.

MR. LANDES:  It's pretty hard to read.

MS. ROWLAND:  Yes.  I can almost guarantee based on the Bates numbering that I don't have a better copy, but I'll check.

MR. LANDES:  I'll hand you the next document, Document No. 22.

(Document marked as requested.)

MR. LANDES:  Q   This is a check also on the Ruston State Bank in Ruston Louisiana, a check from Mousa Abu Marzook, check No. 726 in the amount of $10,000.  Did you receive this check from Mr. Marzook, Mr. Salah?

A   On the advice of counsel, I respectfully decline

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

109

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  In fact this check also demonstrates, doesn't it, that at least as of the date that it is written on July 7, 1990, you knew Mr. Marzook; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  In fact this check does have your endorsement on it, doesn't it, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Do you have any explanation as to why Mr. Marzook gave you $10,000?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you a document that we ask the court reporter to mark as Salah Exhibit No. 23.

(Document marked as requested.)

MR. LANDES:  Q  This document appears to be a receipt of a wire transfer in the amount of $7,000 from

110

a bank in Ruston, Louisiana.  It would appear that this is a check that was wired from the same bank that you received the checks from Mr. Marzook; isn't that correct, sir?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  In fact, sir, as far as you know, this check came out of an account that was controlled by Mr. Marzook and Mr. Elbarasse; isn't that correct?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Is it correct, sir, that you received three wire transfers to a First National Bank account from Faisal Financial in Switzerland totaling $107,000 on March 16, 1992; July 3, 1992 and October 7, 1992?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  These funds from Faisal Financial originated with Mr. Kadi, didn't they?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

111

Amendment to the United States Constitution.

Q  Well, we didn't receive any records.  So we got this out of another source, but in the document production, we did not receive anything showing these transfers, but we saw references to them in the Wright affidavit.  Maybe you could check to see if you have anything on that.

Now, it's correct, sir, that on July 9, 1992, you withdrew $10,000 from the First National Bank of Chicago?

A  On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Mr. Salah, could you tell us why it is somebody sent you $107,000 in 1992, namely Faisal Financial?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  Is this money that you received something that you reported on your income tax return?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q  I'm just making specific reference to the

112

amounts of Exhibits 21, 22 and 23 whether they were reported on your tax returns?

MS. ROWLAND:  I'm sorry.  I don't understand.

MR. LANDES:  Q  You had receipts that are referred to, deposits into your account on Exhibits 21, Exhibit 22 and Exhibit 23.  My question is whether these deposits reflected income that was reported on your tax return?

A  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:  Your previous question referred to other transfers?

MR. HOFFMAN:  I think the prior question related to the $107,000.

MR. LANDES:  Right.

MS. ROWLAND:  Two separate questions.

MR. LANDES:  Two separate questions, two different sets of -- same answer.

MS. ROWLAND:  Got it.  Same answer.

MR. LANDES:  I'll hand you a document being marked as Exhibit 24.

(Document marked as requested.)

MR. LANDES:  Q  This is a one-page bank statement,

113

and the account is apparently of Muhammad Salah or Azita Salah, Account No. 02-203453-2. And it shows, if you look under miscellaneous debits and credits, for the date 9-03, a deposit of $20,000. Could you tell me what the source of that $20,000 is?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: I'll hand you another document I'll ask to be marked as Exhibit No. 25.

(Document marked as requested.)

MR. LANDES: Q I ask you to hold 24 and 25 together. And it would appear, would it, Mr. Salah, that this wire transfer that's Exhibit 25, Document S2987, is the $20,000 that appears on September 3 in Exhibit 24?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact if you take a look at this document, where it says message acknowledgment, there is a 0903 which would appear to suggest that in fact that is the source of the $20,000, and further the document says the ordering bank is ASB Annandale. Are you familiar with

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

114

that bank, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q And Mr. Marzook -- I'm sorry, Mr. Salah, did you report this $20,000 on your income tax return?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND: Sorry. Is Exhibit 25 dated?

MR. LANDES: Yes, I think it's dated, but that's sort of the question we're asking.

MS. ROWLAND: Okay.

MR. HOFFMAN: 0903 on the bottom.

MR. LANDES: But there's a reference on the bottom to 0903 which corresponds to the 903 on the deposit form -- on the bank statement.

MS. ROWLAND: Thank you.

MR. LANDES: Q I'll hand you a document which I ask to be marked as Exhibit 26.

(Document marked as requested.)

MR. LANDES: Q This is a check, S2902, a check in the amount of $1,000 from Nasser Alkhatib, N-a-s-s-e-r, A-l-k-h-a-t-i-b, in the amount of $1,000 payable to

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

115

M. Salah, and apparently endorsed on the back by M. Salah to account 02-2034532. Is this a check that you received, Mr. Salah?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: I'll hand you a document that I ask to be marked as Exhibit 27, S2904.

(Document marked as requested.)

MR. LANDES: Q It is a check for $5,000 from Elbarasse and Mousa Mohammed Abu Marzook drawn on the First American Bank in Mclean, Virginia, in the amount of $5,000 date 8-8-1992. Is this a check that you received and endorsed, Mr. Salah?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: I'll hand you Exhibit No. 28, Group Exhibit No. 28.

(Document marked as requested.)

MR. LANDES: Q It's a series of bank documents. It's S2907, 2908, 2914, 2915, 2919, five pages. The first Page, 2907, is a bank statement. It says at the top Muhammad Salah or Azita Salah, the same account

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

116

number we were dealing with before, 02-203453-2. It shows on it a credit on December 29th, 1993 -- I'm sorry, 1992. Just to back up for a second, the date of the statement is January 12, '93. It's obviously in reference to the previous month. It shows a regular deposit on December 29th of $300,000. And if you look at the next page, 2908, there is a wire transfer document showing a transfer of $300,000 from Ismail Selim Elbarasse, I-s-m-a-i-l, S-e-l-i-m, E-l-b-a-r-a-s-s-e, to Muhammad Salah for $300,000. It would appear, wouldn't it, Mr. Salah, that the $300,000 on 12-29 is the $300,000 that was wired to you by Mr. Elbarrasse; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact if you look at Document S2908 on the bottom, it shows a date of 12-29, does that further clarify your answer, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Take a look at Document 2915, which is, again, a statement of account to Muhammad Salah or Azita Salah.

SYLVIA A. GERUT, C.S.R.
708.588.0283

117

The date on the documents is 2-12-93. It's in reference apparently to transactions in January of 1993, and you'll see on the date of January 25th a deposit of $300,000. And if you look at Document 2914, you will see a wire transfer in the amount of $300,000, the date on the bottom of January 25th, being sent from Ismail Selim Elbarasse. This is evidence that Mr. Elbarasse put $300,000 in your account on January 25, 1993; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And, Mr. Salah, if you take a look at Document No. S2919, again, a wire transfer to your bank in the amount of $135,000 from Ismail Selim Elbarasse, and if you make reference to that same date of July -- sorry, of January 20, 1993, you see a deposit of $135,000. Sir, isn't it correct that on or about January 20, 1993, you received an additional deposit in the amount of $135,000 from Mr. Elbarasse; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Isn't it correct, sir, that Mr. Elbarasse and/or

SYLVIA A. GERUT, C.S.R.
708.588.0283

118

Mr. Marzook or the two of them together sent you approximately $735,000 in order to support your activities in your forthcoming trip to Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   With reference to our discussion before in which I asked you and you declined to answer whether Mr. Marzook engaged you to travel to Israel and the occupied territories to distribute money for HAMAS, this in fact was money that he asked you to distribute there for HAMAS purposes; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you another document, No. 29, Exhibit No. 29.

(Document marked as requested.)

MR. LANDES:  This is a Check No. 1256, the account of Ismail Selim Elbarasse and Mousa Mohammed Abu Marzook in the amount of $2,110 from the First American Bank -- First American Bank of Virginia, apparently McLean, Virginia, difficult to read it, payable to Muhammad

SYLVIA A. GERUT, C.S.R.
708.588.0283

119

Salah endorsed by Muhammad Salah. You in fact did receive and deposited this check from Mr. Marzook and Mr. Elbarasse; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You received a substantial amount of funds from Mr. Elbarasse and Mr. Marzook, we just identified those documents, in excess of $700,000 received in December -- from August through December of 1992 and January 1993. And my question for you, sir, is whether you treated that money as personal income for the purposes of your income tax return?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you Group Exhibit No. 30.

(Document marked as requested.)

MR. LANDES:  Q   It's a series of financial documents. The first page is 2892, and it goes through 2903. The first page of the document is, again, an account statement. And, again, there's something redacted. It appears to be redacted in all of these documents. I don't really understand the logic of it,

SYLVIA A. GERUT, C.S.R.
708.588.0283

120

why this would be redacted.

MS. ROWLAND:  It looks like what's redacted could be gotten from doing some adding.

MR. LANDES:  Right. It doesn't seem to make any sense.

MS. ROWLAND:  I will check on all these to see if I have unredacted copies. You have marked this document before, correct?

MR. HOFFMAN:  This one --

MS. ROWLAND:  S2892 has been marked as Exhibit No. 24.

MR. HOFFMAN:  Independently.

MR. LANDES:  Q   Right, but this is a sequence of documents, but we're making reference now to the checks posting section of that document. You see afterwards there are a series of checks on this account, one on page -- each of the Pages 2893, 94, 95, 96, 97, 98, 99, 2900, 2901. Where's 2902? 2903. There was never a 2902 in this group exhibit. It's a series of checks for $5,000 each. Do you see that, sir? I'll rephrase the question.

These are in fact checks that you, yourself, wrote to cash that were drawn upon your account; is that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

121

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the endorsements, if you take a look at Page 2896, you see the back side of this check, and it's stamped on the back Bank Hapolin, Tel Aviv, Israel, these are checks that you cashed at either the Bank of Hapolin or one of its branches on or about the date of the checks themselves; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you used the money that you withdrew from your own account by virtue of these checks to finance your activities on behalf of HAMAS when you were in Israel in September of 1992; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you the next document, Mr. Salah, Exhibit No. 31.

(Document marked as requested.)

MR. LANDES:  Q  This is a check on your account, LaSalle Talman Bank, Check No. 747 in the amount of

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

122

$3,000 payable to Ghada Sharif, G-h-a-d-a, S-h-a-r-i-f, dated 9-29-92.  It says in the memo part tickets Syria, do you see that, sir, this is a check you wrote?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you were using these checks -- this check in buying tickets to finance a trip by Alwan, Shareef, A-l-w-a-n, S-h-a-r-e-e-f, and Rizzak Salah, R-i-z-z-a-k, S-a-l-a-h, and yourself to go to Syria; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, according to your own statement, your own handwritten statement, that you were taking these gentlemen to Syria in order to engage in training on behalf of HAMAS; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that Alwan Shareef, and Rizzak Salah were two individuals who you had selected to receive military training on behalf of HAMAS; isn't

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

123

correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the individuals Alwan Shareef and Rizzak Salah were people for whom you were particularly concerned when you were incarcerated in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, Mr. Salah, you were incarcerated in Israel starting in January of 1993; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And while you were incarcerated in the Ramalla prison on March 19, 1993, it is the case, sir, isn't it, that you were visited by representatives of the United States embassy; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact during a visit by consulate officials of

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

124

the United States to you in the Ramalla prison, you asked that they pass on a message to Messrs. Shareef and Rizzak not to go to Louisiana's plant but to stay in Chicago; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, it was the case that you arranged to have Alwan Shareef and Rizzak Salah trained to go to the West Bank to carry out various acts of violence including making bombs; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you provided -- arranged to have training provided to Alwan Shareef and Rizzak Salah to make bombs out of sugar; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you also were training -- arranging for training to be given to Alwan Shareef and Rizzak Salah to make bombs out of fertilizer; isn't that correct, sir?

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*