**Part 7**

125

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that in connection with training people to make bombs, you, yourself, had in your personal possession timers and delay clocks to be used with explosives; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I'll hand you the next exhibit, sir, to be Salah Exhibit No. 32.

(Document marked as requested.)

MR. LANDES:   Q   This is a check dated December 29th, 1992, payable to Ghada Sherif, G-h-a-d-a, here it's spelled, S-h-e-r-i-f, in the amount of $8,195; is that correct, sir, that's a check you wrote to her in that amount?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You gave that check to Ghada Sherif in order to purchase tickets for people to take trips to Israel and the occupied territories; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

126

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the money that you used to write this check and buy these tickets with whatever purpose you gave the money to Ghada Shareef, those funds came in whole and in part from Mr. Marzook and Mr. Elbarasse; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I'll hand you Document No. 33.

(Document marked as requested.)

MR. LANDES:   Q   It's a check.   It's very difficult to read.

MR. HOFFMAN:   Mary, if you could just check to see if there's any more legible copies.   This is as good as we got.

MR. LANDES:   Q   I think this is a check for $1,800 payable to Muhammad Salah, but we can't read it too well.   So maybe you could tell us what that is.   The next document is No. 34.

(Document marked as requested.)

MR. LANDES:   Q   This is a check for $10,000, a

SYLVIA A. GERUT, C.S.R.
708.588.0283

127

cashier's check payable to Muhammad Salah and endorsed by you and deposited to the same bank account that we were speaking of previously, the 532 bank account.   In fact you did receive and deposit this check; didn't you, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Can you tell us, sir, who gave you this check or where you received it from?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, the check that I just gave you numbered S2913, it's correct, sir, that you never reported this $10,000 as income on your income tax return; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I'll hand you Group Exhibit 35.

(Document marked as requested.)

MR. LANDES:   Q   Bank documents S2918, S3221 and S3222.   If you look at S2918, it is a wire transfer from

SYLVIA A. GERUT, C.S.R.
708.588.0283

128

Nasser Alkhatib to your account 022034532 in the amount of $50,000.   It's correct, sir, that you received this $50,000, and it was deposited to your account; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at the next page, 3221, this is a document, Standard Bank and Trust Company receiving wire transfers, it says on the date 1-22-93, credit to Azita Salah, Account No. 239328706 in the amount of $170,000 wire sent by Nasser Alkhatib.   In fact this amount was deposited into your account; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the account to which it's deposited is where you had a joint account with your wife; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you look at Document S3222, again, a Standard

SYLVIA A. GERUT, C.S.R.
708.588.0283

129

Bank and Trust Company wire transfer dated January 21, '93, credit to the name Azita Salah, the amount $30,000 wire sent by Nasser Alkhatib. And in fact, sir, this amount was deposited into your joint account that you hold with your wife; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the $250,000 that Mr. Alkhatib sent to your two different accounts, a total of $250,000, you never declared that as income on your tax return; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   I believe you testified or filed papers in proceedings that suggested that when you went to Israel and distributed money beginning in January 1993, you were doing so for charitable purposes; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

130

Q   In fact, sir, you were not yourself the holder of any account in which any individual could get a tax exemption for giving a donation for the purposes of any contributions that you may have distributed; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact there are absolutely -- there's absolutely no evidence or any indicia of any sort that you were receiving funds for any recognized charity in the United States; isn't that correct, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And the reason that you did not establish any mechanism for these accounts to be declared as sources for charitable contributions was in fact they were not used for charitable purposes but were used for the purposes of financing HAMAS activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

131

MR. LANDES:   I'll hand you the next document, sir, and ask it to be marked as Salah Exhibit No. 36.

(Document marked as requested.)

MR. LANDES:   Q   This document which is stamped S2916 is a wire transfer order payable to the First Chicago Bank of Ravenswood. The account title is Ribhe R-i-b-h-e, Abdel, A-b-d-e-l, Rahman, R-a-h-m-a-n in the amount of $200,000, and it's dated January 19, 1993, and it's correct, sir, isn't it, that your wife Azita Salah transferred $200,000 to Ribhe Abdel Rahman's account on January 19, 1993; isn't correct, sir, isn't it?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by Fifth Amendment to the United States Constitution.

Q   In fact, sir, it's correct, isn't it, that you instructed your wife to transfer this $200,000 to Mr. Rahman?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact Mr. Ribhe Abdel Rahman received these funds in order to have them transferred to Israel and the occupied territories so they could be distributed for the purposes for which you were then in

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

132

Israel and the occupied territories at that time; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, if you add up all of these different deposits that we've identified over the past few minutes in this deposition, you show deposits in the various accounts that you controlled either yourself or with your wife to be somewhere in the area of $1 million; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you accumulated that money in order to distribute those funds in Israel and the occupied territories in order to finance the activities of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:   I'll hand you a document to be marked as Exhibit 37.

(Document marked as requested.)

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

133

MR. LANDES: Q This is a check purportedly on the account of Muhammad Salah, Check No. 860 at the LaSalle Talman Bank in the amount of $299,950, and the check purportedly has what is trying to represent as your signature; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact on or about January 29, 1993, you were incarcerated in prison in Israel; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q So in fact you, yourself, did not write this check; did you, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Do you know who wrote this check?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It's the case, isn't it, sir, that somebody

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

134

attempted to take money from your account in order to deal with the fact that you had been arrested; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q Could you identify for us who this check is written to?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It looks to me that this check is written to Mr. Nasser Alkhatib; does that seem to be to you as well, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It's a fact, isn't it, sir, that the bank did not honor this check, it's a great country we have; is that correct, sir?

A On the advice of my counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES: I'll hand you what has been marked as

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

135

Exhibit No. 38.

(Document marked as requested.)

MR. LANDES: Q This is document S2917. It's a savings withdrawal slip. It's in the amount of $542,859.19, a check payable to Standard Bank and Trust, and it's signed by Azita Salah. And in fact, sir, isn't this a withdrawal that your wife made from the LaSalle Talman account to place in the Standard Bank and Trust account on or about February 1, 1993?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q In fact, sir, the money, this $542,859.19 was placed into the same account that you ultimately or your wife or the both of you used to pay off your mortgage; isn't that correct, sir?

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q So in fact, sir, that if people were giving you money for the purposes of charitable contributions in Israel and the occupied territories, in fact some of that money found its way to your own account and used for your own personal purposes; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

136

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q We're at a point, do you need to take a break?

MS. ROWLAND: I don't. Do you want a break?

MR. LANDES: Let's take five, see if we can shorten it a little.

(Whereupon, a brief recess was taken.)

MR. LANDES: Q Take a look again at Exhibit 19, please. You recall, Mr. Salah, we spoke earlier first about a document that was in Arabic and then this document in which I asked you whether it was a fair -- whether it was a translation of a statement in Arabic that we understand that you wrote. And I'd like you to take as much time as you'd like whether you could tell me or if you're willing to tell me whether this document, Exhibit 19, is a fair representation in English of the statement in Arabic?

MR. OPPENHEIM: Exhibit 18.

MR. LANDES: Q Which was Exhibit 18.

A On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q It's correct, sir, isn't it, that your initial

SYLVIA A. GERUT, C.S.R.
708.588.0283

137

role with your activities on behalf of HAMAS in the United States was a recruiter; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, you identified an individual named Izzat Mansur, I-z-z-a-t, M-a-n-s-u-r as a person who you were engaged with in connection with recruiting for HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact I think in your statement, you were very careful about the identity of Izzat saying that his identity was known to very few people; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, in connection with the training of recruits that you spoke about in your statement, it's the case, sir, isn't it, that you were attempting to find individuals of Palestinian origin who were in the United States who could be of assistance to HAMAS in their

SYLVIA A. GERUT, C.S.R.
708.588.0283

138

various activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact you arranged with an individual who you identified as Brother Yussuf, Y-u-s-s-u-f, from Jordan to help you in these training activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, his brother Yussuf from Jordan is the same individual as Abu Ahmad Al-Khabir also known as Abu Ahmad also known as Ahmad Yussuf?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Brother Yussuf was assisting in the activity of procuring weapons for HAMAS for training purposes; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And another individual who assisted you in

SYLVIA A. GERUT, C.S.R.
708.588.0283

139

training was known as Brother Munzar, M-u-n-z-a-r; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer base on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You have had contact with an individual known as Nasser Issa Galal Hidmi, is that a person you know, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Mr. Hidmi was an individual living in the United States in 1989; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Mr. Hidmi wrote to you in or about November of 1989 sending you certain credentials of his and asking for you to meet with him to provide him with some training; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact that letter may have actually been sent by Abu Bada on behalf of Mr. Hidmi; isn't that correct?

SYLVIA A. GERUT, C.S.R.
708.588.0283

140

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you made arrangements for Mr. Hidmi to come to Chicago in or about June of 1990 to participate in a HAMAS training camp; isn't this correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you ran a camp for training people for HAMAS activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer base on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you had a training camp in June of 1990 that included approximately 28 trainees; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And one of the activities in that camp of June 1990 was to train people in car bomb activities; isn't that correct?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

141

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You had contact with Mr. Hidmi subsequent to the June 1990 camp; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you mailed articles to Mr. Hidmi concerning HAMAS after you met with him in June of 1990?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact some of the articles that you sent Mr. Hidmi were published by the Defendant the Islamic Association for Palestine and its related organizations; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Then in 1990 you attended an Islamic Congress meeting in Kansas City; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

142

MS. ROWLAND:  And the First Amendment.

MR. LANDES:  Q  You brought Mr. Hidmi to secret meetings in connection with that Congress; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And those secret meetings held in connection with the Kansas City Congress involved other HAMAS recruits, approximately 20 in number; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact those meetings were run also by Ibrahim Muzayyin who is the same person as El-Mezain of the Holy Land Foundation; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact the individuals who attended those meetings were people of Palestinian origin who were selected in order to carry out military and terrorist operations in Judea, Samaria and Gaza; isn't that

SYLVIA A. GERUT, C.S.R.
708.588.0283

143

correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And the recruits that attended these meetings in connection with the Kansas City conference were divided into committees including military committees, security committee, cultural committees, and political committees; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact you in February of 1992 contacted Mr. Hidmi again and told him of dates -- a date of a future committee meeting; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And the people who attended that subsequent committee meeting included yourself, Mr. Hidmi and an individual known as Neguib Al-Ush Nabil Abu-Sharah, N-e-g-u-i-b, A-l-u-s-h, N-a-b-i-l, A-b-u-s-h-a-r-a-h and two other individuals; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

144

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   At that meeting Mr. Al-Ush gave training in methods of Israeli intelligence, discussed different types of hand grenades other types of sabotage; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   The purpose of that meeting was to train the recruits to learn about the preparation of sabotage devices in order to afflict damage and injury on the habitants of Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   That meeting took about 12 hours; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you lost contact with Mr. Hidmi, because he subsequently was arrested in Israel; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283