# Part 8

145

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact, Mr. Hidmi subsequently pleaded guilty to a series of offenses in Israel which he named you as an accomplice?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Now, in your statement, you admit to being the commander of the military ring of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in connection with being the military commander of HAMAS, one of your responsibilities was for the camps in Central Gaza; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   One of your responsibilities as military commander of HAMAS was to allocate funds among the different sectors and groups of HAMAS throughout the

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

146

West Bank and Gaza; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact dealing with the finances, one of the individuals with whom you dealt was someone named Sufian Abu Samarah, S-u-f-i-a-n, A-b-u, S-a-m-a-r-a-h; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And another person that you dealt with in financing HAMAS was Imad Al-Faluji, I-m-a-d, A-l-F-a-l-u-j-i also known as Abu Amas, correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact both Abu Samarah and Abu Amas were of assistance to you in allocating funds in the West Bank and Gaza during 1992 and 1993; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During this period of time, you reported to

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

147

Mr. Marzook; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you took a trip in 1989 to Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When I said the trip to Israel, I meant Israel and the occupied territories so there's no dispute. You don't have to answer this. I just clarified my previous question. If it changes your answer, let me know. You went to Israel in 1989 at the behest of Mr. Marzook; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During the course of your visit in 1989, you met with Abu Ubada; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Abu Ubada had responsibilities in the area of

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

148

propaganda; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During your trip in 1989, you also met with an individual named Sayad Abu Musamah, S-a-y-a-d, A-b-u, M-u-s-a-m-a-h, also known as Brother Musamah; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you spent the night at the home of Abu Musamah; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you went to his house, and you read a variety of reports that he had concerning disputes that HAMAS was having with Fatah, F-a-t-a-h, in an attempt to create an agreement with the Islamic Jihad; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

149

Q   And you also used that opportunity to create a propaganda campaign for dissemination in Jordan at that time; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Your trip in 1989 you also met with the person known as Abu Hamza, A-b-u, H-a-m-z-a; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And Abu Hamza was the HAMAS operative responsible for the Nablus area; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Then you went to Israel again in August of 1992, Israel and the occupied territory, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MS. ROWLAND:  Would it help if I stipulated that

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

150

he's going to take the Fifth Amendment with respect to the August '92, trip every question you ask about it, because I'm not --

MR. LANDES:  It's your Fifth Amendment right.  My understanding is he asked and answered the question.  Am I misunderstanding something or --

MS. ROWLAND:  No.  I'm just offering to stipulate that that is how he's going to answer the question.  If you want to ask them, go ahead.

MR. LANDES:  Well, go off the record.

(Discussion had off the record.)

MR. LANDES:  Q  Go back on the record.  Mr. Salah, it's true, isn't it, that when you visited Israel and the occupied territories on or about 1992 and 1993, you met with an individual known as Salah Al-Arouri, S-a-l-a-h, A-l-A-r-o-u-r-i, also known as Salah Dar Suliman, S-a-l-a-h, D-a-r, S-u-l-i-m-a-n; that's correct, isn't it, sir?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact, sir, Salah Al-Arouri was the HAMAS captain for Nablus; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

151

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You gave Salah Al-Arouri $100,000 in order to procure weapons, transportation and other equipment to enable HAMAS to carry out terrorist activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact with your knowledge, Salah Al-Arouri gave $45,000 to Musa Dudin, M-u-s-a, D-u-d-i-n, gave him $45,000 with which he used the money to purchase weapons; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Musa Dudin participated in a terrorist attack on December 10, 1992 using weapons that were procured with some of the money that you gave to Mr. Al-Arouri; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During the course of your visits to Israel and

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

152

the occupied territories, you met on one or more occasion with someone identified as Abu Saab, A-b-u, S-a-a-b; is that correct, sir?

A   On the advice of counsel, I respectfully decline do answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Abu Saab was the captain in Gaza for HAMAS, isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Abu Saab was a deputy to a person named Adel, A-d-e-l, Adwallah, A-d-w-a-l-l-a-h; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Adel Adwallah was a captain for Ramalla and Gaza; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you gave Abu Saab $50,000 in order to procure weapons and other equipment to support HAMAS

SYLVIA A. GERUT, C.S.R.
708.588.0283

153

activities of the terrorist sort; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   As far as you know, an individual named Bassam Musa or Bassat Musa -- is that his name -- Sorry. Strike that.

An individual known as Bassam Musa or Bassam Bassat, B-a-s-s-a-m, M-u-s-a or B-a-s-s-a-m, B-a-s-s-a-t or Banat, B-a-n-a-t, was a person you gave $30,000 to; isn't that correct?

A   On advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   The $30,000 you gave to Bassam Musa or Bassam Banat was for the purpose of procuring weapons and other equipment to support HAMAS's terrorist activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When you were in Israel and the occupied territories, you met with an individual Marwan Hawajah,

SYLVIA A. GERUT, C.S.R.
708.588.0283

154

M-a-r-w-a-n, H-a-w-a-j-a-h; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that Marwan Hawajah was a deputy to Adel Adwallah; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You gave $60,000 to Marwan Hawajah in order to procure weapons and other supplies to support HAMAS terrorist activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Mr. Salah, when you were in Israel and the occupied territories in 1992 and 1993, it's correct that you met with Abu Majahd, A-b-u, M-a-j-a-h-d, correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Abu Majahd was the Gaza captain or is a Gaza captain and was a deputy to Adel Adwallah, and you gave him $30,000 to procure weapons and other equipment in

SYLVIA A. GERUT, C.S.R.
708.588.0283

155

order to support HAMAS terrorist and military activities; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact the statement in your interrogatory answers that you gave Al-Arouri, Bassam Musa and Marwan money for the purposes of charitable activities is incorrect, isn't that true?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During the course of your visit in 1992 with Adel Adwallah, did you have a discussion with him concerning Sari Nusseibah, S-a-r-i, N-u-s-s-e-i-b-a-h?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   This in fact is the same Sari Nusseibah who is a son of one of the leading Palestinian families in Jerusalem; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

156

Q   You discussed with Mr. Adwallah a possibility of eliminating Sari Nusseibah from this world; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   That act wasn't carried out as far as you know, because Mr. Nusseibah is still here; is that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You were arrested by the Israeli authorities in January of 1993, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Why were you arrested?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct that you were arrested because the authorities felt that you were engaged in various activities supporting terrorism; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

157

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When you were arrested, the authorities found in your possession either on yourself personally or in the hotel room that you had occupied an address book that contained phone numbers of various HAMAS operatives; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer, based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   When you were arrested, the authorities also found in either your possession or your hotel room notes and meetings that you had with Abu Majahd, Abu Saab; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer, based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And also in your possession was information that talked about or explained the details of where to buy weapons in Rahat, R-a-h-a-t; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

158

Q   They also found in your possession a card of Marwan Hawajah; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Earlier in this deposition, you recall that we introduced a document in which we showed your wife had transferred $200,000 to the account of Ribhe Abdel Rahman; do you recall that, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact in your possession was a receipt for $200,000 received from Rahman; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer, based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And that $200,000 reflected money that you gave to Salah Al-Arouri, Abu Saab, Abu Majahd and Bassam Musa; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's also true that they found in your

SYLVIA A. GERUT, C.S.R.
708.588.0283

159

possession a note with the names of Taha Al-Arouj, T-a-h-a, A-l-A-r-o-u-j, and Abd Al-Karim Ayad, A-b-d, A-l-K-a-r-i-m, A-y-a-d, who were people to whom money was given to support suicide operations; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in your possession, they also found two bank account numbers belonging to one Imad Musa, I-m-m-a-d, M-u-s-a, and you were given that account information by Marwan Hawajah; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Also in your possession was $97,000 in cash that you had on you or in a suitcase when you were picked up; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You were detained in an Israeli prison or Israeli prisons from January 1993 to on or about December 1997, is that correct?

SYLVIA A. GERUT, C.S.R.
708.588.0283

160

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And the fact is that your case, the fact that you were arrested and that you were an American citizen drew the attention of significant political figures in the United States; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Prominent among the people that were looking after you, looking after your case, was Senator Paul Simon; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you learned either while you were in prison or subsequent thereto that Senator Simon and others had instructed the U.S. embassy to take special care to make sure that you were treated properly in prison; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

SYLVIA A. GERUT, C.S.R.
708.588.0283

161

Q   In fact you were visited numerous times by consulate officials, isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you were visited, as we said before, by consulate officials on March 19, 1993; isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution

Q   And that was about approximately the sixth visit you had received since you were arrested on January 25th; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution

Q   And during the course of your incarceration, you told the people interrogating you that you had specific information about the burial site of an Israeli soldier named Sa'abon; isn't that correct, sir?

A   On the advice of counsel I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

162

Q   In fact you used what you said was specific information about the burial site of Soldier Sa'abon in order to bargain for your release; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And when the consulate officials visited with you on March 19, 1993, you reported to them that you had a back ache and that you were -- that you had been given a medical test for a urological problem; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact when you were visited on March 19, 1993, you told the counselors -- sorry, the consulate representatives that you were in good condition; that's correct, isn't it, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact as I said previously, the report on March 19, 1993, according to the state department, was

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

163

the sixth visit, in fact they visited with you on February 1, 1993, isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact consulate officials reported that you appeared relaxed and in good physical condition, that medical personnel provided you with medication for an ulcer condition, that you required no further treatment or medication, you reported no mistreatment and that you were to be receiving some clothing; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you were visited also on February 8, 1993 by consulate officials; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   During the course of that meeting, you had a lengthy discussion with representatives of the United States embassy, isn't that correct, sir?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

164

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you told the consulate officials that you were attempting to get information to the Israeli authorities concerning a soldier Sa'abon's body, where it was located; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you told the consulate officials during that visit in February that you were well, you were receiving better treatment than other prisoners and that you were concerned that you hadn't seen representatives sooner, but you did not express any view that you were receiving any physical pressure during your incarceration; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's true, sir, isn't it, that representatives of the United States embassy were provided with information concerning your various court dates and the results of various court proceedings,

*SYLVIA A. GERUT, C.S.R.*
708.588.0283