**Part 9**

165

isn't that correct?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact on May 24, 1993, representatives of the U.S. embassy were present in court with you when you were subject to a court proceeding; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact during the visit of consulate officials in May of 1993, you gave them a variety of messages to give to your wife that she maintain the household during your absence and that in fact you suggested she get sufficient household help and use other funds in order to maintain her lifestyle while you were in prison; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   Ultimately it's true, sir, that you wound up entering a guilty plea close to the end of your incarceration; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

166

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  I'll hand you a document that we asked to be marked as Salah Exhibit No. 39.

(Document marked as requested.)

MR. LANDES:  Q   This is a document that is stamped S4291 through S4301.  It also has other Bate stamped numbers FELD, which we got the document from you, Ms. Rowland.  Are you familiar with this identification?

MS. ROWLAND:  I'm not off the top of my head.  I mean I have a guess, but it would be a guess.

MR. LANDES:  Q   We noticed and apologize that there's a page missing in this document, Page 2.  Even though the Bate stamp is consecutive, the second page to this document is missing.  So if you happen to have it or have access to it, again, we'd appreciate receiving that document.

But just to move along, Mr. Salah, is this in fact the official court document as far as you know reflecting the conclusion of the legal case in Israel that was brought against you?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

167

Amendment to the United States Constitution.

Q   In fact, sir, you entered into a guilty plea when you were in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And during the course of your interrogation, isn't it true, sir, that you told your interrogators that you were not concerned because of the fact that you were an American citizen and were thereby protected; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And in fact you told your interrogators that you fully intended upon return of the United States to continue to engage in activities on behalf of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact during your interrogation, one of the individuals who interrogated you was an individual who went by the name Nadav, N-a-d-a-v; isn't that correct,

SYLVIA A. GERUT, C.S.R.
708.588.0283

---

168

sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And a second person who interrogated you is an individual named Haim, H-a-i-m; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact you disclosed many of your activities to Haim and Nadav; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And that during the time that you were incarcerated in Israel, you had access to legal counsel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact Mr. Victor Feldman was one of your lawyers, isn't that correct, sir, and he represented you in connection with the negotiation of the plea agreement; isn't that correct, sir?

SYLVIA A. GERUT, C.S.R.
708.588.0283

**169**

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And Mr. Victor Feldman is known as one of the leading civil rights lawyers in Israel; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You had the opportunity to meet with Mr. Feldman privately and discuss your case with him; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It was Mr. Feldman of course who conducted the negotiations with the military prosecutor that resulted in your plea agreement; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And during the course of these proceedings when you entered the guilty plea, isn't it true, sir, that representatives of the American embassy were present in

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

**170**

court?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   You pleaded guilty to the charges of membership in HAMAS and holding an officer position in HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you also pleaded guilty to performing services aiding HAMAS including giving the location of weapons to HAMAS operatives, giving money to HAMAS operatives to finance military activities, reorganizing military activities of HAMAS, asking for and receiving details of terrorist acts carried out by HAMAS operatives, for giving opinions on proposed terrorist acts, for aiding fugitive members of HAMAS escaping the region, for negotiating for concessions on behalf of HAMAS, bartering the knowledge of the location of the body of an Israeli soldier to HAMAS and for acting as a currier between Abu Marzook and HAMAS operatives in Israel; is that correct, sir?

A   On the advice of counsel I respectfully decline

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

**171**

to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   In fact when you were in custody in Israel, you admitted to being involved with HAMAS prior to and during the period you claimed to be an employee of QLI; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And you admitted while in custody in Israel to beginning your activities with HAMAS in 1988; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And while you were in custody in Israel, you admitted to recruiting and training new candidates for membership of HAMAS military cells in the occupied territories and to instruct them to perform terrorist acts; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And while you were in custody in Israel, you

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

**172**

admitted to recruitment activities that included identifying and sorting prospective candidates on the basis of expertise and skills relating to, among other things, knowledge of chemicals, explosives toxic chemicals and the construction of terrorist devices that might be used in HAMAS military operations in Israel and elsewhere; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And while you were in custody in Israel, you admitted to conducting training activities that included mixing poisons, the development of chemical weapons and preparing remote controls for explosive devices; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  Why don't you give us five minutes. We're almost done.

(Whereupon, a brief recess was taken.)

MR. LANDES:  Q  Go back on the record.  Mr. Salah, it's correct, isn't it, that you are the U.S. based military leader of HAMAS; isn't that correct, sir?

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

173

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   If you are not now the U.S. based military leader of HAMAS, it is true, isn't it, that at one time you were the United States based military leader of HAMAS; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   It's correct, sir, that you received money from Mousa Abu Marzook to be laundered and sent overseas; isn't that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment of the United States Constitution.

Q   And isn't it correct, sir, that you traveled to the West Bank in December 1992 at Mr. Marzook's request in order to carry out HAMAS missions?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, isn't it, that you transferred money to the Middle East with the intention

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

174

to support specific terrorist activities involving the extortion, kidnapping and murderer of the citizens and government of the state of Israel as part of an ongoing movement and campaign publicly pledged to the goal of forcing through coercive and violent means the citizens of Israel to cede physical and political control and dominion over the land's comprising Israel and the occupied territories of the West Bank and the Gaza Strip?

MS. ROWLAND:  I'm going to object that it's been asked and answered.  I know it's a whopper of a question.  You can go ahead and answer.

THE WITNESS:  On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

MR. LANDES:  Q  And it's correct, isn't it, Mr. Salah, that your claimed employment for the Quranic Literacy Institute was a cover for your high level position in HAMAS?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, isn't it, that QLI was

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

175

the direct or indirect source of funds flowing into your accounts and of your HAMAS related expenditures?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, isn't it, Mr. Salah, that Abu Marzook instructed you to go to Israel and to reorganize the HAMAS cells Ramalla, Nablus, Bethlehem, Jerico and Jerusalem and that you were to distribute $790,000 to those cells?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, isn't it, that you arrived in Jerusalem on January 14, 1993 for the purpose of meeting other HAMAS operatives to coordinate among other things terrorist attacks in Israel; is that correct, sir?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, isn't it, that on January 19, 1993, after meeting with HAMAS operatives, you called your wife in Chicago and instructed her to

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

---

176

transfer $200,000 from the account at the LaSalle Bank to an account held by money changer Ribhe Abdel Rahman?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   And it's correct, sir, isn't it, that your wife followed your instructions, and you received $200,000 from Rahman in Israel?

A   On the advice of counsel, I respectfully decline to answer based on my rights as protected by the Fifth Amendment to the United States Constitution.

Q   We have no more questions.

MS. DENEEN:  No questions.

MS. ROWLAND:  We'll reserve signature.

* * * * * *

**SYLVIA A. GERUT, C.S.R.**
708.588.0283

STATE OF ILLINOIS )
                    ) ss:
COUNTY OF C O O K  )

The within and foregoing deposition of the aforementioned witness was taken before SYLVIA A. GERUT, C.S.R. and Notary Public, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted, pursuant to Rules 30 (e) and 32 (d) of the Rules of Civil Procedure for the United States District Court, to the deponent per copy of the attached letter.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

Witness my official signature and seal as Notary Public in and for Cook County Illinois on this _____ day of _____, A.D. 2003.

SYLVIA A. GERUT, C.S.R.,
License No. 084-003757
Notary Public
24 North Catherine Avenue
2nd Floor
La Grange, Illinois 60525
Phone: (708) 588-0283

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stanley Boim,
          Plaintiff,
                                )
          -vs-                  )   No. 00 C 2905
                                )
Quranic Literacy Institute,    )
          Defendant.            )

I, MUHAMMAD SALAH, being first duly sworn, on oath say that I am the deponent in the aforesaid deposition taken on 04/01/03; that I have read the foregoing transcript of my deposition, consisting of pages 1 through 178 inclusive, and affix my signature to same.

_____
MUHAMMAD SALAH

SUBSCRIBED AND SWORN TO
before me this __ day of
_____,
A.D. 2003.

_____
Notary Public

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

---

SYLVIA A. GERUT, C.S.R.
24 North Catherine Avenue - 2nd Floor
La Grange, Illinois 60525
708.588.0283

April 18, 2003

Ms. Mary M. Rowland
Three First National Plaza
70 West Madison, Suite 4000
Chicago, Illinois 60602

          RE:  Boim vs. QLI
          CASE NO.: 00 C 2905
          DEP OF: Muhammad Salah

Dear Ms. Rowland:

Enclosed is your copy of the deposition transcript, along with the original signature page and errata sheet.

Pursuant to the rules of court in this matter, please have the deponent read the transcript and sign the signature page before a notary public.

If any corrections/changes are to be made, please TYPE or PRINT them on the attached errata sheet, giving the page and line number, desired correction/change, and reason.

Please arrange for accomplishment of same and transmittal of the signature page and errata sheet back to our office within 30 days from the date of this letter.

Upon failure to comply, we sall forward an appropriate affidavit of noncompliance to all counsel of record.

          Sincerely yours,

          _____
          SYLVIA A. GERUT, C.S.R.

cc: Mr. Richard Hoffman (Wildman, Harrold, Allen)

sg                              Job No. SGCR0151

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

CASE: Boim vs. QLI          DATE TAKEN: 04/01/03
DEPONENT: Muhammad Salah

| PAGE | LINE | | ERRATA SHEET |
|------|------|--------|--------------|
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |
| ____ | ____ | REASON: | _____ |
| ____ | ____ | CHANGE: | _____ |

(signed) _____ DATE _____

Reporter: Sylvia A. Gerut


**SYLVIA A. GERUT, C.S.R.**
708.588.0283