03cr978

We, the jury, have reached a unanimous verdict after thorough deliberation of all facts in evidence. Our decision is based solely on these facts as applied to the law. We are honored to have performed our civic duty. We request that the privacy of individual ~~persons~~ be respected.



FILED
FEB 1, 2007
JUDGE ~~ANN~~ ST. EVE
United States District Court

Feb 1, 2007

/

910