**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                            Case No.: 1:03−cr−00978
                                                 Hon. Amy J. St. Eve

Abdelhaleem Hasan Abdelraziq Ashqar, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 11, 2007:

      MINUTE entry before Judge Amy J. St. Eve :Motion for judgment of acquittal [918] is entered. as to Abdelhaleem Hasan Abdelraziq Ashqar (3); Motion for judgment of acquittal [916] is entered as to Muhammad Hamid Khalil Salah (2). The government must respond to both motions no later than 4/25/2007. Each Defendant to reply by 5/7/2007. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.