Your Honour,
Judge Amy St. Eve,

May this letter reach you in the best of spirits.

I am writing this letter in support of Mr. Salah and his family.

Currently, I am a doctoral candidate in history at Oxford University in the UK and have known the Salah family for over 25 years. It is difficult to capture in words the enduring impact Mr. Salah has had as a member of the Bridgeview community. As a longtime member of the community myself I have come to know Mr. Salah and his family as outstanding examples of positive leadership and citizenship.

Wherever and whenever someone in the larger Bridgeview family was in need, Mr. Salah would play a pivotal role in providing guidance and support.

He not only took it upon himself to improve the lives of people less fortunate, he encouraged others to do the same. He led by example, and through his leadership and active engagement with the community he was able to convince us as individuals that we are all responsible for the well-being for not only our family and friends, but society and community as a whole.

He exemplified what my work abroad has so clearly defined for me as a truely American value, civic volunteer work. His instincts were always democratic and popular, constantly finding new ways to encourage people to participate, and the young to speak up. You often felt that he was most at home when he was doing something concrete and productive, be it organizing logistics for the holiday festivities, setting up for community gatherings, or simply, getting us all to head on in for the start of prayers.

I cannot possibly imagine home without his exuberant presence, his loss would be immeasurable, and would be felt for decades to come. From the beginning of Mr Salah's ordeal, my returns to Chicago have always felt heavier, darker, sadder. Where was Mr Salah, calling everyone inside? Where was the lovely man who would feed our sweet tooth? And where too, is his ever present hope that in America, your value comes in your work as an active citizen, one who supports and builds and helps create the comraderie and community that make America unique.

We are eagerly awaiting his full freedom so that we may once again work together to create positive and lasting change in our

000405

communities.

Thank you for your time,

Please feel free to contact me at my address below if there is any other information you may need.

Best regards,

Mezna Qato

mezna.qato@history.ox.ac.uk

Hello Judge Amy St. Eve,

My name is Rasha Fokaha and I am a senior attendiung DePaul University. I am writing you this letter on behalf of brother Muhammad Salah. I do not know Mr. Salah on a personal level, but I do know him as a greatly respected and well known individual from the community. I have also had the great pleasure of knowing the rest of his family in high school. From my point of view, he came off as a very family oriented individual, whether it was volunteering at the school for an event or picking up the kids from school, he was always there.

Mr. Salah showed that he had a great impact on his children as well as many other individuals in the community. I know this because his children are from among the highest achieving students in the school, showing that education is a valuable part of their family lives. Secondly, I can only recall positive narratives from other community members. Being a fairly close community, word tends to spread quickly and not once can i remember hearing anything negative about Mr. Salah, whether it be his family life, his social life or anything political. I truly hope that this letter proves that Mr. Salah is a good man who has been wronged and truly deserves to be acquitted of any charges against him.

Thank you,
Rasha Fokaha

000406

To the Honorable Judge Amy St. Eve,

My name is Hasan Haq, I am an incoming Sophomore at Northwestern University and a good friend of Mr. Muhammad Salah's sons, Ahmad and Yousuf. I am writing this for the sake of speaking to the valuable character of the man who stands on trial in your court. On one occasion, I have had the pleasure of meeting Mr. Muhammad Salah and his family. He was a very warm and welcoming man at McSA's Ramadan Dinner. Despite not having exchanged more than a few words with the man, I can see the nobility of his character in the values he passed on to his sons. Ahmad and Yousuf are a rare breed scarely found on American college campuses--they are men of integrity and discipline, placing moral and humanitarian values above all selfish desires. A year away from graduation, Ahmad is the co-President of the Muslim Cultural Students Association at Northwestern, an organization that won the prestigious award of Student Group of the Year for the 2006-2007 school year. His commitment to the Islamic principles of peace and community are exemplified not only in his involvement in McSA, but in other leadership activities such as giving a speech at Northwestern's vigil for those who passed in the Virginia Tech massacre. Clearly, if Ahmad and Yousuf's noble characters are of any indication of a wonderful role model of a father, then it follows that Mr. Muhammad Salah, the man who stands on trial before you, is a gracious individual who is a valuable asset to the community.

Thank you,

Hasan Haq
2 Spring Creek Drive
South Barrington, IL
630.835.7618

000407

Judge Amy St. Eve

Dear Honorable Judge St. Eve,

I am writing this to you in regards to the Muhammad Salah case. My name is Hassan Ahmad, and I am currently a student at Loyola University of Chicago preparing to enter my second year as an undergraduate. As a close friend of the Salah family, I took it upon myself to attend the hearings that were held in during the beginning of this year, and have followed the case with great detail. As the sentencing for Mr. Muhammad Salah approaches, I thought to write to you so as to illustrate my personal connection with this family.

I know Mr. Salah through his son Yusuf Salah, who I have known now for over seven six years. Yusuf and I attended a summer camp together for several years and have now come be what we might call ourselves as best friends. As my experience in life has taught me to choose my friends wisely, Yusuf's presence in my life for the past several years has been incredibly beneficial. I constantly look to Yusuf for support and advice, and he is always ready to lend a hand, whatever the matter may be. He always offers a solution to a problem based on a sincere rationale and practicability. This ideal way of thinking is a product of his father's influence. Whenever Yusuf can't help me with a problem, he tells me that he'll ask his father, as his father is his own primary source of guidance. Through Yusuf, I have come to know Muhammad Salah as a great man. As it is truly his guidance and advice that has gotten me through so much, I feel it obligatory upon myself to share the uniqueness of this man and plead that it be taken into consideration.

Respectfully,

Hassan Ahmad

000408

Honorable Judge Amy St. Eve,

My name is Afeef Shehadi, a life-long resident of Hickory Hills, born in Oak Lawn. Currently, I am an Admissions Advisor with DeVry University and a long-time member of the Mosque Foundation. It is impossible to be an active member and not know Muhammad Salah. One thing that amazes me of Brother Salah is the strength of his faith. Despite the ordeal(s) this man has been through, he remains steadfast, optimistic and patriotic as ever. Just the other day I personally overheard him saying that he has "seen much and that America is a great country; like all things in life one must remain patient."

Simply put, this statement epitomizes not only Muhammad Salah, but also the American Spirit. He has never done anything to harm any country, blaspheme my religion, nor knowingly contribute to anyone, foreign or domestic, who would dare take part in such loathsome actions. It is impossible for anyone with a conscience to remain indifferent at the tribulations a human being like Muhammad Salah has endured, and furthermore it is impossible for any God-fearing, lover of Justice, regardless of religion, to not offer prayers in support for Brother Salah in the current legal matters he continues to face. May God give you the strength, your Honor, to do what you already know is right and especially to not fear pressure from "others".

With all due respect,

Afeef H. Shehadi
9011 Primrose Lane
Hickory Hills, IL 60457
afeefshehadi@aol.com
(708) 372 - 6305

000409

Dear Judge,

My name is Ahmed Shuaibi and Muhammad Salah is my uncle. If my uncle went
to jail I would be very disappointed. My uncle's family would also be very
depressed. I also have a lot of fun and go to a lot of fantastic places with
my uncle. So if my uncle went to jail I would not go to a lot of fun places
and I would be at home mostly every day. That is why I would not like my
uncle to go to jail.

Sincerely,
Ahmed Shuaibi

000410

Dear Judge Amy St. Eve,

My name is Shurook Abdeljaber and i am sixteen years old. I am also a friend of Muhammad Salahs daughter. I would like you to be reasonable with Muhammad Salah. He is a beloved father, a respected man. Never heard anybody complaining about him and as i know he is well known as a polite respected man. Anytime i went to their house, for example like when i went to his daughters birthday party when i was little he greeted me in, was very cheerful, made me leave with a big smile on my face. As i knew him and his daughter they never made anybody get upset with them. They are always known as a beloved cheerful family.

I really wouldnt like seeing my friend, Salma, or her family being away from their father. As i also believe nobody would like to be away from there father. The family needs him and he needs them. He is what bring happiness and joy to the family just by being besides them. I wouldnt like seeing that being taken away.
So please be more reasonable, and let him stay by his family.

Sincerly,
Shurook Abdeljaber

000411

Dear Honorable Judge Amy St. Eve,

My name is Reem Sayes and I am a current undergraduate student at St. Xavier University. I grew up in Bridgeview attending the Mosque Foundation, and attended private schooling my entire life in the school next door to the mosque called Universal school. I had the opportunity to have class with Ahmad Salah, son of Muhammad Salah from kindergarten until our high school graduation. Throughout elementary school, Ahmad was a very hard worker, and later became our senior class valedictorian. As a child, I remember Mr. Muhammad Salah and his wife always encouraging their children to strive for the best. They are one of the most active parents in our community, and it reflects upon their children. They are always top academic achievers as well as extremely well behaved students. As a family, they have done nothing but contributed in a positive manner to our community as well as our society as a whole. I remember in first grade, when I first heard that Ahmad Salah's father was taken away. I did not understand what was going on being so young. As the years passed, I slowly started to grasp on to what was going on. More recently, I had the opportunity to observe Mr. Muhammad Salah's trials. Seeing him on the way to the Dirksen Federal Building, during the trials and on the way home had a big impact on me. He has such patience and perseverance it truly inspired me. As I was sitting in the courtroom, I became angry at all the false accusations said about him. Yet, when I would look over to him, he had such a peaceful presence. On the way back to the mosque, all he did was thank everyone individually repeatedly. For so many years, this family has just fought to be a normal family. They want to live just like everyone else. Mr. Muhammad Salah did nothing but try to help innocent Palestinian families live. The courts have proven that all he did was aid those in need; how can that be a crime. If he has already been proven innocent, then how can he serve jail time.

000412

Dear Honorable Judge, please give this family an opportunity to live, like the rest of us. The Salah family has spent nearly their entire lives fighting for their rights, please give them the chance to the live the life they have long deserved.

Sincerely,

Reem Sayes
5213 W 109th St.
Oaklawn, IL 60453
Email: r.sayes@sxu.edu

Dear Judge Amy St. Eve,

My name is Ameer Mansur. I am 22 years old, a Technology Coordinator for a Chicago Public High School, an instructor at a local community college, and a prospective college student as well. This letter, among the hundreds of letters hopefully have received, is to support Muhammad Salah and to show you what kind of person Muhammad Salah is based on people that are very close to him.

I have known Mr. Salah ever since I learned how to read, which was at 2 years old. He is the friendliest and most caring person I have ever known by far. This is a man that would give the shirt off his back to someone he doesn't even know. He would donate to charities to help starving children from across the world and volunteer within the community. I have never heard him swear or even raise his voice at anyone. He recently told me that once this nightmare of his that he has endured so far is over, he would love to start teaching Networking at either a local college or University. There have been instances when his name is brought up in a conversation with people that I don't even know, and each has a story to tell about something extraordinary that he has done. Not once have I heard a story in which he has done anything to harm a soul.

I know this letter is running a bit long and you have probably read a lot of positive feedback about Mr. Salah but please note this on the day of sentencing. This man has lost over 10 years of his life to something he didn't do. He didn't see some of his children being born or even growing up. His family has gone through unexplainable hardships to survive while he was gone and while he was under house arrest. We all knew from the very start that he was innocent and that was proven in the last court battle by a jury of his peers. Despite all this happening to him, he has ABSOLUTELY NO RESENTMENT WHATSOEVER to what has happened to him. As a matter of fact, he expressed how much he loved the United States compared to any hellhole in the Middle East. We can say what we want(within reason), obtain an education, and have a Judicial System that is fair and balanced. In the Middle East, there is no Judicial System or due process, you get your eyes gouged for looking at a woman's ankle, and you can get killed for talking mildly about your Government. Who the hell wants to live in an environment like that? He sees this as a huge hurdle in his life that he must deal with and eventually this hurdle will pass. His two sons and doing extraordinary in college, his oldest daughter is one of the smartest, if not, the smartest in her school, and his two younger children are showing great promise to being very successful like the rest of his kids.

Give him his right to see his children grow up and become successful human beings in the outside world and not behind bars next to murders. The entire community believes that Mr. Salah shouldn't even spend a second behind any bars, he has gone through too much already for a crime he did not commit.

000413

Please consider these letters with your verdict. As he told me when I was 5 years old, grow up and live the American dream. I am trying to live mine, allow him to live his American Dream, end his nightmare once and for all.


Sincerely,
Ameer Mansur
subzero2785@gmail.com

Khadijeh Abbasi
3406 S. 55th Ave.
Cicero, Il. 60804
(708)656-4763

July 2, 2007

Dear Judge Amy St. Eve,

My name is Khadijeh Abbasi and I a long time friend of the Salah family. I have known Mohammed Salah for over 25 years when I first began sending my children to the Mosque Foundation's summer program. He has always been a kind man. I saw him many years ago as he interacted with my children and he was a very patient man. Now many years later I see him interacting with my grandchildren and I feel that he is a good influence on them. I have two grandchildren that are the same age as his youngest son Ibrahiam and I am glad they are friends.

Mohammed Salah is a good friend to my husband. My husband found out he had Cancer in December and Mohammed visited him regularly. He helped my husband remain a part of the community. He gave encouragement to my husband. I feel that he is a great asset to our community.

I hope you give him a chance to remain a part of the community. I hope and pray that you see all the good he has done for the community. I pray that you let him remain with his family and see no more jail time.

Thank you,

*Khadijeh Abbasi*

Khadijeh Abbasi

000414

Mahmoud Abbasi
3406 S. 55th Ave.
Cicero, Il. 60804
(708)656-4763

July 2, 2007

Dear Judge Amy St. Eve,

I am writing to let you know how good a person/friend Mohammed Salah is. My name is Mahmoud Abbasi and I am a long time friend of Mohammed Salah. I have known him for over 30 years. My children grow up around him and now my grandkids go to school with his children. He is a great roll model and he has great patients with all the children he comes into contact with.

In the past few months I have struggled with Cancer, but with the grace of God and good friends like Mohammed Salah I have defeated the Cancer. I would like to let you know what I have learned in the last six months; true friends stick with you always- in sickness and in health.

During my illness I found that my true friends stuck with me. At times I had some friends call and ask to come see me and I wasn't up to the visit so I would tell them another time. Some of those people didn't call again, but Mohammed Salah wasn't one of those people. In fact he called my daughter regularly trying to find a time that he would be able to visit. I found that a lot of the time what kept me going was true friends and family like Mohammed Salah. He always had kind words of support and encouragement to give me.

The last time I was hospitalized Mohammed Salah visited me and brought with him a book of poetry from a poet he knew I enjoyed. He was confident that my illness would pass because he challenged me to a memorization contest. I have since heard good news from my doctors, the Cancer is gone, and I hope to hear good news about Mohammed Salah, I hope to hear that he will be able to move forward with his life. Mohammed gave me hope when I was down; and now my hope for him is that he remains a part of our community. I pray that you let him stay with his family and friends because he is very needed.

It is said that the darkest hour is always before dawn, I agree with that. I went through the darkest hour and when dawn arrived it was a great feeling. I never enjoyed a feeling as much. I pray that you give Mohammed a chance to feel what I felt. I have learned that life is short so I hope that you give Mohammed the opportunity to be with his family always.

Sincerely,

Mahmoud Abbasi

000415

To: The Honorable Amy J St. Eve

Throughout the trial, you've been told the facts; lawyers have stood and told you what they believe to be cold, hard realities. And so now, I'd like to tell you the story behind the great man you know as Muhammad Salah. Muhammad Salah is, without doubt, one of the greatest men I've ever had the pleasure of meeting. I've known Mr. Salah for the majority of my life, as I go to school in the small Muslim community in which he is greatly loved; I am also classmates with his daughter Salma. Throughout all the years of being acquainted with this man, never once has my respect for him faltered.

Throughout all the atrocities he has been put through, Mr. Salah and his family have remained strong, calm, and united. The Salah children (five of them, ranging from younger elementary to upper-University) are the funniest people I know, still telling jokes and messing around while the government threw their father into jail for crimes he did not commit. The children, encouraged by their father, go on with life as though they are normal citizens, not the children of an accused terrorist. Though this seems hard to believe at first, it makes sense when one is familiar with the strong role-model they have for a father.

Muhammad Salah is one of the most influential members of the Muslim community. Not only does he attend the mosque on a daily basis for prayers and other activities, but he is often seen around his children's school, interacting with students and teachers alike. After school, he offers math tutoring to struggling high-school students. Throughout the day, he gives advice and bits of wisdom to teenagers and adults in the area. He is a peaceful man who, despite all they have done to him, encourages his fellow Muslims to treat Israelis and the government with respect and kindness. I've never known him to harbor a grudge or the slightest bit of resentment- something incredible when you consider the torture he's been forced to undergo .

All in all, I believe that Muhammad Salah is an incredible man who plays many roles in different aspects of life. To his supportive wife, he is a loving and great husband. To his children, he is the greatest man alive, their role-model and beloved father. To teenagers in the area, he is a mentor who teaches how to live happily and peacefully despite all that life may throw our way. To his friends, neighbors, and acquaintinces, he is a model of peace and tranquility- the utter essence of greatness. Sending this man to jail would take away a father, husband, neighbor, friend, and mentor. The Muslim-American community would be left with a gaping hole in its center, a hole only Muhammad Salah can fill.

Sincerely,

Zaineb Abdulla

000416

Dear Judge Amy St. Eve,

My name is Mohammed A. Rahman and my occupation is a gas station manager. I live in Bridgeview and Mr. Salah is my neighbor and I have known him for seven years. He is a very good and honest person. I believe he is inocent person and I hope that he will be free from all charges and will get to live like a free man.

Thank You

00

Dear judge Amy St. Eve,

My name is Bakrieh Hassan and I go to Universal school. I've known Muhammad Salah for over eight years, and he also lives on the same block as mine. I also know Salma Salah and I have been going to school with her since I was in preschool. The Salah family are very kind and humble people.

Cell number (708) 527-9452

Email address boo_9401@yahoo.com

Dear Judge Amy St. Eve,

My name is Afsaneh Talai and I will be a sophomore at Northwestern University this coming school year. I am writing to you to express the impact that Mr. Salah has had in our community here at Northwestern. I first met Mr. Salah and his family through his son, Ahmad Salah. Through Mr. Salah's giving charisma and positive manner, I recognized a strong will and generous attitude, from that first day, backed by the support of his family and community. In every succeeding occasion that I saw him, I noticed a smile and sense of calm, a sense of belief that everything would be alright. These traits of Mr. Salah allowed the Northwestern community to grow a strong liking to him and to believe in his cause. Mr. Salah's outlook and optimism has set the foundation of what has become a strong community here at Northwestern and has given us a greater meaning of family.

Sincerely,

Afsaneh Talai

00041

Dear judge Amy st. Eve...

My name is amine kamal, i work as assistant manager for wendy's int, i have known mr. salah muhammad for long time, since i came to this wonderful country, usa, he is very nice, helpful, peacefull man, has nothing to do with violance or anything like that...

thank you

0004

July 2, 2007

In regards to: Muhammad Salah

Judge Amy St. Eve

People's Law Office

1180 N. Milwaukee Ave.

Chicago, IL 60622

Dear Judge St. Eve,

I would like to take this opportunity to introduce myself. My name is Saba Meah and I am currently a student at Governors State University finishing up my master's degree in Community Counseling.

I am writing this letter on behalf of Muhammad Salah. I have been a close friend of Mr. Salah's niece, Yasmin Salah, since middle school. I have met and been around Mr. Salah and his family on several occasions both before and after he was imprisoned. Over the last fifteen years, I have come to see the Salah family as my own. During the time that Mr. Salah was away, I felt the pain, sorrow, and heartache that his family did; and the elation, excitement, and joy his family felt when he returned and was exonerated for the charges against him.

In the years that he has been back in the U.S., I have had the good fortune to have the opportunity to spend time with Mr. Salah at a number of family gatherings. At each and every one of those get-togethers, Mr. Salah has taken the time to speak with me to ask about my family, school, work, etc. I will never forget how honored I felt to be able to chat with him after he had been found not guilty a few months ago. I called Yasmin's house to congratulate her and her family and it happened that Mr. Salah was at their home. When he got on the phone, before I had the opportunity to congratulate him, he began telling me how grateful he was to me and my family for all of their support and how this was not only a victory for him, but for his entire family...me being a member of the family.

I think it is incredible for a man who knows and is loved by so many individuals in our community to be able to make every person feel special and important to them. He has made me feel like a member of his family, which to me is the greatest gift.

Sincerely,

Saba Meah

Saba Meah

sabameah@hotmail.com

0004

Dear, Judge Amy St. Eve.

My Name : Mustapha Boufath

My Profession : MIS ( Information Technology)

We call on you to take urgent steps to implement your pardon on our brother Mohamed Salah . We know only good things about him, thank you very much for your attention to this matter.

Yours sincerely

00042

Dear Judge Amy St. Eve

My name is Heba Ibrahim and I am from Muhammad Salah's community. My family and I have known the Salah's for many years now. I have known his son Ahmad since kindergarten where we attended Universal School together. Now we are 20 years old living our lives the best we can. Unfortunately, Ahmed and his other siblings are not living the best life due to their father being accused of something he did not do. Ever since I was a little girl I have known his family to be the nicest family there is with the purest hearts. I have always heard beautiful stories about his father. When I heard about all this happening, I could not believe it. I could not believe and also did not understand how someone would ever think anything bad about such a kind hearted man. You couldn't do or feel anything but love for him. Muhammad Salah went out of his way to meet everyone in his community and make them feel like they were apart of his own family. He made you feel as if you were special and an important part in his life regardless of how much he knew you. Muhammad Salah is a good teacher and role model for his entire community and anyone around him. We all look up to him and hope one day we can do at least half as much as he did. He makes the intolerable struggles that he went through seem as if anyone could take that kind of torment, but I believe it was because he was a man who lived life thinking with his heart and not with his personal desires or personal gain. Muhammad Salah is a major part of this community and any struggle, pain, and heartache that he and his family go through the entire community goes through. Muhammad Sabah is the most patient man I have ever met. I believe its time for him to get justice and it is time for him to live for his family and for himself because no innocent person deserves to go through what he went through. I also believe that whether he won his case on paper or not he has won in the eyes of his community. He made us closer as a family and we are all proud and honored to know a person like him.

Sincerely,
Heba Ibrahim
708 717-7330

000423

Dear Judge Amy St. Eve,

      My name is Eyad Tabahi and the reason I am writing you a letter is to express to you how privileged I am to have been acquainted with the Salah family. I am a student at Northwestern University and I have been fortunate enough to get to know two respected and unique individuals whom I consider very genuine and sincere friends. Over the last couple of years, these individuals who are Muhammad Salah's sons, Ahmad and Abubakr Salah, have become very close friends of mine and I have great respect for them. Although I have only met Muhammad Salah on a few occasions, I can clearly see where both Ahmad and Abubakr get their distinctive wholehearted and humble characteristics.

      When I met all the members of the Salah family on a couple of occasions, I witnessed the respect that the kids had for both their father and mother. I realized that this family had gone through so much in their lives and yet they were always smiling and remained strong throughout many distressing and onerous times. Through my acquaintances with members of the Salah family and countless conversations with Ahmad Salah, I recognized the significant impact that Muhammad Salah has on both his family and his community. I know that the admirable qualities and future success of the members of the Salah family can be attributed to their upbringing by their father. I have realized the exemplary and positive influence that this man, Muhammad Salah, has on others and I hope you can see that this caring and compassionate man is valuable to many people and respected by so many others.

Sincerely,
Eyad Tabahi

E-mail: e-tabahi@northwestern.edu
Phone Number: (847) 710-7733

000424

1

Honorable Judge Amy St. Eve,

My name is Maher Afana, I am an undergraduate student at the University of Michigan. I know of Muhammed Salah through his son Ahmad Salah, who is a good friend of mine. What I can undoubtedly say about Ahmad is that he is one of the most kind, thoughtful, and unassuming people I have ever met. I believe that his character reflects that of his parenting and his community. I have been told of the very difficult circumstances that his father Muhammed Salah has had to endure throughout the years, and yet to be able raise such a great son is a testament to his goodwill. I have learned that he has been a positive, contributing member of his community, one which spreads tolerance and understanding. To deprive them of such a member would be quite unjust, and even worse would be to deprive such a kindhearted son and family from the essentialness of their father. I can only ask you to please take what I have written into deep consideration.

Thank you,

Maher Afana

mafana@umd.umich.edu

000425

To: The Judge Amy St. Eve

RE: Case of Muhammad Salah

Honorable Judge Amy,

I am writing to you to petition for Mr. Mohammad Salah. My name is Aisha Yusuf, a homemaker by profession. And I knew of Mr. Salah through the school which I attended, Universal School in Bridgeview, IL. This is where my family and I met and then got to know the Salah family and know of them now for 15 years. He and his family have always been a good part of the muslim community around the school. They have contributed a lot especially for the school, and are respected in the community for that. Even after the allegations, Mr. Salah and his family still stayed as a good part of the community, even through their hard times, they still stayed a good part of the community helping with activities of the school, and the community.

His wife, Mrs. Salah was also a teacher there and their children go to school there. Their family symbolizes the kind of values that are set in their home which is honesty, respect, and hard work, all of the qualities that also embody a good American citizen. The allegations that were brought against Mr. Salah were clearly false and part of the prejudice that surrounds the Muslim community. Why should law-abiding citizens who are good Muslims such as Mr. Salah have to face prejudice when there is no evidence of any foul activities? Please see to it that Mr. Salah is set free from these charges and give him and his family the opportunity to live their lives with peace.

Thank you for your time,

Aisha Yusuf
3535 El Portal Dr. Apt#E202
El Sobrante, CA 94803
(510) 779-6645

000456

Greetings Judge St. Eve,

My name is Suhaib Ahmed. I write this letter with the intent of providing a clear account of my personal experiences with Muhammad Salah as a family man, a man of values, principles, and ethics, and as a valuable member to his community. I am a senior physics student at the University of Illinois in Champaign-Urbana who has grown up alongside his son, Ahmad Salah, and have been acquainted with Muhammad Salah for literally my entire life.

I have known Muhammad Salah as none other than a man possessing a great deal of empathy and kindness. In my own personal experiences with Muhammad Salah, he has voiced his respect and tolerance of others. He has demonstrated himself as an individual who will not hesitate to help others at his own expense. I have had the opportunity to see first-hand the lengths that Muhammad Salah will strive towards to support his family. He would not hesitate to welcome others into his home, nor to provide charity and support for his community and the greater society. He has raised a son who is approximately the same age as me, and has matured into a well-educated and tolerant young man. Muhammad Salah represents the ideals and values that so many of us hold to the highest esteem: those of a hard-working individual working to aid his family and community, providing his children with a good education and open-mindedness.

Sincerely,
Suhaib Ahmed
(708) 945-4557
sahmed2468@yahoo.com

000427

Judge Amy St. Eve:

My name is Anas Mahafzah, and I'm a senior at DePaul University majoring in sociology. I seek here to write to you expressing my full-fledged support for Muhammad Salah. It is my hope that my words help you balance the various considerations that you must make as you formulate your decision in this respect.

Prior to the trial, I didn't have much knowledge about Muhammad Salah himself. As far as I knew, he was a respected elder of the community who helped put on bake sales at community events. I wasn't distant, however, as I was a classmate of his son Ahmad and we frequently exchanged greetings at community functions such as the mosque picnic and Friday Prayer and the like.

I had always known that Salah had previously run into trouble for his political stances, but I had never summoned up the courage to ask his son what that was all about. Even after Salah was indicted on numerous terrorism-related charges, I had initially attended a few of his trial sessions as a gesture of friendship towards his son.

Later on, as the trial commenced I began to become increasingly drawn to Salah as a person. We would encounter one another here and there and spark up brief yet engaging conversations about such topics as my schooling and, on occasion, about the need to repair my badly broken Arabic, and I was often quite struck by how humorous and kind he was.

Perhaps you have found that his kindness and humor has been corroborated by others, and thus I will not burden you with lengthy anecdotes to that effect. I simply plead that you consider this fact in your deliberations and not subject this father of five - including two young children- to a demeaning and undue prison sentence.

You may contact me if you wish at the following e-mail address: amahaf2@gmail.com, or - if you wish - you may call me at (708) 307-9385. Thank you for your time and consideration.

Sincerely,
Anas Mahafzah

000428

Dear Honorable Judge Amy St. Eve,

I have had the pleasure of knowing the Muhammad Salah and his family for the majority of my life. They all have shown great concern for the community and have played a role to help better it. This case has brought him and his much adversity steering them away from a normal family life. I never once have heard and ill words spoken of anyone in his family. All of his children are loveable, along with his caring wife.

I attended High School with his two eldest sons, Ahmed and Abu Bakr. A few summers ago, I also had the privilege of being Salma's camp counselor at an overnight camp. Seeing the way his children react to any obstacles always amazes me and reminds me of how they are mirror images of their father. He has obviously raised them to be very modest and determined, as it not only shows in their personalities, but their grades and extra curriculars.

They are a close family and would do anything to keep each other happy. I remember attending Abu Bakr's graduation in 2006. He was giving his acknowledgments with a bright smile. However, when it came time to thank his mother and father, he paused, struggling to speak steadily. It brought him to tears along with the crowd. Obviously, family is the number one object in their lives.

Based on the modesty of Muhammad Salah and his family, no bad can come out of his release. This case has been not only a burden to his family but to the community. Seeing this well-respected family suffer has made anyone around them suffer. Your Honor, I urge you to please consider these factors, grant Muhammad Salah the freedom that he has lacked for years, and give his family to live together as a typical American family.

Sincerely,

Deena Ata
15418 Sheffield Ln.
Orland Park, IL 60462

000429

Dear Judge St. Eve,

Throughout my life, I have come across few people whose impact on an entire community was as great as that of Mr. Muhammad Salah. My name is Harith Elsiddig and I am very good friends with Mr. Salah's second oldest son, Abubakr. The fact that he is so loved and esteemed by the community probably comes as no shock to you however, considering the number of people who attended the trial and pledged their support. Yet, there is another side of Mr. Salah and his family that I wish to share with you, a side that may very well reveal to you what type of people the Salahs are.

As Muslims, we dearly value the idea of a family unit and the pious upbringing of the children. Mr. Muhammad Salah and his wife, Mrs. Mariam Salah are true testaments to that. The Salah children are some of the most intelligent, kind-hearted, and respectful group of individuals one could come across. Ahmad and Abubakr, the two oldest sons, were both valedictorians of their respective classes, and are both furthering their educations at the prestigious Northwestern University. Also, seemingly everything that they do seems to be in the service of their family and the Muslim community. The other three Salah children are all following in the same line as their two older brothers, especially in their desire to excel academically and serve the community positively. My friend Abubakr was my classmate in high school, and throughout our four years together, I cannot recall one incident where Abubakr was engaged in an altercation or any sort of negative situation with any other person. Therefore, I think it's easy to see the reason why this family is so beloved in this community, and why Mr. Salah is so loved and so valuable in this community. The character and values upheld by this family is a true testament to the parents who anchored it, and I hope you see that as well.

Sincerely,

Harith Elsiddig

000430

July 2, 2007

Judge Amy J. St. Eve

Courtroom 1241/Chambers 1260

219 S. Dearborn St.

Chicago, IL 60604

Dear Honorable Judge St. Eve,

I am Aalaa Abuzaakouk, a recent graduate of Georgetown University's School of Foreign Service in Washington, D.C. As a student of international affairs and justice and peace studies, I have been following the trying case of Muhammad Salah – a man of great principle and respect.

It is with great concern and conscience that I write this letter to appeal for your leniency in his upcoming sentence.

While I have not met Mr. Salah, I have the privilege of knowing his eldest son, Ahmad Salah, a courageous individual who along with his father and family have had to endure the pains of this trial. Always a glowing smile, through such hardship, Ahmad has remained steadfast in bringing justice to truth. It is with strength and sincerity that Ahmad maintains his interaction with anyone that crosses his path, a true reflection to the honesty and integrity that his father has inculcated in his loving family.

It is with this warmth, therefore, that I appeal to your sense of justice for leniency and ask that Mr. Salah be given no more than probation.

Mr. Salah's character can be best assessed according to the solidarity of his family and community.

Sincerely,

Aalaa Abuzaakouk

202 352 5723


--
Aalaa Abuzaakouk
M.A. Candidate, Arab Studies
Georgetown University

000431

To the Honorable Judge Amy St. Eve-

My name is Dana Shabeeb and I am a sophomore at Northwestern University. I haven't known the Salah family for very long, however, their kindness has had quite an impact on me in the few short months I have known them. I am Administrative Vice President of the NU's Muslim-cultural Student's Association of which Ahmad Salah is co-President. Ahmad is a dignified and unassuming leader, and under his leadership the McSA was named Oustanding Student Group of the Year of over 80 student-run groups at Northwestern. I have had many classes with Ahmad this year and he is a diligent student who is often the pillar of class discussions. His younger brother Abu Bakr is a sophomore as well and I had the good fortune of having him as a lab partner in Chemistry. I have always struggled with Chemistry, but Abu Bakr was honestly the best lab partner I could have asked for. He put up with my mistakes during lab sessions, and he was always available to patiently answer any questions that I had. Ahmad and Abu Bakr are two of the nicest and most intelligent people I have met at Northwestern this year, and I don't know how I would have gotten through this year without them.

I attended Muhammad Salah's trial multiple times earlier this year; it was a known fact to arrive at least a half an hour early. If one were to come even two minutes late, one would not be able to find a seat in the actual courtroom. A simple fact like this speaks volumes of the effect that Muhammad Salah has on the Muslim community of the Chicagoland area. The Salah family is well-known for their kindness and geniality and everyone rushed to support them in their time of need. Mr. Salah always greeted me afterwards and thanked me for attending the trial. Through little incidents like this, I was able to see where his sons developed such kind demeanors. I cannot emphasize enough how valued Muhammad Salah and his family are by all those who know him, and I hope this letter has given you an idea of what kind people they truly are.

Sincerely,

Dana Shabeeb

Feel free to contact me if you have any questions.

(219) 308-6176

1117 Portmarnock Ct

Dyer, IN 46311

d-shabeeb@northwestern.edu

000432

Judge Amy St. Eve-

My name is Randa Obid; I recently graduated from Panama City Advanced School and will be attending the University of Miami in the fall. I am sure you are aware that Muhammad Salah has the support of the Chicago Muslim community; however, he also has a plethora of supporters nationwide. I first heard about the Muhammad Salah trial at a national Islamic convention, which greatly intrigued my interest. Since then, I have learned a great deal about both the trial and the Salah family. I was able to meet his son Ahmad, a rising senior at Northwestern University, who is a genuinely good person and sees the best in everyone, which reflects his upbringing. Moreover, by speaking with various people in the Bridgeview area, where the Salahs reside, it is clear that Muhammad Salah is the backbone of not only his family, but of the community as well.

Sincerely,
Randa Obid
(850) 527-1856
robid1@gmail.com

000433

Dear Judge Amy St. Eve,

My name is Sabrina Siddiqui, and I am a senior at the Northwestern University Medill School of Journalism. I am writing to you in regard to the case of Mr. Muhammad Salah, and I would sincerely appreciate if you could take the time to read my letter.

I came to know Mr. Salah through his son, Ahmad Salah, who has been a classmate of mine at Northwestern since our freshman year in 2004. I first met Mr. Salah at a Thursday trial session that I attended in November 2006, and what struck me the most was how calm and collected he was throughout the entire proceedings. Moreover, he was extremely gracious in welcoming each and every one of us to the trial and thanking us for our presence, at a time when he could very well have kept to himself and his family.

I personally remember watching him interact with his children at our Northwestern Muslim-cultural Students Association's annual Ramadan Dinner in October 2006, just a month before I actually had the honor of meeting him. As I sat just a table away from the Salah family, I noticed that throughout the dinner, his younger children Ibrahim, 8, and Sumayya, 6, were practicing their Arabic by writing simple words in Arabic script on their napkins and proudly showing them to their father. In return, he would smile and applaud his children's efforts, carefully point out their mistakes and basically act like any father would. And yet from an outsider's point of view, it was almost heartbreaking to think of everything he is going through and yet the brave face he puts on for these two beautiful children, both too young to fully comprehend the situation.

I appeal to you to please take into consideration the sort of person Mr. Salah really is – a kind-hearted, honest and humble man, who is cherished by his family and community. Mr. Salah is someone the entire Muslim community holds in high esteem, and he deserves the right to live with the family he so deeply cares for, and within the community that respects him so greatly.

Thank you,

Sabrina Siddiqui
s-siddiqui@northwestern.edu

000434

Honorable Judge Amy St. Eve,

As a member of our community, Mohamad Salah has been an active and well respected person, him and his family. He goes out of his way to help people and be an integral part of the community. His family is well known for its manners, dedication and his children are honor students and highly regarded by their teachers, one of whom is my wife.

Mr. Salah has suffered extreme difficulties and hardship as a result of this case, especially the torture he suffered by the Israelis. Mr. Salah's family has also endured great hardship and, especially his children, needs to live a normal life with their father. I urge your honor to consider all these factors in the sentencing of Mr. Salah. Mr. Salah poses no threat to anyone and should be set free to resume normal life with his family.

Sincerely,
Hussein Ata
15418 Sheffield lane
Orland Park, Il 60462

000435

To whom this may concern

My name is Ahmad Saleem. I have grown up with Muhammad Salah's son Abubakr. He has always been immensely wise for his age; and although younger than me, has always portrayed an image in which I sought understanding and guidance. The level of respect that Abubakr has for his father is remarkable. He frequently speaks of how his father sets an optimal example. Abubakr's outstanding character and his extraordinary respect for his father leave me certain that Mohammad Salah is a great man to have in a community, and a praise worthy citizen. Mohammad Salah's youngest son Ibrahim has the potential to become as well rounded and successful as Abubakr, however he will be at a great disadvantage if he doesn't have the presence of his father to help him do so. I see Mohammad Salah's greatness in his children. I believe the world will acknowledge his greatness once his children make their mark. It would be a shame for this potential to be under lived do to the minimizing of his influence on them.

Ahmad Saleem

000436

My name is Yacob Ahmad. My mom and dad are good friends of Mohammed Salah. I know his son Ibrahim since we were babies. His father Mohammed Salah is very nice to me. He takes Ibrahim and me places where we have fun. He is fun to be with. I always see him doing good things. He is a very nice man. He would never hurt anyone. He is a thoughtful man. If he goes to jail his family will be very sad, and so will I. We think he is a great person. We do not want him to go to jail. He is very kind. He is kind to anyone he sees. He is a great example to people. He gives us an idea of how we should be. He is a caring man. I Love him.

Yacob Ahmad

A Good Friend of Ibrahim Salah

3936 w. 84th Pl.

Chicago IL 60652

000437

To:

The Judge Amy St. Eve

RE: Case of Muhammad Salah

Your honor Judge Amy,

 My name is Syed Yusuf and I am United States of America Citizen for more than twenty-five years. I have been living in Chicago land since 1974 almost 32 years originally from Pakistan. My profession is Computer Programmer Analyst and currently I am working as a Consultant for a very long assignment in Los Angeles, CA County since 2004. I know Mohammad Salah more than fifteen years and I have found him very nice, kind hearted, best behaved and a loyal citizen of United States of America who helps his neighbors, friends and even the strangers who need help.

Mr. Mohammad Salah became my friend through my children's education for he was an esteemed teacher at the school, my children attended.  He was so kind and open-hearted towards me and my family with good intentions without seeking anything in return. Besides that I have seen him very helpful to his next-door neighbors regardless their colors or race or religion by cutting their grass or snow plowing for free and cares about them when they are sick or need help like moving different things.

Your honor Judge Amy, I am completely shocked and surprised about the charges and case against Mr. Mohammad Salah because I believe that he is an honorable citizen of the United States of America. He is honest and like every American citizen, a hard worker trying to make a life for himself, his family and possibly for the entire Americans.

Thanking you very much you honor,

Syed Yusuf

Cell: 626-216-1678
Hom:714-484-5818
16232 South Lathrop
Markham, IL 60428

000438

July 1, 2007

**Elham M. Rahima, RDH**
**10621 West Northbridge Court**
**Orland Park, IL 60462**
**Email: rdh.2007@yahoo.com**
**Phone: (708) 715-5511**

**Attn: Judge Amy St. Eve**

My name is Elham Rahima. I am a recently graduated Registered Dental Hygienist currently residing in Orland Park. However, I have spent 15 years of my childhood in the suburb of Bridgeview. The Muslim community in Bridgeview was and continues to be the ideal atmosphere to settle and raise a family. If any member of the neighborhood was ill, injured, etc. it was "family" such as Mr. Muhammad Salah and his wife, Mariam, which exhibited genuine concern and unconditional love for each and every one of us.

Mr. Salah gladly accepted the role as a father-figure for the children of the community. He spent what little time he had with his family and community striving to improve the quality of education as well as encouraging the strengthening of our faith and the overall growth of our community. Our community has been deprived of all the valuable benefits and developments Mr. Salah has initiated but wasn't able to follow through to fruition...but mostly his wife and children have suffered and endured the biggest sacrifice for far too long: to live without a husband and father for so many years. His children were deprived of a normal childhood and enjoying the simple pleasures in life as playing catch with their father in the yard. Mr. Salah is not just any man...he is a man of faith, infinite compassion, astonishing patience, and limitless vision and dedication to helping our Muslim community thrive to its fullest potential.

I am a person...a person asking, no begging, you to consider my testimony as well as that of others in your decision...we are his family and he is ours...he and his wife and children have suffered enough and Mr. Salah has been robbed of the most valuable years of his children's lives...years that he can never get back, so please, I beg of you to remember that Mr. Salah is a man, a husband, a father, a valuable community leader, and an irreplaceable life with limited time in this world.

Thank you for your time and understanding. Have a nice day.

Sincerely yours,

Elham M. Rahima, RDH

000439

Dear Judge Amy St. Eve,

    My name is Rayya Ghusein. I am an 18 year old Muslim. I attended Universal School all my life where I was lucky enough to meet the family of Muhammad Salah. Muhammad Salah is an extremely caring and thoughtful person. I had many encounters with him in the hallways of my school and he always stopped to say hello. Muhammad raised extremely intelligent and bright children. One of his son's was in my class in elementary and he was always well behaved and smart. The Salah family has been through tough times for several years but regardless his family has always remained strong. Muhammad's wife is always very kind and she always has a smile on her face. Muhammad Salah and his family are an inspiration to me. I hope one day I become as intelligent, religious, and valued as Muhammad Salah. Anyone who knows Muhammad knows that he is absolutely no criminal and you needn't know much about him to know that he is a great human being. Thank you for your time.

    Sincerely,

        Rayya Ghusein
        Rayyag115@Hotmail.com

000440

Solomon Mitchell
3120 203rd Street
Olympia Fields, IL 60461
July 3, 2007
Michael Deutsch
People's Law Office
Attn: Judge Amy St. Eve
1180 N. Milwaukee Ave
Chicago, IL 60622
Dear Judge Amy St. Eve:

My name is Solomon Mitchell and I work in the Accounting/Finance department at a privately held security company. I am writing this letter on behalf of Muhammad Salah, who I have known for over 15 years. I was initially introduced to him through the Bridgeview community. Muhammad has been active in many aspects of the Bridgeview community, especially with the school. Since his concern is so great for his children and other youth in the community, he is frequently present and active at various school functions and graduations. I can remember his support at my own high school graduation in spring of 1997.

I sincerely believe this case should be laid to rest by allowing him to live in peace with his family as he once did before this whole ordeal took place. He is a vital part of a wonderful family who resembles the ideal picture of a Muslim American family and a community that desperately needs his support.

Sincerely,
Solomon Mitchell

000441

Dear Judge Amy St. Eve,

My name is Fareesa Abbasi, and I just graduated from Northwestern University with a degree in History and Legal Studies. I am writing you in regard to the Muhammad Salah case. I had the pleasure of getting to know one of his children, Ahmad Salah, this past year. All I can tell you is that in this day and age it is truly difficult to meet someone who is so pure of heart, honest, and selfless as Ahmad is. When I had first met him, I was immediately in shock as to how honest, softspoken, and just generally nice he was. He had this amazing presence and aura about his that was so strong, it was that you could almost see the purity in him glowing on his face. It was almost intoxicating, as if you wanted to be just like him after talking to him. My peers around me were suprised that I had no met him earlier, seeing as that I had been in school with him for three years, and everyone had the utmost respect for him. They automatically agreed with me when I noted how truly nice he was. I was shocked to learn about his family's misfortunes. Never in my life could I have imagined that a boy with such a positive attitude about life could have endured such obstacles, and I was shocked. Children are often a reflection of their parents, and if Muhammad Salah is anything like his son, which I am told he is, he is not only an upstanding citizen but a quality human being with tremendous moral fiber. If there is one thing I know, it is that Ahmad Salah deserves to have his father finally in his life.

Sincerely,
Fareesa Abbasi
*Northwestern University '07*

000442

Dear Judge

My name is Jameel F. Karim, I am a student at the city colleges of Chicago, and I work at the Mosque Foundation Community Center. I had the distinct pleasure of meeting this remarkable man Mohammed Salah in my early development years of high school. I grew up without a father, so the many lessons I learned as a good man I can honestly attribute many to his tutelages and good nature. He is gentle, honest, respectable, and righteous. Being a member of this great country and society, I place my faith in god that he will bless you with the understanding, fairness, and justice needed to bring peace and freedom to this remarkable man and his family.

Sincerely,
Jameel F. Karim
(773) 208-2767
May peace, blessings, and wisdom be with you

000443

Dear Judge Amy St.Eve:

My name is Dr. Aslan, a dentist from Chicago Ridge, IL.

I write you today on behalf of brother Muhammad Salah.

I`ve known him for about five years, he is a good practicing Muslim and a devoted family man.

I ask your honor to be fair and fear GOD the Almighty in your decision.

If you have any questions regarding this matter, I can be reached at

azzamaslandds@yahoo.com.

Sincerely Yours.

Dr A. Aslan.

000444

Dear Honorable Judge St. Eve,

I am writing on behalf of the Salah family to beseech you to consider the man before you. I am a graduate of Northwestern University and while I have not had the honor of knowing Muhammad Salah personally, I have had the pleasure of being a classmate of Mr. Salah's eldest son, Ahmad, while I was a student at Northwestern.

Ahmad Salah is quite possibly one of the most remarkable young men that will graduate from Northwestern. He is kind, thoughtful, and respectful. He has shown generosity with his time and spirit through his commitment to various student organizations on campus. While other students are consumed solely with the struggle to keep up with the rigorous academics we face, Ahmad has endured hardship beyond the classroom of enormous weight and has beared it all with dignity and poise one usually finds only in a man much older than him. Ahmad not only works hard, but he does so with a smile and I think he reminds all of us to be a bit kinder, a bit more polite, and a bit more willing to help others.

As I mentioned, I do not directly know Mr. Salah, but in my brief encounters with Ahmad, I am certain, that Mr. Salah must be an incredible father to have been able to raise a son so exceptional. A person does not learn to be so humble and respectable on their own. Such qualities are contingent upon the examples set by one's parents.

Thank you for your time and consideration.

Sincerely,

Lana Kashlan
M.D. Candidate
University of Illinois, College of Medicine
Class of 2009
lkashl2@uic.edu

000445

July 2, 2007

Honorable Judge St. Eve,

      It is with dire urgency that I write this letter. My name is Abdulrahman Dia. I am a 17 year old freshman at the University of Illinois at Chicago. Through my transition from adolescence to adulthood I have begun to realize the core importance of family. Family is the crux of life, as all adults know. One simply cannot function without one. I do not boast this universal fact as a son, student, friend, or brother, but rather I exclaim it as a human being. Thus, it is as a human that I seek to convey my imperative message.

      All humans belong to a family, whether by blood or love. The Salah family may bear no importance to you, the government, or the war on terror. However, they stand at the center of the Muslim community. As a part of this community I share a bond with this family that may guide you to the right decision.

      I attended Universal School where I met the Salah family. Even among Muslims, they were one of the most generous and kind families I encountered. The sons: Ahmad and AbuBakr were of genuine upbringing. As AbuBakr became a close friend of mine, I immediately knew that only moral parents could so authentically mold his character. Upon my first encounter with Mohammad Salah, I understood that he was a man, like any other, who was struggling for what any other man would struggle for: a prosperous family. No, this was a man who lived by piety. He often generously invited me over to his house for dinner with his family. I was proud to sit there with a man who was a local volunteer, leader, and defender of everything that stands pure. This was no terrorist, or fundamentalist, or jihadist. I ask: how can a man involved in evil spawn such purity in his family? It is impossible. Thus, I implore you to look at morals by which his children stand and realize that they are simply reflections of Mohammad Salah.

Sincerely,

Abdulrahman Dia
7082504503
Arabiad07@gmail.com
8052 Pickens Drive
Orland Park IL, 60462

000446

Dear Honorable Judge,

In the past few years, I was fortunate to teach Mr. Salah's kids: Ibrahim, Sumayyah, and Salma. Mr. Salah along with his wife would not miss any important event concerning their children such as the school's open house or parent teacher conferences. Mr. Salah and his lovely wife always show respect and appreciation to all teachers.

Sumayyah, now in 2nd grade always comes to school with a beautiful, big smile and a pleasant attitude. Sumayyah always talks with pride about her father and her family. After the verdict was out and Mr. Salah was no longer under house arrest, I remember the joy and the pride that filled Summayya's face when her father went with her on the school field trip for the first time in her life. I was so thrilled to see him with a crowd of the first graders with a pack back on his back, a smile on his face, and excited to go with them.

As a student, Salma is always very respectful and honorable in grades. Her academics have placed in the National Honor Society and made her valedictorian of her eighth grade class. Salma now is going to 11th grade. Through the year, I couldn't help seeing the worry in her eyes about her father. Her worrying faded when her father was released from house arrest in February. I pray that Salma and her family will never be sad again.

Ibrahim, in 4th grade now, is an intelligent, quiet boy, and very smart. Ibrahim participates in many competitions and won many academic awards. Ibrahim is very attached to his father. Sadness and fear covered his face for days when his father was in prison. Ibrahim was depressed, annoyed, and even his grades suffered. Things got better for Ibrahim as soon as his father came home, but to be a house prisoner.

Mr. Salah and his family suffered badly through the past years, especially his children. They deserve to live a normal peaceful life with their father. Your Honor, I urge you, before you make your judgment, to consider keeping the worry and sadness away from the faces of Salma and Ibrahim and keeping the big smile on little Sumayyah's face. This is a family who would really benefit America better when they living happily together.

Huda Ata, Teacher
Universal School
6/30/07

000447

The world is watching; ordinary citizens, housewives like myself, are watching.
Mr. Salah and his family have been subjected to outrageous treatment from the "Justice Department."
He has been denied the rights of a U.S citizen to face his accusers. He will now be facing sentencing.
The sentencing of Mr. Salah should be probation. Let this matter end honorably.


--

Rhoda Ann Miller
rhodaannmiller@gmail.com

000448

Dear Judge

My name is Abdul-Raoof Aduib and I am going to be a senior at Amos Alonzo Stagg High school. I knew Mohammed Salah since I came from Colorado at the age of two. They were one of the first family's we meet when we first came to Chicago, and there love was unlimited. My family has known them ever since and has stood by them. Mohammed Salah has always acted as a father to me. His character is impeccable and he is considered one of the honored and most respected members of our community. He also has always displayed honesty, valor, and commendable respect towards our fair country. I pray and believe that justice and fairness will be established and that countries greatness and principles will shine, and flourish above and beyond.

Sincerely,
Abdul-Raoof Aduib
ironwolf900@yahoo.com
May all peace and blessings be upon you

000449

Dear Judge Amy St. Eves,

My name is Sajid Ahmed, and I will be in fourth grade this fall. I live in Bridgeview, Illinois and go to Universal School. I have known Mr. Salah's son, Ibrahim, for a few years. Mr. Salah always gives my friends and me the warmest smiles. Mr. Salah is very honest, pleasant, and trustworthy. Without him, his family and close friends would be very unhappy. I do not want you to harm Mr. Salah in any way. His family and friends would be very unsatisfied. Thank you for reading this.

> Sincerely,
> Sajid Ahmed
> 9414 S. Octavia
> Bridgeview, IL 60455
> 7-1-07

000450

St. Eve

سعادة القاضي المحترم :

أنا شقيقة محمد صلاح داردي جازية ، أسرتي من ضمن عائلات اللاجئين الفلسطينيين من الضفة الغربية . لقد عانت عائلتنا لسنوات طويلة من التهجير القسري الذي شتت أفراد العائلة في عدة دول ، ولكن المعاناة الأصعب التي حلت بنا هي سبب إبعاد شقيقي قسرياً خارج من بلده وعدم السماح له بالعودة الى بلده والألم الى مدى الحياة . عيشه لم يسبب ألم واحد أو ألمزنا لمدة ١٤ سنة ، ومعاقبته لم يفيد جبارة والده من الدنيا اللذين ماتا وهما حزينان وهي في قلوبها حسرة لعدم رؤيتهما لابنها محظوراً بعدما اضطروا حتى ما كانوا يذهبان لزيارته من السجون الإسرائيلية التي قضى فيها سنوات عديدة .

سعادة القاضي لقد حرمت من رؤية أخي من لمدة ١٤ سنة الم لسنوات حتى طويلة ولكنني لا أستطيع أن أنسى من ذكرياتي معه أي شيء. رغم هذا البعد الجغرافي والزمني الطويل ، إن أخي أخت نفسي طيب وكريم من إحساني الى أبعد الحدود . لقد كان يبعث السرور الى قلبي بمجرد كلمة واحدة منه ، وتمنى من سعادتكم أن تأخذ إحسان هذه المعاناة ، لهذا الإنسان الذي سيبقى يحملها بإنسانية طيبة وأرجولا أن نصدر حكم عادل حتى يحرم من كل لحظة مفرحة من حياة وحياة أسرته وحياة عائلتنا .

مع الاحترام
جازية زهران

000451

JAZIYAH ZAHRAN (SISTER) KALANDIA
REF CAMP

Dear Judge St. Eve,

My name is Jaziyyah and I am Muhammad Salah's sister. I live in Kalendia refugee camp in the West Bank. Our family for many years has suffered from forceful expulsion which made our family scattered in many countries. But the most difficult hardship that we suffered was when my brother was deported by force from us and his birthplace and wasn't allowed to come back to his birthplace forever. For 15 years, he hasn't seen our happiness and sadness, especially his mother's and his father's funerals which he wasn't able to participate in. They both passed away sad not seeing Muhammad. They used to visit him in Israeli jail where he has spent a few years.

Dear Judge, I have been deprived of seeing my brother for 14 years. Those are really long years, but I am unable to forget my memories of him, despite the geographical distance and the long years. My brother is a very good and generous person and it would make me so happy if he spoke even a single word to me.

Dear Judge, I hope you take into consideration the suffering he has endured and his good humanitarian character. Please issue a fair judgment in his case, while he goes through this critical time of his wife as well as ours.

With Respect,
Jaziyyah Zahraan

TRANSLATION FROM ARABIC

سيادة القاضي St. Eve المحترم

تحية طيبة و بعد :-

انا احمد صلاح ابلغ من العمر 16 عاماً

أتمنى أنا أود والولايات المتحدة الأمريكية نظراً عني محمد صلاح
من بلادي و أمراضي المتواجدين هناك و نرى أنا يفداً بلاد أجداد
والتي تكون بلاد العدل و الحرية و الإنسانية والتي يلجأ لها
المظلومين في هذا العالم .

سيادة القاضي :- لعلك تعلم بأننا هنا في فلسطين نواجه القتل والعذاب
حيث نحرم من جميع حقوقنا بسبب والإحتلال . وها نحن هنا واليوم ننظر
لكم بمستكم حيث دولة عادلة لا تعرف التمييز والظلم بأن تمنحونا العدل
الذي نحن محرومين منه في فلسطين بأن تتسامحوا عنا عن محمد صلاح
والذي يقف أمام حاكمكم بإنتظار قراركم .

و احيطكم علماً سيادة القاضي بأن عمي محمد مور جلاً طيب محبةً للخير و يساعد
كل فقير و كبير و يعطف على الجميع ومن المستحيلان ينكر من بلدنا أي
شخص ما كان . ما خلّى منكم العطف والإنسانية والتي تتو قف منكم وتتوقف
بأن تكملوا قراركم برحمة عني محمد صلاح و أتمنى أن تقبل طلبي وهنا أيضاً
بتخفيف الآلام بين البسمة و الدمع داخل عائلتنا و داخل قلوبنا

مع خالص احترامي و تقديري لكم -

000453

أحمد صلاح

Dear Judge St. Eve,

How are you? I am Ahmad Salah and I'm 18 years old. I'm hoping to visit USA so I can see my uncle Muhammad Salah and my relatives in the USA, and to see this land of justice, freedom, and humanity where oppressed people find a shelter.
Dear Judge, I hope you know that we in Palestine are facing hardship and persecution; we are deprived of all our rights because of occupation. We look up to USA as a nation of fairness that knows no oppression or bias. To grant us the justice which we lack in Palestine, by showing mercy upon my uncle Muhammad Salah who is awaiting your decision. I'd like you to know, dear Judge, that my uncle Muhammad is a good man who loves good things for people, and helps the young and the old. It is impossible to think that he would hurt anyone. I do ask for your kindness and mercy which we expect. Please plant smiles and warmth in our family's hearts.

With Respect,
Ahmad Salah
West Bank

TRANSLATION FROM ARABIC

بسعادة القاضي المحترم :-                    St. Eve

أنا فداء صلاح ابنة شقيقة محمد صلاح أبلغ من العمر ٢١ عاماً أسكن من مدينة رام الله من الضفة الغربية .. ما أذكره عن عمي محمد صلاح أني زرته عندما كان في السجن الإسرائيلي قبل ١٤ سنة حيث تم اعتقاله طيلة خمس سنوات ، وما أذكره عذاب السفر الطويل من البلاد ونقاط التفتيش العديدة على الطريق الى السجن ، والساعات الطويلة التي كنا نمضيها تحت حرارة الشمس ، كما أذكر أن السجانين كانوا يعيدوننا ويمنعوننا من الزيارة بعد رحلة العذاب الطويلة من مكان سكنانا الى السجن . لقد كان هذا الوضع شديد الصعوبة علينا خصوصاً على مدى رحيل البلاد والتي رغم كل هذه الصعوبات كانت تسرع في الذهاب الى الزيارة من كل مرة ، أما المرحوم جدي في صحة كان من وضع عمي حسن ؟ لم يمكنه من مرافقتنا الزيارة عمي من السجن ، بالرغم الذي أحزنه كثيراً طوال تلك الفترة .

سيادة القاضي لقد كان عمي في هذا الإنسان النبيل مكان يسألني دائماً عن مدرستي ودراستي ويحثني على بذل الجهد في الدراسة وقد كان كلامه محفزاً لي للدراسة رغم ما كانت تتعرض له المدارس من هدم من اغلاقات بسبب حرص عمي على التحول الذي كانت تمارسه سلطات العسكرية الإسرائيلية لقد كان من كلمات ما يدفعني للإجتهاد والدراسة بسبب حبي له بسبب طريقته الراقية في الحديث معي .

سيادة القاضي المحترم ، إن عمي محمد صلاح رجل عظيم ، يحب الخير للناس فأرجوك أرجوك أن تأخذ صفات الطيبة بعين الإعتبار عندما تصدر قرارك عنه ، وكلي ثقة بأنك عادلاً وكما ورد من دنيا العظيم "ارحموا من في الأرض ، يرحمكم من في السماء" .

مع كل الإحترام

فداء صلاح

000453

Dear Judge,

I am Fedaa Salah, the niece of Muhammad Salah. I am 21 and live in Ramallah, West Bank. What I remember of my uncle is when I visited him in Israeli prison 14 years ago, where he was incarcerated for 5 years. And what I remember is the agony of the long trip in the bus and the mini-checkpoints on our way to the prison and the long hours we had to spend under the hot sun. And I remember when the guards used to send us back and deny us the visit after the long torturous trip. The situation was very hard on us especially on my grandmother, who despite all those difficulties insisted on going and visiting every time. My grandfather was of poor health, he couldn't accompany us to visit my uncle which made him sad every time. Dear Judge, my uncle is a noble man. He used to always ask me about my school and studies and he would encourage me to put my efforts in school. His words were good encouragement for me to study despite our schools' closures and curfews which are enforced by the Israeli military authorities. His words used to encourage me to learn more because of the kind way he used to speak to me. Dear Judge, my uncle Muhammad Salah is a great man, he loves goodness for people. Please please take his good character into consideration.

Fedaa Salah

TRANSLATION FROM ARABIC

Honorable Judge Amy

I know Mr. Muhammed from meeting him from the Mosque Foundation. He seems to be a very honest and kind man. I have known him to help in our community and he is a good citizen.

My name is Baba Haleem and I am a member who worships with him and lives in his community. I honestly feel he should get probation because he poses no harm to anyone and is a great citizen of the community.

Baba Haleem
(708) 955-9700

00045

Honorable Judge Amy St. Eve,                    6/24/07
        My name is Leila Mohammed and
I am from the same community as Muhammad
Salah. I have only known good things
to come from Mr. Salah. I have known
him as a family man and a community
leader. His actions and intentions have
always been honorable. My family and
I have been following his case since the
events unfolded and it is undeniable that
he has suffered a great deal since the start
of his ordeal. As a fellow Palestinian,
one can sympathize with the horrific
treatment he has received. To return
to the United States, which has
become our home, and to face further
scrutiny, has taken its toll, to say
the least. It is our hope that Mr.
Salah receives the minimum sentence
of probation despite the fact that he has suffered
so much already. We know he did nothing
wrong; however, since a judgement must
be made, we hope it is minimal so that
he may return to his family and some semblance
of normalcy. It is with hopeful prayers that
I write this letter.          Sincerely,        000455
e-mail: missmoe99@hotmail.com        LEILA MOHAMMED
                                     Leila Mohammed

To the Honorable Judge Amy St. Eve,

My name is Nuha Hasan and I am a graduate student at Midwestern University. I can only describe my experience with Mr. Muhammad Salah as amazing and wonderful. He is a unique individual who has touched a whole community with his generosity, kindness, and warmth. He is a loving husband, a caring father, and a faithful community member. I know this to be a fact since my childhood. I never thought I would see the day when people are punished for their generosity and their desire for freedom for themselves and their country. It is unjust that Mr. Salah is being punished for helping his people and struggling for a just cause. I believe that Mr. Salah should just simply be free, which is his God-given right. Unfortunately, however, I can only request that you grant him probation at the present time. Please see the truth for what it really is - Mr. Muhammad Salah is an innocent and honest man who does not deserve this inhumane treatment.

Sincerely,

Nuha Hasan

000456

(708) 432-1099    Nuha Hasan

TO HOnerable Judge Amy St. Eve

My name is Luay Tahat, PhD. I Lived

at 9250 S. Beloit Ave for 5 years.

I have Known Mr. Mohammed Salah

as neighbor for almost 5 years.

He is very nice person. We

never heard any bad thing

about him. He is a good man,
Caring, loving, family man and always
serve the community.
Thanks in advance.

Luay Tahat
9250 S. Beloit
Bridgein IL 60455

000457

To: The most Honorable Judge
Amy St. Eve,

My name is Rahmah Hasan and I am 19 years old, and hold a position as a cosmetologist. I've known Mohamad Salah for almost my entire life, and I cannot describe how very priviledged I am to have been so lucky to meet such a great man. He is a beloved father to his children, and a leader to our community. This man has done no injustice, to face such a cruel trial, for he's only done the good and sincerity from his heart to all he knows. I truley and strongly believe that Muhammad Salah does not even deserve to be put on probation, but to be set free,

Kind Regards,

Contact info: Rahmah Hasan
(708) 692 - 8333
r-hasan @ yahoo . com

000458

I, Issam Younis, a Real Estate Broker in Bridgeview, IL. I have known MR. Salah for the last 6 yrs.

I always have known to be an honest man with great maners.

x _____

Issam Younis
13521 Colt Dr.
Homer Glen IL 60491

000459

June 24, 2007

Honorable Judge Amy St. Eve,

    I hope all is well with you. My name is Omar Krad. I've known the Salah family since I was in third grade, and I graduated medical school from Loyola University three weeks ago. When I was a child, my parents always stressed the respect I should have for my elders. That sometimes made me feel distant from my friends' parent. However, whenever I spoke with Ahmad or Abubaker's father, Mr. Salah, he treated me as though I was equal to him. Although he was much older than me, I felt that he respected me as a friend. He is very kind and nice, along with the rest of his family.
    Please grant Mr. Salah probation and let him spend his time with his family. He is a good asset to the American community and there is no reason why he shouldn't be granted this freedom. Thanks for taking the time to read this letter.

Sincerely,

Omar Krad, M.D.
900 N. Chicago Apt #413
Evanston, IL 60202
(___) ___-____

000460

My Name is ABDEL ABUROMMan, I am Business man,
I Live Cross the street From Mr. Mohamad SALAH
For the Last Five years, all I see and I know
about Mr. SALAH he is good person and nice man,
and he is good neighbor neighbor, My Kids play with
His Kids all the time, and he always be Nice to all
the Kids and people.

9220 S. Thomas Ave.
Bridgeview, IL. 60455
phone # (708) 598-6330

ABDEL

000461

Assalam Alaikum,

The honorable Judge Amy St. Eve.

I Know Mr. Salah on the personnal level, please let him & his familly out of this misery, enough is enough. We don't need any evidance from other country.

Bashar AL Ramahi
Bashar ALRamahi
1708-289-9536
7707 S. melvina
BURBANK IL 60459

000462

Honorable Judge Amy St. Eve.
my name is Saleh Abdeljalil of
Homer Glen, 14527 S. Abbott RD &
Phone # 708/ 275-3404
I had the Honor of knowing's dealing
with mr. Mohammed Salah for slong
period of time. many years of great
and regular friendship. He a great man
who would go th extra mile of providing
help for those who seek it. NIVIrseen
him getting in-~~trobl~~ trouble with any one.
Everyone who dealt with him montioned him
~~to~~ with great regard. He had the highest
respect for all manKind.
I hope will judge in his ~~the~~ favor &
help free him. I Personally thankyou
for your Just dealing with his case and
Looking Forward for a raling in his
favor. Once again thankyou very
very much

Truly your

Saleh M. Abdeljalil

000463

MY NAME IS KHALID ABUSALEM,

Dear HONORABLE JUDGE AMY ST. EVE

I am THE OWNER of DISTRIBUTION COMPANY, AND I CONSIDER MYSELF LUCKY TO LIVE IN THE SAME BLOCK WHERE MR. MUHAMMAD SALAH LIVES, HE IS one of THE Best people I EVER MET, HONEST, AND AN ECELLENT EXAMPLE for perfect MAN.

Regards.
Khalid ABusalem
708-268-6404.

000464

I, Suleman Ali Manger at O'Hare Airport Super Shuttle certify that Mr Mohammad Salah worked with our company in year 2000 as an owner operator "driver" for few months.

Mr Salah was a very nice person, didn't have any problem with any co-workers, customers or employee. Its was great pleasure to know such a person, He is friendly kind and helpfull.

Suleman Ali
P.O. Box 504
Rosemont il 60018

000465

To the Honorable Judge Amy St.Eve,

My name is Mahmoud Farhat Hassan. I am 75 years old and a grandfather of 26 children through 7 children. I am also a war veteran and fought for the Korean War.

I have grown very fond of brother Muhammad Salah throughout the many years that I've known him. I am a neighbor of him and I consider his children like my own grandchildren. It would only be a shame to see brother Muhammad be torn away from his family for so long. I fought for what this country was founded on, justice, and the pursuit of happiness and freedom. I believe in this country's justice system and to see our civil rights properly played out in our lives. I believe that brother Muhammad should be free of all charges against him and to be united with his family for good. He has been apart for too long, and deserves to be reunited and see his children grow up.

I sincerely ask you to re-consider his sentencing.

000466 · Mahmoud Farhat Hassan

708. 599. 7378

June 24, 2007

Honorable Judge Amy St. Eve:

I hope this letter finds you well and in the best of health. My name is Huda Krad and I am a family friend of the Salah family. I have known Mr. Muhammad Salah and his family since I was ten years old, when Mrs. Salah was my 5th grade teacher. I am also a very close friend to Mr. Salah's nieces and I spend much time with their family.

I will confirm what many people have already told you, that Mr. Salah is a very kind, peaceful, light-hearted, and generous man. He is good to his family, his neighbors, his friends, and his community as a whole. Mr. Salah is NOT a man you need to worry about, whose freedom is a threat to our American community. If anything, his character and patience serves as an example to the rest of us American Muslims who need to be the same way. Please grant him probation in consideration of all his qualities, the suffering he and his family have already suffered, and in light of how valued he is in our community. Thank you!

Sincerely, Huda Krad

000467

The Honorable Judge Amy St. Eve.

My Name is Abdalla Issa Alrashdan

I am an instructor at IIT

teaching in Computer Aided Design

I know Mr. Mohammad as a neisbour

I lived next to him in the Summer

of 2005. For me He was a good father

I loved the way he treated his kids

He seems honest and love People

and I don't think he would of

hurt anyone deliberately. I think

He should get Probation. IF you want

to contoct me, I live in 3156 kilbourn

chicago, IL 60641, phone 708 5393405 4

thanks a lot, Abdalla Alrashday, PhD. Abdalla

000168

6/24/07

Honorable Judge Amy St. Eve

My name is Hasan Batrouth, I am
a teacher at CPS. I Know Mr. Salah
very well, he used to be my neighbour,
He is a trustworthy, honest, and
genuine. If I have to choose a brother
he will one. Mr. Salah deserves the
best, he is a good citizen, he doesn't
deserve to go to jail
    Thank you for your desision to let
him Free

000489

Hasan Batrouth

Dear Sir/Madam,

I am Ahmad A. Adam. I have known Mr. Muhammed Salah since 1983. I met him at the Mosque Foundation of Chicago. I take the oath that he is one of the most humble people. I can also say he is a faithful citizen by being in business, helping the needy any time It is worth mentioning that he has be very instrumental in taking care of the dead. Washing them & preparing them for burial. Here is indeed extraordinary. I am in business for a long ni of years and I manage over thirty five peop I must say that people are people and the deserve mercy and kindness and I belie Mr. Muhammed Salah has already paid dear and he deserves to be taken care of. Probation is the answer and he will prov that he is a qualified citizen.

Thank You very much for your understand and consideration and I pray for his wife and his Children to go back to normal life very soon.

000470

Regards,
Ahmad Adam                    Ahmad Adam
931 Wescott Rd. Bolingbrook, IL 60440.

To whom it may concern.

My name is Nimeh Mahmoud and
I am 17 years old. I have visted
Mohammed Salah trial more then once,
I have notice and heard from the
community and from his daughter and people
who well aware who this warm hearted
man is. This man has a soul a heart
most of all faith. A man with faith
I have trouble believing he can do such
things he is charged for. Thanks for
taking the time to read this letter.

Nimeh Mahmoud

000471

To the Honorable Judge Amy St. Eve,

My name is Tahani Hassan and I recently graduated from Columbia College Chicago with bachelors degree in Marketing Communication.

I've known Muhammed Salah since I was in 5th grade and now being an adult I see how close he is to his family and how much of a role model he is to his sons, daughters, and the community as whole. It will be heartbreaking to see him go away from his family & friends a if sentenced to prison. I ask you to please reconsider his sentence when thinking of Muhammed Salah. Thank you very much for your time.

Sincerely,

Tahani Hassan
708-403-8964

000472

To the Honorable Judge Amy St. Eve,

My name is Heena and I am a professional working in Illinois. I am an educated and concerned citizen. I am aware of Muhummad Salah's case for the past couple of years. In my heart I do believe he is a good man and father. With the upcoming sentencing I feel the best course of action would be to give him probation. I am a regular voter and believe in our justice system. Mr. Salah deserves the right to be a father to his children, a good husband, and most of all a pillar in the community. Please, as a human being, give Mr. Salah probation.

Warmest Regards,

312-703-1906

000473

TO the Honorable Judge Amy St. Eve

My name is Wafaa Alwawi. I'm currently 19 years old and attending Moraine Valley Community College. I've known him for 2 years. Knowing Maha Salah as a man in the Community building great relationships with others it would be heart breaking to see him be apart from us. He's a great father and man in general and hope probation is the only sentencing that he recieves. Thank you for your time.

Wafaa Alwawi
(708) 458-5598

000474

Dear Honorable Judge Amy St. Eve,

I am Saleh H. Saleh, I live in Bridgeview, IL. I knew Muhammed Salah for about three years, he is a kind and friendly man with good manners.

Thank You,
Saleh H. Saleh
6/24/07

My address:
9210 S. Beloit Ave, apt #206
Bridgeview, IL 60455

000475

Dear Honorable Judge Amy St. Eve,

Please permit me to briefly introduce myself. I am a graduate student at Loyola University Chicago pursuing my second M.A. pertaining to international education. I have been highly active at Loyola, more especially sitting on various committees as well as on a committee at the Art Institute.

I am writing to share what I know of Mr. Salah. First & foremost, as cliche a it may come across, I was taken by his high degree of serenity. Although he has little, I have always found his family to be very generous individuals, whether it be a helping hand, etc. They are an upstanding family + a all families, the father is badly needed in the household. To offer much needed support + guidance, ~~principally~~ principally for his children. His wife is strong, but no doubt she needs him as well.

000476

He is honestly a very kind
+ trustworthy person.

Should you have any
questions, please contact
me at:
(708) 423-7029
vzapata@luc.edu

Thank you for your time +
may you have mercy on such
a wonderful family.

Respectfully,

Veronica Zapata

Dear judge Amy, My Name is Amneh Noubani.
I attended the trials for my friend Muhamad Salah.
Everyone knows him as an amazing person with
a good heart. You should know as well as everyone
else that Mr. Salah does not deserve any jail time.
The Torcher that he went through is
enough. Although he didnt deserve any of it.
Thank you so much for your patience.

000477

19 June 2007.

Dear Honorable Amy J. St. Eve,

I want to write you about the case of Muhammad Salah. I had the opportunity to meet Mr. Salah on several occasions and have found him to be an extremely warm, humble, and sincere person. I believe that any sentence for his case would be a loss and injury to him, his friends, families, and supporters, but more importantly a stain on American values & the American justice system.

Mr. Salah does not deserve and has done nothing to merit a jail sentence. He was found not guilty of racketeering. Furthermore, he has already suffered more than anyone should ever have to suffer, for crimes he did not commit.

As an American Jew who has spent years working in the Palestinian community in the US & the Middle East, I am very familiar with the torture tactics of the Israeli military sanctioned by the Israeli government. No one should be subjected to these dehumanizing conditions, let alone an innocent man. Confessions extracted in such conditions should be considered null & void. The case against Mr. Salah is based on false confessions gleaned from such circumstances.

Not only this, but the case against Mr. Salah is based on events that happened in another country. At the time of the events, Mr. Salah was in jail; he could not have orchestrated them.

There is no reason for Mr. Salah to spend one more day enduring persecution for crimes he did not commit. A simple, honest man, it is time he be truly free to continue his life pursuit, which, last I heard, was starting the →8

000478

taxicab company for sick & differently abled people.
This has long been a dream of his.

I thank you gratefully for your attention in this matter.

Best wishes,

Lora Gordon

Chicago, IL

Printed on Cross Pointe Genesis Milkweed, 80 lb. Cover

©1992 Cross Pointe Paper Corporation
Printed in the U.S.A.

I am Mohamed Atieh A Real
State Agent, I have been
Knowing Mohamed Salah for
Twenty years, he is beeing helpful
To his comunity, he dosent Deserve
Jail, he Deserve the freedom.

000479

ASSALAMU ALIKUM
Peace Be upon you


Honorable Judge Amy St. Eve


I RIYAD ABDALLAH Have my own
Business industry making timer chain sewing
Checago Area and All states for the Past 15 yrs.
I Knew Mr. Muhammad SALAH Honorable man
family man walking hard to better his life.
I see that he doesn't Deserve any Jail time.
he was Jailed in Israel for five years.
For the sake of God and his children
Pls have your mercy and God Mercy.
Thank you


SA GEAR
7252 W. 66 B St
Bedford Park, IL 6038
(708) 499-5528

000480

To Honorable Judge Amy St. Eve.

My Name is Mogli Odeh.
I was borned here in the United
states and Strongly believe in an
Judicial process. I personaly know
Mohommed Salah and have
been following his case. He is a
very honest and kind man. He
has suffered for over 10 years.
I believe he should get Probation
so he and his family can put this
all behind them and move on
with there lives

→

000481

Judge Amy st Eve

I, Hisham Rimawi, A teacher at
chicago public schools. I knew
Mohammad since 1983. I got the
impression that he is a family man
he had helped his community well
when ever you ask of help he gave
it. Please take this into your considera
when issueing a judgemal and give for
time served or probation

Sincerly

Hisham Rimaw
10642 Lori Lane
Palos Hills, 12, 60Y
708-592 450:

6-27-07

000482

بسم الله الرحمن الرحيم

I am Ibrahim AlAshqar
I now Mohammad Salagh Mor than
5. Years. he is good men and
he Do not Diesenve to go to Qiell

Than Kye .

800 760 4490
6132 w Roosevelt
oak park IL 60304

000483