## INDEX OF LETTERS OF SUPPORT TO HON. AMY J. ST. EVE

## (VOLUME III)

259.    Art Harb                        (Sergeant, Chicago Police Department)

260.    Summar Othman                   (Student, DePaul University)

261.    Zishaan Farooqui                (Student, University of Chicago)

262.    Aneesa Mitchell                 (Family friend)

263.    Khalida Baste                   (Principal, Aqsa School)

264.    Afaf Humayun                    (Family friend)

265.    Fatima Khan                     (Community member)

266.    Ahlam Hassan                    (Student, Depaul University)

267.    Merviet Allan                   (Neighbor of Salah)

268.    Amani Abbasi                    (Family friend)

269.    Caleb Zegar                     (Parent of Universal School Student)

270.    Yali Amit                       (Community member)

271.    Sara S. Mujahid                 (Past Teacher of his children)

272.    Maryam Mujahid                  (Community member)

273.    Rami Martini                    (Student, University of Illinois Urbana-
        Champagne)

274.    Thaer Ahmad                     (Community Member)

275.    Omar Khudeira                   (Niece's Son)

276.    Ameen Amra                      (Classmate at Universal School)

277.    Dania Suleman                   (Friend of Salah's eldest son)

278.    Jeanean Othman                  (Director of the Mosque Foundation Food

Pantry)

| | | |
|---|---|---|
| 279. | Zishaan Farooqui | (Student, University of Chicago) |
| 280. | Hasan Othman | (Real Estate Agent, Century 21) |
| 281. | Ruqaya Naser | (Best friend of Salah's Niece) |
| 282. | Shiraaz Rahman | (Student, Northwestern University) |
| 283. | Usman Mian | (Student, Northwestern University) |
| 284. | Mohammad Said | (Friend of Salah's son, Abubaker) |
| 285. | Ruqaya Naser | (Childhood Friend) |
| 286. | Soumayya Aatek | (Family Friend) |
| 287. | Zafar Ahmed | (Neighbor) |
| 288. | Bilal Mujahid | (Student of Maryam Salah) |
| 289. | Zoha Saleh | (Family Friend) |
| 290. | Lora AlKhawam | (Northwestern Alumna) |
| 291. | Khalil Qato | (Student, University of Chicago) |
| 292. | Alaa Salah | (Niece of Salah) |
| 293. | Mohamad Khudeira | (Student, Illinois Institute of Technology) |
| 294. | Luqman Rashad | (Employee at Universal School) |
| 295. | James Cooley | (Family Friend) |
| 296. | Margaret Tobin | (Family Friend) |
| 297. | Serage Rahima | (Community Member) |
| 298. | Rula Martini | (Friend of Salah's Daughter) |
| 299. | Malika Bilal | (News Reporter in Washington D.C.) |
| 300. | Danya Qato | (Community Member) |
| 301. | Nedaa Alwawi | (High School Teacher) |

| | | |
|---|---|---|
| 302. | Dr. Mohammad Saleh, MD | (Doctor of Internal Medicine/Pediatrics) |
| 303. | Lina Salah | (Niece) |
| 304. | Deanna Khalil | (Student, Illinois College of Optometry) |
| 305. | Ahmed Mohamed Aduib | (Neighbor) |
| 306. | Ruaa S. Jaber | (Community Member) |
| 307. | Abdelnasser Rashid | (Family Friend) |
| 308. | Marwa Mekki | (Student, Northwestern University) |
| 309. | Deanna Othman | (Past Student of Maryam Salah) |
| 310. | Fedaa Balouta | (Student, UIC) |
| 311. | Mariam Kudaimi | (Family Friend) |
| 312. | Mustafa Dafalla | (Student, MIT) |
| 313. | Dima Qato | (Pharmacist) |
| 314. | Abubakr Meah | (Student, Trinity Christian College) |
| 315. | Reema Abuzir | (Student, Universal School) |
| 316. | Tagelsir M. Salih | (Friend) |
| 317. | Manar Khalil | (Community Member) |
| 318. | Munira Karim | (Student, Northwestern University) |
| 319. | Raza Imam | (Family Friend) |
| 320. | Adnan Javed | (Alumna, Northwestern University) |
| 321. | Yomna Elsiddig | |
| 322. | Nadia Benhaddou | (Neighbor) |
| 323. | Ibrahim Salah | (Brother) |
| 324. | Eyad Salah | (Nephew) |
| 325. | Ali Muhammad Khalil Salah | (Cousin) |

| 326. | Ahmad Ahmad | (Student, Universal School) |
|------|-------------|------------------------------|
| 327. | Taha Siddiqui | (Community Member) |
| 328. | Ahmad Ahmad | (Student, Universal School) |
| 329. | Munther Salem | (Student, Benedictine University) |
| 330. | Amal Salih | (Community Member) |
| 331. | Danish Qureshi | (Family Friend) |
| 332. | Runna Othman | (Family Friend) |
| 333. | Sana Said | (Family Friend) |
| 334. | Eshraga Salih | (Community Member) |
| 335. | Omar Zegar | (Family Friend) |
| 336. | Rami Al-Ashqar | (Past Student of Maryam Salah) |
| 337. | Naazrish YarKhan | |
| 338. | Sara Saleh | (Family Friend) |
| 339. | Ashar Wasi | (Student, Northwestern University) |
| 340. | Asma Shuaibi | (Niece) |
| 341. | Saba Merchant | (Student, Northwestern University) |
| 342. | Mamoun Ibrahim | (Family Friend) |
| 343. | Fathima Khan | (Past Student at Universal School) |
| 344. | Yasmeen Abdelfattah | (Community Member) |
| 345. | Nisreen Abdelnabi | (Universal School Graduate) |
| 346. | Hana Alqaraien | (Student, St. Xavier University) |
| 347. | Mrs. Khater | (Teacher, Universal School) |
| 348. | Amna M. Hassan | (Family Friend) |
| 349. | Mona Isa | (Student, DePaul University) |

350.  Razan Salih            (Community Member)

351.  Jameela Ahmed          (Past Neighbor)

352.  Saed Abdel-Jawad       (Student, St. Xavier University)

353.  Abdul Hannan Malik     (Graduate Student, University of Pittsburgh)

354.  Salma Salih            (Family Friend)

355.  Mohsin Ali             (Student, Ursinus College)

356.  Nusrat Ahmed

357.  Jerine B. Bird         (Founder and President, Partners for Peace)

358.  Muhammed Shuaibi       (Nephew)

359.  Ammar Nouri            (Family Friend)

360.  Aziz Elmahboub         (Community Member)

361.  Talal Sunbulli, MD     (Physician, Little Company of Mary and

                             Christ Hospital)

362.  Tammie Ismail          (Family Friend)

363.  Blayne Amir Sayed      (Family Friend)

364.  Dr. Abdallah           (Friend)

365.  Adela Assil            (Neighbor)

366.  Afsaneh Talai          (Student, Northwestern University)

367.  Zacharea Katerji       (Student, Universal School)

368.  Mohammed Ali           (Family Friend)

369.  Faris Ballouta         (Student, Moraine Valley Community

                             College)

370.  Zeinab Abrahim         (Student, North Carolina State University)

371.  Anisa Rahman           (Student, Northwestern University)

| | | |
|---|---|---|
| 372. | Nadine Shabeeb | (Student, Northwestern University) |
| 373. | Mohammad Hassan | (Student, Northwestern University) |
| 374. | Mustafa Hassan | (Student, Northwestern University) |
| 375. | Alia J. Bilal | (Student, University of Illinois Urbana-Champagne) |
| 376. | Nadia Ahmed | (Student. Universal School) |
| 377. | Nemeh Zughayer | (Family Friend) |
| 378. | Muna Zughayer | (Student, University of Illinois at Chicago) |
| 379. | Yousif Zegar | (Employee, Quality Auto Sales) |
| 380. | Hamza Ali | (Community Member) |
| 381. | Hareem Khan | (Student, Northwestern University) |
| 382. | Nishant Goyal | (Student, Northwestern University) |
| 383. | Chris Oustwani | (Student, Northwestern University) |
| 384. | Aamair Tajuddin | (Family Friend) |
| 385. | Sahar Khalil | (Student, Richard J. Daley College) |
| 386. | Heba Matari | (Community Member) |
| 387. | Esra Rahima | (Student, Midwestern University's Chicago College of Pharmacy) |
| 388. | Badr Khudeira | |
| 389. | Omar Osman | (Student, University of Illinois at Urbana-Champagne) |
| 390. | Syed Umer Ahmed | (Student, Loyola University of Chicago) |
| 391. | Zafar Ahmed | (Physician of Internal Medicine) |
| 392. | Shahab Siddique | (Student, Northwestern University) |

| 393. | Mohammad Ahmad | (Student, Northwestern University) |
|---|---|---|
| 394. | Aya Odeh | |
| 395. | Mohammed Zubair Memon | (Community Member) |
| 396. | Nikia Marie Bilal | (Attorney) |
| 397. | Sarah Dar | (Student, Northwestern University) |
| 398. | Rehan Khan | (Student, University of South Carolina School of Medicine) |
| 399. | Abdel Baset Hamayel | (Family Friend) |
| 400. | Omar Ahmed | (Student, University of Washington) |
| 401. | Tasha Richardson | (Student, Northwestern University) |
| 402. | Dalia al-Ramahi | (Student, Oak Lawn Community High School) |
| 403. | Ismail Mitchell | (Student, University of Illinois) |
| 404. | Hassan Martini | (Family Friend) |
| 405. | Menza Qato | (Doctoral Candidate at Oxford University) |
| 406. | Rasha Fokaha | (Student, DePaul University) |
| 407. | Hasan Haq | (Student, Northwestern University) |
| 408. | Hassan Ahmad | (Student, Loyola University of Chicago) |
| 409. | Afeef Shehadi | (Mosque Member) |
| 410. | Ahmed Shuabi | (Nephew) |
| 411. | Shurook Abdeljaber | (Friend of Salah's Daughter) |
| 412. | Reem Sayes | (Student, St. Xavier University) |
| 413. | Ameer Mansur | (Technology Coordinator, Chicago Public High Schools) |

414.  Khadijeh Abbasi          (Family Friend)

415.  Mahmoud Abbasi           (Friend)

416.  Zaineb Abdulla           (Community Member)

417.  Mohammed A. Rahman       (Gas Station Manager)

418.  Bakrieh Hassan           (Student, Universal School)

419.  Afsaneh Talai            (Student, Northwestern University)

420.  Amine Kamal              (Assistant Manager, Wendy's Int.)

421.  Saba Meah                (Student, Governors State University)

422.  Mustapha Boufath

423.  Heba Ibrahim             (Community Member)

424.  Eyad Tabahi              (Student, Northwestern University)

425.  Maher Afana              (Student, University of Michigan)

426.  Aisha Yusuf              (Family Friend and Community Member)

427.  Suhaib Ahmed             (Student, University of Illinois)

428.  Anas Mahafzah            (Student, DePaul University)

429.  Deena Ata                (Classmate of two eldest sons)

430.  Harith Elsiddig          (Friend of son)

431.  Aalaa Abuzaakouk         (Alumnus, Georgetown University)

432.  Dana Shabeeb             (Student, Northwestern University)

433.  Randa Obid               (Graduate of Panama City Advanced
      School)

434.  Sabrina Siddiqui         ( Student, Northwestern University)

435.  Hussein Ata              (Community Member)

436.  Ahmad Saleem             (Friend of Son)

| 437. | Yacob Ahmad | (Friend of Ibrahim Salah) |
| 438. | Syed Yusuf | (Computer Programmer Analyst) |
| 439. | Elham Rahima | (Community Member) |
| 440. | Rayya Ghusein | (Family Friend) |
| 441. | Solomon Mitchell | (Friend) |
| 442. | Fareesa Abbasi | (Friend of Son, Graduate of Northwestern) |
| 443. | Jameel F. Karim | (Mosque Member) |
| 444. | Dr. A. Aslan | (Dentist) |
| 445. | Lana Kashlan | (Student, University of Illinois College of Medicine) |
| 446. | Abdulrahman Dia | (Student, University of Illinois at Chicago) |
| 447. | Huda Ata | (Teacher) |
| 448. | Rhoda Ann Miller | |
| 449. | Abdul-Raoof Aduib | (Family Friend) |
| 450. | Sajid Ahmed | (4th Grade Student, Universal School) |
| 451. | Jaziyah Zahran | (Sister) |
| 452. | Ahmad Salah | (Nephew) |
| 453. | Fedaa Salah | (Niece) |
| 454. | Baba Haleem | (Mosque Member) |
| 455. | Leila Mohammed | (Community Member) |
| 456. | Nuha Hasan | (Graduate Student, Midwestern University) |
| 457. | Luay Tahat, PhD. | (Neighbor of Salah) |
| 458. | Rahmah Hasan | (Community Member) |
| 459. | Issam Younis | (Real Estate Broker) |

| 460. | Omar Krad, M.D. | (Family friend) |
|---|---|---|
| 461. | Abdel Aburomman | (Neighbor of Salah) |
| 462. | Bashar Al Ramahi | (Family Friend) |
| 463. | Saleh M. Abdeijalil | (Friend) |
| 464. | Khalid Abusalem | (Neighbor of Salah) |
| 465. | Suleiman Ali | (Manager, O'Hare Airport Super Shuttle) |
| 466. | Mahmoud Farhat Hassan | (Neighbor of Salah) |
| 467. | Huda Krad | (Family friend) |
| 468. | Abdalla Issa Alrashdan | (Neighbor of Salah) |
| 469. | Hasan Batroukh | (Past neighbor of Salah) |
| 470. | Ahmad A. Adam | (Mosque Member) |
| 471. | Nimeh Mahmoud | |
| 472. | Tahani Hassan | (Childhood friend) |
| 473. | Heena | (Community Member) |
| 474. | Wafaa Alwawi | (Student, Moraine Valley Community College) |
| 475. | Saleh H. Saleh | (Friend) |
| 476. | Veronica Zapata | (Graduate Student, Loyola University Chicago) |
| 477. | Amneh Noubani | (Friend) |
| 478. | Lora Gordon | (Friend) |
| 479. | Mohamed Atleh | (Real Estate Agent) |
| 480. | Riyad Abdallah | (Family Friend) |
| 481. | Magdi Odeh | (Friend) |

| | | |
|---|---|---|
| 482. | Hisham Rimawi | (Teacher, Chicago Public Schools) |
| 483. | Ibrahim AlAshaqar | |
| 484. | Emad Elhalawany | (Phsyical Therapist) |
| 485. | Magdy Youssef | (Community Member) |
| 486. | Haroon AlAshqar | (Carpet Cleaner) |
| 487. | Ahmed Mohammed | (Phsyical Therapist) |
| 488. | Dr. Omran Ismail | (Neighbor) |
| 489. | Saleh A. | (Store Owner) |
| 490. | Barbara J. Walsh | |
| 491. | Yara Youssef | (Graduate Student, Loyola University) |
| 492. | Ali Fa-hat | |
| 493. | Gul Nawab | (Community Member) |
| 494. | Nasr Amer Stroger Hospital) | (Respiratory Therapist, Cook County |
| 495. | Ossama El-Hannouny | (Neighbor) |
| 496. | Adnan K. Abuzir | (Mosque Member) |
| 497. | Rajai Ismail | (Mosque Member) |
| 498. | Kamal Zegar | |
| 499. | Magdi Imbrahim | (Volunteer, Mosque Foundation) |
| 500. | Tansel Derya | (Family Friend) |
| 501. | Samah Samad | (Neighbor) |
| 502. | Samih Abeumeir | (Neighbor) |
| 503. | Tayseer Ibrahim | |
| 504. | Ibrahim Tlaib | |

505. Nawaf I Mezyed (Friend)

506. Ayman Salem (Mosque Member)

507. Ayman Isbatan (Community Member)

508. Shafiqur Rahman (Community Member)

509. Akram Ahmad (Mosque Member)

510. Husam Elayyan (Mosque Member)

511. Issam Atef (Owner, Pro Auto Body Shop)

512. Khan Haqul

513. Bassel Abushaban (Mosque Member)

514. Rame Joudeh

515. Issam Othman Aburahhal (Salah's Barber)

516. Abder Ghouleh (Family Friend)

517. Jefar Faraq (Friend)

518. Omar Tawil (Student, Universal School)

519. Prof. Dr. Ala' Eddin Kharofa (Friend)

520. Hisham Shalabi (Community Member)

521. Ali Abuhlale (Soccer Coach of Salah's Kids)

522. Naim Abdullah

523. Ibrahim N. Mansour (Internal Medicine Medical Doctor)

524. Ziad A. Joudeh

525. Faysal Elmatar (Owner, Frank's Auto Repair and Sales)

526. Sahail Ahmed (Physician)

527. Nadia Ismail (Community Member)

528. Fathi Abdallah

| | | |
|---|---|---|
| 529. | Mund Nakhleh | (Barber for Salah Family) |
| 530. | Isshaq AbdelGhani Yusuf | (Community Member) |
| 531. | Saleh Ahmad | (Community Member) |
| 532. | Nasir-ul-Mulk | (Community Member) |
| 533. | Najeb Razick | (Neighbor) |
| 534. | Haroon Razick | (Neighbor) |
| 535. | Nabeel Razick | (Neighbor) |
| 536. | Hasan Razick | (Neighbor) |
| 537. | Ghassan Alkhateds | (Student) |
| 538. | Hamza Shelaby | |
| 539. | Ibrahim Sheikh | (Student, Governors State University) |
| 540. | Fadall Omer | |
| 541. | Noor Rahmen | |
| 542. | Mohommed Chowdhevy | (Community Member) |