to Honrable Judge Amy st.eve

I'am Emad Elhalawany

Physical therapist Mr..

Mohammad Has a good

reputation in the Community

we never experince any

problemm came out from him

this dossen't deserve any Jail

time . maybe proobation

Thank you very much

Emad Elhalawany P.J

000484                     6-27-07

ph. 7083695254

to Honorable Judge. Amy st. EVE

this Magdy Youssef Line in

Hickory Hills over the Road Trucker.

as exprenice with Muhammad Salah

He is very Freindly Person, alway giving

a helping hand to who need it — very

active to help the Community youth

Honest and good Family devoted

Family Person —

Magdy Youssef
9136 south 88th ave
Hickory Hill ILL 60457
708 473 2654                    000485

I am Haroon AL-AsHQAR

I know Mohammad Salah and I bel

he deserves to be set free of

all charges.

I work Canpet Cleaning

708 599 1883

00048

To Honorable judge Amy St. Eve

Dear judge

I know Mr. Muhammad as a good person, helpful to the Community and bring patients to my clinic for physical Therapy as a work to support his family

Thank you
yours
Ahmed Mohamee
Physical Therapi.
(708) 257-3831

000487

Dear Honorable Judge Amy St. Eve

my name is Dr. Omran Ismail and my phone is 7082282540 I'm a neighbor of Mr. Mohamed Salah. He is a nice person always help his neighbors and help the community with his kind nice behavior. I hope he will be set free.
Thank you.

000488

To Honorable Judges
Amy St. Eve

My name is Saleh Abdelfelm
I am store owener at 2238 a 71
cruden super morbed.
I knew brother Muhammed since last
year I met him at the mosque few
years He is one of the nicest and kindest
Crentelmen in our commity he is alwey
Try To help People whe's in need
Me
Please try to take my note
under consorbibir and Sund the
nandled in you head to delu
suiches Sn his
For Any Jushis Please
centre one et
(773) 288-7631
Saleh Abdelfelm
And eney Crowd Bues Yam

0004

June 11, 2007

Honorable Judge St. Eve,

I am writing you on behalf of Mohammad Salah. I am asking that if the charges against him are not over turned, he be given probation

In the spirit of American Constitutional justice I ask you to consider this plea.

I am a great believer in the justice for all, American Way.

I am a mother and grandmother and would appreciate your most thoughtful consideration for Mr. Salah but also his family

Sincerely,

Mrs. Barbara J. Walsh

000490

Honorable Judge Amy St. Eve,

My name is Yara Youssef and I am a graduate student at Loyola University Chicago. I know Mr. Muhammad Salah to be one of the kindest and most genuine people I know. In our community, he is always known for being very helpful and kind. He is a wonderful father, husband, and an asset to any group of people fortunate enough to be in his company. He is very loved and valued, and for good reason. My family and I have known him for over 18 years and have seen nothing but good from him. Please see to it that he receives the justice that he deserves. His probation is absolutely essential to his family and our Community.

Thank you in advance,

708-670-5824
islam1peace@aol.com

000491

7-01-07

DeAR Judge

I know you Are AJudge
But God ouR Judge
I would Like to Rview
that Mr Salah is good
Penson He is Fear god
I would Like from you
to think Hand.
And I Hope you Relase
Him to His Family
I Hope you ~~~~~~~~~~~
~~~~~~~ don't Tail Him

thank you
god is great very much        0004

Ali Farhat
8125 Thomas St (708) 458-8292

Honorable Judge
Aurgst Evk.

I, Gul Nawab, residing at 9337 Sou
Oketo Avenue, Bridgeview IL. hereby stat
that I moved to the community in Janu
1993. I knew Mosque Foundation mana
ment and the next person I met wa
Mr. Muhammad Salah. I had some work
at home and I asked Mr. Tariq, Mosqu
Foundation's manager. Mr. Salah was prese
at that time. He guided me how to ove
the difficulty. I found him very Coope
honest and peaceful person. Since th
I met him in the street or in the
Mosque Foundation. He is very respect
helpful and pleasant. Mr. Salah is f
amiable and trustworthy person. H
is honest, reasonable and rational
person. If you have any questions, pl
call me at 708-430-1327.

GUL NAWAB
9337 S. Oketo Ave
Bridgeview IL. 60436
July 1, 2007

To Judge Amy St. eve.

I have known Muhammed salah for the last 10 yrs he is honest and respected man in the Cummunity with his niece family.

my name: Nasr Amer I work in Cook county stroger Hospital as Respiratory Therapist

my Phone :(708) 769-3043

my Address: 9160 falcon Ridge Bridgeview, IL 60455.

000494

Dear Judge,

My name is Ossama El Hannouny, I am 13 years old, and I have known Mr. Mohammed Saleh for a long time. We are next door neighbors and I think Mohammed Saleh is a very good Man. He is active in the commonity and he is always ready to help someone in need no mutter who the are or where the live. He has a family that loves him and he is well known in the commonity. He has many good qualities and he is a loved man.

Sincerly,
O. El-Hannouny

000495

Judge Amy ST. Eve.

My Name ADNAN. K. ABUZIR
I am U.S.A CITIZEN I been living in U.S.
Since 1971
    I have been Known Mr. MotAMED Salel
    about more than 20 years From th mousq
in Bridgeview we war Hibing the Communi
he have nice Famely and nice beutiful
Kids he alwas very Kindley.
he should get probetion he genvine
I thanks of you for Kindley of
Help.

    Sincary

    [signature]

708 9792745

JuN 30. 2007

000496

Dear Judge:

I'm writting this letter in an attempt to shed som light over Muhammad salah personality and excellent an peaceful character. I have known Muhammad for couple years through the Mosque I go to for daily prayers. over this time period I only known Muhammad to be honest, a peaceful man who cares dearly about his family. I plea that you look with all fairness at his case & lo ok him as a simple man who only wants to live in pea

Rajai Ismail

Rajai Ismail
9404 5786 Hert.
Hickory Hills.

000497

Dear Judge:

Please look at Muhammed Salah case with fairnes

I've only known to be an honest and peace loving Ma

Kamal Zegar
9340 so Moody
OAKLAWN Ill 60453

000498

To Dear Judge Amy St. Eve.

First I would like to say that Mohammad Salah is one of the best people I have ever met, with a wounderful & polite personality.

I am Magdi Ibrahim, 18 years old. I am a Volventeer at the Mosque foundation. I would also like to say thank you for your time Judge Amy.

Sincerely

Magdi Ibrahim

5916 w. 88th Pl.

Oak Lawn, IL 60453

708 - 415 - 8942.

000499

Dear Judge Amy St. Eve,

I have known Muhammad Salah for many years and my children are his classmates. I feel that he should get probation as he is very beloved by his children, and it is impossible for Muhammad to possibly commit any wrongdoing... especially with the publicity surrounding his case.

Please show mercy to him and his family

Truly yours

Tanveel Deya

(708) 889 848

000500

June
~~July~~ 20, 2007

Dear Judge Amy St. Eve

My name is Samah Samad I live in Bridgeview, Muhammad Salah is our neighbor he is a good man We have known them more than 10 yp him and his children are very good People.

@ Our ~~my~~ names

Samah Samad
7557 w 92nd st Unit 104
Bridgview, Il 60455

Sincerly
Samah Samad

000501

June. 25, 200:

Dear Judge Any St Eve

My name is Samih Abuimeu
I live in Bridgeview, Muhammad Salah is my
neighbor. I have know him for so may yrs
Since 1992 till now he is a good man and
Father and husband to his family I was
working in his house for construction he is a
respectful man and he should get probation
I dont like to see anyone in Jail.

Sincely

000

Samih ABuImar → Samih Abuimeu
7557 w 92nd St
Bridgeview, Il 609

First of all thank you Judge Amy St. Ever,
for taking some time and reading this letter.
I just wanted to say that Mister Salah is
a very good and calm man, I never met
a man like him. If you have any Questions
please call me at 708-415-8941
Thanks again Judge Amy, for reading this
letter.
Sincerly.
Tayseer Ibrahim
5916 w. 88th Pl.
Oak Lawn, IL 60453

000503

Dear Judge AMY St. EVE.
my name is Ibrohim Tlaib, Resident in oak forest Illinois, has my own Business, been knowing brother Salah From the masjed as one of the best brothers, very nice so quiet Never has any Problem. Pleage help him an free him for His kids
thank you

708 372-1714

000504

I: NAWAF I MEZYED          self employed
As handy Man . American citizin Lives At
7810 W 9157 street Hickory Hills il 6045
for the last 11 years and I been Nowen
Mr. mohammad salah for a long Time
and I beleve he is A good man very
helpfoul and Trusfull man and he should

be free
    Thank you very much
    and god plus you

Nawaf Mezyed

00050!

Dear Judge Amy
to whome it may concern
I have whon this man for few years
I see him alot of times at the mosque
all I kmo is the he is a qwite Person
trustworth, I seeked advice once asking
about a girl that I wanted to marey
he is not agressive never seen his involved
in any vidone activity or discussion
I belive from my heart that this
man should be freed to go back
to his normal life and to support his
wonderfull kids that I knew throw
my relation to from the mesque.


Ayman Salem
8998 Birk ln
Hickory Hills IL 60457


I own a computer engineer working at
a software company, I have a masters in
computer science, been living in the state
for over 10. yrs.

000506

Dear Honorable Judge Amy St. Eve,

My name is Ayman Isbatan. I am currently a Cardiac Researcher at the University of Chicago. I was born and raised in the Chicagoland Area, and currently live in Oaklawn. My reason for writing you is to ask and plead for mercy in the case Mr. Muhammad Salah. He is a decent and honest man, who is very active in the community helping all who need help. Mr. Salah and his family have been through a great ordeal, this journey concludes in your court room. The matter is totally in your hands. Please let this man and his family move on with their lives. The pain and torture endured by this family is great, let's be american and finally free this family.

Ayman Isbatan

708-473-2431

aisbatan@uchicago.edu

00050

Dear Judge:

My Name is Shafiqur Rahman.
I know Mohammed Salah For last 10 years.
He is th best commuity person, best fonily peran
& Best fathe I have ever meet in my life.
I do not wont from the botton of heart, that,
perem like Mohammed Salah will Suffer
in fail for the crime he did not commite.
Sincearly your.
Thanks
Shafiqur Rahman.
9250 S. Beloit Ave #201.
Bridgeview. IL 60455 .
(708) 598-5365 ,
06-28-07

000508

Dear Judge Amy St. Eve;

My name is AKRAM AHMAD, I am doing

a food Business, INFACT I own 2 Restaurant

one in Chicago and the other one in MARKHAM,

I know MUHAMMAD SALAH Since 17 years

When I met him the first tim in t

MOSQUE:

I Beleve he is honest and good f

who wishes good for every body in

the Community and the City and in th

whole world.

AKRAM AHMAN

708/ 296-1304.

000509

Dear Judge

My name is husam Elayyan, I am working at the Mosque Foundation and I have Known Mohammed Salah since I came to the States in 1992

Mohammed Salah is been Known as a Role model in our community. he contributed in making this communi as great as It is now.

He has helped in serving our community in many ways setting meet us Funnerals ---- ect

I belive Mohammed Salh deser to be set free and have peace to support his family.

Signature

Husam Elayy

000510

# PRO AUTO BODY

European&Domestic

9216 S. Octavia
Bridgeview, IL 60455

CLAIM # 2997

Tel: 708-599-7480
Fax: 708-599-0633

| NAME | | | | PHONE | | DATE 6-28-07 |
|------|--|--|--|-------|--|------|
| STREET | | | | CITY | | |
| YEAR | COLOR | MAKE | | MODEL | | |
| LICENSE NO. | | SERIAL NO. | | ODOMETER | | ESTIMATE PREPARED BY _Sam_ |
| INSURANCE CO. | | | | ADJUSTOR | | |

| REPLACE | REPAIR | DESCRIPTION | PARTS | LABOR | REFINISH | SUBLET |
|---------|--------|-------------|-------|-------|----------|--------|
| | | Dear Judge | | | | |
| | | I, ISSAM Atef the owner of Pro Auto body shop Saleh is my customer he pay his bills and I know kids and his family for 10 Years Please help him stay with his kids and provid for them | | | | |
| | | Thank You | | | | |
| | | TOWING | | | | |
| | | **TOTALS** | | | | |

The above is an estimate based on our inspection and does not cover any additional parts or labor which may be required after the work has been started. Occasionally, worn or damaged parts are discovered which may not be evident on the first inspection. Because of this, the above prices are not guaranteed. Quotations on parts and labor are current and subject to change. **estimate**

**AUTHORIZATION FOR REPAIR. You are hereby authorized to make the above repairs:**

SIGNED: _____

DATE: _____

| TOTAL PARTS | $ _____ |
|-------------|----------|
| TOTAL LABOR | $ _____ |
| TOTAL REFINISH | $ _____ |
| TOTAL SUBLET | $ _____ |
| TAX | $ _____ |
| PAINT/MATERIAL | $ _____ 000511 |
| TOTAL | $ _____ |

To Whom it may concern

It's my great deligt to write about Mohammed Salah - Who happens to be my Landlord. He is a great humabeing. I can say with all the command I have that he is every inch an Zentleman in the true meaning of the term. He always extends his helping to hand to any human being regardless of Religion cast & creed. May I take opportunity of telling that he is a great American too What has been manifested through action/Expression for

I Sincerely pray for the vesty best of every Thryg

Sincerely
Khan Haque (Tenant)
9229 Thomas Ave
Bridgeview IL 60455
(773) 879 97 36

000512

FROM    BASSEL ABUSHABAN                    Profession: Director of IT.
        18195 NIELSEN DR                    Management Consulting
        TINLEY PARK, IL 60487               Acquity Group. Chicago, I
        (708) 250-3493.

TO      HONORABLE JUDGE: Amy St. Eve.

SUBJECT:    WHO IS MOHAMMAD SALAH..

DEAR JUDGE AMY,    I have moved to the Chicago land area in 1995 as a Consultant in the IT field.. I quick came to meet Br. Mohammed Salah at the Mosque Founda where we both go to for daily worship.. Mohammed is one of the most respected members of our Community. I knew him as a friend, as a caring, honest Community member who extends his help to any one who is in Such Community members are very hard to find in time and age.. He enjoys qualities of Generosity a truthfulness that should be treated with Nothing bu respect and honor. Such individuals are So Needed be out dealing with others, Shining as Examples Models for people to learn from.. I trust that Justice & Truth will prevail and hope You will be able to See it with your heart if N with your eyes and ASSURE his absolute Freedom..

000513

Regards,
Bassel Abushaban

Dear Honorable Judge Amy st.eve
My name is Rame Joudeh I would
like to tell you this man does not
deserve what happening, he a good person,
Father and human being, I support him
Very much . please I hope you deside
to be Farr with the Man Mohommad
Salah

thank you Very Much

My number is
C: 708 670 0353

000514

Dear,
Honorable Judge Amy st. Eve
. My Name is Issam othman Abueahha l
I'm the baeber for Mohommad salah and
his kids I've known hrm for about 10year
I'de like to tell you he is a very Good
MAN and I Respect him very much and he
only deserves the best.

thankyou
Issam ABURAHHAL

Contact #
708 430 5159

000515

6/29/07

To Judge Amy St. Eve

Your Honor, my name is Abder Ghouleh and I was born in Chicago as my family has lived here for over 50 years. I am an electrical engineer with the Metropolitan Water Reclamation District of Greater Chicago for over 17 years. In that time myself and family have known Muhammad Salah, and it has been a pleasure to know him.

I have known him as someone who always helps others, volunteers for community, and has a reputation as an honest and family man. He his a very good friend of ours.

Myself and all those I know fully support this man, his family and his innocence and his well-being.

Yours truly,

Abder R. Ghouleh
9820 s. 50th Ct.
Oak Lawn IL 60453
708-229-9235

000516

Honorable Judge Amy St Eve.

Dear Judge

I am Jefar Faraj, 8602 micVicker, Burße
IL 60459. I am heard Air Conditing,

I do know mr Salahs almost 5years, he
such a man you found when ever you need
some one, Take care of our kids, re
them, Care of neighbor hood, he is a good
man, please do consider in you big hear
To let him go To his Home, kids will

Thank you
Jefar M. Faraj
708- 209 7258
6-29- 07

0005

Dear Judge Amy St. Eze

Hello, my name is Omar Tawil, and I'm a student at Universal School. I've known Mohammad Salah and his family my entire life. I went to school with his children, and they are my neighbors.

Throughout my life, or as long as I've known Mohammad Salah, he has always given me and my friends advice whenever we came to him. He always cared for us, and would tutor us after school if we needed any help.

He even came to my highschool graduation. Not just for me, but all my classmate, because we are all close friends with his son AbuBakr. He came and congradulated all of us personally. This shows how much he's cared for my friends and I. His sons friends. He's always been caring towards us, and very sincere. I hope you see how much this man means to his family neighbors, and his community. We all love him dearly.

Thank You, Omar Tawil

Contact: E-mail: Whitepali@ yahoo.com.

000518

Prof. Dr. Ala' Eddin Kharofi
8028 Laramie St.
Burbank, IL 60459
Dr.Kharofa@Yahoo.com
(708) 576 - 8748

H.

I am Prof. Dr. Ala' Eddin Kharofa an America citizen. I was a judge in my former country "Iraq" for fifteen years. I left my country in 1972 and did not enter it aga I wrote about twenty books on civil and criminal Law of Islam. Since 1973 I was teaching at several Universities in the world. People are referring to me as an exp on Islamic Law. It happened that I kn Bn. M. Salah more than twenty years a I knew about him nothing but good. He is honest truthful sincere and hard working. I wish him the best

Thank you, your honor.

000519

Hisham Shalabi                                    6.28.07
9734 Merton

Dear Sir/Madam:
My name is Hisham Shalabi, I am
a U.S. citizen since 1984 and currently
residing at 9734 Merton Ave in Oak Lawn
I have Known Mr Mohammad Salah
for many years. He is a wonderful
member of this community and is a ve[r]
honest and proud resident of this grea[t]
beautiful country.

                                        Hisham Shala[bi]
                                          6.28-07

000520

Dear Honorable Judge Amy

I know Mr. Mohammad Salah for two years as a soccer coach for his kids. He is wonderful person, also he joined us to many toarmment, he's helpful. I wich to see Mohmmad salah enjoing his life as others.

Ali Abuhlale
Soccer coach, universal school
708-296-1264

9836 Sayer Ave #10
Chicago ridge il 60415

June 30, 2007

000521

I AM Naim ABDullAH
medical TECHNologist
I KNow Brother, Mohamad Salah
for mANy years and Know he
is Law Abiding CITIZEN ALWAy
helping Others in need,
we wis him well
Thank you

6/29/07

To Judge Amy St. Eve.

I am Ibrahim N. Mansour. I am an internal medicine medical doctor. I work @ Passavant Hospital in Jacksonville, IL. I also do clinical research in university of chicago. I live in Justice, IL.

I am writing to your honor in regard to Muhammad Salah. I know him for more than 3 years. He is a very nice man. He is always being a helping hand to people in need. I knew his smile before knowing him.

± We all share his hard moments.

I would like to ask you to do your best to have his trial just & fair. " Indeed, Justice, fairness & righteousness are the security of any kingdom".

Thank you
Ibrahim N. Mansour, M.D,

6/29/07

8114 Concord Lane Unit J
Justice, IL, 60458
Tel. 773-814-0373

000523

6-29-07

Dear Judge Amy,

My name is Ziad A. Joudeh, reside at
7057 W. 72nd. St., Chicago, IL. 60638.

I'm a truck driver, I've been known
Mr. Salah since 1982, who is been
a good friend for all people;
please kindly consider his present
to his family, so important,

thank you

Ziad A. Jow

000524

**FRANK'S AUTO REPAIR & SALES**
**7337 W. 87th Street**
**Bridgeview, IL. 60455**
**(708) 233-6505**

To Judge amy steve.

I Faysal EIMATAR, owner of Frank auto Repair

Been Knowing Mohammad Salah for the last

eight year, He and His family Member always

Been coming By My auto repair Shop to Have His

Car and his family Car Fixed and always

pay his Bill on time No Matter what and

always Been very an Honest Man and very polite

and he Respect everyone around him, From Knowing

Him and the way He treat people around him

I get to Develop Friend ship and I am proud

to know this preson

000525

6/29/07

TO

HON Judge Amy ST. Eve.

Peace be on you,
I am Sohail Ahmed, living
in orland park. I am a
physician by profession.
I knew him Brathy Salah
for many years at our loc
mosjid. From what I know
he is honest, sincere, far
man who has already endure
punishment in jail.
He should not be pani
again on a living peacou
place keep him free

Thanks
[signature] Ahm

Sohail Ahmed,
13643 Birchham
orland park, I
708 816 - 7791

000526

To the honorable Judge Amy St. Eve,

My name is Nadia Ismail. I don't have an interesting story about how I met the Salahs. I am just a seventeen-year-old girl from the Bridgeview community where they live. I'm not very close to the Salahs, in that most of the family probably doesn't know me on a first-name basis, but they are part of my tightly-knit community so I see them often at prayers and various events. I am also friends with some of their relatives. Through all of this I know a few things about them and their struggle.

I know that Abu Bakr Salah, Mohammed Salah's son, is my age 17-18 years old. I also know that Mohammed Salah has been fighting the charge of terrorism for around 16 years! I thank God there are just and fair judges like you, who put an end to that struggle by finding him not-guilty! Going back, I can hardly fathom what life was like for

000

Abu Bakr, who had to deal with his father being through various jailing and house - arrest orders from the time he was one - year - old or for his older brother who was only around three, or for his sister who was in her mother's womb at the time it all began. These kids' relationship with father has been a never-ending roller - coaster ride with very steep drops all of their lives. If I were in their position I would give-up on everything (faith, school, social relationships etc.) but the Salahs are not a family of quitters by any means. When life gets rough they just push harder keeping faith and hope alive. And because of this Abu Bakr was valedictorian of his class in a very competitive private school and Ahmad recieved an exceptional score on his medical - school placement exam (MCAT). These kids never are, and never were, pessimistic they are constantly melting new people with friendly smiles and going on to achieve more with their academic excellence, yet at the same time they are so humble.

They are some of the most upright and proper kids I have ever met and the only explanation I can come up with for their outstanding character is outstanding upbringing. I have gotten to know their father recently and I realized that he has an even stronger sense of perseverance and optimism than the children.

For instance, when he was asked to speak about his hardships over the years he didn't even speak with an ounce of bitterness (which is shocking considering he had to go through so much jailing and other things for a crime he was found innocent of committing) he was not dwelling on the past but rather speaking about his hopes for a brighter future for everyone; a future with freedom and justice.

Everytime I have seen him he held that same sense of optimism. Even at his trial, when I'm sure he was very nervous, he smiled and

said hello to us all and even offered to pay for my lunch as well as the lunches of around thirty other people, with a donation that was given to help HIM, but he is not a selfish man.

He remembered who went to his trial and thanked us over and over again even though all we did was sit in a chair. Even before his trial Mr. Salah had always been kind to the youth even though most of the men in the community his age ignore us. He always greets me and my friends and my brothers with a smile and a wave. He has a kind-heart and a wonderful personality. He also has two young children including the adorable six-year-old Sumaya. It may be too late for the childhoods of their older siblings, but these two kids, like all children, deserve to have a normal, healthy relationship with their wonderful father.

Please allow them to do so,

Thank you for your time,

Nadia Ismail

To the Honorable Judge Ame

My name is Fathi Abdallah, I have known Mohammad Salah for over 10 years. He is a humble and generous man. Mohammad belongs to a big community that cares about him. Mohammad is a loving family man.

I pray that you see the clearly evidence and clear Mohammad of all charges.

Fathi Allah
708- 687-2956

000528

7-1-07

Dear Judge Amy St. Eve,

I am writing in regards of Muhammad Salah, my name is Murad Nakhleh I am a barber Mr. Salah and his family are my customer, I would just like to state that Muhammad Salah is a very respectful friendly man I have know him for five years now and can only say great things about him and his family.

Thank You for your time
Murad Nakhleh
7209 W. 103 Rd St
Palos Hills IL 60455
708 717-2292.

000529

بسم الله الرحمن الرحيم

الحكومة الفدرالية المحترمة

انا اخوكم عبدالله يوسف / حامل الجنسية الامريكية اشهد الله السيد محمد صلاح صديق العائلة المستقيم والذي لا يشعر يوم في الاعمال العدائية والخلق للاسلام مدركا وحسب معرفتن السنين عنده و فانه من الخلق الولايات الامريكية نموذجا وكلنا آمن من الادعاء عنه وورائه من جميع ما نشئ اليه

وشكرا لكم على ذلك الاحسان

٢٠٠٧/٦/٢.

٧٠٨ ٢٣٧٠٤٩٥
٩٦٦ Falcon Ridge Dr
Bridgeview IL 60455

00053(

ISSHAQ ABDELGHANI YUSUF

In the name of god the most compassionate the most merciful

Dear Judge,

My name is Isshaq AbdelGhani Yusuf

An American citizen

I bear witness that Muhammad Salah is one of the best men and he doesn't deal with politics or

unwanted activities

And from my personal knowledge of him he is a dedicated American Citizen

We hope that you let him go

Thanks,

Isshaq Yusuf

708-237-0495

9160 falcon ridge Dr.

Bridgeview Il, 60455

Dear Judge Amy St. Eve,

I am a citizen who is asking you to be very fair in your decision concerning Muhammad Salah. Mr. Salah is a very honest and good man. I believe he should not serve any time. I know Mr. Salah from the community, and I believe that he is pure and noble. I know that this decision is very hard for you, but all I am asking is that you open your heart and be very just with your decision.

Thank you for reading my letter and hopefully you will take my considerations while making your decision.

Sincerely,

Saleh Ahmad

Saleh Ahmad
call # : (773) 638-0329

000531

July 1, 2007

In Respect of
Hanorable Judge
Amy St. Eve.

I am Nasir-ul-Mulk and I live at 9408 S
odell Ave Bridgeview IL. I moved to the Comn
in Nov 1996 and go to Mosque faundation. I me
Mr. Muhammad. Salah There. He is Courteous
friendly and helpfull, Saf Speciaky kind to the
Kids. He Helped everyone in the Commun
He is cooperative, trustworthy and Sinc
If you have any question please call me
my cell phone 708-268-3496. House ph #708-1
26

yours truly

Nasir-ul-Mulk
9408 S. odell Ave
Bridgeview Ill 60455.

0005

Dear Judge Amy St. Eve.

My name is Najeb Razick. I work as a truck driver. I know Muhammad for 10 yrs. He is my neighbor. He is a very Kind, quiet man. He does nothing but good around the neighborhood. Let him free for his children. Please! My address is.

9336 S. Thomas Ave.
Bridgeview IL. 60455
phone nu. - (708) 237-0783

Sincerly, Najeb

000533

Dear Judge Amy St. Eve.

My name is Haroon Razick. I work as a truck driver. I known Mohammad Salah for 11 yrs. We are neighbors. He is a good honest man. He never did anything to make me think otherwise. Please for the sake of his children free him. My address is.

9324 S. Thomas Ave.
Bridgeview IL. 60455
telephone nu. (708) 598-8604

Sincerely, Haroon Razick

000534

Dear Judge Amy St. Eve,

Name: Nabeel Razick
occupation: trucking company

Muhammad Salah is my neihbor.
We have been neihbors for 10 yrs.
For the 10 yrs. I known him he is
a good man. He is very helpful and
quiet.. He always trys to help any
way he can. Please for the sake of
his children. Let him free! My address
is.
address: 9330 S. Thomas Ave.
Bridge view IL. 60455
phone: (708) 430-1322

X. 

000535

Dear Judge Amy St. Eve.

I am Hasan Razick, I work as a Truck driver. I have been neighbors with Mohammad Salah for 11 years. He has helped by getting rid of rats in the neighborhood. He's also helped in block partys. He is a very good man. Please free him for the sake of his children! My address is:

9324 S. Thomas Ave.
Bridgeview IL. 60455
phone number - (708) 598-8604

Sincerly,
Hasan Razick

0005

Dear Judge:-

My name is Ghassan Alkhateeb and I'm a student in college. I would like to say that Mr. Salah is a very wonderful person from the experience that ran through with him. I been knowing him for six years. I believe that he is an innocent person and all the charges should be dropped. Mr. Salaah is trying to live a happy and peaceful life with his strong family.

9121 S. Falcon Ridge, Thank you,

Bridgeview, IL 60455

000537

7/2/07

Dear Judge Amy St. Eve

   My name is Hamza Shelaby. I
have known muhammad Salah for many
years. He is a very nice and kind hearted
gentelman. MR. Salah does not deserve
to go to jail, he has already been
through enogh hardship. I hope that
your Judgment will be the right one,
and I wish you a good day.

Hamza SHelab
Hamz

000538

Assalamu Alaikum

Dear Judge,

My name is Ibrahim Sheikh. I'm a student at Governors state University. Mahammad is our brother In Bridgeview community. We believe o brother Muhammad is an honest pers who works to help this Country and his Aab Community for better living

for more Information contact:
Ibrahim Sheikh
708-269-9371
Sincerly

000539

Dear Judge Amy St. Eve,

My name is Fadall Omer, and I have known Mohammed Salah for the last eight years as neighbors. He is an honest man who cares deeply about his family and community. An innocent man such as Mohammed Salah does not deserve to go to jail. Thank you for your consideration.

Sincerely,

9142 FaLonRidse Rd
Bridgeview IL 60455
(773)457-6364

000540

Dear Judge Amy,

my name is noor rahmen

I am The president of dady

Food mart 79 th and College Ora

I would like to take amoment

and tell you how nice mp

Mohmoud Salah he is avry

nice gay

Noor Rah

(773)

483-9400

000541

Dated, 07/02/07

TO WHOM IT MAY CONCERN

To,

THE RESPECTED JUDGE

Re: The Pending Case of Muhammad Salah.

Dear Madam,

I, Mohammed Chowdhury, do hereby bear witness that Mr. Muhammad Salah is a law abiding U.S. citizen, completely and totally innocent of any fabricated charge/s that might have been brought against him for the only "crime" of being a helpful community member of ours. I hereby hope, expect and request, that, your honour will be considerate and understanding enough to announce the just decree of freeing Mr. Muhammad Salah of any fabricated charge/s and compensate him for the harassment he had to go through and thus uphold the principle of justice you profess.

0005

Regards, Mr. Mohammed Chowdhury
3420 S. Cottage Grove,
Apt #30.