1

 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION


 3
     UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
 4                                       )
                         Plaintiff,      )
 5                                       )
                  vs.                    )
 6                                       )
     MUHAMMAD HAMID KHALIL SALAH AND      )
 7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                         ) December 18, 2006
 8                       Defendants.      ) 10:05 a.m.

 9
                          E   X   C   E   R   P   T
10                 TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11
     APPEARANCES:
12

13   For the Plaintiff:         HON. PATRICK J. FITZGERALD
                                United States Attorney
14                              BY:  MR. JOSEPH M. FERGUSON
                                     MR. REID J. SCHAR
15                                   MS. CARRIE E. HAMILTON
                                219 S. Dearborn St., Suite 500
16                              Chicago, Illinois   60604

17
     For Deft. Salah:           PEOPLE'S LAW OFFICES
18                              BY:  MR. MICHAEL EDWARD DEUTSCH
                                     MS. ERICA THOMPSON
19                                   MR. BENJAMIN ELSON
                                1180 North Milwaukee Avenue
20                              Chicago, Illinois   60622

21                              LAW OFFICE OF ROBERT BLOOM
                                BY:  MR. ROBERT JAY BLOOM
22                              3355 Richmond Boulevard
                                Oakland, California   94611
23

24   For Deft. Ashqar:          MR. KEITH ALLAN SPIELFOGEL
                                20 North Clark Street, Suite 1200
25                              Chicago, Illinois   60602

1    APPEARANCES (Cont'd):

2

3    For Deft. Ashqar (Cont'd):   MR. WILLIAM MOFFITT
                                  11582 Greenwich Point Road
                                  Reston, Virginia  20194

4

5                                 DEPAUL UNIVERSITY COLLEGE OF LAW
                                  BY:  MS. ANDREA D. LYON
                                  25 E. Jackson Blvd., Suite 1050
6                                 Chicago, Illinois  60604

7

8    Also Present:                S/A BRADLEY BENAVIDES, FBI
                                  S/A JILL PETORELLI, FBI

9

10   Court Reporters:             MS. KATHLEEN M. FENNELL
                                  MR. JOSEPH RICKHOFF
                                  Official Court Reporters
11                                219 S. Dearborn Street
                                  Chicago, Illinois  60604
12                                (312) 435-5562

13                 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14                         PROCEEDINGS RECORDED BY
15                         MECHANICAL STENOGRAPHY
                      TRANSCRIPT PRODUCED BY COMPUTER
16

17

18

19

20

21

22

23

24

25

Hroub - direct by Deutsch

3

1     (Proceedings heard in open court; jury present:)

2                    *   *   *   *   *   *

3          MR. DEUTSCH:  Both Mr. Salah and Dr. Ashqar call

4     Khaled Hroub.

5          THE COURT:  Okay.  Please come forward, sir.  Raise

6     your right hand.

7     (Witness sworn.)

8          THE COURT:  You may be seated.

9          MR. DEUTSCH:  Professor Hroub, there's water there

10    and a cup.

11         KHALED HROUB, DEFENDANTS' WITNESS, DULY SWORN,

12                    DIRECT EXAMINATION

13    BY MR. DEUTSCH:

14    Q.  Sir, could you state your first name and last name and

15    spell it for the court reporter.

16    A.  My name is Khaled Hroub.  That's K-H-A-L-E-D.  Hroub, my

17    family name, H-R-O-U-B.

18    Q.  Now, I'm going to ask you to speak slowly and clearly for

19    the jury.  English is not your first language, correct?

20    A.  Yes, correct.

21    Q.  What is your first language?

22    A.  Arabic.

23    Q.  And are you fluent in the English language, sir?

24    A.  I hope so.

25    (Laughter.)

 1  BY MR. DEUTSCH:

 2  Q.  And so do I.

 3       THE COURT:  That makes three of us.

 4    (Laughter.)

 5       MR. MOFFITT:  Four.

 6  BY MR. DEUTSCH:

 7  Q.  What is your nationality, sir?

 8  A.  I am Palestinian.

 9  Q.  And where were you born?

10  A.  I was born in Bethlehem in a refugee camp.

11  Q.  Okay.  And what year were you born?

12  A.  1965.

13  Q.  And I'm going to ask you about your -- did there come a

14  time when you left the refugee camp?

15  A.  Well, we left after the war, 199 -- 1967.

16  Q.  Okay.

17  A.  So basically I lived two, three years in the camp.

18  Q.  And was there a reason that you left in 1967?

19  A.  Yeah, because of the war.

20  Q.  Okay.  And when you -- you left with your family?

21  A.  With my family.

22  Q.  And where did you go when you left?

23  A.  We -- we moved to Jordan.

24  Q.  Okay.  And did you get an undergraduate degree in Jordan?

25  A.  Yes, I did.

Hroub - direct by Deutsch

5

1    Q.   And what was your undergraduate degree in?

2    A.   It was in civil engineering.

3    Q.   Okay.  So that would have been a Bachelor of Science?

4    A.   Yes.

5    Q.   And what year did you get that degree?

6    A.   '87.

7    Q.   Okay.  And then did you get a post-graduate degree in 1989

8    in Jordan?

9    A.   Yes, I did.

10   Q.   And what was the area that you got a post-graduate degree

11   in?

12   A.   Population studies and refugees.

13   Q.   And what did that consist of very briefly?

14   A.   Well, basically this is a study in demography that covers

15   immigration, covers population and growth and also to the

16   trends pertaining to population.

17   Q.   And were you studying particularly the situation of the

18   Palestinian refugees?

19   A.   Partly.

20   Q.   Okay.  And did you have occasion to go back into the

21   refugee camps or to visit refugee camps?

22   A.   Yes, I did.

23   Q.   Subsequent to receiving a higher diploma in population

24   studies, did you continue your education with a master's

25   degree?

1   A.   Yes, I did.

2   Q.   And what was the master's degree in?

3   A.   I had -- I did two masters degree in the U.K.

4   Q.   Okay.

5   A.   One in international relations theory and --

6   Q.   Okay.  Let me just stop you there for a second.  When you

7   say the U.K., can you explain that?  Some people might not

8   understand that.

9   A.   Yeah, in London.

10  Q.   Okay.  U.K. stands for United Kingdom?

11  A.   United Kingdom, right, in London, so --

12  Q.   And that degree was in international relations, correct?

13  A.   Yes.

14  Q.   And what year did you get that degree?

15  A.   What?

16  Q.   What year?

17  A.   '94.

18  Q.   Okay.  And did you write a dissertation in order to get

19  that degree?

20  A.   Yes, I did.

21  Q.   And what was the subject of your dissertation?

22  A.   It was on Hamas.

23  Q.   Okay.

24  A.   Hamas, the practice and methodology.

25  Q.   And in order to get -- write that dissertation, I take you

1  it you had to study the policies and practices of Hamas, is

2  that correct?

3  A.  Yes, I did.

4  Q.  And subsequent to that, did you get another master's

5  degree?

6  A.  Yes.  It's called Mphil in the U.K., United Kingdom,

7  M-P-H-I-L.

8  Q.  And that stands for what?

9  A.  Master of Philosophy.

10 Q.  Master's of Philosophy, and where -- what university did

11 you get the Master of Philosophy?

12 A.  That was at University of Cambridge.

13 Q.  Okay.  And what year was that?

14 A.  '97.

15 Q.  And did you write a dissertation in order to get a Master

16 of Philosophy?

17 A.  Yes, I did.

18 Q.  And what was the subject matter of your Master's of

19 Philosophy?

20 A.  Regionalizing in the Middle East.

21 Q.  And what -- can you explain briefly what that consisted

22 of?

23 A.  Well, it's about regional integration and cooperation

24 between states and economics, politics, all different areas.

25 Q.  Okay.  And are you presently working on a Ph.D.?

1   A.   Yes, I am.

2   Q.   And in what area are you working on a Ph.D. in?

3   A.   Globalization in Arab intellectuals.

4   Q.   Where are you working on the Ph.D., what university?

5   A.   Cambridge University.

6   Q.   Now, other than Arabic and English, do you speak any other

7   languages?

8   A.   I speak basic French and Hebrew.

9   Q.   Okay.  Presently what position do you hold in London?

10   A.   In Cambridge, I am the director of something called

11   Cambridge Arab Media Project, which is affiliated to Cambridge

12   University.

13   Q.   Okay.  Can you tell the ladies and gentlemen of the jury

14   what the Cambridge -- Cambridge Area Media Project?

15   A.   Cambridge Arab.

16   Q.   Cambridge Arab Media Project, which is CAMP, spells CAMP.

17   A.   Yes.

18   Q.   Can you tell the ladies and gentlemen of the jury what

19   kind of work the Cambridge Area Media Project does?

20   A.   Yes, this is research project that deals with the impact

21   of Arab media and mainly satellite media on Arab communities

22   within the Arab countries and beyond.

23        So basically we -- we conduct research, we hold

24   conferences, workshops and seminars, and myself I oversee the

25   whole, if you like, operation of this project.

1   Q.  So do you have a title as part of the Cambridge Arab Media

2   Project?

3   A.  Well, I am the director.

4   Q.  You're the director.

5           Okay.  And how long have you held the position of

6   director of the Cambridge area -- Arab Media Project?

7   A.  Since 2002.

8   Q.  And you said it's affiliated with The Centre at Cambridge

9   correct?

10  A.  Yes, correct.

11  Q.  What is the name of The Centre?

12  A.  Center for Middle Eastern and Islamic Studies.

13  Q.  And that is a part of the Cambridge University?

14  A.  Yes, it is.

15  Q.  Okay.

16  A.  It's part of the oriental faculty.

17  Q.  Okay.  And prior to your work as the director of the

18  Cambridge Arab Media Project, were you also -- did you have a

19  position as a professor at Cambridge University?

20  A.  Yeah.  That was between the year 2000 and 2002.

21  Q.  Okay.  And what areas did you teach in?

22  A.  I was a scholar at The Centre, which is The Centre for

23  Middle Eastern and Islamic studies, and basically dealing with

24  media issues.

25  Q.  Okay.  In addition to your work as the director of the

1    Cambridge Arab Media Project, are you also a regular

2    broadcaster and presenter on radio?

3    A.   On TV.

4    Q.   Oh, on TV.  Okay, sorry.  And what TV station do you

5    present on?

6    A.   Al-Jazeera TV.

7    Q.   And can you explain to the ladies and gentlemen of the

8    jury what Al-Jazeera TV is?

9    A.   Al-Jazeera TV is an Arab media outlet that broadcasts from

10   the Middle East in Arabic and lately in English, focusing on

11   Middle Eastern affairs and world affairs.  It's the most

12   watched TV maybe in the world on the Middle East.  It has a

13   huge impact, and it's not only a news channel, it has a

14   variety of TV material, including fashion, sports and book

15   review, which is my program.

16   Q.   So your program is -- deals with what exactly?

17   A.   My program deals with reviewing newly published books,

18   discussing the new ideas and hosting intellectuals, writers

19   and reviewers.

20   Q.   Now, why is it -- is it important as part of Arab studies

21   to deal with media and media contacts?

22   A.   For me, yes, it's -- it's very important because we have

23   this new phenomenon that is transborder broadcasting, and this

24   impacts our communities and culture, politics, different

25   interactions.

1  Q.  Okay.  In addition to your work on the television show and

2  as the head of the Cambridge Area Media Project, are you

3  involved in any other programs or projects?

4  A.  Well, on different capacities as a member of different

5  boards of different things, yes.

6  Q.  Okay.  Can you tell the ladies and gentlemen of the jury

7  what boards you're presently a member of?

8  A.  Well, I just came back from the Netherlands where I am on

9  the board of something called the Prince Claus Fund Library,

10  which is an organization that deals with population, new books

11  and projects on culture and development of third world

12  countries, so I'm on the board, and we approve new titles and

13  the new ideas.

14          I am on the board of something called -- newly

15  established thing called Arab Booker Prize, which is an annual

16  prize to be given to Arab literature and books.

17          I am on the board -- used to be on the board of Arab

18  Human -- Human Rights Organization in London.

19  Q.  Okay.  Have you consulted and advised governments about

20  the situation in the Palestinian territories and

21  Israeli-Palestinian conflict?

22  A.  Yes, I did.

23  Q.  And what governments have you advised and consulted with?

24  A.  The government of United Kingdom.

25  Q.  England, right?

1  A.  England, yeah.

2  Q.  Yeah.  And in what context did you advise and consult with

3  them?

4  A.  In the context of Arab-Israeli conflict and mainly the

5  Palestinian affairs and the peace process pertaining to

6  Hamas's position.

7  Q.  Okay.  Any other government have you consulted with or

8  advised?

9  A.  Well, I provided some advice to the Irish ambassador to

10  the Palestinian Authority as well.

11  Q.  Now, have you written any books, sir?

12  A.  Yes, I did.

13  Q.  Can you tell the ladies and gentlemen if you've written

14  any books about Hamas?

15  A.  Yes.  I wrote three books on Hamas, one in Arabic and two

16  in English.

17  Q.  Okay.  Can you tell us the title of the book that you

18  wrote in English on Hamas?

19  A.  The first one was in the year 2000 under the title *Hamas:*

20  *Political Thought and Practice.*

21  Q.  I'm going to show you --

22       MR. DEUTSCH:  Can I approach the witness?

23       THE COURT:  You may.

24  BY MR. DEUTSCH:

25  Q.  I'm going to show you a hard or a soft-bound copy.  Is

 1    that the book that you wrote?

 2    A.  Yeah, this is my book.

 3    Q.  Okay.  And in addition to that, have you written any other

 4    books in English on Hamas?

 5    A.  Yes.  I wrote another book in this year, 2006, under the

 6    title *Hamas:  A Beginner's Guide*.

 7    Q.  And I'm going to show you a copy.  Is that your book,

 8    *Hamas:  A Beginner's Guide*?

 9    A.  Yeah, this is my book.

10            THE COURT:  What's the title, Mr. Deutsch?

11            MR. DEUTSCH:  *Hamas:  A Beginner's Guide*.

12            THE COURT:  Thank you.

13    BY MR. DEUTSCH:

14    Q.  Have you written any other books other than -- in English

15    other than these two that I've shown you?

16    A.  No.

17    Q.  Okay.  Have you written articles that have been published

18    about the Middle East, the Palestinian-Israeli conflict?

19    A.  Yes, many.

20    Q.  Approximately how many articles have you written?

21    A.  Maybe around 15 or something.

22    Q.  Okay.  And have you also appeared and lectured at

23    conferences about the Israeli-Palestinian conflict?

24    A.  Yes, I do, so many times.

25    Q.  You said you were on the board of the -- at one point the

1    Arab Organization For Human Rights.  What was the work of that

2    organization?

3    A.  Well, this is an NGO basically based in Cairo, Egypt, and

4    it has so many branches around the Arab world and beyond,

5    focusing on human rights, either violations or the advocating

6    of the culture of human rights.

7    Q.  When you say NGO, what does that mean?

8    A.  That's non-government organization.

9    Q.  Okay.  So these are organizations that are not part of

10   governments that deal with issues that concern human rights?

11   A.  Correct.

12   Q.  Have you also been an advisor to any movies about the

13   Middle East?

14   A.  Yes, I have been.

15   Q.  And can you tell the ladies and gentlemen of the jury what

16   movies that you've been advised -- you have advised on?

17   A.  I have been the culture advisor of the Flight 93.

18   Q.  That's a Hollywood movie?

19   A.  Yeah, Hollywood movie.

20   Q.  Okay.  And you -- you were advisor to the director of that

21   movie?

22   A.  To the main producer.

23   Q.  Okay.  And any other movies or documentaries that you

24   worked on?

25   A.  Yes, with some U.K. TV documentaries.

1  Q.  Okay.  And what was the subject matter of the documentary?

2  A.  Well, for example, one was on why -- why the Arabs hate

3  the West, and it was produced in Cairo.  I was the main

4  producer, the main presenter.

5  Q.  Okay.  In your work, have you met with and interviewed

6  Israeli peace activists?

7  A.  Yes, I did.

8  Q.  And was that part of the research and work that you do?

9  A.  Yes, it was.

10  Q.  Okay.  Have you also had specialized training by the

11  United Nations in human rights?

12  A.  Yes, I did.

13  Q.  And what kind of training did that consist of?

14  A.  That consisted of the humanitarian -- the international

15  humanitarian rights, humanitarian -- humanitarian intervention

16  and the civilian -- civilian intervention as well, civilian

17  officer with the peace-keeping forces in Italy.

18  Q.  Now, did you also have occasion to work around issues of

19  development in human rights in Africa?

20  A.  Yes, I have.

21  Q.  And where in Africa --

22        MR. FERGUSON:  Excuse me.  I'm going to object only

23  because this is way beyond the scope of what this witness is

24  being proffered for.

25        MR. DEUTSCH:  Judge --

 1            THE COURT:  How does this go -- I assume you're still

 2    laying your foundation?

 3            MR. DEUTSCH:  Yeah, it goes to who he is and his

 4    expertise, and he knows about human rights.  He worked in

 5    Africa around human rights, and I'm almost done with it.

 6            THE COURT:  Okay.  I will allow you -- your objection

 7    is overruled.  I will allow you to go into this as to his

 8    background, but obviously not into any findings in this area.

 9            MR. DEUTSCH:  No, of course not.

10            THE COURT:  You may answer the the question.

11    BY THE WITNESS:

12    A.  Okay.  Well, I worked in West Africa in areas such as

13    Mauritania, Senegal and Mali.

14            MR. DEUTSCH:  Judge, I would tender Mr. Hroub,

15    Professor Hroub as an expert.  I don't know if the

16    government --

17            THE COURT:  Is there any objection?

18            MR. FERGUSON:  The government would like to voir

19    dire, Judge.

20            THE COURT:  You may.

21            MR. FERGUSON:  And can we have a clarification based

22    on the voir dire that's been conducted to this point exactly

23    what the witness is being proffered as an expert on?

24            MR. DEUTSCH:  Judge, they know very well what the

25    witness has been offered for.  It's been clear in written

1  pleadings, et cetera, and if you want to go to side bar, I

2  will tell the Court.  I don't see what -- why this prosecutor

3  is asking that question now.

4          THE COURT:  Mr. Deutsch, I assume you're offering him

5  consistent with the Court's rulings in what was addressed when

6  we had a lengthy hearing on this.

7          MR. DEUTSCH:  Absolutely, Judge.

8          THE COURT:  All right.  You're aware of the scope

9  then.

10          You may voir dire, go ahead.

11                      VOIR DIRE EXAMINATION

12  BY MR. FERGUSON:

13  Q.  Good morning, Mr. Hroub.

14  A.  Good morning.

15  Q.  My name is Joe Ferguson.  I'm one of the prosecutors for

16  the government.  Welcome to the United States.

17          Have -- has any of your research been conducted on

18  the presence of Hamas or the support structure of Hamas

19  operating in Britain or the United States?

20  A.  Not entirely.

21  Q.  And what have you reviewed here for your testimony?

22          MR. DEUTSCH:  Judge, I object to that.  That

23  doesn't -- that's not a proper question.  That's

24  cross-examination.

25          THE COURT:  How does that go to his qualifications as

1    an expert?

2          MR. FERGUSON:  I'll move on right now.

3    BY MR. FERGUSON:

4    Q.  Your principal employment in recent years has been in the

5    context of working for Al-Jazeera, is that right?

6    A.  Yes.  Well, partly.  I mean I have to help with Al-Jazeera

7    and Cambridge.

8    Q.  Al-Jazeera and Cambridge, that's fine.  But you conduct a

9    book-reviewing show?

10   A.  Yes, I do.

11   Q.  And a lot of your work actually concerns media relations

12   in the Arab world, is that right?

13   A.  Partly, yes.

14   Q.  And the articles that you publish on Arab affairs and the

15   Palestinian-Israeli conflict, are those published in English

16   languages as well as Arab languages?

17   A.  In both languages.

18   Q.  In both languages.

19          Have you ever heard of the Palestinian Return Centre

20   in London?

21   A.  Yes, I do.

22   Q.  And that was an organization that was founded in the mid

23   1990s, is that right?

24   A.  I think so.

25          MR. DEUTSCH:  Judge, again, I don't get this.

1         THE COURT:  Where are you going?

2         MR. DEUTSCH:  If he wants to cross -- sorry.

3         THE COURT:  Where are you going in terms of

4    qualifications?  This is not cross-examination.  I allowed you

5    to voir dire him as to his being tendered as an expert.  I'm

6    not sure where you're going with it.

7         MR. FERGUSON:  This is part of his background, Judge.

8         THE COURT:  Okay.  I will give you some leeway, but

9    realize this is not for general cross-examination.  You'll

10   have your opportunity to do that.

11        Go ahead.

12   BY MR. FERGUSON:

13   Q.  And you were the director of that organization, is that

14   right?

15   A.  Of what?

16   Q.  The Palestinian Return Centre?

17   A.  No, I am not.

18   Q.  Have you been associated with that organization -- were

19   you the director of the Palestinian Return organization?

20   A.  Yes, I was in '94.

21   Q.  And are you currently associated with that organization?

22   A.  No, I am not.

23   Q.  And at the time that you were associated with it, what

24   position did you hold?

25   A.  I was the director.

1   Q.  You were the director.

2          Is there any reason why you didn't include that

3   particular employment on the curriculum vitae or resume that

4   was provided in association with your testimony here today?

5   A.  Because it was very short.  It was three, three-and-a-half

6   months.

7   Q.  But isn't it the case, sir, that you also provided

8   information going back further than 1994 on your C.V. and

9   resume that was tendered here for your -- for your

10  participation as a witness in this case?

11  A.  Well, I mean I am not hiding that but because it was very

12  short, I did so many other short -- short-term jobs.  I didn't

13  include them in my C.V.

14  Q.  A great deal of your expertise that you've developed on

15  Hamas over the years, has that included personal contacts that

16  you've had with leaders of Hamas over the years?

17  A.  Yeah, I had interviews with them and interviewed them for

18  my books and research.

19  Q.  And that would include Mousa Abu Marzook?

20  A.  Yes, it did.

21  Q.  And other leaders of Hamas?

22  A.  Yeah, many of them.

23  Q.  In developing your expertise on Hamas and the

24  Palestinian-Israeli conflict, have you interviewed leaders of

25  the Israeli government?

Hroub - voir dire by Ferguson

1    A.   No, I didn't.

2    Q.   How about Israeli law enforcement?

3    A.   My research was basically on Hamas's political thought and

4    practice, which is something to do with the internal thinking

5    of Hamas.  So it wasn't in the context of Hamas, Hamas --

6    Hamas and Israel fighting each other or the perception of the

7    Israeli officials of Hamas.

8         So my -- my focus was on the internal thinking and

9    ideology of Hamas and because of that, there was no need for

10   me either to interview Israeli or even Arab officials

11   regarding Hamas.

12   Q.   And where you are not -- in developing your expertise and

13   in writing, where you're not able to directly interview a

14   leader of Hamas, do you rely upon interviews that are

15   published from other leading Hamas figures?

16        MR. DEUTSCH:  Judge, this -- I object.  This is going

17   way too far here.  They put on a Mr. Levitt, and we know what

18   his testimony was about.  He didn't speak Arabic, he didn't --

19   he hadn't been to the occupied territories until 1997.  We

20   didn't stand up and voir dire him.

21        If they want to bring these matters out, they should

22   do it on cross-examination.

23        THE COURT:  Where are you going with this in terms of

24   qualifications?

25        MR. FERGUSON:  Judge, first of all --

1        THE COURT:  We don't need to revisit Dr. Levitt.

2   We've been there, moved on.

3        MR. FERGUSON:  Thank you.  I want to understand

4   exactly what the underlying sources of material and the

5   information that this witness relies upon that informs his

6   particular expertise for his qualifications to testify here.

7        MR. DEUTSCH:  Judge, he's written two books on Hamas,

8   he has two master's degrees on the Middle East, he taught at

9   Cambridge University.  There's no mystery here about what his

10  qualifications are.  They've been presented to you.  You have

11  agreed that he can testify as an expert, so I don't know what

12  Mr. Ferguson is doing here, but it's wasting everybody's time,

13  in my opinion.

14       THE COURT:  Mr. Ferguson, I will give you some leeway

15  here in terms of testing the underlying bases, but remember,

16  this is not general cross-examination.

17  BY MR. FERGUSON:

18  Q.  Have you published articles or pieces regarding Hamas in

19  publications that are based in the United States?

20  A.  Yes, I did.

21  Q.  You've published pieces regarding Hamas in a journal

22  called the Middle East Affairs Journal, is that correct?

23  A.  That was once, yes, but mostly in the Journal of Palestine

24  Studies.

25  Q.  And the Middle East Affairs Journal is a publication

 1  that's put out by the United Association of Studies and

 2  Research run by or previously run by Ahmed Yousef Saleh, is

 3  that correct?

 4          MR. DEUTSCH:  See this is -- I'd like to have a side

 5  bar, Judge.

 6          THE COURT:  Yeah, let's have a side bar.

 7     (Proceedings heard at side bar:)

 8          MR. DEUTSCH:  Judge --

 9          THE COURT:  Wait.  Where are you going with this,

10  Mr. Ferguson?  You are dipping over into general

11  cross-examination areas, which I will certainly give you the

12  opportunity to do.

13          MR. FERGUSON:  Judge, the offering of this witness is

14  on the basis of a C.V. that is largely front-loaded to current

15  matters concerning media affairs, very little discussion about

16  actually what informs his Hamas expertise, where he relies --

17  what he relies upon for it, where he has published with

18  respect to his Hamas expertise, the relationships that he has

19  that would reflect any particular viewpoints to raise a

20  question as to whether he truly is an independent and unbiased

21  scholar on the matters that he's about to testify.

22          THE COURT:  Independent and unbiased goes to general

23  cross-examination, and you're free to have at it with him on

24  that if you'd like.

25          MR. FERGUSON:  Okay.

 1          THE COURT:  You may go to the underlying sources to

 2   the extent that you were attempting to show that he's not

 3   qualified in a particular area, but you're going beyond that.

 4          MR. FERGUSON:  Okay.

 5          THE COURT:  Mr. Spielfogel, did you want to say

 6   something?

 7          MR. SPIELFOGEL:  No, Judge.  Just exactly what you

 8   just said.

 9          MR. DEUTSCH:  I definitely want to say something.  We

10   sat here for two months and listened to the government put on

11   their case.  Now every witness that we want to put on, they

12   have a problem with.  They want to stop.  They want motion --

13   they're filing motions in limine at the last minute.  On

14   Mr. Ginbar, I got a motion on Friday.

15          I can't believe that the Court's going to allow these

16   type of tactics.  He's written two books on Hamas.  He has two

17   master's degrees.  He works at Cambridge.  They can go into

18   anything they want on cross-examination, but to go and try and

19   bring up this stuff under the guise of voir dire when we

20   didn't even voir dire any of their experts, their so-called

21   experts.

22          THE COURT:  The government's entitled to voir dire or

23   to object where they see appropriate.  I've sustained your

24   objection.  I think so far I've let in every witness almost

25   that you've wanted to with the exception of two experts, but

1    they're entitled to raise these objections where they think

2    appropriate.

3         But, Mr. Ferguson, let me remind you again that the

4    purpose of this is voir dire, to challenge his being offered

5    as an expert, not general cross-examination.  So if he asks

6    inappropriate questions again, just stand up and object.

7      (Proceedings heard in open court:)

8         THE COURT:  You may proceed.  Ask your next question.

9    BY MR. FERGUSON:

10   Q.  With respect to sources that you rely upon, you've

11   indicated that it includes interviews with leaders of Hamas

12   over the years, is that right?

13   A.  Yes.

14   Q.  Okay.  And where you are unable to speak or get

15   information directly from leaders of Hamas, do you rely upon

16   original materials that come from Hamas?

17   A.  I rely on the statements, documents, communique coming

18   from Hamas, and these are the very original documents in

19   Arabic, and I think so many other books on Hamas, they don't

20   have the same material that I included in my books.

21   Q.  Okay.  And just so I'm clear as to the scope of the sorts

22   of things that you would rely upon, they would include

23   declarations that are issued by Hamas or organizations of

24   Hamas, do you rely upon those in your work?

25   A.  Yes, I do.

1  Q.  Okay.  And the charter of Hamas, would you rely upon that

2  in your work?

3  A.  Well, partly only.

4  Q.  All right.  And as for additional information on Hamas's

5  perspectives on issues, do you rely upon published media

6  reports containing quotes from leaders of Hamas?

7  A.  Well, yes, I do, as a secondary source.

8  Q.  As a secondary source.

9       So interviews that are conducted in major media

10  outlets, would that be fair that you would rely upon those?

11  A.  Yes, as I said, yeah, as a secondary source.

12  Q.  Okay.  And would that be both English language major media

13  publications -- would that include English language major

14  media publications?

15  A.  Well, mostly Arabic because I trust -- there wouldn't be

16  any -- any problems in translation.

17  Q.  All right.  For instance, Al-Hayat, which is an Arab-based

18  daily out of London, would that be an example of one that you

19  would rely upon for interviews with Hamas leaders?

20  A.  Well, it depends on the interview actually.  If I am

21  suspicious of certain piece of information, I would make

22  direct contact with the spokesman of Hamas to doublecheck the

23  information.

24  Q.  Okay.  So when you see something of interest, you would

25  follow up with a call to the Hamas spokesperson itself so that

1   you can assess as to whether it's truly reliable?

2   A.   Yes, I don't take it on face value.

3   Q.   Have you testified in the United States before?

4   A.   No, not before.

5   Q.   Have you been qualified as an expert in any testimony or

6   court anywhere?

7   A.   In the U.K., yes.

8   Q.   How many times?

9   A.   Twice.

10  Q.   All right.   On matters concerning Hamas specifically?

11  A.   Yes.

12        MR. FERGUSON:  No further questions, Judge.

13        THE COURT:  Okay.  I will accept him --

14        MR. DEUTSCH:  Does the government have an objection

15  to Mr. Hroub as an expert?

16        MR. FERGUSON:  We don't, Judge.

17        MR. DEUTSCH:  Oh, big surprise.

18        THE COURT:  Mr. Deutsch, save your commentary.

19  Continue with your examination.

20        MR. DEUTSCH:  Thank you, Judge.  Thank you.

21              DIRECT EXAMINATION (RESUMED)

22  BY MR. DEUTSCH:

23  Q.   Now, I want to direct your attention to 1987.  At that

24  particular time, how -- for how many years had Gaza and the

25  West Bank and East Jerusalem been occupied by Israel?

1   A.  By then, they have been occupied for 20 years.

2   Q.  Okay.  And as a result of that occupation, were there

3   humanitarian problems, suffering of the people in those areas?

4   A.  Yes, of course.  In all aspects.

5   Q.  I'm going to ask you a few questions about that.

6          Was there a problem with freedom of movement in the

7   occupied territories?

8   A.  Yes, of course.  You had to have permission to move from

9   one place to another place.  You have to have permission to

10  move from the West Bank to Gaza Strip, from Jerusalem to the

11  West Bank.  So there was all sorts of permissions that you

12  have to obtain before moving.

13  Q.  And where do you -- where would you obtain the permission

14  to travel from one town to the other?

15  A.  Well, in every single town, you have military -- an

16  Israeli military office, which is basically the ruling body of

17  that town or city.

18  Q.  And so you would have to request the right to travel from

19  one town to another from the Israeli military official in that

20  town, is that right?

21  A.  Yes, mostly.

22          MR. FERGUSON:  I'm going to object to leading.

23          THE COURT:  Sustained.

24  BY MR. DEUTSCH:

25  Q.  Was there a problem with poverty and hunger in the

 1   occupied territories in that period of time?

 2   A.  Yes, of course.  In those years, the Israeli policy was

 3   designed in a way to try to drive as many Palestinians from

 4   the West Bank and the Gaza Strip so that to empty the

 5   territories from the new generation, so that would facilitate

 6   the mission of the occupation, and one of the main measures

 7   was to make the life of the Palestinians as hard as possible.

 8   Q.  And were there settlements built in the occupied

 9   territories which were made up of Israeli settlers?

10   A.  Yes, there were, of course.  Basically everywhere in the

11   West Bank and in the Gaza Strip.  In the Gaza Strip, for

12   example, 7 or 8,000 Israeli settlers occupied more than

13   40 percent of the Gaza Strip area.

14   Q.  And did these settlers have special treatment in relation

15   to the Palestinians?

16   A.  Of course.  They have had all the privileges.  Basically

17   you have two communities in the West Bank and the Gaza Strip,

18   the Palestinian community, second-class citizens, and then you

19   have the settlers who have all the privileges of free movement

20   and employment, everything basically and even armed, so they

21   can -- they can harass Palestinians and move them from their

22   places.

23   Q.  And was there a problem with the distribution of water in

24   terms of between the settlers and the Palestinians living

25   under occupation?

1  A.  Yeah.  The design of the settlements in the West Bank and

2  the Gaza Strip was meant to occupy the strategic locations of

3  the West Bank so that they can control water sources and they

4  can control entry points and exits of different geographical

5  areas.

6       So in this case, you will have -- you will have the

7  Palestinian communities segregated as in Bantu stands.  Then

8  you have the settlers basically controlling the main roads and

9  the water sources.

10  Q.  Were the Palestinians allowed to travel on the roads that

11  were provided for the settlers?

12  A.  It's very complicated system actually.  You have

13  different -- different kind of -- of roads.  Some of them were

14  specifically designated for the settlers so that Palestinians

15  they can't go down those roads, and then you have other roads

16  where Palestinians can go -- go through.  Other roads

17  Palestinians and settlers can use.

18  Q.  Now we're talking about settlers and settlements.  Can you

19  tell us -- tell the ladies and gentlemen of the jury what is a

20  settler?  What are the settlements?

21  A.  Well, when -- when Israel occupied the Palestinian

22  territories back in 1967, they started the policy of

23  settlement, that is, bringing new settlers either from Israel

24  proper or from beyond, from America, from different places,

25  and to settle them in the West Bank and Gaza Strip so that

 1   they have pockets, pure Israeli pockets within the Palestinian

 2   communities.

 3          And these pockets, they will start expand until they

 4   have more Palestinian land into them, and as I said, basically

 5   the main idea was to have strategic locations within the

 6   Palestinian geography to control the movement of the

 7   Palestinians.

 8   Q.  And the settlers are what -- they're not Palestinian,

 9   correct?

10   A.  They are Israelis, of course.

11   Q.  Or Jewish people from other places that come and become

12   settlers, right?

13   A.  Yes, they are.

14   Q.  And, in fact, can any Jewish person go to Israel and

15   become a citizen?

16   A.  Yes.  There is a local law of return where any Jewish

17   person from anywhere in the world can go and become an Israeli

18   citizen and settle in the West Bank.

19   Q.  And what about Palestinians who are living abroad, can

20   they come and return to their land or even to the occupied

21   territories?

22   A.  No, they don't have the right to -- I don't myself have

23   the right to go back to Bethlehem and settle there.

24   Q.  So you cannot -- you cannot return to your homeland.

25   A.  I can't.  If you are a Jew, you can.

1    Q.  Now, are the Palestinians who are living in the occupied

2    territories allowed to develop trade relations with their

3    neighbors, with Egypt or Jordan or other countries?

4    A.  They can to a limited extent, and only under the control

5    and the close supervision of the Israelis.

6            So basically anything that goes out of the West Bank

7    or comes in should be monitored and controlled by the

8    Israelis.

9    Q.  So they need certain permission to conduct trade with

10   other countries?

11   A.  Certain permissions actually, and they have to -- they

12   have to pay taxes, they have to go through high level measures

13   to conduct any trade with the outside world.

14           MR. FERGUSON:  I think we started out with 1967 to

15   '87, but I'm unclear as to whether these questions are

16   specific to that time frame.

17           THE COURT:  Clarify the time frame.

18   BY MR. DEUTSCH:

19   Q.  Yeah, we're talking about 1987.  In 1987, there was an

20   uprising called the Intifada, correct?

21   A.  Yes, correct.

22   Q.  And I just want to set the stage of the conditions that

23   immediately preceded the Intifada, okay?

24   A.  All these conditions, all these conditions were mainly

25   pushing people to not only to frustration and despair, but

1    driving them to take extreme measures, and the Intifada was

2    the culmination or the outcome of all the accumulation of

3    different kind of frustrations.

4    Q.  Okay.  I'm going to get to that point, but I want to just

5    ask you a few more questions about the conditions that

6    existed.

7         Were the conditions of -- were there -- strike that.

8         Were there numerous refugee camps in the occupied

9    territories in 1987?

10   A.  Yes, of course, yeah.

11   Q.  And what percentage of the people lived in refugee camps?

12   A.  I have no exact figure in my mind right away, but I would

13   say maybe one-fourth of the Palestinians.

14   Q.  And were the conditions of the people in refugee camps

15   harsher than those that lived outside the camps?

16        MR. FERGUSON:  Objection, leading.

17        THE COURT:  Overruled.  You can answer that.

18   BY THE WITNESS:

19   A.  Yeah, the conditions of life in these refugee camps simply

20   were unbearable in all terms.  When it comes to living,

21   housing, you will have a huge family of eight or ten persons

22   living in one room or two rooms maximum.  You have -- you

23   don't have clean water.  You don't have any sound education.

24   You would have maybe 60 or 70 students go to one little

25   scruffy class.  So in all terms of living, Palestinians have

1    been suffering the extreme conditions.

2         THE COURT:  Let's take our morning break.  We'll pick

3    up around 11:00.

4      (Jury exits courtroom.)

5         THE COURT:  Counsel, I received a note from the jury,

6    and, Professor, I'll direct this to you as well.

7         "Can you please ask the witness to speak in the

8    microphone and slow down a little bit.  Half the jury can't

9    hear or understand."

10        So if you would, please, sir, we've got all the time

11   you need so no need to rush your testimony.  Think about

12   slowing down a little bit and speak in the microphone.

13        Please be back here, Professor, a little bit before

14   11:00.

15        For the lawyers -- you may step down, sir -- a couple

16   of things.  I issued a ruling if you're on your web, Theresa

17   should have entered it by now -- you're free to step down if

18   you want.  You can sit if you want, or you can step down if

19   you want -- with respect to the State Department documents.  I

20   have granted the motion in part and denied it in part and

21   given you further direction on what you need to do.

22        The 7th Circuit law is clear, and it's from the case I

23   cited to you yesterday, the other day when we raised this,

24   *Arroyo*, A-R-R-O-Y-O, that the statements are not admissions of

25   a party opponent.  However, I do believe these documents fall

1   within 803(8), the public records exception to the hearsay

2   rule, which would make portions of them admissible.

3          The State Department documents contain multiple

4   levels of hearsay and under -- there's no exception I could

5   see that would allow Mr. Salah's statements to be admitted

6   through those.  Those clearly need to be redacted.

7          There are also some relevancy issues.  I have

8   directed you -- I am not going to go through the stack of

9   documents, nor do I think it is my job, and redact what I

10  think should be redacted in the first instance because they

11  were provided to me unredacted.  I am directing you to get

12  together and see if you can agree with the guidance -- I've

13  issued a page-and-a-half opinion -- with the guidance that I

14  have given you on what is appropriately admitted.

15         Only then, and I've given you until noon on

16  Wednesday, I will take up your objections then after you have

17  made a good-faith attempt to see what can or should be

18  admitted.

19         So your motion -- the government's motion in limine

20  was granted in part and denied in part.  The documents do fall

21  within the 803(8) exception with the caveats that I have given

22  in my ruling.  That was the first issue.

23         The CIA letter I'll take up at some point today.

24         The Mr. Piers issue, Mr. Deutsch, are you going to be

25  prepared to address that at the end of the day?

1            MR. DEUTSCH:  Yes.

2            THE COURT:  I will take that up at the end of the

3    day.

4            Also, on the request to modify Mr. Salah's conditions

5    of his bond to allow him to travel to Michigan for this

6    seminar, I've consulted with Pretrial Services, and I am

7    denying your request to modify the conditions of his bond.

8            I will see you at 11:00.

9      (Recess from 10:50 to 11:00 a.m.)

10           THE COURT:  Would you bring in the jury, please?

11     (Jury enters courtroom.)

12           THE COURT:  You may be seated.

13   BY MR. DEUTSCH:

14   Q.  When we broke, we were talking some about the settlements,

15   the influx of foreigners into the Palestinian lands.

16           Does the influx of settlements affect the land that's

17   available to the Palestinian people to live on?

18   A.  Yes, of course.  It does gravely.  When it started back in

19   1967, you will have only few hundred Israelis moving to the

20   West Bank, and by the year of 1987 when the Intifada erupted,

21   you would have almost 100,000 settlers.

22           So basically these -- these people have expanded all

23   over the place surrounding Israel -- Palestinian towns and

24   cities in very segregated manner, and eventually nowadays,

25   they occupy more than 40 percent of the land of the West Bank.

1  Q.  So 40 percent of the West Bank land is occupied by outside

2  settlers, is that right?

3  A.  That's right, more or less.

4  Q.  And are these settlers allowed to carry arms, weapons?

5  A.  Yes.  They are allowed to carry weapons.

6  Q.  Are the Palestinian people allowed to carry weapons?

7  A.  Of course not.

8  Q.  Do -- if a Palestinian person wants to build a house on

9  their land or expand a house on their land, can they do that

10  without special permission?

11  A.  Of course not.  They have to have special permission, and

12  it depends -- it depends on -- on the area because in certain

13  town, in certain cities and areas that the Israelis designated

14  as sensitive or with military use, you can't even build

15  anything there even with permission.

16  Q.  So there's certain areas that it's prohibited from

17  building houses for Palestinians?

18  A.  Yes, true.

19  Q.  And in other areas, you need permission to build a house

20  or expand your house.

21  A.  And in third areas you are not allowed even with or

22  without permission, specifically in East Jerusalem you are not

23  allowed to expand your house because the policy is to minimize

24  the number of the Palestinians in East Jerusalem.

25           So with limiting the housing, this means any new

1  Palestinians, they have to move outside of the city.

2  Q.  Now, East Jerusalem prior to 1967 was Palestinian land,

3  correct?

4  A.  Yes, it was.

5  Q.  And then after '67, it was occupied, right?

6  A.  Right.

7  Q.  So if you want to build a house on your land in East

8  Jerusalem, it's not allowed if you're Palestinian.

9  A.  You can't do that.

10  Q.  Can the Israelis build in Jerusalem on their land?

11  A.  Yes, they can.

12  Q.  Now, the permits that you need in the areas that you can

13  build, who provides the permission to allow you to build?

14  A.  The military.

15        MR. FERGUSON:  Judge, I'm going to object to

16  relevance.

17        THE COURT:  Overruled.  You can answer.

18  BY THE WITNESS:

19  A.  The military establishment basically.

20  BY MR. DEUTSCH:

21  Q.  And when you say the military establishment, are you

22  referring to which government's?

23  A.  The Israeli government.

24  Q.  And the permit process, can you go and to the

25  permitting -- military permitting place and within a day get a

1   permit to build a house or to expand your house?

2   A.  That's a dream.  Of course not.  The process could take

3   ages.  It could take years and eventually could be simply

4   refused.

5   Q.  So if they refuse you after a period of time and they

6   refuse you the right to build a house or expand your house, do

7   you have any recourse to go somewhere else to get permission?

8   A.  Basically no because this is martial law.  It's not

9   civilian law.  You can't take your case to another court, then

10  another court.  So basically this is the final decision.

11  Q.  And what about educational opportunities.  If you live in

12  Gaza and you want to attend the university in the West Bank,

13  are you able to travel from your home in Gaza to go to college

14  or go to the university in the West Bank?

15  A.  Most of the time, no, you can't.  So this is why so many

16  students, they would spend, say, ten years to get their first

17  degree, which in normal time takes three or four years because

18  of the curfews, because of the checkpoints, because of so many

19  Israeli measures.

20  Q.  When you say checkpoints, can you explain to the ladies

21  and gentlemen of the jury what an internal checkpoint is?

22          If you want to go from Gaza to Hebron to see your

23  family that lives in Hebron, what impediments, if any, are

24  there?

25  A.  Well, a checkpoint means that the Israeli military would

1  erect a military checkpoint in several places, mainly at the

2  entry points and the exit points from cities, towns and

3  villages and refugee camps for security considerations, and if

4  you want to move from one place to another place, you have to

5  cross this checkpoint.

6       Now, these checkpoints have been there since the

7  occupation, but when -- in tense times when things get really

8  worse, these checkpoints got just only double, maybe treble.

9  So if you want to go to a distance one kilometer, you might go

10 through three or four checkpoints, which means a distance that

11 normally takes you five or ten minutes could take you two,

12 three, four hours and maybe by the end of the day, you go back

13 home and you cancel your trip.

14 Q.  Now -- so, for example, if you wanted to go from Gaza to

15 Hebron without checkpoints, how long would that take?

16 A.  Well, you -- you chose the hardest example actually

17 because moving within the Gaza Strip used to be very

18 difficult.  The Gaza Strip, within the Gaza Strip, you have so

19 many checkpoints.

20      Now, the Gaza Strip is completely different area from

21 the West Bank.  If you want to move from the Gaza Strip to the

22 West Bank, this is another suffering actually.  So you have to

23 move out of the Gaza Strip, then to move to Hebron, this might

24 take you the whole day.

25 Q.  And if there were no checkpoints, how far is it from Gaza

 1    to Hebron?

 2    A.  One hour, hour and a half maximum.

 3    Q.  Are there long lines of people waiting to get past those

 4    checkpoints?

 5    A.  Yes.  I mean this is normal -- the normal daily suffering

 6    of the Palestinian -- Palestinians is to have most of their

 7    days just waiting and waiting and waiting at the checkpoints.

 8         And as I said in so many times, they just go back

 9    home without reaching their destination or just canceling

10    their journey.

11    Q.  Now, in East Jerusalem, there is a major hospital that

12    treats Palestinians, correct?

13    A.  Correct.

14    Q.  What's the name of that hospital?

15    A.  Al-Makised.

16    Q.  Could you spell it for the court reporter?

17    A.  Al-Makised, A-L - M-A-K-I-S-E-D.

18    Q.  Is there a major hospital of that magnitude in the West

19    Bank or Gaza?

20    A.  In Gaza, there is a Shefa Hospital.

21    Q.  Okay.  If somebody has a medical emergency in the West

22    Bank and needs to go to the hospital in East Jerusalem, do

23    they still have to go through a checkpoint?

24    A.  Yes, of course.

25    Q.  And are they delayed even in an emergency from going from

 1    their home to the hospital in East Jerusalem?

 2    A.   The military guys at the checkpoints simply don't -- don't

 3    bother.   In so many cases, death is -- and even pregnant women

 4    deliver babies at the checkpoints.

 5         So this is normal and there are no exception -- they

 6    are not exceptional cases.   You might have somebody with heart

 7    surgery, very urgent, but they would be left at the checkpoint

 8    without being allowed to get in.

 9    Q.   Are there cases of people who have died waiting to get

10    through a checkpoint to get to a hospital?

11    A.   Yes.   There have been cases where people died at the

12    checkpoints.

13    Q.   Now, is there freedom of the press?   In 1987, could

14    Palestinians publish their own paper and freely say whatever

15    they wanted?

16         MR. FERGUSON:   Objection, relevance.

17         THE COURT:   Sustained.

18    BY MR. DEUTSCH:

19    Q.   What about arrests?   Did the Israelis have the authority

20    to make arrests in the occupied territories?

21    A.   The Israelis have full control and full authority to

22    arrest whoever without any court permission.

23    Q.   And do they have the right to detain people for long

24    periods of time without bringing them to court?

25         MR. FERGUSON:   Objection.

 1    (Judge sneezes.)

 2            MR. DEUTSCH:  Bless you.

 3            MR. FERGUSON:  Relevance; beyond the scope of this

 4   witness's expertise.

 5            THE COURT:  Sustained on the expertise unless you lay

 6   a foundation.

 7   BY MR. DEUTSCH:

 8   Q.  As part of your research and writing, have you studied the

 9   use of arrests and detention by the Israeli military?

10   A.  Yes, I did.  Sometimes it take two, three-month -- they

11   have the right to detain --

12            MR. FERGUSON:  I object.  The foundation still has

13   not been laid, and this is beyond the scope of what he has

14   been tendered for.

15            THE COURT:  Mr. Deutsch, I don't believe --

16            MR. DEUTSCH:  Judge -- well, I'll lay the foundation,

17   but it certainly goes to the daily life of people.  If their

18   husbands are arrested, the families suffer as a result of that

19   and so --

20            THE COURT:  See if you can lay a foundation and, in

21   particular, the time period.

22            MR. DEUTSCH:  Okay.

23   BY MR. DEUTSCH:

24   Q.  I'm going to look at 1987 to 1992, '93.

25            Did you study the power and execution of arrest

1  authority by the Israeli military in the occupied territories?

2  A.  Yes, I did.

3  Q.  And can you tell us what you -- what you studied and how

4  you studied it?

5  A.  Well, I studied if somebody is suspected of doing

6  something in the eyes of the Israeli military, they would go

7  and detain him, interrogate him for two, three months.  They

8  have the right to detain him or her for two, three months

9  without any conviction, without leveling any charges against

10  him or her.

11       So they have the right to have them for 60 to

12  90 days.

13  Q.  And is there -- '87 to '93, was there a pattern of

14  brutality by the military against Palestinian citizens?

15  A.  Of course.  These years, the years of the Intifada and the

16  brutality of the occupation --

17       MR. FERGUSON:  Objection, he's gone beyond.  It was a

18  yes or no question, and I do not see the relevance or the fact

19  that this witness has been tendered as an expert on Hamas with

20  very little beyond that.

21       THE COURT:  Yes.  Sustained as to the relevance of

22  the last question and this witness's expertise.

23  BY MR. DEUTSCH:

24  Q.  Can you tell the jury what the Intifada was and when --

25  first, when did it begin and what was -- what caused it to

1    happen, if you know?

2    A.   It began in 1987 and basically, as I was describing, it

3    was the culmination of all the frustrations and Israeli

4    measures against the Palestinians.

5         The Palestinians reached a point where there was no

6    hope.  All the peace initiatives, all the peace talks failed.

7    They did not bring to the Palestinians any window for future

8    or hope.

9         So they thought that there was no way before them but

10   to resist the occupation in a popular uprising.  Intifada

11   means popular uprising.  People go in the streets and they

12   protest and they throw rocks and things against the military

13   occupation.

14   Q.   And you said that it was a culmination of the frustrations

15   that had built up after 20 years of occupation, and you've

16   talked a little bit about those different conditions, but what

17   were those frustrations that really caused that Intifada?

18   A.   The frustrations that I mentioned include the lack of

19   employment, the lack of health care, the lack of decent

20   education, the daily humiliation of the occupation.  If you

21   want to move from one place to another place, then you have

22   to -- you have to face countless and numerous measures.

23        So the daily kind of suffering and humiliation within

24   the Palestinian community led them to one single choice, that

25   resisting the occupation nonviolently to start with.

1    Q.  Now, you said it was nonviolent grass roots uprising.

2         Was it organized by any political group?

3    A.  Initially, it wasn't.  It was spontaneous.  People just in

4    reaction of immediate incident where a settler basically

5    killed six Palestinians.  He drove his truck over them

6    basically, and he killed six Palestinians.

7         So that was the spark of the Intifada, the immediate

8    cause; but the root causes of the Intifada for me is the

9    culmination of long period of frustration.

10   Q.  Now, from -- the Intifada went on between '87 and '93, is

11   that fair to say?

12   A.  Yeah, it's fair to say.

13   Q.  And as a result of the Intifada, were the conditions that

14   the Palestinians living in -- did they worsen?

15   A.  They worsened big deal.

16   Q.  And how so?

17   A.  Because as we have been talking, the conditions have been

18   already very bad during the occupation between '96 and --

19   between -- sorry -- '67 and '87.

20        Now, because of the Intifada, the Israelis doubled

21   all the military measures to curb the Palestinians, to curb

22   their movement, to limit their access to every single I would

23   say decent aspect of life.  The schools basically shut down

24   for so many months.  There was I think two, three academic

25   years at the educational level either in schooling or at the

1 | university level.

2 |       The rate of unemployment reached high peaks.  I think

3 | it reached at one point 30 to 40 percent of the Palestinians

4 | during the Intifada were out of work.

5 | Q.  Let me stop you right there.  You're saying the rate of

6 | unemployment reached 30 to 40 percent.  Is that a result of --

7 | what caused that unemployment to rise during the Intifada?

8 | A.  Well, basically, the Israeli army is all over the place,

9 | so you can't do business.  You can't go to work.  You can't --

10 | you can't practice your daily normal life, which was already

11 | very difficult even before the Intifada.

12 |       So having the military army just in your street

13 | everywhere, you can't go to work.  And on the top of that,

14 | many Palestinians used to go to Israel to work, and that was

15 | an Israeli policy so that to absorb the Palestinian force work

16 | to have them in Israel because they used to be very cheap

17 | labor so, in a way, helping the Israeli economy.

18 |       Now, because of the Intifada, even this kind of

19 | window for Palestinian employment was blocked.  So tens of

20 | thousands of Palestinians were kept home in the West Bank and

21 | Gaza Strip without any means of living to feed their families.

22 | Q.  So the people who were working in Israel doing the

23 | low-paying jobs could not get -- they wouldn't allow them to

24 | go into Israel through the checkpoint, is that right?

25 | A.  Correct.

1   Q.  And were there also curfews instituted during the

2   Intifada?

3   A.  That was very long period of curfew basically for I think

4   four or five years by -- by I think it starts at 6:00 p.m.,

5   then overnight.  So you have -- this is the daily routine.  So

6   by 6:00 p.m., nobody in the street.

7           On the top of that, you have temporary curfews that

8   would -- that would prohibit you from even going in the street

9   for certain hours in the daytime.  So it depends.  You have

10  very long curfew, the daily one, the overnight one.  Then now

11  and then, they will introduce short-term ones.

12  Q.  And as a result of the Intifada, were there an increased

13  number of people, men particularly, who were arrested?

14  A.  Oh, yes, of course.  I can't remember the figure, but one

15  statistics mentioned that the number of the Palestinians who

16  have been jailed either for months or years starting from the

17  occupation would amount to one -- one-fourth or one-third of

18  the entire Palestinian population.

19          So from '67 basically, one out of every four

20  Palestinians has been to jail.

21  Q.  So, for example, in 1992, beginning in 1993 as a result of

22  the Intifada, was the humanitarian suffering of the

23  Palestinian people increased?

24  A.  It increased, yes, dramatically.

25  Q.  And was there a greater need for humanitarian aid coming

1   from outside the occupied territories in that period?

2   A.  Yes, there was immense need for help from outside.

3   Q.  And were there calls made to Palestinian communities in

4   diaspora, in other places, in the United States, in the United

5   Kingdom, to help people who were suffering under the Intifada?

6   A.  Yes, that was the first address, where the Palestinians in

7   the West Bank and the Gaza Strip went to their Palestinian

8   families and relatives abroad.

9   Q.  And were there also efforts to work with the mosques in

10  the diaspora, in the United States, United Kingdom to help

11  raise money and bring money to the people who were suffering

12  in the Intifada?

13  A.  Yes.  During those years, so many charities, so many

14  associations have been set up to help the Palestinians.

15          I would say in every single country, where you have a

16  handful of Palestinians, you will end up with local

17  organization trying to -- to make fund raising for their

18  Palestinian brothers in the West Bank and Gaza Strip.

19  Q.  And there had been some testimony here that there were

20  actually Palestinian banks in the occupied territories in

21  1992.  Is that true?

22  A.  Well, it depends.  I don't know what do you mean by

23  Palestinian banks.  If you mean Palestinian banks, fully

24  fledged bank controlled internally by the Palestinians with

25  Palestinian assets and things, I would doubt that.

1          But if you say, yes, some quasi-bank, some sort of

2     banking system, yes, there was such a system.

3     Q.  Well, there's a system whereby people operate as money

4     changers, right?  They get -- they get -- they have people

5     they work with in the United States, for example, who have

6     accounts, and then money is put in an account and then someone

7     in the West Bank can pay somebody based on the money in their

8     account, right?  Kind of an informal banking.

9     A.  Yes --

10          THE COURT:  Wait.  Sir, when there's an objection,

11     you have to let me rule before you answer.

12          THE WITNESS:  Sorry.

13          MR. FERGUSON:  Fantastically leading and compound.

14     Objection.

15          THE COURT:  Objection to form sustained.

16     BY MR. DEUTSCH:

17     Q.  Was there some kind of informal banking system whereby

18     money was able to be transferred from the United States, for

19     example, or the United Kingdom to the people in the occupied

20     territories?

21     A.  More or less, there was.

22     Q.  Okay.  Now, what was the year that the organization that

23     we know as Hamas emerged?

24     A.  In December '87.

25     Q.  Okay.  So that was shortly after the beginning of the

1    Intifada, is that right?

2    A.  Yes, that's right.

3    Q.  Okay.  And prior to that, were there the elements that

4    ultimately became Hamas involved in serving the needs of the

5    people in the occupied territories?

6    A.  Yes.  Prior to the establishment of Hamas, there used to

7    be in the West Bank and Gaza Strip something called the Muslim

8    Brotherhood, the Palestinian Muslim Brotherhood.

9         And this is an organization that was established back

10   in 1946, two years before the establishment of Israel, and it

11   kept up and running until '87 when they decided to transform

12   themselves into the new movement that is Hamas.

13   Q.  Was the Muslim Brotherhood and other similar Islamic

14   forces involved in serving the needs of the people in this

15   period prior to the creation of Hamas?

16   A.  This organization and the organizations similar to it were

17   basically the backbone of the Palestinian society during the

18   Israeli occupation.

19   Q.  You say the backbone of this.  Can you explain?

20   A.  I mean -- I mean these organizations provided the

21   Palestinian people with all kinds of help under the occupation

22   without which so many people would doubt maybe the very

23   survival of the Palestinians because you don't have government

24   that have -- that used to provide services to the population.

25        So in terms of health, education, social work, all

1    areas basically, you have the NGOs, the non-governmental

2    organizations, the Palestinian organizations serving the

3    Palestinian people in all aspects of life.

4    Q.  So just to get a little more detail, were there schools

5    set up by the Muslim community in the occupied territories?

6    A.  Yes.  It start from building schools to orphanages to

7    sport clubs, running -- you just name it.  Any kind of social

8    work, you will find Muslim organization trying to help people

9    in -- in surviving, even in the judiciary system, if you like,

10   because the Israeli legal system wasn't covering the

11   Palestinian community.

12        So the Palestinians, they used to have local, if you

13   like, and popular judiciary system where you have some -- some

14   respected figures within the community who would be given the

15   status as a judge.  So if you have a dispute with somebody,

16   you will go to this figure, and they will resolve the

17   conflict.

18        So the population were functioning in an autonomous

19   way, more or less.

20   Q.  And were there also places where people who didn't have

21   enough food to eat for their families, were there

22   organizations that provided soup kitchens or food for them?

23   A.  Yes.  That was one of the main sectors for service were

24   these organizations tried on a monthly basis to provide

25   financial help.  So they would have lists of poor families,

1  and these lists will receive, say, monthly salary, quote

2  unquote, so that to help them survive that month.

3  Q.  It was kind of like some kind of alternative or

4  non-governmental welfare program for the people who couldn't

5  afford to feed their families?

6  A.  Yes, that was the case.

7  Q.  Now, the Muslim Brotherhood, were they involved in any

8  type of violent activity in this period of time?

9  A.  Until '87, no, they weren't involved in any type of

10  violent activity.

11  Q.  Were they calling for any type of violence against the

12  State of Israel in their programs or in their service to the

13  community?

14  A.  Their program was exclusively social, and they avoided any

15  confrontation with Israel.

16  Q.  At the time that Hamas was created, what was the

17  principles or ethics of the Intifada in terms of using

18  violence?

19  A.  In the very beginning in '87 until maybe '83, '84, the

20  main policy of the Intifada --

21  Q.  You said '83, '84.  '87 to --

22  A.  To '93, sorry.

23  Q.  Okay.

24  A.  '93, '94, the policy of Hamas and other Palestinian

25  factions was only to employ nonviolent means in the uprising.

1           The strategy was using nonviolent means will be more

2    effective against the Israeli military occupation because this

3    will bring world support to the Palestinian cause.  So

4    deliberately they avoided any violent practice.

5    Q.  Now, there's been a lot of testimony by an expert that the

6    government called about the Hamas charter.

7           And was the Hamas charter some kind of pragmatic

8    document that was followed by Hamas subsequent to its release?

9    A.  Well, for me as an expert on Hamas, and I studied the

10   movement for 16 years or more, I think this is, ironically,

11   the most insignificant document in Hamas's literature.

12          Hamas issued the charter back in 1988, few months

13   after its establishment.  But during my research and the study

14   of Hamas, I found out that this is the least -- the least

15   document quoted by Hamas's figure.  Hamas did not follow what

16   is in the charter.  They issued many documents after the

17   charter that have now very -- that have now far more

18   significance in Hamas's practice and implementation of

19   policies.

20   Q.  Who wrote the Hamas charter, if you know?

21   A.  Well, when you go back, we are talking about the year

22   1988, so everybody under siege basically.  The Gaza Strip is

23   cut off from the West Bank.  Even within the Gaza Strip,

24   people were facing extreme difficulties to move from one

25   refugee camp to another refugee camp.

1           So under these conditions, the charter was written by

2    one single Hamas leader who was basically a traditional figure

3    of the Muslim Brotherhood, with the Muslim Brotherhood

4    mentality and tradition.  So this charter basically -- this is

5    is why I keep saying this is a very insignificant document in

6    Hamas's literature, was written by one single man without

7    consultation, not only with Hamas's people in the West Bank

8    but even with Hamas's people in the Gaza Strip itself.

9    Q.  So was there any process by which this document was

10   distributed to other people who were in Hamas for comment and

11   criticism and some kind of amendment process?

12   A.  No.  It was the first and the final draft, ironically

13   speaking, so it was written in its very first form, then

14   disseminated within the occupied territories and beyond as the

15   final charter of Hamas.

16   Q.  I want to ask you some questions about what's in the

17   charter as opposed to what has been pronounced by Hamas

18   leaders subsequent and the actual practice of Hamas.

19           First of all, there's numerous references to Jews in

20   the charter.  Has that kind of anti-Jewish theme been

21   clarified in subsequent pronouncements by Hamas?

22   A.  Well, first of all, this is one of the prevailing

23   misconceptions about how Palestinians and even Arabs perceive

24   Jews in the region because if you go to any Palestinian town,

25   city or refugee camp, people, my aunt, my uncle, they would

1    say, oh, the Jews did this or that.  They mean -- they mean

2    the Israeli army.

3           So they use the term Jew and Israeli interchangeably

4    without any differentiation.  When they say a Jewish soldier

5    does this or that, they mean the Israeli soldier.  There is no

6    heavy loaded religious connotation in their mentality when

7    they refer to a certain person as a Jew.

8           Now, when it comes to Hamas in the very beginning,

9    yes, they used the language that is prevailing in the street

10   without any attention, say, care given to the distinction

11   between being a Jew or Israeli.

12          In later stages of Hamas, though, this distinction

13   has been brought to the forefront and in Hamas's later

14   document, not very late in 1992, they issued very famous

15   document saying that our struggle is against the Zionists and

16   the Israelis and not against the Jews.  That was blunt and

17   clear.

18          And since then, the language and discourse of Hamas

19   became obviously differentiating between the Jews and the

20   Israelis, saying that we are against the Israeli occupation,

21   and it has nothing to do with Judaism as a religion.

22   Q.  In your book, *Hamas:  A Beginner's Guide* at page 34, you

23   quote a Hamas document published in 1990.  I'm going to --

24          MR. DEUTSCH:  May I approach?

25          THE COURT:  You may.

1    BY MR. DEUTSCH:

2    Q.  I'm going to show you that and ask you whether that's

3    consistent with what Hamas has said relative to the Jewish

4    people and the Jewish religion?

5    A.  Yes.  This one is consistent with Hamas's thinking and

6    practice.

7    Q.  Can you read that, sir?

8    A.  Yeah, it says, "The non-Zionist Jew is one who belongs to

9    the Jewish culture whether as a believer in the Jewish faith

10   or simply by accident of birth but who takes no part in

11   aggressive actions against our land and our nation.  Hamas

12   will not adopt hostile position in the practice against anyone

13   because of his ideas or his creed but will adopt such a

14   position if those ideas and creed are translated into hostile

15   or damaging actions against our people."

16   Q.  Thank you.

17          What about Hamas's relationship to Palestinian

18   Christians?  What kind of relationship do they have in

19   practice in relation to Palestinian Christians?

20   A.  Well, right from the beginning, and actually even before

21   the establishment of Hamas, the Muslim -- the Palestinian

22   Muslim Brotherhood, which is the mother organization of Hamas,

23   used to have a friendly relationship with the Palestinian

24   Christians.

25          Now, Hamas itself, it is stipulated a document upon

1    which it formulates its perception and view and relationship

2    with Palestinian Christians saying they are our brothers and

3    they have basically the same and equal rights and the duties

4    regarding the Palestine issue, and we don't differentiate

5    against them on any religious basis.  Hamas's doors as

6    organization is open to any Palestinian Christian if they're

7    willing to belong to Hamas.

8            In many cases throughout Hamas's lifetime,

9    Palestinian Christians supported Hamas.  Even in the latest

10   elections in Bethlehem, my city, some Christians voted for

11   Hamas, voted for the political side of Hamas, not for the

12   religious side of Hamas.  People in Palestine differentiate

13   between two sides of Hamas, the Hamas, the nationalist

14   movement and Hamas the religious movement.

15           Christians -- some Christians, they support the

16   political side of Hamas and they vote for it.  One of I would

17   say maybe -- one of the most respected Christian figures in

18   Palestine, I think, Archbishop Attalla Hanna, he once said we

19   are all Hamas, supporting Hamas against Israeli arrests and

20   things.

21           So when it comes to their relationship with the

22   Palestinian Christians, it's a clear-cut case.  There is no

23   ambiguity.

24   Q.  And Christians are welcome in Hamas, they can join Hamas?

25   A.  In principle, yes, they can join Hamas.

1   Q.  And what about the Greek Orthodox Church?  Has Hamas

2   condemned actions by the Israelis against the Greek Orthodox

3   Church?

4   A.  Yes, Hamas adopted --

5            MR. FERGUSON:  Objection, relevance.

6            THE COURT:  Sustained.

7   BY MR. DEUTSCH:

8   Q.  Now, the charter also seems to suggest that Hamas wants

9   all the land of the Palestinian mandate, correct?  That was

10  originally Palestine before the partition.

11  A.  Correct, correct.

12  Q.  And that's mentioned in the charter several times, right?

13  A.  Correct.

14  Q.  Has Hamas's practice since that charter was released shown

15  some different views as to that issue?

16  A.  Yes, it did.  In my view, Hamas -- Hamas has -- as any

17  political party, Hamas has two discourses.  One is full of

18  rhetoric, mobilizing discourse for the people to say we want

19  to do this, we want -- this is our ultimate dream, and you

20  have to support us because we will liberate the entire of

21  Palestine.  This is on the one hand.

22            On the second hand, you have the political pragmatic

23  side of Hamas, which is the daily functioning of the movement.

24  And when I studied Hamas, I keep -- I keep comparing this to

25  driving forces within the movement.  And you can see them not

1   only in Hamas, in any other Palestinian or even maybe movement

2   all over the globe.

3           So the charter is full of rhetoric.  They will do

4   this and that they want to liberate the entire of Palestine.

5           Ironically speaking though, in the very same year of

6   the publication of the charter, that's 1988, very senior Hamas

7   leader, Mahmoud Zahar, who is now the foreign minister of the

8   Hamas government, in 1988, the same year of the publication of

9   the charter, he met Shimon Perez in Gaza Strip.

10  Q.   Shimon Perez --

11  A.   Shimon Perez at that time he was the interior minister,

12  the Israeli interior minister, and he proposed to him a

13  solution.  It has been known now as the Zahar solution.

14  Q.   Zahar solution?

15  A.   Zahar solution for the conflict between Israel and

16  Palestine.  Now, that solution was based on four points.  All

17  of them, the four points, confirm two-state solution saying

18  that we want -- we want you to withdraw from the West Bank and

19  the Gaza Strip.

20          We want you, Israel, to withdraw from the Gaza Strip

21  and the West Bank, to respect our freedom, to respect our

22  independence.  So the premise of the solution was anchored on

23  two-state solution.

24          That was in the very same year of the publication of

25  the charter.  This is why we have to keep in mind two

 1  discourses of Hamas, the rhetorical one, to mobilize the

 2  masses and to convince them that Hamas will do this and that

 3  and to have more votes, and the pragmatic political Hamas.

 4  Q.  Now, after the Zahar proposal in 1988 -- first of all, was

 5  there any positive response by the Israelis to the Zahar

 6  proposal?

 7  A.  No, there wasn't.

 8  Q.  Subsequent to that, has there been other offers of interim

 9  peace by Hamas leaders?

10  A.  Yes.  In so many cases, Sheikh Ahmed Yassin, who is the

11  spiritual leader of Hamas, the main figure of Hamas and the

12  founder of Hamas, he offered back in 1993 more or less a

13  similar proposal focusing on the Palestinian state in the

14  West Bank and the Gaza Strip, and when he was asked what about

15  recognizing Israel, he answered, well, when they recognize us,

16  we will do the same.

17        So, again, that was -- that shows the pragmatic and

18  political outlook of Hamas.  And in the year 1994, as I

19  recall, the political bureau of Hamas, they issued an

20  initiative called the political initiative.  Again, the

21  initiative included, I think, three or four points more or

22  less repeating Al-Zahar's solution focusing on two-state

23  solution.  All these proposals and after that were met by

24  rejection on the side of Israel.

25  Q.  I'm going to show you --

Hroub - direct by Deutsch

1          MR. DEUTSCH: May I approach, Judge?

2          THE COURT:  You may.

3     BY MR. DEUTSCH:

4     Q.  I'm going to show you what I've identified as Hroub No. 1,

5     and ask you if you recognize this document?

6          THE COURT:  Have you shown it to Mr. Ferguson?

7          MR. DEUTSCH:  I gave one to --

8          MR. FERGUSON:  Yes, Judge.

9          THE COURT:  Okay.

10         MR. FERGUSON:  Ferguson.

11         MR. DEUTSCH:  -- Ferguson.  Thank you.

12    BY THE WITNESS:

13    A.  Yes, I do.

14    BY MR. DEUTSCH:

15    Q.  And, in fact, that document is an appendix to your book

16    *Hamas:  Politics in Thought and Practice,* right?

17    A.  Correct.

18    Q.  And that statement was translated by you from the Arabic,

19    correct?

20    A.  Correct.

21    Q.  And you -- how did you receive the Arabic document?

22    A.  Well, this document was publicly disseminated at that

23    time, and it was made public by Hamas to Israel, to the

24    Arabians, to the Americans, to everybody, and I managed to --

25    it was very easy job.  It wasn't big deal actually.

1          MR. DEUTSCH:  Judge, I would move that document into

2     evidence.

3          THE COURT:  Is there an objection?

4          MR. FERGUSON:  For the truth of the matters asserted,

5     yes.  I don't think a sufficient foundation has been laid for

6     it as the basis for this individual's views, I suppose, but I

7     don't think a proper foundation has been laid as to this being

8     an actual Hamas document issued from Hamas figures.

9          It is -- I think it's being authenticated only on the

10    basis of the fact it appeared in his book and he translated

11    it.

12         THE COURT:  What are you offering it for?

13         MR. DEUTSCH:  I'm offering it to show several things.

14         THE COURT:  Are you offering it for the truth of the

15    matter?

16         MR. DEUTSCH:  Well, I'm offering it to show what he

17    bases his opinions on about Hamas's offer for interim peace,

18    and later on I'm going to offer it to show that Hamas didn't

19    commit any suicide bombings until April of '94, and this is a

20    communique that --

21         THE COURT:  That is truth of the matter, the second

22    part.

23         MR. FERGUSON:  And as this was applied on the front

24    end, Judge, these sorts of documents were for demonstrative

25    purposes only and weren't admitted because they were hearsay

1   and because they could not be fully authenticated, and I think

2   the same thing should apply here.

3         THE COURT:  Objection sustained.  If you think you

4   can lay a foundation, go ahead.

5         MR. DEUTSCH:  Okay.  Maybe I can lay a better

6   foundation for it.

7   BY MR. DEUTSCH:

8   Q.  The fax that you received -- you received this in Arabic

9   by fax, right?

10  A.  Yes, I did.

11  Q.  And when you received it, were you able to know -- notice

12  the phone number that it was faxed from?  Did you look at

13  that?

14  A.  Yes.  I mean these statements by Hamas at that time, they

15  used to be faxed to so many writers, journalists, and the

16  newspapers, everywhere.  So that was one of the mechanisms of

17  Hamas to disseminate their literature.

18        My number, my fax number was on that list and

19  deliberately I keep insisting on -- on Hamas's people to send

20  me every single new document, and they do so.

21  Q.  Had you received other documents from the same fax number?

22  A.  Yes, I did.

23        MR. DEUTSCH:  Judge, I would offer it again.

24        MR. FERGUSON:  Judge, one, we don't have the

25  original.  I don't think a foundation still has been laid.

1          Second, the document is hearsay.  I think there has

2    been a methodology established for the utilization of

3    documents like this already, and to the extent it's going to

4    apply, it should apply consistently.

5          THE COURT:  Sustained on offering it for the truth of

6    the matter.

7          MR. DEUTSCH:  Okay.  I'll offer it for --

8          MR. MOFFITT:  May we approach your Honor, please?

9          THE COURT:  Sure.

10    (Proceedings heard at side bar:)

11          MR. MOFFITT:  The government has offered dozens of

12    documents allegedly sent to my client by Hamas by the exact

13    same methodology that this person is talking about.  They've

14    offered them for the truth of the matters asserted in the

15    documents.

16          What this man is saying is that Hamas has a practice

17    of sending out documents --

18          THE COURT:  I don't think they were offered for the

19    truth of the matter.  They were offered, and I gave an

20    instruction.

21          MR. MOFFITT:  They were not offered --

22          THE COURT:  You're shaking your head?

23          MR. SPIELFOGEL:  No, they were offered to show that

24    he had them.

25          THE COURT:  Exactly.  They were offered to show that

 1  they were in his possession.

 2          MR. MOFFITT:  Well, that was why I made the objection

 3  that possession --

 4          THE COURT:  Well, that's a separate issue.

 5          MR. MOFFITT:  But what I'm saying --

 6          THE COURT:  Let's get to this one.

 7          MR. MOFFITT:  The point I'm trying to make is that

 8  the government has suggested that possession of -- mere

 9  possession of documents that the government contends came from

10  Hamas means that they came from Hamas.  This is the exact same

11  contention.

12          THE COURT:  But Mr. Deutsch is offering it for the

13  truth of the matter.  I did not introduce or admit those for

14  the truth, and I specifically instructed the jury that they

15  were not being offered for the truth.

16          Mr. Deutsch?

17          MR. DEUTSCH:  Well, I'm a little confused on that

18  because I thought they were somehow statements in furtherance

19  of -- by co-conspirators in furtherance of the conspiracy, so

20  they were offered for the truth.

21          MR. FERGUSON:  That's correct.  Some were, yes.

22          MR. MOFFITT:  The government hasn't been clear which

23  ones have been offered for the truth and which ones haven't,

24  and that's the problem as I sit here.

25          If they are Hamas's statements and can be offered as

 1   co-conspirator statements, why can't Hamas's statements that

 2   this person has gleaned be offered as the same thing?

 3          THE COURT:  Well, they can't offer a co-conspirator

 4   statement through a co-conspirator.  That's hearsay.

 5          Mr. Ferguson, what did you want to add?

 6          MR. FERGUSON:  Judge, we have two different types of

 7   witnesses that are on the stand here, two different types of

 8   evidence altogether.

 9          This isn't a fact witness, first off.  His possession

10   of them is not at issue.  He's an expert witness.  If he

11   relied upon them, this is a basis for his opinion, but in the

12   context of the expert testimony put on by the government,

13   these very sorts of documents were objected for full admission

14   or even admission as evidence to be given to the jury to show

15   a basis for this individual.  They were only demonstratives.

16          THE COURT:  Right.  If you were to use it as a

17   demonstrative --

18          MR. DEUTSCH:  Okay.

19          THE COURT:  -- you can do that or offer it for some

20   purpose other than the truth.

21          MR. MOFFITT:  They offered the Hamas charter for the

22   truth of the assertion that it was, in fact, the Hamas

23   charter.  That's what Dr. Levitt said.  He was cross-examined

24   as to whether this one was one, was it the actual charter or

25   was it another, but it clearly was offered through Dr. Levitt,

1    their expert, for the truth of it being the Hamas charter.

2         MR. FERGUSON:  I think we're happy to admit their

3    version of the charter for the same purpose, but it was

4    admitted for the truth of the matter asserted.  There was a

5    foundation laid.

6         MR. SCHAR:  It's co-conspirator.

7         THE COURT:  If you think you can do more on

8    foundation, go ahead.  If you want to offer it for some

9    purpose other than truth of the matter, then make that

10   assertion.

11        MR. DEUTSCH:  Okay.

12     (Proceedings heard in open court:)

13   BY MR. DEUTSCH:

14   Q.  Do you have that document in front of you, or I didn't

15   give it to you?

16        THE COURT:  I think you gave it back.

17   BY MR. DEUTSCH:

18   Q.  Okay, here.  The document is entitled Important Statement

19   By the Political Bureau, correct?

20   A.  Correct.

21   Q.  Do you recall -- I know subsequent to this document

22   release, you actually interviewed Abu Marzook, correct, in

23   '95?

24   A.  Correct.

25   Q.  Did you talk to him about this document in your interview

1   or the subject matter of the document?

2   A.  Well, this is one of them -- the most talked about

3   subjects actually.  Whenever I meet Hamas's or interview

4   Hamas's senior figure, the main -- the main question is what

5   do you think about the two-state solution?  And he made it

6   clear that our position --

7            MR. FERGUSON:  Judge --

8            THE COURT:  One second.

9            MR. FERGUSON:  -- I'm going to object.  Right now

10   what's being offered is a co-conspirator statement in a

11   hearsay form for which there is no ability to

12   cross-examination -- cross-examine here.  It's inappropriate

13   altogether.

14           THE COURT:  Rephrase your question.

15   BY MR. DEUTSCH:

16   Q.  Okay.  Without getting into -- have other people who were

17   Hamas -- Hamas leaders that you've interviewed, without

18   getting into what they said, mentioned or talked about that

19   document?

20   A.  Yes.  I recall Muhammad Nazal, he used to be in those

21   years Hamas's spokesperson in Jordan.  I recall a number of

22   Hamas leaders in Lebanon, including -- including Abdel Aziz

23   Al-Rantisi back in -- no, that was before, sorry.  That was in

24   '92, but basically the same substance, the same two-state

25   solution concept.

1   Q.  Did the people that talked about that document acknowledge

2   that it was an official document of the Hamas organization?

3   A.  Oh, yes.  This is very clear cut.  This is indigenous

4   document very well known to everybody.  It's not secret

5   document.

6           MR. DEUTSCH:  Judge, I would offer it again for the

7   truth.

8           MR. FERGUSON:  I'd still object as to foundation

9   having been laid for this.  We haven't seen the original.

10  There has only been conclusions as to the nature of the

11  document and the basis of hearsay offered from other --

12  self-serving hearsay from other individuals who are part of

13  the conspiracy.  I do not think a foundation has been laid for

14  this expert to put in as a factual matter this particular

15  document for which the original has never been provided or

16  made available to anybody.

17          MS. THOMPSON:  Judge, I think that goes to weight.

18  That's the subject of cross-examination.  I think the document

19  has been authenticated by the witness.

20          MR. FERGUSON:  And the document itself, Judge, is

21  hearsay.

22          MR. MOFFITT:  It's no more hearsay than the charter.

23  Absolutely no more hearsay than the charter.

24          THE COURT:  Let me see the document.

25    (Tendered.)

1           MR. FERGUSON:  Judge, at bottom, if I may, what's

2    being proposed by the defense is to offer a co-conspirator

3    statement.

4           THE COURT:  Objection sustained for the truth of the

5    matter because the document is hearsay.

6           MR. DEUTSCH:  Okay.  You said I could use it for

7    demonstrative purposes.

8           THE COURT:  Yes.

9           MR. DEUTSCH:  Okay.  I'd like to turn on the ELMO.

10   BY MR. DEUTSCH:

11   Q.  Okay.  You have the document?

12          THE COURT:  I'm sorry.  I have it.

13   BY MR. DEUTSCH:

14   Q.  If you look at -- I'm going to actually -- the bottom of

15   the document indicates who is the group that authored it and

16   the date, is that right?

17   A.  Right.

18   Q.  Okay.  And a little further up, it indicates, it calls for

19   the correct beginning for peace rests on the following bases,

20   right?

21   A.  Right.

22   Q.  And it says, "The complete Zionist withdrawal from our

23   Palestinian land and the dismantling and elimination of its

24   settlements.  Conducting general and free elections in the

25   West Bank and Gaza to choose representatives and a leadership

1    for our people.  The elected leadership would be the ones to

2    articulate the hopes and goals of our people and to decide on

3    all succeeding steps, including the future of our cause."

4            Now, was that consistent with the idea that Hamas

5    sought to remove Israel from the map?

6    A.  It is not, of course.

7    Q.  Okay.  And is this one of the peace offers that was made

8    by Hamas in 1994?

9    A.  Yes, it was.

10   Q.  Okay.  I want to -- I want to go back to that document in

11   a moment because there's another important part of it, but I

12   want to ask you in 1995, April of 1995, you interviewed

13   Mr. Marzook, right?

14   A.  Right.

15   Q.  And how is it that you were able to find and talk to

16   Mr. Marzook?

17   A.  Well, it was easy.  Mr. Marzook at that time was public

18   figure as all other Hamas leaders, so you can -- you can go to

19   the region, to Jordan, to Syria, anywhere, and it's very easy

20   to get in touch with them.  I used to have their phone numbers

21   on my address book.  So I would phone them up and say, well, I

22   want to meet you on that day or this day.

23   Q.  And where did you actually interview Mr. Marzook?

24   A.  At Hamas offices in Jordan.

25   Q.  Okay.  Where in Jordan?

1   A.   Amman, the capital.

2   Q.   Okay.  And did they have public offices where you could go

3   and find people who were part of the political leadership?

4   A.   Yeah.  They used to have many offices.  You can go to the

5   office of Abu Marzook or the office of Muhammad Nazal, and

6   they were publicly known for journalists or researchers or

7   anybody and for the American ambassador in Amman as well.

8   Q.   And in your interview with Mr. Marzook, did he also

9   express a desire for some kind of interim peace resolution to

10  the Israeli-Palestinian conflict?

11  A.   Yes.  The whole talk was about the two-state solution.

12  Q.   And was he saying that he was willing to accept a

13  two-state solution?

14          MR. FERGUSON:  Objection, leading, and it's hearsay.

15          THE COURT:  Sustained.

16          MR. DEUTSCH:  Well, it's also -- it's his -- he's

17  giving an opinion that Hamas's policy is not to destroy the

18  State of Israel, and this is part of his opinion.  So --

19          THE COURT:  He, the expert, is giving an opinion?

20          MR. DEUTSCH:  Yes.

21          THE COURT:  Okay.

22          MR. FERGUSON:  I'm hearing --

23          MR. DEUTSCH:  This is the basis of his opinion, his

24  interviews with leaders of the organization, Marzook being one

25  of them.

1        THE COURT:  You are leading, first of all.

2        MR. FERGUSON:  I'm hearing Mr. Deutsch's opinions on

3   the subject of Mr. Marzook's words, not this witness's

4   opinion.

5        MR. DEUTSCH:  All right.  I'll rephrase.

6        THE COURT:  Sustained.

7        MR. DEUTSCH:  I'll rephrase.

8   BY MR. DEUTSCH:

9   Q.  What did Mr. Marzook express to you that forms the basis

10  of your opinion that Hamas's charter is not the policy and

11  practice that they followed in '92, '93, '94?

12       THE COURT:  Don't answer yet, Professor.

13       MR. FERGUSON:  Judge, it's still hearsay.

14       THE COURT:  Sustained.  You can -- sustained.  He can

15  rely on hearsay in giving his opinions, but you need to

16  establish that they are his opinions and what his opinions

17  are.

18  BY MR. DEUTSCH:

19  Q.  Okay.  Well, do you have an opinion whether or not in the

20  early '90s, let's say from '91 to '94, Hamas had a position, a

21  pragmatic position to wipe Israel off the face of the map?

22  A.  Well, my -- my record of Hamas's positions as put in my

23  books was that the pragmatic solution offered by Hamas was

24  consistent.  It was made public by Abu Marzook.  It was made

25  public by Muhammad Nazal.  It was made public by Sheikh Yassin

1   himself in the Gaza Strip, and this position goes against the

2   essence of the charter.

3        The charter of Hamas called for the liberation of the

4   entire of Palestine, whereas the statements, the official

5   statements of Hamas's senior leaders were going in a different

6   direction, acknowledging the two-state solution.

7   Q.  And they -- they -- Hamas in your research and study and

8   in your opinion has used the word armistice or hudna?

9   A.  Hudna, which means truce.

10  Q.  What does --

11  A.  Cease-fire.

12  Q.  What does hudna means in terms of Hamas's offers to

13  negotiate?

14  A.  Hamas offered hudna, which means cease-fire, long-term

15  cease-fire.  It might take ten or fifteen years' time.

16       This includes, of course, the establishment of

17  independent Palestinian state, and after the establishment of

18  this state side by side to Israel to cool down the situation,

19  Hamas offers the hudna concept, which is truce.

20       During this hudna, this truce, the thinking of Hamas

21  is as follows, as I have documented this and interviewed

22  Hamas's people.  They say over 10 or 15 or maybe 20 years of a

23  truce that both people will come up to new atmosphere within

24  which a new solution, new permanent and sustainable solution

25  will prevail because the conflict now makes everybody, the

1  whole situation is volatile.  We need a cooling-down period.

2  This cooling-down period is the truce.  So we need 15 years as

3  a truce.  A new generation will come in with new thinking,

4  with new equations and new offerings to the sustainable

5  solution.

6  Q.  And in terms of Hamas's view of democracy, have they

7  publicly stated that they're willing to have some kind of

8  referendum of the Palestinian people to decide the ultimate

9  resolution?

10 A.  The referendum idea in Hamas's thinking goes back to 1989

11 when Sheikh Yassin himself was interviewed several times, and

12 the difficult question was posed to him what if a Communist

13 Party in Palestine won the elections, would you accept that as

14 a religious organization?  He said publicly several times yes,

15 we would.  We will never, ever stand in the face of the

16 Palestinian will.  If that was the decision of the

17 Palestinians to be ruled by a Communist Party or any other

18 party, we will respect that wish.

19       Now, if -- if the Palestinians voted for a certain --

20 a certain kind of peaceful solution, we wouldn't even stand

21 against their will.  We will respect the Palestinian will,

22 whatever it comes.

23 Q.  So Hamas, based on your opinion, has expressed in their

24 policy statements a willingness to accept whatever solution

25 the Palestinian people decide.

1    A.  Yes, and this is part of this initiative and other

2    initiatives that we have to have a Palestinian referendum on

3    the major issues, and whatever the Palestinian people decide

4    on, Hamas will follow.

5    Q.  I wanted to ask you this other question, which is are

6    there like formal membership process to be in Hamas?  Is there

7    like an initiation process?

8    A.  Well, Hamas is -- is a mass movement.  I mean if you go to

9    the Palestinian street, so many people will say, well, I am

10   Hamas, I am Hamas member or I am Hamas supporter or I am

11   Hamas, period, which means -- leaves all options open

12   basically.

13          So people just support Hamas saying we support Hamas,

14   we are Hamas, I am Hamas.

15   Q.  Do you have to -- to be a supporter or say I'm Hamas, do

16   you have to sign an oath of allegiance to the Hamas charter?

17   A.  No, you don't have to, no.

18   Q.  Do you carry around a card that says you're a member of

19   Hamas?

20   A.  No, you don't.

21   Q.  Now, after Hamas emerged in 1987, did the programs that

22   you talked about, the Muslim Brotherhood programs, the social

23   services programs continue?

24   A.  Yes, they continued.

25   Q.  And did they develop further in terms of providing

1    services to the people?

2    A.  Yes, they did because of the Intifada, and the whole

3    situation got worse and so the needs became even more so the

4    social -- the social work of Hamas accordingly has increased.

5    Q.  And is there a name that's used to refer to the social

6    network of programs that Hamas affiliates provide?

7    A.  Well, different descriptions and names, there is no

8    specific one, but maybe all of them apply.

9    Q.  Well, what's -- what does Dawa mean?

10   A.  Dawa is a very general description that includes, yes, the

11   social work of Hamas, but also the preaching of the word of

12   God making -- disseminating, say, moral -- Islamic morals and

13   values and trying to convince people following the true path

14   of God, quote unquote.

15   Q.  And are the social programs supported financially from

16   Palestinians and others outside the occupied territories?

17   A.  Yes, they are, very much so.

18   Q.  And without that financial support, would those programs

19   be able to serve as many people as they do?

20   A.  No, of course not.

21   Q.  And are the social programs limited to people who support

22   Hamas?

23   A.  No, they are not because I mean even the social work of

24   Hamas and the organizations either run directly or indirectly

25   by Hamas or affiliated to Hamas or supportive of Hamas, you

1   wouldn't go and see there is a stigma or a label or a title

2   this is Hamas's organization.

3           Things are blurred and intermingled in a way that you

4   have a network of social work where Hamas supports this social

5   work.  Palestinians outside Palestine, they do donations and

6   funding these organizations without deliberate or without

7   clear-cut distinctions that saying this organization belongs

8   to Hamas or this organization does not.

9           So the boundaries are really blurred and even within

10  Hamas I think themselves, they wouldn't -- they would feel

11  it's really difficult to say X organization is completely

12  Hamas's affiliated organization, whereas Y organization is

13  completely not Hamas's affiliated organization.  So it's --

14  it's very gray area.

15  Q.  Now, in December of '92, there was a group of people

16  expelled from the occupied territories and sent to Lebanon,

17  correct?

18  A.  Correct.

19  Q.  And did this expulsion create hardship on the Hamas social

20  service programs?

21  A.  Temporarily, yes.

22  Q.  And was there a need to provide funds for the families of

23  the people who were expelled?

24  A.  Yes, of course, yeah.

25  Q.  Can you explain what happened in December of '92 in terms

1  of these expulsions or deportations?

2  A.  Upon -- upon -- upon the abduction of an Israeli soldier

3  at the time, Israel decided to expel more than 415

4  Palestinians, mostly affiliated to Hamas, and overnight they

5  expelled them to Lebanon, south Lebanon.

6        That was in December.  Of course, the weather was

7  horrible, and, of course, the conditions were very harsh, and

8  they stayed in that region, in that deserted region which was

9  no man's zone between the Israeli and the Lebanese border.  So

10  you have some area in between where neither the Lebanese nor

11  the Israelis have full control over it.  They stayed there

12  almost for one year.

13  Q.  Now, were there efforts based on your research and study

14  of efforts by the government of Israel to stop moneys coming

15  to support the social service programs that they claim were

16  affiliated with Hamas?

17  A.  Yes, all the time there have been Israeli attempts to

18  block the money coming from abroad to support the social

19  network either affiliated or close to Hamas.

20  Q.  Now, I want to direct your attention to affiliated with

21  Hamas a military division or wing.

22        Was there a military wing affiliated with Hamas?

23  A.  Not until late in '93 or something around that time, but

24  in the beginning, no.

25  Q.  And was this military -- did it have a name, the military

1    group?

2    A.   Yeah, now they used to have Izz ad-Din al-Qassam.

3    Q.   Please?

4    A.   Izz ad-Din al-Qassam Brigades.

5    Q.   And were they independent of the Dawa groupings, the

6    social service groupings?

7    A.   Oh, yes.

8    Q.   Were they directed by the social service groupings?

9    A.   No.  Hamas was -- was very clever in this area and very

10   strict as well in keeping clear division between any military

11   activity, even up until now, and any social work so that the

12   military activity would never affect their social network.

13   Q.   Now, there were prior to 1994, April of 1994, there were

14   military actions for which the Qassam Brigades took credit

15   for, right?

16   A.   Correct.

17   Q.   And what was the target or focus of those military

18   actions?

19   A.   Over the period between 1987 to '83 or '84.

20   Q.   You said '83.

21   A.   '94, '94, sorry.  The policy of Hamas and other

22   Palestinian factions was to focus on military targets, Israeli

23   soldiers, armed settlers and the like.  The policy was

24   deliberately to avoid any civilian target so that to amass as

25   much support to the Palestinian Intifada and the Palestinian

1    cause worldwide as possible.

2    Q.  So prior to April '94, there was a policy of the brigades

3    of Hamas not to attack unarmed civilians, is that right?

4    A.  Yes, that's right, and that's correct.

5    Q.  And actually that policy has been put in writing, hasn't

6    it?  You've seen it in writing?

7    A.  Yes, I've seen it, yeah.

8    Q.  Do you have the document in front of you, sir?

9    A.  Yes, on the screen.

10   Q.  Do you see in the middle of the page in the same political

11   document which is entitled, "Important Statement By the

12   Political Bureau," it states, "The authorized Hamas policy has

13   been that the Izz ad-Din al-Qassam Brigades target only

14   occupation troops, their equipment and the settlers in

15   particular because they are reservists in the enemy army.  The

16   Qassam Brigades have been careful within the limits of their

17   abilities to ensure that no civilians are harmed as a result

18   of military operations."

19          Was that their policy prior to April of '94?

20   A.  Yes, it was.

21   Q.  And, in fact, their policy somewhat changed in April

22   of '94, right?

23   A.  That's correct.

24   Q.  And, in fact, something happened in February of 1994 that

25   was the precipitating factor to change their policy, right?

1    A.   That's correct.

2    Q.   And what happened in February of 1994?

3    A.   February of '94 an Israeli settler, armed one, entered the

4    Ibrahim mosque in Hebron and opened -- opened fire on

5    Palestinian prayers, and he killed I think 24 Palestinians or

6    even more while they were praying; and as a result of that

7    attack, there was huge and intense uproar within the

8    Palestinian community and the calls for revenge were extremely

9    high, and Hamas vowed to -- to retaliate to that massacre, and

10   they did so by initiating the first suicide attack in Israel.

11   Q.   And in that initial suicide attack, it -- they said that

12   they targeted military troops, but innocent civilians were

13   also killed, right?

14   A.   Yes, they were.

15   Q.   And they referred to them as collateral damage, right?

16   A.   Yes, they were.

17   Q.   And did they also offer in that communique to stop that

18   policy in return for Israel stopping to attack Israeli --

19   Palestinian civilians?

20   A.   Initially, that was one of retaliation, and they said this

21   is eye for eye and we will stop this if the Israelis stop

22   killing Palestinian civilians.  So it was conditional.

23   Q.   And those April 1994 suicide attacks were referred to as

24   operations at Afula and Hadera, right?

25            THE COURT:  Mr. Deutsch, is that Hroub 1 that you

 1   have up there for the record?

 2         MR. DEUTSCH:  Yeah, I'm putting Hroub 1.

 3         THE COURT:  Okay.

 4   BY MR. DEUTSCH:

 5   Q.  "The latest operations at Afula and Hadera which targeted

 6   troops and settlers but did injure some civilians were for the

 7   purpose of deterring the barbaric Zionist aggression against

 8   our people.  They were also legitimate retaliation for the

 9   blood of martyrs in the criminal Hebron massacre."

10         They're referring to the killing of the people who

11   were praying in the mosque in Hebron, right?

12   A.  Correct.

13   Q.  And then it says, "Nonetheless, this is not the immutable

14   policy of the Qassam Brigades but an extraordinary policy

15   imposed on us by the government of the enemy.  Yet Hamas

16   stands ready to reconsider this extraordinary policy on

17   condition that the prime minister of the enemy, his

18   government, and his army pledge finally and irrevocably to

19   cease killing unarmed Palestinian civilians.  Our goal is to

20   guarantee the safety and security of our people by deterring

21   murderers aggressors so that our kin may not remain easy

22   targets for enemy soldiers and rabid hordes of settlers.

23   Hamas, of course, will continue its policy of resisting the

24   occupation as long as it oppresses our land."

25         Was this offered to stop targeting civilians

1    responded to favorably by the Israelis?

2    A.  No, it wasn't.

3    Q.  Did the Israelis continue to attack unarmed Palestinian

4    civilians and kill them?

5    A.  Yes, they continued.

6    Q.  Now, has -- based on your research -- Mr. Ferguson asked

7    you whether or not you ever interviewed any Israeli officials.

8         Based on your research and study, have leading

9    Israeli officials recognized the right of people to resist

10   occupation with force?

11   A.  Ironically, yes.  I quoted -- I quoted Ehud Barak, the

12   former Israeli prime minister, answering a question of a

13   journalist saying -- asking him what would you -- what would

14   you do if you were under occupation as in a similar case of

15   the Palestinians.  Then he laughed and said, of course, I

16   wouldn't be a teacher, implying that he will -- then he

17   continued.  I mean the journalist continued, and the Israeli

18   newspaper on the following day were angry at Barak because --

19         MR. FERGUSON:  Object at this point as, first of all,

20   this is a narrative that I don't think is responsive.  Second

21   of all, it's simply not relevant.

22         THE COURT:  Sustained on narrative grounds to the

23   last portion.  Ask your next question.

24   BY MR. DEUTSCH:

25   Q.  All right.  Are you familiar with General Shlomo Gazit,

1  G-A-Z-I-T, former chief of the Israeli military intelligence?

2  A.  Yes, I am.

3  Q.  And in your book you devoted him --

4        MR. FERGUSON:  Objection.  He's about to quote

5  somebody here.  It is not relevant.

6        MR. DEUTSCH:  Well, I'm asking him if he has an

7  opinion whether or not leading figures in the Israeli

8  government have recognized the right of Palestinians to resist

9  their occupation, and this is a general that basically has

10  said that.

11        MR. FERGUSON:  Judge, I just -- I do not see how it's

12  relevant unless Mr. Deutsch's -- I don't see the relevance of

13  it.

14        THE COURT:  Sustained on relevancy.

15  BY MR. DEUTSCH:

16  Q.  Now, based on your research, your study, your writing,

17  your expertise, has Hamas ever targeted Americans or American

18  interests?

19  A.  They never did.

20  Q.  Have Israeli's government targeted and killed leaders of

21  Hamas, political leaders?

22  A.  Oh, yes.  This is typical standard.

23  Q.  And can you name several that have been assassinated?

24  A.  Well, many of them actually.  Salah Shahada, Abdel Aziz

25  Al-Rantisi, Ahmed Yassin, Abu Shanab.  Most of Hamas's leaders

 1  were target at one time or another.

 2  Q.  And when you say targeted, they're killed without trial?

 3  A.  Of course.  Assassinated.

 4  Q.  Does your research also indicate and in your opinion have

 5  many of the brigades subsequent, Qassam Brigades act of

 6  violence into the late '90s and early 2000 been responsive to

 7  Israeli acts of violence against Palestinians?

 8          MR. FERGUSON:  Objection.

 9          THE WITNESS:  Yeah, most --

10          THE COURT:  Wait, one second.

11          MR. FERGUSON:  Object.  Objection.  Relevance.

12          THE COURT:  Sustained.

13  BY MR. DEUTSCH:

14  Q.  Okay.  I want to ask you about there's been a lot of

15  testimony here about the Oslo Accords.

16          MR. DEUTSCH:  Do you want to break now?

17          THE COURT:  It's up to you.  If you want to break and

18  pick up with the Oslo Accords after lunch or if you want to

19  keep going, and we'll break in a little bit.  Whenever you're

20  at a good breaking point.

21          MR. DEUTSCH:  Does the jury want a break?

22          Yeah.

23          THE COURT:  You want to break now, Mr. Deutsch?

24          MR. DEUTSCH:  Okay.  Take a break.

25          THE COURT:  Okay.  Meet back on the second floor at

Hroub - direct by Deutsch

88

1    25 to 2:00.

2      (Jury exits courtroom.)

3           THE COURT:  Professor, please make sure that you are

4    back here by 1:30, and we'll pick up with your testimony.

5           Counsel, before we break, two things.  Mr. Deutsch, I

6    will give you this back, the brochure, and I'm also going to

7    hand to each of you my order on the State Department

8    documents.  Apparently CM/ECF is down, so you won't be able to

9    get it off of there, but that will give you direction on what

10   you need to do.

11          Is there anything else you need me for before lunch?

12          MR. DEUTSCH:  No, Judge.

13          THE COURT:  Okay.  I'll see you back here at -- by 25

14   till.

15     (Court adjourned, to reconvene at 1:35 p.m.)

16

17

18

19

20

21

22

23

24

25

1                    IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
2                            EASTERN DIVISION

3
     UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
4                                       )
                          Plaintiff,    )
5                                       )
                 vs.                    )
6                                       )
     MUHAMMAD HAMID KHALIL SALAH AND     )
7    ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                        ) December 18, 2006
8                          Defendants.   ) 1:35 o'clock p.m.

9
                       EXCERPT OF TRIAL PROCEEDINGS
10         BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY

11
     APPEARANCES:
12

13   For the Plaintiff:        HON. PATRICK J. FITZGERALD
                               United States Attorney
14                             BY:  MR. JOSEPH M. FERGUSON
                                    MR. REID J. SCHAR
15                                  MS. CARRIE E. HAMILTON
                               219 S. Dearborn St., Suite 500
16                             Chicago, Illinois  60604

17
     For Deft. Salah:          PEOPLE'S LAW OFFICES
18                             BY:  MR. MICHAEL EDWARD DEUTSCH
                                    MS. ERICA THOMPSON
19                                  MR. BENJAMIN ELSON
                               1180 North Milwaukee Avenue
20                             Chicago, Illinois  60622

21
     For Deft. Ashqar:         MR. KEITH ALLAN SPIELFOGEL
22                             20 North Clark Street, Suite 1200
                               Chicago, Illinois  60602
23
                               MR. WILLIAM MOFFITT
24                             11582 Greenwich Point Road
                               Reston, Virginia  20194
25

Hroub - direct by Deutsch

1    APPEARANCES (Cont'd):

2

     Also Present:              S/A BRADLEY BENAVIDES, FBI
3                               S/A JILL PETTORELLI, FBI

4

     Court Reporter:            MR. JOSEPH RICKHOFF
5                               Official Court Reporter
                                219 S. Dearborn St., Suite 1232
6                               Chicago, Illinois  60604
                                (312) 435-5562
7

8              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

9                        PROCEEDINGS RECORDED BY
                         MECHANICAL STENOGRAPHY
10               TRANSCRIPT PRODUCED BY COMPUTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1         THE CLERK:  03 CR 978, U.S. vs. Muhammad Salah and

2   Abdelhaleem Ashqar.

3         THE COURT:  Ready?

4         MR. SPIELFOGEL:  We're ready.

5         THE COURT:  I am a minute early.  I will wait for

6   him.

7         (Brief pause.)

8         THE COURT:  We are missing a couple members of the

9   jury.  So, you may be seated.

10         (Brief pause.)

11         (Jury in.)

12         THE COURT:  You may be seated.

13         Mr. Deutsch, you may continue.

14         MR. DEUTSCH:  Thank you, Judge.

15      KHALED HROUB, DEFENDANTS' WITNESS, PREVIOUSLY SWORN

16                DIRECT EXAMINATION - Resumed

17   BY MR. DEUTSCH:

18   Q.  Mr. Hroub, I wanted to ask you one question going back to

19   your expertise.

20         Have you consulted with the United States Department

21   of State about the issues of the Palestinian-Israeli conflict?

22   A.  Well, I was invited by the State Department a couple of

23   months ago to talk about Hamas after they won the elections in

24   Palestine.

25   Q.  Uh-huh.

1   A.  They organized some sort of brainstorming session, and I

2   was invited to that one in Washington, D.C.

3   Q.  And did you attend that?

4   A.  Unfortunately, I couldn't.

5   Q.  Okay.

6   A.  I had a previous commitment.

7   Q.  All right.

8        Can you explain to the members of the jury what is

9   meant by the Oslo Accords?  In the beginning, what was meant

10  by that?

11  A.  Oslo Accords, these are an agreement between the PLO --

12  the Palestine Liberation Organization -- and Israel, brokered

13  by mainly the United States, but initially organized by the

14  Norwegians in Norway.  And they meant to -- to -- reach

15  peaceful agreement between both parties.

16       They are understood differently by different parties,

17  different people.  The final -- the final -- destination of

18  this agreement was meant to be two-state solution, though

19  everybody has to go through interim period of five years.

20       According to these agreements, the Palestinians

21  should show that they deserve a Palestinian state by the end

22  of interim period.  So, in a way, these years were a test --

23  very long test, though -- for the Palestinians to make sure

24  for the Israelis that they deserve to be given a Palestinian

25  state.

Hroub - direct by Deutsch

93

1  Q.  And was there other problems with the process, in terms of

2  recognizing the rights of the Palestinians?

3  A.  Yes.  Oslo Accords divided the Palestinian people,

4  actually, I would say, deeply because, as I said, they have

5  been seen differently.  On the one hand, some Palestinians --

6  and I would even venture to say the minority -- have seen in

7  them some sort of hope of having the Palestinian aspiration

8  accomplished.

9       The other part of the Palestinians -- the majority,

10  in my view -- saw in them as somehow some adventurous process

11  that wouldn't lead to accomplishing five main Palestinian

12  issues.  Number one, the refugees, because Oslo agreements did

13  not guarantee the return of the Palestinian refugees who fled

14  the country during the wars.

15  Q.  Okay.  Let me just stop you there.

16       About how many Palestinian refugees have left the

17  territory of Palestine?

18  A.  Over the, say, different wars, I would say they are around

19  5 million Palestinians now.

20  Q.  And they're --

21  A.  And their descendants.

22       Sorry.

23  Q.  And those 5 million are where?

24  A.  They are scattered all over the place, in Jordan, Egypt

25  and the United States, in Europe, Australia, Africa.  You just

1    name it.

2    Q.  And one of the aspirations of the Palestinian people

3    living -- we call it the diaspora -- outside Palestinian

4    territory is, what?

5    A.  To return back to Palestine.  This is one of the major

6    issues for every single Palestinian living abroad -- to be

7    given the right to go back to Palestine -- including my own

8    family.

9    Q.  Okay.  That's number one.

10           Go ahead.

11   A.  Yeah.

12           Number two, Jerusalem.  Jerusalem was divided into

13   East Jerusalem and West Jerusalem.  East Jerusalem was

14   occupied in 1967.  And the United Nations acknowledged that it

15   has been under occupation.  And, in so many resolutions, the

16   Security Council said the city should be returned back to the

17   Palestinians.  So, this is Issue No. 2.

18           Oslo agreements postponed the five issues, including

19   now Jerusalem.

20           The third issue is the settlements.  And we talked

21   about the settlements.  The settlements by the time signing

22   Oslo agreement -- that's 1994 -- they have by then, I would

23   say, eaten 40 percent of the land of West Bank and Gaza Strip.

24   The settlements were postponed, as well.  The issue of the

25   settlement.

1          Number four is the control of the borders.  If you

2     want to have a Palestinian independent state, common sense

3     tells you that you have at least full control of your borders.

4     Oslo agreements did not offer that for the Palestinians.  So,

5     this issue, again, it has been postponed for after five years.

6          And number four, the natural -- natural --

7     Q.  Five --

8     A.  Five, sorry.

9          Number five is the natural resources.  The water

10     resources and everything else was kept in the hands of the

11     Israelis.  So, basically, the main basic aspects of life

12     remained in the hands of the Israelis.

13          Because of these five issues, many Palestinians

14     objected to Oslo agreements and they said, "We are simply

15     selling out our cause for nothing and there is no guarantee,

16     even after five years, that these issues will be resolved."

17     Q.  And was there any recognition in the Oslo Accords that

18     Palestinians had rights to their land under international law?

19     A.  Oslo agreement adopted very vague language open to

20     interpretation.  And I would say there were -- the language

21     was biased and written according to -- to -- the upper hand,

22     of course, to the Israeli -- according to Israeli terms.

23          For example, the term "occupation."  This is

24     Palestinian land occupied by Israeli military since 1967, as

25     acknowledged by the international law and the Security Council

1    and the United Nations.  Now, the term "occupation" wasn't

2    even mentioned, not a single time, in these agreements.  So,

3    the language and the whole -- the whole -- jargon of the

4    agreement were written in a way that is favoring the Israeli

5    version of seeing the issue.

6    Q.  We've heard in this trial a lot of opposition of Hamas to

7    the Oslo Accords.  But was there opposition way beyond Hamas

8    in terms of the Oslo Accords and the Palestinian -- among the

9    Palestinian people?

10   A.  Yes, of course.  I mean, this is why I said, in my view,

11   that the majority of the Palestinians -- I would even say

12   maybe 60 to 40 -- oppose Oslo agreements.  Hamas was one out

13   of ten Palestinian organizations at that time opposed Oslo

14   agreements vehemently.

15          And they said, "We have to have -- we are not -- we

16   shouldn't be subjected to five years period test so that to be

17   able to have a Palestinian state; and, the five major issues

18   should be on the table on Day One.  Without resolving these

19   issues, we can't move any step forward; otherwise, we are

20   losing our way."

21   Q.  Was there any indication within that five-year trial

22   period that some of these issues were not going to be resolved

23   favorably to the Palestinians?

24   A.  Well, in the very beginning, there were so many, I would

25   say, gloomy indicators.

1            First of all, when it comes, say, to the issue of

2    settlements, for example, settlements -- even during

3    negotiating the agreement, Israel refused strongly even to

4    freeze, let alone to stop officially, building more

5    settlements.

6            So, you are negotiating one major issue -- that is,

7    the settlements -- but, on the ground, you are on a daily

8    basis increasing them.  You are building settlements and

9    bringing in new settlers.  So, that wasn't really promising.

10           The issue of Jerusalem is the same case, basically.

11   East Jerusalem over time was de-Arabized, if you know what I

12   mean.  I mean, the identity and the number of Arabs,

13   Palestinians living in Jerusa- -- East Jerusalem -- were

14   diminishing.  And that is because the Israeli measures.

15           So, even during negotiating Oslo Accords, the Israeli

16   policies against East Jerusalem against the identity of the

17   city and the population of the city continued to be the same.

18           So, people were in Washington and Oslo negotiating

19   the deal, but things in the East Bank and in the West Bank and

20   the Gaza Strip were, basically, the same continuation of the

21   Israeli policies.  So, it wasn't really promising from the

22   beginning.  And this is why Hamas and others took a strong

23   position right from the beginning.

24   Q.  And I think you told us this morning that in about 1987,

25   1988, there was about a hundred thousand settlers occupying

1   the land in the West Bank and Gaza, correct?

2   A.   Correct.

3   Q.   At the end of the five-year Oslo period -- which would

4   have been '98 -- how many settlers were occupying the land?

5   A.   Say, between -- between -- '94 and '99 -- that is the five

6   years period -- interim testing period -- the number of

7   settlers has doubled.  Even more than doubled.  I think the

8   number of settlers now in the West Bank is some -- something

9   around 230,000 settlers.  And they started -- they started --

10  say, in '94 with maybe 110 or something like that.

11          So, during the testing period, the other party --

12  Israel -- has doubled the number and the size of settlements,

13  which was, of course, aborting any potential Palestinian state

14  in the formation.

15  Q.   Well, in your opinion as an expert, was it Hamas that

16  caused the Oslo Accords to fail?

17  A.   Well, in my opinion, Oslo -- Oslo -- agreements were

18  doomed to fail from the beginning because the structure of the

19  agreement wasn't really made to be successful.

20          If you put any -- any -- group of people under un- --

21  unachievable test, then you will judge -- you will judge --

22  them after that test saying, "Well, you haven't -- you

23  haven't -- done it really right, so you don't deserve the

24  reward," if you made the test really impossible to be

25  accomplished, then you can't blame them.  You can't because

1  structurally, the agreements were designed in a way that

2  wouldn't be really successful.

3        So, I don't think that Hamas or any other Palestinian

4  organization could be blamed for the failure of Oslo

5  agreements.

6  Q.  Okay.

7        I'm going to ask you one last question:  In your

8  expert opinion, is Hamas a legitimate part of the Palestinian

9  movement for land and peace?

10  A.  Yes, it is.

11  Q.  Is there any question in your mind that Hamas is not a

12  legitimate movement?

13  A.  There is no question in my mind at all, because otherwise

14  you will have -- more than 60 percent of the Palestinians

15  nowadays, you have to put them in a question because they

16  voted for Hamas.  So, if you proscribe Hamas, you are

17  proscribing the majority of the Palestinians.

18        MR. DEUTSCH:  Thank you.

19        THE COURT:  Mr. Moffitt?

20        MR. MOFFITT:  Yes, just briefly.

21        DIRECT EXAMINATION ON BEHALF OF DEFENDANT ASHQAR

22  BY MR. MOFFITT:

23  Q.  Good afternoon, sir.

24  A.  Good afternoon.

25  Q.  My name is Bill Moffitt, and I represent Dr. Ashqar.

Hroub - direct by Moffitt

1       Let me ask you a question.  In your expert opinion,

2   is Hamas a reaction to the occupation of Palestine?

3   A.   Absolutely.

4   Q.   How many refugee camps are in the occupied territory?

5   A.   I really don't know, I mean, the exact answer.  But I

6   would say we are -- we are -- talking about scores of them.

7   Q.   And the occupied territories are territories that are

8   supposed to be Palestinian territories; is that correct?

9   A.   Yes, that's correct.

10  Q.   And the Palestinian people, are they considered refugees

11  in their own country?

12  A.   Yes, they are.

13  Q.   Are you familiar with that occurring anywhere else in the

14  world?

15  A.   Maybe in Afghanistan.  I'm not sure.

16  Q.   Okay.

17       Tell me, can you describe what the entrance to a

18  refugee camp looks like?

19  A.   What's that?

20  Q.   What the entrance -- how you get into a refugee camp.

21  A.   Well, it depends on -- on -- the refugee camp itself.

22  Some of them are really difficult to enter.  Some of them are

23  placed under heavy security measures.

24  Q.   Well, can you --

25  A.   You have to --

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 101 of 209
Hroub - direct by Moffitt
101

1  Q.  Can you describe for me the security measures, please?

2  A.  Well, let me tell you about my refugee camp.  That's

3  Dheheisha Refugee Camp in Bethlehem.  At one point, they built

4  two -- well, multiple of walls surrounding the refugee camp,

5  one of them wired -- electrified -- and another in certain

6  parts with concrete.  And you have very narrow entrance.  And

7  if you want to get in the camp -- which is one of the biggest

8  refugee camps inside and outside Palestine, by the way -- you

9  have to go through that very narrow gate.

10       You have a checkpoint, of course.  You'll have so

11  many Israeli soldiers.  They will have -- search you.  They --

12  you have not only metal detector.  You have -- they will

13  search you by hand, by everything.  They might ask you to go

14  back and have a good sleep.  And when you want -- sometimes

15  even if you want to come back to the refugee camp, say, from

16  the market or any other place, you might not be allowed to

17  enter for unknown reasons.

18       So, it depends.  This doesn't apply to every single

19  refugee camp, I have to be -- to say.  But some of them, they

20  vary according to the level of security and what kind of

21  perception within the Israeli security community is having

22  about this or that refugee camp.

23  Q.  You said the fences are electrified.  Are they electrified

24  to keep people in or keep people out?

25  A.  Both.

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 102 of 209
Hroub - direct by Moffitt
102

1            MR. FERGUSON:  I object to relevance.

2            THE COURT:  Overruled.  It can stand.

3    BY MR. MOFFITT:

4    Q.  You discussed United Nations.  Are you familiar with

5    United Nations Resolutions 242 and 338?

6    A.  Yes, of course.

7    Q.  Would you tell us what they are?

8    A.  These resolutions, they were issued by the Security

9    Council collectively after the war in 1967, calling for Israel

10   to withdraw from the territories that it occupied as a result

11   of the war, including East Jerusalem and including some other

12   land occupied from Arab countries, like the Golan Heights,

13   Sinai and others.

14            The United States and the other four permanent

15   members of the Security Council agreed on these resolutions.

16   And the terminology was made in a way that -- that -- was

17   clear that this is a military occupation and everything

18   emanated from this occupation is illegal in the eye of

19   international law and things should go back as they were

20   before the war.

21   Q.  Have the Israelis obeyed those UN resolutions?

22   A.  No, they didn't.

23   Q.  As we stand today, are there still refugee camps in

24   Palestine?

25   A.  Yes.  There are many.

1  Q.  All right.

2          Are they still enclosed with barbed wire?

3  A.  Some of them are, yes.

4  Q.  What's the sanitation like in the camps?

5  A.  Well, simply horrible.  In -- in -- some of the refugee

6  camps, I think, under -- under -- whatever health conditions

7  you might -- you might -- judge, these refugee camps are

8  inappropriate for any human living.  You would have open

9  sanitary sewage maybe sometimes everywhere.  You have huge

10 ponds of -- of -- dirt and sewage.

11         So, specifically, this aspect of -- of -- Palestinian

12 living in the refugee camp is horrible.

13 Q.  You used the term in your testimony with Mr. Deutsch of

14 "bantustans" to describe the situation in Palestine.  What did

15 you mean by that?

16 A.  Yes, I did.

17         Bantustans is a system of segregating people that was

18 used in South Africa, where you have the whites, then you have

19 the black living separately and in complete segregation

20 manner; when you have, say, roads for the white and roads for

21 the black.  You have certain means for the whites that are not

22 given to the black.

23         And, of course, the bantustan system means you give

24 the privileges and advantages to one group of the people --

25 mostly the minority -- over the privileges and other

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 104 of 209
Hroub - direct by Moffitt
104

1   advantages of the majority.

2          And we are having this system nowadays in -- in -- in

3   -- Palestine, unfortunately.  And you have -- you have -- even

4   in terms of geography, the bantustans are separated,

5   segregated and surrounded by certain measures, roads,

6   securities to keep their nature intact, so that there is no

7   mingling, no changing in the status quo for a long period of

8   time.

9   Q.   What are the social services that are provided by Hamas?

10  A.   Well, there are many.  First of all, helping the poor

11  families in these refugee camps.  This comes as top priority

12  for Hamas' social work.

13         They would provide schooling for many, many pupils in

14  these camps and -- and -- beyond, in some cities and villages.

15  They would have nurseries.  They would provide healthcare

16  clinics.  They would even provide some kind of sport clubs so

17  that -- to alleviate the conditions under which these

18  Palestinians are living.

19         They would -- so, in all -- actually, all -- aspects

20  of needs, I would say.

21  Q.   What would happen if Hamas stopped providing those social

22  services?

23  A.   Well, simply, so many families -- we are talking about

24  tens of thousands of Palestinian families -- would suffer

25  immediately.  These families have -- have -- been already

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 105 of 209
Hroub - direct by Moffitt
105

1   suffering despite the help provided by Hamas.  So, if you even

2   left this help, this means that you are raising the poverty

3   line to include the majority of the Palestinians.  You would

4   have children thrown out of schools.  You would have so

5   many -- I don't know -- people who need healthcare deprived

6   from this healthcare.

7         So, it would be disastrous in certain -- in many

8   places in Palestine.

9   Q.  Is the Palestinian view of Hamas a lot different from the

10  American view of Hamas?

11  A.  Is the Palestinians --

12  Q.  View of Hamas --

13  A.  Oh, yeah -- you mean the Palestinian people?

14        MR. FERGUSON:  Objection.  Relevance.

15        THE COURT:  Sustained.

16  BY MR. MOFFITT:

17  Q.  Education.  Let me talk with you about higher education.

18        How often have the universities been closed by the

19  Israelis?

20  A.  So many often.

21  Q.  What does that mean when I say "closed"?  What does it

22  mean to you when I say "the universities being closed"?

23  A.  Well, if you have any -- any -- incidents in or around any

24  university and an Israeli official -- Israeli officer,

25  sorry -- would think that this security matter is something to

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 106 of 209
Hroub - direct by Moffitt
106

1   do with the university or a student of the university is --

2   might have done or might have potentially been affiliated to

3   any security consideration, this means the first measure is to

4   shut down the university for a couple of days, maybe a week,

5   or something.

6          And because of this, the unfortunate fact in

7   Palestine is that if you need to finish your degree in three

8   or four years, you might need to double that period of time

9   because of the long period of closing down of these

10  universities.

11  Q.   What about the library facilities at universities in the

12  occupied territories?

13  A.   Well, as you would imagine, I mean, this is a very poor

14  facility because the channels and connection with the outside

15  world have been kept to the minimum.  So, you wouldn't be

16  having access to newly-published books, new facilities, new

17  periodicals, and all of that.

18         So, the unfortunate -- it is very unfortunate,

19  actually, to have the level of education in these universities

20  either stagnated or sometimes even going down.

21  Q.   Do the Israelis censor books at these universities?

22  A.   Sometimes, yes, but not all of the times.

23  Q.   All right.

24         Does Hamas provide books for the universities?

25  A.   Not to my knowledge.

1    Q.  Okay.  All right.

2         Where are the universities located in the --

3    A.  Well, in the Gaza Strip, there are two main universities.

4    In the West Bank, we have four or six universities.

5         And when we say "university," we have to put it

6    between two brackets because you shouldn't think of Yale

7    University or any American university.  We are talking about

8    small colleges with few thousand students.

9         So, there is a univers- -- a Palestinian university

10   -- in Nablus.  This is a city in the West Bank around

11   Jerusalem.  There is another one in Bir Zeit, the biggest and

12   largest educational institution in the West Bank.   In

13   Bethlehem there is a university.

14        So, I would say between maybe around six or -- more

15   or less.

16   Q.  Okay.

17        MR. MOFFITT:  I have no further questions.

18        THE COURT:  Cross-examination.

19        Mr. Ferguson.

20        CROSS-EXAMINATION ON BEHALF OF THE PLAINTIFF

21   BY MR. FERGUSON:

22   Q.  Mr. Hroub, all the things that you've been discussing

23   about conditions in the territories and the life of

24   Palestinians, is it your position that that constitutes a

25   legal justification for blowing up civilians on buses in

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 108 of 209
Hroub - cross by Ferguson
108

1    Israel?

2    A.  I didn't say that.

3    Q.  I'm asking you if that's your opinion.

4    A.  No, I don't think so.

5    Q.  You have indicated in your testimony that it is not Hamas'

6    objective to eliminate Israel; is that right?

7    A.  Yes, I did.

8    Q.  And that Hamas' stated positions over time have become

9    more moderate relative to the way it articulated -- or at

10   least the charter articulated -- objectives and methodology;

11   would that be fair?

12   A.  More or less, yes.

13   Q.  And that's particularly the case since Hamas has become a

14   governing entity --

15   A.  Not --

16   Q.  -- in Gaza?

17   A.  Not necessarily.

18   Q.  Hasn't changed at all?

19   A.  No.  I mean, as I said, Hamas has got rhetorical line and

20   a pragmatic line.  And both of them, they have been with the

21   movement right from the beginning up until now.  Even when

22   Hamas is in -- is in -- the government, you will have some

23   rhetoric coming from some of the leaders and you will have

24   political and the pragmatic statements coming from them, as

25   well.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 109 of 209
Hroub - cross by Ferguson
109

1    Q.  So --

2    A.  So, what I'm saying, you have two lines of thinking within

3    Hamas from the beginning up until now.

4    Q.  So, Hamas talks out of both sides of its mouth?

5         MR. DEUTSCH:  Objection.

6    BY THE WITNESS:

7    A.  No.

8         THE COURT:  Sustained.

9         Rephrase it.

10   BY MR. FERGUSON:

11   Q.  Hamas has two different paths of rhetoric that it

12   simultaneously employs; is that what you're saying?

13   A.  I said Hamas is similar to any political organization or

14   party.  They have mobilization discourse and rhetoric to amass

15   people and rally supporters behind them.  Then they have a

16   pragmatic and political thinking when it comes to hard issues

17   and negotiating with others.

18   Q.  Would it change your view as to how Hamas articulates its

19   position to know that in 2006, Mahmoud Zahar said to --

20        MR. DEUTSCH:  Judge, I'm going to object to this

21   because we've got an indictment that goes to 2004 and now he's

22   going to talk about 2006.

23        MR. FERGUSON:  Judge, they have -- they have -- taken

24   everything right up to the present.

25        THE COURT:  Objection overruled.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 110 of 209
Hroub - cross by Ferguson
110

1          Finish your question.

2    BY MR. FERGUSON:

3    Q.  Mahmoud Zahar stated that the goal of Hamas is to liberate

4    Palestine -- all of Palestine -- and said, "I dream of hanging

5    a huge map of the world on my wall at my Gaza home which does

6    not show Israel on it."

7          Does that change your opinion as to how Hamas

8    articulates its views and whether those views have moderated

9    over time?

10   A.  No, it doesn't because, as I said -- you said this is a

11   dream.  But the reality is that Mahmoud Zahar, himself, he

12   sent Kofi Annan a letter a few months before this statement

13   saying that, "We want two-state -- two-state -- solution."

14   And this is documented in the UN archives and everywhere.

15         So, the same Mahmoud Zahar said so-and-so.

16   Q.  You're absolutely right, sir.

17         And would it surprise you or change your opinion to

18   know that Mahmoud Zahar's comments, that I just read to you,

19   were in direct response as to whether or not that letter that

20   was sent meant that Hamas adopted a two-state -- was adopting

21   a two-state -- solution?

22   A.  Yes.  This is a statement for journalists; whereas, the

23   letter was official document sent to the UN.

24   Q.  Mahmoud Zahar denied that he was seeking a two-state

25   solution in public statements; fair enough?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 111 of 209
Hroub - cross by Ferguson
111

1  A.  Well, I am telling you he sent an official document

2  archived by the UN saying that, "We are for two-state

3  solution."

4       Now, he made the -- a public statement for

5  journalists saying that, "We have -- we have -- done

6  so-and-so," or justifying, whatever.  But for me, what matters

7  is the official document.

8  Q.  Even though he denied sending it and said it was a mistake

9  that it was sent because it was drafted by somebody without

10  his authority?

11  A.  It confirms to me the rhetoric and the pragmatic nature of

12  Hamas.

13  Q.  It certainly does.

14       MR. DEUTSCH:  Objection to comments like that.

15       THE COURT:  Sustained.

16  BY MR. FERGUSON:

17  Q.  You were asked to highlight or asked to focus on certain

18  passages in what is in your Hamas book as Document No. 4,

19  which is an April, 1994, document issued by the political

20  bureau of Hamas --

21  A.  Yeah.

22  Q.  -- do you recall that?

23       After discussing its various views on the possibility

24  of interim positions with the Israelis, didn't it conclude,

25  "Hamas, as it clarifies its positions to refute the

1    allegations and utterances of the Prime Minister of the enemy,

2    pledges to our people to continue on the road of holy

3    struggle, jihad and martyrdom until Palestine -- all

4    Palestine -- is liberated"?

5            That is how that public declaration ended; is that

6    right?

7    A.  Yes, that's right.

8    Q.  And all of Palestine includes the land that right now is

9    Israel; is that right?

10   A.  That's right.

11           MR. DEUTSCH:  Are we getting that document in now for

12   the truth of the matter, or what?

13           THE COURT:  No.  I do not think that was --

14           MR. DEUTSCH:  Before, Mr. Ferguson didn't want us to

15   put that in because of the -- he fought that.  Now --

16           THE COURT:  Mr. Deutsch --

17           MR. DEUTSCH:  Now is he saying it's true?  I don't

18   know --

19           THE COURT:  Mr. Deutsch --

20           MR. DEUTSCH:  Yes.  Thank you, Judge.

21           THE COURT:  Sustained, to the extent that was an

22   objection.

23           It was used as a demonstrative in the same way that

24   you used it.

25           Overruled.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 113 of 209
Hroub - cross by Ferguson
113

BY MR. FERGUSON:

Q.   You've offered, sir, numerous opinions about the purposes of various Israeli policies and procedures in the West Bank, including the purpose being to make life miserable for Palestinians so that they would leave?

A.   Yes, I did.

Q.   Do you recall that testimony?

A.   Yes, I did.

Q.   But you've never talked to a single Israeli government official, you told us; is that right?

A.   Well, I studied the -- the -- annual book of Israeli statistics that shows the numbers of Palestinians who are leaving in the single year without coming back.

Q.   Sir, I asked you a simple question:  Have you spoken to any Israeli government officials in formulating your opinion as to what the purpose of their policies was?

A.   Well, I think -- I think -- for me as a researcher, as an academic, the facts on the ground are speaking for themselves when it comes to the Israeli measures.  There is no point -- no point -- in asking an Israeli official if -- if the -- what kind of intention is behind placing the heavy security measures on my refugee camp that I see.  And I wouldn't comprehend any reasoning behind having so many Palestinians in that refugee camp living the miserable life that they are leading at this very moment.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 114 of 209
Hroub - cross by Ferguson
114

1   Q.  So, the purpose as stated by the people formulating and

2   implementing the policy doesn't matter to you in forming your

3   opinion; is that what you're saying?

4   A.  I didn't say that, but I said the facts on the ground,

5   sometimes they speak volume.  So that in a way, you didn't

6   need to ask for explanation for these facts.

7   Q.  Have you spoken to Israeli terrorism officials?

8   A.  Terrorism officials?

9   Q.  Counter-terrorism officials.  Individuals responsible --

10  A.  I didn't, but --

11  Q.  -- for counteracting terrorist acts, to determine or to

12  come to your opinion as to reasons why many of these security

13  measures and policies -- and you've used the word "security"

14  -- have been implemented over the years?

15  A.  I didn't, but I -- I -- check on a regular basis the Web

16  sites of the Foreign Ministry; the Interior Ministry; the

17  counter-terrorism think tanks, the official ones and the

18  non-official ones.  So, I am fully aware of the just- -- of

19  the Israeli justification behind their security measures.

20  Q.  You've never spoken to anyone -- any Israeli official --

21  A.  They would repeat --

22  Q.  -- on the subject; "Yes" or "No"?

23  A.  They would repeat what --

24  Q.  "Yes" or "No," sir?

25  A.  Well, I am telling you.  They would repeat what they have

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 115 of 209
Hroub - cross by Ferguson
115

 1   on their Web site.  So --

 2   Q.  That's a "No"?

 3   A.  That's what I said.

 4   Q.  You said "No"?

 5   A.  I said they would repeat whatever they have on their Web

 6   site.

 7   Q.  I want an answer to the question.

 8          Have you or have you not spoken to Israeli officials

 9   about their purposes in implementing some of these procedures

10   and policies?

11   A.  I answered you right from the beginning that I didn't --

12          MR. FERGUSON:  Judge, I would ask that the witness be

13   required to answer the question.

14          MR. DEUTSCH:  He answered the question.

15   BY THE WITNESS:

16   A.  I said -- I said -- to you "No."

17          THE COURT:  I am sorry?  You said?

18          THE WITNESS:  I said "No," yeah, from the beginning.

19          But you kept -- you kept -- asking me the same

20   question.

21          THE COURT:  I think you have your answer now.  Move

22   on.

23          MR. FERGUSON:  Thank you, Judge.

24   BY MR. FERGUSON:

25   Q.  Aren't many of these security measures, that you've

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 116 of 209
Hroub - cross by Ferguson
116

1    discussed, efforts to limit the effects of terrorism by

2    Palestinian radicals, including members of Hamas?

3    A.  Well, they have enormous effect on the daily life of the

4    Palestinians, and including -- including -- bringing their

5    life down to -- to -- I would say, not back -- back -- in

6    history, but at least bringing their lives under poverty level

7    and all sorts of miserable rates that you can think of.

8    Q.  Are you saying the measures have nothing to do with

9    terrorism?

10   A.  I said they have to -- they have -- they -- they deal with

11   -- with -- with -- the Palestinian military actions.  But, at

12   the same time, if you compare their impact on the daily

13   Palestinian life, this means they breed more and more military

14   actions --

15   Q.  I'm not asking you about the consequences.

16          You indicated that not every camp has the same level

17   of security measures; isn't that correct?

18   A.  Yes, I did.

19   Q.  All right.

20          And isn't that because some camps are more seabeds

21   for terrorists and terrorist activities than others?

22   A.  No, not necessarily.  Not necessarily.  Because sometimes

23   the Israeli measures, they would go harsh on this camp or that

24   city without having any -- any -- military action coming from

25   that camp.  If you have popular uprising or any -- I mean, you

1   have so many definitions for security considerations within

2   the Israeli community, and they would even consider this camp

3   or this town a security hazard, quote-unquote, without having

4   any military operation coming from that town --

5   Q.  When you say "military operation," does that include

6   terrorism?

7   A.  Well, this is very problematic.

8   Q.  I'm asking you what you use the term "military operations"

9   with respect to Palestinians to mean.  Does it include

10  terrorism?

11  A.  Well, this is -- this is -- simplification because you

12  are -- if you have a military occu- -- a military operation

13  against a military convoy or soldiers, what would you call

14  this?  If you have something against civilians, there is

15  another terminology.

16  Q.  Well, let's focus on civilians.

17  A.  Uh-huh.

18  Q.  An individual in a camp --

19  A.  Yeah.

20  Q.  -- leaves the camp, sneaks into Israel and blows himself

21  up on a bus killing civilians.  Is that a terrorist act?

22  A.  It's -- I call it and I depict it in the same manner that

23  the Israelis do the same thing for Palestinian civilians.  If

24  you call that terrorism, then this is terrorism.

25  Q.  I'm asking you, is that terrorism?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 118 of 209
Hroub - cross by Ferguson
118

 1   A.  Well, for me -- for me -- we have -- you can't -- you

 2   can't -- take one part of the picture.  This is complete

 3   picture.  We are deluding ourselves if we just take out one

 4   single action from this picture and try to analyze it.  We

 5   have to bear in mind the context.

 6          I call -- I call -- the same act undertaken by

 7   Israeli military against Palestinian civilians, I call it in

 8   the same manner and way the Palestinians would do against

 9   Israeli civilians.

10   Q.  Sir --

11   A.  If you call it --

12   Q.  Sir, can you name me an instance where an Israeli citizen

13   or military man strapped on a backpack bearing bombs, ball

14   bearings and nails and went on a public conveyance in the

15   occupied territories and blew himself up in the midst of

16   civilians?

17          MR. MOFFITT:  Objection.

18   BY MR. FERGUSON:

19   Q.  Can you give me a single --

20          MR. MOFFITT:  Objection.

21   BY MR. FERGUSON:

22   Q.  -- instance of that?

23          MR. MOFFITT:  Assumes facts not in evidence.

24          MR. FERGUSON:  I asked him if there is such a thing.

25          THE COURT:  Objection overruled.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 119 of 209
Hroub - cross by Ferguson
119

1           You can answer, if you can.

2    BY THE WITNESS:

3    A.  Well --

4    BY MR. FERGUSON:

5    Q.  "Yes" or "No"?

6    A.  There is no "Yes"/"No."  No, I mean, these are very

7    difficult questions -- I mean, very difficult situations.  You

8    are ultimately simplifying the whole -- the whole -- issue.

9           But what is the difference between this guy who blow

10   up himself in a civilian bus or dropping a bomb in the middle

11   of refugee camp in Gaza Strip killing more than 20 or 50

12   Palestinian civilians?  It is the same thing.  I mean, the

13   same result -- the same end result.

14          If you talk about the means, if you talk about, well,

15   this guy, maybe he did this because he doesn't have the

16   technology, he doesn't have the airplanes to do the same

17   sophisticated operation that is undertaken by the Israeli

18   military, but --

19   Q.  It sounds like you think it's okay, sir.

20   A.  But -- no, it's not -- I'm not saying that.  I am not

21   saying that.

22          MR. MOFFITT:  Asked and answered.

23   BY THE WITNESS:

24   A.  What I am saying --

25          MR. MOFFITT:  Asked and answered.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 120 of 209
Hroub - cross by Ferguson
120

1    BY THE WITNESS:

2    A.  -- is the end result --

3           THE COURT:  He is still giving his answer to the same

4    question.  I am not going to interrupt --

5    BY THE WITNESS:

6    A.  The end result is the same:  Killing civilians.

7    BY MR. FERGUSON:

8    Q.  The Palestinian Return Centre in London that you did not

9    put on your resume, you worked there for a period of some

10   months back in the middle 1990s; is that correct?

11   A.  Yes, I did.

12   Q.  And isn't one of the primary purposes of that organization

13   to promote and advocate for the right of return of

14   Palestinians in the lands that include Israel?

15   A.  Yes, as -- as -- it was stipulated by the UN Resolution

16   181.

17   Q.  And you were the director of that organization while you

18   worked there?

19   A.  Yes.  For a couple of months, yes.

20   Q.  So, while you were working on your research that led to

21   your published work on Hamas, you were engaged in active

22   advocacy of the Palestinian cause; is that right?

23   A.  Well, in some aspects, yes.

24   Q.  And when I was with you briefly this morning, you

25   acknowledged that you published at least one piece in a

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 121 of 209
Hroub - cross by Ferguson
121

1    publication called the Middle East Affairs Journal; is that

2    correct?

3    A.  Well, partly correct because it was -- it was -- in

4    Arabic.  They took it and they translated and they published

5    it in their journal.

6    Q.  So, it was -- your piece was published in the Middle East

7    Affairs Journal; is that right?

8    A.  Yes.

9    Q.  And it was a monograph on Hamas; isn't that correct?

10   A.  Correct.

11   Q.  "Hamas Military Operations, Resistance of Terrorism?" was

12   the title of your piece; is that right?

13   A.  Correct.

14   Q.  And you're, of course, aware that the Middle East Affairs

15   Journal is published by an organization called United

16   Association For Studies and Research -- or UASR -- in

17   Virginia?

18   A.  Yes, I am.

19   Q.  And the head of that organization and the editor of the

20   journal where your piece was published in the mid-1990s was

21   Ahmed Yusif or Yusif Saleh; is that right?

22   A.  Yes.

23   Q.  Were you aware that UASR was started in Chicago?

24   A.  Yes, I was, I think.

25   Q.  Were you aware that one of the founders and funders of

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 122 of 209
Hroub - cross by Ferguson
122

 1  UASR is Mousa Abu Marzook?

 2  A.  I wasn't, but I learn afterwards.

 3  Q.  And Mousa Abu Marzook is someone who you've personally met

 4  and spoke with in the context of your development --

 5  A.  Yes, I did.

 6  Q.  -- and your expertise; yes?

 7        And you know him to be one of the longtime leaders of

 8  Hamas; is that right?

 9  A.  Yes.

10  Q.  Were you aware that defendant Muhammad Salah worked at

11  UASR?

12  A.  No, I didn't.

13  Q.  Were you aware that defendant Abdelhaleem Ashqar worked at

14  UASR once it moved to Virginia?

15  A.  No, I didn't.

16  Q.  You're aware that Ahmed Yusif or Yusif Saleh left the

17  United States a couple years ago and moved back to Gaza,

18  aren't you?

19  A.  Yes, I do.

20  Q.  Because right now he is an adviser to Ismail Haniyeh;

21  isn't that right?

22  A.  Yes, I know.

23  Q.  The Hamas leader inside of Gaza; isn't that correct?

24  A.  No, he is the Prime Minister of Palestine.

25  Q.  For the Hamas government, "Yes"?

1   A.   Well, elected by the Palestinians.

2   Q.   And before he was elected by the Palestinians, he was a

3   longtime leader of Hamas; isn't that correct?

4   A.   Which was supported by the Palestinians.

5   Q.   "Yes" or "No"?

6   A.   Yes.  Yeah.

7   Q.   And is there any reason why you didn't include that

8   publication at UASR on Hamas, the very subject that you're

9   testifying about here, on your resume which was provided in

10  this case?

11  A.   Because it was a chapter of my book and I included my

12  book.  So, it wouldn't be academically correct to double

13  include the same piece in the same resume.

14  Q.   You provided lots and lots of publications in your --

15  A.   Nothing --

16  Q.   -- CV and resume; didn't you, sir?

17  A.   None in -- none of them is duplicated.  So --

18  Q.   Now, you indicated that you've provided some testimony as

19  an expert in trials before; is that correct?

20  A.   Yes, I did.

21  Q.   Here in the United States?

22  A.   In the UK.

23  Q.   In the United Kingdom?

24  A.   In the United Kingdom.

25  Q.   Okay.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 124 of 209
Hroub - cross by Ferguson
124

1           How many times?

2    A.  Once.  Twice, sorry.

3    Q.  And was that with respect to Hamas?

4    A.  Yes, it was.

5    Q.  Did that include a trial in England in 2004?

6    A.  I think so, yeah.

7    Q.  And was that trial related to a suicide bombing operation

8    carried out by two British citizens at a location in Tel Aviv,

9    a nightclub called Mike's Place, next to the U.S. Embassy?

10   A.  Well, I don't know the location, but I know the trial,

11   yes.

12   Q.  In that trial, those two men traveled from Britain --

13           MR. DEUTSCH:  Judge --

14   BY MR. FERGUSON:

15   Q.  -- to Israel?

16           MR. DEUTSCH:  -- objection to -- what the trial was

17   about is not relevant.  It's what he testified to.  If he

18   wants to ask him what he testified to, I think that's proper.

19   But to try and bring in the facts of a case, it seems unfair.

20           THE COURT:  Mr. Ferguson?

21           MR. FERGUSON:  I think the facts of the case are the

22   context for what he testified to.

23           THE COURT:  It is cross-examination.  I will give you

24   a little leeway.  But I agree with Mr. Deutsch, it is what he

25   testified to that matters.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 125 of 209
Hroub - cross by Ferguson
125

1             Go ahead.

2    BY MR. FERGUSON:

3    Q.   Three people died and 65 were wounded in that terrorism

4    attack; isn't that true?

5    A.   I am not sure of the number; but, yeah, some people have

6    died, yeah.

7    Q.   And Hamas took credit for that attack?

8    A.   Yes.

9    Q.   And you testified as an expert with respect to how long it

10   would take for these men to be recruited and trained to

11   conduct a suicide bombing operation; isn't that right?

12   A.   No, not really.

13   Q.   Didn't you opine in that case that those two men could

14   have been recruited and trained for their mission during the

15   short time that they were in Israel?

16   A.   Yes, but that wasn't the crux of my expertise argument in

17   that case.   They wanted to know --

18   Q.   But you --

19   A.   But I have to clarify.

20          They wanted to know if that was Hamas' policy to

21   recruit people from outside Palestine to conduct operations of

22   this kind in Palestine.   So, my focus, my -- my -- focus -- of

23   expertise was on that issue mainly.

24   Q.   But you testified as an expert as to the other matter that

25   I just mentioned:   The amount of time it would have taken to

1   recruit and train these guys for this suicide operation?

2   A.  Well, yes.  They asked me in -- in -- in -- the court, as

3   you are asking me, and I -- I -- made my view that, in my

4   view, yes, it would have -- it would have -- taken them short

5   time in -- in -- Gaza Strip to recruit these people and

6   conduct the operation.

7   Q.  Have you ever testified for victims of Hamas suicide

8   bombings?

9   A.  Sorry?

10  Q.  Have you ever testified for Hamas -- victims of Hamas

11  suicide bombings?

12  A.  No, I haven't.

13  Q.  Now, you would agree, Mr. Hroub, that throughout its

14  history, controlled violence has been one of the major methods

15  through which Hamas has pursued its objectives?

16  A.  Well, it depends on the meaning of the term.  What do you

17  mean by "controlled violence"?

18  Q.  Explain to us your meaning of "controlled violence."

19  A.  Well, you said -- you asked me.  Explain to me, what do

20  you mean by your question?

21  Q.  Hamas has sometimes lessened -- over its history, Hamas

22  has sometimes lessened -- or lowered the amount and the

23  intensity of certain, what I call "terrorism activities," you

24  might call "military activities"; isn't that true?

25  A.  Yes, to a certain extent, yes.  They lower or increase.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 127 of 209
Hroub - cross by Ferguson
127

1    Q.  Right.

2          And they do that in order -- they do that as a

3    reflection of certain circumstances that exist at a particular

4    moment or period; is that right?

5    A.  Including the Israeli measures at this period of time.

6    All that.

7    Q.  And that's what I mean by "controlled violence."  They

8    control levels of violence --

9    A.  Okay.

10   Q.  -- in pursuing aspects of its overall objectives; is that

11   right?

12   A.  Well, yes.  I mean, they say they are resisting military

13   occupation.  What you call violence is for them resisting

14   military occupation.  So, they think they have the right to

15   resist this occupation at all times.  Now, to increase or

16   decrease the level of resistance goes in accord to certain

17   circumstances, yes.

18   Q.  And throughout its existence, Hamas has viewed -- both in

19   its public rhetoric and its official statements, recognizing

20   this dual track that you have mentioned, Hamas has viewed --

21   and articulated Israel as an occupier; specifically, an entity

22   engaged in the occupation of Palestinian lands.  Is that

23   right?

24   A.  Well, this is the view of the United States.

25   Q.  I'm asking -- I'm asking -- not the United States' view.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 128 of 209
Hroub - cross by Ferguson
128

1    I'm asking Hamas' view.

2    A.   Yes, this is Hamas' view.

3    Q.   And occupation has a number of different levels to it in

4    this context; isn't that right?

5    A.   Yes.

6    Q.   There's occupation of the West Bank and Gaza, correct?

7    A.   Correct.

8    Q.   And, then, Israel's very presence, its existence

9    constitutes an occupation for Hamas; isn't that true?

10   A.   Well, in the terminology of Hamas when they say, "We want

11   to drive the occupation from our land, from the occupied

12   land," what is clear is they talk about the West Bank and the

13   Gaza Strip.

14   Q.   Its historical objective includes removal of the

15   occupation of the lands that constitute Israel itself, doesn't

16   it?

17   A.   Again, it depends -- it depends -- on what kind of

18   discourse, what kind of circumstances and the statement, if it

19   was directed or addressed to this party or that party.

20   Q.   Haven't you written that there are two levels of objective

21   or solution that Hamas pursues?  An interim goal, correct?

22   A.   Uh-huh, yes.

23   Q.   And that is with respect to the West Bank and Gaza,

24   correct?

25   A.   Correct.

 1   Q.  And there is a historical goal, as well?  A long-term

 2   goal?

 3   A.  (Nodding.)

 4   Q.  And that is removing Israel from the land that is Israel

 5   itself; isn't that correct?

 6   A.  Yes, in some -- in the charter, they have said so.

 7   Q.  And Hamas has never recognized the legal existence of

 8   Israel in any respect; isn't that true?

 9   A.  Directly, no.

10   Q.  And its refusal to do so is part of why it has not

11   participated in any peace process directed to a two-state

12   solution as the final historical resolution of the

13   Palestinian-Israeli conflict; isn't that true?

14   A.  Not really because Hamas keeps asking, as well, what kind

15   of borders that Israel does have that we are required to

16   acknowledge and recognize.  Israel as a -- as a -- legal state

17   doesn't have declared final borders.

18          So, Hamas' official line, even up until now, is

19   saying that, "Let us know what kind of borders that Israel is

20   having.  Are they the 1967 borders?  Is this before the war?

21   If Israel withdraw before the war -- the war -- then we can

22   talk.  Until now, Israel doesn't have official boundaries."

23   Q.  Peace negotiations for a final solution with Israel that

24   involves the existence of a two-state solution have been

25   opposed throughout -- by Hamas throughout -- its history;

1    isn't that right?

2    A.   It's not really right.  Opposed -- they opposed Oslo, yes.

3    Q.   Can you give me an example of an instance where Hamas has

4    proposed a final resolution of the Israeli-Palestinian

5    conflict that involves the existence of the State of Israel on

6    any inch of land that is part of historical Palestine?

7    A.   Yes.  I mean, if you read my book, back in 1988, Mahmoud

8    Zahar, whom you have quoted, he said -- he said -- "Yes, this

9    is the final -- this is the -- this is the -- solution that we

10   offer Israel."

11   Q.   That's an example, sir, wasn't it, of an interim solution?

12   Israel would with withdraw from the territories -- West Bank

13   and Gaza -- correct?

14   A.   Yes.

15   Q.   It would allow the Palestinians to govern themselves in

16   the West Bank and Gaza, correct?

17   A.   Correct.

18   Q.   And are you saying that that solution involved Hamas

19   completely giving up the notion of Israel being removed from

20   the remainder of Palestine?

21            MR. MOFFITT:  I object.  The word "completely" was

22   not in the original question.

23            MR. FERGUSON:  He can answer the question, Judge.

24            THE COURT:  You can answer.

25   BY THE WITNESS:

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 131 of 209
Hroub - cross by Ferguson
131

1  A.  Well, I didn't exactly say so.  What I said, they offered

2  this interim solution -- which is two-state solution --

3  followed by long-term hudna -- long -- long-term truce -- in

4  which a new atmosphere will emerge between the two people and

5  upon which they can create final and sustainable solution.

6  BY MR. FERGUSON:

7  Q.  You said it's an interim solution, correct?

8  A.  Yes.

9  Q.  Okay.

10      You discussed in your testimony that from 1967 to

11  1987, Israel occupied the West Bank and Gaza; is that right?

12  A.  Yes.

13  Q.  From 1948 to 1967, was Israel in control of the West Bank

14  or Gaza?

15  A.  No.

16  Q.  The Israeli government or military didn't occupy those

17  lands; is that right?

18  A.  That's right.

19  Q.  The Palestinians didn't have a government -- or they

20  didn't govern themselves -- in the West Bank or Gaza from 1948

21  to 1967, when Israel wasn't there; isn't that correct?

22  A.  At the time, they sought unification with Jordan.

23  Q.  The Palestinians didn't have self-rule in the territories

24  even when Israel wasn't occupying them; isn't that true?

25  A.  That's true.

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 132 of 209
Hroub - cross by Ferguson
132

1  Q.  In fact, the Palestinians in the Gaza Strip were -- I

2  think, in your words in your books -- under Egypt's total

3  control; isn't that right?

4  A.  More or less.

5  Q.  Egypt's an Arab country?

6  A.  Yes.

7  Q.  And, in 1978, Egypt entered into a formal peace agreement

8  with Israel recognizing the existence -- the legal existence

9  -- of the State of Israel --

10        MR. MOFFITT:  Objection.

11  BY MR. FERGUSON:

12  Q.  -- is that correct?

13        THE COURT:  I did not hear you, Mr. Moffitt.

14        MR. MOFFITT:  Objection.  Relevancy as to what Egypt

15  may have done.

16        MR. DEUTSCH:  And I agree.

17        THE COURT:  Sustained.

18  BY MR. FERGUSON:

19  Q.  You only used the term "occupied" with respect to the Jews

20  in Israel over West Bank and Gaza, not with respect to Egypt

21  or Jordan; isn't that true?

22        MR. MOFFITT:  Objection.  Again, the same -- this is

23  typical --

24        MR. FERGUSON:  Judge --

25        MR. MOFFITT:  -- of the same question.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 133 of 209
Hroub - cross by Ferguson
133

 1          MR. FERGUSON:  -- this is --

 2          MR. DEUTSCH:  Nobody used the word "Jews in Israel."

 3  He used the word "Israelis."

 4          MR. FERGUSON:  Fine.  Israelis.

 5          MR. MOFFITT:  I still object.

 6          THE COURT:  Okay, but what about the Egypt issue?

 7          MR. FERGUSON:  Under the very same circumstances --

 8  no government and an outside entity controlling all affairs of

 9  these territories -- this witness doesn't use the term

10  "occupation."

11  BY THE WITNESS:

12  A.  Maybe I can --

13          MR. FERGUSON:  I think it shows bias, Judge.

14          THE COURT:  Wait.

15          MR. MOFFITT:  I --

16          THE COURT:  There is an objection.

17          MR. MOFFITT:  I object.  The United Nations has said

18  that this was an occupation.  There was a United States --

19  United Nations -- resolution with regard to the Israeli

20  occupation.  There was no United Nations resolution on it.

21  He's using a term that -- a term of art that -- has been used

22  in international law circles.

23          MR. FERGUSON:  That's the witness' term, Judge.

24          MR. MOFFITT:  It's not the witness' term.

25          THE COURT:  What is the relevance of this?

1        MR. FERGUSON:  Bias, Judge.

2        THE COURT:  Overruled.

3        You may answer.

4   BY THE WITNESS:

5   A.  Well, number one --

6   BY MR. FERGUSON:

7   Q.  "Yes" or "No," sir, you don't -- you have not used the

8   term "occupied" with reference to Egypt's and Jordan's control

9   over the West Bank and Gaza; isn't that correct?

10  A.  Because we didn't talk about that.

11  Q.  Isn't that correct?

12  A.  We didn't -- no, no, this is different.  This is

13  different.

14        First of all, the Palestinians voluntarily get into

15  unity with Jordan.  So, that wasn't occupation.

16        Number two, even it was occupation, does this give

17  legitimacy to the Israel occupation?  So, if I occupy -- if

18  number X occupies the Palestinians, so number Y has the

19  legitimacy to occupy the Palestinians?

20  Q.  You don't use the term "occupied" for that, correct?

21  A.  What I said, even if it was occupation --

22  Q.  Sir, "Yes" or "No"?

23  A.  Even if it was occupation --

24  Q.  "Yes" or "No"?

25  A.  No.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 135 of 209
Hroub - cross by Ferguson
135

1   Q.   Hamas itself was founded in December of 1987; is that

2   correct?

3   A.   Correct.

4   Q.   And it grew out of the Muslim Brotherhood?

5   A.   Correct.

6   Q.   In fact, the founding members of Hamas were the leaders of

7   the Muslim Brotherhood in Gaza; isn't that true?

8   A.   True.

9   Q.   Sheikh Ahmed Yasin, the founding father of Hamas?

10  A.   True.

11  Q.   He was its spiritual leader until the time of his death in

12  2004?

13  A.   Yes, more or less.

14          MR. DEUTSCH:  His assassination.

15          MR. FERGUSON:  Judge --

16          THE COURT:  Mr. Deutsch --

17          MR. DEUTSCH:  Sorry.

18          THE COURT:  -- please keep your comments to yourself.

19  BY MR. FERGUSON:

20  Q.   And Sheikh Ahmed Yasin had been the head of the political

21  bureau of the Muslim Brotherhood in the 1980s up to the time

22  that Hamas was founded; isn't that true?

23  A.   There wasn't anything called political bureau of the

24  Muslim Brotherhood, but he was -- yes, he was -- the leader of

25  the Muslim Brotherhood.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 136 of 209
Hroub - cross by Ferguson
136

1    Q.  Sir, in your book, "Hamas, Political Thought and

2    Practice," do you recall writing, "Sheikh Ahmed Yasin, who

3    is -- "

4             MS. THOMPSON:  Page, counsel?

5             MR. FERGUSON:  Sorry.  Page 35.

6    BY MR. FERGUSON:

7    Q.  "Sheikh Yasin, who was the head of the Brotherhood's

8    political bureau in the Gaza Strip for a long time, became the

9    founding father and spiritual leader of Hamas."

10            Is that what you wrote based on your scholarly

11   research?

12   A.  Yes, I did.

13   Q.  Salah Shahadah was also one of the founders of Hamas in

14   December of 1987; isn't that true?

15   A.  True.

16   Q.  Salah Shahadah was also a member of the Muslim Brotherhood

17   political bureau under Sheikh Yasin; isn't that correct?

18   A.  True.

19   Q.  He was also the Director of Student Affairs at Islamic

20   University in Gaza in the mid-1980s; isn't that true?

21   A.  I can't actually remember.  I mean, if I've written this

22   in my book, it should be true.  I mean, that was in the year

23   2000.  I can't remember the names and the titles.

24   Q.  The Islamic University of Gaza was founded by Muslim

25   Brotherhood members as an institution of higher education that

1   would teach in accordance with Islamic precepts; isn't that

2   true?

3   A.  Not in all disciplines.  It depends.

4   Q.  But in most?

5   A.  Well, religion, Sharia law.  But when it comes to

6   mathematics and physics or civil engineering, it's no.  So, it

7   depends on the subject.

8   Q.  You testified that the Muslim Brotherhood, during the

9   period that preceded the establishment of Hamas in December of

10  1987, wasn't involved in and steered clear of military

11  activities.

12          Do you recall that testimony?

13  A.  Their overarching policy and strategy was that, yes.

14  Q.  Well, are you saying that it was involved in military

15  activities?

16  A.  No.  What I'm saying is that is their policy.  And there

17  might be this incident or that incident militarily, but that

18  that -- that -- doesn't contradict -- or, I mean, it doesn't

19  deviate -- with the strategy.  You have a strategy or policy.

20  Sometimes you have exceptions.

21  Q.  Isn't it true that while Sheikh Yasin was heading the

22  political bureau of the Muslim Brotherhood in the period

23  immediately preceding Hamas, that he was also involved in

24  secret military activities?

25  A.  To a certain extent, yes.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 138 of 209
Hroub - cross by Ferguson
138

1    Q.   Sheikh Yasin and some of his Brotherhood colleagues

2    actually were arrested and convicted in the mid-'80s on

3    charges of possessing arms and planning military operations;

4    isn't that correct?

5    A.   Correct.

6    Q.   And that was part of what you've characterized as a small

7    and secret military apparatus to acquire a cache of arms and

8    prepare for military action by the Brotherhood; isn't that

9    right?

10   A.   Correct.

11   Q.   And isn't it also true, based on your prior research and

12   studies, that top leaders of the Brotherhood, from 1984 to

13   '87, led by Sheikh Ahmed Yasin embraced the principle of armed

14   resistance?  Isn't that true?

15   A.   They were leading themselves or heading towards that.  I

16   mean, in those years, prior to the intifada -- we are talking

17   about '84, '85, '86 to '87 -- they were, in certain ways,

18   preparing themselves to the change of policy within the

19   movement.

20   Q.   I'm not sure if you're agreeing or disagreeing with the

21   proposition.

22        Haven't you written the top leaders in that 1984-to-

23   1987 period, top leaders led by Sheikh Ahmed Yasin embraced

24   the principle of armed resistance?

25   A.   Well, as I said, I mean, I said -- I said -- they were

Hroub - cross by Ferguson

139

1    preparing themselves for the military confrontation with the

2    Israeli occupation, yes, between the '84 and -- and -- '87.

3    Q.  Is that a "Yes"?

4    A.  Because when you say "embrace" --

5    Q.  Sir, let me --

6    A.  -- as if -- as if --

7    Q.  Let me --

8    A.  -- they are doing actions --

9    Q.  Let me show you --

10   A.  Yeah.

11          Well, I know what I wrote.

12   Q.  -- the passage in your book.

13          THE COURT:  What page?

14          MR. FERGUSON:  That's Page 34.

15   BY MR. FERGUSON:

16   Q.  Starting right here (indicating).

17          (Document tendered.)

18   BY MR. FERGUSON:

19   Q.  You've written, sir --

20   A.  Well, I'm --

21   Q.  -- "Top leaders -- "

22   A.  Yes.

23   Q.  " -- led by Sheikh Yasin -- "

24   A.  This is what I said.

25   Q.  " -- embrace -- " your words, "embrace" " -- the principle

Case 1:03-cr-00978  Document 1067   Filed 01/05/09  Page 140 of 209
Hroub - cross by Ferguson
140

 1  of armed resistance."

 2        Those are your words in your book based on your

 3  research; "Yes" or "No"?

 4  A.  This is not a discovery.  What I said is a --

 5  Q.  Sir, are those the words that you wrote in that book?

 6  A.  Yes, they are my words.  Yeah.

 7  Q.  Thank you.

 8  A.  Let me -- let me -- tell --

 9  Q.  Thank you, sir.

10  A.  This is the building --

11  Q.  Thank you, sir.

12  A.  -- of a new --

13        MR. DEUTSCH:  Judge, can he explain his answer?

14        THE COURT:  You can redirect him on that.  I think he

15  was reading additional, not explaining.

16  BY MR. FERGUSON:

17  Q.  And you've characterized, haven't you, based on your

18  research on Hamas, that the activities that resulted in Sheikh

19  Yasin's arrest and conviction in the middle 1980s was that

20  group's "first operational military attempt"; isn't that

21  right?

22  A.  That's right.

23  Q.  And it's also the case that those activities involving

24  Sheikh Yasin had the distinction of being an operation under

25  the personal direction of the top echelon of the Brotherhood,

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 141 of 209
Hroub - cross by Ferguson
141

1    not a mere adventure mounted by secondary or marginal groups;

2    isn't that right?

3    A.   Right.

4    Q.   I want to direct your attention back to Salah Shahadah.

5            He, also, was involved in military activities while

6    he was a member of the political bureau of the Muslim

7    Brotherhood under Sheikh Yasin in those middle 1980 years

8    right up to the founding of Hamas; isn't that correct?

9    A.   Correct.

10   Q.   He, too, was arrested and jailed in connection with those

11   activities in the middle 1980s; isn't that right?

12   A.   Right.

13   Q.   And after he was released for those military activities is

14   when he went to work as the student director at Islamic

15   University of Gaza; isn't that right?

16   A.   I can't recall, but maybe.

17   Q.   And at the same time he was part of the political branch

18   of the Muslim Brotherhood under Sheikh Yasin just prior to the

19   founding of Hamas, and while he was Director of Student

20   Affairs at Islamic University in Gaza, he also was the

21   organizer of a secret military cell called Group No. 44; isn't

22   that correct?

23   A.   I can't really recall.  I mean, if it's in my book, then

24   that's -- yes.

25   Q.   Now, you take my word for it, that your book says --

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 142 of 209
Hroub - cross by Ferguson
142

1   A.  I take your word for it, but --

2   Q.  -- "Group No. 44 organized by Sheikh Salah -- "

3           MR. MOFFITT:  What page?

4   BY MR. FERGUSON:

5   Q.  " -- by Salah Shahadah -- "

6           MR. FERGUSON:  On Page 30- --

7           MR. MOFFITT:  What page, sir?

8           MR. FERGUSON:  I'm sorry, sir.  Page 35.

9   BY MR. FERGUSON:

10  Q.  " -- organized by Salah Shahadah in 1986"?

11  A.  Then that's fine, yeah.  I can't memorize every single

12  sentence in there.

13  Q.  And it's the case that Group No. 44, and other military

14  cells organized by the Muslim Brotherhood at that time, was

15  involved in operations such as planting explosives, firing on

16  Israeli patrols and liquidating Israeli agents; isn't that

17  right?

18  A.  If it's written, then that's correct.

19  Q.  Would you like to see it?

20  A.  No, no, I take your word for it.

21  Q.  And from all of that and other literature that you

22  researched, did you come to the assessment that it all

23  indicated that in the second half of the '80s, the Brotherhood

24  had acquired the organizational capacity and sufficient

25  following to engage in jihad?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 143 of 209
Hroub - cross by Ferguson
143

1   A.   Yes.

2   Q.   Now, there are various accounts of, for lack of a better

3   word, what the precipitating event or flash point for the

4   intifada was; is that correct?

5   A.   Okay.

6   Q.   But, at bottom, it involved the killing of an Israeli

7   settler in a Gaza public square area, which Israel responded

8   to with stepped-up military presence; isn't that right?

9   A.   Well, the chronology is maybe disputed because -- but

10  anyway, I mean, that's the -- that's the -- that's the --

11  atmosphere that led to the intifada.

12  Q.   Okay.

13          And that quick sequence of events led to street

14  demonstrations that spread across Gaza and, then, over to the

15  West Bank; is that right?

16  A.   Yes.

17  Q.   And within a day or so of that outbreak, the Muslim

18  Brotherhood political bureau -- that included Sheikh Yasin and

19  Salah Shahadah -- met, and it was from that meeting that the

20  Muslim Brotherhood members established Hamas; is that right?

21  A.   Right.

22  Q.   And present at that meeting was also Abdel Aziz

23  Al-Rantisi; is that right?

24  A.   Correct.

25  Q.   Now, as a general policy matter, you testified, again,

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 144 of 209
Hroub - cross by Ferguson
144

1    that the Muslim Brotherhood was not engaged or to be engaged

2    in military activities immediately preceding the outbreak of

3    the intifada; isn't that right?

4    A.   Right.

5    Q.   But isn't it also the case -- isn't it actually the

6    case -- that there were numerous components of what would be

7    the basic branches of Hamas that were already in existence

8    prior to the outbreak of the intifada, that carried into the

9    new organization?

10   A.   Only in the social side because we are talking about a

11   history that starts from 1946 to 1984 when the preparation of

12   military confrontation is started.

13   Q.   Only the social side, though; is that --

14   A.   The social side --

15   Q.   -- your testimony?

16   A.   -- yes, was widely spread.

17   Q.   Well, is the security apparatus part of the social side?

18   A.   No, it is not.

19   Q.   Well, haven't you written that the security apparatus

20   known as the Majd -- or "glory" in English -- that functioned

21   in Hamas' early history as the security apparatus for Hamas,

22   predated Hamas and was part of the Brotherhood and the

23   security apparatus of the Brotherhood dating back to 1983?

24   A.   The security apparatus has to do with collaborators with

25   the Israeli military.  So, they have to -- to -- know them.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 145 of 209
Hroub - cross by Ferguson
145

1    They have to be aware of them.

2           So, yes, the security apparatus might not have direct

3    relationship with the social work, of course; but, from

4    organizational perspective, they thought that they have to be

5    careful and aware and vigilant of the Israeli agents in the

6    Gaza Strip and the West Bank.

7    Q.  So, there were elements of Hamas more than the social

8    branch that existed in a precursor form in the Brotherhood,

9    right?

10   A.  If we are talking about the mid-'80s, yes.  '85.

11          THE COURT:  Mr. Ferguson, let us take our afternoon

12   break.

13          MR. FERGUSON:  Thank you, Judge.

14          THE COURT:  We will pick up at 3:15.

15          (Jury out.)

16          MR. DEUTSCH:  Judge, there's a lot of room outside --

17   people outside -- and they're reserving the whole front row

18   for reporters and we don't have any reporters.  Can we let the

19   people sit in the front row?

20          Oh, they all went up to the other.  Sorry.

21          THE COURT:  Okay.

22          Is there anybody else in the hall, Jim?

23          SENIOR INSPECTOR SMITH:  No.

24          THE COURT:  All right.

25          Bring in the jury, please.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 146 of 209
Hroub - cross by Ferguson
146

1        (Jury in.)

2        THE COURT:  You may be seated.

3        Mr. Ferguson, you may continue.

4        MR. FERGUSON:  Thank you, Judge.

5   BY MR. FERGUSON:

6   Q.  Mr. Hroub, just before we broke, you had testified that it

7   was really the social branch of the Brotherhood that carried

8   on into Hamas.  And, then, we discussed the fact that the

9   security apparatus from the Brotherhood carried forward into

10  the Hamas elements.

11       In your answer, sir, you used the term

12  "collaborators," and the security apparatus identifying

13  collaborators.

14       What are collaborators?

15  A.  A collaborator, he is a Palestinian -- he or she is a

16  Palestinian -- who would do service to the Israeli military in

17  different aspects.  Basically, servicing the Israeli military

18  establishment against the Palestinian community.

19  Q.  And this security apparatus, the Majd, they try to

20  identify -- they tried to identify -- these collaborators?

21  A.  Yes.  To know them, to be vigilant of them, and to know

22  their functioning.

23  Q.  In discussing the activities of the secret military cells

24  of the Brotherhood in the mid-1980s up to the founding of

25  Hamas, you characterize their operations -- and we spoke of it

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 147 of 209
Hroub - cross by Ferguson
147

1    a little earlier -- as including liquidating Israeli agents.

2           Is that a reference to collaborators?

3    A.  In certain aspects, yes.

4    Q.  And, so, these Muslim Brotherhood units would seek to kill

5    collaborators?

6    A.  That's in -- in -- the documents.  However, in practice,

7    they seldom implemented this policy.

8    Q.  But you wrote that their operations included liquidating

9    --

10   A.  Yeah --

11   Q.  -- Israeli agents?

12   A.  -- because -- according to their documents, yeah.

13   Q.  Okay.

14          So, beyond the social branch, there is this security

15   apparatus that -- you would agree that's not part of the

16   social branch or organization, correct?

17   A.  Yeah, more or less.

18   Q.  All right.

19          But there are also other component branches of Hamas

20   that predated the actual establishment of Hamas on December,

21   1987; and, that included the military apparatus, too, didn't

22   it?

23   A.  Yeah.  I mean, as I said, it was internal transformation.

24   You have the Muslim Brotherhood, widespread movement.  This

25   movement transformed itself into Hamas.  So, whatever has been

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 148 of 209
Hroub - cross by Ferguson
148

1   there before the establishment of Hamas was carried over in

2   the face of Hamas.  So, yes.

3   Q.  But it wasn't just the social branch, correct?  It

4   included the security branch and --

5   A.  Yes.

6   Q.  -- the military apparatus?

7   A.  Yes.  Yes.

8   Q.  And the military apparatus that was in the Brotherhood and

9   that carried over, your work drew you to the conclusion that

10  their activities included targeting collaborators, gathering

11  intelligence, and creating an infrastructure of arms storage

12  for future years; is that right?

13  A.  Right.

14  Q.  And that included specifically an entity called the

15  Palestine Mujahideen; is that right?

16  A.  Right.

17  Q.  And there were actual operations that had been attributed

18  to the Palestine Mujahideen when it was under the Brotherhood

19  before the formation of Hamas; is that right?

20  A.  Right.

21  Q.  And Salah Shahadah was one of the founders and directors

22  of this unit; is that right?

23  A.  I think so.  I mean, if it's in the book, yeah.  Yeah.

24  Q.  Okay.

25          And the Palestine Mujahideen -- that was in the

1 Brotherhood and carried into Hamas after its establishment --

2 was the organization that had cells that carried out the

3 kidnappings and murders of Avi Sasportas and Ilan Sa'doan in

4 1989; isn't that right?

5 A.  I don't know about if they were the same cells; but, yes,

6 they were kidnapped by Hamas.

7 Q.  And Sheikh Yasin was arrested and convicted for conspiracy

8 in connection with those two operations, right?

9         MR. MOFFITT:  Objection.  Relevance.

10         MR. FERGUSON:  There has been a characterization by

11 the defense that Hamas was engaged simply in social activities

12 and the defendants --

13         THE COURT:  Objection overruled.

14         MR. FERGUSON:  -- were not on notice.

15         THE COURT:  Overruled.

16 BY MR. FERGUSON:

17 Q.  Sheikh Yasin was arrested in a conspiracy in connection

18 with the kidnappings and murders of Sasportas and Sa'doan,

19 correct?

20 A.  Correct.

21 Q.  And months after the founding of Hamas in 1987, in 1988

22 Salah Shahadah -- who was involved in all of these military

23 activities while in the political branch of Hamas and while

24 being a founding father of Hamas -- was, again, arrested for

25 carrying on military activities; is that right?

1  A.   Correct.

2  Q.   And from prison, he became a founder and the first

3  mastermind for the Iz Al-Din Al-Qassam Brigades, which was the

4  formal military wing of Hamas established around 1990; is that

5  right?

6  A.   Maybe a bit later than that.

7  Q.   And, so, in addition to the social branch and the military

8  apparatus and the security apparatus, Hamas was also formed by

9  members of the political branch of the Muslim Brotherhood in

10 Gaza, right?

11 A.   Right.   This --

12 Q.   And, so, the political branch itself from the Brotherhood

13 carried forward into the political branch of Hamas?

14 A.   Yes.

15 Q.   And these different spheres or streams or branches of

16 activity of the Brotherhood, committees of the Brotherhood,

17 pretty much mirrored how Hamas set itself up after its

18 establishment; isn't that right?

19 A.   It's difficult to say "Yes," because when they transformed

20 themselves into Hamas, they have -- they have -- restructured

21 themselves in -- in -- ways that were convenient to the new

22 stage.   So, during their Muslim Brotherhood phase, things were

23 peaceful more or less, say; but, when they became Hamas, the

24 confrontational, say, methodology or methods have been

25 adopted.   Consequently, they have changed some of their

1    internal structuring.

2    Q.  Tracking collaborators and liquidating them, that was

3    peaceful?

4    A.  Well, I said -- I mean, more or less the main policy, if

5    you go back to their -- in the '60s, '70s, early '80s, all

6    these things, they haven't been there.  So, the policy -- yes,

7    the policy -- was peaceful.  There has been some -- some, I

8    would say -- exception to this policy.  But this doesn't

9    affect the overarching attitude of the Muslim Brotherhood

10   during those years.

11   Q.  Planting explosives and firing on Israeli patrols, that

12   was peaceful?

13   A.  Well, I will repeat the same thing.  These incidents took

14   place in '84, '85; but, prior to that, back to 1946 -- you

15   have more than 40 years -- yes, it was peaceful.

16   Q.  Now, you indicated on direct, in direct testimony, that

17   the Hamas charter is, comparatively speaking, an irrelevant

18   document for the organization for much of its history; is that

19   right?

20   A.  Yes, I did.

21   Q.  And the charter indicates that jihad is one of the methods

22   through which Hamas would pursue its objectives, correct?

23   A.  Correct.

24   Q.  And the jihad is designed to prevent the infidels from

25   ruling over the land of Islam.  And that's from the charter;

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 152 of 209
Hroub - cross by Ferguson
152

1    is that right?

2    A.  I think so, yes.

3    Q.  And death, dying in the service of jihad, would qualify an

4    individual as a martyr; isn't that correct?

5    A.  Yes, as in the charter.

6    Q.  As in the charter.

7         And it's your position that since Hamas took control

8    of the Palestinian Authority after the elections in 2006, it

9    hasn't expressed a single word of the old rhetoric of the

10   charter or issued any ill-considered slogans; is that right?

11   A.  More or less, apart from some statements you can pick for

12   this -- pick on this leader or that leader.

13   Q.  But that's what you wrote in your "Hamas -- "

14   A.  Uh-huh.

15   Q.  " -- A Beginner's Guide."

16        You would regard Ismail Haniyeh as a Hamas leader,

17   correct?

18   A.  Correct.

19   Q.  And you're aware that in recent weeks, he returned from an

20   international trip to places like Iran to raise funds?

21        MR. DEUTSCH:  Judge, objection.  I think that is

22   intentionally prejudicial.  It does not involve the charters

23   in this case.  The indictment ends at the time these people

24   were charged in 2004.  Now he's interjecting fundraising in

25   Iran.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 153 of 209
Hroub - cross by Ferguson
153

1          THE COURT:  Sustained.

2          Let us -- it is the end of 2006.

3   BY MR. FERGUSON:

4   Q.  And would it change your view, sir, as to whether Hamas

5   has not expressed a single word of the old rhetoric of the

6   charter or issued any ill-considered slogans to know that just

7   this last Friday, as published in video and audio and print

8   media around the world, Mr. Haniyeh stated, "We have joined

9   this movement to become martyrs and not ministers"?

10          Does that change your view at all about the

11  utilization of terms of the charter or ill-considered slogans

12  by Hamas leaders?

13  A.  It doesn't.  It confirmed my view that in certain places

14  when they want fundraising, when they want mobilization, they

15  would gear up the rhetoric.  In certain other places, when

16  they need to be more pragmatic and political, they will adopt

17  political stance.

18  Q.  But, sir, your words were, "Hamas hasn't expressed a

19  single word."  Isn't that an expression of the sentiment

20  utilizing specific language that comes from the charter?

21  A.  In -- in -- my discussion in the book, the context was

22  discussing the new documents of Hamas.  I mentioned that in

23  the new documents of Hamas, the electoral platform, the -- the

24  -- the -- cabinet program, when they won the elections, the

25  government should present a program to the Parliament.

1          When they presented this program, when they presented

2     a national unity government program for other Palestinian

3     organizations, not a single word of the charter was included

4     in these three documents.

5          So, yes, in -- in -- the new formation prior and

6     around the government, Hamas adopted the pragmatic political

7     language so that to include others within the government.

8     Q.  Would it surprise you that there's no mention of new

9     documents in reference to that passage?

10          MR. MOFFITT:  Could we have a --

11    BY THE WITNESS:

12    A.  Well, see the tab -- the white tab.

13    BY MR. FERGUSON:

14    Q.  Page 39.

15    A.  Well, see the white tab.  I mean, this is my book.

16          (Document tendered.)

17          (Brief pause.)

18    BY THE WITNESS:

19    A.  There is whole chapter about the new documents of Hamas.

20    BY MR. FERGUSON:

21    Q.  There is a chapter, but that phrase isn't used in that

22    chapter, is it?

23          There's nothing about new documents in relationship

24    to what we have -- what -- that passage we have just been

25    speaking about.  Not a word?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 155 of 209
Hroub - cross by Ferguson
155

1   A.   Well, you can move on a few pages after.

2   Q.   And when Mahmoud Zahar said, on the day that Palestinian

3   elections were held and Hamas won its first electoral victory,

4   that the movement would not change a single word in its

5   charter, that's not a single word of the old rhetoric of the

6   charter or issuance of any ill-considered slogans?

7   A.   Well, still, I told you, I mean, they would use so many

8   statements in rallying.  They are celebrating the elections.

9   Everybody's surrounding them -- their supporters, the millions

10  of people, you know, inside and outside Palestine -- saying

11  Hamas has won the elections.

12         The first speech, they would say -- naturally and

13  common sense, they would say -- we will stay the same movement

14  before and after the elections.  So, for me, it's complete

15  rhetoric.

16  Q.   Are you saying that none of the provisions of the charter

17  have any relevance today or that the charter in its entirety

18  stopped being relevant for the organization --

19  A.   Well, I --

20  Q.   -- throughout its history?

21  A.   I didn't say that.  I said the charter as it is, as a

22  document, from A to Z is now very insignificant in Hamas'

23  literature.  They have produced -- over the many years, they

24  have produced -- so many documents, so many literature, for me

25  it's more significant and more in functioning in the daily

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 156 of 209
Hroub - cross by Ferguson
156

1    political life of the movement.

2    Q.   Article 8 of the charter -- sir, I'm going to give you

3    your book that contains the charter, correct, in the appendix?

4    A.   (Nodding.)

5          (Document tendered.)

6    BY MR. FERGUSON:

7    Q.   And is this your translation of the charter?

8    A.   Yes.

9    Q.   Article 8 is the slogan of the organization Hamas; is that

10   right?

11   A.   Yes.

12   Q.   The slogan is, "God is its goal, the messenger is its

13   leader, the Koran is its constitution, jihad is its

14   methodology, and death for the sake of God is its most coveted

15   desire."

16          "God" here is Allah; is that correct?

17   A.   Correct.

18   Q.   "And the messenger is its leader."  That's the Prophet

19   Mohammed?

20   A.   Correct.

21   Q.   "And jihad is its methodology."  And that's a reference to

22   violent struggle; is it not?

23   A.   Not necessarily, because jihad is very broad definition

24   that incorporates so many things, including military action.

25   Q.   Okay.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 157 of 209
Hroub - cross by Ferguson
157

1       So, it includes violence?

2   A.  For Hamas, resistance.

3   Q.  Well, the next passage, "Death for the sake of God is its

4   most coveted desire," doesn't that mean martyrdom?

5   A.  Yes.

6   Q.  Isn't that passage consistent with Ismail Haniyeh's

7   comments, "We have joined this movement to become martyrs and

8   not ministers"?

9   A.  Well, martyrs and martyrdom, these are concepts that --

10  that -- are used in -- in -- in -- in -- I would say, in the

11  very common -- not very common, but commonly used by so many

12  people in -- in -- Muslim atmosphere.

13      So, they would say, "Well, I would love to be a

14  martyr."  A martyr in Islam is somebody who might even drown

15  in the sea.  He's a martyr.  Somebody who might lost his life

16  unfairly, he would be a martyr.  So, the concept is very

17  broad.

18      And when you limit it to military connotation, you

19  don't actually make justice to the whole -- to the whole --

20  concept and people would seem like they -- they -- love only

21  to die and this lust for death.  It's different.

22      I mean, in Arabic -- I mean, I -- I -- struggled hard

23  in translating these phrases because in Arabic, they have

24  wider and broader connotation.  When you say "jihad," I am --

25  I am -- I am -- working and earning my daily living, this is

1    jihad.  This is in Islam.  This is jihad.  In the eyes of God,

2    from religious perspective, you are doing jihad.  So, jihad is

3    multi-dimensional, multi-definitional, if you like, concept.

4    You can apply everything.

5          I am not saying, I am not trying to say, that this

6    doesn't mean or doesn't include military action.  It does.

7    But there is a difference between limiting the concept to

8    military action or having the military action as one of the

9    meanings of the broad concept.

10   Q.  Well, let's take jihad as a very broad concept.  It can

11   include all sorts of acts of betterment?

12   A.  Of?

13   Q.  Of betterment --

14   A.  Yeah.

15   Q.  -- improvement, correct?

16         So, acts undertaken as a minister of government to

17   better the circumstances of people, populus in your society,

18   that would certainly be included in that very broad concept of

19   jihad; would it not?

20   A.  Yes, it would, yeah.

21   Q.  But Ismail Haniyeh distinguished martyrdom from being a

22   minister, didn't he?

23         There is a notion of violence and giving your life,

24   dying in fighting, in violent fashion, jihad.  That's what's

25   being referenced here, isn't it?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 159 of 209
Hroub - cross by Ferguson
159

1           MR. MOFFITT:  Objection.

2   BY THE WITNESS:

3   A.  Well, in this --

4           MR. MOFFITT:  That's compound question.

5   BY THE WITNESS:

6   A.  -- context, of course --

7           MR. MOFFITT:  There's at least three questions.

8           THE COURT:  Sustained.

9           Rephrase your question.

10  BY MR. FERGUSON:

11  Q.  Ismail Haniyeh's reference to martyrdom tracks the

12  reference to death for the sake of God in the charter, doesn't

13  it?

14  A.  For Ismail Haniyeh and so many Hamas members, when they

15  say -- when they talk about martyrdom, what you call violence

16  for them is resistance against military occupation.  And they

17  are not hiding or shying away from this.  They say, "We -- our

18  name is the Islamic Resistance Movement, and our goal is to

19  resist and even die in facing this occupation."  This is --

20  there is no secret about this.  They are not hiding this.  And

21  they keep repeating this day and night.  So, I can't actually

22  see the point.

23          Well, yes, they -- they -- link martyrdom with

24  serving the government, with doing social work, with so many

25  things.  But all in all, they bring together all these kind of

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 160 of 209
Hroub - cross by Ferguson
160

1    actions under the broad concept of resistance, resisting the

2    occupation.  They think by delivering social work, they are

3    resisting the military occupation.  In every single aspect of

4    their activity, they think this is part of an overarching

5    resistance movement.

6    Q.  I direct your attention to Article 13, "Peaceful Solutions

7    Initiatives and International Conferences."

8           And, again, this is your translation.  I direct you

9    to the passage that reads, "The initiatives.  What is called a

10   'peaceful solution' and 'international conferences' to resolve

11   the Palestinian problem are contrary to the ideology of the

12   Islamic Resistance Movement because giving up any part of

13   Palestine is like giving up a part of religion."

14          And, in fact, to this day and throughout its history,

15   Hamas has never publicly participated in any international

16   peace conference regarding a resolution of the

17   Palestinian-Israeli conflict that would provide for the

18   existence of Israel as a historical final matter in the

19   future; isn't that right?

20   A.  First of all, as I said, this is more or less irrelevant

21   to Hamas' position nowadays because this charter was written

22   by one single man.

23          Secondly, not only Hamas did not participate in the

24   peace efforts and Oslo agreements and others, you have nine

25   more Palestinian organizations who have adopted the same --

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 161 of 209
Hroub - cross by Ferguson
161

1    the same -- political line.

2            So, it's not from purely religious perspective that

3    Hamas rejected the peace deals.  They think they compromise on

4    the major national aspirations of the Palestinians, as many

5    other Palestinians do.

6    Q.  The fact is, the charter says it's against Hamas'

7    principles to engage in these peace conferences, peaceful

8    solutions and international conferences and, in fact, Hamas

9    never has participated in one; isn't that right?

10   A.  But Hamas engaged in different kinds of negotiations and

11   talks, back channels and so many, I would say, secret

12   negotiations that I am aware of that goes completely against

13   this charter thing.

14           So, this is why, in my view, this is -- this is --

15   insignificant document.  It doesn't apply to Hamas nowadays,

16   as I understand it.

17   Q.  And would it change your opinion about the irrelevance of

18   this particular passage of the charter to know that Sheikh

19   Ahmed Yasin, as quoted by the BBC in October of 2000, stated,

20   "The restoration of our rights and realization of peace will

21   not be achieved except through resistance, not through

22   negotiations.  We will continue to march along the path of

23   either victory or martyrdom.  The Palestinian people cannot

24   tolerate the relinquishment of any part of Jerusalem or any

25   inch of Palestine, nor can they accept re-settlement in lieu

1  of their right to repatriate their homeland, Palestine"?

2         Isn't that pretty much straight out of the charter?

3  A.  Well, you have -- yes, it is just out -- I mean, you can

4  have other statements, even more stronger than this one.  And,

5  again, I compare them -- I keep comparing them -- with what

6  Hamas' people nowadays negotiating with European Union in Gaza

7  Strip.  They negotiate the four conditions with the Quartet

8  people.  So, they -- they -- have completely different

9  mindset.

10         When you talk to people who -- of Hamas who -- speak

11  that we need to sit with the Europeans and we need to open

12  channels with Americans so that to sort out parameters for

13  two-state solution, this is Hamas people, as well, as well as

14  Ahmed Yasin and other people are Hamas people.

15  Q.  The charter says, "Giving up any part of Palestine is like

16  giving up a part of religion," correct?

17  A.  Yes, it says so.

18  Q.  And would it change your view as to the relevance of the

19  charter to know that Abdel Aziz Al-Rantisi, in December of

20  2000, as quoted in the BBC said, "Hamas' stand on political

21  settlements and Oslo and Camp David remains the same.  We do

22  not agree to relinquishing a single inch of homeland or any

23  right of the Palestinian people.  We fully reject any

24  settlement"?

25         Isn't that a reflection of what the charter says?

Hroub - cross by Ferguson

 1   A.  Actually, no.  This one -- specifically, this statement --

 2   because I am very aware of it, this statement is highly

 3   pragmatic and political.  Abdel Aziz Rantisi was raising

 4   only -- was raising the ceiling on negotiation.  And they

 5   think, pragmatically speaking, that they have to stick to

 6   their original position and they are not ready to give in any

 7   card before negotiating with Israel.

 8         So, why to give in some concessions even for free and

 9   without having anything in return?  This is what I keep

10   hearing from them when I interview them.

11         When I say, "Well, at least you haven't recognized

12   Israel.  You haven't -- you haven't -- done so-and-so," they

13   would reply to me, "We are not ready to give any free

14   concession just for the media -- for the sake of either

15   Western media or to please the Israelis -- without having

16   anything in return.  So, we are keeping our cause in our hands

17   until the moment comes."

18   Q.  And the position that is stated -- as reflected in

19   Mr. Rantisi's remarks, and as reflected in Sheikh Yasin's

20   remarks, and as reflected in Ismail Haniyeh 's remarks -- is

21   exactly what the charter says?

22   A.  In -- in -- my view, in the three principle documents that

23   Hamas has issued, prior to the elections and after the

24   elections, these are the new Hamas.  These are the most

25   significant documents that Hamas -- that Hamas -- could be

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 164 of 209
Hroub - cross by Ferguson
164

1   held against.

2           You have said in these documents that the whole

3   premise, the whole thesis of your political outlook is based

4   on the two-state solution clear-cut.  There is no contention.

5   No even controversy -- controversy -- about that.  So, the

6   whole thought in three major documents is about documented --

7   official documents -- presented to the Palestinians -- to the

8   Palestinian people, to the Palestinian Parliament, and to the

9   Palestinian parties -- saying, basically, "What we want is

10  two-state solution with a long truce after that."

11          This is -- this is, for me -- far more important than

12  journalistic statements quoted here and there and nobody knows

13  how reliable, how accurate or how -- how -- have been

14  translated or -- or -- other stuff.

15  Q.  So, we shouldn't hold the leaders of Hamas to their words

16  stated publicly; is that what you're saying?

17  A.  I don't say that.  Maybe you can.  I mean, I don't care.

18          But what I care about is the official documents

19  issued by Hamas.

20  Q.  And anything anyone else says doesn't make any difference

21  to you?

22  A.  Not saying that.  I'm not saying that.

23          What I said -- I said -- well, I know -- I know --

24  major very well.  I have -- I have -- come across so many

25  statements made by Hamas officials and non-Hamas officials

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 165 of 209
Hroub - cross by Ferguson
165

1    regarding Hamas issues.  And when I go back to the original

2    Arabic statement, I can tell you complete, complete

3    misunderstanding.  Complete even mistranslation,

4    misconception.

5            So, I am very careful in taking all these kind of

6    statements on face value.  I go to the original documents and

7    I rely on them.

8    Q.  In your 1996 article in the UASR-published Middle East

9    Affairs Journal, you described Hamas' organizational goals and

10   methods by quoting at some length from the charter.

11           In 1996, did you view the charter relevant,

12   therefore, to Hamas and what it was?

13   A.  I said it's insignificant.  This doesn't mean completely

14   irrelevant.

15           And, yes, of course.  I mean, I quoted -- I -- I

16   quoted the entire charter in my book, though I believe it's

17   very insignificant.  But, still, this document is issued by

18   Hamas and it's Hamas official document.  So, we can't simply

19   just ignore it and say, "Well, nothing there is called the

20   charter."

21   Q.  Hamas has thousands of official documents, doesn't it?

22   A.  Yes, it does.

23   Q.  And you chose five, maybe six of them to put in the

24   appendix of your book; isn't that right?

25   A.  Yeah, these are the most important ones.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 166 of 209
Hroub - cross by Ferguson
166

1    Q.   And that includes the charter?

2    A.   Includes the -- yes.  The charter is -- the charter is --

3    the first document issued by Hamas.  And the significance of

4    the charter comes and emanates from this fact.  So, it

5    wouldn't be an integral academic work if I simply ignored the

6    charter.  I ignored so many other documents.  But the charter,

7    from completely research point of view, should be included in

8    the book, of course.

9    Q.   This runs for about 25 pages.  You published it in its

10   full length, correct?

11   A.   Yeah.  So that people just like you can quote it.

12   Q.   This irrelevant document, you put it in your book, right?

13   A.   Yes.  Well, I am -- I keep repeating myself, I think.  I

14   think, well, it's important official document of Hamas; but,

15   practically speaking, it's insignificant.

16   Q.   Well --

17            MR. FERGUSON:  Permission to approach?

18            THE COURT:  You may.

19            MR. FERGUSON:  And I've approached a number of times

20   without asking, and I'll apologize for that.

21   BY MR. FERGUSON:

22   Q.   I'm handing you Government Exhibit Hroub UASR.

23            (Document tendered.)

24            MR. FERGUSON:  And I have copies.

25            MR. MOFFITT:  Thank you.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 167 of 209
Hroub - cross by Ferguson
167

BY MR. FERGUSON:

Q.  Is that the article that you published in the Middle East Affairs Journal in 1996?

A.  Yes, it is.

Q.  Published by the UASR?

A.  Yes, it is.

Q.  And in referencing the charter to describe the methods and objectives of Hamas in 1996, when this was published, you quoted it -- the charter -- at length, but you didn't say it was irrelevant, did you?

A.  Let me just go through the whole thing.  I mean, that was '96.

But, also, I quoted -- I quoted -- four more references, not only the charter, talking about the military action of Hamas.  So, I didn't limit my discussions with the charter or I didn't consider it as the final word of Hamas on the military action.

Q.  Has the chatter ever been revoked?

A.  Sorry?

Q.  Has the charter ever been revoked?

A.  No, not really.

Q.  Not really?

A.  Not really, no.

Q.  Has the charter ever been amended?

A.  No.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 168 of 209
Hroub - cross by Ferguson
168

1   Q.  Have any of its provisions been changed in any way?

2   Removed, modified, anything?

3   A.  Actually, Hamas tried at one point to amend the charter,

4   but they felt politically embarrassed.  They thought that if

5   they change the charter, this means -- this could send the

6   wrong message to their masses and supporters.

7         So, the -- I think the final sort of thought was, "We

8   just leave it as it is.  We try to downplay it, not quote it

9   frequently, and just leave it there in the shadow."

10  Q.  So, it's important to the masses and its supporters, is

11  what you're saying?  Do I hear --

12  A.  No.

13  Q.  -- that right?

14  A.  I said -- I said -- it will send the wrong message to the

15  masses because when you say, "Well, we are changing our

16  charter," this could be read by so many people as if the

17  movement is changing itself.

18        So, what I said is the message that could be read of

19  any step on changing the charter could be harmful for Hamas,

20  and this is why they opted for just keeping it as it is.

21  Q.  And all the words of its leadership in recent years --

22  A.  Sorry?

23  Q.  -- adopting or restating the charter --

24  A.  Say that, again.

25  Q.  All the words of its leadership stated publicly in recent

1    years reasserting essential provisions of the charter don't

2    make any difference in your opinion as to whether or not the

3    charter is relevant; is that right, "Yes" or "No"?

4    A.  No, because you have quoted four or five statements among

5    thousands of statements made by Hamas' leaders.  So, if you

6    put them into context and compare them to so many numerous

7    statements made by Hamas' leader, then you will see and you

8    will discover the insignificance of the charter over the past

9    years.

10            (Brief pause.)

11   BY MR. FERGUSON:

12   Q.  I'd like to discuss some the relationship -- testimony

13   regarding the relationship -- of the military with other wings

14   of Hamas.

15            Isn't it the case, sir, that the military takes its

16   guidance, in general terms, from the political branch of

17   Hamas?

18   A.  The military follows the strategy of Hamas.  Hamas, the

19   leadership -- say, the political -- say, the parliament of

20   Hamas, if you like -- they would draw the strategy of Hamas.

21   That is resisting the occupation.  And, according --

22   accordingly -- the military wing of Hamas will implement this

23   strategy.

24   Q.  So, I'm not -- I'm not -- sure I understand.  The Iz

25   Al-Din Al-Qassam Brigades or Battalions, are you saying it has

Hroub - cross by Ferguson

170

1    or hasn't acted under the general guidance --

2    A.   It has acted.

3    Q.   -- and parameters set forth by the political branch?

4    A.   It has acted.

5    Q.   Because the political leadership is the ultimate authority

6    in Hamas; isn't that right?

7    A.   Yes.

8    Q.   And all the other wings and all the other branches are

9    subject to the strategies and guidelines drawn by the

10   political bureau and its consultative council, correct?

11   A.   More or less, yes.

12   Q.   So, the political leadership in relation to Hamas'

13   military action decides whether at a certain period of time

14   the military should carry on or halt military operations, or

15   increase or reduce them; is that right?

16   A.   Right.

17   Q.   And throughout much of its history, however, the political

18   leadership has claimed that it knows nothing about specific

19   operations, specific times, specific locations, or specific

20   activities that are contemplated by the military branch; is

21   that right?

22   A.   Yes.   This is the general line.

23   Q.   And they do that for security reasons; isn't that correct?

24   A.   Correct.

25   Q.   If the political branch knows these details, then it's

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 171 of 209
Hroub - cross by Ferguson
171

1   going to be the subject of greater scrutiny and investigation;

2   isn't that right?

3   A.   The political?

4   Q.   The political branch.  If it knows the particular details

5   of these operations, it will subject it to greater scrutiny?

6   A.   Well, it might even risk them and risk -- yeah, for -- for

7   -- security considerations, yes.

8   Q.   And, so, since the political branch purposefully keeps

9   itself uninformed of the specifics -- particular attacks --

10  isn't it generally the case that the political branch learns

11  of these major operations the same way the rest of the public

12  learns about them:  When they're announced on the news?

13  A.   I really don't know, to be honest.  I can't say "Yes" or

14  "No."  This is very specific question.

15  Q.   But it's a possibility, you would say?

16  A.   It's a possibility, yeah.

17  Q.   And, then, from your review of Hamas materials, it is the

18  case that once an attack has occurred and been made public,

19  the spokespersons from the political branch then make

20  statements or issue statements, comments or attributions

21  regarding the attack; is that correct?

22  A.   Maybe he would make comments, but the responsibility would

23  be claimed by the military wing him- -- themselves.  The

24  military wing, they will allow a spokesperson in Gaza Strip or

25  who- -- whatever -- to claim responsibility of the attack.

1    Q.  And you would agree that one way to test the proposition

2    that the political branch exercises this sort of general

3    control guidance over the military -- and that would include

4    suicide bombings and kidnappings, wouldn't it?  Military

5    operations of Hamas?

6    A.  More or less, yes.

7    Q.  One way to test the political branch's control is to look

8    and see whether the military has drawn back its activities

9    when the political leadership publicly says, "We're going to

10   stand down for a temporary period"?

11           MR. DEUTSCH:  Judge, can we have a time frame for

12   these questions?

13           THE COURT:  Sure.

14           Give him a time frame.

15   BY THE WITNESS:

16   A.  In doing it --

17           THE COURT:  Sir, wait one second.  Mr. Ferguson is --

18           THE WITNESS:  Sorry.

19           THE COURT:  -- going to give you a time frame.

20           THE WITNESS:  Sorry.

21   BY MR. FERGUSON:

22   Q.  Has it always been the case that the political branch has

23   provided this general guidance or direction to the military?

24   A.  Yes, more or less.

25   Q.  Okay.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 173 of 209
Hroub - cross by Ferguson
173

1              So, that would apply in the early 1990s?

2    A.   Things got more clear after 1993 and '94.  Before that, I

3    would say there was, relatively speaking, more freedom to the

4    military wing to operate without the strict guidance of the

5    political wing.

6    Q.   Has the military wing, in your review of Hamas' history,

7    ever acted in a way that was in direct contravention of what

8    the political branch was indicating should be done?

9    A.   Oh, yes.

10   Q.   Haven't you written, sir, that based on the history of

11   Hamas, there has never been any divergence from the guidance

12   of the political branch to the activities of the military

13   wing?

14   A.   I have written that the control of the political wing over

15   the military wing is strong during the history of Hamas.  But,

16   say, the incident that we have just talked about in Britain

17   where two guys from the UK were recruited and did that attack

18   in Tel Aviv; that was against the policy of Hamas and without

19   a prior knowledge of the political wing.

20   Q.   Without the prior knowledge of the political wing.

21             And, so, would that suggest that the political wing

22   generally has prior knowledge of significant attacks that are

23   going to take place?

24   A.   No.  I -- I -- I -- put it wrongly.

25             What I meant, that was against the policy of Hamas in

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 174 of 209
Hroub - cross by Ferguson
174

1  -- in -- in -- in -- not making any -- any -- either

2  recruitment or attacks outside Palestine.  So, the general

3  policy of Hamas is not to undertake any attack, either outside

4  Palestine or to recruit people from outside Palestine, and

5  send them to -- to Pal- -- the occupied territories.

6          In that sense, that was a contradiction to the Hamas'

7  policy.

8  Q.  All right.

9          But we're talking about exceptions here, correct?

10 A.  Yeah.

11 Q.  All right.

12         In general, it's your conclusion, is it not -- and

13 you've written about it -- that based on the past experience

14 of Hamas, the military wing has shown discipline in following

15 the general parameters set for it by the political branch?

16 A.  Correct.

17 Q.  For example, Hamas stopped suicide attacks in 1995 for a

18 period of a few months; did it not?

19 A.  It did.

20 Q.  And, then, there was an assassination of the functional

21 head of the Iz Al-Din Al-Qassam Brigades, Yehiya Ayash, in

22 early 1996, correct?

23 A.  Correct.

24 Q.  And the political branch took the shackles off and allowed

25 the military branch to proceed, and there were major suicide

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 175 of 209
Hroub - cross by Ferguson
175

1    bombing events that occurred in retaliation for the

2    assassination of Ayash; is that right?

3    A.   Yes, in '96.

4    Q.   All right.

5         Let's talk for a few minutes about some of the people

6    who make up the political branch that provides these guiding

7    parameters, that doesn't have knowledge of specific attacks or

8    operations beforehand.

9         Mousa Abu Marzook.  He has long been a leader of the

10   political wing of Hamas; is that right?

11   A.   Correct.

12   Q.   And his history and involvement dates back to the period

13   of the Muslim Brotherhood; is that right?

14   A.   Correct.

15   Q.   One of his Dawa activities in his early years was

16   assisting in the establishment of the Islamic University of

17   Gaza and sitting on its first Board of Governors; isn't that

18   right?

19   A.   I think so.

20   Q.   And his rise in prominence in the organization came from

21   his relationship to various Islamic societies while he was

22   studying in the United States; is that right?

23   A.   Partly so.

24   Q.   And, in 1992, he was chosen to head Hamas' political

25   bureau; is that right?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 176 of 209
Hroub - cross by Ferguson
176

 1  A.  Correct.

 2  Q.  And he was arrested in July of 1995 entering the United

 3  States after Jordan had expelled him; is that correct?

 4  A.  Correct.

 5  Q.  And he was jailed here for a couple of years?

 6  A.  Correct.

 7  Q.  And while he was -- Mr. Marzook was -- jailed in the

 8  United States, Khaled Mishal was named to succeed him as the

 9  political chief of the political branch of Hamas; is that

10  right?

11  A.  Correct.

12  Q.  And once Mr. Marzook was released from jail in 1997,

13  Jordan allowed him to return.  So, he went back to Amman where

14  Mr. Mishal was; is that right?

15  A.  Correct.

16  Q.  And, then, Mr. Marzook and Mr. Mishal and other members of

17  the political bureau were expelled from Jordan in 1999 because

18  the political branch had violated its agreement with Jordan

19  not to direct military activities --

20          MR. DEUTSCH:  Judge --

21  BY MR. FERGUSON:

22  Q.  -- from Amman; isn't that right?

23          MR. DEUTSCH:  -- I mean, this is all very

24  interesting, but it seems quite irrelevant to what we're here

25  for.  I object on relevancy.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 177 of 209
Hroub - cross by Ferguson
177

1          THE COURT:  Mr. Ferguson?

2          MR. FERGUSON:  Judge, the involvement throughout the

3    period of certain of the individuals here that we're going

4    through, I think, is relevant to -- it's generally relevant to

5    enterprise.

6          And the subject of the offices in Amman on direct was

7    explored by Mr. Deutsch, talking about they're open, they're

8    available to the public.  I think I'm entitled to inquire into

9    Mr. Marzook's general presence and the time periods of his

10   presence in Amman and the circumstances that resulted in his

11   departures from Amman in response to the characterizations put

12   out there on direct.

13          THE COURT:  Overruled.

14   BY MR. FERGUSON:

15   Q.   And, so, it is the case that Mr. Marzook and Mr. Mishal

16   and all the members of the political branch were expelled by

17   Jordan in 1999; is that right?

18   A.   That's right.  But the reason is disputed, actually.  The

19   reason for their expulsion at the time was the change in the

20   Jordanian policy.  The policy of the Jordanian government at

21   the time took certain shift in relation with Hamas and the

22   Palestinian Authority.  And they decided to -- not to -- go

23   more with -- with -- the playing with the two groups, either

24   the Palestinian Authority -- the PLO -- or Hamas.

25          Up until then, they tried to play the two cards

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 178 of 209
Hroub - cross by Ferguson
178

1    hoping for the future for whatever option, whatever scenario.

2    But by then, the Jordanian policy have completely changed.

3    Q.   Okay.

4         And Khaled Mishal who succeeded -- and let me just

5    confirm here that when Mr. Marzook returned to Amman, he

6    returned as the Deputy Chief, second to Mr. Mishal; is that

7    right?

8    A.   Correct.

9    Q.   All right.

10        And that's the position he holds still, right?

11   A.   I think so.

12   Q.   And Mr. Mishal, he is still the Chief?

13   A.   Yes, he is.

14   Q.   All right.

15        And they're both in Damascus?

16   A.   Yes.

17   Q.   And Mr. Abdel Aziz Rantisi has also -- had also -- long

18   been a leading member of the political wing; is that right?

19   A.   Yes.

20   Q.   And Mr. Rantisi is one of the deportees who was sent to

21   Marj al-Zuhur in December of 1992; is that right?

22   A.   Right.

23   Q.   And he was the spokesperson for the deportees?

24   A.   Correct, in Arabic.

25   Q.   And after that deportation was ended in 1993, he was

1   arrested, wasn't he?

2   A.   I think so, yes.

3   Q.   And he was jailed until 1997 or so?

4   A.   Yeah.

5           MR. MOFFITT:   Your Honor, may we approach?

6           THE COURT:   Yes.

7           (Proceedings had at sidebar:)

8           THE COURT:   Yes?

9           MR. MOFFITT:   I object to an arrest without a trial

10   or a conviction as being irrelevant.

11          MR. FERGUSON:   Well, first, I didn't say he was

12   convicted.   And his arrest and detention, I think, is actually

13   quite relevant, given the issues that have been raised by the

14   defense as to the absence of recording of Mr. Ashqar and

15   communications that post-date 1993.   And given that

16   Mr. Rantisi, among others, was not available after that point

17   in time, it would certainly explain why there would not have

18   been communications.

19          MR. DEUTSCH:   Judge, here's the problem I have with

20   all this arrest and convictions.   These people are being

21   arrested --

22          MR. MOFFITT:   Would you let me finish, please?

23          MR. DEUTSCH:   I'm sorry.   Go ahead.

24          MR. MOFFITT:   It's still only an arrest.   Okay?

25          Their wiretap was off in '94.   All right?   That's the

Hroub -

1    reason if there were any other con- -- they can't assume

2    conversations that don't exist out of the air, because they

3    have no proof of them.  They can't assume that they took

4    place.

5          So, to the extent that he was arrested, the mere

6    arrest of him would not be admissible in an American courtroom

7    at all, under any set of circumstances, because it proves

8    nothing.  It's not probative of anything.

9          Now, the suggestion is that they can talk about his

10   arrest simply because they want to explain the absence of

11   phone calls to him.  They have no proof that that's the reason

12   that there was no -- that he didn't have access to a phone,

13   that there was no way he could contact people.  There's no

14   proof in the record of any of that.  And to merely put the

15   arrest in under those circumstances, I suggest, should be

16   stricken for 403 purposes.

17         THE COURT:  Mr. Ferguson?

18         MR. FERGUSON:  Judge, I think an individual being in

19   prison certainly would restrict his ability to engage in

20   extensive communications with the outside world, including

21   international calls to the United States.  And --

22         THE COURT:  Did your question not go beyond '94?

23         MR. FERGUSON:  From 19 -- I said from 1993 to 1997.

24         THE COURT:  What is the relevance of post-'94, when

25   the wiretap was down?

1              MR. FERGUSON:  It was -- Judge, simply, it was -- the

2     period that he was detained.  I offered it as a complete --

3              MR. SCHAR:  Also --

4              MR. MOFFITT:  Well, I also offer to you he is not the

5     only leader of Hamas someone could have communications to.  If

6     there's no other communications to other people, the fact that

7     he did not have a communication with Rantisi is not probative

8     of anything.

9              MR. FERGUSON:  Well, Judge, let's -- and I'm relying

10    on my colleagues here.

11             The fact that an individual is in jail does not mean

12    -- or an individual is removed from general free activities on

13    the outside does not mean -- that the individual is not

14    conducting furthering activities of Hamas and is no longer a

15    member of the conspiracy; and, that's certainly been an

16    implication that's been raised at a number of junctures by

17    Mr. Deutsch.  And, so, I think for that purpose it was also

18    relevant.

19             THE COURT:  I think that is a stretch.

20             The '94 time period -- and you are free to redirect

21    on it or argue what you want from it -- I will allow it in at

22    that time period.

23             Mr. Deutsch, go ahead.

24             MR. DEUTSCH:  Well, what I was going to say is that

25    I'm troubled by putting in arrests and convictions under a

1   military court system where there's not due process, where we

2   don't have any information about how these -- whether there

3   was even probable cause for arrest, whether there was

4   sufficient evidence to convict.  If we're going to open up

5   doors to --

6           MR. FERGUSON:  Judge, I can put it in, in terms of --

7           MR. DEUTSCH:  -- military tribunals, let's do it.

8   You know, we're going to call in every one of these questions.

9   So, I think it's beyond probative, in any event.

10          THE COURT:  How many more questions on arrests or

11  detained individuals do you have for the 1994 period, which is

12  what I am going to limit you to?

13          MR. FERGUSON:  I don't think any.

14          THE COURT:  Okay.

15          I will allow this to stand.  If he asks an arrest

16  question, again, you can object.

17          How much longer do you have on cross?

18          MR. FERGUSON:  Judge, I think I'm going to use the

19  rest of the time here.  If I bleed over into tomorrow, it

20  won't be very much time tomorrow morning.

21          THE COURT:  Okay.

22          MR. FERGUSON:  But I don't think I'll be finished

23  before the day ends.

24          THE COURT:  Okay.

25          We will go until 5:00 and, then, see where we are at

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 183 of 209
Hroub - cross by Ferguson
183

 1  that point.

 2          (Proceedings had in open court:)

 3          THE COURT:  You may continue.

 4          MR. FERGUSON:  Thank you, Judge.

 5  BY MR. FERGUSON:

 6  Q.  Imad Al-Alami, sir, has also long been a leader working

 7  from the political wing of Hamas?

 8  A.  Who?

 9  Q.  Imad Al-Alami.

10  A.  Imad Al-Alami.

11          Not as long as Mousa Abu Marzook or others.

12  Q.  But for a substantial period --

13  A.  Yeah.

14  Q.  -- of Hamas' history?

15  A.  Yes.

16  Q.  And, in fact, he was the political bureau's representative

17  in Iran for some years in the early 19- --

18  A.  Correct.

19  Q.  -- -90s; is that right?

20  A.  Correct.

21  Q.  You discussed at some length in your direct testimony,

22  sir, the conditions in the territories and the need for social

23  services that you've testified that Hamas, in part, has

24  provided over its history.

25          Do you recall that?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 184 of 209
Hroub - cross by Ferguson
184

1    A.   Yes, I do.

2    Q.   Now, it is the case, is it not, that in the West Bank and

3    Gaza, in addition to people living under difficult

4    circumstances, as you've described, that there are affluent

5    people?

6    A.   Yeah, some of them, yes.

7    Q.   That there are people who, in approximate terms, are

8    middle class?

9    A.   Yes, there are.

10   Q.   There are many trained professionals living in the

11   territories, correct?

12   A.   Yes, but not in proportion to what should have been,

13   having these conditions were absent.

14   Q.   An education is an important and highly-valued thing in

15   Arabic culture, correct?

16   A.   Yes, it is.

17   Q.   And there is a substantial number of well-educated people

18   living in the territories, correct?

19   A.   Right.

20   Q.   You've indicated that there are schools in the

21   territories, correct?

22   A.   Yes, of course.

23   Q.   And universities in the territories?

24   A.   Yes.

25   Q.   And it's also the case, sir, and it's always been the case

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 185 of 209
Hroub - cross by Ferguson
185

1    that if an individual wants to help a poor Palestinian -- or

2    poor Palestinians, generally -- there are other choices

3    available than sending your money to Hamas, correct?

4    A.   Yes, of course.

5    Q.   And since 19 -- well, going back through much of the

6    history that was discussed on your direct examination, a major

7    provider of social services has been the United Nations Relief

8    and Works Agency; is that right?

9    A.   Correct.

10   Q.   And it works specifically to serve Palestinians, and

11   Palestinian refugees most particularly; is that right?

12   A.   Right.

13   Q.   And "Palestinian refugees" is defined broadly -- and I

14   think you may have indicated this on direct -- not just to be

15   the individuals who were displaced back in 1948 or in 1967,

16   but their descendents?

17   A.   True.

18   Q.   And the UN provides all kinds of social services to people

19   in Gaza and the West Bank, correct?

20   A.   Correct.  But insufficient, though.   Insufficient.

21   Q.   Insufficient.

22          But still substantial; wouldn't you agree?

23   A.   In the education sector, yes; but, other sectors, no.

24   Q.   And you're aware, from your attention to Palestinian

25   issues over the years and your brief role as an advocate of

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 186 of 209
Hroub - cross by Ferguson
186

 1   sorts for Palestinian refugees and their right of return, that

 2   the UN Relief and Works Agency has tens of thousands of people

 3   working to assist Palestinians in the territories and in the

 4   immediate surrounding countries?

 5          You're aware of that, sir, correct?

 6   A.  Yes, I am.  But tens of thousands may be a bit of -- taken

 7   over the limit.

 8   Q.  And if the UN were to indicate in its official Web sites

 9   that the number was about 30,000, do you have any reason to

10   doubt that?

11   A.  No, I don't.

12   Q.  And because the UN provides services normally provided by

13   the public sector, the government in a country, it works in

14   close association with the authorities in the places that it

15   serves; would that be fair?

16   A.  Say that, again, please.

17   Q.  I'll move on from that.

18          Among the things that the UN does, is it builds and

19   administers schools, correct?

20   A.  Correct.

21   Q.  And medical clinics and services, correct?

22   A.  Correct.

23   Q.  And you're aware generally that it currently provides

24   education to approximately 500,000 Palestinian children?

25   A.  I don't know about the figure, but yes, I said.  I mean,

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 187 of 209
Hroub - cross by Ferguson
187

1    substantially they contribute to the education sector.

2    Q.  And as part of its educational programs, it provides

3    textbooks and translates academic textbooks to be utilized in

4    schools in the areas that it services; is that correct?

5    A.  I don't know about the translation thing, but I know for

6    sure that they, yes, provide good help in the education

7    sector.

8    Q.  And it runs teacher training programs for Palestinians so

9    that they can teach the next generation themselves; isn't that

10   right?

11   A.  I think so.

12   Q.  And it also assists in providing healthcare at community

13   healthcare centers and hospitals that it has built and

14   operated; isn't that right?

15   A.  Yes.  But, as I said, they're insufficient.

16   Q.  And it engages in disease prevention programs through safe

17   drinking water programs and sewage programs; isn't that

18   correct?

19   A.  Correct, more or less.

20   Q.  And it also provides direct material and financial

21   assistance to Palestinian families, refugee families -- you've

22   used the term here -- unable to meet their own basic needs in

23   food and shelter; isn't that correct?

24   A.  Well, in food and financial help, I am not sure about

25   this.  I don't know.

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 188 of 209
Hroub - cross by Ferguson
188

1    Q.  Do you have any reason to doubt it?

2            MR. MOFFITT:  Objection.  He doesn't know.

3            THE COURT:  Sustained.

4    BY MR. FERGUSON:

5    Q.  And you must also be generally aware that the United

6    Nations Relief and Works Agency also funds economic

7    development programs in these areas, as well?

8    A.  They used to do these things; but, lately, over the past

9    10, 15 years, their -- their -- funds from abroad have been

10   drastically cut down.  So, they haven't been doing the same --

11   the same -- job, I would say, that they used to do during,

12   say, the '70s.

13   Q.  But their annual budget over the last decade has been in

14   the order of hundreds of millions of dollars each year; isn't

15   that right?

16   A.  I don't know about the budget, but I know that the same

17   budget have been -- have been -- the same for so many years,

18   when you have the Palestinians in numbers and needs have

19   dramatically increased.

20   Q.  And you're aware that the United Nation Relief and Works

21   Agency, in addition to its ordinary regular programs, also

22   makes special funding appeals to the public?

23   A.  Yes, I think, yeah.

24   Q.  And since 2000, its taken in approximately $672 million

25   through these special appeals?  Are you aware of that,

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 189 of 209
Hroub - cross by Ferguson
189

1  generally?

2  A.  Yes, more or less.  Yeah, I know about these appeals.

3  Q.  And are you aware that the greatest source for this

4  additional funding -- greatest single source -- is the United

5  States?

6        MR. DEUTSCH:  Judge, I object.  Relevance.  I fail to

7  see the relevance of all of this.

8        THE COURT:  Sustained.

9  BY MR. FERGUSON:

10 Q.  Isn't it the case, sir, that an individual who wants to

11 provide assistance directly to poor Palestinians can make

12 donations to and through the United Nation Relief and Works

13 Agency, and doesn't have to send their money to an

14 organization that sends out suicide bombers into public

15 places?

16       MS. THOMPSON:  Objection.

17       MR. MOFFITT:  Objection.

18       THE COURT:  Sustained as to form.

19 BY MR. FERGUSON:

20 Q.  Isn't it true, sir, that an individual who wants to make

21 donations or provide assistance to poor Palestinians can

22 direct money or donations to and through the UN and UN

23 agencies?

24 A.  Well, so many Palestinians and even non-Palestinians, they

25 would doubt the efficiency and the bureaucracy of the UN

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 190 of 209
Hroub - cross by Ferguson
190

1   agencies and they would go directly to donate funds and money

2   to NGOs in the field directly.  This is, I would think, common

3   sense everywhere, not only within the Palestinian atmosphere.

4   Q.  But it's available -- that particular avenue is available;

5   is it not, sir?

6   A.  You have so many other available channels and NGOs, as

7   well; and, they are more effective in the eyes of so many

8   Palestinians.  Why to donate to the UN -- maybe 20 percent or

9   25 percent of your donation goes to the administration or

10  bureaucracy -- when you can donate the whole -- the whole --

11  lot of your money and reach the needy people in Palestine

12  completely?

13  Q.  Is that a "Yes"?

14  A.  Well, there is -- I mean, I'm trying to explain, to

15  explain to you why Palestinians donate to Palestinian NGOs in

16  the field directly.

17  Q.  Sir, my question isn't why it goes one place or another.

18  My question is:  Doesn't the avenue exist to send money for

19  Palestinians and poor Palestinians, doesn't the avenue exist

20  to send it to and through the UN agencies?

21  A.  If you want "Yes" or "No," my answer is "No" because this

22  avenue is not available in every single country around the

23  world.

24  Q.  How about the United States?

25  A.  You wouldn't -- you wouldn't -- have the, you know,

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 191 of 209
Hroub - cross by Ferguson
191

1    offices --

2           MR. MOFFITT:  Objection.

3           Let him answer his question before he propounds

4    another one.

5           THE COURT:  Let him finish, Mr. Ferguson.

6           Finish your answer.

7           THE WITNESS:  Sorry?  Say that, again.

8           MR. FERGUSON:  I'm sorry.

9           THE COURT:  You were interrupted.  You may --

10   BY THE WITNESS:

11   A.  Well --

12          THE COURT:  -- finish your answer.

13   BY THE WITNESS:

14   A.  -- what I said, I said, you can't -- you can't -- find

15   these offices or people who -- of the UN in every single city

16   from Australia to Africa to, let's say, America to Russia

17   where you can, as a Palestinian, make your donation.  The easy

18   and shortcut way, these NGO Palestinians available just next

19   door to you.

20   BY MR. FERGUSON:

21   Q.  How about from the United States?  Is it possible to send

22   your money for the purpose of helping poor Palestinians to and

23   through UN agencies?

24   A.  Well, as if I live in Chicago and there is an NGO --

25   Palestinian NGO -- next to me, I would donate to them instead

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 192 of 209
Hroub - cross by Ferguson
192

1   of going to New York or to the UN or whatever obscure agency.

2   For me, as a layman in the street, I wouldn't know even the

3   measures, the parameters, the hierarchy of the organization.

4   I mean, I think for ordinary people, they would see it common

5   sense and easier to donate to people whom they know and NGOs

6   that they function in the field directly.

7   Q.  Is the avenue available to send money?

8           MR. MOFFITT:  He said "Yes."  He said -- but he

9   doesn't like the answer and so he wants to badger him about

10  it.

11          MR. FERGUSON:  I didn't hear "Yes."

12          It's easy.  If he would just say "Yes," I would stop

13  asking.

14          THE COURT:  Well, he can say "Yes" or "No," if he can

15  answer it that way.

16  BY THE WITNESS:

17  A.  I mean, you are just limiting the whole discussion.  It's

18  superficial.  It's simplifying the whole thing.  What I'm

19  saying, I said yes, you have it in the -- in the -- New York,

20  of course.  The avenue is there.  The moon is there.  Can you

21  reach it?  No, I can't reach it.

22          But the NGO -- the Palestinian NGO -- is next door to

23  me.  I can donate to them.  I mean, who -- every single

24  Palestinian in the world would know about the offices of the

25  UN and how to reach them, the whole complication of making a

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 193 of 209
Hroub - cross by Ferguson
193

1    donation and you never know where this money will -- would --

2    go.

3          This is my answer.

4    BY MR. FERGUSON:

5    Q.  Sir, with respect to the Oslo Accords, you've testified

6    that many people objected -- many Palestinians objected -- not

7    just Hamas people or members; is that correct?

8    A.  Correct.

9    Q.  Now, Oslo -- the Oslo agreements -- in principle, in

10   September of 1993, that was to be the start of a process.  I

11   think you indicated it was a five-year process; is that right?

12   A.  Right.

13   Q.  And did all of the Palestinians who were unhappy with the

14   Oslo Accords and process engage their opposition through acts

15   of terrorism and jihad?

16   A.  I disagree with the definition, of course.  But the

17   opposition of Oslo agreements took different forms.

18   Q.  Describe some of the forms.

19   A.  Well, they have the Palestinian organizations that -- ten

20   of them.  The so-called ten opposition Palestinian parties.

21   They keep running, making demonstrations, collective

22   statements, different kind of -- well, certain kind of -- I

23   would say, civil even obedience to the Oslo system.  Then you

24   have the more confrontational forms up to the military action.

25   Q.  So, speaking out against the Accords was one means by

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 194 of 209
Hroub - cross by Ferguson
194

1   which people stated their opposition; is that right?

2   A.  Yeah, that was it.

3   Q.  Criticizing them publicly would be one of the means;

4   "Yes"?

5   A.  Yes, correct.

6   Q.  You mentioned civil disobedience.  Are you talking about

7   violence -- violent disobedience -- necessarily?

8   A.  Not necessarily, no.

9   Q.  And the Oslo process also provided for elections at the

10  national level, correct?

11  A.  Correct.  In the beginning, yes.

12  Q.  And there was an election under the Oslo process in

13  January of 1996, correct?

14  A.  Correct.

15  Q.  And people who objected -- Palestinians who objected -- to

16  the Oslo Accords and their Palestinian representatives who

17  were moving the Oslo process, many of them voted in those

18  elections against those individuals; isn't that true?

19  A.  Could you please rephrase?

20  Q.  Those people who objected to where the Oslo Accords were

21  taking them, they could have expressed themselves through

22  voting for people who were opposed to the Accords; isn't that

23  right?

24  A.  Well, the mere voting in those elections was seen as

25  acknowledging Oslo.  So, the people who refrained from getting

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 195 of 209
Hroub - cross by Ferguson
195

1   in the process of the elections, the -- the -- the --

2   refraining from doing so was a political statement saying

3   that, "If we get engaged in the process even to express our

4   rejection, this means we are agreeing on Oslo agreement and

5   what comes out of it."

6   Q.  That's what Hamas' position was, right?

7   A.  More or less, yes.

8   Q.  Hamas boycotted those elections, correct?

9   A.  Yeah, more or less.

10  Q.  It didn't participate, correct?

11  A.  Well, they supported tacitly some -- some -- candidates.

12  Q.  At the national level?

13  A.  At the national level.

14  Q.  But it generally didn't participate, right?

15  A.  Yeah, in -- officially they didn't.

16  Q.  It expressed its opposition in multiple ways, that

17  included military operations, in your terms; terrorist

18  operations, as I've described them, correct?

19  A.  Incorrect.  Because for them, these operations were not

20  meant to -- to -- to -- to -- fail or destroy Oslo.  They were

21  strongly linked to the occupation.  They kept saying, "These

22  operations, these -- this kind of resistance is against the

23  military occupation and we will carry doing them as long as

24  the occupation is there."

25          Now, Oslo agreements did not finish the military

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 196 of 209
Hroub - cross by Ferguson
196

1    occupation.  So, the rationale behind Hamas' action was,

2    "Because the occupation did not end, we will carry on doing

3    these actions."

4         So, it wasn't directed to Oslo agreement.

5    Q.  But you indicated the Oslo Accords were doomed to failure,

6    right?

7    A.  Yeah.

8    Q.  And that Hamas was not responsible for the failure of the

9    Oslo process, right?

10   A.  Right.

11   Q.  And, so, it would necessarily be your view, sir, that

12   suicide bombings in public places in Israel had no impact in

13   undermining the confidence of the parties to Oslo as to

14   whether there would be the sufficient stability to move

15   forward?

16   A.  They do, but before them, the military actions over the

17   Israeli Army in the West Bank and the Gaza Strip have had more

18   impact on the failure of Oslo.  More than Hamas' operations.

19   Hamas' operations came as a retaliation.  If the root cause

20   was ended, these operations would never happen.

21        So, in that -- if that happened -- the whole, say,

22   mutual cease-fire, I would say, took place -- we would see --

23   we would -- we would -- observe the failure of Oslo agreement

24   without -- without -- the military actions from both parties.

25   Q.  You've indicated the military branch, in general terms, is

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 197 of 209
Hroub - cross by Ferguson
197

1   guided by the political branch; would that be fair?

2   A.   Fair.

3   Q.   And you testified that the Dawa has no relationship to the

4   military branch; is that right?

5   A.   Right.

6   Q.   But isn't it the case, sir, and haven't you written, that

7   Hamas' rise is largely attributed to its social work as part

8   of a complex of strategies that includes the political and

9   includes the military?

10  A.   The rise of Hamas is attributed to a complex of these

11  factors, right.

12  Q.   So, at least strategically, the social work is linked with

13  these other strategies that include the political and the

14  military; would that be fair?

15  A.   Well, depends on the way that you look at it.  This is

16  multi-dimensional movement having overarching resistance

17  strategy, including social work, military work, educational,

18  and others.  So, if you look at it as this is the overall

19  strategy was very effective and gave rise to Hamas, in this

20  sense, yes.

21  Q.   And the social work takes many forms, right?

22  A.   Yes.

23  Q.   Education, health, welfare, those services Hamas has

24  provided over the years?

25  A.   Yes.

Case 1:03-cr-00978  Document 1067  Filed 01/05/09  Page 198 of 209
Hroub - cross by Ferguson
198

1  Q.  And it does that through, I think you've indicated,

2  mosques and charities and social-type organizations?

3  A.  Yes, true.

4  Q.  And hasn't Hamas' Dawa and social sector also included

5  providing monthly stipends to the families of martyrs to the

6  cause of liberation, such as suicide bombers?

7  A.  Partly, yes.

8  Q.  And doesn't that payment, sir, constitute a form of

9  financial support and endorsement of these military

10  activities, that include suicide bombing?

11  A.  This is contested on the basis how to deprive the family

12  of anybody who does anything and, basically, punishing them

13  for their -- the act of their son or daughter.  So, this is

14  highly debated, even within the Palestinian community.

15  Q.  I'm not talking about punishing them by not paying.  I'm

16  talking about giving them something more because they had a

17  son who was a martyr.

18  A.  Well, they lost a living provider.  So, basically, their

19  living is dramatically affected.

20  Q.  And over the years, Hamas has conducted social and

21  charitable activities through a network of organizations under

22  what I think in English is referred to as the Islamic Society;

23  is that correct?

24  A.  Well, this is very general term.  I mean, Islamic Society.

25  Q.  Al-Mujamma Al-Islami?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 199 of 209
Hroub - cross by Ferguson
199

1   A.  Oh, yeah, in Gaza Strip.

2   Q.  Have you heard that term?

3   A.  Yeah, yes, yeah.

4        Okay.

5   Q.  "Al-Mujamma -- "

6   A.  Al-Mujamma Islamiya.

7   Q.  " -- Al-Islami Gaza Strip," you've heard that term.

8   A.  Yes.

9   Q.  That is an entity that dated back to the period of the

10  Muslim Brotherhood, correct?

11  A.  Correct.

12  Q.  And carried forward as part of Hamas, correct?

13  A.  Not officially.

14  Q.  Conducting the social work?

15  A.  Yes.

16  Q.  The Dawa --

17  A.  Yes.

18  Q.  -- that Hamas has --

19  A.  Yes.

20  Q.  -- as part of its strategy --

21  A.  Yes.

22  Q.  -- would that be fair?

23       And Al-Mujamma Al-Islami was founded and directed by

24  Sheikh Ahmed Yasin, wasn't it?

25  A.  Yes.  I don't know the dates, but I think another Hamas

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 200 of 209
Hroub - cross by Ferguson
200

1    leader or affiliate took charge, I guess.  But my answer is

2    "Yes."

3    Q.  And this is the same Sheikh Yasin who headed the political

4    branch of the Muslim Brotherhood?

5    A.  Yes.

6    Q.  And the same Sheikh Yasin who was involved in forming the

7    military cells under the auspices of the Muslim Brotherhood?

8    A.  Yes.

9    Q.  The same Sheikh Yasin who founded Hamas?

10          MR. DEUTSCH:  Judge, this has all been gone over and

11   these questions have been asked before on cross-examination by

12   Mr. Ferguson.

13          THE COURT:  Mr. Ferguson, I thought you did go

14   through some of this.

15          MR. FERGUSON:  I think it's a slightly different

16   context, but I'll move on, Judge.

17          THE COURT:  Good idea.

18   BY MR. FERGUSON:

19   Q.  And there have been various efforts over the years,

20   including by the Israelis, to block Hamas funds or funding

21   passing through Al-Mujamma Al-Islami over -- I'll stop there.

22          There have been efforts to block funds going there

23   and coming from there; is that correct?

24   A.  Correct.

25   Q.  And the efforts to block those funds haven't stopped the

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 201 of 209
Hroub - cross by Ferguson
201

1  flow of funds to and through Dawa organizations and

2  institutions of Hamas; is that right?

3  A.  Well, partly, yes.

4  Q.  And, in fact, sir, isn't it the case that there's been

5  open defiance of efforts to block the flow of funds to and

6  through those organizations?

7  A.  I didn't hear --

8       MR. DEUTSCH:  Judge --

9  BY THE WITNESS:

10 A.  -- the first part.

11      MR. DEUTSCH:  -- objection.  I don't understand "open

12 defiance."  To whom by whom?  It's a vague question.

13 BY MR. FERGUSON:

14 Q.  Isn't it true, sir, that Hamas organized a one-day

15 fundraising campaign in the Gaza Strip on April 9th of 2004?

16 A.  They did.  I am not sure about the date, but I recall,

17 yes.

18 Q.  And they went into mosques and other public institutions

19 and appealed to Gazans to donate to the movement -- and

20 specifically, to the Iz Al-Din Al-Qassam military wing -- and

21 not to any outfit or charity affiliated with it; isn't that

22 true?

23 A.  That's true.  So, that's -- the rationale behind that --

24 and I have to clarify -- was to say -- to deliver a message --

25 to Israel at that time that they can support the military wing

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 202 of 209
Hroub - cross by Ferguson
202

1    internally without the need of any external funding or

2    support, neither from the UK or the U.S.  So that to -- to --

3    tell the people that they can run the military wing of Iz

4    Al-Din Al-Qassam from internal funding and the external

5    funding goes only to social work.

6    Q.  But they went to the mosques and the Dawa institutions to

7    raise the funds --

8    A.  To the --

9    Q.  -- correct?

10   A.  -- mosques.

11   Q.  Correct?

12   A.  To the mosques.  It was Friday prayer.

13   Q.  All right.

14        The mosques?

15   A.  Yeah.

16   Q.  And there's proselytizing that occurs in the mosques,

17   correct?

18   A.  Well, the mosque -- I mean, doing a donation after a

19   Friday prayer is an Islamic tradition that goes everywhere.

20   And you can't describe that as a military activity as such.

21   People would finish their prayer and go out -- outside the

22   mosque -- and, then, they donate for this or that issue, or

23   whatever.  And this is some sort of Islamic custom everywhere.

24   Q.  But you've written, sir, that they canvassed the mosques

25   on that day across Gaza and collected huge sums of money

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 203 of 209
Hroub - cross by Ferguson
203

1   specifically for the military wing --

2   A.  Yes, I wrote that, yes.

3   Q.  -- of Hamas, correct?

4   A.  Correct.

5   Q.  And that occurred under the political leadership of

6   Hamas -- that campaign -- correct?

7   A.  I don't know.

8   Q.  Did all of the members of the Iz Al-Din Al-Qassam Brigade

9   get up in the public square and announce themselves as --

10          MR. MOFFITT:  Objection.

11  BY MR. FERGUSON:

12  Q.  -- needing money?

13          MR. MOFFITT:  Objection.

14          THE COURT:  Sustained.

15  BY MR. FERGUSON:

16  Q.  So, Hamas went to the mosques and solicited and received

17  --

18          MR. MOFFITT:  This has been asked and answered five

19  times now.

20  BY MR. FERGUSON:

21  Q.  -- monies specifically for the military, sir; is that

22  right?

23          THE COURT:  He did not finish the question.

24          MR. MOFFITT:  It's the exact same question.

25          THE COURT:  Mr. Ferguson?

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 204 of 209
Hroub - cross by Ferguson
204

1          MR. FERGUSON:  I don't think it is, Judge.

2          THE COURT:  Overruled.

3          You may answer.

4    BY THE WITNESS:

5    A.  The call and the slogan under which that campaign was

6    carried out was resisting the occupation.  Now, that was the

7    reason behind the success of that campaign.

8          Whatever you repeat and call and underline that we

9    need to resist the occupation, everybody will donate, either

10   in mosques or churches or anywhere.  People think that the

11   military occupation is number one the priority and they have

12   to face it.  So, we can't just simply take this out of the

13   context and say, "Well, this is for the military wing of

14   Hamas."

15         Hamas put the whole thing under the perspective of

16   resisting the occupation, and this is why the appeal was

17   highly successful at the time.

18   BY MR. FERGUSON:

19   Q.  The appeal was for money to the Al-Qassam Brigades?

20         MR. MOFFITT:  Objection.

21         MR. DEUTSCH:  Objection.

22         MR. FERGUSON:  Judge, I didn't get an answer to my

23   question.

24         MR. DEUTSCH:  He got it.

25         MR. MOFFITT:  Yes, he did.  He got it three or four

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 205 of 209
Hroub - cross by Ferguson
205

1    times.

2              MR. FERGUSON:  I asked --

3              MR. MOFFITT:  He admitted that it was an appeal to

4    the Al-Qassam Brigades.  He said in his answer that the reason

5    that it was done that way was to show that they could be

6    financed through outside -- without the United States.  He

7    said that before:  Without outside funding.  He said that.

8              THE COURT:  Mr. Ferguson?

9              MR. FERGUSON:  I don't feel I got a direct answer to

10   my question, Judge.

11             THE COURT:  I think he did answer that.

12             Sustained.

13             MR. FERGUSON:  Okay.

14             THE COURT:  Ask your next question.

15   BY MR. FERGUSON:

16   Q.  Now, it's your view that Hamas has never specifically

17   targeted Westerners, either inside or outside of Palestine; is

18   that right?

19   A.  Correct.

20   Q.  In fact, you believe that the Hamas literature and record

21   of events since its founding attests to this strict policy and

22   its ability to uphold it, correct?

23   A.  Correct.

24   Q.  And that's because the political branch actually exercises

25   meaningful control over the parameters of how the military

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 206 of 209
Hroub - cross by Ferguson
206

 1  conducts itself; is that right?

 2  A.  Correct.

 3  Q.  Attacks outside of Palestine would have great

 4  ramifications for Hamas' ability to function, correct?

 5  A.  Correct.

 6        Well --

 7  Q.  Now --

 8  A.  -- not only that.  I have to clarify something because

 9  within the Palestinian history of the struggle against

10  occupation, targeting Westerners or Western targets outside

11  Palestine was a policy that have been -- that has been --

12  exercised and experimented and failed during the '70s.  So, we

13  used to have within the Palestinian factions people who

14  thought that we have to attract the world attention by

15  executing operations against Israeli targets outside Palestine

16  so that people would ask what's happening there.  That policy

17  failed.

18        And Hamas is fully -- fully -- con- -- I mean,

19  con- -- fully under- -- understands fully that this policy

20  would harm the Palestinian cause in the first place, before

21  harming Hamas' functioning.

22  Q.  But it is true, sir, that when the United States has taken

23  actions that directly impact on Hamas or a member of Hamas,

24  that the rhetoric that we've been discussing raises threats as

25  to actions outside of the Palestinian arena to United States

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 207 of 209
Hroub - cross by Ferguson
207

1   interests; isn't that correct?

2   A.   Only partly.  And I would -- I would -- put my finger on

3   two or -- two statements or three statements that -- that --

4   implying -- implied threatening Americans or Westerners to be

5   targeted by Hamas people.  And that was extremely exceptional

6   of the general official line.

7   Q.   And what are those two or three examples?

8   A.   I can't really remember, but I think they -- most of them

9   -- are really late, over maybe one year or two years.

10  Q.   Well --

11  A.   I mean, maybe you have them so you can remind me.

12  Q.   Is this one of them, sir?

13          In response to the United States' continued detention

14  of Mousa Abu Marzook, Mahmoud Zahar, in quoted remarks in

15  February of 1997 in the Christian Science Monitor, stated, "If

16  now America is kidnapping Marzook and handing him over to the

17  Israelis, this is a new American policy.  This means the

18  Americans and Israelis are looking for more waves of violence

19  in the area."

20          Would that be an example of one of those remarks that

21  you're referring to?

22  A.   Well, not really.  This is not very specific.  This is

23  very general.  And if it was issued in '97, history has proved

24  that it was very hollow statement.

25  Q.   Well --

Case 1:03-cr-00978   Document 1067   Filed 01/05/09   Page 208 of 209
Hroub - cross by Ferguson
208

1  A.  I think there are a couple of more recent ones.

2  Q.  You would agree that some of the locations successfully

3  targeted by Hamas suicide bombers have been in places where

4  there is significant risk and likelihood that foreigners,

5  Westerners, even Americans might be killed or injured?

6  A.  I would think so, yes.

7  Q.  That's a "Yes"?

8  A.  Yes.

9  Q.  I'm sorry.

10       And as a consequence, numerous Westerners have died

11  in Hamas' attacks; isn't that right?

12  A.  Not numerous.  I don't know the numbers, but when you say

13  "numerous," I think this is somehow sweeping term.

14  Q.  Okay.

15       40 Americans?

16  A.  I don't know the figure.  But I know that, yes, some

17  Westerners have been killed in these attacks.

18       MR. FERGUSON:  Nothing further, Judge.

19       THE COURT:  Do you have redirect?

20       MR. MOFFITT:  Yes.

21       THE COURT:  Okay.

22       We will pick up tomorrow with it.

23       Ladies and gentlemen, we are done for the evening.

24  We will pick up tomorrow morning.  Please be on the 2nd Floor

25  by 9:15.  Remember, do not discuss the case, watch, listen to

Hroub - cross by Ferguson

1    or read any media coverage.

2            Have a good evening.

3            (Jury out.)

4            (Whereupon, there were further proceedings, which not

5        ordered transcribed.)

6                        *    *    *    *    *

7

8    I certify that the foregoing is a correct excerpt from the
     record of proceedings in the above-entitled matter.
9

10

     _____    _____, 2006
11   Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25