1

1        IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION

3
   UNITED STATES OF AMERICA,        ) Docket No. 03 CR 978
4                                   )
                      Plaintiff,    )
5                                   )
            vs.                     )
6                                   )
   MUHAMMAD HAMID KHALIL SALAH AND  )
7  ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                    ) December 19, 2006
8                   Defendants.     ) 9:15 o'clock a.m.

9
                   VOLUME THIRTY-THREE
10            EXCERPT OF TRIAL PROCEEDINGS
        BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11

12 APPEARANCES:

13
   For the Plaintiff:        HON. PATRICK J. FITZGERALD
14                           United States Attorney
                             BY:  MR. JOSEPH M. FERGUSON
15                                MR. REID J. SCHAR
                                  MS. CARRIE E. HAMILTON
16                           219 S. Dearborn St., Suite 500
                             Chicago, Illinois  60604
17

18 For Deft. Salah:          PEOPLE'S LAW OFFICES
                             BY:  MR. MICHAEL EDWARD DEUTSCH
19                                MS. ERICA THOMPSON
                                  MR. BENJAMIN H. ELSON
20                           1180 North Milwaukee Avenue
                             Chicago, Illinois  60622
21

22 For Deft. Ashqar:         MR. KEITH ALLAN SPIELFOGEL
                             20 North Clark Street, Suite 1200
23                           Chicago, Illinois  60602

24                           MR. WILLIAM MOFFITT
                             11582 Greenwich Point Road
25                           Reston, Virginia  20194

```
 1   APPEARANCES (Cont'd):

 2
     Also Present:              S/A BRADLEY BENAVIDES, FBI
 3                              S/A JILL PETTORELLI, FBI

 4
     Court Reporter:            MR. JOSEPH RICKHOFF
 5                              Official Court Reporter
                                219 S. Dearborn St., Suite 1232
 6                              Chicago, Illinois  60604
                                (312) 435-5562
 7

 8            *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 9                      PROCEEDINGS RECORDED BY
                        MECHANICAL STENOGRAPHY
10              TRANSCRIPT PRODUCED BY COMPUTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE CLERK:  03 CR 978, USA vs. Muhammad Salah and

2  Abdelhaleem Ashqar.  Jury trial continues.

3           THE COURT:  Good morning.

4           MR. FERGUSON:  Good morning, Judge, Joe Ferguson,

5  Reid Schar, Carrie Hamilton for the government.

6           MR. DEUTSCH:  Michael Deutsch, Erica Thompson, Ben

7  Elson and Mr. Salah for Mr. Salah.

8           MR. SPIELFOGEL:  Bill Moffitt and Keith Spielfogel on

9  behalf of Dr. Ashqar, who is present in court.

10           MR. DEUTSCH:  Judge, there's a brief matter I wish to

11  take up at sidebar.

12           THE COURT:  Okay.

13           Is Mr. Hroub here?

14           MR. DEUTSCH:  Yeah, he's here.

15           THE COURT:  Okay.

16           (Proceedings had at sidebar:)

17           MR. DEUTSCH:  Judge, the next witness after Mr. Hroub

18  is Dr. Ginbar.  Actually, he's become a doctor.

19           THE COURT:  I was going to say "Doctor," that is new.

20           Okay.

21           MR. DEUTSCH:  He got his Ph.D.

22           And he doesn't swear; he affirms.

23           THE COURT:  Okay.

24           MR. DEUTSCH:  And I would prefer that he affirm in

25  front of you, without the jury being present, because the fact

1   that someone affirms may be prej- -- he might be prejudiced in

2   the eyes of some jurors.

3          THE COURT:  Do you think they will even notice if I

4   say, "Raise your right hand.  Do you solemnly affirm -- "?

5          MR. DEUTSCH:  Maybe not.  I mean, I just --

6          THE COURT:  I do not think they will notice.

7          MR. DEUTSCH:  Okay.

8          THE COURT:  I will not do anything different other

9   than switch out "swear" for "affirm."

10          MR. DEUTSCH:  All right.  That's fine.

11          THE COURT:  I am going to take a quick break and I

12   will be back.

13          Mr. Hroub is here.

14          I will be back.

15          (Brief recess.)

16          (Proceedings had in open court:)

17          THE COURT:  Are you ready?

18          MR. FERGUSON:  Yes, Judge.

19          THE COURT:  Okay.

20          (Jury in.)

21          THE COURT:  You may be seated.

22          Good morning, ladies and gentlemen.

23          We are going to continue with the testimony of

24   Professor Hroub.

25          Professor, let me remind you, sir, you are still

  1    under oath.

  2          KHALED HROUB, DEFENDANTS' WITNESS, PREVIOUSLY SWORN

  3              THE COURT:  Mr. Ferguson, you may continue.

  4              MR. FERGUSON:  Judge, I think we're on redirect.

  5              THE COURT:  That is correct.

  6              You were tendered back.

  7              Mr. Deutsch --

  8              MR. DEUTSCH:  Mr. Moffitt is going to go first.

  9              (Laughter.)

 10              MR. DEUTSCH:  Judge, I'm not going to do redirect

 11    unless something comes up --

 12              THE COURT:  Okay.

 13              MR. DEUTSCH:  -- in the course of the redirect.

 14              THE COURT:  Mr. Moffitt, your turn.

 15              MR. MOFFITT:  Thank you.

 16         REDIRECT EXAMINATION ON BEHALF OF DEFENDANT ASHQAR

 17    BY MR. MOFFITT:

 18    Q.  Good morning.

 19              THE COURT:  Before you begin, do you have water for

 20    your witness, please.

 21              (Brief pause.)

 22    BY MR. MOFFITT:

 23    Q.  Good morning, sir.

 24    A.  Good morning.

 25    Q.  Once again, I'm Bill Moffitt and I represent Dr. Ashqar.

1      How many millions of people in Gaza and the West Bank

2   support Hamas?

3   A.  It's difficult to say; but, judging on results of the

4   election January, 2006, one can easily say that almost 60

5   percent of the Palestinians support Hamas.

6   Q.  And, as best you can tell me, 60 percent of the

7   Palestinians support Hamas, how many people would that be?

8   A.  If we say -- well, we are talking about 2 millions and a

9   half, maybe a bit more, between the Gaza Strip and the West

10  Bank.

11  Q.  All right.

12      Now, all the people who support Hamas or affiliate

13  with Hamas, do they all support killing civilians?

14  A.  No, they don't.

15  Q.  You can support Hamas without supporting killing

16  civilians?

17  A.  Yes, you can.

18  Q.  Now, on cross-examination Mr. Ferguson suggested that

19  there was affluence in the West Bank and the Gaza Strip.  Do

20  you remember that he asked you about people being affluent?

21  A.  Well, I agreed on the "middle class" term.  "Affluence"

22  may be a bit too much.

23  Q.  All right.

24      Does being middle class spare you from the pain of

25  occupation?

```
1   A.  No, of course not.

2   Q.  Does having a degree or several degrees spare you from the

3   pain of occupation?

4   A.  Well, briefly, nothing would spare you from the brutality

5   of the occupation.

6   Q.  All right.

7           Has the occupation been described as a brutal

8   military occupation?

9   A.  Yes, it was, and still.

10  Q.  Now, I want to talk to you briefly about your book a

11  little bit.  Okay?

12  A.  Okay.

13  Q.  On Page 60, you discuss Oslo.

14          MR. FERGUSON:  I'm sorry --

15          MR. MOFFITT:  60.

16          MR. FERGUSON:  -- which book?

17          THE COURT:  For the record, which one is it?

18          MR. MOFFITT:  It's "The Beginner's Guide."

19  BY MR. MOFFITT:

20  Q.  That's your latest book; is that right?

21  A.  Yes, it is.

22  Q.  All right.

23          Do you have a copy there?

24  A.  No, I don't.

25          (Document tendered.)
```

1    BY MR. MOFFITT:

2    Q.   Would you turn to Page 60, please.

3         And you give a list of eight items on Page 60 going

4    into Page 61, correct?

5    A.   Correct.

6    Q.   And those are all problems that have occurred since Oslo,

7    correct?

8    A.   Correct.

9    Q.   Let me ask you, No. 1 is, "The territories are occupied --

10   " "were occupied in 1967 are still occupied"?

11   A.   Correct.

12   Q.   Do the Palestinians have a vote on that?

13   A.   What do you mean?

14   Q.   Can the Palestinians vote on the continuation of the

15   occupation?

16   A.   Of course not.

17   Q.   You say, No. 2, "More than ever, the West Bank and Gaza

18   has been carved up, mutilated and turned into isolated islands

19   of human concentrations or cantons administered on behalf of

20   the Israelis by the Palestinian Authority," correct?

21   A.   Correct.

22   Q.   Did the Palestinians have a vote on the mutilation of the

23   West Bank and Gaza?

24   A.   No, they don't.  Everything is done against their will.

25   Q.   No. 3, "Existing illegal Jewish settlements continue to

1  expand and new ones have been erected."

2          Did the Palestinians get to vote about that?

3  A.  No, they don't.

4  Q.  "Jerusalem is being expanded and de-Arabized."

5          Did the Palestinians get to vote about that?

6  A.  No, they didn't.

7  Q.  "Large areas of land have been confiscated to allow for

8  construction of bypasses for exclusive use of Jewish motorists

9  and especially settlers who illegally live on confiscated Arab

10  land."

11          Did the Palestinians get to vote about that?

12  A.  No, they didn't.

13  Q.  No. 7, "Various forms of collective punishment continue to

14  be adopted by the Israelis, including demolition of

15  Palestinian homes, the closures of entire areas and an

16  enforcement of economic blockades, and destruction of

17  Palestinian infrastructure, and the uprooting of trees and

18  crops."

19          Trees and crops are uprooted by the Israelis?

20  A.  Yes, they are.

21  Q.  What kind of trees are we talking about?

22  A.  Well, all kinds of trees.  Olive trees, citrus trees.

23  Palestinian farmers depend largely on these kind of trees.

24  And, in so many cases, under the pretext of security

25  considerations, the Israelis would uproot these trees and

1   crops.

2   Q.  All right.

3          And I want to talk to you about collective

4   punishment.

5          What is that?

6   A.  Collective punishment means that if somebody, say, from

7   the Gaza Strip undertakes military action or something

8   suspected by the Israeli military, something harmful on

9   Israel, they would close down the entire Gaza Strip not

10  allowing anybody to get in, get out.  They would place

11  curfews -- long -- long ones -- against everybody, regardless

12  of whoever is suspected of doing that kind of action.

13  Q.  You also talk here about the demolition of Palestinian

14  homes.

15         Can you tell us about the demolition of Palestinian

16  homes?

17  A.  Well, in the -- basically, similarly, if somebody

18  undertakes or suspected of being the doer of military action

19  or taking part in even minor thing, one of the policies of the

20  military establishment is to demolish their house as a

21  deterrent policy so that in the future, nobody would think of

22  doing the same thing.

23         In destroying the house, they deliver a message to

24  the wider Palestinian community saying that anybody who even

25  thinks of doing the same action would pay high price in losing

1   the house of their family.

2          So, if you have somebody 17 years old, a son of a

3   large family -- maybe of 12-member or even more -- doing

4   something against the Israelis, they will go and demolish the

5   house of the family and expel everybody and everybody will be

6   left without any home.

7   Q.  So that if somebody does an act, they render the entire

8   family homeless?

9   A.  Yes, they do.

10  Q.  Regardless of whether or not the family participated?

11  A.  Usually, these guys, the military -- the people who do any

12  military act -- they keep their actions completely secret from

13  their families.  So, the family -- the families -- have no

14  prior knowledge of whatever their kids are doing.

15  Q.  Do the families who are rendered homeless, do they need

16  support?

17  A.  Oh, yes, of course.

18  Q.  Well, how are they supported if they no longer have a

19  home?

20  A.  Excuse me?

21  Q.  How are they supported if they no longer have a home?

22  A.  Well, I mean, they need some -- some -- some -- help --

23  immediate help, of course -- mainly from local associations,

24  local societies and local donations.

25          And, in the Palestinian communities, either in the

1     West Bank or in the Gaza Strip, there are organizations

2     deliberately -- or set up -- to help these people because this

3     is -- this is -- not a unique event.  This is something done

4     routinely.  Maybe every single week or every other week, you

5     will have a Palestinian house demolished under security

6     pretext.

7     Q.  How does this demolition take place?

8     A.  Well, by different means.  Either bulldozing the --

9     these houses with giving very short notice to the family,

10    sometimes no more than half an hour.  So, the military order

11    comes from the Army:  "You have to evacuate your house in half

12    an hour and we will undertake the demolishing."  Sometimes it

13    takes place by exploding the house.  So, they would have --

14    detonate the house.

15    Q.  All right.

16         Now, this collective punishment and the destructions

17    of homes and economic blockades, and what you discussed in

18    that section there, did the Palestinians have any vote on

19    whether those are appropriate punishments?

20    A.  No, they don't.

21    Q.  They are imposed upon them; are they not?

22    A.  Yes, they are.

23    Q.  Would you turn to Page 39 of your book.

24         Would you look at the second full paragraph

25    beginning, "In summary"?

1   A.  Yeah.

2   Q.  Are you familiar with that paragraph?

3   A.  Just one second, please.

4           (Brief pause.)

5   BY THE WITNESS:

6   A.  Yes, I am.

7   BY MR. MOFFITT:

8   Q.  You discuss in that paragraph why it would be naive to

9   assume that Hamas could destroy Israel; am I right?

10  A.  Yes, you are correct.

11  Q.  Would you tell the ladies and gentlemen why you believe it

12  would be naive to believe that Hamas could destroy Israel?

13          MR. FERGUSON:  Object.

14  BY THE WITNESS:

15  A.  Well, I think --

16          MR. FERGUSON:  Object to relevance, whether Hamas has

17  the capacity to destroy Israel.

18          MR. MOFFITT:  Mr. -- my colleague here went through

19  this whole thing about the charter and various other things

20  about the destruction of Israel.  This is an expert.

21          THE COURT:  Overruled.

22          You can answer.

23  BY THE WITNESS:

24  A.  Well, I think the assumption that Hamas intends and -- to

25  destroy Israel has -- has -- so many hollow arguments in it.

 1   First of all, it assumes that Hamas should assume power --

 2   should remain in power -- over the Palestinians for decades.

 3   This is number one.

 4          Number two, they have to be able to -- to -- bring in

 5   weapons from all over the globe and have great arsenals within

 6   the territories under the eye of Israel and the surrounding

 7   countries, under the eye of the Americans, the West and

 8   everybody.  Everybody will be just watching the building up of

 9   the Hamas arsenal so that to achieve the point of being

10   capable of destroying Israel.

11          So, I think this is very rhetorical and hypothetical

12   thesis of keeping saying Hamas -- Hamas' aim and intention and

13   capability is to destroy -- destroy -- Israel.

14          Israel is the most powerful military state in the

15   Middle East.  It defeated all the Arabs in -- in -- five days

16   back in 1967.  They have the military might that not a single

17   Arab country -- not even the collect- -- a collective group of

18   Arab countries -- with official armies could defeat Israel,

19   let alone an organization at the scale of Hamas.

20          So, I think the assumption in itself is -- is -- is

21   -- is -- naive and only used to -- for other political ends.

22   BY MR. MOFFITT:

23   Q.  Now, you talked about checkpoints, correct?

24   A.  Correct.

25   Q.  And let me ask you, does your status as a holder of a

1    degree prevent you from having to deal with a checkpoint?

2    A.  No, it doesn't.

3    Q.  Is that something that is imposed upon Palestinians

4    regardless of their economic means and their status with

5    respect to education?

6    A.  Yes, it does.

7    Q.  Tell the ladies and gentlemen of the jury what happens at

8    a checkpoint.

9    A.  What happens at the checkpoint --

10            MR. FERGUSON:  Judge, I'm going to, one, object to

11   relevance; and, two, I don't think there was any question on

12   cross-examination that called into question anything that was

13   testified to with respect to what happens at checkpoints.

14            THE COURT:  Mr. Moffitt?

15            MR. MOFFITT:  I'll pass on the question.

16            THE COURT:  Okay.

17   BY MR. MOFFITT:

18   Q.  You talked about, on cross-examination, the Islamic

19   University, correct?

20   A.  Correct.

21   Q.  And there was some discussion about the courses offered at

22   the Islamic University?

23   A.  Correct.

24   Q.  Would you tell the ladies and gentlemen about the courses

25   that were offered at Islamic University?

 1   A.  Well, they offer, more or less, most kind of courses.

 2   They offer courses to do with medicine.  They offer

 3   engineering:  Electrical, civil, mechanical.  They offer

 4   mathematics, physics, chemistry.  They offer Arab language,

 5   literature, English literature, languages.  They offer

 6   religious studies, sociology, history, geography.

 7           This is what comes to my mind.

 8   Q.  Are scholars from all over the world invited to teach at

 9   the Islamic University?

10   A.  Yes, they are.

11   Q.  Do many of them come and teach at the Islamic University?

12   A.  Yes, they -- they -- go, yeah.

13   Q.  Are you familiar with Islamic chemistry?

14           (Laughter.)

15   BY THE WITNESS:

16   A.  No, I am not.

17   BY MR. MOFFITT:

18   Q.  How about Islamic physics?

19   A.  I am not.

20   Q.  How about Islamic mathematics?

21   A.  I am not.

22   Q.  So, those courses are taught at the Islamic University,

23   aren't they?

24   A.  Yes, they are.

25   Q.  Now, as you sit there today, as a result of the

Hroub - redirect by Moffitt

17

1   occupation, you can't go home; am I right?

2   A.  I can't go home and -- and -- reside or live there.

3   Neither my family nor my relatives and many million

4   Palestinians.

5   Q.  What does it feel like not to be able to go home?

6           MR. FERGUSON:  Objection.

7           THE COURT:  Sustained.

8           MR. MOFFITT:  No further questions.

9           THE COURT:  Mr. Deutsch?

10          MR. DEUTSCH:  I don't have any questions, Judge.

11          THE COURT:  Mr. Ferguson, any recross?

12          MR. FERGUSON:  No, Judge.

13          THE COURT:  Thank you, Professor.  You may step down.

14          THE WITNESS:  Thank you very much.

15          (Witness excused.)

16          (Whereupon, there were further proceedings, which

17      were not ordered transcribed.)

18                      *    *    *    *    *

19

20  I certify that the foregoing is a correct excerpt from the
    record of proceedings in the above-entitled matter.

21

22  _____   _____, 2006

23  Official Court Reporter

24

25