```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
     UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
 4                                      )
                         Plaintiff,     )
 5                                      )
                   vs.                  )
 6                                      )
     MUHAMMAD HAMID KHALIL SALAH AND    )
 7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                        ) November 29, 2006
 8                       Defendants.    ) 4:15 o'clock p.m.

 9
                     E  X  C  E  R  P  T
10              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11
     APPEARANCES:
12

13   For the Plaintiff:      HON. PATRICK J. FITZGERALD
                             United States Attorney
14                           BY:  MR. JOSEPH M. FERGUSON
                                  MR. REID J. SCHAR
15                                MS. CARRIE E. HAMILTON
                             219 S. Dearborn St., Suite 500
16                           Chicago, Illinois  60604

17
     For Deft. Salah:        PEOPLE'S LAW OFFICES
18                           BY:  MR. MICHAEL EDWARD DEUTSCH
                                  MS. ERICA THOMPSON
19                                MR. BENJAMIN ELSON
                             1180 North Milwaukee Avenue
20                           Chicago, Illinois  60622

21

22

23
     For Deft. Ashqar:       MR. KEITH ALLAN SPIELFOGEL
24                           20 North Clark Street, Suite 1200
                             Chicago, Illinois  60602
25
```

1   APPEARANCES (Cont'd):

2

3   For Deft. Ashqar (Cont'd):  MR. WILLIAM MOFFITT
                                11582 Greenwich Point Road
                                Reston, Virginia  20194

4

5

6   Also Present:              S/A BRADLEY BENAVIDES, FBI
                               S/A JILL PETTORELLI, FBI

7

8   Court Reporter:           KATHLEEN M. FENNELL, CSR, RMR, FCRR
                              Official Court Reporter
9                             219 S. Dearborn St., Suite 2144A
                              Chicago, Illinois  60604
10                            (312) 435-5569

11
                    * * * * * * * * * * * * * * * * *
12
                         PROCEEDINGS RECORDED BY
13                       MECHANICAL STENOGRAPHY
                    TRANSCRIPT PRODUCED BY COMPUTER
14

15

16

17

18

19

20

21

22

23

24

25

1    (Proceedings heard in open court; jury present:)

2                         *   *   *   *   *   *

3            MR. SCHAR:  Judge, the government calls Mohamed

4    Al-Shorbagi.

5            THE COURT:  Please come forward, sir.  Raise your

6    right hand, sir.

7    (Witness sworn.)

8            THE COURT:  You may be seated.

9            You may proceed.

10           MR. SCHAR:  Thank you, Judge.

11        MOHAMED SHORBAGI, GOVERNMENT'S WITNESS, DULY SWORN,

12                        DIRECT EXAMINATION

13   BY MR. SCHAR:

14   Q.  Sir, could you please state your name, spell both your

15   first name and your last name.

16   A.  Yes.  My name is Mohamed Shorbagi.  My first name is

17   Mohamed, M-O-H-A-M-E-D.  Last name is Shorbagi,

18   S-H-O-R-B-A-G-I.

19   Q.  Sir, I'd like to direct your attention to October 1997 to

20   about December 2001.  During that time period, did you enter

21   into an agreement and understanding with others to provide

22   monetary support to the Hamas terrorist organization?

23   A.  Yes, sir.

24   Q.  At the time you provided money to Hamas, did you know that

25   Hamas was engaged in terrorist activities?

Shorbagi - direct by Schar

4

1    A.   Yes, sir.

2    Q.   Based on your involvement with providing money to Hamas,

3    were you criminally charged in federal court with providing

4    material support to a terrorist organization, namely, Hamas?

5    A.   Correct.

6    Q.   In addition, from approximately 2001 to 2005, you

7    defrauded your employer of approximately $240,000.

8    A.   Correct.

9    Q.   Direct your attention to August 28th of this year.

10        Did you plead guilty in federal court in Georgia to

11   providing material support to Hamas?

12   A.   Correct.

13   Q.   Did you enter into a plea agreement with the government

14   before you pled guilty?

15   A.   Correct.

16   Q.   In that plea agreement, did you agree to cooperate with

17   the government?

18   A.   Correct.

19   Q.   What, Mr. Shorbagi, did you agree to do?

20   A.   To say the truth.

21   Q.   Have you been sentenced yet?

22   A.   Not yet.

23   Q.   What is your understanding of the sentence you were facing

24   if you had not cooperated with the government?

25   A.   15 years.

1    Q.   In return for your cooperation, what do you understand the

2    government will do for you at the time of your sentencing?

3    A.   To recommend reduction to the federal judge.

4    Q.   Reduction in what?

5    A.   Reduction of the jail time.

6    Q.   Has the government indicated at this point how much of a

7    reduction it will request?

8    A.   None.

9    Q.   What do you have to do in order for the government to make

10   that motion for you to receive a reduced sentence?

11   A.   To say the truth.

12          MR. MOFFITT:  Objection.  May we approach?

13          THE COURT:  Yes.

14     (Proceedings heard at side bar:)

15          MR. MOFFITT:  Your Honor, he's bolstering this

16   witness's testimony.  Now he's got this witness saying that

17   what he's got to do is to say the truth, and that is

18   bolstering the testimony.

19          MR. SCHAR:  Judge, in the 7th Circuit at least, I

20   think the law is fairly clear that I'm allowed to front the

21   plea agreement and the terms of the plea agreement and what it

22   is he needs to do to abide by the terms of the plea agreement,

23   and that's all I'm doing.

24          THE COURT:  The law is clear here in this circuit

25   that that is appropriate.

Shorbagi - direct by Schar

6

1              MR. MOFFITT:  Okay.  You can front the plea

2    agreement, but he can't comment on his own testimony and say

3    that I'm telling the truth.  That's the problem that I'm

4    having.

5              THE COURT:  He's not bolstering his testimony.  He's

6    asking him about what the terms of his deal are, and what the

7    witness just testified to is I have to tell the truth in order

8    to get a reduction in my sentence.  That's appropriate.

9              You're free to ask him who makes that determination.

10   You're free to do the standard cross of it, but it's not

11   bolstering.  It's appropriate.

12     (Proceedings heard in open court:)

13             THE COURT:  You may continue.

14             MR. SCHAR:  Thank you.

15   BY MR. SCHAR:

16   Q.  What do you have to do in order for the government to make

17   a motion for a reduced sentence?

18   A.  To say the truth.

19   Q.  Who decides whether you are actually going to receive a

20   reduced sentence?

21   A.  It's the federal judge.

22   Q.  Where?

23   A.  In Rome, Georgia.

24   Q.  And has the government also agreed not to prosecute you

25   for your defrauding of your employer?

1    A.   Correct.

2    Q.   In addition to possibly receiving a lower sentence, has

3    the government also agreed to assist you to reside legally in

4    the United States?

5    A.   Correct.

6    Q.   And, if necessary, has the government agreed to assist you

7    in entering the Witness Protection Program once you're

8    incarcerated?

9    A.   Correct.

10   Q.   Sir, I'd like to direct your attention now to the early

11   1990s.  Where were you living at that time?

12   A.   In Houston, Texas.

13   Q.   What type of job did you have?

14   A.   I worked for Maxwell Coffee Company, and then I worked for

15   a shipping company in Houston, Texas.

16         MS. THOMPSON:  We're having a little trouble

17   understanding.

18         THE COURT:  Maybe you can slow down just a little

19   bit, sir, so we can make sure we can all understand you.

20         MS. THOMPSON:  Thank you.

21         THE WITNESS:  Yeah, fine.  Sorry.

22   BY MR. SCHAR:

23   Q.   Also if you can keep your voice up, I think that would be

24   helpful as well.

25   A.   Okay.

1   Q.  You said it -- was it Maxwell Coffee one of the places

2   that you worked?

3   A.  That is correct.

4   Q.  And you indicated you worked for a shipping company.  How

5   long did you work for the shipping company?

6   A.  I worked for about year and a half there.

7   Q.  Then what did you do?

8   A.  Logistics, shipping overseas.

9   Q.  What did you do after you left that job?

10  A.  I moved to Rome, Georgia.

11  Q.  And did you get a job in Rome, Georgia?

12  A.  Yes, I did.

13  Q.  What type of job?

14  A.  It's the same thing, it's in shipping company.

15  Q.  Are you familiar with an organization called the Muslim

16  Arab Youth Association?

17  A.  Yes, I do.

18  Q.  Is that organization commonly referred to as MAYA,

19  M-A-Y-A?

20  A.  Correct.

21  Q.  While you were in Houston, were you involved in doing any

22  work for MAYA, the Muslim Arab Youth Association?

23  A.  Correct.

24  Q.  What did you do?

25  A.  My job with MAYA really was logistics stuff.  I was MAYA

1   representatives in the state of Houston.  I used to -- MAYA

2   used to bring guest speakers from overseas, scholars, very

3   known prominent speakers from Middle East.  I used to go to

4   the airport or arrange for someone to pick them up from the

5   airport, and I used to take them to find accommodation for

6   them at hotel and also take them to the Islamic Center in

7   Houston for the Friday sermon, which is our day of prayer.

8           And during the nighttime, I would arrange for a

9   lecture for that speaker in the Islamic Center to speak about

10  certain subjects, and sometimes after the speaking -- after

11  the speech is over, there will be donate -- collection for

12  money.

13  Q.  Were you involved in any other organizations while you

14  were in Houston?

15  A.  Correct.

16  Q.  What other organization?

17  A.  I was also representatives for -- in Houston for IAP,

18  Islamic Association for Palestine.

19  Q.  What did you do for the IAP, the Islamic Association for

20  Palestine?

21  A.  Exactly the same thing for MAYA, because IAP, Islamic

22  Association for Palestine would have their speakers also.

23  They would call me.  I will go to the airport, pick up the

24  speaker, do the same thing, arrange for Friday sermon, and

25  then Friday night, he will be speaking about the subject that

1 he came for.

2 Q.  Were you involved in providing any literature or handouts

3 on behalf of the IAP?

4 A.  That is correct.

5 Q.  What were you involved with?

6 A.  Now, IAP was, I think, founded in sometime mid '80s, but

7 then when the very famous Palestinian uprising started in

8 1987, early 1988 in the occupied territory against Israeli

9 occupation, Hamas came to exist, and then leaflets by Hamas

10 was printed in the occupied territory, faxed to IAP office.

11        It was reprinted again by IAP and was mailed to my

12 attention to the Islamic Center.  I would get it, make copies,

13 and make distribution for those leaflets.

14 Q.  You say make distribution.  What would you do with the

15 Hamas leaflets that you were provided?

16 A.  I'm sorry?

17 Q.  What would you do with the Hamas leaflets that you were

18 provided?

19 A.  Make copies and distribute them to the people at the

20 Friday prayer.

21 Q.  Do you have a recollection of any of the leaflets that you

22 personally distributed?

23 A.  Yes.  Most of those leaflets were really, as I said,

24 printed in West Bank and Gaza under the Israeli occupation.

25 Those leaflets would call for like sometimes for a general

1  strike or for encouraging the Palestinians for throwing stones

2  at the occupation, at the soldiers.

3         And some other leaflets, starting in I think after a

4  year or two year of the uprising, taking responsibilities of

5  some of the actions that Hamas is doing in the occupied

6  territory.

7  Q.  What particular actions?

8         MR. MOFFITT:  Objection.

9         THE COURT:  What's your objection?

10        MR. MOFFITT:  Best evidence.  If he's going to speak

11 about a writing, then we should have the writing.

12        MR. SCHAR:  Judge, he's going to speak from his

13 memory as to what he distributed.

14        THE COURT:  Overruled.

15        MR. DEUTSCH:  Judge, also we should have a better

16 foundation.  He said several years after.  I don't -- I want

17 to know --

18        THE COURT:  Sustained.  See if you can get a better

19 foundation.

20 BY MR. SCHAR:

21 Q.  Directing your attention to approximately 1989, do you

22 recall any particular leaflets that you distributed -- Hamas

23 leaflets you distributed on behalf of IAP in 1989?

24 A.  Correct.

25 Q.  Which leaflets?

Shorbagi - direct by Schar

12

1   A.  There was a famous leaflet that I made copies and

2   distributed.  There was the abduction of the two Israeli

3   soldiers.  One of them is I remember is Ilan Sa'doan.  And

4   also I think in 1990, there was another leaflet of abduction

5   of Nissam Toledan, the Israeli soldier.

6   Q.  Were you involved in any way with the distribution of the

7   Hamas charter through IAP?

8   A.  Correct.

9   Q.  How were you involved?

10  A.  Hamas came to exist in '87 and then a few months after

11  that -- late '87.  A few months after that, they had their

12  charter in February of '88.  The same thing, IAP made the copy

13  of that charter and sent several copies to the mosque in

14  Houston, and I got those copies.  They were in Arabic.

15          I got those copies of the charter, and I distributed

16  them to the people that come to the mosque.

17  Q.  Did you eventually distribute it in English as well?

18  A.  A few months later in '88, another copy came in English.

19  First came in Arabic, the second came in English.  I did the

20  same thing to the non-Arabic speaking comes to the mosque.

21  Q.  You provided the English version of the Hamas charter?

22  A.  Correct.

23  Q.  During the early 1990s, did you involve or did you attend

24  any conventions held by the Muslim Arab Youth Association,

25  MAYA?

Shorbagi - direct by Schar

1    A.   Correct.

2    Q.   To the best of your recollection, where were those

3    conventions held?  Focusing on the early 1990s.

4    A.   I'm sorry?

5    Q.   Focusing on the early 1990s.

6    A.   They were mainly held in big cities.  I remember Oklahoma

7    City.  I remember Kansas City.  I remember Phoenix, Arizona.

8    I remember Houston, Texas.  I remember Chicago.

9    Q.   Could you explain to the jurors what type of events

10   generally would go on at a MAYA convention?

11            First let me ask you about how many people would

12   attend a MAYA convention?

13   A.   Usually between like 6,000 to 8,000.

14   Q.   So a number of people would attend these conventions.

15   A.   Correct.

16   Q.   Could you explain now generally what would occur, how long

17   would the convention last and generally what would occur?

18   A.   Usually the convention held or happened during the

19   Christmas time, two days before Christmas and a day or two

20   days after Christmas, so that's five days.  And it's five days

21   and five nights.

22            The MAYA leadership used to rent big convention

23   center, two or three hotels in the city, and then we used to

24   go there, get a room, and spend the five days and nights in

25   the convention between the hotel and convention.

1        The day starts with the mayor of the city.  The

2   convention starts with the mayor of the city having the

3   opening ceremony of the convention welcoming the people to his

4   city, and then there will be two major lectures, one in the

5   morning and one in the evening.

6        And during this, there will be lunch and dinner by

7   the leadership of the convention arranged, and also there will

8   be small lectures during the daytime.

9   Q.  Could you buy things at these conventions?

10  A.  Yes, absolutely.

11  Q.  Can you explain what you could buy?

12  A.  There would be a big area in the convention that there

13  will be booths for, I mean, anything you really want to buy,

14  like clothes, especially for women, head scarf.  Books,

15  religious books, politics books, tapes, Islamic signs, and

16  videotapes.  Also tapes of the lectures that's being -- during

17  the convention or of the last conventions, videotapes, same

18  thing.  Cassette tapes.

19  Q.  Buy food as well?

20  A.  Yes, there was also booth for food.

21  Q.  During two of these early 1990 MAYA conventions, were you

22  invited to attend small, closed meetings of certain

23  individuals?

24  A.  Correct.

25  Q.  And which convention did the first closed meeting which

Shorbagi - direct by Schar

1    you were invited to occur?

2    A.   Oklahoma City.

3    Q.   Where within the convention was the closed meeting held?

4    A.   There was a room inside the convention center, a private

5    room inside the convention center.

6    Q.   What did the room look like?

7    A.   Probably the same size as this court here.

8    Q.   What was in the room?

9    A.   Staged like this and chairs for people to sit on.

10   Q.   Let's talk specifically about the Oklahoma City closed

11   meeting.

12           Approximately how many people attended that meeting?

13   A.   About 150.

14   Q.   Excuse me?

15   A.   About 150.

16   Q.   150.

17   A.   150, yes, sir.

18   Q.   Who invited you, sir, to the closed meeting?

19   A.   Close friend of mine in Houston, Jamil Dalu.

20   Q.   First name J -- well, actually, J-A-M-I-L?

21   A.   Correct.

22   Q.   Last name D-A-L-U?

23   A.   Correct.

24   Q.   How did you know Jamil Dalu?

25   A.   We went to the same school in Texas, and we were close

 1  friends in Houston, and we were working together also for the

 2  IAP.

 3  Q.  When you say working together for the IAP, what were you

 4  doing together?

 5  A.  Same thing, like doing the programs for the speakers when

 6  they come, like what kind of program, how was the program

 7  going to be and things of that nature.

 8  Q.  When Mr. Dalu invited you to the meeting, did he tell you

 9  what was going to occur at the meeting or why you were being

10  invited?

11  A.  He told me there will be a private speech.

12          MR. DEUTSCH:  Objection, hearsay.

13          MR. SCHAR:  It's offering to show why he ends up

14  going to the meeting, his understanding of what the meeting is

15  about.

16          THE COURT:  Ladies and gentlemen, the answer you're

17  about to hear is not being offered for the truth of the

18  matter.  It's instead being offered to show what actions were

19  taken.

20          You may answer.

21  BY THE WITNESS:

22  A.  I'm sorry, your question again, sir?

23  BY MR. SCHAR:

24  Q.  What did he tell you about the meeting?

25  A.  That there will be a closed meeting by Mousa Abu Marzook,

1   Hamas.  They'll be speaking about Hamas from inside.

2   Q.  You say from inside, what do you understand that to mean?

3   A.  Means it's not going to be a public speech.  It's going to

4   be a closed private speech about Hamas.

5   Q.  And what was your understanding as to why you were invited

6   to this?

7   A.  Because I was a supporter for Hamas.

8   Q.  Did you go to the closed meeting in Oklahoma City?

9   A.  I did.

10  Q.  To the best of your recollection, who do you recall being

11  at that closed meeting in Oklahoma City where Mr. Marzook was

12  to speak?

13  A.  I remember, of course, Jamil was there.  I remember Ahmed

14  Yousef, Yasir Bushnaq, Ismail Barrasse.  I remember Ziad

15  Hamdan.  I remember Abdelhaleem Ashqar.  That's --

16  Q.  Do you remember whether Muhammad Muzein was present?

17  A.  Muhammad Muzein, Shukri Al-Baker also.

18  Q.  Now, prior to this meeting, had you ever met Abdelhaleem

19  Ashqar?

20  A.  No.

21  Q.  Did you meet him at this meeting?

22  A.  After the meeting, I was introduced to him by my friend

23  Jamil Dalu.

24  Q.  How were you introduced to Abdelhaleem Ashqar after the

25  meeting?

Shorbagi - direct by Schar

1    A.  I'm sorry, inside the meeting after the lecture was over,

2    inside the room.

3    Q.  And how were you introduced to him?

4    A.  "Hi, how are you.  This is Mohamed Shorbagi.  This is

5    Abdelhaleem Ashqar."

6    Q.  Did Jamil Dalu tell you how he knew Abdelhaleem Ashqar?

7         MR. MOFFITT:  Objection, hearsay.

8         MR. SCHAR:  Co-conspirator, Judge.

9         THE COURT:  Overruled.

10        THE WITNESS:  I'm sorry?

11   BY MR. SCHAR:

12   Q.  Did Jamil Dalu tell you how he knew Abdelhaleem Ashqar?

13   A.  He knew him because they went to the same school in West

14   Bank, Birzeit University.

15   Q.  Birzeit, B-E-I-R-Z-E-I-T?

16   A.  Correct.

17   Q.  Now, at the closed meeting, did anybody speak or give a

18   lecture?

19   A.  Correct.

20   Q.  Who spoke?

21   A.  Mousa Abu Marzook.

22   Q.  Had you heard of Mousa Marzook before this meeting?

23   A.  Yeah, I heard about him.

24   Q.  Who did you understand him to be?

25        MR. MOFFITT:  Objection, foundation.

Shorbagi - direct by Schar

19

1   BY MR. SCHAR:

2   Q.  How had you heard of Mousa Abu Marzook prior to this

3   meeting?

4   A.  I heard him -- I mean I'm a Palestinian.  I came from that

5   area.  And then Hamas was becoming very active in the occupied

6   territory, and the main associates to Hamas also becoming

7   known and known among the Palestinians.  So his name was --

8          MR. MOFFITT:  Objection, hearsay.

9          MR. SCHAR:  It's being laid to give his particular

10  understanding of who this was.  I'm not offering it for that

11  particular truth.  It's a foundation.

12         THE COURT:  Overruled.  You may continue.

13  BY MR. SCHAR:

14  Q.  Now, based on your information, who did you understand

15  Mr. Marzook to be?

16         MR. MOFFITT:  Objection, hearsay.

17         THE COURT:  What's your response?

18         MR. SCHAR:  I don't think his understanding is

19  hearsay, and I think he's laid the foundation to explain he

20  had some understanding prior to the meeting as to who was

21  going to be speaking.

22         MR. MOFFITT:  His entire understanding of who

23  Mr. Marzook was is based on hearsay.  There's no

24  co-conspirator statements there.

25         MR. SCHAR:  That's a weight issue, Judge.

 1           THE COURT:  Are you offering it for the truth?

 2           MR. SCHAR:  No, his understanding.  It's his

 3  understanding.

 4           THE COURT:  Overruled.

 5           MR. MOFFITT:  Can I have an instruction that it's not

 6  being offered for the truth?

 7           THE COURT:  Certainly.

 8           The witness's answer as to his understanding of who

 9  Mr. Marzook is is not being offered for the truth of that's

10  who he is.

11  BY MR. SCHAR:

12  Q.  Sir, who was your understanding who Mr. Marzook was at the

13  time of this closed meeting in Oklahoma City?

14  A.  That time I mean I knew Mousa Abu Marzook was active in

15  the -- in the MAYA, MAYA conventions, and also within the IAP

16  structure and also with Hamas because, as I said, like as

17  Palestinians, most of the names they were associated with

18  Hamas were coming to known to us by like whenever we talk

19  about Palestine, Hamas and so on.

20  Q.  During the closed meeting, did Mr. Marzook speak?

21  A.  Yes, he did.

22  Q.  Can you tell us what he spoke about?

23  A.  I mean I don't remember -- I remember what he talked about

24  Hamas, and the statement that I remember he mentioned that

25  Hamas is becoming a major player in the Middle East policy,

 1   and Hamas is going to start creating actions to affect the

 2   Middle East policy.

 3   Q.  And when Mr. Marzook said Hamas was going to start

 4   creating actions, what did you understand him to mean?

 5              MR. MOFFITT:  Objection.

 6              MR. SCHAR:  He was present, Judge.

 7              THE COURT:  Overruled.

 8   BY THE WITNESS:

 9   A.  I'm sorry, your question?

10   BY MR. SCHAR:

11   Q.  My question, sir, is when Mr. Marzook says in this closed

12   meeting that Hamas is going to create action or actions, what

13   did you understand him to be referring to?

14   A.  Hamas is a resistance movement against an occupation,

15   foreign occupation to Palestine.  Actions mean fighting the

16   occupation, which is he clarify it by jihad against the

17   foreign occupation of Palestine.

18   Q.  You say he clarified.  Who clarified?

19   A.  Mr. Mousa Abu Marzook.

20   Q.  What did he say?

21   A.  Later on, he, by mentioning creating actions against the

22   Israeli occupation, that is the only way by dealing -- to deal

23   with -- to end the Israeli occupation of Palestine is by

24   jihad.

25   Q.  And did you have an understanding of what jihad meant?

Shorbagi - direct by Schar

1   A.   I mean as a Muslim, there are too many names of jihad, but

2   when dealing with occupation, jihad means armed struggle to

3   end the occupation.

4   Q.   About how long did Mr. Marzook speak for in the closed

5   meeting in Oklahoma City?

6   A.   About an hour.

7   Q.   What happened after he spoke?

8   A.   There was an open session for questions and answers.

9   Q.   Were you present for the question-and-answer session?

10   A.   Yes, I was.

11   Q.   As you sit here today, do you have any recollection of any

12   of the questions and answers?

13   A.   There was a question about really the concern of the FBI

14   watching over us as Palestinians working for the Palestinian

15   cause using Hamas way in the United States by concern over the

16   FBI watching some of our activities.

17   Q.   Was there an answer provided or a comment made about that

18   particular concern, that is, the FBI beginning to watch

19   Hamas's activities in the United States?

20   A.   Yes, there was an answer by Abu Marzook.

21   Q.   What did Mr. Marzook say at the Oklahoma City closed

22   meeting?

23   A.   That was in early '90s, so his answer was that really the

24   FBI has so many things to worry about rather than activity

25   here or activity there for a Palestinian's cause that is

Shorbagi - direct by Schar

23

1  thousands of miles away from the United States inside the

2  occupied territory, so they wouldn't have really a lot of

3  concern about the activities inside the United States, that

4  not to worry about the FBI.

5  Q.  Now, did you attend a second MAYA convention where a

6  second closed meeting was held?

7  A.  Correct.

8       MR. SCHAR:  Judge, I'm sorry, how long do you want to

9  go tonight?  Should I keep going?

10      THE COURT:  Another five, ten minutes.

11      MR. SCHAR:  Okay.  See how far we get.

12 BY MR. SCHAR:

13 Q.  Sir, did you attend another second closed meeting at a

14 second convention?

15 A.  Correct.

16 Q.  Where was that convention?

17 A.  It was in Chicago.

18 Q.  Do you recall approximately what year that was?

19 A.  I think '94.

20 Q.  And were you again invited to a closed meeting at the

21 Chicago MAYA convention?

22 A.  Correct.

23 Q.  Who invited you?

24 A.  By my friend Jamil Dalu.

25 Q.  Again, what did he tell you about this particular closed

 1   meeting, if anything?

 2   A.  He said the same thing, that there will be a speaker.

 3   It's going to be about Hamas, and there will be a speaker

 4   about Hamas.

 5   Q.  Where was the closed meeting held in Chicago?

 6   A.  Inside the convention center in a room, private room

 7   inside the convention center.

 8   Q.  Similar to the room you described before?

 9   A.  Yes, similar to this room also.

10   Q.  Did you attend the second closed meeting in Chicago?

11   A.  Yes, I did.

12   Q.  Who was present at the second closed Hamas meeting in

13   Chicago?

14   A.  There were also about 150 or so there.

15   Q.  Do you have a recollection as you sit here of any

16   particular people who were present?

17   A.  Yes.  I remember Mousa Abu Marzook, Ahmed Yousef, Ismail

18   Barrasse, Muhammad Muzein, Shukri Al-Baker, Abdelhaleem

19   Ashqar.  I think those are some of the names I remember.

20   Q.  Was Ziad Hamdan present?

21   A.  Yes, uh-huh.

22   Q.  How about Mohammad Jarad?

23   A.  Yes, Mohammad Jarad was there also.

24   Q.  Now, was there a particular speaker at the second closed

25   Hamas meeting in Chicago?

1  A.  Yes, there was.

2  Q.  Who spoke?

3  A.  Khalid Mishal.

4  Q.  Was he introduced as Khalid Mishal, or was he introduced

5  by another name?

6  A.  He was introduced by Mousa Marzook as Khalid the Sheikh.

7  Q.  And had you heard of Khalid Mishal before?

8  A.  That was the first time I came in touch with Khalid

9  Mishal.

10  Q.  What did Khalid Mishal speak about at this particular

11  closed Hamas meeting?

12  A.  His speech was about Hamas, how Hamas became a big

13  organization inside the occupied territory and how Hamas

14  really is gaining the support inside the occupied territory.

15  And there is a peace process at this time, the Oslo agreement

16  that was signed in 1993 in Washington, D.C., and his two

17  topics -- he had really the thing I remember about two points

18  that he stressed and talked about, is that, number one is how

19  to stop the peace process because the PLO, who is doing the

20  peace process with Israel, is really selling out the

21  Palestinian rights by giving up the right of the Palestinian

22  land, most of the Palestinian land, giving up the right of the

23  return for the refugees who were forced to leave their homes

24  and lands in Palestine, and selling out the Palestinian

25  rights.  So it will not be a good peace process for the

1    Palestinians.

2            In order to do that, Hamas has to step up its

3    military actions, jihad, against the Israelis in order for the

4    Israelis to respond, and there will be violence on both sides,

5    so the peace process will not move on.

6            The second thing is that we, as Palestinians living

7    outside the territory, we've got to work on gaining the

8    support of the Palestinians outside Palestine for Hamas among

9    the Palestinians, Arabs as well as Muslims.  So we need -- as

10   Hamas did its work inside the occupied territory, we need to

11   work hard outside Palestine in order to bring the support of

12   Hamas to -- from the people outside Palestine.

13   Q.  Were those the two main points he spoke about during the

14   second closed Hamas meeting?

15   A.  Correct.

16   Q.  Did he speak in any way about how to organize support for

17   Hamas outside of the territories in Israel?

18   A.  Yes.

19   Q.  What did he say?

20   A.  He said, like, for us really as Palestinians inside the

21   United States to work for Hamas, we need to have, like, groups

22   such as political group, media group, education group,

23   financial group, and every group is led by someone and some

24   people work for those groups to gain the support for Hamas.

25   Q.  After -- after Mr. Mishal spoke, was there a

 1  question-and-answer session?

 2  A.   Yes.

 3  Q.   What, if anything, do you recall from the

 4  question-and-answer session?

 5  A.   I recall a comment made by Abdelhaleem Ashqar.

 6  Q.   What was that comment?  Was it in the form of a question

 7  or an answer or a comment?

 8  A.   It was -- it was a comment.

 9  Q.   What was the comment?

10  A.   The comment, I remember he was talking about how did

11  Israeli came to exist in 50 years.  He was referring to the

12  founder of the Zionist movement, Theodore Herzl, that he had a

13  plan, he called it, Theodore Herzl called it the ten-year

14  plan, that in every ten year, he had a goal and this is how he

15  going to work for the goal.

16         And that was Theodore Herzl, the founder of the

17  Zionist movement back in 1897, and it came after 50 years in

18  1948, he fulfilled the establishment of the State of Israel

19  over the land of Palestine by following the ten-year plan.

20  Q.   What, if anything, did Mr. Ashqar say about what Hamas

21  should do in that regard?

22  A.   He said we could learn from -- from this plan really to

23  set a goal for us every ten years and -- or every few years

24  and to work toward the goal of ending the foreign occupation

25  of our land.

Shorbagi - direct by Schar

28

1   Q.   When you say us, who are you referring to?

2   A.   As Hamas member -- supporters or members.

3          MR. SCHAR:   Judge, this probably would be a good

4   time.

5          THE COURT:   Okay.  Let's end for the evening.  We'll

6   pick up tomorrow morning.  Please meet on the second floor at

7   9:15.  Remember, do not discuss the case or watch, listen to,

8   or read any media coverage.  Have a good night.  I'll see you

9   tomorrow morning.

10    (Jury exits courtroom.)

11         THE COURT:   You may step down, sir.  Please be back

12  tomorrow morning by 9:00.

13         A couple of things for you.   One, I spoke with the

14  juror, and it looks like next Thursday if we can end by 3:00,

15  that will accommodate her situation.  Start on time and end by

16  3:00.  I will -- is that acceptable to everybody?

17         MR. FERGUSON:   That's fine, Judge.

18         MR. MOFFITT:   That's fine.

19         THE COURT:   Mr. Deutsch, any objection to that?

20         MR. DEUTSCH:   That's fine.

21         THE COURT:   And I will let the jury know that

22  tomorrow.

23         Also I have the notes of Agent Pettorelli.  I have

24  not reviewed them yet, but I will review them tonight so we

25  can take it up tomorrow to the extent we need to.

1        I also have the motion Mr. Moffitt handed me this

2    morning.  I don't know if you've had a chance to look at it

3    yet or if you want to respond.  I'm sure you'll want to

4    respond.  The question is orally or in writing.

5        MR. SCHAR:  I think we'd probably prefer to do it

6    orally.

7        THE COURT:  Okay.

8        MR. SCHAR:  I think the -- part of the difficulty --

9    first of all, the issue, I think, isn't formed unless there's

10   some proffer that Dr. Ashqar was aware of this leak or alleged

11   leak, and somehow it influenced his decision or belief about

12   why he couldn't testify in the grand jury, which I don't see a

13   proffer of in that at all.

14       Otherwise, this leak and basically every other leak

15   that exists in the investigation in the United States falls

16   under the same premise of, well, see, the government is

17   investigating leaks and, therefore, I wouldn't testify.  So I

18   think there's a lack of connection that would make any of this

19   relevant.

20       The other problem I foresee but would be happy to

21   deal with this ex parte is the government as a rule does not

22   comment on ongoing investigations, which this is.  However,

23   the AUSA who's involved, I'm sure, could brief your Honor

24   because I'm not sure there are some accurate statements in

25   there about who actually is being investigated and who's not

 1  being investigated.

 2          THE COURT:  Okay.

 3          MR. SCHAR:  Dealing with the kind of *Giglio-Brady*

 4  issue.

 5          THE COURT:  I'll look at it further tonight and hear

 6  from you tomorrow on it.

 7          Also just a word to put you on notice, I'm going to

 8  have to figure out where in the schedule to do this, I'm going

 9  to need to hear, Mr. Deutsch, from you and the government and

10  have a hearing or further argument on the expert issues.

11          MR. DEUTSCH:  Okay.

12          THE COURT:  There are some ones I'll be able to tell

13  you based on the submissions yes, some ones I'll be able to

14  tell you based on the submissions no, and then there's a murky

15  area that I need more from you on.

16          MR. DEUTSCH:  Okay.

17          THE COURT:  Also, there is -- there are discrepancies

18  between your original disclosures, what the government

19  represents you plan on doing with these experts, which I know

20  that's their representation, but more puzzling to me and is

21  adding to some of my confusion, your response to their motion

22  to strike.

23          So there are discrepancies between your initial

24  disclosure and your response, where I think your response, at

25  least on some of them, more accurately portrays what could be

 1   expert testimony than in your disclosure, and I'm not sure

 2   which one you're seeking.

 3          MR. DEUTSCH:  Well, I don't know specifically what he

 4   refered to, but I could tell you that once we started to

 5   grapple with what the government was saying and what we needed

 6   for our case, I think we clarified in our own minds what the

 7   kind of testimony we're seeking.

 8          THE COURT:  Okay.

 9          MR. DEUTSCH:  So I'm not surprised there's some

10   differences between the original disclosure and what we put in

11   now, but what we put in now is what we intend to do.

12          THE COURT:  Okay.  So I'll rely more on what you have

13   disclosed in your response.

14          MR. DEUTSCH:  Yeah.

15          THE COURT:  And maybe Friday after court since we're

16   done early, we can take up some of these things.  I'll give

17   you a more definite time tomorrow.

18          MR. DEUTSCH:  This is that CJA matter about the

19   affirmation that you want because I'm going to submit a

20   voucher.

21          THE COURT:  Okay, thank you.

22          Anything else for me?

23          MR. SCHAR:  No, Judge.

24          THE COURT:  Okay.  9:15 tomorrow.

25     (Court adjourned, to reconvene at 9:15 a.m. on 11-30-06.)

1                          CERTIFICATE

2      I certify that the foregoing is a correct transcript from

3   the record of proceedings in the above-entitled matter.

4

5   _____          _____
                                               Date
6   Kathleen M. Fennell
    Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25