1

1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3

UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
4                                  )
                    Plaintiff,     )
5                                  )
          vs.                      )
6                                  )
MUHAMMAD HAMID KHALIL SALAH AND    )
7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                   ) November 30, 2006
8                    Defendants.   ) 9:20 o'clock a.m.

9

                    VOLUME TWENTY-SIX
10          EXCERPT OF TRIAL PROCEEDINGS
        BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11

12   APPEARANCES:

13

     For the Plaintiff:        HON. PATRICK J. FITZGERALD
14                             United States Attorney
                               BY:  MR. JOSEPH M. FERGUSON
15                                  MR. REID J. SCHAR
                                    MS. CARRIE E. HAMILTON
16                             219 S. Dearborn St., Suite 500
                               Chicago, Illinois  60604
17

18   For Deft. Salah:          PEOPLE'S LAW OFFICES
                               BY:  MR. MICHAEL EDWARD DEUTSCH
19                                  MS. ERICA THOMPSON
                               1180 North Milwaukee Avenue
20                             Chicago, Illinois  60622

21
     For Deft. Ashqar:         MR. KEITH ALLAN SPIELFOGEL
22                             20 North Clark Street, Suite 1200
                               Chicago, Illinois  60602
23
                               MR. WILLIAM MOFFITT
24                             11582 Greenwich Point Road
                               Reston, Virginia  20194
25

1   APPEARANCES (Cont'd):

2

    Also Present:                S/A BRADLEY BENAVIDES, FBI
3                                S/A JILL PETTORELLI, FBI

4

    Court Reporter:              MR. JOSEPH RICKHOFF
5                                Official Court Reporter
                                 219 S. Dearborn St., Suite 1232
6                                Chicago, Illinois  60604
                                 (312) 435-5562

7

8              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

9                       PROCEEDINGS RECORDED BY
                         MECHANICAL STENOGRAPHY
10                 TRANSCRIPT PRODUCED BY COMPUTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           THE CLERK:  03 CR 978, USA vs. Muhammad Salah and

2    Abdelhaleem Ashqar.   Jury trial continues.

3                       *     *     *     *     *

4         (Jury in.)

5           THE COURT:  You may be seated.

6           Good morning, ladies and gentlemen.

7           Two things before we continue with the presentation

8    of evidence.

9           First of all, I know they are predicting snow.  And I

10   received your note regarding the procedures if there is snow.

11   I will give you further direction later on today.  I am

12   watching.  If things get bad, we may break and end early for

13   the day.  That is about as much as I can tell you.  But before

14   you leave here today, we will have a specific plan for

15   tomorrow if the weather is bad.

16           Secondly, I have not touched the thermostat since

17   yesterday.

18         (Laughter.)

19           THE COURT:  It is quite different than it was in here

20   yesterday.  So, feel free to bring jackets or whatever you

21   need to.  There is no control over that.

22           We will continue with the presentation of evidence.

23           Sir, let me remind you that you are still under oath.

24           Mr. Schar, you may continue.

25           MR. SCHAR:  Thank you, Judge.

1    MOHAMED SHORBAGI, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

2                   DIRECT EXAMINATION - Resumed

3   BY MR. SCHAR:

4   Q.  Mr. Shorbagi, when we left off yesterday, I believe we

5   were discussing the closed Hamas meeting that was occurring at

6   the Chicago convention.

7           Do you recall that?

8   A.  Right.

9   Q.  Now, I recall your testimony Mr. Mishal had spoken,

10  Dr. Ashqar made some comments; and, we were in the

11  question-and-answer session.

12          During that question-and-answer session, did the

13  topic of the FBI come up, again?

14  A.  Correct.

15  Q.  Could you tell us what was discussed?

16  A.  Yeah.  There was a question I remember about now that more

17  concern to the FBI issue.  Since Hamas was becoming a major

18  player in the Middle East, since things has been evolved

19  bigger than before, that we should be really more careful in

20  our conduct and our behavior than before because the concern

21  of the FBI.

22  Q.  After the speeches and the question-and-answer session

23  were done, was anything done to implement Mr. Mishal's

24  comments about organizing Hamas within the United States into

25  different groups?

Shorbagi - direct

5

1   A.   Yes.

2   Q.   Could you tell us what was done?

3   A.   Yeah.   After Mishal's speech, we broke into groups.   The

4   groups were called, like, the Financial Group, the Media

5   Group, the Politics Group, Education Group; that there will be

6   different groups, and names will be assigned to different

7   groups and different leaders to different groups.

8   Q.   What was your understanding of the goals of these groups?

9   A.   The goal of this -- these -- groups really -- really -- to

10  work as different teams, but in the same time to work for what

11  Mishal was saying:   To -- as a support to bring the support

12  for Hamas.

13  Q.   Was there an indication or announcement made as to who

14  would be heading particular groups?

15  A.   Yes.

16  Q.   Do you recall who made that announcement?

17  A.   I really don't recall who made the announcement.   But

18  there was calls that the head of such a group like the Media

19  Group will be Ahmed Yusif, the Politics Group will be Mousa

20  Marzook, and so on.

21  Q.   What other groups had people assigned to lead them?

22  A.   I remember, like, the Financial is Muhammad Muzein,

23  Education is Abdelhaleem Ashqar.   That's what I remember.

24  Q.   Were you chosen for a particular group?

25  A.   Yes, sir.

Shorbagi - direct

6

1   Q.   Which group?

2   A.   The Media Group.

3   Q.   After people were chosen for particular Hamas groups, what

4   happened?

5   A.   There was a form distributed there.  We filled in our

6   names, our address, phone numbers -- how to be contacted by

7   mail or by phone -- and the group that you are assigned to.

8   Q.   During this formation of these groups and the breakout of

9   these groups, was there a particular individual who was or

10   became upset?

11   A.   Yes.

12   Q.   Do you recall who that was?

13   A.   His name is -- his name was -- Khalid Habib.

14   Q.   Khalid, K-h-a-l-i-d; Habib, H-a-b-i-b?

15   A.   That is correct.

16   Q.   Why was he upset?

17   A.   Khalid Habib, I knew him because when I moved to Rome, I

18   met him in Rome in '93.  He was jailed in Israeli jails for

19   four years because -- as a Hamas activist.  And when he came

20   to United States, he did his Master Degree in Business in

21   Oklahoma.

22         When he was in the meeting, he was objecting that he

23   was not chosen to be a leader of a group.

24   Q.   Why was he objecting?

25   A.   Because he was thinking that he was Hamas activist and he

 1   was jailed in Israel for a long time and he should be chosen

 2   to be a leader of a group.

 3   Q.  Had he told you why he was jailed in Israel?

 4   A.  Yeah.  I remember him speaking about it publicly, really,

 5   in Rome that he was the financial director --

 6           MR. MOFFITT:  Objection.

 7           THE COURT:  On what basis?

 8           MR. MOFFITT:  The question, is this in furtherance

 9   of?

10           MR. SCHAR:  Judge, I think it is in furtherance as an

11   explanation as to who it is, why he was involved.

12           THE COURT:  Objection overruled.

13           THE WITNESS:  I'm sorry?

14   BY MR. SCHAR:

15   Q.  What did he tell --

16           THE COURT:  You may continue.

17           MR. SCHAR:  I'm sorry, Judge.

18           THE COURT:  You can continue your answer.

19           If you need to rephrase it, go ahead.

20   BY MR. SCHAR:

21   Q.  Can you continue your answer as to why he -- what he had

22   indicated he had been jailed for in Israel?

23   A.  I mean, you got to know that time, '93, I mean, there was

24   not a lot of news about Hamas in the media.  So, things were

25   talk in publicly somehow.  So, he was speaking publicly there

1   in Rome with the community that he was arrested for being a

2   financial director under Sheikh Ahmed Yasin for Hamas.

3   Q.  Do you understand Sheikh Ahmed Yasin to be the spiritual

4   leader of Hamas?

5   A.  Yes.

6   Q.  And did you fill out an application to provide information

7   for the Hamas Media Group?

8   A.  That is correct.

9   Q.  I should ask you -- I know it's been a long time -- do you

10  think you would recognize Abdelhaleem Ashqar if you saw him,

11  again?

12  A.  Yes.

13  Q.  Do you see him in the courtroom here today?

14  A.  Yes.

15  Q.  Would you point him out or describe an article of clothing

16  that he's wearing?

17  A.  Yeah.  He's sitting in the last row, right there

18  (indicating).

19  Q.  What is he wearing?

20  A.  Can I turn to see what he -- he was wearing -- he -- I'm

21  not sure, is that black or blue jacket.  He's -- he's --

22  standing right -- he's sitting right -- there in the last row,

23  in the corner.

24  Q.  All right.

25          Is he wearing any -- is he wearing a tie or not

Shorbagi - direct

9

1   wearing a tie?

2   A.  I cannot see him because the computer monitor is in front

3   of me.  But he's wearing eyeglasses.  I mean, the three

4   gentlemen are wearing eyeglasses, but he's wearing also

5   eyeglasses.

6          MR. SCHAR:  I think, Judge, the record should reflect

7   he's identified Abdelhaleem Ashqar.

8          THE COURT:  The record will so reflect.

9   BY MR. SCHAR:

10  Q.  At some point, did you actually become involved in doing

11  work for the Hamas Media Group in the United States?

12  A.  That is correct.

13  Q.  Before we get to that, what was it -- based on your

14  involvement with these meetings, what was your understanding

15  as to how, for instance, the Media Group -- or any of these

16  groups -- was to assist Hamas in the United States?

17  A.  See, you got to understand that we were -- or we are --

18  Palestinians living under foreign Israeli occupation.  So, we

19  wanted to help to get rid of the Israeli occupation.  And we

20  were divided into these groups to help Hamas by getting rid of

21  the Israeli occupation.

22          So, you got Media helping in one way.  You got

23  Politics helping in one way.  You got Financial helping in

24  other way.  Just like there is a big aim or a big goal for us,

25  as Palestinians and as Hamas, to really get rid of Israel

1   instead of Israel over Palestine.

2          And that goal is just like an ocean there and you got

3   rivers going towards that ocean.  That is the education river,

4   the politics river, the financial river; and, all of it is

5   going towards one direction, which is really to save Palestine

6   from the Israeli occupation.

7   Q.  When you say "save Palestine," what was the ultimate goal

8   of Hamas?

9   A.  I mean, for us, as -- as -- a Palestinian and as a Muslim

10  and as a Hamas supporter, Palestine is the whole Palestine.

11  We used to call it from water to water, from the Mediterranean

12  Sea to the Jordanian River.  That's the whole Palestine for

13  us.

14  Q.  Does that include what is now considered the State of

15  Israel?

16  A.  That con- -- concluded the State of Israel, the West Bank

17  and the Gaza Strip.

18  Q.  How does working -- your work -- for the Hamas Media Group

19  assist Hamas in taking back all of the land of Israel?

20  A.  I was really working with the Media Group, along with

21  others, into preparing reports about what does the United

22  States look upon Hamas and what is United States is gonna do

23  for Hamas.

24          So, once we watch the news, read the paper and make

25  the reports and send it over to the one who will make the

1   decision, so he will have a clear idea of what somehow is

2   going on into the minds of the decision maker in the United

3   States here toward Hamas.  So, they will be prepared for it.

4   Q.  How does working for the Education Group -- the Hamas

5   Education Group -- in the United States assist Hamas in its

6   ultimate goal of taking back all the land of Israel?

7          MR. MOFFITT:  If he knows, your Honor.

8          MR. SCHAR:  Judge, I think the foundation is laid at

9   this point.

10         MR. MOFFITT:  I don't think so.  He said it was

11  broken into groups.  He was in one group.  He wasn't in the

12  Education Group.

13         THE COURT:  Mr. Moffitt, is your objection a

14  foundation one or is your objection if he knows?

15         MR. MOFFITT:  It's both.

16         THE COURT:  Okay.

17         Lay a further foundation.

18         Sustained.

19  BY MR. SCHAR:

20  Q.  During these meetings, was there discussions in relation

21  to each of these particular groups?

22  A.  Somehow, yes.  I mean, you can tell, like, what -- I mean,

23  in some regard.  Not like -- I mean, the Media, I know exactly

24  what was my job and because we broke into different groups.

25         But you have some sense of, like, what others is

1  gonna do, but not really in details what are they going to do.

2  Q.  Well, not just specific details of what exactly the

3  Education Group was going to do.  Do you have an

4  understanding, through these meetings and your discussions, as

5  to how each of these groups was going to ultimately work for

6  Hamas in the United States and the ultimate goal of the

7  destruction of Israel?

8         MR. DEUTSCH:  Judge, I'm going to object.  That's the

9  second time he's referred to the ultimate goal of the

10  destruction of Israel.  I don't think it's proper.

11         He did mention that, but he also talked about ridding

12  the occupation -- ending the occupation by -- of the

13  Palestinian people.  So, he's kind of repeating this kind of

14  ultimate goal in his question, and I don't thinks it's fair.

15         THE COURT:  That came from the witness, though.

16         Objection overruled.

17  BY THE WITNESS:

18  A.  I'm sorry, what was the question?

19         MR. SCHAR:  I'm sorry, Judge, could you --

20         THE COURT:  Okay.

21         (Whereupon, the record was read by the Court.)

22  BY THE WITNESS:

23  A.  As I said, because I work for the Media, I know exactly

24  what I was going to do for the decision makers in Hamas.  But

25  for the -- such as, like, the Financial, we know that

 1  collecting money -- I mean, though I was working for the

 2  Media; but, also, I could help with others, if I have the time

 3  and if I have the ability to do it, like, financially or

 4  otherwise.

 5          But for the Education, I heard -- and this is the

 6  thing that I heard, also -- that one of the things that

 7  Education used to do is collecting books and send it to the

 8  university in -- in -- the West Bank and Gaza to help the

 9  schools there; or, also, collecting money and sending it to

10  the universities there to help the university students and

11  teachers.

12          And, also, one other thing I heard is there was a lot

13  of encouragement for us as Palestinians that if you get a

14  higher education, really, to go back to Palestine and start

15  working there and people will look -- the less educated

16  Palestinians there, they will look -- high upon you because

17  you are an educated -- U.S.-educated, highly-educated --

18  person.

19          In the meantime, you are a Hamas supporter.  So,

20  there will be a lot of influence by someone who is

21  highly-educated Hamas supporters towards the less educated or

22  the other Palestinians in the Palestinian territory.

23  BY MR. SCHAR:

24  Q.  And how does that ultimately help achieve Hamas' goals?

25  A.  The support for Hamas will be increased, absolutely.  If

1  you got someone who is really an educated Palestinian and

2  well-behaved and good-mannered and in the same time he's a

3  Hamas, then people will look high toward them and they will

4  follow what he is gonna say about Hamas.  They're not gonna

5  follow the PLO corrupted ones.  They would follow the Hamas

6  good -- the good -- ones, good educated ones.

7  Q.  And in relation to, you say, these universities, do you

8  know which universities the Education Group was helping?

9  A.  I mean, one of the universities, I understand, was the

10 Islamic University in Gaza.

11 Q.  How do you understand that?

12 A.  Because, I mean, I kept hearing that, again, from, like,

13 one of the -- I mean, from not in the groups, but like outside

14 the groups -- that the Islamic University is one of the

15 priorities in the occupied territories.

16 Q.  Priorities for whom?

17 A.  For us, for Hamas.

18 Q.  Now, you mentioned a collection of books.  During the

19 Chicago MAYA convention -- I want to stay with the Chicago

20 MAYA convention -- did you see a booth that defendant Ashqar

21 had set up for the Al Aqsa Education Group?

22 A.  Yeah, I saw that booth, yeah.

23 Q.  What was happening at that booth?  What was occurring at

24 the booth?

25 A.  I mean, I remember passing by, that there were a

Shorbagi -

15

1   collection of books into that booth.  And they were selling,

2   also, some -- some -- books in that booth.

3   Q.  So, they were both collecting books and selling books?

4   A.  That is correct.

5   Q.  What books did you see for sale there?

6          MR. MOFFITT:  Objection.

7          May we approach?

8          THE COURT:  Sure.

9          (Proceedings had at sidebar:)

10          MR. MOFFITT:  There can't be anything that's more the

11   First Amendment than the sale of books.  Are we now trying to

12   claim that the sale of books is criminal activity?

13          MR. SCHAR:  No.  I don't believe he's charged with

14   any sale-of-books crime.  I'm not sure in the United States

15   Code there is such a statute that would permit that.

16          However, I'm fairly confident that what we can do is

17   demonstrate that the books he had for sale were Hamas related

18   and, therefore, would certainly be suggestive of the

19   government's theory that, in fact, he was working for Hamas

20   and supporting Hamas.

21          And, so, it's incriminating evidence, despite the

22   fact he was legally permitted to do it.

23          THE COURT:  Objection overruled.

24          I certainly agree with you that nothing is more --

25   that the reading of books or purchase of books is protected by

1   the First Amendment.

2           MR. MOFFITT:  But now --

3           THE COURT:  Wait.  Let me finish.

4           And the jury instructions will clearly tell the jury

5   what the violations of law are.

6           MR. MOFFITT:  But --

7           THE COURT:  But the fact that you have them there is

8   evidence that they can use.

9           MR. MOFFITT:  Now what we're saying is that the

10  content of the book determines whether or not it's evidence.

11  Now, that also is a problem with the First Amendment, that

12  we're now making content-based decisions on a particular book.

13  And we don't have the whole book here.  We don't have -- we

14  only have this witness' opinion of what the book is.  We don't

15  have the book.  We can't -- no one can -- make an independent

16  determination.

17          THE COURT:  That is a weight issue, and you are free

18  to cross him on it.

19          MR. MOFFITT:  Ma'am, with all due respect to your

20  ruling -- and you know that I respect your rulings -- I am

21  asking for a mistrial.

22          THE COURT:  Your motion for a mistrial is denied.

23          (Proceedings had in open court:)

24          THE COURT:  You may continue.

25          MR. SCHAR:  Thank you, Judge.

1  BY MR. SCHAR:

2  Q.  Sir, when we broke, you indicated that you had seen

3  several of the books that were for sale?

4  A.  Correct.

5  Q.  Could you tell us or describe for us which books were for

6  sale at the Al Aqsa Education booth?

7  A.  There were a few books, but two books that really grabbed

8  my attention is there is a book written by a prominent scholar

9  in the West Bank about the destruction of the State of Israel.

10  It's called, "Destruction of Israel:  Myth or Fact."

11          MR. DEUTSCH:  I'm sorry, I can't make that out.

12          MR. SCHAR:  "Destruction of Israel:  Myth or Fact."

13  BY THE WITNESS:

14  A.  "Destruction of Israel:  Myth or Fact."  It's written by a

15  prominent figure in the West Bank.  And it is verses from the

16  from the -- driven from the Koran, the holy books of us, the

17  Muslims.  It's stated in the Koran that the Israelis will be

18  in Palestine.  And, then, there --

19          MR. MOFFITT:  Objection.  Objection, with respect to

20  what's stated in the Koran.  It doesn't have anything to do

21  with the book.

22          MR. SCHAR:  I think he was describing what was in the

23  book.

24          THE COURT:  Why do you not clarify, because his

25  answer was a little unclear.

```
 1   BY MR. SCHAR:

 2   Q.  Sir, are you describing what you saw in the book?

 3            Let me rephrase it.

 4            Do you recall what you saw in the book?

 5   A.  That's what I'm talking about, yes, because --

 6   Q.  I'm sorry, could you please go ahead and describe for us

 7   what you saw in that particular book about the destruction of

 8   Israel?

 9   A.  Yeah, it's --

10            MR. MOFFITT:  Your Honor, I'm going to raise another

11   objection at the bench.

12            THE COURT:  I am sorry?

13            MR. MOFFITT:  I'm going to raise another objection at

14   the bench.

15            THE COURT:  Okay.

16            (Proceedings had at sidebar:)

17            MR. MOFFITT:  We've gone through the First

18   Amendment --

19            (Brief interruption.)

20            MR. MOFFITT:  We've gone with the First Amendment

21   with regard to books.  Now we're in the First Amendment with

22   regard to religion.  And I raise this same objection with

23   regard to religion that, certainly, someone can write a book

24   about the Koran and can interpret the Koran any way he chooses

25   to interpret it.  In a free society -- at least in our
```

Shorbagi -

1  society -- that's okay.  That's not banned.  That's not wrong.

2  There's nothing wrong with it.  He can express his religion in

3  any way he chooses to express his religion.

4       Now what we're doing is that expression of religion

5  is being used against my client because it's a book written by

6  someone else which we, again, have no statement about the book

7  itself, other than from this particular witness.  And this

8  particular witness' interpretation of the Koran is now being

9  put into evidence.  And I suggest to you that that's

10  impermissible and improper.

11       MR. SCHAR:  My response, Judge, is I don't, in large

12  part, disagree in terms of the freedom-of-religion issue.  But

13  it goes exactly back to my point the last time we were at the

14  bar; which is, that he's allowed to describe what the content

15  of the book was because it's relevant to show what it is

16  defendant Ashqar was selling.

17       I'm not here debating whether or not it's a proper or

18  improper interpretation of the Koran or whether or not people

19  shouldn't be allowed.  But the fact is, this was the

20  particular interpretation that was for sale.  And that is

21  evidence.

22       MR. MOFFITT:  Do you think that anybody would sell a

23  controversial tome --

24       THE COURT:  A controversial?

25       MR. MOFFITT:  A controversial tome -- anything that's

1   controversial -- in this country if they knew that it could be

2   used as evidence against them in a criminal case?

3          The whole purpose of the First Amendment, it seems to

4   me, is that you can sell a book, you can advocate a position,

5   you can take a position, as long as you don't do it in a

6   violent manner.

7          Now, what we're doing here is we're on that slippery

8   slope, because if I have -- if I possess and sell Mao's Little

9   Red Book, that doesn't make me a communist.  It makes me a

10  possessor of Mao's Little Red Book.  If I sell Malcolm X's

11  autobiography and in Malcolm X's autobiography Malcolm X

12  advocates violence, that doesn't make me an advocate of

13  violence and it doesn't make me anything.

14         What the government is doing here is creating a

15  situation where the exercise of the First Amendment becomes

16  something sinister and something purposeful with respect to a

17  criminal case.  That's inappropriate.

18         MR. SCHAR:  Well, the exercise of the First Amendment

19  can be sinister.  There's no debate about that.  I can't

20  imagine there's debate about that.

21         And if it turns out we have lots of evidence that

22  Mr. Moffitt is a communist and was somehow charged in some

23  communist conspiracy and he had --

24         THE COURT:  Let us not use Mr. Moffitt as an example.

25         (Laughter.)

1          MR. SCHAR:  Well, he --

2          THE COURT:  I know he threw it open, but let us not

3    use him as an example.

4          MR. SCHAR:  If somebody has a particular affiliation

5    and is charged with a crime in relation to that affiliation

6    and they have documentation which they may have every legal

7    right because it's not a crime to actually possess and to have

8    it and suggests that, in fact, they are what has been charged,

9    then it is incriminating evidence, even if they're allowed to

10   have it.

11         Judge, there are no allegations -- there are no

12   crimes here charged in terms of violating the First Amendment.

13   It's a racketeering conspiracy with the Hamas enterprise.  And

14   it's our burden to show the enterprise existed and that this

15   defendant was a part of the conspiracy that went to further

16   the enterprise.  His possession and sale of these books does

17   that.  Whether he's legally allowed to do it or not doesn't

18   change it in terms of incriminating evidence.

19         MR. MOFFITT:  The problem is that, just as your Honor

20   has said, Hamas activities broach both sides of the --

21         THE COURT:  Bifarious nature of it.

22         MR. MOFFITT:  Yes.

23         The activities that he just described, with respect

24   to the Education Committee, is selling books, promoting

25   education, collecting money and collecting books for the

1  university.

2          THE COURT:  Does that not help you, then?

3          MR. MOFFITT:  I understand that.

4          But now what they're doing is they're saying there's

5  something sinister about the possession -- the mere possession

6  -- of a book.

7          THE COURT:  If you are charged with the crime of

8  blowing something up and you have a book that teaches you how

9  to use explosives, that book could be evidence of the crime.

10 Possession of it alone is not a crime.  And that is not what

11 they are saying here.  And I certainly will not let them argue

12 that.  And the instructions on the law will not reflect that

13 mere possession of these books is a crime.

14         MR. MOFFITT:  But what we're talking about here,

15 Judge, is the possession of books that relate to a political

16 philosophy.  Not to blowing up a building, not to doing

17 anything like that, but to a political philosophy.

18         THE COURT:  But possessing a book that tells you how

19 to use explosives is not a crime in and of itself, either.

20         MR. MOFFITT:  Well, but I'm saying it's like the

21 possession of the communist manifesto.  The mere fact that I

22 possess the communist manifesto wouldn't make me a person who

23 believed that the government should be overthrown by violence.

24         THE COURT:  I agree.  And that is -- the mere fact

25 that they had these books, that alone is not a crime.  But

1    they can use it to the extent they want to argue in connection

2    with all the other evidence.

3              Your objection is overruled.

4              MR. DEUTSCH:  Judge, can I say one other thing?

5              I want to join Mr. Moffitt's comments, but I also

6    want to say -- he didn't tell us the author of this book,

7    right?

8              THE COURT:  No, he has not --

9              MR. DEUTSCH:  No.  Okay.

10             THE COURT:  I do not know if he knows.

11             MR. DEUTSCH:  Well, I --

12             THE COURT:  And he has only had one question --

13             MR. DEUTSCH:  Yes, yes.

14             THE COURT:  -- that he has not answered fully.  So --

15             MR. DEUTSCH:  I want to know the author of the book,

16   and I think we're entitled for the government to produce that

17   book so we can look at that book, examine that book and see

18   what is in there.

19             If they have a witness that says that he was selling

20   a book and this book has these things in there, we are at

21   least entitled to have a copy of that book.

22             THE COURT:  Well, if they do not have it -- which I

23   assume you do not --

24             MR. FERGUSON:  We don't.

25             MR. SCHAR:  We don't.

 1              THE COURT:  -- then they are not required to turn it

 2   over.

 3              MR. DEUTSCH:  Wait a minute.

 4              THE COURT:  Find out if he knows more about it.  Find

 5   out if he can tell you the author.

 6              MR. DEUTSCH:  Let me see if I understand this.  They

 7   never bothered to verify that book and what was in that book?

 8   They're putting a witness on the stand who is mentioning a

 9   book, it's something in the book and the government didn't

10   check the book to see if it's true or not?

11              THE COURT:  Well, I do not think they are required to

12   do that, but you are free to cross-examine him on anything you

13   want.  There is going to be a lot.

14              MR. DEUTSCH:  Yes.

15              (Proceedings had in open court:)

16              THE COURT:  You may proceed, Mr. Schar.

17              MR. SCHAR:  Thank you, Judge.

18   BY MR. SCHAR:

19   Q.  Sir, I think you were describing the contents of the book

20   when we broke.  Could you continue with your answer?

21   A.  Yes.  I said it was really a small booklet, probably 30 to

22   40 pages, about the verses from the Holy Koran, about the

23   State of Israel, that the sons of Israel will be gathered in

24   the state of -- in Palestine -- in the land of al-Isra, the

25   land of Palestine -- for sometime and, then, there will be a

1    time that they will scatter all over around the world.

2          And, then, there will be a time for them that they

3    will be back through the -- to Palestine, there for their

4    final residence in Palestine; and, there, there will be the

5    end for the Israelis in -- in -- the land of Palestine.  That

6    Palestine will be, again, come a Muslim land and Arab land.

7    Q.  Do you recall who the author of that particular book was?

8    A.  Yes.  I think his name is Bassam Jarar.

9          MR. DEUTSCH:  Can you spell that for me?  Can you get

10   a spelling of the last name, please?

11   BY MR. SCHAR:

12   Q.  Do you know how to spell it?

13   A.  B-a-s-s-a-m; Jarar, J-a-r-a-r.

14   Q.  Was that the only book that you saw at the Al Aqsa

15   Education booth?

16   A.  I saw, I think -- I remember -- another book for Sheikh

17   Ahmed Yasin.

18         MR. MOFFITT:  May I have a continuing objection to

19   this line of questions?

20         THE COURT:  You certainly may.

21         MR. DEUTSCH:  I join, as well.

22         THE COURT:  I am sorry, Mr. Deutsch?

23         MR. DEUTSCH:  I said I join in that objection.

24         THE COURT:  You may.

25   BY MR. SCHAR:

 1   Q.  You said you saw a book about Sheikh Ahmed Yasin?

 2   A.  That's correct.

 3   Q.  Do you recall who wrote that book?

 4   A.  I think Ahmed Yusif is the one.  I'm not really sure.

 5   Ahmed Yusif is the author of the book about the life of Sheikh

 6   Ahmed Yasin.

 7   Q.  Do you recall whether or not defendant Ashqar was present

 8   in the booth when you saw these books?

 9   A.  I didn't really recall that he was there at the time.

10   Q.  Can you speak up, please?

11   A.  I'm sorry.

12         I don't recall that I saw him at the booth that time.

13   Q.  After you moved to Georgia, did you still host

14   individuals, as you previously described you had in Houston?

15   A.  That is correct.

16   Q.  Are you familiar with an individual named Jamil Hamami?

17   A.  Correct.

18   Q.  How are you familiar with Jamil Hamami?

19   A.  Jamil Hamami came to Rome, Georgia, for collection

20   money -- collection of money -- to the Palestinians --

21         MR. MOFFITT:  Can we have a date, time and place of

22   this?

23         THE COURT:  Foundation.

24         Sustained.

25   BY MR. SCHAR:

 1   Q.  Do you recall when he came?

 2   A.  Yes.  He came in at the time of the Israeli massacres to

 3   the worship prayers at Hebron mosque February -- after

 4   February -- '94.  There was a famous massacre of the worship

 5   prayers in Hebron mosque.  So, he was -- he came after that --

 6   because I remember that time -- to collect money for the

 7   Palestinians.  So, it was in '94.

 8   Q.  Who sponsored him to come?

 9   A.  Al Aqsa Education Fund.

10   Q.  Did you understand him to be affiliated with a particular

11   organization?

12   A.  Yes.

13   Q.  Which organization?

14   A.  Hamas.

15           MR. MOFFITT:  Objection.  Foundation, please.

16   BY MR. SCHAR:

17   Q.  How did you understand him to be affiliated with Hamas?

18   A.  I mean, as a Palestinian and as a Hamas supporter, we used

19   to read a lot and hear the news, and so on.  So, his name

20   was -- became a familiar with Hamas that he was Hamas --

21           MR. MOFFITT:  Objection.  Hearsay.

22           MR. SCHAR:  Judge, I think he can describe his

23   understanding.

24           THE COURT:  Overruled.  It is his understanding.

25           You may continue.

Shorbagi - direct

1           THE WITNESS:  Okay.

2    BY THE WITNESS:

3    A.  Again, as I said, like a Palestinian and a Hamas, that we

4    read a lot and we are concerned about our homeland and

5    Palestine, and so on.  So, his name was coming a lot that he

6    is the Hamas representative in the West Bank.

7    BY MR. SCHAR:

8    Q.  What happened when he came to Georgia?

9    A.  To be honest, because that time Khalid Habib was there in

10   Rome and I was new in Rome, so he was in -- the one who was in

11   doing the logistics for Khalid -- for Jamil Hamami.  But he

12   came to collect money.

13   Q.  And did he, in fact, collect money on behalf of the Al

14   Aqsa Education Fund?

15   A.  I remember so.

16   Q.  Was Mr. Hamami eventually kicked out of Hamas?

17   A.  Correct.

18   Q.  How do you know that?

19   A.  Again, reading the news --

20           MR. MOFFITT:  Objection, again.

21           MR. SCHAR:  Judge, can --

22           MR. MOFFITT:  Objection, again.  It's all hearsay.

23   It's rumor and innuendo.  The newspapers.  There's no basis to

24   believe necessarily anything in the newspaper is accurate.

25           MR. SCHAR:  Whether the newspaper is accurate or not

1   is a weight issue.  If I could, I'd like to lay the

2   foundation.

3           THE COURT:  Lay your foundation.

4           MR. SCHAR:  Thank you, Judge.

5   BY MR. SCHAR:

6   Q.  Did you read or hear about particular individuals speaking

7   of kicking Jamil Hamami out of Hamas?

8   A.  Again, I mean, I'm a very concerned Palestinian about my

9   homeland.  So, I read a lot about Palestine and I do a lot for

10  Palestine.

11          So, there is a Web site -- or there are several Web

12  sites -- one which is very well known called

13  Palestine-info-info or based on -- based on -- -info.info, I'm

14  sorry.  It's very well known that it's, like, pro-Hamas and

15  speaks highly about Hamas.  And I usually go to that Web site.

16  A lot of news about Hamas there in Arabic, English and other

17  languages.

18          I saw that -- that -- some Hamas officials saying

19  that Jamil Hamami is no longer a Hamas member after that --

20  that -- thing.

21          MR. MOFFITT:  Could we have a time?

22  BY MR. SCHAR:

23  Q.  Approximately when did -- was Jamil Hamami kicked out of

24  Hamas?

25  A.  I think '96, '97.

Shorbagi - direct

30

1  Q.  And is it your indication that certain Hamas leaders

2  announced that he was being kicked out of Hamas?

3  A.  That he is no longer Hamas, just to be -- to clarify the

4  point that whenever he talks, he talks of his own; he doesn't

5  belong to Hamas anymore.

6  Q.  What --

7         MR. DEUTSCH:  I would object to the continuing

8  reference to him being kicked out of Hamas.  That's not what

9  the witness is saying.  He's saying he read something that

10  said he was no longer a member of Hamas.

11         THE COURT:  Clarify that.

12  BY MR. SCHAR:

13  Q.  What did the Hamas members say about Jamil Hamami, why he

14  was no longer going to be a part of Hamas?

15         MR. DEUTSCH:  Objection.  Objection.  There's no real

16  foundation here and it is just blatant hearsay.  And I don't

17  understand the purpose of it at all.

18         MR. SCHAR:  Judge, he's saying he heard or read Hamas

19  members announcing this.  So, I don't think that it is

20  hearsay.  It's in furtherance --

21         MR. MOFFITT:  Excuse me.

22         THE COURT:  It is in furtherance of --

23         MR. MOFFITT:  What he said was he went to a Web site

24  that he believes is a Hamas Web site and he saw it on the Web

25  site.  That's what he said.

1           THE COURT:  Clarify the foundation with him, if that

2    is what he is basing it on, the Web site only.

3    BY MR. SCHAR:

4    Q.  Are you basing it on purely the Web site or anything else,

5    whether any articles -- what was it that you read or learned

6    or heard about from Hamas members specifically --

7           MR. DEUTSCH:  Could he --

8    BY MR. SCHAR:

9    Q.  -- about Jamil Hamami?

10          MR. DEUTSCH:  Could he identify who -- what other

11   persons he's talking about?  "Hamas members," that's very

12   vague.  Can he give us a name of someone who told him that, if

13   that happened?

14          THE COURT:  Why do you not ask him first if he did

15   learn from other sources; and, then, find out who and when.

16   BY MR. SCHAR:

17   Q.  Who did you learn -- or how did you learn -- that Jamil

18   Hamami had been disassociated from Hamas?

19   A.  Two main sources.  One is that Web site,

20   Palestine-info.info.

21          The other source is there is a very well-known

22   magaz -- newspaper -- I'm sorry, magazine -- called Filistine

23   Al-Muslima -- Islamic Palestine -- that's also pro-Hamas

24   magazine.  And I used to get that magazine every -- I think

25   it's a monthly magazine.  And it was also said there that

1   Jamil Hamami is no longer a Hamas member or no longer speaking

2   on the behalf of Hamas.

3   Q.  As you sit here today, do you recall who said that?

4   A.  To be honest, no.  It was -- it was -- like, a statement

5   from Hamas itself that -- I mean, as you say, like, in those

6   press releases that -- Hamas press releases that -- Jamil

7   Hamami is no longer a member of Hamas.

8   Q.  Would this be one of the leaflets you previously

9   described?

10  A.  It was more than a leaflet.  It was -- I mean, because

11  that time there is what we called al Maktab al-I'Alami in

12  Hamas, that -- the information center for Hamas.  And they had

13  that press release inside the magazine and on the

14  Palestine-info press release by Hamas that Jamil Hamami is no

15  longer a Hamas member.

16  Q.  Why was he kicked out, according to the Hamas press

17  release?

18          MR. MOFFITT:  Objection.  Hearsay.

19          MR. SCHAR:  That's in furtherance, Judge.

20          THE COURT:  Overruled.

21          MS. THOMPSON:  Judge, could you just read back his

22  last answer?

23          THE COURT:  Sure.

24          (Record read.)

25          MS. THOMPSON:  Thank you.

1   BY MR. SCHAR:

2   Q.  Was there a reason as to why he was no longer going to be

3   a Hamas member?

4   A.  Yes.

5   Q.  What was the reason provided in the press release?

6   A.  Now, Jamil Hamami is a member of Hamas.  As any other

7   member of Hamas, that you have to follow the ideology of

8   Hamas.

9        So, Jamil Hamami attended a meeting in Copenhagen,

10  Denmark, by intellectuals from the Israelis and the

11  Palestinians called the Proclamation Or Declaration of

12  Copenhagen.  Talks about peace between the -- or the

13  co-existence between the -- two nations, the Israelis and the

14  Palestinians.

15       And because of his attendance to that Copenhagen

16  conference, whatever, he was kicked out from there -- from

17  Hamas.

18  Q.  As part of your role with the Hamas Media Group in the

19  United States, were you asked to perform any assignments?

20  A.  Correct.

21  Q.  Who asked you?

22  A.  Friend of mine.

23  Q.  What was his name?

24  A.  Iyad Hindi.

25           MR. MOFFITT:  Excuse us?

1  BY MR. SCHAR:

2  Q.  I -- is it I --

3  A.  I-y-a-d, H-i-n-d-i.

4  Q.  How do you know Mr. Hindi?

5  A.  He was working the same company I work with in -- too, in

6  -- Rome.

7  Q.  Did you know him to have an Abu name, as well?

8  A.  Yes.

9  Q.  What was his Abu name?

10  A.  His son -- we have the Arabic tradition that as a respect

11  to the man, you call him Abu of his first son.  His first son

12  is Abdel Rahman.  So, we called him Abu El Abed or Abu Abdel

13  Rahman.

14  Q.  When approximately did Mr. Hindi ask you to act or to work

15  in furtherance of the Hamas Media Group?

16  A.  After the -- that meeting in Chicago in '94.

17  Q.  What did Mr. Hindi ask you to do?

18  A.  It was -- I mean, it was -- told that now we need to

19  really look into different types of media in the United

20  States.  And they know that I like to watch the news a lot.

21  So, I was told to watch some of the news outlets, TV.

22       So, I used to watch C-SPAN, CNN.  At that time, there

23  was no Fox News or Al-Jazeera.  So, most of the times,

24  watching the C-SPAN 1 and 2, I think, and CNN, what they are

25  talking about Hamas; and, some of the Congress sessions, the

1    Senate -- senator -- sessions about Hamas.

2            Because that time in '95, '96, Hamas became a very

3    major player in the Middle East, in the bombings -- the bus

4    bombings -- and other stuff.  So, it was concern -- a lot of

5    concern -- to the American Congress and Senate how to deal

6    with Hamas since Israelis are the most or the biggest allies

7    to the Ameri- -- to the American government here.

8            So, I used to watch the news.

9    Q.  What were you asked to do in terms of monitoring Hamas on

10   the news?

11   A.  To write a report about what is the government -- the

12   United States government -- thinking about Hamas and thinking

13   to do with Hamas.

14   Q.  Did you, in fact, do any monitoring of the news and the

15   United States positions in relation to Hamas?

16   A.  Yes, I did.

17   Q.  What did you do?

18   A.  I monitored the -- those long Congressional hearings on

19   C-SPAN.  And I used to most, like, nighttime spend hours

20   watching the C-SPAN and write the reports.

21   Q.  When you say "write a report," what would you write?

22   A.  Make notes about what's being said at the Congressional

23   hearings.

24   Q.  Were you given any instructions after you completed the

25   report?

Shorbagi - direct

36

1  A.  Yeah.  To, I mean, take the notes and, then, format it --

2  write it -- in a neat way and, then, fax it.

3  Q.  Who gave you the fax number?

4  A.  Mr. Hindi.

5  Q.  How did he give it to you?

6  A.  He gave it to me in a coded way.

7  Q.  How was it coded?

8  A.  To read it background.  Like, if he's telling me, like,

9  the number is "1-2-3," the number would be "3-2-1."

10  Q.  I thought I heard "background."  Are you saying backwards,

11  to read it right to left?

12  A.  Right.  Like, if the number is written from left to right,

13  like "1-2-3," so the real number would be "3-2-1."

14  Q.  After he gave you the coded fax number, what did you do

15  with the Hamas report that you had written?

16  A.  Whenever I'm done with the report, to fax the report.

17  Q.  Where did you fax it to?

18  A.  It was a long distance.  It was in the United States.

19  Q.  In the United States?

20  A.  That is correct.

21  Q.  Do you recall where in the United States?

22  A.  Later on, I found it was to UASR, the Research Center in

23  Washington, D.C.

24  Q.  Who do you know to be affiliated with UASR?

25  A.  Ahmed Yusif.

Shorbagi - direct

1  Q.  Anybody else?

2  A.  I think at that time --

3        MR. MOFFITT:  Objection to what he thinks.

4  BY MR. SCHAR:

5  Q.  Do you know?

6        THE COURT:  Sustained.

7  BY MR. SCHAR:

8  Q.  Do you know whether anyone else was?

9  A.  Yeah.  Mousa Marzook.

10  Q.  In addition to giving you the fax number in code, did

11  Mr. Hindi ever talk to you about ways to avoid being tracked

12  or watched by the FBI?

13  A.  Correct.

14  Q.  When did that conversation occur?

15  A.  I think in '95, '96.

16  Q.  Where were you when it occurred?

17  A.  In Rome.

18  Q.  Was it over the phone or was it in person?

19  A.  No, it was in private, person.

20  Q.  What did Mr. Hindi tell you about being -- avoid being --

21  tracked by the FBI?

22  A.  Because I was in the Media Group, so I used to write the

23  reports from the TV.  There are others who would monitor the

24  newspapers, like New York Times and Chicago Tribune, and so

25  on, and Los Angeles Times, and write their own reports.  So,

1  sometimes we used to get together and do the report and fax it

2  over.

3           So, whenever using the travel -- travel -- not to use

4  the -- the advice was not to use the airline because your name

5  will be there, driver license, and so on.  Try to use, like,

6  the bus, the train, to avoid having your name on the -- on the

7  -- airline.

8  Q.  Did Mr. Hindi give you an example of how using airplanes

9  could hurt Hamas?

10  A.  Correct.

11  Q.  What example did he give you?

12  A.  Mousa Abu Marzook example.

13  Q.  What did he say about Mousa Abu Marzook?

14  A.  He say that when Mousa Marzook used to live in Louisiana,

15  he used to travel inside the United States and outside the

16  United States.  So, he used to use the airlines.  And because

17  of his overwhelming travel plans here and there, the FBI were

18  able to track all of his cities and towns that he went to and

19  connecting the dots of Hamas members and Hamas activities

20  inside the United States and outside.

21  Q.  Now, sir, were you concerned that your actions on behalf

22  of Hamas in the Media Group could get you in trouble with the

23  FBI?

24  A.  Correct.

25           MR. MOFFITT:  Objection.

1            Can we have a date and time that he was concerned

2   about that?

3            THE COURT:  You can lay a foundation as to when he

4   had that concern.

5   BY MR. SCHAR:

6   Q.  When did you become concerned or -- let me ask it this

7   way:  Was there always a concern that your actions --

8            MR. MOFFITT:  Objection.

9   BY MR. SCHAR:

10  Q.  -- on behalf of --

11           MR. MOFFITT:  Leading.

12           THE COURT:  Sustained.

13  BY MR. SCHAR:

14  Q.  When did you become concerned your actions on behalf of

15  Hamas could potentially get you in trouble with the FBI?

16  A.  To be honest, I mean, as a Palestinian and knowing exactly

17  what's going on in the Middle East -- with the Israelis, with

18  the Palestinians issue, occupation, demolishing homes,

19  killing, and so on; U.S. government, Israeli allies, Hamas,

20  and so on -- so there was a lot of concern from the beginning.

21           Like, when I start working for Hamas, I knew there is

22  a concern that this is not an easy thing.  It's something

23  related to U.S. government, Israel, Hamas, bombings, killing,

24  occupation, a lot of things.

25  Q.  So, is it fair to say from the beginning of your work for

1   Hamas, you were concerned that what you might be doing could

2   get you in trouble with the FBI?

3   A.   Correct.

4   Q.   Why was that?

5   A.   I mean, as I said, because you got occupation and you got

6   fighting.  You got resistance.  You got -- you got -- a lot of

7   activities going on.

8   Q.   When you say "activities," what are you referring to?

9   A.   Activities, meaning killing on both sides.

10  Palestinians -- I mean, Israeli killing Palestinians,

11  demolishing their homes; Palestinians are revenging back and

12  resisting the occupation.  So, there's a fighting going on.

13  Q.   I want to direct your attention to August, 1995.  At that

14  time, did Mr. Hindi ask you to accept a package for him?

15  A.   Yes.

16  Q.   What did he ask you to do?

17  A.   He said, "There will be package coming from Abdelhaleem

18  Ashqar.  So, keep that package for me."

19  Q.   Why did he ask you to accept that package and not simply

20  accept it himself?

21  A.   He was really in --

22       MR. MOFFITT:  Foundation as to how he knows why.

23  BY MR. SCHAR:

24  Q.   Did you have a conversation with Mr. Hindi about why he

25  wanted you to accept the package?

Shorbagi - direct

41

1  A.  Correct.

2  Q.  Who was present for it?

3  A.  No one.  Me and him.

4  Q.  Where did it occur?

5  A.  In Rome.

6  Q.  What did he tell you about why he wanted you to accept the

7  package?

8  A.  He was in transition.  Like, he had lived in Rome for

9  sometime -- I don't remember how long, really.  But he lived

10  in three different places.  He used to move.  And, then, he

11  moved to Atlanta.  Same thing:  He lived in two different

12  places in Atlanta.

13       So, because he was in transition, so he thought that

14  if the mail was coming, it will be lost in the mail.  I was

15  sitting in my place, was not moving.  So, that's why.

16  Q.  What did you agree to do?

17  A.  I agreed to accept the package.

18  Q.  How did it arrive?

19  A.  By mail.

20  Q.  What did you do with the package when it arrived?

21  A.  When it arrives, I kept it.  And, then, I told Mr. Hindi

22  about it, that I got the package.

23  Q.  What happened?

24  A.  I kept it for sometime.  And I think that time he had

25  moved out of Georgia after a while, and I kept the package

1   with me.

2   Q.  Did you open it?

3   A.  Out of concern, yes, I did open it later on.

4   Q.  When you say "later on," about how long after you received

5   it did you open it?

6   A.  To be honest, I mean, because I knew it was a package

7   coming from Abdelhaleem to Iyad and I knew the situation, so I

8   kept it in a safe place knowing that I'll -- be handed over to

9   Iyad one time.

10        And, after that, I move from the apartment to a

11  home -- to house.  And most -- I mean, some -- of the stuff

12  when you move, you throw away; but, I kept that package with

13  me.  So, a little while -- probably year after that, maybe

14  year-and-a-half -- it came to my eyes, that I opened the

15  package.

16  Q.  When you say that it came from Dr. Ashqar to Hindi so you

17  had an idea, what do you mean by that?

18  A.  That is an important package.

19  Q.  Why would it be an important package?  Why do you think it

20  was an important package?

21  A.  Maybe because we're all Hamas.

22        MR. MOFFITT:  Objection.  "Maybe because we're all

23  Hamas."  Ask that it be struck.

24        THE COURT:  Sustained, if he is speculating.

25        And I will strike it.

1   BY MR. SCHAR:

2   Q.   Are you guessing or did you have the belief at that time?

3   A.   Yeah.  We are Hamas.

4   Q.   And did you believe that at that time, that this package

5   may be related to that?

6   A.   Yes.

7   Q.   And when you opened it, did you eventually look through

8   the contents of it?

9   A.   I looked into the first page.  When I got the package, I

10  wrote "private" on it so no one -- or in Arabic, so my wife

11  will not look in -- at there -- at it; or, when the kids,

12  also.  But I kept it in a safe place.  So, even if someone

13  came across at it, so no one will open it.

14  Q.   I'm going to --

15  A.   But --

16  Q.   I'm sorry, you can finish your answer.

17  A.   But I'm saying when I opened it, I looked at the first

18  page, I read the first page, and then I flipped through the

19  pages.  And, then, I kept it back in the safe place.

20  Q.   I show you what's marked Government Exhibit Shorbagi

21  Search Documents Group.

22          MR. SCHAR:  May I approach, Judge?

23          THE COURT:  You may.

24          (Document tendered.)

25  BY MR. SCHAR:

Shorbagi - direct

44

1  Q.  I ask you to look at that.

2  A.  Yes.

3  Q.  Is that the package that you accepted for Mr. Hindi from

4  Mr. Ashqar?

5  A.  Correct.

6  Q.  Who is it addressed to?

7  A.  Okay.  You got two items there.  The first one is Mr. Abu

8  El Abed, who I knew to be Iyad Hindi; and, then, it has my

9  address there.

10  Q.  When you say "Mr. Abu El Abed," is that the Abu name of

11  Iyad Hindi?

12  A.  Correct.

13  Q.  And that was your old address?

14  A.  Correct.

15  Q.  Is there a return address?

16  A.  There is a return address, right.

17  Q.  Could you actually open it up and take out what's marked

18  Government Exhibit, I believe, A.  It should be the cover

19  page, I think, you indicated?

20  A.  Yes.

21  Q.  Was that the cover page that you read when you opened it?

22  A.  Correct.

23  Q.  Does it indicate it's to Mr. Abu El Abed, who you

24  understand to be Iyad Hindi?

25  A.  Correct.

Shorbagi - direct

45

 1   Q.  If you look at the last line of that cover page, does it

 2   indicate that these documents are being sent for research?

 3   A.  Correct.

 4   Q.  And you're looking at the Arabic.  Do you read Arabic?

 5   A.  Correct.

 6   Q.  What was Mr. Iyad Hindi's profession?

 7   A.  He was computer engineering.

 8   Q.  Do you know him to be doing any research?

 9          MR. MOFFITT:  Objection.

10          THE COURT:  I am sorry?

11          MR. MOFFITT:  Objection.

12          THE COURT:  What is your objection.

13          MR. MOFFITT:  He needs to lay a foundation, it seems

14   to me.  Simply because he was a computer -- it doesn't mean he

15   wasn't doing research.

16          THE COURT:  It is a "Yes" or "No" question, and then

17   you can find out how.

18   BY MR. SCHAR:

19   Q.  Did you understand him to be involved in any research?

20   Mr. Hindi.

21   A.  No.

22   Q.  Now, you said you had gone through these documents at some

23   point.  Did you see that some of them were statements being

24   made regarding Hamas?

25   A.  As I said, like, when I read the first page, I realized

1   that it is -- that there are some documents in there.  I knew

2   that I wasn't supposed to open the package, but out of

3   concern, I start flipping through the pages.

4           I start reading from the first page.  It was Muhammad

5   Salah interrogation by the Israeli Securities in Palestine

6   when he was there.  And I read, like, few pages and then

7   flipped, like, ten pages down; and, then, read few lines and,

8   then, the other.  And, then, I realize that was the confession

9   of Muhammad Salah under the Israeli interrogation by the

10  Israeli Security in Palestine.  So, I put it back and I left

11  it back -- I left it there.

12  Q.  As a member of the Hamas Media Group, how would your

13  receiving confessions such as these assist you?

14          MR. MOFFITT:  Objection.

15          MR. DEUTSCH:  Objection.

16          MR. MOFFITT:  He didn't receive them.  He received

17  them for somebody else.

18          THE COURT:  Sustained.

19          The question you asked asks for him to speculate.

20  BY MR. SCHAR:

21  Q.  As a member of Hamas at that time, how would receiving --

22  how would the distribution of confessions help you?

23          MR. DEUTSCH:  Objection.  It's speculation and he --

24          THE COURT:  Objection sustained.

25          MR. SCHAR:  Judge, I'm just asking him as a member of

 1  the conspiracy.

 2           MR. DEUTSCH:  He didn't receive --

 3           THE COURT:  But you are asking, "How would it have

 4  helped you?" without --

 5           MR. SCHAR:  Okay.

 6           THE COURT:  -- saying he ever received them.

 7  BY MR. SCHAR:

 8  Q.  Were you aware --

 9           THE COURT:  Or --

10  BY MR. SCHAR:

11  Q.  Well, let me ask you this:  Was Iyad Hindi part of the

12  Media Group, as well?

13  A.  Yes.

14  Q.  And was this directed towards him?

15  A.  Correct.

16  Q.  Were you also part of the Media Group?

17  A.  Yes.

18  Q.  Were you aware of the distribution of confessions from

19  time to time?

20  A.  I'm sorry, I --

21  Q.  Were you aware that there were confessions from Israel

22  being moved?

23  A.  Yes, uh-huh.

24  Q.  And how would it help or how did it help the Hamas Media

25  Group to have these confessions?

1           MR. DEUTSCH:  Objection.  Can we lay a foundation as

2    to whether or not, and when, he saw any alleged confessions

3    from Israel?

4           MR. SCHAR:  Judge, I know he saw these.  He's

5    testified --

6           MR. DEUTSCH:  He said he looked at one page, two

7    pages and flipped to the end of it.

8           THE COURT:  Lay your foundation.

9    BY MR. SCHAR:

10   Q.  Other than these confessions, did you personally see any

11   other confessions?

12   A.  Again, I mean, some of those things when Palestinians is

13   being taken by Israeli Securities under the pressure from the

14   Israelis, they say things.  So, sometimes you read them in the

15   newspapers or the magazines or on the Web sites.  So, those

16   things are there.

17   Q.  In specific relation to these types of documents, did you

18   see any others?

19   A.  No.

20   Q.  How does receiving those confessions help you?

21          MR. DEUTSCH:  Objection.  He just said he didn't see

22   any others.

23          MR. SCHAR:  Judge, in relation to his involvement in

24   the Media Group, he's saying that they did receive them; and,

25   in particular, Iyad Hindi, who was a member of the Media

1  Group, as well, received these.

2         MR. DEUTSCH:  Well, I'm confused because, first of

3  all, he testified that Mr. Hindi wasn't doing any research,

4  right?  Now he's saying Mr. Hindi's part of the Media Group.

5  So, I don't --

6         THE COURT:  Well, you are certainly free to cross the

7  --

8         MR. DEUTSCH:  Yeah.

9         THE COURT:  -- witness on --

10        MR. DEUTSCH:  Yeah.  But it just seems like he's

11 shifting ground on us now.

12        He's now -- other than reading in the newspaper about

13 confessions, he hasn't really received any.

14        THE COURT:  Mr. Schar?

15        MR. SCHAR:  Let me ask it a different way.

16 BY MR. SCHAR:

17 Q.  You reviewed some of these documents, correct?

18 A.  Correct.

19 Q.  Did reviewing these documents help you in any way?

20 A.  Yes.

21 Q.  How?

22 A.  By reading some of the names on the confession, that tells

23 me that these names are now at the Israeli Securities, which

24 means that the FBI will know these names eventually because of

25 the cooperation.  And that means they will be under

1  surveillance, so it's better to avoid those guys.

2  Q.  I'd like to, if I could, show you some pictures.

3        MR. DEUTSCH:  Judge, I need a sidebar, please.  I'm

4  sorry to interrupt, but I do.

5        THE COURT:  Okay.

6        (Proceedings had at sidebar:)

7        MS. THOMPSON:  Judge, the front row over there is,

8  apparently, all of the handlers for this particular witness,

9  including the FBI agent yesterday, who was in court the last

10  two days after he testified, who, apparently, did nothing more

11  than the search.

12        And I am seeing nods from the blond-haired woman

13  sitting next to the FBI agent who signaled to him to say "No";

14  when he answered that in the affirmative, got extremely upset.

15        THE COURT:  I am sorry, you saw --

16        MS. THOMPSON:  And there's whispering going on --

17        THE COURT:  You saw the blond woman --

18        MS. THOMPSON:  The blond woman in the front row,

19  second, is nodding --

20        THE COURT:  To the FBI agent?

21        MR. DEUTSCH:  No.

22        MS. THOMPSON:  To the witness on the stand.

23        THE COURT:  Okay.

24        MS. THOMPSON:  And when they seemed disappointed that

25  he didn't give the answer, there was a big conversation that

1    took place between them.

2           Now, I don't want to cast aspersions about it, but I

3    am concerned about that front row.  I think it's intimidating.

4    I think there's five of them.  I don't know why that FBI

5    witness is in here.  And it's very much concerning if there's

6    something going on.

7           MR. MOFFITT:  Can we understand who the blond woman

8    is?

9           MS. THOMPSON:  Who they are.  Who that whole row is.

10          MR. SCHAR:  As I understand -- well, obviously, one

11   of the witnesses testified.  I think one is his lawyer.  One

12   is --

13          MS. THOMPSON:  Which one is the lawyer?

14          THE COURT:  Is it the blond woman that is his lawyer?

15          MR. SCHAR:  No, it's --

16          THE COURT:  No, she is --

17          MR. SCHAR:  -- the gentleman.

18          The blond woman is the assistant U.S. attorney

19   from --

20          MR. MOFFITT:  Dammers?  Ms. Dammers?

21          MR. SCHAR:  Yes, yes, yes.

22          And I think there's two other FBI agents and maybe a

23   Customs agent, all from out of state.

24          Obviously, I have my back turned, so I don't know

25   what's going on.

 1              THE COURT:  I did not see it.

 2              MR. DEUTSCH:  Okay.

 3              THE COURT:  And I have been watching the audience.

 4   We have a full house today.  I will watch very closely.

 5              That is, obviously, something you can cross-examine

 6   him on.

 7              MS. THOMPSON:  Obviously.  And we intend to

 8   cross-examine him --

 9              THE COURT:  At a minimum.

10              MS. THOMPSON:  -- on it.

11              THE COURT:  At a minimum.

12              But I will watch and, if I see anything

13   inappropriate, will take the appropriate action.

14              MS. THOMPSON:  Thank you, Judge.

15              Do we have a motion to exclude witnesses with regard

16   to the FBI agent or not?

17              THE COURT:  There was motions in limine --

18              MR. SCHAR:  I don't think there's a motion.

19              THE COURT:  I thought we addressed this at the

20   beginning, but he has already testified.

21              MS. THOMPSON:  May have, but I --

22              THE COURT:  So, typically, if somebody has already

23   testified, I do not care.

24              MS. THOMPSON:  That's fine.

25              THE COURT:  The other thing I will do is when we

1    break, I will have the marshal mention to those individuals in

2    the first row not to be giving any kind of gestures to the

3    witness.

4           MS. THOMPSON:  And it may be -- I'm not going to

5    suggest anything about intent because sometimes people just

6    react.

7           THE COURT:  Yes.

8           MS. THOMPSON:  But --

9           THE COURT:  That will be made clear.

10          MR. MOFFITT:  But frowns and those kind of things are

11   not helpful, either.

12          MS. THOMPSON:  Right, especially since he's being

13   judged whether he's getting a deal based upon the assessment

14   of that front row.

15          THE COURT:  I will have a deputy marshal talk to

16   them.

17          For scheduling purposes, too, since we got started a

18   little later today, I was going to try to go until about 1:00

19   before we broke for lunch, if that is okay.

20          MR. MOFFITT:  Are you going to have a break?  Are you

21   going to have a mid-morning break?

22          THE COURT:  Yes, I will break soon.

23          MR. SCHAR:  Judge, actually, I don't have that much

24   more left in my direct.  So, maybe --

25          THE COURT:  When you are done.

Shorbagi - direct

54

```
 1            MR. SCHAR:  -- that would be a good time to break.
 2            THE COURT:  Okay.
 3            (Proceedings had in open court:)
 4            THE COURT:  You may continue, Mr. Schar.
 5            MR. SCHAR:  Thank you, Judge.
 6  BY MR. SCHAR:
 7  Q.  I don't know if your computer screen is on next to you,
 8  Mr. Shorbagi, to your right.
 9            I want to put up -- I'm going to ask you, do you see
10  the person who is on your screen?
11  A.  Correct.
12  Q.  Do you recognize that person?
13  A.  Yes.
14  Q.  Who is --
15            THE COURT:  Is there an exhibit number on this, for
16  the record?
17            MR. SCHAR:  I'm sorry, Judge.  That is government
18  Exhibit Levitt Photo 1, in evidence.
19  BY MR. SCHAR:
20  Q.  Who do you recognize that to be?
21  A.  That's Mousa Abu Marzook.
22  Q.  How do you recognize him?
23  A.  I saw him.
24            MR. SCHAR:  Move ahead to Government Exhibit Levitt
25  Photo 3.
```

1  BY MR. SCHAR:

2  Q.  Do you recognize that person?

3  A.  Yes, I recognize him.

4  Q.  Who is that?

5  A.  That's Dr. Abdel Aziz Al-Rantisi.

6  Q.  How do you recognize him?

7  A.  I saw him on TV.

8         MR. SCHAR:  Move ahead to the next exhibit,

9  Government Exhibit Levitt Photo 5.

10  BY MR. SCHAR:

11  Q.  Do you recognize that individual?

12  A.  Yes.

13  Q.  Who is that?

14  A.  Sheikh Ahmed Yasin.

15  Q.  How do you recognize Sheikh Ahmed Yasin?

16  A.  I saw him on TV, also.

17  Q.  Moving ahead to Government Exhibit Levitt Photo 2, do you

18  recognize that individual?

19  A.  Correct.

20  Q.  Who do you understood -- who do you recognize that to be?

21  A.  That's Salah Shahadah.

22  Q.  How do you recognize Salah Shahadah?

23  A.  I saw him in magazine; and, then, later on when he was

24  assassinated by Ariel Sharon, his picture was on TV.

25  Q.  When you saw him in the magazines, what magazine did you

1   see him in?

2   A.   Filistine al-Muslima.

3   Q.   Do you recognize that individual?

4   A.   That's Imad Al-Alami.

5   Q.   That's Government's Exhibit Levitt Photo 6.

6            How do you recognize Imad Al-Alami?

7   A.   Same way:  From the magazine and the Web site.

8   Q.   Do you recognize that individual?

9   A.   Correct.

10  Q.   Who is that?

11  A.   That's Dr. Mahmoud Zahar.

12  Q.   How do you recognize Dr. Zahar?

13  A.   From the TV.

14  Q.   Sir, previously, I think, you testified yesterday that

15  you've pled guilty to providing material support to Hamas; is

16  that correct?

17  A.   Correct.

18  Q.   Did the FBI first approach you about your criminal

19  activity in approximately March of this year, in March, 2006?

20  A.   Correct.

21  Q.   Since then, have you been interviewed on a number of

22  occasions by various FBI agents and attorneys?

23  A.   Correct.

24  Q.   Did you lie to the agents and attorneys about your

25  activities on behalf of Hamas during certain of your

Shorbagi - direct

1    interviews?

2    A.  Correct.

3    Q.  Why?

4    A.  It's a natural thing and obvious.  It's Hamas, 9/11,

5    United States, FBI, Palestinian, legal resident in this

6    country.  I was concerned for myself, my family -- I have five

7    kids -- and, my friends, the ones that I -- they trusted me,

8    we worked together for such a long time -- and, for the

9    movement, for Hamas.  So, I lied.

10   Q.  At some point did you decide to tell the truth about

11   Hamas?

12   A.  Yeah, after a while, I decided to say the truth.

13   Q.  Why?

14   A.  Because I understand keep lying is gonna get me nowhere;

15   say the truth and take the responsibility.

16           MR. SCHAR:  May I have one moment, Judge?

17           THE COURT:  Yes.

18           (Brief pause.)

19           MR. SCHAR:  I have nothing else at this time.

20           THE COURT:  Let us take our morning break.

21           (Jury out.)

22           THE COURT:  We will pick up at about 25 to 12:00.

23           (Brief recess.)

24           THE COURT:  Mr. Schar, do you have your witness?

25           MR. SCHAR:  He is on his way, Judge.

Shorbagi - cross by Moffitt

1        (Brief pause.)

2        THE COURT:  Bring in the jury, please.

3        (Jury in.)

4        THE COURT:  You may be seated.

5        Mr. Deutsch?

6        MR. DEUTSCH:  Mr. Moffitt is going to go first.

7        THE COURT:  Okay.

8        Mr. Moffitt, cross-examination.

9        MR. MOFFITT:  Thank you, ma'am.

10        CROSS-EXAMINATION ON BEHALF OF DEFENDANT ASHQAR

11   BY MR. MOFFITT:

12   Q.  Good morning, Mr. Shorbagi.

13   A.  Good morning, sir.

14   Q.  My name is Bill Moffitt and I represent Dr. Ashqar.

15   A.  Yes.

16   Q.  You ended your direct examination by telling us that you

17   lied to the government, correct?

18   A.  Correct.

19   Q.  Now, from the moment you started meeting with the

20   government -- and that was in March; was it not?

21   A.  Correct.

22   Q.  -- they told you that you had to be truthful, correct?

23   A.  Correct.

24   Q.  But --

25        (Brief interruption.)

1          MR. MOFFITT:  Are we all right?

2          THE COURT:  I am sorry.  We had an issue with the

3    acoustics.  The government had placed a cup over the

4    microphone, which messed up everything.

5          MR. MOFFITT:  I knew they would do something like

6    that.

7          (Laughter.)

8          THE COURT:  Fortunately, Mr. Moffitt, we were all

9    still able to hear you.

10         So --

11         (Laughter.)

12         MR. MOFFITT:  I hope so.

13         THE COURT:  -- you may continue.

14         MR. MOFFITT:  I hope so.

15   BY MR. MOFFITT:

16   Q.  We were talking about now that from the very beginning, in

17   March -- or on March 9th -- when you went to see the

18   government, the first thing the government told you was that

19   you were going to have to be truthful, wasn't it?

20   A.  Correct.

21   Q.  And they've told you that over and over and over again,

22   correct?

23   A.  Correct.

24   Q.  Now, you met with the government on March 9th, correct?

25   A.  Correct.

1  Q.  March 13th?

2  A.  Uh-huh.

3  Q.  March 14th?

4  A.  Uh-huh.

5  Q.  March 16th?

6  A.  Uh-huh.

7  Q.  Bear with me, sir.

8          (Brief pause.)

9  BY MR. MOFFITT:

10 Q.  March 17th?

11 A.  Correct.

12 Q.  March 23rd, March 20- -- right?  March 23rd?

13 A.  I mean, you're saying the dates.  I remember that I met

14 with them several times, but, I mean -- go on.  These dates

15 seems to be correct, right.

16 Q.  March 23rd, can you give me an answer?

17 A.  I mean, March 23rd -- I didn't remember exact date, but

18 correct.  Right, right, uh-huh.

19 Q.  Do you want to look?

20 A.  No, no, no.  I'm not saying you're wrong, but I'm saying

21 it's correct.

22 Q.  All right.

23          March 29th?

24 A.  Correct.

25 Q.  April 13th?

1    A.   Correct.

2    Q.   April 18th?

3    A.   Uh-huh.

4    Q.   April 26th?

5    A.   Correct.

6    Q.   April 27th?

7    A.   Uh-huh.

8    Q.   April 28th?

9    A.   Uh-huh.

10   Q.   May 1st?

11   A.   Uh-huh.

12   Q.   May 10th?

13   A.   Uh-huh.

14          MR. SPIELFOGEL:   You need a "Yes" or "No" answer,

15   Bill.

16   BY MR. MOFFITT:

17   Q.   Well, please answer me "Yes" or "No."

18          May 15th?

19   A.   Yes.

20   Q.   May 17th?

21   A.   Yes.

22   Q.   May 23rd?

23   A.   Yes.

24   Q.   June 5th?

25   A.   Yes.

1    Q.  I think that was the last one that I have.

2          Have you met with the government since June 5th?

3    A.  Yes.

4    Q.  When?

5    A.  What do you mean "the government," sir?

6    Q.  All right.

7          Let's start in that front row right there

8    (indicating).

9    A.  Right.

10   Q.  All right.

11         Do you know who the people are in that front row?

12   A.  Correct.

13   Q.  Who is the person sitting in the corner?

14   A.  That's from the FBI.

15   Q.  All right.

16         And the person sitting next to him?

17   A.  Is Kim Dammers.

18   Q.  And who is Kim Dammers?

19   A.  Prosecution.

20   Q.  Prosecution.

21         Is she the prosecutor that you entered a plea

22   agreement with?

23   A.  Correct.

24   Q.  And she's from Georgia; am I right?

25   A.  Correct.

1    Q.  She flew up here to see you testify, correct?

2    A.  I guess so.

3    Q.  Who is sitting next to Ms. Dammers?

4    A.  Mike Rotti.

5    Q.  Who is he?

6    A.  FBI.

7    Q.  Who is sitting next to -- Mr. Ryan?

8    A.  Rotti.

9    Q.  Riley?

10   A.  R-o-t-t-i, Rotti.

11   Q.  Okay.  R-o-t-t-i.

12           Who is sitting next to him?

13   A.  Matthew Saylor.

14   Q.  Who is he?

15   A.  Immigration.  ICE.

16   Q.  ICE.

17           He's a law enforcement officer, as well, right?

18   A.  Correct.  Correct.

19   Q.  And where is he from?

20   A.  He's from Georgia, also.

21   Q.  Where is Mr. Rotto -- Rotti -- from?

22   A.  Rotti.

23           Also, Georgia.

24   Q.  And who is the woman sitting next to the ICE officer?

25   A.  Lara.

1  Q.  Lara who?

2  A.  Lara Burns.

3  Q.  Who is she?

4  A.  FBI.

5  Q.  And you know her by the name "Lara"?

6  A.  Correct.

7  Q.  First-name basis, huh?

8  A.  I'm sorry?

9  Q.  You have a first-name relationship with her?

10  A.  Correct, uh-huh.

11        Not -- not -- relationship, but I know Lara Burns,

12  that what her name is.

13        (Laughter.)

14  BY MR. MOFFITT:

15  Q.  All right.

16        And the gentleman sitting in the corner is your

17  lawyer, right, on the --

18  A.  Correct, yes.

19  Q.  And he -- what's his name?

20  A.  Michael Tross.

21  Q.  All right.

22        Now, you just told us that you lied to the

23  government --

24  A.  Correct.

25  Q.  -- correct?

 1            When you met with the government -- since I don't

 2    know what you lied about, when you met with the government --

 3    on 4-20 --

 4            MR. MOFFITT:  May I approach?

 5    BY MR. MOFFITT:

 6    Q.   -- can you tell us what you lied about then?

 7            (Document tendered.)

 8            THE COURT:  Can you, for the record, Mr. Moffitt,

 9    describe what you are handing to the witness?

10            MR. MOFFITT:  I'm handing him FBI 302s.

11            MR. SCHAR:  Judge --

12            THE COURT:  The ones you just went through?

13            MR. MOFFITT:  Yes.

14            MR. SCHAR:  I'm not sure what he's trying to do.

15            MR. MOFFITT:  I'm trying to find out -- since I don't

16    know what he lied about, I'm trying to ask the witness what he

17    lied about.

18            What you just asked him.

19            MR. SCHAR:  Does he need his -- refreshing

20    recollect- -- I mean, the document itself isn't in evidence

21    and, obviously, shouldn't be since it's not --

22            MR. MOFFITT:  I haven't offered it into evidence.  I

23    handed it to the witness.

24            MR. SCHAR:  What I'm trying to figure out is whether

25    he's trying to refresh recollection, in which case there's

1  actually no particular question pending right now.

2  BY MR. MOFFITT:

3  Q.  What did you lie about on 4-20-06?

4          THE COURT:  And, for the record, Mr. Moffitt, maybe

5  you want to clarify first if he can answer that based on his

6  memory or if he needs to look at the document.

7          MR. MOFFITT:  Well, I asked him if he can tell me if

8  he didn't -- if he doesn't -- remember what he lied about on

9  4-20.

10          THE COURT:  I do not think you asked that question.

11  So --

12  BY MR. MOFFITT:

13  Q.  What did you lie to the government about on April 20th --

14  no, I'm sorry, on 3-9; that's the right one -- on March 9th,

15  19 -- 2006?

16  A.  As I said, the whole case was about my conduct with Hamas

17  and other stuff, the money issue with Alexandria.  So, the

18  questions came from both sides and, like, "Whom do you know in

19  Hamas?  Did you work for Hamas?  Did you do anything for

20  Hamas?"

21          And my questions were "No."

22  Q.  So, you lied about Hamas on 4-20?

23          MR. SCHAR:  I think --

24  BY THE WITNESS:

25  A.  It could be right, uh-huh.

1          MR. SCHAR:  -- March 9th he's asking him.

2          MR. MOFFITT:  March 9th.  I'm sorry.

3    BY MR. MOFFITT:

4    Q.  It could be?  You don't know what you lied about?

5    A.  This is what I knew that I lied about.  When they start

6    asking me questions about Hamas, my answers were not true.

7    Q.  Okay.

8          Well, on March 9th, the first thing they asked you

9    about was the money you stole, correct?

10   A.  Correct, uh-huh.

11   Q.  And they asked you about how much money you stole,

12   correct?

13   A.  Correct.

14   Q.  And you, basically, told them that you stole the money,

15   but you stole it because you were afraid to ask for a raise?

16   A.  Correct.

17   Q.  Okay.

18         And you also acknowledged that you stole money in

19   2001, 2002, 2003, 2004 and 2005?

20   A.  Correct.

21   Q.  Right?

22   A.  Uh-huh.

23   Q.  And it totalled up to almost a quarter of a million

24   dollars; did it not?

25   A.  Correct.

1    Q.  All right.

2         Well, did you lie when you told them that the money

3    that you collected in -- you didn't steal any of the money

4    that you collected at the mosque?

5    A.  I'm sorry, I didn't hear that.

6    Q.  Did you lie --

7    A.  Uh-huh.

8    Q.  -- about whether you stole any money that you collected at

9    the mosque?

10   A.  No.

11   Q.  That was the truth?

12   A.  Right.

13   Q.  All right.

14        Now, when you lied, did the government make a list of

15   the things that you lied about?

16   A.  I don't know.  I mean, I could answer it in different way,

17   also, that later on they told me, "You lied about this, you

18   lied about this, you lied about that."

19   Q.  All right.

20        Well, what did they tell you you lied about?

21   A.  I'm sorry?

22   Q.  What did they tell you you lied about?

23        Didn't you tell them that you didn't use fraudulent

24   invoices?

25   A.  I'm sorry?  If you just say the question, again.

1  Q.  Didn't you tell them in your theft that you didn't use

2  fraudulent invoices?

3  A.  Correct, yes, uh-huh.

4  Q.  That was a lie, right?

5  A.  That was a lie, right.

6  Q.  Okay.

7       And that wasn't about Hamas.  That was about your

8  theft, right?

9  A.  Correct, uh-huh.

10  Q.  Okay.

11       And they didn't stop dealing with you after you lied

12  to them, did they?

13  A.  I'm sorry?

14  Q.  The government did not stop dealing -- stop -- the

15  government didn't stop dealing with you after you lied to

16  them?

17  A.  No, they kept asking me the questions.

18  Q.  Ultimately, you admitted that you never asked for a pay

19  raise, correct?

20  A.  Correct, uh-huh.

21  Q.  So, initially, you lied about that, as well, right?

22  A.  I'm sorry, what was your question, again?

23  Q.  Initially, you lied about the pay-raise situation?

24  A.  Correct, uh-huh.

25  Q.  And, then, you admitted that you had received a pay raise,

Shorbagi - cross by Moffitt

 1   correct?

 2   A.   Correct.

 3   Q.   So, you lied about that, as well?

 4   A.   Wrong.

 5   Q.   Oh, okay.

 6        So, when you said you didn't -- the reason you stole

 7   the money was you didn't get a pay raise -- then you admitted

 8   that you had a pay raise -- that you did get a pay raise --

 9   that wasn't a lie?

10   A.   It's a compound question.   Which one is the -- which is

11   the question?

12   Q.   Are you a lawyer?

13   A.   I'm sorry?

14   Q.   You --

15        MR. SCHAR:   Judge, I object.   It is compound.   So,

16   I'll object to the --

17        THE COURT:   Sustained.

18        MR. SCHAR:   -- compound nature of the question.

19   BY THE WITNESS:

20   A.   Yeah, I -- I look at TV.   I watched lawyers a lot.

21        THE COURT REPORTER:   I'm sorry?

22   BY MR. MOFFITT:

23   Q.   Okay.   Good.

24        (Laughter.)

25   BY MR. MOFFITT:

1   Q.  Did you report that to Hamas?

2   BY THE WITNESS:

3   A.  I watched TV and lawyers.

4   BY MR. MOFFITT:

5   Q.  Did you report what you watched about lawyers to Hamas?

6   A.  I reported you when you was interview with O'Reilly.

7   Q.  You saw me on an interview with Bill O'Reilly?

8   A.  Yeah, I saw you on an interview with Bill O'Reilly.

9   Q.  Sir, I've never been on an interview with Bill O'Reilly.

10  Never in my life.

11  A.  On Fox News, sir, after al-Arian convictions.

12  Q.  I was never.  I was never interviewed.  I refused to go on

13  Bill O'Reilly.

14  A.  You was there, sir.  Anyway --

15          (Laughter.)

16  BY MR. MOFFITT:

17  Q.  I was there?  All right.

18          THE COURT:  Okay, Mr. Moffitt, let us move on.

19          (Laughter.)

20  BY MR. MOFFITT:

21  Q.  Well, while you were watching me, let's talk about you.

22  A.  Good.

23  Q.  Okay?

24          Now, you received a pay raise, didn't you?

25  A.  Yes, uh-huh.

Shorbagi - cross by Moffitt

72

1  Q.  And you received a pay raise before March 9th, correct?

2  A.  Correct, uh-huh.

3  Q.  So, when you told somebody that you stole money because

4  you didn't get a pay raise, you lied about it?

5  A.  Correct.

6  Q.  Thank you.

7       Now, among the things you did with the money that you

8  stole is you built an apartment in Gaza, right?

9  A.  Correct.

10  Q.  And how much was that?

11  A.  25,000.

12  Q.  25,000?

13  A.  Right.

14  Q.  Is it $25,000 today and was it a different amount on March

15  9th?

16  A.  No.  At that time, it was 25.  It may have been March it

17  was 35 or so.

18  Q.  Did you tell the government it was 40,000?

19  A.  Could be 40,000.

20  Q.  So, today it was 25, but then it was 40?

21  A.  No.  What I'm saying, like, I started with that number.

22  It could be, like, 40,000 in March.

23  Q.  Did you tell the government on March 9th that it was

24  $40,000?

25  A.  Correct.

Shorbagi - cross by Moffitt

1   Q.  Okay.

2        But today you're telling us it was 25?

3   A.  That's -- and I said the number I started with, right.

4   Q.  Well, weren't you supposed to be telling the truth, sir?

5   A.  Right.

6   Q.  And you're supposed to be -- and, in fact --

7   A.  Uh-huh.

8   Q.  -- in this courtroom, you held your hand up, correct?

9   A.  Correct.

10  Q.  You swore on a bible, right?

11  A.  Correct.  No, I -- I -- didn't touch a bible, no.  I --

12  Q.  You didn't touch a bible?

13  A.  Right.

14  Q.  But you --

15  A.  I swore.

16  Q.  But you affirmed you'd tell -- to tell the truth, correct?

17  A.  Correct, yes, uh-huh.

18  Q.  And you know that if you don't tell the truth, you could

19  be charged with perjury, right?

20  A.  Correct, uh-huh.

21  Q.  So, what happened between March 9th and today to reduce

22  the value of the property from 40,000 to 25?

23  A.  Nothing happened.  I said -- I started by saying 25.  Then

24  I said it ended up with 40,000.  So, that's the number you got

25  there.

1   Q.  Well, wait a minute.  But you told us 25 here.

2   A.  Correct.

3   Q.  Thank you.

4        Now, originally, when you went in on March 9th, you

5   went in and the FBI talked to you first about the fraud that

6   you were involved in; am I right?

7   A.  Correct, uh-huh.

8   Q.  And it was you who brought up Hamas and, actually, it was

9   you who first brought up the issue of Ramadan; am I right?

10  A.  Ramadan?

11  Q.  You talked with the FBI.  When you talked with the FBI,

12  you were the person that brought up anything having to do with

13  Hamas, right?

14  A.  I'm sorry, if you rephrase the question, again, please?

15  Q.  When you spoke with the FBI on March 9th --

16  A.  Uh-huh.

17  Q.  -- it was you who brought up the issue of Hamas?

18  A.  No, sir.  I was there to answer their questions.

19  Q.  Well, they -- the first set of questions they asked you

20  were -- had nothing to do with Hamas, right?

21  A.  Right.

22  Q.  Had to do with your fraud, right?

23  A.  On the first day, there was mix of questions, this and

24  that.

25  Q.  Do you recall, at 11:01 a.m., it was explained to you that

1    since you mentioned the Holy Land Foundation -- which provides

2    funds to Hamas -- that there was an agent who would like to

3    speak to you?

4           Do you recall that?

5    A.  On which date, sir?

6    Q.  March 9th.

7    A.  Uh-huh, right.

8    Q.  So, it was you who brought up Holy Land and Hamas,

9    correct?

10   A.  No, no.  You're saying that they said that, right?

11   Q.  "They" being the FBI.

12   A.  The FBI, right.

13   Q.  That's what they said --

14   A.  Uh-huh.

15   Q.  -- that you brought it up.

16   A.  I brought it up?

17   Q.  Yes, that you brought up Holy Land.  That you were the

18   person who brought up Holy Land and Hamas.

19   A.  No, sir.  The question was:  "Did you ever send money to

20   Hamas or to Palestine?"

21          I said, "Yes, I through -- I used to send money to

22   Palestine through the Holy Land Foundation."

23   Q.  All right.

24          So, you didn't bring it up, correct?

25   A.  Correct.

Shorbagi - cross by Moffitt

1  Q.  And --

2  A.  That was based on the question.

3  Q.  Okay.

4       And, then, you met Lara Burns, correct?

5  A.  Correct.

6  Q.  Now, then you were asked whether you were -- had ever been

7  a member of the Muslim Brotherhood, correct?

8  A.  Correct.

9  Q.  And you lied about that?

10  A.  No.  I said the truth about that.

11  Q.  Okay.

12       It isn't that you initially stated that "he had never

13  been a member and that he did not pay dues"?

14  A.  I'm sorry?

15  Q.  You didn't say that at first?

16  A.  I'm sorry?

17  Q.  That you had never been a member of the Muslim Brotherhood

18  and you didn't pay dues; you never said that?

19  A.  Yeah, that's what I said.  I am a sympathizer with the

20  Brotherhood, right; but, I never did dues.  Right, uh-huh.

21  Q.  Okay.

22       So, you were a supporter, not a member; is that what

23  you're saying?

24  A.  Correct, yes, uh-huh.

25  Q.  And you can be a supporter of Hamas and not a member, too,

1   correct?

2   A.   Well, yeah, absolutely.

3        But you are not referring to me, sir.  You're

4   referring to, like, in public, correct?

5   Q.   Excuse me?

6   A.   Are you referring to me that I could be a member or

7   supporter, or are you referring this thing in general?

8   Q.   I'm saying, in general, you can be a supporter of Hamas

9   and not be a member?

10  A.   True, yes, correct.

11  Q.   When did you start sending money to the Holy Land to

12  Hamas?

13  A.   I started doing that since the start of the intifada, in

14  '87.

15  Q.   Well, there wasn't anything like Hamas before 1987, was

16  there?

17  A.   That's -- the intifada started in 1987 -- late '87; then

18  went on '88; and, then, there was something called Occupied

19  Land Foundation.  We used to collect money and send it through

20  the Occupied Land Foundation.  And, then --

21  Q.   That's not what I asked you, sir.

22  A.   Yes.

23  Q.   Hamas started in 1987; did it not?

24  A.   Correct.

25  Q.   So, you couldn't send money to Hamas before 1987, because

1  it didn't exist, correct?

2  A.  Before 1987, correct.  Yes, uh-huh.

3  Q.  All right.

4       And when did you stop sending money to Hamas?

5  A.  I think in late 2001.

6       Not to Hamas.  To Holy Land Foundation and, then,

7  Hamas.  Right.

8  Q.  Oh, well, but we know and you know -- and you've said in

9  your interviews -- that sending money to Holy Land was like

10  sending money to Hamas, correct?

11  A.  Correct, yes, uh-huh.

12  Q.  So, when you sent money to Holy Land, you were sending

13  money to Hamas, correct?

14  A.  Correct.

15  Q.  You don't want to mislead us about that, do you?

16  A.  Correct.

17  Q.  All right.

18       And you stopped sending money to Hamas in

19  2000-and-what?

20  A.  I continued to send money to Hamas after 2001, but not

21  through the Holy Land Foundation.

22  Q.  All right.

23       So, you continued to send money to Hamas post-2001.

24       When did you stop?

25  A.  Probably -- what -- we are in 2006.

Shorbagi - cross by Moffitt

1    Q.  So, you were sending money to Hamas --

2             MR. SCHAR:  Judge, I don't think he's answered.

3             THE COURT:  I am sorry?  I cannot hear you.

4             MR. SCHAR:  I'm not sure he answered.  I'm not sure

5    he had actually answered the question.

6             THE WITNESS:  I did not answer, no.

7    BY THE WITNESS:

8    A.  I'm thinking about the day, but I don't have a date.

9    Maybe, like, two years ago, year-and-a-half ago.  Things like

10   that.

11   BY MR. MOFFITT:

12   Q.  So, you don't remember.  It was either three years ago or

13   a year-and-a-half ago?

14   A.  No, I'm not saying three years ago.  I'm saying two years

15   or year-and-a-half ago.

16   Q.  Now it's two years and a year-and-a-half ago?

17   A.  You said three.  I didn't say three.  I said two.

18   Q.  Didn't you --

19             MR. MOFFITT:  Can you read back what his answer was,

20   please?

21             His first answer, please, may I have it read back?

22             THE COURT:  Let me go back to where you started this

23   line of questioning.

24             (Whereupon, the record was read by the Court.)

25   BY MR. MOFFITT:

Shorbagi - cross by Moffitt

1   Q.  All right.  Let's go to two years ago.

2          Two years ago it was in 2004?

3   A.  Correct, uh-huh.

4   Q.  Now, you were aware that Hamas was a designated

5   organization; were you not?

6   A.  Yes, I was aware, uh-huh.

7   Q.  And Hamas was first designated in 1995, correct?

8   A.  Yes, uh-huh.

9   Q.  And you continued sending money to Hamas at least to

10  1995 -- to 2005 -- right?

11  A.  Correct.

12  Q.  Ten --

13  A.  Uh-huh.

14  Q.  Ten years after it was designated, correct?

15  A.  Correct, uh-huh.

16  Q.  And, then, Hamas was again designated in 1997; am I right?

17  A.  Right, uh-huh.

18  Q.  And you continued to send money after that?

19  A.  Correct.

20  Q.  And, then, Holy Land was designated, correct?

21  A.  2001, correct.

22  Q.  And you continued to send money after that?

23  A.  Correct.

24  Q.  In March of 2006 -- March 9th --

25  A.  Uh-huh.

1    Q.   -- again -- you told the FBI that you would not find any

2    computers with Hamas-related material on them, right?

3    A.   I'm sorry, I'm having a hard time hearing you, sir.

4    Q.   All right.  Let's see if I can speak English more clearly.

5    A.   Good.  Please.

6    Q.   All right.

7             In March -- on March 9th --

8    A.   Right.

9    Q.   -- 2005 --

10   A.   Uh-huh.

11   Q.   -- you told the FBI that they would not find any computers

12   with Hamas-related material on them, correct?

13   A.   On, what?

14   Q.   On them.  T-h-e-m, "them."

15   A.   You said 2005.

16   Q.   In 2006, did you tell --

17   A.   Uh-huh.

18   Q.   -- the FBI --

19   A.   Right.

20   Q.   -- that they would not find any computers with

21   Hamas-related material on them?

22   A.   You mean my computers?

23   Q.   Yes.

24   A.   Yes, uh-huh.

25   Q.   That was a lie, right?

Shorbagi - cross by Moffitt

82

1  A.  That was a lie.

2  Q.  Now, on March 9th, 2006, you were not arrested, were you?

3  A.  No.

4  Q.  You were allowed to leave, correct?

5  A.  Correct.

6  Q.  The next time you met with the agents was 3-13 -- March

7  13th -- 2006?

8  A.  Uh-huh, correct.

9  Q.  Do you remember what you lied about that time?

10  A.  Maybe everything.  I don't remember.

11  Q.  Maybe everything?

12  A.  Uh-huh.

13  Q.  Okay.

14       Well, let's -- did you lie about telling the

15  government that the reason that you wanted money to go -- you

16  sent money -- to Hamas was you wanted it to go to the needy

17  people?

18  A.  No, I didn't lie about that.

19  Q.  That's why you sent money to Hamas, right?

20  A.  Correct, uh-huh.

21  Q.  You are from where in the occupied territories?

22  A.  I am from Gaza Strip, a city called Khan Yunus.

23  Q.  All right.

24       And is that where you grew up, sir?

25  A.  That is where I grew up, sir, yes.

 1   Q.  All right.

 2          And that is inside the occupied territories?

 3   A.  Inside the occupied territories, right.

 4   Q.  Okay.

 5          And there were needy people there?

 6   A.  I'm sorry?

 7   Q.  There were needy people there?

 8   A.  Maybe 90 percent.  Yes, sir.

 9   Q.  And what was some of the things they needed?

10   A.  I'm sorry?

11   Q.  And what was some of the things they needed?

12   A.  They needed food, clothing.  They need books, school

13   stuff.  I mean, things like the ordinary belongings.  Things

14   like everyone -- every human needs.

15   Q.  Sort of the basics of life?

16   A.  Basics of life, right, exactly.

17   Q.  And that wasn't being provided for them?

18   A.  I'm sorry?

19   Q.  The basics of life were not -- was not -- being provided

20   for them?

21   A.  By who?

22   Q.  Well, let's try the group that occupied the territories.

23   Was it being provided by the Israelis?

24   A.  You mean the Israelis, did they provide these things to

25   the Palestinians?

Shorbagi - cross by Moffitt

1  Q.  Yes.

2  A.  No.

3  Q.  All right.

4        Well, who provided it to the Palestinians, the basics

5  of life?

6  A.  Everyone got to really work for his own there.  I mean,

7  some people has friends outside, such as myself and my family.

8  Some people work hard there.  Some people just, like, get some

9  help from others.

10 Q.  Did there come a time when Hamas provided the basics of

11 life?

12 A.  Correct, yes.

13 Q.  Well, what did Hamas provide in Khan Yunus?

14 A.  There are a lot of needy people.  There are a lot of

15 destroyed home by the Israelis.  So, they provided shelters,

16 homes.  They provided basic needs, again.

17 Q.  There were a lot of destroyed homes by the Israelis.

18 Would you tell us about that?

19 A.  Yes, there was a lot of destroyed homes by the Israelis.

20 Q.  Why would the Israelis destroy homes?

21 A.  Collective punishment.

22 Q.  Collective punishment.

23        I don't know what you mean by that.  Tell me what you

24 mean by that.

25 A.  I mean, sometimes there is, like, some -- let's say, like,

1   if there is a rocket fired from a certain area.  They want to

2   stop firing that rocket.  So, they will go to that area and

3   destroy the area.

4   Q.  And how would they destroy these homes?

5   A.  By bulldozers.  I mean, by bulldozers and the tanks.

6   Q.  Would they tell people that that's what they were going to

7   do or would they just come up with the tanks and the

8   bulldozers and just destroy the homes?

9   A.  Long time ago, they used to give them warning.  Then they

10  start just, like, going there without any warnings.

11  Q.  And, so, when you were contributing to Hamas, you were

12  trying to help those people?

13  A.  Correct.

14  Q.  Okay.

15        Was there anybody other than Hamas there to help

16  those folks?

17  A.  Yes.  There were other organizations helping the

18  Palestinians.

19  Q.  Now, in 1987 -- you said Hamas had come into existence in

20  1987, correct?

21  A.  Correct.  Yes, sir.

22  Q.  How long had the occupation existed prior to 1987?

23  A.  Starting June or July, 1967.  So, that could be, what?  32

24  years, I think, or something like that.

25  Q.  Well, '67 to '87 is 20 years.

Shorbagi - cross by Moffitt

1  A.  20 years.  Okay.

2  Q.  You agree with me that's 20 -- it was 20 years?

3  A.  Yeah, yeah, 20 years.  You're right about this.

4  Q.  How old are you, sir?

5  A.  I'm now 42 years old, sir.

6  Q.  So, most of your life there was an occupation?

7  A.  Yeah.  I was there till about 18-and-a-half, 19.  Then I

8  came United States 22 years ago.

9  Q.  Now, let me ask you another question.

10 A.  All right.

11 Q.  You're not a citizen of the United States, are you?

12 A.  Correct, I'm not.

13 Q.  Now, on 3-13-2006 -- March 13th, 2006 --

14 A.  Uh-huh.

15 Q.  -- you told the FBI that you were pro-Bush, right?

16 A.  I was, but not -- no, I was.  I said -- there was a

17 question about, like, Bush and something.  And I was pro-Bush

18 because I didn't like Clinton the year 2000.  And, then -- no,

19 I was not -- then I became not -- pro-Bush.

20 Q.  Okay.

21      So, that was the truth, correct?

22 A.  That was the truth, yes, uh-huh.

23 Q.  Okay.

24      Do you recall on March 13th, 2006, asking, "What will

25 happen to me when I'm charged"?

Shorbagi - cross by Moffitt

1   A.  What will happen to me if I will be charged?

2   Q.  When -- well, I'm using the word "when you were charged."

3           Do you recall asking that question?

4   A.  I don't recall then, sir.

5   Q.  All right.

6           Do you recall somebody telling you that you were

7   looking at five years?

8   A.  Maybe so.  I'm not really recalling the time.  But, I

9   mean, I was looking for a serious time.  That's what I was

10  told.

11  Q.  Now, amongst the things that the Holy Land Foundation did

12  was it sent money to the refugee camps, right?

13  A.  Correct, yes, uh-huh.

14  Q.  All right.

15          There are refugees in the occupied territories?

16  A.  Yes, sir, there are.

17  Q.  What are they refugees from?

18  A.  From cities inside what's called now the State of Israel.

19  Q.  Well, how did these people get to be refugees?

20  A.  They were forced to leave their homes.

21  Q.  And when did that occur?

22  A.  1948.

23  Q.  And, so, those refugee camps have existed since 1948?

24  A.  Correct.

25  Q.  And there are people still living in refugee camps in

Shorbagi - cross by Moffitt

1  2006?

2  A.  Correct.

3  Q.  That's one of the reasons you contributed to Hamas,

4  correct?

5  A.  Correct.

6  Q.  How many refugee camps are there?

7  A.  I mean, I know in Khan Yunus there are two.  In Gaza,

8  there are more than three -- I mean, there's a big -- there's

9  a lot of refugee camps in the West Bank and Gaza and outside

10  Palestine:  Lebanon, Jordan, Syria.

11  Q.  And these are Palestinian refugee camps?

12  A.  That is correct.

13  Q.  And these were people who used to live in what is

14  Palestine or greater Israel?

15  A.  I mean, before, in 1948, they moved mostly to Lebanon,

16  Syria, West Bank and Gaza.  And, then, the second war, 1967,

17  you got two kind of refugees:  Refugees from what's called

18  Israel and refugees from West Bank and Gaza.

19  Q.  Okay.

20        What are the conditions in the refugee camps?

21  A.  I never lived in one, but when I used to go to school when

22  I was a little kid, I used to pass through the refugee camps.

23  It's very bad.

24  Q.  Well, when you tell me it's very bad, tell me about them.

25  A.  I mean, you can imagine, like, 30,000 -- 30,000 -- people

Shorbagi - cross by Moffitt

1  living in one -- one -- kilomet- -- one square kilometer.  So,

2  they will have, like, two rooms.

3       I mean, I have friends from the refugee camps because

4  that's the school we -- we -- went to; and, sometimes you

5  go -- I used to go -- visit.  So, just like, I mean, a small

6  -- a small -- apartment trailer with two rooms -- two

7  bedrooms -- one bath and a small kitchen.  It's very small --

8  very small -- places to live in.

9  Q.  What about their conditions, in terms of healthcare and

10  various other things?  The things of life that you talked

11  about.

12  A.  They don't have any air-condition.  I mean, the home --

13  Q.  I'm not talking about air-condition.  I'm talking about

14  food and water and various other things.

15  A.  They used to get, really, assistance from the United

16  Nation.  There is United Nation section for the refugees.  So,

17  they used to wait in line and get, like, the basic supports

18  from -- by the United Nation.

19  Q.  And the Israelis don't support people in the refugee

20  camps, either?

21  A.  No, sir.

22  Q.  Is that a reason why you became involved with Hamas?

23  A.  Correct.

24  Q.  Now, in fact, you became the representative for the Holy

25  Land Foundation in Rome, Georgia, correct?

Shorbagi - cross by Moffitt

1   A.   Correct.  Yes, sir.

2   Q.   What year did you do that?

3   A.   Starting in 1993 till the closing of the Holy Land

4   Foundation, 2001, the Holy Land Foundation used to call on me

5   that, "We have a guest speaker."  And, then, I used to arrange

6   with them when is a good time to bring him over to Rome, speak

7   and -- or sometimes to Atlanta, and -- collect funds.

8   Q.   Now, let's talk about these guest speakers for a moment.

9        These were people from where?

10  A.   Again, before, like, probably we are talking about '93,

11  '94, '95 -- before Hamas was designated as terrorist

12  organization -- many, they were from Jordan and inside the

13  occupied territories.

14  Q.   Okay.

15       And they would be able to get visas and come to the

16  United States?

17  A.   That's why I had -- that's how they came in here, yes,

18  sir.

19  Q.   All right.

20       And you would have to get a visa through the United

21  States government, correct?

22  A.   Through the embassy there, yes, sir.

23  Q.   All right.

24       And they would come and speak about, what?

25  A.   They would speak about the bad, terrible situation over

 1   the Palestinians and need for the basic livings.

 2   Q.  Now, on 3-14 -- again, that's March 14th -- you told the

 3   government that the money from HLF went to Hamas

 4   organizations, including the al-Salam Hospital known as the

 5   Hospital of Peace, right?

 6   A.  Correct.  Yes, sir.

 7   Q.  And to libraries?

 8   A.  Correct.

 9   Q.  How long have you been in this country, sir?

10   A.  22 years, sir.

11   Q.  Okay.

12          (Brief pause.)

13   BY MR. MOFFITT:

14   Q.  Bear with me, sir.

15   A.  Okay.

16          (Brief pause.)

17   BY MR. MOFFITT:

18   Q.  Now, you told the FBI on 3-16 -- I believe that's right --

19   that you believed that the checks sent to HLF would be

20   distributed to the infrastructure of Hamas, right?

21   A.  I'm sorry, sir?

22   Q.  That the checks that went from HLF would be distributed to

23   the infrastructure of Hamas, correct?

24   A.  Did I say that?

25   Q.  Yes.

Shorbagi - cross by Moffitt

1   A.   You're reading that from the script, sir?

2   Q.   No matter where I'm reading it from, did you say that?

3   A.   No.   Sir, I said -- if I remember, I said -- that the

4   money was sent from the Holy Land Foundation to institutions

5   run by Hamas.

6   Q.   Okay.

7            And tell us what those institutions were.

8            Was the Islamic Society of Gaza?

9   A.   Correct.   Yes, sir.

10  Q.   The Islamic University?

11  A.   Correct.

12  Q.   Let me -- let me -- say it -- let me try to say it, okay?

13            Al-Mujamah?

14  A.   Al-Mujamah Islamiya, sir.   "The Islamic Compound," you can

15  call it.

16  Q.   Okay.

17            And that has a center with a school?

18  A.   That has a health center, school, kindergarten, and so on.

19  Right.

20  Q.   And did you tell the FBI that it was hard to tell if any

21  of these funds were filtered to the military side?

22  A.   Correct.

23  Q.   That was the truth, wasn't it?

24  A.   That was the truth, yes, sir.

25            (Brief pause.)

1   BY MR. MOFFITT:

2   Q.  You spoke about a person called Iyad Hindi?

3   A.  Correct.  Yes, sir.

4   Q.  And he is a person that you knew?

5   A.  Yes, sir, uh-huh.

6   Q.  And he is a person that -- I can't remember exactly what

7   you said about Mr. Hindi, but was Mr. Hindi somebody you

8   talked about sending you the envelope?

9   A.  No, sir -- yes.  Yeah, he did talk to me about the

10  envelope.  Yes, sir.

11  Q.  All right.

12          And you talked about Mr. Hindi on 3-17-2006.  Do you

13  recall?

14  A.  It could be, yes, uh-huh.

15  Q.  Do you remember telling the FBI that the reason you

16  believed that Mr. Hindi had something to do with Hamas was

17  that because he lived in Kuwait?

18  A.  I'm not really sure, sir.

19          MR. MOFFITT:  May I approach?

20          THE COURT:  You may.

21  BY MR. MOFFITT:

22  Q.  Would you read the highlighted portion to yourself?

23  A.  Okay.

24          (Document tendered.)

25          (Brief pause.)

1   BY THE WITNESS:

2   A.  Yeah, okay.  That's difference from your statement, sir.

3   BY MR. MOFFITT:

4   Q.  Okay.

5          Did you tell them that he lived in Kuwait?

6   A.  Yes, sir, uh-huh.

7   Q.  And that most of the Hamas leaders were from Kuwait?

8   A.  That he knew -- he knew -- some of the Hamas leaders.

9   Q.  Did you tell them that most of the Hamas leaders were from

10  Kuwait?

11  A.  No, sir, I didn't say most.  I said he knew some of the

12  leaders of Hamas that lived in Kuwait.

13  Q.  And that's the reason why you thought he was Hamas?

14  A.  No, no, no, no.  That's -- that's -- wrong.  I did not say

15  that, sir.

16         I said, "He's a Hamas, but he knows some of the Hamas

17  leaders because he used to live in Kuwait.

18         "How did he come to know those Hamas leaders?

19         "Those Hamas leaders used to live in Kuwait."

20  Q.  Didn't you describe Mr. Hindi to the FBI as politically

21  favoring Hamas?

22  A.  Yes, sir.

23  Q.  That was the term that you used, wasn't it?

24  A.  Yeah, yeah.  Yes, uh-huh.

25  Q.  All right.

1       What year was the Oklahoma City MAYA Convention?

2   A.  I think it was either '91, '92.  I'm not really sure, sir.

3   Q.  Did you tell the FBI on March 17th that the Oklahoma City

4   MAYA Convention was in 1994?

5   A.  Yeah, I could say that.  Right, uh-huh.

6   Q.  So, you're not really sure when it was, are you?

7   A.  Correct, yes, uh-huh.

8   Q.  You didn't tell the jury that on yesterday -- when Mr.

9   Schar was asking you questions -- that you weren't really

10  sure, did you?

11  A.  You know, I mean, the first meetings with the FBI about

12  these things, you are under pressure.  So, sometimes you miss

13  a year here and a year there.  So, that's true, yes.

14  Q.  Well, did you tell them it was 1990?

15  A.  Because I knew that Oklahoma City held more than one time

16  convention -- MAYA Convention; so, yes, sir.

17  Q.  But you're not really sure, are you?

18  A.  I mean, I'm sure it was in Oklahoma City two times, but,

19  you know, the year is -- it's probably because that's 16 years

20  ago, sir.

21  Q.  All right.

22       You discussed something called Charitable

23  Departments, correct?

24  A.  Charitable Departments, correct, yes.

25  Q.  What are Charitable Departments?

1  A.   Those are what we call in Arabic "lajani (phonetic) zakat"

2  in West Bank, sir.

3  Q.   Zakat?

4  A.   Zakat, yes, uh-huh.

5  Q.   And what are their functions?

6  A.   As I said, they are existing West Bank, not Gaza Strip.

7  They collect the zakat, which is money that every Muslim must

8  pay out of his money for -- from the rich to the -- to the --

9  needy and to the poor.

10 Q.   Now, some of these pamphlets that you distributed had

11 solicitations for the zakat, didn't it -- did they not -- for

12 the charitable organizations?

13 A.   Correct.  Yes, sir.

14 Q.   And that was also to supply people in the occupied

15 territories with the necessities of life, correct?

16 A.   Correct.

17 Q.   Now, on -- there was an individual whose last name is

18 spelled N-i-m-r; is that right?  Or is that an organization?

19 A.   I'm sorry?  M --

20 Q.   N --

21 A.   N --

22 Q.   -- i-m-r.

23 A.   Oh, that's a person, sir.

24 Q.   All right.

25         And you discussed that person with the FBI; did you

 1    not?

 2    A.  Yes, sir.

 3    Q.  And money went to him, correct?

 4    A.  Correct.

 5    Q.  And you were asked whether the money went to him --

 6    whether it went to the military wing, correct?

 7    A.  Correct.

 8    Q.  And you said it's hard to track --

 9    A.  Correct.

10    Q.  -- correct?

11         And that was the truth, correct?

12    A.  Correct.

13    Q.  Now, you met with the FBI on -- regarding, again, on --

14    4 -- on 3-23-2006, correct?

15    A.  Correct, yes.

16    Q.  Now, on 3-23-2006, you told the FBI that the last time you

17    had contact with Dr. Ashqar was in 1994?

18    A.  Correct.  Yes, sir.

19    Q.  Was that a lie?

20    A.  No, that was not a lie.

21    Q.  That was the truth?

22    A.  I said in 1994?

23    Q.  Yes, sir.

24    A.  That is correct.  That is the truth.

25    Q.  And that was prior to Hamas becoming a designated

1    organization, correct?

2    A.   Correct.  Yes, sir.

3            (Brief pause.)

4    BY MR. MOFFITT:

5    Q.   Let me ask you -- let me change subjects for just a

6    moment, okay?

7    A.   Okay.

8    Q.   Now, when you were stealing money from your employer --

9    A.   Yes, sir.

10   Q.   -- was your wife aware of it?

11   A.   No, sir.

12   Q.   Okay.

13           Now, you had an addition made to your house, correct?

14   A.   Correct, yes.

15   Q.   And that was the reason that you gave the FBI for stealing

16   $91,000 in a year, correct?

17   A.   Correct, uh-huh.

18   Q.   Was your wife aware of the addition?

19   A.   Oh, yeah, absolutely.

20   Q.   She was aware of your salary where you were working, as

21   well, right?

22   A.   No.

23   Q.   She wasn't?

24   A.   Uh-huh.

25           (Brief pause.)

 1  BY MR. MOFFITT:

 2  Q.  Bear with me, again, a second, sir.

 3          (Brief pause.)

 4  BY MR. MOFFITT:

 5  Q.  Now, these charitable organizations that you talked about,

 6  the charitable committees --

 7  A.  Yes, sir.

 8  Q.  -- about 85 percent of them are run by Hamas, correct?

 9  A.  Yes, sir, uh-huh.

10  Q.  How many speeches, sir, did you sponsor in the United

11  States?

12  A.  How many -- I'm sorry?

13  Q.  Speeches.  People coming and making speeches.

14  A.  Oh, how many persons, you mean?

15  Q.  Yeah.  Well, speeches, persons.

16  A.  Okay.

17          I mean, I don't remember the number, but quite a good

18  number.

19  Q.  You don't remember how many?

20  A.  No, I don't remember, sir.

21  Q.  Did you publicize it?

22  A.  Publicize, what?

23  Q.  The fact that somebody was coming to speak.

24  A.  Oh, yeah, absolutely.

25  Q.  Did you give out leaflets with regard to it?

Case 1:03-cr-00978  Document 1071  Filed 01/05/09  Page 100 of 116
Shorbagi - cross by Moffitt
100

 1  A.  I used to make the announcement in the mosque or calling

 2  others.  And whenever there's a function outside the mosque,

 3  yes, we would make a leaflet and make a distribution for that

 4  leaflet.

 5  Q.  What happened to those leaflets?

 6  A.  What happened to them?

 7  Q.  Yes.

 8  A.  I don't know.  They were destroyed, gone.

 9  Q.  They were destroyed?

10  A.  Right.

11        But, I mean, everyone take one.  He knows if he want

12  to come, he can.  If not, then he will just do whatever with

13  it.

14  Q.  You didn't keep it -- keep --

15  A.  I'm sorry?

16  Q.  -- any of them?

17        You didn't keep any of them?

18  A.  I kept some.  Then I don't know what happened to them.

19  Q.  All right.

20        And the magazines that you talked about --

21  A.  Correct.

22  Q.  -- distributing, did you keep any of those?

23  A.  Yes, sir.

24  Q.  Where are they today?

25  A.  I'm sorry?

Shorbagi - cross by Moffitt

1   Q.   Where are they today?

2   A.   I think when the FBI came and searched the house, they

3   took almost everything.

4   Q.   Took almost everything?

5   A.   Yeah, concerning the magazines.  Right, uh-huh.

6   Q.   They took the magazines, as well?

7   A.   I think so, yes, sir.

8   Q.   Okay.

9        Now, among the things that were found when your house

10  was searched was a lockbox; am I right?

11  A.   Correct.  Yes, sir.

12  Q.   And in that lockbox was $29,500, correct?

13  A.   Correct.  Yes, sir.

14  Q.   And that was money that was proceeds that you -- of your

15  theft?

16  A.   Correct.  Yes, sir.

17  Q.   What happened to that money?

18  A.   It's in the hand of the FBI now.

19  Q.   Do you still have those documents that Mr. Schar showed

20  you in front of you?

21  A.   Yes, sir, I do.

22        MR. MOFFITT:  May I approach the witness?

23        THE COURT:  You may.

24        And just note for the record what the exhibit sticker

25  is, please.

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 102 of 116
Shorbagi - cross by Moffitt
102

1      MR. MOFFITT:  Yes, ma'am.

2   BY MR. MOFFITT:

3   Q.  I'm going to want you to look at C and D in here, okay?

4   A.  Okay.

5   Q.  Would you do that?

6   A.  Okay.  This is C.

7   Q.  Okay.

8        Would you look with me?

9   A.  I'm sorry.

10  Q.  Do you see at the top of it a fax number?

11  A.  Yeah, it says, "From," and then a fax -- a fax -- number.

12  That is correct, yes, sir.

13  Q.  Would you read that number, please, for me?

14  A.  703-237-9851.

15  Q.  Are you familiar with what that number is?

16  A.  No, sir.

17  Q.  All right.

18       Would you also look at D, please?

19  A.  D.

20       Okay, I'm looking at D.

21  Q.  Do you see a fax number on that?

22  A.  That is correct.

23  Q.  Would you read that number for me, please?

24  A.  Yes.  It's 703-237-9851.  It's the same number.

25  Q.  Thank you, sir.

Case 1:03-cr-00978  Document 1071  Filed 01/05/09  Page 103 of 116
Shorbagi - cross by Moffitt
103

1   A.  You're welcome.

2   Q.  You can put them back.

3            (Brief pause.)

4   BY MR. MOFFITT:

5   Q.  Now, you spoke with the agents, again, on 5-17?

6   A.  Correct, yes.

7   Q.  All right.

8            And there was some discussion about that envelope,

9   correct?

10  A.  Yes, uh-huh.

11  Q.  Do you remember telling them that you didn't open the

12  envelope, sir?

13  A.  That is correct.

14  Q.  That was a lie?

15  A.  That was a lie, yes, sir.

16  Q.  All right.

17           In fact, you opened it a year later?

18  A.  That is correct, yes, sir.

19  Q.  All right.

20           And that was this important envelope that was

21  important to get to somebody; you didn't get it to that

22  person; and, you opened it and you waited for a year to open

23  it, correct?

24  A.  Because I kept it in a safe place and just forgot about

25  it.  When I moved, I -- then that time I find out that I still

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 104 of 116
Shorbagi - cross by Moffitt
104

1    have that package.

2    Q.  And you didn't get it to anybody?

3    A.  I'm sorry?

4    Q.  You didn't get it to the person that it was supposed to go

5    to?

6    A.  That is correct.

7    Q.  Did you tell the FBI that you didn't recall reading

8    anything in the FBI --

9    A.  Yes.

10   Q.  -- in the envelope?

11   A.  Yeah.  Because I was surprised to see that envelope.  But,

12   I mean, the last time I saw it was maybe in '96, '97.  Then

13   you're talking about ten years later.  So --

14   Q.  And you told them absolutely not -- that you read

15   anything -- correct?

16   A.  That is correct.

17   Q.  So, you lied to them, then?

18   A.  Yeah, because I was surprised to see that package there.

19   Q.  I see.

20        And when was the first time you bothered to tell them

21   the truth?

22   A.  I'm sorry?

23   Q.  When was the first time -- the first time -- that you

24   bothered to tell them the truth?

25   A.  I mean, after they faced me with all these lies.  And,

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 105 of 116
Shorbagi - cross by Moffitt
105

1    then, I decided to say the truth.

2    Q.  When was that, sir?

3    A.  Maybe it was on and off.  Like, sometimes I would lie,

4    sometimes I would say the truth.

5    Q.  Well, I'm not asking you about -- I'm asking you about

6    this particular incident.

7    A.  Oh, this particular -- okay.

8    Q.  When did you tell the FBI the truth about that?

9    A.  Maybe a week later or so.

10   Q.  A week later.

11        Who did you tell?

12   A.  When I was approached by the FBI, again, about the same

13   package.

14   Q.  Who did you tell?

15   A.  The FBI.  Mark Rotti.

16   Q.  Do you know whether he wrote a report about it?

17   A.  I'm sorry?

18   Q.  Do you know whether he wrote a report about you changing

19   your mind about what you did?

20   A.  Maybe it's in the scripts there.  I don't know.

21   Q.  Now, this was in May when you lied about this, correct?

22   A.  Correct, yes.

23        About the package, you mean?

24   Q.  Yes.

25   A.  Uh-huh.

Shorbagi - cross by Moffitt

1   Q.  And that wasn't the first thing you lied about, correct?

2   A.  About the package, right?

3   Q.  Yeah.

4   A.  Correct.

5   Q.  The package was not the first thing you lied about?

6   A.  No, no, please.  Now are you talking about the package or

7   something else?  So, let's be specific.

8   Q.  No, sir.  I'm asking you a very simple question.

9   A.  Okay.

10  Q.  The package was not the first thing you lied about?

11  A.  That is correct.

12  Q.  So, you were lying throughout your interviews with the

13  FBI, correct?

14  A.  Not through the lying, but for the first meetings, yes,

15  sir.

16  Q.  Well, this wasn't one of the first meetings.  This one was

17  in May?

18  A.  Yes, this was in May, but it was the first time about this

19  package, sir.

20  Q.  I see.

21       So, what you would do is you would see if you could

22  get away with a lie and see how long that would work, correct?

23  A.  Correct.

24  Q.  And nobody said after they caught you in a lie that they

25  would no longer deal with you, correct?

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 107 of 116
Shorbagi - cross by Moffitt
107

1    A.   Correct.

2              (Brief pause.)

3    BY THE WITNESS:

4    A.   But what I'm saying, they told me, like, "We know that

5    you've been lying.  So, it's better you say the truth.

6    Otherwise, you will be more in trouble by keep lying."

7    BY MR. MOFFITT:

8    Q.   They said to you.  Tell me who "they" are, who said that

9    to you.

10   A.   All these meetings I'm talking about -- talking about --

11   both the FBI, Mark Rotti; and, the ICE, Matthew Saylor.

12   Q.   All right.

13             How about Ms. Dammers?  Did she tell you anything?

14   A.   No, sir.

15   Q.   How about Lara?  Did she tell you anything?

16   A.   No, sir.

17   Q.   But every time they lie -- you lied -- and they caught

18   you, they didn't stop dealing with you, right?

19   A.   No, no, but they cautioned me that, "Mohamed, you are

20   lying."

21   Q.   I see.

22             So, you would lie and they would say, "Don't lie,"

23   right?

24   A.   No, no.

25   Q.   And you would continue to lie and they would say, "Don't

Case 1:03-cr-00978  Document 1071  Filed 01/05/09  Page 108 of 116
Shorbagi - cross by Moffitt
108

1    lie," right?

2    A.  No, no, not like in that exactly scenario.

3            But, like, they will take my words; they will record

4    them down; and, then, they will ask me another -- about

5    another -- issue; I would lie, again; and, then, few days

6    later they will go back to the first issue and, then, they

7    will -- I mean, I will -- say probably different thing or so.

8    Then I'll be proven to be lying.

9            So, finally, I decide to say the truth about the

10   whole thing.

11   Q.  I see.

12           So, you waited until somebody could prove that you

13   were lying to change what you said, correct?

14   A.  I was lying, thinking that I could go away lying and,

15   then, the FBI will not call me, again, for interview.

16   Q.  I understand, sir, but I'm asking you my question.

17   A.  Right.

18   Q.  You would lie, right?

19   A.  Right.

20   Q.  A few days would pass, right?

21   A.  Uh-huh.

22   Q.  And they would come back to you and they would tell you

23   that you were lying, correct?

24   A.  Correct.

25   Q.  And, then, you'd change your story, right?

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 109 of 116
Shorbagi - cross by Moffitt
109

1   A.  (No response.)

2   Q.  Right?

3   A.  Well, not changing the story, but they will tell me, "You

4   are lying about this and that."

5   Q.  All right.

6          And, then, you would say something different?

7   A.  Then I would say the truth, sir.

8   Q.  Then you would say the truth.

9          And the only person we have to rely on that is you,

10  correct?

11  A.  Correct.  Yes, sir.

12  Q.  All right.

13          But let me see if I got it right.

14  A.  Right.

15  Q.  You would lie, they would catch you, right?

16  A.  Right.

17  Q.  And they would continue to deal with you, and then you

18  would lie, again?

19  A.  No, no, that's not true, sir.  That's -- that's -- not

20  what I said.  I said --

21  Q.  I don't care what you said.

22          You lied, right?

23  A.  Right.

24  Q.  The FBI would catch you in a lie --

25  A.  Right.

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 110 of 116
Shorbagi - cross by Moffitt
110

1   Q.   -- right?

2   A.   Right.

3   Q.   Then you'd find something else to lie about, correct?

4   A.   No.

5   Q.   Oh, you only lied one time?

6   A.   No, no, no.

7          MR. SCHAR:  I'm going to object.  I think he's made

8   it clear.  Asked and answered.

9          THE COURT:  Overruled.

10         You can answer.

11  BY THE WITNESS:

12  A.   I'm sorry, say your question, again.

13  BY MR. MOFFITT:

14  Q.   You lied many times, correct?

15  A.   Correct, yes, uh-huh.

16  Q.   And each time you lied, you'd get caught, correct?

17  A.   Now, the first --

18  Q.   Answer my question:  Each time you lied, you'd get caught?

19  A.   I'll answer your question if you give me a time.

20         My --

21  Q.   That requires just "Yes" or "No."

22         Each time you lied, you'd get caught?

23  A.   The answer is "Yes," but there is an explanation, sir.

24  Q.   Well, there's an explanation of why you lied?

25  A.   No, sir, not that explanation.

Case 1:03-cr-00978  Document 1071  Filed 01/05/09  Page 111 of 116
Shorbagi - cross by Moffitt
111

 1   Q.  There's an explanation why you got caught?

 2   A.  No.  If you want to give me a minute, then I can tell you

 3   what is it.

 4   Q.  Well, I'm not sure I want to know.

 5   A.  Well, it's up to you.

 6   Q.  Okay?

 7   A.  Okay.

 8   Q.  Let me see if we can get this right.

 9   A.  Right.

10   Q.  You were being interviewed by the FBI --

11   A.  Right.

12   Q.  -- right?

13   A.  Uh-huh.

14   Q.  The FBI told you from the very beginning that the thing

15   that was most important was the truth, right?

16   A.  Correct.

17   Q.  That they were willing to deal with you as a potential

18   witness if you would tell them the truth, correct?

19   A.  No, no, no, no.  No, no, no.  That's not correct.

20   Q.  Okay.

21   A.  The cor- -- no, no.

22   Q.  Let me see if this is right.

23   A.  Okay.

24   Q.  Let me try, again.

25   A.  Okay.

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 112 of 116
Shorbagi - cross by Moffitt
112

1   Q.  You certainly got the belief from the FBI that it was

2   important for you to tell the truth, correct?

3   A.  It was every time that saying the truth is the right thing

4   to do.

5   Q.  No, let me -- again, answer my question.

6           The FBI told you it was important for you to tell the

7   truth?

8   A.  That is correct.

9   Q.  Right.

10          And you were trying to get your sentence reduced,

11  correct?

12  A.  Sir, we were not talking about sentencing that time, just

13  like --

14  Q.  Listen to me for a second.

15  A.  All right, uh-huh.

16          MR. SCHAR:  Judge, I object.

17          THE COURT:  Mr. Moffitt, let him finish his --

18          MR. MOFFITT:  Well, I --

19          THE COURT:  -- response.

20          MR. MOFFITT:  I didn't say --

21          THE COURT:  Wait, wait.

22          MR. MOFFITT:  -- that he was --

23          THE COURT:  Mr. Moffitt --

24          MR. MOFFITT:  -- talking about sentence, ma'am.

25          THE COURT:  Mr. Moffitt, do not talk at the same time

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 113 of 116
Shorbagi - cross by Moffitt
113

 1    that I talk.  We have been through this before.  Joe cannot

 2    take it down.  You get to ask your questions, but he gets to

 3    answer.  If you both talk at the same time, Joe cannot take it

 4    down, I cannot hear and the jury cannot hear.

 5           MR. MOFFITT:  Well, let me change the question, then.

 6           THE COURT:  Okay.

 7           MR. MOFFITT:  I'm sorry.  Please forgive me.

 8           THE COURT:  Ask your question.

 9    BY MR. MOFFITT:

10    Q.  From the very beginning, you were asking the FBI questions

11    about what your sentence was going to be, correct?

12    A.  I don't remember, sir.

13    Q.  You were interested in what your sentence was going to be,

14    right?

15    A.  Right.

16    Q.  You wanted it to be as low as possible, correct?

17    A.  Correct, uh-huh.

18    Q.  And one of the things you were told was that if you told

19    the truth, you could keep your sentence from being too high,

20    correct?

21    A.  No, no, no, sir.  That's not correct.

22    Q.  Okay.

23           So, they said that you could lie and they would make

24    your sentence lower?

25    A.  No, sir.  If you give me a minute now, I'll explain it to

Shorbagi - cross by Moffitt

1   you.

2   Q.  I'm not sure I want you to explain it to me.

3   A.  I mean, I will say what I said, sir.

4   Q.  All right.

5        Did you have a concern about your sentence?

6   A.  Yes, I was.

7   Q.  And your concern was that your sentence was to be as low

8   as possible, correct?

9   A.  But they were kept telling me that they are the

10  investigation and they have to turn the report to the

11  prosecutor; and, then, there is decision made by the

12  prosecution and --

13  Q.  I'm not --

14  A.  -- by the --

15  Q.  -- asking you about the prosecutor's decision.  I'm asking

16  you about in your mind --

17  A.  Yes, sir.

18  Q.  -- you wanted your sentence to be as low as possible?

19  A.  Yeah, because I did not know what is the prosecution, the

20  FBI.  I thought they're just, like, the same thing.

21  Q.  Okay.

22  A.  And they said they are investigation, not prosecution.

23  Q.  And the prosecution, they -- the FBI -- told you that they

24  were going to talk to the prosecutor about your performance in

25  these interviews, didn't they?

Case 1:03-cr-00978   Document 1071   Filed 01/05/09   Page 115 of 116
Shorbagi - cross by Moffitt
115

1  A.  They said that, "We will turn the reports to the

2  prosecution."  They --

3  Q.  Right.

4        And, so, you knew if you lied, the FBI would tell the

5  prosecutor that you lied, correct?

6  A.  Correct, yes.

7  Q.  But you continued to lie, anyway?

8  A.  Yeah, for the first few days, right.

9  Q.  First few days?

10        We had -- we just discussed May 17th and you told me

11  you lied on that day?

12  A.  No, I --

13  Q.  That wasn't the first few days, was it?

14  A.  No, I lied on a specific certain thing because I was

15  confused.  See, that package there, it's been ten years that I

16  saw it before that.

17  Q.  So, when you get confused --

18  A.  Uh-huh.

19  Q.  -- your first response to anything is to lie?

20  A.  Wrong.

21  Q.  Well, that's what you did that time, right?  You were

22  confused, so you lied?

23  A.  Sir --

24  Q.  Your excuse for that lie is because you were confused --

25  A.  No, sir.

1   Q.   -- correct?

2   A.   That is a very specific thing that I did not even

3   recognize that there was a package there.  Be specific, sir.

4           THE COURT:  Mr. Moffitt, let me know when you are at

5   a good breaking point.

6           MR. MOFFITT:  I'm at a good breaking point.

7           THE COURT:  Okay.

8           We will pick up at 2:00 o'clock.

9           (Jury out.)

10          (Whereupon, a recess was taken at 12:50 o'clock p.m.,

11      until 2:00 o'clock p.m., of the same afternoon.)

12                      *    *    *    *    *

13

14  I certify that the foregoing is a correct excerpt from the
    record of proceedings in the above-entitled matter.

15

16

    _____        _____, 2007

17  Official Court Reporter

18

19

20

21

22

23

24

25