```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
 4                                      )
                         Plaintiff,     )
 5                                      )
                  vs.                   )
 6                                      )
     MUHAMMAD HAMID KHALIL SALAH AND     )
 7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                        ) November 30, 2006
 8                       Defendants.    ) 2:00 o'clock p.m.

 9
                       E  X  C  E  R  P  T
10             TRANSCRIPT OF TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11
     APPEARANCES:
12

13   For the Plaintiff:      HON. PATRICK J. FITZGERALD
                             United States Attorney
14                           BY:  MR. JOSEPH M. FERGUSON
                                  MR. REID J. SCHAR
15                                MS. CARRIE E. HAMILTON
                             219 S. Dearborn St., Suite 500
16                           Chicago, Illinois  60604

17
     For Deft. Salah:        PEOPLE'S LAW OFFICES
18                           BY:  MR. MICHAEL EDWARD DEUTSCH
                                  MS. ERICA THOMPSON
19                                MR. BENJAMIN ELSON
                             1180 North Milwaukee Avenue
20                           Chicago, Illinois  60622

21

22
     For Deft. Ashqar:       MR. KEITH ALLAN SPIELFOGEL
23                           20 North Clark Street, Suite 1200
                             Chicago, Illinois  60602
24

25
```

1   APPEARANCES (Cont'd):

2

For Deft. Ashqar (Cont'd):   MR. WILLIAM MOFFITT
3                                    11582 Greenwich Point Road
                                     Reston, Virginia  20194
4


5
    Also Present:                 S/A BRADLEY BENAVIDES, FBI
6                                   S/A JILL PETTORELLI, FBI


7
    Court Reporter:               KATHLEEN M. FENNELL, CSR, RMR, FCRR
8                                   Official Court Reporter
                                    219 S. Dearborn St., Suite 2144A
9                                   Chicago, Illinois  60604
                                    (312) 435-5569
10

11              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

12                        PROCEEDINGS RECORDED BY
                          MECHANICAL STENOGRAPHY
13                  TRANSCRIPT PRODUCED BY COMPUTER

14

15

16

17

18

19

20

21

22

23

24

25

1     (Proceedings heard in open court:)

2          THE COURT:  Mr. Schar, is your witness here?

3          MR. SCHAR:  Yes, Judge, he's here.

4          THE COURT:  Okay.  Bring him in, and then we'll bring

5     in the jury.

6          Before the jury comes in, the latest weather forecast

7     is it's supposed to start snowing around rush hour time, and

8     they're predicting between 8 and 12 inches between midnight

9     tonight and 12:00 tomorrow.

10          Now, as soon as I do this, it's not going to snow,

11     but I'm inclined just to cancel court tomorrow.  It was going

12     to be a half day anyway.  You've represented, Mr. Ferguson,

13     you think you're going to rest next Friday regardless, and

14     even if it's the following Monday, we're still ahead of

15     schedule.

16          The other thing I could do is see what the weather is

17     and start calling people at 5:30 in the morning, but --

18          MR. MOFFITT:  It's not going to help me very much.

19          THE COURT:  I know that doesn't help you.

20          MR. DEUTSCH:  That's fine, Judge.

21          MR. FERGUSON:  We would have no objection to you

22     putting in a wake-up call to Mr. Moffitt at 5:30.

23          MR. MOFFITT:  Thank you, Mr. Ferguson.  Appreciate

24     you looking out for me.

25          THE COURT:  I'll call you first, Mr. Ferguson.

1          Is that acceptable?

2          MR. DEUTSCH:  Fine with us.

3          THE COURT:  All right.  I'll let the jury know that

4   we won't have court, but, Mr. Deutsch, you're not off

5   completely because let's have a hearing on the expert issue at

6   10:00 tomorrow.  That will give you time even if there is

7   snow.

8          MR. DEUTSCH:  Okay.

9     (Jury enters courtroom.)

10          THE COURT:  You may be seated.

11          Mr. Moffitt, you may continue.

12     MOHAMED SHORBAGI, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN,

13                   CROSS-EXAMINATION (RESUMED)

14   BY MR. MOFFITT:

15   Q.  Let me change for a moment Mr. Shorbagi.  On your

16   direct-examination, you spoke about the Hebron massacre.  When

17   was that?

18   A.  It was February '94.

19   Q.  February 1994?

20   A.  That is correct.

21   Q.  All right.  What was the Hebron massacre?

22   A.  It happened in the city of Hebron, West Bank.  People were

23   praying, that was during Ramadan time, praying the early dawn

24   prayer before sunrise.  Dr. Baruch Goldstein got inside the

25   mosque and start shooting at the worshipers while they were

Shorbagi - cross by Moffitt

5

1   prostrate on the ground, going down, and I think he killed,

2   according to the reports came from there, 29 and injured about

3   50.

4   Q.   This Mr. Goldstein, he was a settler, a Jewish settler?

5   A.   He was an Israeli settler, Jewish settler in the -- yes,

6   in a settlement in Hebron, right.

7   Q.   And he shot people while they were praying?

8   A.   Correct.

9   Q.   Was that one of the reasons that you supported Hamas?

10  A.   Supporting the Palestinians, yes, sir.

11  Q.   Now, we were -- we were talking about your agreement with

12  the government, correct?  You have an agreement with the

13  government.

14  A.   Plea agreement, yes, sir.

15  Q.   Plea bargain.  You made a plea bargain, right?

16  A.   Plea bargain, uh-huh.

17  Q.   And when you first started meeting with the government --

18  just answer this one yes or no -- did the government tell you

19  that it was important for you to tell the truth?

20  A.   Yes.

21  Q.   And despite the fact that the government told you that it

22  was important for you to tell the truth, you lied and

23  continued to lie.

24  A.   Correct.  But, again, like the statement is wrong and

25  right.  I lied, but not continued to lied.

Shorbagi - cross by Moffitt

1   Q.  Well, you had more than one meeting with the government.

2   A.  Correct.

3   Q.  And in -- in those several meetings that you had with the

4   government, you lied more than one time, correct?

5   A.  Correct, but not continued to lie.

6   Q.  The first time you went in was on March 6th, am I right?

7   A.  9th, I think.

8   Q.  March 9th, correct?

9   A.  Correct.

10  Q.  You lied in that meeting.

11  A.  Correct.

12  Q.  Then you went back after that.

13  A.  Correct.

14  Q.  You met with the government, correct?

15  A.  Correct.

16  Q.  And you lied in meetings after March 9th, correct?

17  A.  Now, some lie, some true.

18  Q.  But you did lie, right?

19  A.  Correct.

20  Q.  And we discussed it earlier.  You lied on -- on May 17th,

21  correct?

22  A.  And that is specific thing, the package, correct.

23  Q.  Okay.  So you didn't just lie one time.  You lied several

24  times.

25  A.  Correct.

1    Q.  And each time you lied, you got caught, correct?

2    A.  Correct.

3    Q.  And after you got caught on each time, the government

4    continued to seek information from you, correct?

5    A.  Correct, telling me say the truth.

6          MR. MOFFITT:  Now, bear with me again for a second,

7    please.

8      (Pause.)

9    BY MR. MOFFITT:

10   Q.  Now, you entered a plea of guilty, correct?

11   A.  Correct.

12   Q.  Now, your plea of guilty was not a plea of guilty to

13   everything that you did, was it?

14   A.  Correct.

15   Q.  Now, you were told when you were talking to the government

16   and creating the statements that you talked about today that

17   lying to an FBI agent was a crime, correct?

18   A.  Correct.

19   Q.  But you lied to an FBI agent, correct?

20   A.  Correct.

21   Q.  You were not charged with lying to an FBI agent, right?

22   A.  Yes, but they said if you say the truth, that's something

23   else.

24   Q.  You were not charged with lying to an FBI agent, were you?

25   A.  Correct.

1   Q.  Okay.  Now, also you, when you were taking the money from

2   your employer, in several of those years, you did not file any

3   tax returns on that money, did you?

4   A.  For one year.

5   Q.  You were not charged with that either, were you?

6   A.  Correct.

7   Q.  And you were not charged at all with the embezzlement

8   crime, were you?

9   A.  What is that?

10  Q.  Stealing from your employer.

11  A.  Correct.

12  Q.  The only thing you were charged with was the conspiracy to

13  provide material support, right?

14  A.  Right.

15  Q.  You were not charged with RICO.

16  A.  What is RICO?

17  Q.  Racketeering.

18  A.  No.

19  Q.  And as you told us today, you were providing money to

20  Hamas almost up to a year and a half ago, correct?

21  A.  Correct.

22  Q.  Now, in your plea agreement, you agreed that the

23  government could prove certain facts, correct?

24  A.  Um -- I don't understand question, sir.

25          MR. MOFFITT:  May I approach, your Honor?

Shorbagi - cross by Moffitt

9

1           THE COURT:  You may.

2    BY MR. MOFFITT:

3    Q.  Would you take a look at that, sir?  Just read it to

4    yourself.

5    A.  Just the first page or just --

6    Q.  No, sir, I want you to look at the whole document because

7    I'm going to ask you about it.

8    A.  The whole thing?

9    Q.  The whole thing.

10   A.  I mean we went over it with my lawyer before, so --

11   Q.  I don't have a question in front of you.  I just want you

12   to look at the document.  I want to ask you a question about

13   the document.

14   A.  Okay.

15             Okay.  I'm through.

16   Q.  Have you seen this document before?

17   A.  Yeah, I've seen this before.

18   Q.  That document is your plea agreement, is it not?

19   A.  Correct, yes.

20   Q.  Or it's a copy of it, am I right?

21   A.  It's a copy, you're right, uh-huh.

22   Q.  And you signed this agreement, correct?

23   A.  Correct, yes, uh-huh.

24   Q.  And you understood everything that was in it, correct?

25   A.  Correct.

1   Q.  And, in fact, you were asked by a judge under oath whether

2   you understood everything that was in it.

3   A.  Correct, yes, uh-huh.

4   Q.  And you told the judge that you did understand everything

5   that was in it, right?

6   A.  Correct, yes.

7   Q.  Okay.

8          MR. MOFFITT:  Excuse me, Judge.

9   BY MR. MOFFITT:

10  Q.  I want you to look at Item Number 14.  Is that your plea

11  agreement?

12  A.  Correct, yes.

13  Q.  Item Number 14 says that you waived the statute of

14  limitations, correct?

15  A.  Correct, yes, uh-huh.

16  Q.  Can you tell me what that means?

17  A.  Yeah, it was explained to me by my lawyer that I think

18  there is something in the law called the five years or the six

19  years limitation, and if this thing happened after -- this

20  being like five or six years, then there is some count in the

21  law that you will not be charged for or so.

22         And based on some of those things are going back to

23  the early '90s, so I'm waiving the statute of limitation based

24  on that.

25  Q.  But you didn't plead to a crime that began in the early

1   '90s, did you?

2   A.  I'm sorry?

3   Q.  Your crime, the crime that you pled to, began in,

4   according to your statement here -- hold on --

5   A.  Yes, in --

6   Q.  -- in 19 --

7   A.  '97.

8   Q.  -- '97, correct?

9   A.  Correct, yes, uh-huh.

10  Q.  In fact, the crime that they claim that you did began on

11  October 8th, 1997, correct?

12  A.  Correct, uh-huh.

13  Q.  So you didn't plead to a crime that began before 1997,

14  right?

15  A.  No, was not -- the subject was not brought in as a crime.

16  Q.  So but you waived the statute of limitations anyway?

17  A.  Yes, sir.

18  Q.  Okay.  In fact, the date that your crime began on was

19  October 8th, 1997, correct?

20  A.  I'm sorry, the question again?

21  Q.  The crime that you pled guilty to began on October 8th,

22  1997.

23  A.  Correct, uh-huh.

24  Q.  Now, October 8th, 1997 was the day of the designation by

25  the Treasury Department of Hamas, correct?

 1   A.  I did not know the exact, but I know it was '96, '97.

 2   Q.  All right.  You didn't plead to a crime that began in

 3   1995, did you?

 4   A.  No.

 5   Q.  And that was a day that you also know that Hamas was

 6   designated, correct?

 7   A.  Correct, uh-huh.

 8   Q.  Who chose 1997?

 9   A.  I think the pros -- I mean the agreement between my lawyer

10   and the prosecution.

11   Q.  The agreement between your lawyer and Ms. Dammers?

12   A.  I think so, yes.

13   Q.  Okay.

14   A.  I mean in my presence, I'm sorry, my lawyer also.

15   Q.  Your lawyer and Ms. Dammers, correct?

16   A.  Myself and the lawyer and Ms. Dammers, yes, sir.

17   Q.  Okay.  But you were giving money to Hamas post the

18   designation in 1995, correct?

19   A.  You mean both before or after?

20   Q.  After the designation in 1995, you were giving money to

21   Hamas.

22   A.  Correct, yes, sir, uh-huh.

23   Q.  But you weren't charged with that either.

24   A.  Yes, I mean according to the plea agreement.

25   Q.  Well, wait a minute, sir.  You just told me that the plea

1   agreement started in 1997, right?

2   A.  That's what I'm saying.  I was not charged for the '95

3   according to the plea agreement.

4   Q.  All right.  Okay.  I just want to be clear.

5   A.  Good.

6   Q.  This is, in fact, what you pled guilty to, correct?

7           THE COURT:  Is that part of the plea agreement?

8           MR. MOFFITT:  It's part of the plea agreement.

9           I'll show it to you.

10          THE WITNESS:  Yes, it is.

11          MR. MOFFITT:  It's what you gave me.

12          MR. SCHAR:  Again, that's not the plea agreement.

13  It's the information.

14    (Counsel conferring.)

15  BY MR. MOFFITT:

16  Q.  I want to talk to you about another section of the plea

17  agreement for a second.

18          Now, the government didn't accuse you of any violent

19  criminal activity, did they?

20  A.  I'm sorry?

21  Q.  The government didn't accuse you of any violent criminal

22  activity, correct?

23  A.  No, no violence, no.

24  Q.  And, in fact, they said they could change your deal if it

25  was found out that you were involved in any violent criminal

 1   activity, correct?

 2   A.   I mean if they found out that I'm involved in any

 3   violence, yes, I mean, they could be bringing me to trial

 4   again.

 5          MR. MOFFITT:  Excuse me, your Honor.  It's taking me

 6   a little longer to find what I'm looking for.

 7          THE COURT:  Take your time.  That's fine.

 8   BY MR. MOFFITT:

 9   Q.   Now, in your discussion with Mr. Schar, you said that you

10   were hopeful for a reduction, correct?

11   A.   The government would recommend to the judge and the judge

12   would make the decision.

13   Q.   Yeah, but you're hopeful that that happens, correct?

14   A.   Correct, yes, uh-huh.

15   Q.   All right.  And so you want to please the government,

16   don't you?

17   A.   No, sir.  I want to say the truth.

18   Q.   Just like you wanted to say the truth during the course of

19   the interviews that you had, correct?

20   A.   Wrong.

21   Q.   All right.  So you changed your mind about that now.

22   A.   Saying the truth, sir.

23   Q.   Okay.  Now, it is the government that will determine

24   whether or not you get the reduction, is it not?

25   A.   No, sir.

Shorbagi - cross by Moffitt

15

 1   Q.   Okay.  It's not?

 2   A.   No, sir.

 3   Q.   Look at paragraph number 11, sir, of your plea agreement.

 4   A.   Number 11?

 5   Q.   Number 11.

 6   A.   Okay, I'm reading it.

 7        Okay.  There's a continuation on the second page

 8   also?

 9   Q.   Did you read it?

10   A.   I thought you said read the highlights.  Is it the whole

11   paragraph?

12   Q.   No, I said read 11.

13   A.   Oh, okay.  I'm sorry.

14        MR. SCHAR:  I don't understand.  If his recollection

15   needs to be refreshed, I don't believe that paragraph is

16   impeaching to what his answer just was.

17        MR. MOFFITT:  I believe it's impeaching.

18        MR. SCHAR:  Not based on the question that was asked.

19        MR. MOFFITT:  I believe it's impeaching.

20        THE COURT:  I will wait for the next question, and

21   then if there's another objection, you can make it.  Overruled

22   for now.

23        THE WITNESS:  Okay.

24        MR. MOFFITT:  May I stay here for a second?

25        THE COURT:  You may.

1    BY MR. MOFFITT:

2    Q.  Does it say, sir, "In addition, if the cooperation is

3    completed before sentencing, the government determines that

4    such cooperation qualifies as substantial assistance, the

5    government will consider whether to file a motion at

6    sentencing recommending a downward departure"?

7    A.  Right.

8              MR. SCHAR:  Judge, I object.  It's not impeaching.

9              MR. MOFFITT:  It is impeaching.  He said the judge

10   reduces the sentence.

11             MR. SCHAR:  The judge does reduce the sentence.

12             THE COURT:  Yes, sustained.  The question wasn't who

13   makes the recommendation.  The question was who --

14   BY MR. MOFFITT:

15   Q.  Well, who makes the recommendation?

16             THE COURT:  There you go.

17   BY THE WITNESS:

18   A.  The government will make the recommendation.

19   BY MR. MOFFITT:

20   Q.  You mean those people sitting in the front row that came

21   to see you testify?

22   A.  The prosecution.

23   Q.  Sitting in the front row right there, right?  They're the

24   people that are going to make the recommendation, correct?

25   A.  Only one woman right there, Ms. Kim Dammers, the

Shorbagi - cross by Moffitt

17

1   prosecutor.

2   Q.  Sitting in the front row, right?

3   A.  Correct, yes, uh-huh.

4   Q.  Now, the government also agreed to help you in some other

5   ways, did it not?

6   A.  Correct, uh-huh.

7   Q.  It agreed to help your wife with an immigration problem,

8   correct?

9   A.  No, not that regard.

10  Q.  They didn't agree to help your wife with an immigration

11  problem?

12  A.  To come back to the country.  She was going to visit and

13  come back.

14  Q.  So they did agree to help you get your wife back in the

15  country, right?

16  A.  Correct, uh-huh.

17  Q.  What other ways did the government agree to help you?

18  A.  In residing legally here in the States.

19  Q.  Oh, you know that if you commit a felony in the United

20  States, you can be deported, right?

21  A.  It's up to the judge.

22  Q.  It's not up to the judge.  It's up to Immigration.  You

23  know that, don't you?

24  A.  No.

25  Q.  You didn't know that?  Nobody told you that?

1  A.  You know, this is a long procedure.  It's not an easy

2  thing like if you commit a felony, then you'll be deported.

3  Q.  Nobody told you that?

4  A.  Told me what?

5  Q.  That you would be deported if you were convicted of a

6  felony?

7  A.  If you break the law in this country and the government

8  decided that you are to be deported, I think that is an issue

9  there.

10 Q.  But you're not going to be deported, correct?

11 A.  If I am going to -- yes, sir, uh-huh.

12 Q.  You're not going to be deported.  And you broke the law in

13 this country, correct?

14 A.  I broke the law in this country, yes, sir.

15 Q.  And you broke the law in this country not with respect to

16 just material support, you broke the law in this country when

17 you lied to the government, correct?

18 A.  Correct, uh-huh.

19 Q.  You broke the law in this country when you embezzled

20 money, correct?

21 A.  Correct.

22 Q.  And then you broke the law in this country when you

23 continued to give material support to Hamas post-1995,

24 correct?

25 A.  Correct, uh-huh.

1   Q.  But you're not going to be deported.

2   A.  Correct.

3   Q.  The government's going to help you with that.

4   A.  Correct.

5   Q.  You can't go back to home, can you?

6   A.  I can.

7   Q.  You can go back to home?  You're not afraid that the

8   Israelis would prosecute you?

9   A.  I -- I don't know, sir.

10  Q.  You don't know.

11  A.  No.

12  Q.  But you know that the Israelis have -- you've talked about

13  it in your direct-examination, that there's a relationship

14  between the Israelis and the United States, correct?

15  A.  It's very well known, yes, sir.

16  Q.  Very well known.  And you know that all the information

17  that you gave to the United States would probably be given to

18  the Israelis, correct?

19  A.  I don't know about that, sir.

20  Q.  Well, you're concerned about it, aren't you?

21  A.  I am concerned, but I don't know for a fact.

22  Q.  But you are concerned about it, right?

23  A.  Yes, sir.

24  Q.  And if you go home to the occupied territories, you could

25  be prosecuted, correct?

 1  A.  But now Gaza is not under the occupation, the Israeli

 2  occupation.

 3  Q.  Okay.  That's a recent phenomenon, correct?

 4  A.  One year, yes, sir.

 5  Q.  All right.  So you're not worried about it because Gaza is

 6  not under the occupation anymore?

 7  A.  Correct.

 8  Q.  But when Gaza was under the occupation, you would be

 9  worried about it.

10  A.  I think so.

11  Q.  And if you were from the West Bank, you'd still be worried

12  about it, correct?

13  A.  Correct.

14          MR. MOFFITT:  Let me check.

15          THE COURT:  Okay.

16          MR. MOFFITT:  I have no further questions.

17          THE COURT:  Mr. Deutsch?

18          MR. DEUTSCH:  Yes.

19                    CROSS-EXAMINATION

20  BY MR. DEUTSCH:

21  Q.  Mr. Shorbagi --

22  A.  Yes, sir.

23  Q.  -- I represent Muhammad Salah.

24  A.  Yes, sir.

25  Q.  You've never met Mr. Salah, have you?

1    A.  No, sir.

2    Q.  Now, I want to discuss with you some of the interviews

3    that you gave to the FBI concerning this envelope that was

4    allegedly found in your house, okay?

5    A.  Okay.

6    Q.  Now, the first time you were confronted with it was on

7    April 28th, 2006, is that right?

8    A.  I think so, yes, sir.

9    Q.  Okay.  And at that time, you were being interviewed by an

10   agent by the name of Rotti, R-O-T-T-I, right?

11   A.  Rotti, uh-huh, yes, sir.

12   Q.  And he's sitting right here in the courtroom today, right?

13   A.  Correct, yes, sir.

14   Q.  Did you know he was going to accompany you up here to

15   watch your testimony?

16   A.  He got to be because I'm under the -- yes, sir.  Uh-huh,

17   yes, sir.

18   Q.  Now, Mr. Rotti, Agent Rotti actually showed you an open

19   manila envelope, right?  Golden envelope, right?

20   A.  Yeah, with a little tape, very old tape on it, yes.

21   Q.  Okay.  In fact, he actually took a document out of that

22   envelope and showed it to you, right?

23   A.  Not that day.

24   Q.  Well --

25   A.  No, I'm sorry.  I'm sorry.  I mean when he showed me the

 1   envelope, I was surprised, and then I said, no, this is not my

 2   envelope.  Then I looked on the back, and there I saw my

 3   handwriting, private, and I was -- I was not happy to see that

 4   package.

 5         And then, yes, I think either he got the documents

 6   from the package or I got the documents and was reading the

 7   first page, yes, sir.

 8   Q.  You don't remember exactly, right?

 9   A.  I don't remember if he, like, pulled those documents from

10   inside or I got -- or he was telling me see what is inside.

11   Q.  Well, if I showed you the report that Agent Rotti wrote on

12   April 28th, might that refresh your recollection?

13   A.  Yes, sir, uh-huh.

14         MR. DEUTSCH:  Okay.  Can I approach the witness,

15   Judge?

16         THE COURT:  You may.

17   BY MR. DEUTSCH:

18   Q.  Just read this first --

19   A.  Line?

20   Q.  -- first paragraph, read it to yourself.

21         Just read it to yourself, and then I'll ask you a

22   question.

23   A.  Yeah, that's what I'm doing now.

24   Q.  All right.

25   A.  Okay.

1   Q.  Okay.  Is it not true, sir, that you viewed a document

2   written in Arabic which was contained in a gold manila

3   envelope?

4   A.  Correct, uh-huh.

5   Q.  And that document was written in Arabic, right?

6   A.  Correct, yes, sir.

7   Q.  And it was handed to you by Agent Rotti, right?

8   A.  What happened is --

9   Q.  Just yes or no, was it handed to you by Agent Rotti?

10  A.  Yes, uh-huh.

11  Q.  Okay.  And you looked at the document, and then you looked

12  at the envelope, right?

13  A.  No, no, no.  I looked at the envelope first and then I

14  looked at the documents.

15  Q.  Okay.  And they said that the document was found in a

16  briefcase, right?

17  A.  Correct, uh-huh.

18  Q.  And you said that you didn't know how it got into -- it

19  was your briefcase, but you said you didn't know how it got

20  into your briefcase, right?

21  A.  Exactly, yes, uh-huh.

22  Q.  And at that point, you were denying that that document

23  belonged -- someone -- you were implying that someone put it

24  in your briefcase, right?

25  A.  Yes, uh-huh.

1   Q.   Okay.

2   A.   I'm sorry, that was -- the last line you said, what was

3   it?

4   Q.   The implication was that you don't know how it got into

5   your briefcase, you didn't put it in your briefcase.

6   A.   Exactly.  I was so surprised to see it -- to see that

7   document there, right, that envelope.

8   Q.   And you told him this is not my document.  I don't know

9   how it got in my briefcase, right?

10  A.   Yes, uh-huh.

11  Q.   Okay.  And then -- you were shocked by it, though, right?

12  A.   Exactly, yes.

13  Q.   Okay.  And then this was on April 28th, right?

14  A.   Right, uh-huh.

15  Q.   Then on May 17th, you had another interview with Agent

16  Rotti, correct?

17  A.   Correct, uh-huh.

18  Q.   And he again showed you the envelope, did he not?

19  A.   Correct, uh-huh.

20  Q.   And you told him that you don't believe that the

21  envelope -- you ever opened that envelope, correct?

22  A.   True.

23  Q.   And you also told him that you do not recall reading

24  anything in the envelope, right?

25  A.   True.

1  Q.  And then you stated that you did not read any of the

2  documents from the envelope, absolutely not, right?

3  A.  True, true.

4  Q.  So first you told him in April that you don't know how the

5  envelope got into your briefcase.

6  A.  Uh-huh.

7  Q.  And then in May 17th, you told him that you -- the

8  envelope was never opened and that you absolutely not read any

9  document in there, correct?

10 A.  Correct.

11        MR. DEUTSCH:  Okay.  Just one second.

12    (Pause.)

13 BY MR. DEUTSCH:

14 Q.  Then on five days later on May 22nd, you were interviewed

15 again.  This time you were interviewed by Mr. Benavides,

16 right?  He's the agent that's sitting at the table here with

17 the yellow tie.

18        Do you remember being interviewed by him?  He came

19 down to Atlanta and interviewed you?

20 A.  No, I don't --

21 Q.  You don't remember seeing Mr. Benavides ever?

22 A.  Is he here?

23 Q.  Yeah.  He's right here with the yellow tie right at the

24 end of the table?

25 A.  Oh, oh, I'm sorry.  Oh, yes, yes.  I'm sorry, yeah, right.

1   I'm sorry, I know him -- fine, yes, uh-huh.

2   Q.   And he was an agent from Chicago, correct?

3   A.   Correct, yes, sir.

4   Q.   Okay.  And you told Agent Benavides that the first time

5   you saw the opened package, the opened envelope and its

6   contents was when Agent Rotti showed them to you after they

7   had been seized from the briefcase, right?

8   A.   Yes, uh-huh -- no, no, okay, if I said the statement based

9   on that after such a long years, that was the first time I saw

10   the package, yes.

11   Q.   And you were saying that the package that -- the first

12   time you saw that package opened was when the FBI had opened

13   it and showed it to you, right?

14   A.   No, the FBI did not open it, sir.

15   Q.   I'm sorry, I didn't understand your answer.

16   A.   The FBI did not open the package.  The package was opened.

17   Q.   Well, did you tell Agent Benavides that the first time you

18   saw the opened package and its contents was when Special Agent

19   Rotti showed them to you after they had been seized from your

20   briefcase by the FBI?

21   A.   Correct, uh-huh.

22   Q.   Okay.

23   A.   That's what I'm saying.  When Mr. Rotti, the FBI, showed

24   me the package, the package was already opened.  I did not

25   open the package.

Shorbagi - cross by Deutsch

27

1   Q.  You didn't open it, though, right?

2   A.  No, I did open it, sir.

3   Q.  But you didn't tell Agent Benavides you opened it, right?

4   A.  I mean, listen, this thing happened in '96.  Then we're

5   talking about 2006.

6   Q.  Well, sir, you're testifying about things that happened in

7   1990, in 1992 and '94 to this jury.  You want them to believe

8   you about that, right?

9   A.  Right.

10  Q.  So you're telling me that what happened in '96 you don't

11  remember anymore?

12  A.  No, I remember, sir.  That's what happened later on.

13  Q.  All right.  So let me ask you this then.

14  A.  All right.

15  Q.  Did you state to Agent Benavides that you never opened the

16  package and never reviewed its contents?

17  A.  If I said that, that was wrong, sir.

18  Q.  Well, you weren't wrong.  You were lying, right?

19  A.  Or -- I'm not actually sure that I said the statement,

20  sir.

21  Q.  Well, on 4-28 you told one story, that you don't know how

22  the package got in your briefcase.

23  A.  Uh-huh.

24  Q.  On 5-17, you said you absolutely not saw any documents or

25  never read any documents in that envelope, right?

1   A.  Right, uh-huh.

2   Q.  And then on 5-22 to this agent here, you said that you

3   never saw the opened package and that you never reviewed its

4   contents.

5   A.  Correct.

6   Q.  So is it fair to say -- and then you said to Agent

7   Benavides that you thought it was possible that Mr. Hindi

8   opened the package at your house to review its contents, but

9   since Hindi was in the middle of moving may have left the

10  package with you for safe keeping.

11  A.  Correct, yes, uh-huh.  I remember saying that, right.

12  Q.  That was a lie?

13  A.  That was a lie, yes, sir.

14  Q.  So you lied on April 28th one lie, on May 17th, you told a

15  different lie, and then to this agent here in Chicago, you

16  told yet another lie, right?

17  A.  No.  You've got to understand one thing that when I opened

18  the package --

19  Q.  Just answer my question.

20  A.  Okay.

21  Q.  Is it false what you told Agent Benavides on May 22nd?

22  A.  Based on few seconds in 1996, I did not recollect what

23  happened on those seconds in 1996.  That's why I made those

24  statements, sir.

25  Q.  Okay, but that's what I'm trying to understand.  On

Shorbagi - cross by Deutsch

1   April 28th, you were first confronted with the package.

2   A.  Correct, yes.

3   Q.  And you're saying you were taken by surprise, and it

4   happened so long ago that you just said I don't know how it

5   got there, okay?

6   A.  Correct, correct.

7   Q.  But then you had three weeks almost to think about it when

8   Agent Rotti again confronted you with it, and you still lied,

9   right?

10  A.  True -- no, no, no.  The thing is I still did not remember

11  exactly what happened to that package because it took only

12  probably a minute to open, close it, put it back.  So that

13  minute, among all this time 1996, I did not remember that

14  exactly what happened in that exact minute.

15  Q.  Okay, here's my question.

16  A.  All right.

17  Q.  That happened on April 28th, correct?

18  A.  Correct.

19  Q.  That was the first time he showed you the package and

20  opened it, right?

21  A.  Uh-huh.

22  Q.  And you're saying that you were so surprised by it, you

23  didn't remember it, you were taken by surprise.

24  A.  Correct.

25  Q.  Now it's May 17th, okay?  It's like 20 days later, and now

 1   he's showing you the package again and it's opened and you've

 2   had time to think about it now for 20 days, right?

 3   A.  Well, not exactly.

 4   Q.  Well, not exactly.

 5        Okay.  But then you told him you didn't read any

 6   documents in there, absolutely not, right?

 7   A.  True.

 8   Q.  You weren't surprised then on May 17th, were you?

 9   A.  I'm sorry?

10   Q.  Were you surprised by the fact that Agent Rotti showed you

11   this package and these documents on May 17th?

12   A.  No, I was not.

13   Q.  Okay.  And then five days later, another agent comes from

14   Chicago, and you're not surprised then when he's asking you

15   about the package, are you?

16   A.  No.

17   Q.  And you tell that agent that you never opened the package

18   and you never read its contents.

19   A.  Exactly.

20   Q.  You weren't surprised when you told him that.

21   A.  No.

22   Q.  That was a calculated lie, right?

23   A.  That was based on loss of a memory for one minute in

24   these -- all these years, sir.

25   Q.  What -- what minute was it that you lost your memory?

1    A.   The minute that opening the package, looking at it, put it

2    back.   I did not remember exactly what happened in that minute

3    ten years ago.

4    Q.   Okay.   But I think we're having a communication

5    difficulty.

6    A.   Okay.

7    Q.   I can understand on April 28th, the first time you're

8    confronted with that package and you see it, you could forget

9    it.   It happened long ago, and you could be surprised by it.

10          But what I don't understand is why you're still

11   surprised on May 17th and still surprised on May 22nd.   Do you

12   have an answer for that?

13   A.   The same answer, sir.

14   Q.   You're just surprised, surprised over and over again.

15   A.   No, it's not surprise.   Losing the memory for that one

16   minute.

17   Q.   So you lost your memory three different times for one

18   minute each time.

19   A.   Trying to remember exactly what happened, sir.

20   Q.   And when you created this story about Mr. Hindi actually

21   coming to open the package, that was as a result of you losing

22   your memory, too?

23   A.   Wrong, sir.

24   Q.   What was that about?

25   A.   That was the truth, sir, about it.

1    Q.  That's the truth?

2    A.  Exactly.

3    Q.  So that when you told Mr. Benevides on May 22nd that you

4    never opened the package and never reviewed its contents,

5    that's true?

6    A.  What I'm saying, sir --

7    Q.  Answer my question.

8    A.  Uh-huh.

9    Q.  When you told Agent Benavides that you never opened the

10   package and never reviewed its contents, is that true?

11   A.  That's not true.

12   Q.  Okay.  So you lied to Agent Benavides, too, right?

13   A.  I mean you can call it lie, but I call it loss of memory

14   for that one moment.

15   Q.  So let me see if we're straight on terms.

16   A.  Uh-huh.

17   Q.  When you say something that's not true, you can refer to

18   it as a loss of memory.

19   A.  No, no, sir.  What I'm saying is one minute in those all

20   years, so that is a problem to remember that exactly one

21   minute what happened in that one minute.

22   Q.  Sir, it's not one minute.  It's three different occasions

23   separated by one 20 days and another five days.  You had a

24   chance to reflect on it, didn't you?

25   A.  Sir, you have a lot of things in your life to worry about

Shorbagi - cross by Deutsch

1    rather than one minute.

2    Q.  All right.  Here's what I want to find out.  When you came

3    on to this witness stand and raised your hand and said you're

4    going to tell the truth --

5    A.  Right.

6    Q.  -- you told this jury that you had actually opened the

7    package and read some of the documents, right?

8    A.  Correct.

9    Q.  Now, I want to find out after May 22nd, when was the next

10   time you talked to an FBI agent, if you remember?

11   A.  After May 22nd?

12   Q.  Yeah, after you told Mr. Benavides that you never opened

13   the package and never read its contents, when's the next time

14   you talked to an FBI agent?

15   A.  I think two weeks after that, sir.

16   Q.  And that would have been sometime in June, June 6th?

17   A.  Correct.

18   Q.  And who did you speak to then?

19   A.  I think Mike Rotti.

20   Q.  Okay.  And at that time did you tell Mr. Rotti, hey, I

21   lost my memory.  I now have it back.  I did open the package,

22   and I did review some of the contents?

23   A.  No, that did not happen like this.

24   Q.  Okay.  When was the first time you told -- well, strike

25   that.

1        After you met with Mr. Rotti in June of 2006, when

2   was the next time you met with anyone from the government?

3   A.   After June?

4   Q.   Yeah, after June 6th.

5   A.   Maybe --

6   Q.   I won't hold you to a specific date, but more or less.

7   How much -- how many days after June 6th?

8   A.   Maybe a week.

9   Q.   And was that Mr. Rotti, too?

10  A.   One minute, please.  I think so, yes, uh-huh.

11  Q.   And did there come a time when Mr. Schar came down to

12  Atlanta and spoke to you?

13  A.   The same time as the FBI, yes, sir.

14  Q.   The same time as Mr. Benavides did.

15  A.   Correct, yes, sir.

16  Q.   So you were lying to Mr. Schar as well.  But apparently

17  Mr. Schar at some point in order to put you on direct found

18  out some other story that you told because you told this jury

19  that you did open the package and review the documents, right?

20  A.   That is --

21  Q.   When did you first tell anybody from the government that

22  you opened the package and reviewed the documents?

23  A.   It could be in the same -- within that same time.

24  Q.   What time?

25  A.   May, June.

Shorbagi - cross by Deutsch

1  Q.  Well, do you have a specific recollection of sitting in a

2  room with agents of the U.S. Government and telling them,

3  look, I lied on April 28th, I lied on May 17th, I lied on May

4  22nd, but now I'm going to tell you the truth.

5  A.  Sir, I just said --

6  Q.  Just answer my question.  Do you have a specific

7  recollection?

8  A.  No, I don't have a specific recollection, sir.

9  Q.  Do you know when you finally told the truth?

10  A.  Yeah, I kept --

11  Q.  It wasn't just here in this courtroom for the first time,

12  was it?

13          MR. SCHAR:  It's compound, there are multiple

14  questions.

15          MR. DEUTSCH:  I'm sorry.  Let me rephrase the

16  question.

17          THE COURT:  Okay.

18  BY MR. DEUTSCH:

19  Q.  You're not saying that the first time you told anyone from

20  the government that you reviewed those documents in that

21  envelope --

22  A.  I'm sorry, I lost you for a second there.  I was thinking

23  of another thing.

24          Go ahead, I'm sorry.

25  Q.  What are you thinking of?

1    A.   I'm sorry.

2    Q.   You'd rather not be here, is that what you're thinking of?

3    A.   No, no, I was thinking of you, sir.  Go ahead, what was

4    the question?

5    Q.   My question is I'm trying to find out you testified --

6    strike that.

7           You testified in this court before this jury that you

8    opened that envelope.

9    A.   Correct, yes, uh-huh.

10   Q.   And looked at the -- and skimmed the papers inside, right?

11   A.   Correct, correct.

12   Q.   And I'm trying to find out when you first told somebody

13   that version of the facts?

14   A.   That's what I'm saying, sir.  I kept working it in my mind

15   until I knew what exactly happened.

16   Q.   Okay.  But my question is when did you finally recall

17   that?

18   A.   That's a tough question when because I don't know exactly

19   when, but once I knew exactly what happened, I remember

20   exactly what happened, then I said what happened.

21   Q.   Do you remember who was present when you finally said

22   that -- gave that version?

23   A.   The agents, the FBI agents.

24   Q.   Do you know if the agents were taking down notes when you

25   gave that version?

1  A.  I think they were taking notes.  I'm not sure.

2          MR. DEUTSCH:  Judge, we do not have any document that

3  reflects Mr. Shorbagi changing his story yet again, and so I'm

4  wondering about that.

5          MR. SCHAR:  Judge, that is an inaccurate statement.

6  There's a motion in limine on discovery requests.  I have it

7  right here.  It's been provided to the defense.

8          THE COURT:  Why don't you show that to Mr. Deutsch so

9  he sees what you're referring to.

10    (Tendered.)

11          MR. MOFFITT:  Can I see it?

12          MR. DEUTSCH:  Yeah, apparently neither of us received

13  this.

14          THE COURT:  If there's an issue for the Court,

15  Mr. Deutsch, let's take it at side bar.

16          MR. DEUTSCH:  Okay.  Let's -- Judge, we do need a

17  side bar.

18    (Proceedings heard at side bar:)

19          THE COURT:  Can I see?

20          MR. DEUTSCH:  Yes, sure.

21          There's a lot of documents in this case, so I'm not

22  accusing anyone of -- but I've never seen this document, and I

23  don't know if Mr. Moffitt has seen it or not.

24          THE COURT:  This is a one -- a 302, just for the

25  record, a page and a quarter from --

 1          MR. DEUTSCH:  8-28.

 2          THE COURT:  -- 8-28, 2006.

 3          MR. SCHAR:  And Bates stamped, Judge --

 4          THE COURT:  Bates stamped --

 5          MR. SCHAR:  -- pursuant to the protective order that

 6   you entered.

 7          THE COURT:  The Bates stamp is 03 CR 978 021484

 8   through 85.

 9          MR. DEUTSCH:  I have never seen it.  If Mr. Moffitt

10   doesn't have it, then there's a problem.  If he has it, then

11   it's my --

12          MR. MOFFITT:  I'm just checking, your Honor, but last

13   document I have, these were the documents that were sent to me

14   over the break because I had gotten a series of documents, as

15   you remember, that I could not read.  The last one I have is

16   815.

17          THE COURT:  Okay.  I know a handful --

18          MR. SPIELFOGEL:  Are you saying they were in the 3500

19   material?

20          MR. SCHAR:  Not the original 3500 material because

21   this is a later dated --

22          THE COURT:  A handful of things were turned over in

23   court yesterday, too, where there were redactions --

24          MR. SCHAR:  There was a cover letter as well that

25   talked about everything, including all the Bates-stamped

1   numbers, so if there was some issue in them not getting it,

2   which I don't understand there to be, all they had to do was

3   ask.

4          My understanding it was the full Bates stamp that was

5   under the protective order, which is actually why we've

6   actually Bates stamped it ahead of time to cover the

7   protective order, was all turned over.  If they need

8   additional copies, I have additional copies.

9          THE COURT:  Even if you didn't get it, you have it

10  now, and it's short.

11         MR. DEUTSCH:  Yes.  I'm prepared to go forward.

12         THE COURT:  Okay.  You can go forward.  If you feel

13  like you want to look at it and reopen your cross --

14         MR. MOFFITT:  I'd like to look at it, but --

15         THE COURT:  But if you want to reopen your cross for

16  any reason, you can do it, or you can ask Mr. Deutsch to ask

17  the question.

18         MR. MOFFITT:  I'm sure Mr. Deutsch will handle it

19  well.

20         THE COURT:  I'm sure he will.

21         MR. MOFFITT:  I would just like to read it.

22         THE COURT:  Okay.  Just so you know, I'm going to go

23  until about 25 after 3:00.  I have a conference call I have to

24  take at 3:30, so keep going until about 25 after.

25    (Proceedings heard in open court:)

```
 1         THE COURT:  You may continue when you're ready,

 2   Mr. Deutsch.

 3         MR. DEUTSCH:  Thank you, Judge.

 4   BY MR. DEUTSCH:

 5   Q.  Mr. Schar was kind enough to give me a copy of the

 6   document, and do you remember being interviewed by Mr. Rotti

 7   in August 28th of 2006?

 8   A.  August 28th, 2006?

 9   Q.  Yes, sir.

10   A.  That's after the plea agreement, yes, sir.

11   Q.  Okay.  And do you recall telling Mr. Rotti that you

12   received the envelope 11 years ago and you did not recall what

13   you glanced at and you were allowed to view the first page of

14   the enclosure and you still did not recall or remember

15   specifically reading the enclosed documents?

16   A.  Correct.

17   Q.  Now, you testified here, and correct me if I'm wrong, that

18   you did, in fact, read some of the documents enclosed, right?

19   A.  I did, sir.

20   Q.  So this was yet another lapse of memory?

21   A.  Correct, yes, sir.

22   Q.  Okay.  So this is the fourth time you've told a different

23   story about this envelope, correct?

24   A.  Correct.

25   Q.  Okay.  When did you finally tell the story that you told
```

Shorbagi - cross by Deutsch

41

 1   to this jury on direct-examination?  When was the first time

 2   you told -- you told that story?

 3   A.  Probably on that day, August 28th, when I said I flipped

 4   through the pages.  I remembered some of the things.

 5   Q.  Well, Agent Rotti wrote a report of his interview with you

 6   on August 28th.

 7   A.  Okay.

 8   Q.  You want to look at it just --

 9   A.  No, I remember the interview.  I remember it was after the

10   court date.

11   Q.  And you told him then that you didn't recall reading any

12   of the enclosed documents.

13   A.  No, no, no.  Sir, what happened is I was reading the first

14   page, and then there is like 40 pages in there.  In one

15   minute, I was reading like one word here, one word there, one

16   word there and got it back into the package.  So that was the

17   loss of one minute there, sir.

18   Q.  That was another lapse of your mind for one minute.

19   A.  That was another time that I did not remember exact what

20   happened in that one moment, sir.

21   Q.  And but when did you -- when did your memory come to the

22   point where you were able to now testify under oath that you

23   read the first couple of pages of the document?

24   A.  That's what I'm saying, sir.  I was able to retrieve my

25   memory into reading the first page, but even those pages I did

 1    not remember on these pages just like a few words here and

 2    there, sir.

 3    Q.  Well, you read to this jury, did you not, the cover letter

 4    that was sent with the documents?

 5    A.  That's what I'm saying, the first page, the cover letter,

 6    right, uh-huh.

 7    Q.  And you told Agent Rotti on August 28th that you -- you

 8    had no memory of reading the enclosed document -- you do not

 9    recall or remember specifically reading the enclosed

10    documents.

11    A.  Yes, sir.  I did not have any memory of what's the inside

12    the package there.

13    Q.  Do you -- and you're saying that that very day, you then

14    remembered what you testified to here on direct-examination?

15    A.  I'm sorry?

16    Q.  Well, I'm trying to find out when your memory got to the

17    point where you remembered as you testified here on

18    direct-examination?

19    A.  I really can't tell you when exactly, sir.

20    Q.  Well, was it yesterday?

21    A.  It sure wasn't yesterday.

22    Q.  Well, I take it before you got on the witness stand, you

23    sat down with Mr. Schar, and he went over the questions that

24    he was going to ask you, right?

25    A.  Correct.

1   Q.   And you did like a role play.  He asked you the question,

2   and you'd give the answer, right?

3   A.   Correct.

4   Q.   And when was that?

5   A.   It was I think back in September and two days ago.

6   Q.   So you did it once in September.  Was that in Atlanta?

7   A.   No, it was here.

8   Q.   You came up to Chicago and did it in his office?

9   A.   Correct.

10  Q.   And how long -- for how long did you spend doing that?

11  A.   I think one day.

12  Q.   Okay.  How many hours did you spend?

13  A.   Hmm, I would imagine probably maybe four, five hours.

14  Q.   Okay.  And do you recall whether was it that time you said

15  to Mr. Schar what you testified to on direct?

16  A.   No, sir, it was before that.

17  Q.   It was before that.

18  A.   Correct, sir.

19  Q.   So it was sometime after the August 28th interview with

20  Mr. Rotti and your September rehearsal with Mr. Schar?

21  A.   As I said, sir, on September 28th, I recognized seeing the

22  first page.  After that, I also recognized seeing some of the

23  names inside that package.

24  Q.   You may have misspoke.  You said September 28th.

25  A.   I'm sorry, August 28th.

1  Q.  But did you say that all to Mr. Rotti on August 28th?

2  A.  That's what I'm saying, sir.  That's the statement right

3  there.  That I remember -- I did not remember exactly the

4  content of the package because I went through it very quickly,

5  sir.

6  Q.  But you testified here on direct that you now recall

7  reading the cover letter and some pages of the enclosed

8  documents, right?

9  A.  I recall that before August the 28th, yes, sir.

10  Q.  You recall that before August 28th.

11  A.  That's what I'm saying, August 28th.

12  Q.  On August 28th.

13  A.  And it could be before that also.  That's when I said the

14  statement on August 28th.

15  Q.  But his report doesn't say that.

16  A.  I'm saying myself, sir, not to Rotti.

17  Q.  Oh, in your mind.  You didn't tell him that, but you

18  realized that in your mind.

19  A.  Yeah, after this question, I start -- keep thinking about

20  this thing, and then on 28th, the question came back.  That's

21  what I said, sir.

22  Q.  Did you actually go home and think about it, or were you

23  with Mr. Rotti when you realized it?

24  A.  No, I was driving thinking about it, sir.

25  Q.  Okay.  Did you call up Mr. Rotti and tell him look, hey,

1    now I realize what the truth is?

2    A.   No, I did not call him and tell him.

3    Q.   When did you tell Mr. Rotti this?

4    A.   That's what I'm saying, sir, when the question came back

5    on August 28th, I said that, sir.

6    Q.   Sir, this is Mr. Rotti's 302 interview.  Just read this to

7    yourself and see if this indicates that you told him that now

8    you remember reading the cover letter and other documents?

9         MR. SCHAR:  Judge, he hasn't indicated he needs his

10   recollection refreshed.  He shouldn't be impeached with

11   someone else's document.

12        MR. DEUTSCH:  I'm not impeaching him.  I'm just

13   trying to get him to --

14        MR. SCHAR:  He's asking him to read Agent Rotti's

15   report.

16        THE COURT:  I think he said read it to himself.

17        MR. DEUTSCH:  Right.

18        THE COURT:  Overruled.

19   BY THE WITNESS:

20   A.   That's what I am saying, sir.  The statement says that he

21   does not -- if you don't mind to keep it for me a second.

22   BY MR. DEUTSCH:

23   Q.   Read it to yourself.

24   A.   I read it, but I want to explain that.

25   Q.   Okay.  But I'm going to take it from you.  Then I'll ask

Shorbagi - cross by Deutsch

1  you about it.

2  A.  Okay, good.

3  Q.  All right.  Did you tell him that now you recall -- on

4  August 28th, now you recall reading the cover letter and some

5  pages of the enclosed documents?

6  A.  That's what I'm saying, sir.  When I was thinking before

7  that, true.

8  Q.  Did you tell him that?

9  A.  Yes, uh-huh.

10  Q.  But it's not in his report, correct?

11  A.  I don't see.

12  Q.  Pardon?

13  A.  On August 28th, I still was saying that I did not really

14  remember exactly what happened --

15  Q.  Okay.

16  A.  -- but --

17  Q.  When?  When did you remember?  That's all I'm asking you

18  right now.  When did you finally remember?

19  A.  See, that's the question I'm trying even to remember when

20  did this happen, but I remember reading that cover letter,

21  sir.

22  Q.  When did you first remember reading the cover letter?

23  A.  As I'm saying, it could be sometime in July, sometime in

24  August, around those dates.

25  Q.  Now, you mentioned that -- July and August, but then you

Shorbagi - cross by Deutsch

47

1    had an interview with Rotti at the end of August, and you

2    still were telling him you don't recall reading the documents.

3    A.   That's what I'm saying, sir.  I was still working on my

4    memory for that.

5    Q.   Okay.  When did your memory finally reach the point where

6    you could say under oath, hey, I read those documents?

7    A.   That's what I'm saying.  Starting sometime in August and

8    going back August 28th and so on, sir.

9    Q.   You did say that you met with Mr. Schar in September for

10   five hours, is that right?

11   A.   Yes, could be, uh-huh.

12   Q.   And then you met with him again?

13   A.   Yeah, two days ago, yes, sir.

14   Q.   And for how many hours did you meet with him again?

15   A.   Two days, what, Thursday -- probably two, three -- two,

16   three hours maybe.

17   Q.   And in the September meeting you had with Mr. Schar, did

18   you tell him then that you read the cover letter and some

19   pages of the other documents?

20   A.   Correct.

21   Q.   Okay.  And -- but you're saying -- did you tell anyone

22   prior to that, any government official, agent of the

23   government?

24   A.   I don't recall, sir.

25   Q.   Okay.  Now, part of your plea bargain in this case is you

Shorbagi - cross by Deutsch

48

1   have to come in here and testify, right?

2   A.   Part of the plea agreement, to --

3   Q.   Testify in this case, right?

4   A.   Not part of the plea agreement.  Part of the agreement to

5   cooperate with the government, yes, sir.

6   Q.   And the government, part of that cooperation is to come in

7   here and testify, right?

8   A.   Correct, yes, uh-huh.

9   Q.   And it's been pointed out that your testimony has to be,

10  in the eyes of the government, truthful, right?

11  A.   In the eyes of myself, sir, before the government.

12  Q.   Well, but regardless of what you think about your

13  testimony, if the government thinks it's not truthful, then

14  they're not going to make a recommendation to the judge,

15  right?

16  A.   Well, I don't know about that, but I'm talking about

17  myself, sir.

18  Q.   Yeah, I'm asking you whether or not your understanding is

19  is that if the government doesn't think that you're testifying

20  truthfully, that they will not make a recommendation to the

21  judge as to your sentence.

22  A.   It's up to the government.  I'm saying up to me I have to

23  say the truth, sir.

24  Q.   And did you know that the prosecutor from Georgia would be

25  sitting here in the front row judging your testimony?

Shorbagi - cross by Deutsch

1   A.  I don't know that.

2   Q.  Well, do you feel like she's evaluating the truthfulness

3   of your testimony as you sit here?

4   A.  I know my lawyer will, sir.

5   Q.  Well, your lawyer doesn't make the recommendation to the

6   judge, does he?

7   A.  The lawyer along with the prosecution will, sir.

8   Q.  Now, you testified that one of the things that you agreed

9   to do was be on some kind of media committee after a MAYA

10  conference, right?

11  A.  For Hamas, yes, sir.

12  Q.  And one of the things that you'd do as part of the media

13  committee is to monitor the television as to information about

14  Hamas, correct?

15  A.  Correct, yes, sir.

16  Q.  There's nothing illegal about that, right?

17          MR. SCHAR:  Judge, I simply object to that in terms

18  of a legal conclusion.

19          THE COURT:  Sustained.

20  BY MR. DEUTSCH:

21  Q.  Well, did you think you were doing anything illegal when

22  you were watching television and writing reports about what

23  was being said about Hamas?

24  A.  Not watching TV, but making the report something else.

25  Q.  The reports you thought were illegal.

1    A.   No, no, no, not making the report, but what is adding this

2    report with others for decision makers in Hamas.

3    Q.   Now -- and as part of that legal committee work, you

4    testified that what people may have said, what Palestinians

5    may have said under detention in the occupied territories may

6    be of some interest to you.

7    A.   I'm sorry, I don't really understand the question.

8    Q.   Okay.  I'll rephrase it.

9           The government asked you whether or not it was

10   important or relevant to your media work to know what

11   Palestinians might have said under detention and interrogation

12   in the occupied territories, correct?

13   A.   No, I don't -- I don't really understand your question,

14   but my answer could be no, sir.

15   Q.   Well, didn't you testify that there was a document that

16   you may have read or did read or skimmed or didn't skim that

17   had to do with a confession, alleged confession that Mr. Salah

18   gave to the Israelis?

19   A.   Yeah, but that was not part of my job, sir.

20   Q.   Okay.  So it wasn't part of your job to follow what was

21   going on with people who were under interrogation in the

22   occupied territories.

23   A.   No, I'm saying from that package, sir.

24   Q.   From that package, but you did say that it was something

25   of interest to you what happened in the occupied territories

 1   when people were arrested, right?

 2   A.  Well, yeah, absolutely, yeah.

 3   Q.  And you know, in fact, that Shaba'k, Shin Bet

 4   systematically tortures people to get confessions, don't you?

 5   A.  No, I don't know about that, sir.

 6   Q.  You didn't know about that?  You never read anything about

 7   that?

 8   A.  Yeah, I read about that, but I'm saying you're asking is

 9   just like a fact did I ever, being into that or seeing that,

10   no, sir.

11   Q.  Well, I know you never experienced it, right?

12   A.  True, yes, sir.

13   Q.  You were never arrested by the Israelis?

14   A.  No, sir.

15   Q.  Okay.  But as part of your collecting information,

16   watching the TV, reading the newspapers, going on the

17   Internet, did you ever learn about the systematic use of

18   torture against Palestinians under interrogation?

19   A.  Yes, sir.

20   Q.  And you knew they routinely have certain methods which

21   they coerced people to give information, right?

22           MR. SCHAR:  At this point, just a foundation issue.

23           THE COURT:  Sustained.

24   BY MR. DEUTSCH:

25   Q.  Well, where did you learn about the Israeli interrogation

 1   methods?

 2   A.   In the web site, in newspapers and my family, friends.

 3   Q.   You had friends or family that experienced that

 4   interrogation?

 5   A.   Relatives.

 6   Q.   Relatives.   They were tortured by the Shin Bet?

 7   A.   Yes.

 8   Q.   And when was that, sir?

 9   A.   That was --

10   Q.   Do you want a drink of water?

11   A.   I'm sorry?

12   Q.   I just asked if you wanted to take a break.

13          THE COURT:   We're going to take one in about

14   15 minutes.

15          MR. DEUTSCH:   Okay.

16          THE COURT:   If you need one, let me know.

17          THE WITNESS:   Okay.   No, that's okay.

18   BY MR. DEUTSCH:

19   Q.   Can you tell us when that was?

20   A.   It was during the first Intifada.

21   Q.   And was that sometime after 1987?

22   A.   Yes, sir.

23   Q.   Was it in the early '90s?

24   A.   Yes.

25   Q.   And was it a relative of yours?

 1  A.  Correct.

 2  Q.  And who -- what kind of relative was it?

 3          MR. SCHAR:  At this point, just object to the

 4  relevance and foundation.

 5          MR. DEUTSCH:  Judge, I think it's relevant because

 6  here's somebody that is allegedly part of this media group

 7  that's collecting information, and the government wants to

 8  make a big deal about how these statements were found, and I

 9  think I'm entitled to show what his job is and what he knew

10  from it.

11          THE COURT:  Overruled.

12          You can answer.

13          THE WITNESS:  I'm sorry, rephrase the question again,

14  sir.

15  BY MR. DEUTSCH:

16  Q.  Can you tell us what you learned from your relative, what

17  happened to your relative?

18  A.  I mean I did not know specifics, but I know what they said

19  that they went under -- there was some torture to them.

20  Q.  You don't know what the methods of the torture was?

21  A.  No, sir.

22  Q.  Was this a cousin of yours?

23  A.  Correct.

24  Q.  Now, you were shown some pictures of Hamas people in your

25  direct testimony.

Shorbagi - cross by Deutsch

54

1  A.  Correct.

2  Q.  And one of them was a man by the name of Shahada, right?

3  A.  Salah Shahada, yes, uh-huh.

4  Q.  And I think you -- when his picture was flashed, you said

5  he was killed by Sharon, right, isn't that what you said?

6  A.  That was, of course, live from breaking news broadcast.

7  Sharon was the prime minister, but he issued the order to kill

8  Salah Shahada.

9  Q.  And I think you told the FBI in the course of one of your

10 interviews that -- who is Sharon, by the way, or who --

11 A.  He was the prime minister of Israel.

12 Q.  And did you tell the FBI in one of your interviews that

13 Ariel Sharon, the prime minister, kills innocent people?

14 A.  Yes, sir.

15 Q.  And what was that based on, sir?

16 A.  Based on several occasions.  I mean he was accused by the

17 -- not accused -- but found convicted by the Israeli

18 government itself -- what I'm saying during 1982, he was found

19 guilty of the massacres of Sabra and Shatila in Lebanon and

20 during also the time of killing Salah Shahada when they

21 dropped the bomb on the building that Shahada was there, there

22 were several -- women and children were killed in that certain

23 accident there.

24 Q.  They dropped a two-ton bomb on an apartment building,

25 right?

Shorbagi - cross by Deutsch

55

1   A.   Exactly.

2   Q.   Now, you were also shown a picture of Yassin, the

3   spiritual head of Hamas, right?

4   A.   Correct.

5   Q.   He's in a wheelchair, right?

6   A.   Yes, sir, he is in a wheelchair.

7   Q.   And what happened to him, sir?

8   A.   The same thing, they drop a bomb on him.

9   Q.   And were you also shown a picture of Rantisi?

10  A.   Yes, sir.

11  Q.   And what happened to Mr. Rantisi, sir?

12  A.   Same thing, they drop a bomb on the car he was riding.

13  Q.   Sir, isn't it fair to say that the FBI came and arrested

14  you, confronted you with the fact that you had stole a quarter

15  of a million dollars from your employer, and you were in a bad

16  situation, right?

17  A.   Uh-huh.

18  Q.   And they told you that you were looking at 20 years on

19  each one of those fraud, wire fraud or mail fraud counts.

20  They told you that, right?

21  A.   Correct, uh-huh.

22  Q.   And they told you if you could provide some information

23  about Dr. Ashqar and other people, that maybe that would help

24  your situation, right?

25  A.   Wrong.

1  Q.  Well, didn't you tell -- didn't you ask them specifically

2  if I testify against certain people, will you drop the charges

3  against me?

4  A.  Wrong.

5  Q.  You didn't say that to them?

6  A.  No.  I don't remember saying that.

7  Q.  Are you saying you don't remember that you said that?

8  A.  Correct.

9  Q.  Okay.  I'm going to ask you to -- I'm going to show him a

10  document and ask him if it refreshes his recollection.

11          MR. SCHAR:  Which --

12          THE COURT:  What document?

13          MR. SCHAR:  The Bates.

14          MR. DEUTSCH:  It's Agent Rotti and Reid's 5-15, 2006,

15  302 report.

16  BY MR. DEUTSCH:

17  Q.  Why don't you just read this to yourself, this sentence.

18  Just that.  Just starting there and ending where the blue

19  ends.

20  A.  Okay.  I read the statement.

21  Q.  Okay.  Does that refresh your recollection that you asked

22  the agents that if you did testify against certain people,

23  would they drop the charges against you?

24  A.  No.  That was during the course of interrogation.

25  Q.  Yeah, you wanted -- you wanted them to drop the charges in

 1  return for giving them what they wanted, right?

 2  A.  No, sir.

 3  Q.  You testified just before that you can go back to Gaza

 4  because Gaza somehow is not under Israeli control, right?

 5  A.  Correct, yes, uh-huh.

 6  Q.  The Israelis still come in and can arrest people in Gaza,

 7  right?

 8  A.  For some areas, yes, sir.

 9  Q.  And they can then take them to an interrogation center and

10  interrogate them, right?

11  A.  Correct.

12  Q.  And they can put them on trial before a military tribunal,

13  right?

14  A.  Correct.

15  Q.  With soldiers as judges, right?

16  A.  Correct.

17          MR. DEUTSCH:  I have no further questions.

18          THE COURT:  Mr. Schar, redirect?

19          MR. SCHAR:  Judge, if we could have a few minutes --

20          THE COURT:  You can have a moment, sure.

21          MR. SCHAR:  -- just to determine whether or not there

22  is any redirect.

23          THE COURT:  Okay.  Let me know when you're ready.

24     (Pause.)

25          MR. SCHAR:  Judge, I think this is going to take a

Shorbagi - cross by Deutsch

58

 1   little bit longer than I thought.  Could we take a quick break

 2   now?

 3           THE COURT:  It's going to end up being a little bit

 4   longer.  As I told you, I have a conference at 3:30 that's

 5   going to take about 10, 15 minutes, but -- so we won't -- it

 6   will be about a 25-minute break.  If you need it, that's fine.

 7           MR. SCHAR:  I apologize.  I think that would be best.

 8           THE COURT:  Okay.  We're going to take a long

 9   afternoon break.

10     (Recess from 3:20 to 4:00 p.m.)

11           MR. DEUTSCH:  Judge, just in terms of scheduling, I

12   have -- the next witness is Ms. Thompson's witness for us.

13           THE COURT:  Okay.

14           MR. DEUTSCH:  I'm going to have to leave at 4:30.

15           THE COURT:  Okay.

16           MR. DEUTSCH:  So I'm going to just walk out.

17           THE COURT:  Okay.  That's fine.  Ms. Thompson will be

18   here.

19           MR. FERGUSON:  The reason that he's raising it is

20   that the next witness I expect is going to be about ten to

21   15 minutes on direct.  There will be a cross, and it may leave

22   us in the position of having to go to the next witness before

23   5:00, and we will only just be getting into his direct, which

24   is Steve Landes.  I believe Mr. Deutsch has Mr. Landes, and

25   clearly we're going to have a substantial break when we've

1   just started the direct.

2           So I think the preference --

3           THE COURT:  Do you want to wait until Thursday?

4           MR. FERGUSON:  -- is just to wait until we resume.

5           THE COURT:  Fine.  Are you done with this witness?

6   No, remember, we don't have Monday, Tuesday, Wednesday.

7           MR. DEUTSCH:  Oh, yes.

8           THE COURT:  Are you done with this witness?

9           MR. SCHAR:  We are.  I think he should probably come

10  back up and be excused.

11          THE COURT:  We'll bring in the witness, bring in the

12  jury.  When you're done with the next witness, let me know.

13  It's starting to snow, so I'm fine having everybody leave a

14  little early.

15          MR. SCHAR:  We're going to play one phone call.

16          THE COURT:  Okay.

17    (Jury enters courtroom.)

18          THE COURT:  You may be seated.

19          Mr. Schar, redirect?

20          MR. SCHAR:  I am pleased to report we will not be --

21  there will not be any redirect for Mr. Shorbagi.  We would ask

22  that he be excused if he could be.

23          THE COURT:  Okay.  You are excused, sir.

24                      *   *   *   *   *

25    (End of excerpt.)
                            CERTIFICATE

1      We certify that the foregoing is a correct transcript from

2   the record of proceedings in the above-entitled matter.

3

4   _____        _____
    Joseph Rickhoff                        Date
5   Official Court Reporter

6   _____        _____
    Kathleen M. Fennell                    Date
7   Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25