1

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
     UNITED STATES OF AMERICA,              ) Docket No. 03 CR 978
 4                                          )
                       Plaintiff,           )
 5                                          )
             vs.                            )
 6                                          )
     MUHAMMAD HAMID KHALIL SALAH AND        )
 7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR,   ) Chicago, Illinois
                                            ) November 15, 2006
 8                     Defendants.          ) 4:35 o'clock p.m.

 9
                             E X C E R P T
10                    TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11
     APPEARANCES:
12

13   For the Plaintiff:        HON. PATRICK J. FITZGERALD
                               United States Attorney
14                             BY:  MR. JOSEPH M. FERGUSON
                                    MR. REID J. SCHAR
15                                  MS. CARRIE E. HAMILTON
                               219 S. Dearborn St., Suite 500
16                             Chicago, Illinois  60604

17
     For Deft. Salah:          PEOPLE'S LAW OFFICES
18                             BY:  MR. MICHAEL EDWARD DEUTSCH
                                    MS. ERICA THOMPSON
19                                  MR. BENJAMIN ELSON
                               1180 North Milwaukee Avenue
20                             Chicago, Illinois  60622

21                             LAW OFFICE OF ROBERT BLOOM
                               BY:  MR. ROBERT JAY BLOOM
22                             3355 Richmond Boulevard
                               Oakland, California  94611
23

24   For Deft. Ashqar:         MR. KEITH ALLAN SPIELFOGEL
                               20 North Clark Street, Suite 1200
25                             Chicago, Illinois  60602
```

```
 1  APPEARANCES (Cont'd):

 2
    For Deft. Ashqar (Cont'd):  MR. WILLIAM MOFFITT
 3                              11582 Greenwich Point Road
                                Reston, Virginia  20194
 4
                                DEPAUL UNIVERSITY COLLEGE OF LAW
 5                              BY:  MS. ANDREA D. LYON
                                25 E. Jackson Blvd., Suite 1050
 6                              Chicago, Illinois  60604

 7
    Also Present:               S/A BRADLEY BENAVIDES, FBI
 8                              S/A JILL PETORELLI, FBI

 9
    Court Reporter:             KATHLEEN M. FENNELL, CSR, RMR, FCRR
10                              Official Court Reporter
                                219 S. Dearborn St., Suite 2144A
11                              Chicago, Illinois  60604
                                (312) 435-5569
12

13              * * * * * * * * * * * * * * * * *

14                    PROCEEDINGS RECORDED BY
                      MECHANICAL STENOGRAPHY
15               TRANSCRIPT PRODUCED BY COMPUTER

16

17

18

19

20

21

22

23

24

25
```

```
 1     (Proceedings heard in open court; jury present:)
 2                     *   *   *   *   *   *
 3          MS. HAMILTON:  Your Honor, the government now calls
 4  Robert Miranda.
 5          THE COURT:  Okay.  Please come forward, sir.  Raise
 6  your right hand, sir.
 7     (Witness sworn.)
 8          THE COURT:  You may be seated.
 9          MR. SPIELFOGEL:  Your Honor, can we have a very brief
10  side bar?
11          THE COURT:  Sure.
12     (Proceedings heard at side bar:)
13          MR. SPIELFOGEL:  Your Honor, Ms. Hamilton came over
14  to me earlier and told me she had a memorandum or something on
15  this witness, is that correct?
16          MS. HAMILTON:  This is a report written by this
17  witness that --
18          MR. SPIELFOGEL:  That -- I'm sorry.
19          MS. HAMILTON:  -- arguably relates to one of the
20  defendants in this case, so I produced it as potential Jencks.
21          THE COURT:  Okay.
22          MR. SPIELFOGEL:  This is about Muhammad Salah's
23  use -- did you give me the right -- is this report you wanted
24  to give me?
25          MS. HAMILTON:  Is this the report?  Yes.
```

1    THE COURT:  Did you give it to Mr. Deutsch as well?
2    MS. HAMILTON:  I did.
3    MR. DEUTSCH:  Are you going to elicit that from him
4  or you just gave it --
5    MS. HAMILTON:  No.  It's the only report he's written
6  in any way relevant to these two defendants.
7    THE COURT:  Is he an agent?
8    MS. HAMILTON:  He's a special agent with the FBI.
9    THE COURT:  He looks like one, but I don't -- I've
10 never heard the name.
11   MR. SPIELFOGEL:  Okay.  I just thought maybe she gave
12 me the wrong memorandum.
13   (Proceedings heard in open court:)
14   THE COURT:  You may proceed.
15   MS. HAMILTON:  Thank you, your Honor.
16      ROBERT MIRANDA, GOVERNMENT'S WITNESS, DULY SWORN,
17                       DIRECT EXAMINATION
18 BY MS. HAMILTON:
19 Q.  Good afternoon.
20 A.  Hello.
21 Q.  Could you please state and spell your name for the jury.
22 A.  It's Robert Miranda.  R-O-B-E-R-T, last name is spelled
23 M-I-R-A-N-D-A.
24 Q.  What do you do for a living?
25 A.  I'm a Special Agent with the FBI.

1  Q.  How long have you been a Special Agent with the FBI?
2  A.  A little over nine years.
3  Q.  What is your current assignment?
4  A.  I'm assigned to the Counter-Terrorism 1 Squad, which is
5  part of the North Texas Joint Terrorism Task Force based in
6  Dallas.
7  Q.  How long has that been your assignment?
8  A.  For all nine years with the FBI.
9  Q.  Prior to joining the FBI, what did you do for a living?
10 A.  I was a special agent and an officer with the Air Force
11 Office of Special Investigations, United States Air Force.
12 Q.  How long were you with the United States Air Force?
13 A.  A little over 15 years counting school, ten -- close to
14 eleven as an agent.
15 Q.  And Agent Miranda, just ask you to keep your voice up to
16 make sure everyone in the courtroom can hear you.
17 A.  Sure.
18 Q.  Thank you.
19      In the course of your work as a special agent in
20 Dallas, have you been involved in an investigation related to
21 the current case here on trial in Chicago?
22 A.  I have.
23 Q.  Through the course of your work in that investigation, are
24 you aware that there was a search of Defendant Ashqar's
25 residence done?

1  A.  I am.
2  Q.  And have you reviewed some of the documents or
3  translations of documents found in the residence of Defendant
4  Ashqar?
5  A.  Yes, I have.
6  Q.  Are you also aware that there was a court-ordered wiretap
7  on Defendant Ashqar's telephone line and fax line in
8  Mississippi?
9  A.  Yes, I'm aware of that.
10 Q.  And have you reviewed translations of some of those calls?
11 A.  Yes.
12 Q.  Are you aware that the court approval for the wiretaps was
13 extended to cover a particular meeting that occurred in
14 Philadelphia in the fall of 1993?
15 A.  Yes, I'm aware of that.
16 Q.  Have you reviewed the recordings of the meeting in
17 Philadelphia?
18 A.  Yes, I have.
19 Q.  What kind of recordings have you reviewed?
20 A.  There's been video tape, and the video tape also included
21 audio.
22 Q.  What language is spoken on the audio on the video tape you
23 reviewed?
24 A.  Arabic.
25 Q.  Do you speak Arabic?

1  A.  No.
2  Q.  Have you reviewed English translations of audio recordings
3  of the meeting?
4  A.  Yes, I have.
5  Q.  When did that meeting take place?
6  A.  October 1 through 3, 1993.
7  Q.  Where did that meeting take place?
8  A.  It took place at a hotel, Courtyard Hotel in Philadelphia.
9  Q.  Is the meeting generally referred to by a particular name
10 by the FBI?
11 A.  Yes.  Generally we refer to it as the Philadelphia meeting
12 or the Philadelphia conference.
13         MS. HAMILTON:  Your Honor, may I approach?
14         THE COURT:  You may.
15 BY MS. HAMILTON:
16 Q.  Agent Miranda, I'm going to show you what's in evidence as
17 Philadelphia conference transcripts and ask you to take a look
18 at this.
19 A.  All right.
20 Q.  Do you recognize that binder?
21 A.  I do.
22 Q.  Generally what's contained in that binder?
23 A.  It's the transcript of the audio coverage from the
24 Philadelphia conference.
25 Q.  Have you reviewed those transcripts in detail?

1  A.   I have.

2          MR. MOFFITT:  Your Honor, I object.  He doesn't speak
3  Arabic.  He can't review the transcript.  He can only review a
4  translation.

5          MS. HAMILTON:  To the extent I'm referring to it as a
6  transcript, I'm happy to call it a translation.

7          THE COURT:  Clarify that.

8          MR. MOFFITT:  But that's what it is.

9          THE COURT:  Clarify that with the witness.

10 BY MS. HAMILTON:

11 Q.   Just to be clear, what is contained in the binder?

12 A.   This is the English language translation of the audio
13 captured from the Philadelphia conference.

14 Q.   And have you reviewed those English translations in
15 detail?

16 A.   I have.

17 Q.   In addition to recording the meetings that occurred, did
18 the FBI also receive court approval to record telephone
19 conversations made from some of the hotel rooms?

20 A.   Yes, that's correct.

21 Q.   Have you reviewed the translations of the telephone calls
22 intercepted at the hotel where the meeting took place?

23 A.   Yes.

24 Q.   And are those translations also included in the binders?

25 A.   They are.

1  Q.  Did you and other agents take any steps in order to
2  determine who was actually present at the Philadelphia
3  conference?
4  A.  Yes, several steps.
5  Q.  In attempting to identify who was at the meeting, did you
6  use any documents recovered from Defendant Ashqar's residence?
7  A.  Yes, a couple of documents.
8          MS. HAMILTON:  May I approach again, your Honor?
9          THE COURT:  You may.
10 BY MS. HAMILTON:
11 Q.  Agent Miranda, I've given you a binder that's already in
12 evidence as Government Exhibit Ashqar Search Group
13 Translations, and I'd ask you to flip to tab 24.
14         MR. SPIELFOGEL:  Is that the search, the phone?
15         MR. DEUTSCH:  The search.
16         THE COURT:  Search Group Translations is what she
17 said.
18         MR. SPIELFOGEL:  Sorry.
19 BY MS. HAMILTON:
20 Q.  Directing your attention to the second and third pages
21 behind that tab ASH 484 and 485.
22 A.  Yes, ma'am.
23 Q.  Are these two documents that you used in attempt to try
24 and identify participants at the meeting?
25 A.  That's correct.

1           MS. HAMILTON:  Your Honor, could I ask that the
2    jurors turn to tab 24 of that binder?
3           THE COURT:  Yes.  Please grab the Search Documents
4    Binders.  Ms. Hamilton, is it the Search Documents Binder?
5           MS. HAMILTON:  It is.
6           THE COURT:  Okay.  Tab 24 of your Search Documents
7    Binder, please.
8    BY MS. HAMILTON:
9    Q.  Agent Miranda, what in particular about these two pages
10   was useful to you in determining who was present at the
11   Philadelphia conference?
12          MR. DEUTSCH:  Tell us exactly what page, 484?
13          MS. HAMILTON:  484 and 485.
14          MR. DEUTSCH:  Thank you.
15   BY THE WITNESS:
16   A.  Clearly the names were most important to me.  Matching
17   them up as well with references to sessions, which are the way
18   that the Philadelphia conference is discussed in terms of
19   sessions being -- covering topics.
20   BY MS. HAMILTON:
21   Q.  And directing your attention to ASH 485, what in
22   particular on this page was useful in helping you determine
23   that this had anything to do with the Philadelphia conference?
24   A.  Well, first off, the dates match the Philadelphia
25   conference time.  The general description at the top about it

1  being a symposium on the future of Islamic work in North
2  America for Palestine is generally how the Philadelphia
3  conference is described, as well as some of the general goals
4  under paragraphs 1 and 2.
5              And, finally, some of the names on the bottom as well
6  correspond with people at the Philadelphia conference.
7  Q.   Agent Miranda, I now direct your attention to the document
8  behind tab 6 in that same binder.
9              MS. HAMILTON:  And for the record, it's ASH 185 and
10 186.
11             THE COURT:  Okay.  Please turn to tab 6.
12             THE WITNESS:  I'm there, ma'am.
13 BY MS. HAMILTON:
14 Q.   Was this another document that you and other agents used
15 to try to determine who was present at the Philadelphia
16 conference?
17 A.   Yes, it was.
18 Q.   And what about this document was important to you?
19 A.   The document, if you look at the top, it's described as
20 the -- here it says Section Palestine/America, and in the
21 opening remarks of the Philadelphia conference by the
22 individual who appeared to be in charge of the Philadelphia
23 conference, Omar Ahmad, he makes a reference that the meeting
24 there at Philadelphia was a Palestine committee meeting.
25             So clearly if you want to try to find out who's at

1  the Palestine committee meeting, you would look at the
2  Palestine committee list.
3  Q.  And were any of the individuals listed on ASH -- these two
4  pages, ASH 185 or 186, later identified as being present at
5  the Philadelphia conference?
6  A.  Yes.
7  Q.  Who?
8  A.  Omar Ahmad is one individual who is listed actually as No.
9  25, Omar Yahya.  Ghassan El-A'she, No. 8, was present.  Chukri
10 Abu Baker or Baker, which is No. 18 on this list was also
11 present.
12      I think that's it -- oh, no, actually, if you look at
13 No. 29, Ayman Sharawi.
14 Q.  As part of your effort to further identify who was at the
15 Philadelphia conference, did you review translations of
16 certain phone calls intercepted on Defendant Ashqar's phone
17 line planning the Philadelphia conference?
18 A.  Yes, I did.
19 Q.  And what in particular -- what in particular about the
20 calls did you use to identify who attended?
21 A.  In the call, in particular that I'm thinking of, the
22 9-14-93 call involving Omar Ahmad, Chukri Abu Baker and
23 Abdelhaleem Ashqar, they discussed who they should invite to
24 the Philadelphia conference.  In one section in particular,
25 they discuss inviting the Executive Committees from the four

1  different organizations, those organizations being the Holy
2  Land Foundation, the Islamic Association for Palestine, the Al
3  Aqsa Education Fund, and the United Association for Studies
4  and Research, and I also looked at corresponding incorporation
5  records for those organizations.
6         MS. HAMILTON: Your Honor, may I approach again?
7         THE COURT: You may.
8  BY MS. HAMILTON:
9  Q.  Agent Miranda, I just handed you what's been marked
10 Government Exhibit Al Aqsa Amended Articles of Incorporation,
11 Government Exhibit UASR Incorporation Documents 1, Government
12 Exhibit UASR Incorporation Documents 2, IAP Incorporation
13 Documents 1.  IAP Incorporation Documents 2.  IAP
14 Incorporation Documents 3.  IAP 1990 Article of Incorporation.
15 IAP Assumed Name Record.  AMEL State of Texas Nonprofit Corp
16 Act Report and HLF Application For Certification.
17         Generally, what are those records?
18 A.  Generally, these are incorporation records from different
19 states for the organizations that I just described.
20         MS. HAMILTON: Your Honor, I move for the admission
21 of each one of those documents.  They're certified public
22 records.
23         THE COURT: Any objection?
24         MR. SPIELFOGEL: No objection.
25         THE COURT: Mr. Deutsch?

1           MR. DEUTSCH:  No objection.
2           THE COURT:  So admitted.
3      (Said exhibits received in evidence.)
4   BY MS. HAMILTON:
5   Q.  Directing your attention to Al Aqsa -- Government Exhibit
6   Al Aqsa Amended Articles of Incorporation, what, if anything,
7   about this document was important to you in trying to
8   determine who was at the Philadelphia conference?
9   A.  I looked at the names in the incorporation.
10  Q.  And what names appear in the incorporation?
11  A.  Abdelhaleem Ashqar and Ahmad Sarsur.
12  Q.  Now focusing on Government Exhibit UASR Incorporation
13  Documents 1 and 2.  Generally, what are these two documents?
14  A.  Those are incorporation documents from the State of
15  Illinois -- Illinois for UASR.
16  Q.  And what, if anything, about these documents was helpful
17  to you in trying to identify who was at the Philadelphia
18  conference?
19  A.  Again, I was looking at the incorporators.
20  Q.  And with respect to the first one, Document 1, UASR
21  Incorporation Document 1, who is listed?
22  A.  You have Elbarasse, Muhammad Elbarasse, Fadel, the name is
23  a little difficult to read, I think it's Lamen, Muhammad
24  Adlouni, Mousa Abu Marzook and Nabeel Sadoon.
25  Q.  Focusing now on Government Exhibit UASR Incorporation

1  Documents 2, the very last page, are the same individuals
2  listed or are there different individuals?
3  A.  Actually, they're different individuals, ma'am.
4  Q.  And who is listed on this document --
5  A.  It's a little difficult to read.  The first --
6  Q.  -- that you can read.
7  A.  I can read Yousef Salah, Khalil Shout maybe, Yousef M.
8  Salah again, Muhammad Nemir and --
9          MR. MOFFITT:  Your Honor, I object.  Unless she's
10 saying that these are people who were at the meeting, he's
11 just reading.
12         MR. SPIELFOGEL:  My further objection would be, your
13 Honor, he can't read any of this.
14         MS. HAMILTON:  The documents are in evidence.  I'm
15 asking the witness to publish these.
16         MR. DEUTSCH:  These are people who incorporated
17 public organizations.  Why should their names be just read out
18 in a courtroom here if it's not relevant.
19         MR. MOFFITT:  That's --
20         THE COURT:  Is it a relevance objection, is that what
21 you're saying?
22         MR. MOFFITT:  It is a relevance objection to the
23 extent that the question had to do with people who were at the
24 conference.  There's no evidence that the people that he's now
25 identifying were at the conference.

1          THE COURT: I don't think that was the question,
2   but --
3          MS. HAMILTON: Your Honor, these are certified public
4   records that the agent already testified he looked at in
5   attempt to determine who was at the meeting, and I'm happy to
6   clarify in each one if any of the individuals listed were
7   actually present at the meeting if that's the issue.
8          THE COURT: I think that is Mr. Moffitt's issue.
9          MR. MOFFITT: That's it.
10         THE COURT: So go ahead.
11  BY MS. HAMILTON:
12  Q.  All right. Going back, let's start first with the Al Aqsa
13  Education Fund.
14  A.  Yes, ma'am.
15  Q.  Of the individuals listed, was the FBI able to identify
16  either of them as being present at the meeting?
17  A.  Yes. Abdelhaleem Ashqar was present at the meeting.
18  Q.  Now, with respect to UASR Incorporation Document 1, of the
19  individuals listed, was the FBI able to identify whether any
20  of these individuals were at the Philadelphia conference?
21  A.  No, we were not able to do that.
22  Q.  Looking next at UASR Incorporation Documents 2, of the
23  individuals listed, were any of these -- was the FBI able to
24  determine whether any of these individuals were at the
25  meeting?

1    A.   We were not able to determine that.
2    Q.   Focusing next on IAP Incorporation Documents, and there
3    are a number of them relevant to the IAP, is that correct?
4    A.   That's correct, ma'am.
5    Q.   With respect to the incorporation documents for the IAP,
6    were these helpful at all to you or other agents in
7    determining who was at the Philadelphia conference?
8    A.   Yes.  Yes, ma'am, in the sense that on one of the
9    incorporation documents, it did list Ghassan el-A'she who was
10   identified as being at the Philadelphia conference.
11   Q.   And specifically are you referring to IAP Incorporation
12   Document 2?
13   A.   Yes, I am, ma'am.
14   Q.   And also IAP Assumed Name Record?
15   A.   Yes, ma'am.  On the Assumed Name Record, it listed Omar
16   Ahmad as president, and he was also present at the
17   Philadelphia conference.
18   Q.   Going on to Government Exhibit AMEL State of Texas
19   Nonprofit Corp. Act Report.
20   A.   Yes, ma'am, I have it.
21   Q.   Was this a document that you or other agents used to try
22   and identify participants at the Philadelphia conference?
23   A.   Yes, ma'am, I used it.
24   Q.   And what, if anything, about this document was helpful?
25   A.   Again, ma'am, the incorporators, in this case Omar Ahmad.

1    MR. MOFFITT:  Can you spell that?
2  BY MS. HAMILTON:
3  Q.  Agent, can you spell that name?
4  A.  Sure.  The first name is spelled O-M-A-R.  The last name
5  is spelled A-H-M-A-D.
6  Q.  And was the FBI later able to identify that that
7  individual was present at the Philadelphia conference?
8  A.  Yes, we were.
9    THE COURT:  Ms. Hamilton, let's end there for the
10  evening.
11    We are done for the evening.  We will pick up
12  tomorrow morning.  Please meet on the second floor at 9:15.
13  Have a good evening.  Do not discuss the case or watch any
14  media coverage.
15  (Jury exits courtroom.)
16              *   *   *   *   *
17  (End of excerpt.)
18                     CERTIFICATE
19   I certify that the foregoing is a correct transcript from
20  the record of proceedings in the above-entitled matter.
21
22  _____     _____
    Kathleen M. Fennell                          Date
23  Official Court Reporter
24
25