1                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
2                             EASTERN DIVISION

3

    UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
4                                      )
                          Plaintiff,   )
5                                      )
               vs.                     )
6                                      )
    MUHAMMAD HAMID KHALIL SALAH AND     )
7   ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                       ) November 16, 2006
8                         Defendants.  ) 9:30 o'clock a.m.

9

                           VOLUME TWENTY-ONE
10               TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY
11

12   APPEARANCES:

13

     For the Plaintiff:          HON. PATRICK J. FITZGERALD
14                               United States Attorney
                                 BY:  MR. JOSEPH M. FERGUSON
15                                    MR. REID J. SCHAR
                                      MS. CARRIE E. HAMILTON
16                               219 S. Dearborn St., Suite 500
                                 Chicago, Illinois  60604
17

18   For Deft. Salah:            PEOPLE'S LAW OFFICES
                                 BY:  MR. MICHAEL EDWARD DEUTSCH
19                                    MS. ERICA THOMPSON
                                 1180 North Milwaukee Avenue
20                               Chicago, Illinois  60622

21

     For Deft. Ashqar:           MR. KEITH ALLAN SPIELFOGEL
22                               20 North Clark Street, Suite 1200
                                 Chicago, Illinois  60602

23

                                 MR. WILLIAM MOFFITT
24                               11582 Greenwich Point Road
                                 Reston, Virginia  20194

25

1   APPEARANCES (Cont'd):

2

  Also Present:               S/A BRADLEY BENAVIDES, FBI
3                                 S/A JILL PETTORELLI, FBI

4

  Court Reporter:            MR. JOSEPH RICKHOFF
5                                 Official Court Reporter
                                219 S. Dearborn St., Suite 1232
6                               Chicago, Illinois  60604
                                (312) 435-5562

7

8           * * * * * * * * * * * * * * * * *

9                 PROCEEDINGS RECORDED BY
                  MECHANICAL STENOGRAPHY
10             TRANSCRIPT PRODUCED BY COMPUTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          THE CLERK:  03 CR 978, USA vs. Muhammad Salah,

 2    Abdelhaleem Ashqar.  Jury trial continues.

 3          THE COURT:  Good morning.

 4          MS. HAMILTON:  Good morning, your Honor, Carrie

 5    Hamilton, Joe Ferguson and Reid Schar on behalf of the United

 6    States.

 7          MR. DEUTSCH:  Michael Deutsch, Erica Thompson and

 8    Muhammad Salah on behalf of Mr. Salah.

 9          MR. SPIELFOGEL:  Keith Spielfogel and Bill Moffitt on

10    behalf of Dr. Ashqar.

11          THE COURT:  Is there anything I need to take up?

12          MS. HAMILTON:  Two quick things, your Honor.

13          THE COURT:  Sure.

14          MS. HAMILTON:  We're going to be moving pretty

15    quickly into the substance of the translations.  Is it

16    acceptable to you if we pass out the binders before the jurors

17    get here?

18          THE COURT:  Sure.

19          MS. HAMILTON:  And I just got a stipulation signed.

20    I don't have a copy for the Court yet.  Is it okay if I read

21    it in and, then, get a copy at our break?

22          THE COURT:  That is fine.

23          Anything else we need to take up?

24          MR. DEUTSCH:  No.

25          THE COURT:  All right.

1          I need a quick break.  The jury is all here.  Then we

2   will pick up.

3          Agent, if you want to come up to the stand.

4          We will pick up in about five minutes.

5          (Brief recess.)

6          THE COURT:  They are bringing the jury in.

7          MS. HAMILTON:  Judge, we are going to need the

8   projector.

9          THE COURT:  Through your computer?

10         MS. HAMILTON:  Yes.

11         (Jury in.)

12         THE COURT:  You may be seated.

13         Maybe you should pick your binders up first.

14         (Laughter.)

15         THE COURT:  Good morning.

16         I am sure you are happy to come in and see another

17  binder for you.

18         (Laughter.)

19         THE COURT:  We are going to continue today with the

20  presentation of evidence.

21         Agent, I will remind you that you are still under

22  oath, sir.

23         THE WITNESS:  Yes, ma'am.

24     ROBERT MIRANDA, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

25         THE COURT:  We are having a little technical

1    difficulty with my projector.  Help is on the way.

2            Here we go.

3            Good entrance, Joe.

4            Are you going right to documents on the projector?

5            MS. HAMILTON:  I have a little I can do beforehand.

6            THE COURT:  Why do you not start.

7            MS. HAMILTON:  Your Honor, I'd ask permission to read

8    a stipulation.

9            THE COURT:  You may.

10           MS. HAMILTON:  It is hereby stipulated and agreed by

11   and between the United States of America, by and through its

12   attorney, Patrick J. Fitzgerald, United States Attorney for

13   the Northern District of Illinois, and defendant Muhammad

14   Salah, individually and through his attorneys, Michael Deutsch

15   and Erica Thompson, and defendant Abdelhaleem Ashqar,

16   individually and through his attorneys, Keith Spielfogel and

17   William B. Moffitt as follows:

18           The parties agree that Government Exhibit

19   Philadelphia Hotel Records are true and accurate copies of

20   business records of Courtyard Marriott Hotels and are

21   admissible into evidence.

22           So stipulated?

23           MR. SPIELFOGEL:  So stipulated.

24           MS. THOMPSON:  So stipulated.

25           MS. HAMILTON:  Your Honor, may I approach?

1           THE COURT:  Yes, you may.

2           And we are back in business.

3               DIRECT EXAMINATION - Resumed

4    BY MS. HAMILTON:

5    Q.  Agent Miranda, I'm going to show you Government Exhibit

6    Philadelphia Hotel Records.

7           (Documents tendered.)

8    BY MS. HAMILTON:

9    Q.  I'd ask you to please take a look at those.

10   A.  Yes, ma'am.

11   Q.  Do you recognize those records?

12   A.  I do.

13   Q.  Generally, what are they?

14   A.  They are the guest charges and reservations for the

15   Courtyard Marriott at which the Philadelphia conference was

16   held.

17   Q.  And are they records relating to some of the participants

18   of the Philadelphia conference?

19   A.  That's correct.

20   Q.  And are these records that you and other agents used to

21   try and further identify participants of the Philadelphia

22   conference?

23   A.  Yes, they are.

24           MS. HAMILTON:  Your Honor, pursuant to the

25   stipulation, I'd move that government exhibit into evidence.

1          THE COURT:  Any objection?

2          MR. SPIELFOGEL:  No, Judge.

3          MR. DEUTSCH:  None.

4          THE COURT:  So admitted.

5          (Government Exhibit Philadelphia Hotel Records

6       received in evidence.)

7   BY MS. HAMILTON:

8   Q.  In addition to reviewing hotel records, have you also

9   reviewed credit card records for charges incurred for plane

10  tickets for flight to Philadelphia?

11  A.  Yes, I have.

12          MS. HAMILTON:  Your Honor, at this time I move for

13  the admission of Government Exhibit HLFAMX Group pursuant to a

14  902(11) certification.

15          THE COURT:  Any objection?

16          MR. MOFFITT:  No, ma'am.

17          MR. DEUTSCH:  No.  No objection.

18          THE COURT:  So admitted.

19          (Government Exhibit HLFAMX Group received in

20       evidence.)

21          MS. HAMILTON:  May I approach?

22          THE COURT:  You may.

23  BY MS. HAMILTON:

24  Q.  Agent Miranda, I'm going to show you what was just

25  admitted as Government Exhibit HLFAMX Group and ask you to

1    take a look at these.

2              (Documents tendered.)

3    BY MS. HAMILTON:

4    Q.  Do you recognize those records?

5    A.  Yes, ma'am, I do.

6    Q.  Generally, what are they?

7    A.  American Express records from the Holy Land Foundation

8    regarding purchases of airline tickets related to the

9    Philadelphia conference.

10   Q.  And are those records that you and other agents used to

11   try and identify participants of the Philadelphia conference?

12   A.  Yes, they are.

13   Q.  Throughout the translations of the Philadelphia

14   conference, are some of the individuals actually identified by

15   name by other individuals?

16   A.  Yes, that's correct.

17   Q.  And are some individuals identified by an alias or

18   nickname?

19   A.  Yes, that's also correct.

20   Q.  From the review of the documents, the audio recordings and

21   the video recordings, approximately how many people were in

22   attendance over the three-day period at the Philadelphia

23   conference?

24   A.  Approximately 20.

25   Q.  Agent, I think you have in front of you the binder

1    Philadelphia Conference Transcripts.

2    A.  I do.

3    Q.  I'd ask you to direct your attention to the first page of

4    the binder.

5    A.  Yes.

6            MS. HAMILTON:  And, your Honor, I believe that the

7    jury now has a binder, as well, if they could also flip to the

8    first page.

9            THE COURT:  Yes.

10           Ladies and gentlemen, please turn to the first page

11   in the binder Philadelphia Conference Transcripts.

12   BY MS. HAMILTON:

13   Q.  Agent Miranda, what appears on this first page?

14   A.  This is an identification of the individuals who were

15   identified, either completely or partially, and a two-letter

16   designation for their name next to their name so you know who

17   they are throughout the transcript.

18   Q.  Are there individuals who were present at the Philadelphia

19   conference who the FBI still has not been able to identify?

20   A.  That's correct.

21   Q.  And how are those individuals designated in the

22   translations?

23   A.  Generally, it's just "Unknown Male" or "Unknown."

24   Q.  And is the abbreviation at the top where you see "UM" in

25   brackets, is that how someone who has not yet been identified

 1   is designated?

 2   A.  Correct.

 3   Q.  And further down, there -- four down, there -- is in

 4   parentheses "LNU."  What does that designate on these

 5   translations?

 6   A.  "Last Name Unknown."

 7   Q.  And what does that mean?

 8   A.  It means we have the first name, but we don't know the

 9   last name of the individual.

10   Q.  Moving down onto the two letters with the equals signs,

11   there is "Mu" with an equals sign "Muin" in parens "LNU."

12           Since this cover sheet was created, has the FBI been

13   able to determine the last name of this individual?

14   A.  Yes, we have.

15   Q.  And what is it?

16   A.  Muin Shabib.

17           THE COURT:  Would you spell that for the record,

18   please.

19           THE WITNESS:  Ma'am, it's spelled S-h-a-b-i-b.

20   BY MS. HAMILTON:

21   Q.  Agent Miranda, do the translations reflect introductory

22   remarks made by a participant of the Philadelphia conference?

23   A.  Yes, they do.

24   Q.  Who made those remarks?

25   A.  Omar Ahmad.

1          MS. HAMILTON:  Your Honor, at this time, we'd ask for

2     permission to move to Tab 5, Page 9, Line 25.

3          THE COURT:  Please turn to Tab 5, Page 9.

4          You may proceed.

5     BY MS. HAMILTON:

6     Q.  Agent Miranda, is this the section where the introductory

7     remarks appear?

8     A.  Yes, ma'am.

9          MS. HAMILTON:  Your Honor, I'd ask permission to

10    publish Page 9, Line 25, through Page 15, Line 4 of Tab 5.

11         THE COURT:  You may.

12         (Whereupon, said tape was played in open court.)

13         MS. HAMILTON:  And, Judge, for the record, I believe

14    I misspoke and said that we were going to be publishing

15    through Page 15, Line 4.  That was through Page 14, Line 4.

16         THE COURT:  Through 14?

17         MS. HAMILTON:  Page 14, Line 4.

18         And I also just want to make sure it was clear for

19    the jurors that what they have in their books is what is being

20    -- on the screen.  So, it's whatever is easier for them in

21    terms of following.

22         THE COURT:  Okay.

23    BY MS. HAMILTON:

24    Q.  Agent Miranda, do the transcripts reflect the use of

25    certain terms throughout the course of the meeting?

Miranda - direct

1    A.  They do.

2    Q.  Is "the movement" one of those terms?

3    A.  Yes, "the movement" is a term used in this.

4    Q.  Is "Samah" one of those terms?

5    A.  "Samah" is.

6    Q.  Agent Miranda, if you spell "Samah" in reverse, what word

7    does it spell?

8    A.  "Hamas."

9         MS. HAMILTON:  Your Honor, I'd now ask permission to

10   move to Tab 6, Page 9.

11        THE COURT:  Ladies and gentlemen, please turn to Tab

12   6 of this binder, Page 9.

13        MS. HAMILTON:  Lines 5 through 16.

14        THE COURT:  Okay.

15        MS. HAMILTON:  And I'd ask permission to publish that

16   portion of the translation.

17        THE COURT:  You may.

18        (Whereupon, said tape was played in open court.)

19   BY MS. HAMILTON:

20   Q.  Agent Miranda, at Line 12 of Page 9, the translations

21   reflect the letters "IAP."  Through the course of your work,

22   are you familiar with that acronym?

23   A.  Yes, I am.

24   Q.  What is it an acronym for?

25   A.  Islamic Association of Palestine.

1        MS. HAMILTON:  Your Honor, I'd now ask permission to

2   move to -- still within Tab 6 -- Page 10, Line 39.

3        THE COURT:  Please turn to the next page, Page 10,

4   beginning at Line 39.

5        MS. HAMILTON:  And I'd ask permission to publish from

6   Page 10, Line 39, through Page 11, Line 38.

7        THE COURT:  You may.

8        (Whereupon, said tape was played in open court.)

9        MS. HAMILTON:  Your Honor, I'd now ask to move to Tab

10  9.

11       THE COURT:  Please turn to Tab 9, Page 2.

12       MS. HAMILTON:  And I'd ask permission to have Agent

13  Miranda publish by reading Lines 2 through 15.

14       THE COURT:  Okay.

15       You may read those, Agent Miranda.

16       THE WITNESS:  Yes, ma'am.

17  BY THE WITNESS:

18  A.  "On the contrary, the polarization issue which exists on

19  the Front which happened in the past in the Organization is

20  happening in the Islamic Movement.  Therefore, a lot of people

21  from our end will take the direction of -- of -- Jihad and

22  this Sheik who is in New York and stuff.  At the end, it will

23  appear that we took a very indecisive stand.  Therefore, we

24  must -- my brothers, just as our sister Samah acquired her

25  beauty and her fine wedding, God's willing, through her

1    credibility on the Palestinian street.

2            "She married from the street?

3            "No, in her father's house.  How did she get her

4    credibility?  Through her presence, through her position.  So,

5    my brothers, if we didn't prove our credibility today before

6    tomorrow, regarding the position, we will lose a lot and this

7    will be considered postponement of the struggle."

8            MS. HAMILTON:  Your Honor, I'd now ask permission to

9    move to Tab 19.

10           THE COURT:  Please turn to Tab 19.

11           MS. HAMILTON:  Page 8.

12           THE COURT:  Page 8 of that tab.

13           MS. HAMILTON:  And I'd ask permission to publish from

14   Page 8, Line 24, through Page 9, Line 16.

15           THE COURT:  You may.

16           (Brief pause.)

17           MS. HAMILTON:  Your Honor, can we have a moment?  It

18   seems the audio has turned off.

19           THE COURT:  Okay.

20           (Brief pause.)

21           (Whereupon, said tape began to be played in open

22       court.)

23           MS. HAMILTON:  I think we have it.  We're going to

24   try starting, again.

25           (Whereupon, said tape was played in open court.)

Miranda - direct

33

1      MS. HAMILTON:  Your Honor, I'd now ask to move to Tab

2   16, Page 6.

3      THE COURT:  Please turn to Tab 16, Page 6.

4      MS. HAMILTON:  And I'd ask permission to have Agent

5   Miranda publish by reading Lines 7 through 19.

6      THE COURT:  You may.

7   BY THE WITNESS:

8   A.  "Assuming that it will succeed, there must be a method and

9   a line for dealing with them.  God knows what agreements will

10  be made in the future between sister Samah and the

11  Organization.  In the future, they might make agreements and

12  become friends.  God knows.  God knows.

13      "Okay, assuming that they remain enemies.  Assuming

14  that they remain enemies.

15      "Assuming that they remain enemies, huh -- I work on

16  the American front and the Organization has some Palestinian

17  community that I won't ignore.  I'm telling you from now,

18  anyone who will think that the Organization will is not

19  correct.

20      "Fine, yes."

21      MS. HAMILTON:  And I now ask to move to Tab 17.

22      THE COURT:  Please turn to Tab 17.

23      MS. HAMILTON:  Page 12.

24      THE COURT:  Page 12.

25      MS. HAMILTON:  And I'd ask permission to have Agent

1  Miranda publish by reading Lines 14 through the beginning of

2  Line 16.

3          THE COURT:  You may.

4  BY THE WITNESS:

5  A.  "My part, yes.  So, the matter is over for the -- you see.

6  They won't support you unless Samah is strong in the field and

7  imposed itself on the Organization."

8          MS. HAMILTON:  And I'd now ask to move to Tab 9.

9          THE COURT:  Please turn to Tab 9.

10         MS. HAMILTON:  Page 6.

11         THE COURT:  Page 6.

12         MS. HAMILTON:  And I'd ask permission to have Agent

13 Miranda publish by reading Lines 21 through 35.

14         THE COURT:  You may read that.

15 BY THE WITNESS:

16 A.  "To begin with, excuse me, the point I am about to present

17 to you will be confirmed by a message from our brothers inside

18 to all of you.  If financial support for them does not

19 continue, our institutions will really stop, in addition to

20 the issues discussed.  This piece of information is, for

21 example --

22         "No, of course --

23         "Okay.  They say that Hamas and the Movement -- the

24 Movement will flourish -- the Movement will flourish under

25 self-rule just like all the other institutions of the --

1              "They're being smart --

2              " -- and that their families will get the same thing

3    other families got.  When they hear this, their opposition

4    will practically dim.  This is what they're saying."

5              MS. HAMILTON:  And I'd now ask permission to stay in

6    Tab 9 but move to Page 9.

7              THE COURT:  Please turn to Page 9 of Tab 9.

8              MS. HAMILTON:  And I'd ask permission to have Agent

9    Miranda publish by reading on Page 9, starting at Line 41 in

10   the middle where the sentence picks up to --

11             THE COURT:  You may do so.

12             MS. HAMILTON:  -- Page 10, Line 2, to where the

13   sentence in the middle of that line ends.

14             THE COURT:  Okay.

15   BY THE WITNESS:

16   A.  "The second option says no, strengthen the community here

17   and support the Movement in the future.  I will say a remark;

18   which is, that the Movement is currently going through its

19   most difficult times.  I mean, any desertion or retreat in the

20   support it used to get a day before the agreement would lead

21   to the weakening of the position of the Movement."

22             MS. HAMILTON:  And still on Page 9, I'd ask

23   permission to publish by -- have Agent Miranda publish by --

24   reading Page 10, Lines 20 to 22, Line 20 starting where the

25   last sentence picks up.

1          THE COURT:  I am sorry, Ms. Hamilton, Page 9 or Page

2    10?  You said --

3          MS. HAMILTON:  Page 10.

4          THE COURT:  Okay.

5          MS. HAMILTON:  Still within Tab 9.

6          THE COURT:  Okay.

7          MS. HAMILTON:  The very end of Line 20 through end of

8    Line 22.

9          THE COURT:  That is fine.

10   BY THE WITNESS:

11   A.  "Therefore, I see that America constitutes five

12   fundamental axes for the Movement.  First, to remain a secure

13   place for the Movement."

14   BY MS. HAMILTON:

15   Q.  Agent Miranda, just prior to the Philadelphia conference

16   being held, what, if anything, had happened that was relevant

17   to the Arab-Israeli conflict?

18   A.  There was the very public signing of the Oslo Peace

19   Accords in a White House ceremony.

20   Q.  And do the transcripts -- the translations -- reflect

21   numerous reference to the Oslo Peace Accords or agreement?

22   A.  Yes, both directly and indirectly.

23          MS. HAMILTON:  Your Honor, I ask permission to move

24   to Tab 6.

25          THE COURT:  Please turn to Tab 6.

1          MS. HAMILTON:  Page 4.

2          THE COURT:  Page 4.

3          MS. HAMILTON:  And I'd ask permission to publish from

4  Page 4, Line 17, through Page 6, Line 30.

5          THE COURT:  You may do so.

6          (Whereupon, said tape was played in open court.)

7          MS. HAMILTON:  Your Honor, I now ask permission to

8  move to Tab 7, Page 1.

9          THE COURT:  Please turn to Tab 7, the first page.

10          MS. HAMILTON:  And I'd ask permission to publish

11  starting at Line 20 through Page 2, Line 5.

12          THE COURT:  You may.

13          (Whereupon, said tape was played in open court.)

14  BY MS. HAMILTON:

15  Q.  Agent Miranda, I now want to direct your attention back to

16  the cover page, the first page of the binder?

17  A.  Yes, ma'am.

18  Q.  Is defendant Ashqar listed anywhere on this cover page?

19  A.  He is.

20  Q.  And where is he listed?

21  A.  About halfway down the list of names.

22  Q.  What are the letters by which he's designated within these

23  translations?

24  A.  "As."

25  Q.  In the section that was just published, later on in that

1  section of the meeting, do the translations reflect defendant

2  Ashqar speaking about derailing the agreement?

3  A.  Can you point me to the section, again?

4  Q.  Yes.  We were at Tab 7.  And I direct you to Page 4, Line

5  31.

6          (Brief pause.)

7  BY THE WITNESS:

8  A.  That's correct.

9          MS. HAMILTON:  Your Honor --

10 BY THE WITNESS:

11 A.  He was.

12         MS. HAMILTON:  -- I'd ask permission to publish Tab

13 7, Page 4, Line 31, through Page 10, Line 11.

14         THE COURT:  You may.

15         Please turn to Tab 7, Page 4.

16         You may publish.

17         (Whereupon, said tape was played in open court.)

18 BY MS. HAMILTON:

19 Q.  Agent Miranda, in that long section we just went through,

20 there were a couple of unknown males as designated in the

21 translation; is that correct?

22 A.  That's correct, ma'am.

23 Q.  The majority of the speaking seems to have been --

24 according to the translations -- done by three individuals

25 designated as "Sh," "Ga" and "As," correct?

1   A.   Correct.

2   Q.   According to the cover sheet of the binders, can you tell

3   the jury who those three individuals are designated as?

4   A.   "As" would be Abdelhaleem Ashqar, "Sh" is Shukri Abu

5   Baker, and "Ga" is Gawad or Gawad.

6         MS. HAMILTON:   Your Honor, I have two short sections

7   to publish and, then, a longer section.  So, perhaps I could

8   do the short sections and, then, take a break?

9         THE COURT:   Okay.  That is a good idea.

10  BY MS. HAMILTON:

11  Q.   Agent Miranda, can I direct your attention to Tab 21, Page

12  6?

13  A.   Yes.

14        MS. HAMILTON:   And, your Honor, I'd ask permission to

15  have Agent Miranda publish by reading on Page 6, starting at

16  the very end of Line 34 through about three-fourths of the way

17  through Line 40, where the sentence ends.

18        THE COURT:   That is fine.

19        Ladies and gentlemen, please turn to Tab 21, Page 6.

20        Agent, you may read that portion.

21        THE WITNESS:   Yes, ma'am.

22  BY THE WITNESS:

23  A.   "We started the conflict, our brothers, and thanks be to

24  God, the Movement -- the Islamic Movement -- and direct

25  conflict started in the name of there is no God but God and

1    God is great, and we thought that the cause will continue in

2    the form of conflict, conflict and conflict, but that there

3    would be no rivers in the way.  The rivers which the

4    Palestinian people are rushing madly to."

5         What line was I supposed to finish with, ma'am?

6    BY MS. HAMILTON:

7    Q.  On through Page 40, just the next sentence where it ends.

8    A.  Right.

9         "The Palestinian people will really rush madly to

10   them, and our duty is not to rush madly with them, to remain

11   steadfast on what we have."

12        MS. HAMILTON:  And, your Honor, I'd like to, if I

13   could, direct back to Tab 7, Page 2.

14        THE COURT:  Okay.

15        Please turn to Tab 7, again, Page 2.

16        MS. HAMILTON:  And I'd ask permission to publish from

17   Tab 7, Page 2, Line 39, through Page 3, Line 42.

18        THE COURT:  That is fine.  You may publish that.

19        (Whereupon, said tape was played in open court.)

20        THE COURT:  Let us take our morning break.

21        MR. MOFFITT:  Your Honor --

22        THE COURT:  One moment.  Can it wait until after the

23   jury walks out?

24        MR. MOFFITT:  Yes, yes.

25        THE COURT:  Okay.

Miranda - direct

41

1           We will take our morning break.

2           (Jury out.)

3           THE COURT:  Counsel, I need to have a quick sidebar

4    with you.

5           (Proceedings had at sidebar:)

6           (Whereupon, Lines 6 through 16 were ordered sealed by

7        the Court, and transcribed under separate cover.)

8

9

10

11

12

13

14

15

16

17           MR. MOFFITT:  Can I have five minutes before we put

18   the jury in the box?

19           THE COURT:  Sure.

20           Do you want to do it now or --

21           MR. MOFFITT:  I can do it now.

22           THE COURT:  Whatever your preference is.

23           MR. MOFFITT:  I'll do it then.

24           THE COURT:  Okay.

25           Come back a little before 11:00.

1              MR. MOFFITT:  Okay, ma'am.

2              (Brief recess.)

3              THE COURT:  Yes, Mr. Moffitt?

4              MR. MOFFITT:  Most respectfully, ma'am, I have now

5    listened to the government's -- or at least a substantial

6    portion of the government's -- evidence with regard to the

7    Philadelphia meeting, and I am concerned at this point because

8    under our First Amendment, the government can't prohibit

9    membership in Hamas or an endorsement of Hamas' views.

10             All the Philadelphia meeting -- all we've heard at

11   this particular point regarding the Philadelphia meeting -- is

12   information concerning endorsing particular or discussions of

13   particular views of people.  It is simply not illegal under

14   our system of justice for you to have a disagreement about the

15   Oslo peace process.  It simply isn't.

16             The government is making this case seem like people

17   can't be members of Hamas and can't endorse its views here in

18   the United States.  And I think that's inappropriate,

19   incorrect, and I don't think that they can use appropriate --

20   what is apparently appropriate -- First Amendment activity or

21   activity that would be governed by the First Amendment and try

22   to make it into a criminal act.  And that's what they've done.

23             So, respectfully, I ask for a mistrial with regard to

24   this.

25             THE COURT:  Ms. Hamilton?

1          MS. HAMILTON:  Judge --

2          THE COURT:  Or Mr. Ferguson or whoever.

3          MS. HAMILTON:  This is a Rule 29 motion or a closing

4    argument.  I don't think at this point it's appropriate.

5          THE COURT:  I agree.

6          Your request is denied.  I have addressed the First

7    Amendment issue at length in multiple pretrial motions and --

8          MR. MOFFITT:  I understand.

9          THE COURT:  -- the government is still putting on its

10   case.

11         MR. MOFFITT:  I understand, but this jury is being

12   misled.

13         THE COURT:  I will instruct them on the law at the

14   end of the case, if it makes it that far.  I will hear Rule 29

15   motions at the end of the government's presentation of

16   evidence.

17         MR. MOFFITT:  I made my motion.

18         THE COURT:  Okay.

19         MR. DEUTSCH:  Judge, I would join in, on behalf of

20   Mr. Salah, Mr. Moffitt's motion.

21         THE COURT:  Okay.  The same ruling.

22         Do you have comments on the proposal I gave you?

23         MR. SCHAR:  We have no changes.

24         MR. DEUTSCH:  It's fine with us, too.

25         MR. MOFFITT:  Fine with us, as well.

 1          THE COURT:  The jurors have asked, Ms. Hamilton, if

 2   there is any way to slow down the recording.  They have also

 3   asked for highlighters, which I have provided to them.

 4          MS. HAMILTON:  There is no way to slow down the

 5   recording.  The translation goes with the Arabic speaking.

 6   So, it's either quicker or slow as the speaker is going.

 7          THE COURT:  Okay.

 8          They have received highlighters.  That should help.

 9          MR. DEUTSCH:  Judge, I noticed at the very last

10   recording that was played, as I was looking at it, it ended so

11   abruptly it was really hard for anyone to read it.  And, I

12   mean, I know -- I think that's probably what prompted that

13   response.  The very last three or four lines of the recording

14   kind of just went off the screen.

15          MR. MOFFITT:  Ma'am?

16          THE COURT:  Okay.

17          The other thing that they have requested through the

18   Court Security Officer is when you -- when a tab is referred

19   to, give them a moment before you go into things to get to the

20   tab.

21          Yes, Mr. Moffitt?

22          MR. MOFFITT:  This is exactly my point.  The jury now

23   is being tied to words and words are now becoming the weapons

24   against our clients because now what the jury is going to do

25   is they want to highlight particular words in this

1  Philadelphia conference.  And that's exactly what the First

2  Amendment says shouldn't be done.

3         THE COURT:  They will be -- I will hear any Rule 29

4  motions at the end of the case and they will be instructed on

5  the law, including the First Amendment issues.

6         MR. MOFFITT:  Under the circumstances, I object to

7  them being given a highlighter.

8         MR. DEUTSCH:  Judge, is it possible for you to give

9  them some kind of cautionary instruction now that, "You are

10  hearing discussions that are necessarily not criminal

11  themselves and protected by the First Amendment"?

12         THE COURT:  I do not think that is appropriate at

13  this stage.

14         MR. DEUTSCH:  Well, we would ask you to do that at

15  this point.

16         THE COURT:  Your request is denied.

17         MS. HAMILTON:  Your Honor, with respect to the

18  publication and it ending as soon as the tape ends, that's the

19  way it's programmed.  We'll check over the lunch break and see

20  if we can shut that off.

21         THE COURT:  Okay.

22         Bring in the jury, please.

23         (Jury in.)

24         THE COURT:  You may be seated.

25         Ms. Hamilton, you may continue.

1              MS. HAMILTON:  Thank you, your Honor.

2    BY MS. HAMILTON:

3    Q.  Agent Miranda, over the course of the Philadelphia

4    conference, do the translations reflect certain participants

5    making presentations to the rest of the group?

6    A.  Yes, they do.

7    Q.  And do the translations reflect that defendant Ashqar made

8    a presentation to the group?

9    A.  Yes, he made a presentation.

10             MR. MOFFITT:  Objection.

11             May I have a continuing objection along the lines

12   that we spoke about?

13             THE COURT:  Certainly.

14             And my ruling --

15             MR. MOFFITT:  I understand.

16             THE COURT:  -- will stand.

17             MR. MOFFITT:  I understand.

18             MS. HAMILTON:  Your Honor, I'd ask permission to move

19   to Tab 8, please.

20             THE COURT:  Ladies and gentlemen, please turn to Tab

21   8 in the binder.

22             MS. HAMILTON:  And I'd like to go to Page 2.

23             THE COURT:  Please turn to Page 2 of Tab 8.

24             MS. HAMILTON:  And I'd ask permission to publish from

25   Page 2, Line 18, through Page 8, Line 7.

1                THE COURT:  You may.

2                (Whereupon, said tape was played in open court.)

3    BY MS. HAMILTON:

4    Q.  Agent Miranda, in the section that was just published, I'd

5    like to direct your attention back to Page 4, Lines 37 to 43.

6    A.  Yes, ma'am.

7    Q.  And within that section that was published, are there

8    references to Muhammad Salah?

9    A.  Yes, there are.

10               MS. HAMILTON:  Your Honor, could we switch to the

11   Elmo briefly?

12               THE COURT:  Yes.

13   BY MS. HAMILTON:

14   Q.  Agent Miranda, do you have the Search Document

15   Translations binder in front of you?

16   A.  Yes, I do.

17   Q.  I'd ask you to flip to Tab 24, please.

18               THE COURT:  Do you want the jury to, as well --

19               MS. HAMILTON:  Yes, your Honor.

20               THE COURT:  -- or are you going to publish it?

21   BY MS. HAMILTON:

22   Q.  And I direct your attention to the first page behind that

23   tab, which is designated at the top ASH 483?

24               THE COURT:  Okay.  One moment, please.

25               Ladies and gentlemen, please switch binders.  The

1    binder that is Search Documents.  It is a thick binder.

2           And Tab 24 in the Search Documents binder.

3           MS. HAMILTON:  Your Honor, I'm going to publish it on

4    the Elmo, if they don't want to look in the binder.

5           THE COURT:  If you do not want to look in your

6    binders and would prefer to look on the screen, that is fine,

7    as well.  But if you want to look in your binders, Tab 24.

8           MS. HAMILTON:  Your Honor, may I publish on the Elmo?

9           THE COURT:  You may.

10          MS. HAMILTON:  And I'd ask permission to have Agent

11   Miranda publish by reading ASH 483, which is behind Tab 24.

12          THE COURT:  You may.

13   BY THE WITNESS:

14   A.  "In the name of God, the merciful, the compassionate.

15   America's relationship with the inside.

16          "This must be reconsidered in the light of the

17   following new developments and events:"

18          Point 1, "Muhammad Salah.  We are not above the law,

19   accuracy, caution."

20          Point 2 -- " excuse me -- "Peace agreement.  It

21   intended the legitimacy of resisting the Israelis as

22   occupiers, as well as the situation whereby they are

23   attempting to end the pockets of opposition and inciting

24   others to do so."

25          Point 3, "The inability to send delegations to the

1    inside, exiles, inside."

2         Point 4, "The inability to receive official

3    delegations.

4         "Categories of Work the Inside needs from America.

5         "Charity work.

6         "Education.

7         "Media.

8         "Sit-ins and protests.

9         "Research.

10        "Human rights.

11        "Facilitating delegations' visits.

12        "Receiving delegations.

13        "Maintaining the archive.

14        "Investment.

15        "Regulations for the relationship:

16        "Lawfulness of the work.

17        "Institutional relationship.

18        "Continuity."

19        MS. HAMILTON:  Your Honor, may we switch back to the

20   computer?

21        THE COURT:  Yes.

22   BY MS. HAMILTON:

23   Q.  And, Agent Miranda, that document that you just read, are

24   you familiar with that as a translation of a document found in

25   defendant Ashqar's residence?

1   A.   That's correct, ma'am.

2   Q.   Switching back to the translations of the Philadelphia

3   conference, do the translations reflect later in the

4   conference a comment about the brothers in Chicago who

5   traveled and went to Palestine?

6   A.   Yes.

7           MS. HAMILTON:   Your Honor, may we move to Tab 13 in

8   the Philadelphia conference?

9           THE COURT:   Yes.

10          Ladies and gentlemen, back to the Philadelphia

11  Conference Transcripts binder, Tab 13.

12          Wait just one moment, Ms. Hamilton.   Let us give

13  everybody a chance to switch.

14          (Brief pause.)

15          THE COURT:   Tab 13.

16          MS. HAMILTON:   Page 5, your Honor.

17          THE COURT:   Okay.

18          MS. HAMILTON:   And I'd ask permission to have Agent

19  Miranda publish by reading Line 12 through 25 on Page 5.

20          THE COURT:   You may.

21  BY THE WITNESS:

22  A.   "Yes -- the issue -- the issue has two sides.   One issue

23  is that the brothers working for Palestine don't work for

24  anything else.   I mean, not only for Palestine, for anything

25  else.   Therefore, the brothers are feeling kind of like,

1    'We're making contributions and working and where are you?'

2    The other brothers, what do they feel?  They feel that you

3    sometimes work -- first of all, you took the potentials from

4    the other branches of work and used them for Palestine; and,

5    at the same time, you're being arrogant with us and say that

6    you work and we don't.  Also, there is the issue of those

7    brothers in Chicago who traveled and went to Palestine.  So,

8    there was a talk from the government and stuff that there is a

9    danger from that.  So, they went over and requested a meeting.

10   They requested a meeting and a suggestion was made during the

11   meeting to coordinate the issue.  A suggestion was made by a

12   Jordanian person to start an alternative, meaning that they

13   want the organizations to form a solidarity committee for the

14   Palestinian people and the other organizations would dissolve

15   in it within two years.  It was a suggestion made by whom?  By

16   one or two people."

17   Q.  Agent Miranda, do the translations also reflect a

18   discussion about whether Congress had declared Hamas a

19   terrorist organization?

20   A.  Yes.

21          MS. HAMILTON:  Your Honor, I'd ask permission to move

22   to Tab 15.

23          THE COURT:  Please turn to Tab 15 in this binder.

24          MS. HAMILTON:  Page 10.

25          THE COURT:  Page 10.

1          MS. HAMILTON:  And I'd ask permission to publish Tab

2     15, Page 10, Line 4, through Page 14, Line 43.

3          THE COURT:  You may.

4          (Whereupon, said tape was played in open court.)

5     BY MS. HAMILTON:

6     Q.  Agent Miranda, in that section that was just published,

7     there was a reference to a meeting between the IAP and the

8     FBI; is that correct?

9     A.  Yes.

10    Q.  Agent Miranda, please move to the Search Document binder,

11    Tab 5.

12         MS. HAMILTON:  And, your Honor, I ask permission to

13    publish on the Elmo.

14         THE COURT:  You may.

15         Ladies and gentlemen, if you want to look at it in

16    your binder, please grab your Search Documents binder.

17    Otherwise, you can look at it on the Elmo.

18         And turn to Tab 5.

19         MS. HAMILTON:  Your Honor, may I have a moment?

20         THE COURT:  Sure.

21         (Brief pause.)

22    BY MS. HAMILTON:

23    Q.  And, Agent Miranda, I'd first like to direct your

24    attention to the first document behind Tab 5, which at the

25    bottom is designated ASH 73, 74 and 75.

Miranda - direct

53

1          Are you there?

2    A.  Yes.

3    Q.  And, generally, do you recognize this to be one of the

4    documents found in defendant Ashqar's residence?

5    A.  Yes, I do.

6          MS. HAMILTON:  Your Honor, I ask permission to have

7    Agent Miranda publish by reading the first two pages of this

8    document.

9          THE COURT:  Yes.

10   BY THE WITNESS:

11   A.  "Meeting with the FBI on Wednesday, 2/24/93, at 12:45

12   p.m."

13        "Representatives of the IAP, A. Kharroubi; ADC,

14   Albert Mokhibar, Craig Nojeim; and, AMC, A. Ammoudi, met with

15   FBI Assistant Director on the Counter International Terrorism,

16   Neil Gallagher, on Wednesday, February 24, 1993, to discuss

17   the recent reports of FBI investigations of Palestinians in

18   Houston, Texas; Columbia, Missouri; and, San Francisco,

19   California.

20        "The meeting concentrated on one major issue and two

21   minor ones.  The major issue was whether the FBI is running

22   any investigation of Muslims or Arabs who are supporting the

23   Palestinians under occupation, and the recent visits of FBI

24   agents to five Palestinians in Houston, Columbia and SF.  The

25   other issues discussed was the reason why Hamas was on the

1    international terrorist list and the allegations of the

2    Israeli government published in New York Times.

3           Point 1, "The major issue discussed was whether the

4    FBI is investigating or planning to investigate active

5    Palestinians -- or Arabs -- and Muslims involved in

6    fundraising and who are politically active in supporting the

7    Palestinians under occupation.  The FBI Assistant Director

8    denied completely that they are investigating or there is any

9    plan to investigate Arabs or Muslims based on the recent

10   Israeli-led media campaign.  The FBI position is that they are

11   not driven by media to instigate and investigation, and that

12   they are aware of the fact that Israel is doing this to divert

13   the attention from the deportees issue.  In addition, it is

14   the right of the people in this country to raise funds.

15          Point 2, "We presented the five cases of FBI

16   investigation or visits to Palestinians in three different

17   states and the concern that there is a trend and commonality

18   in these cases, in terms of the questions raised about

19   fundraising and training camps.  The other concern was that

20   this is coinciding with the media campaign against Hamas.  The

21   FBI Assistant Director tried to dilute the issue, that this

22   could be just regular contact with people, but promised he

23   will investigate; and, if this was true, this meant that there

24   was some people who stepped beyond the line and he promised to

25   do something about it.

1          "The issue of Hamas as an international -- " Point 3,

2   excuse me.

3          "The issue of Hamas as an international terrorist

4   organization was brought up because there was a chart in the

5   meeting room that lists Hamas and the Palestinian Islamic

6   Jihad among the international terrorist organizations.  The

7   other issue was the legality of people donating to Hamas.  The

8   FBI Assistant Director said he realized the complexity of

9   Hamas and that they have their social, religious and other

10  activities, in addition to their military arm.  The FBI

11  considers only the military arm of Hamas as an international

12  terrorist organization for reasons he refused to go into.  He

13  also mentioned there is nothing wrong with people donating to

14  Hamas as long as they do not donate directly to the military

15  arm of Hamas.  He made the analogy with the IRA, since the

16  -- "

17  BY MS. HAMILTON:

18  Q.  And, Agent Miranda, before you go on, is there handwriting

19  at the bottom of the page?

20  A.  Yes, there is.

21  Q.  Could you read that?

22  A.  "Neil Gallagher, Assistant Director of the FBI (William

23  Sessions.)"

24  Q.  Thank you.

25  A.  "He made the analogy with the IRA, since the provisional

1    IRA is considered as a terrorist organization and people here

2    in the U.S. donate to IRA.  It is the person himself that

3    decides where the donations go is violating the law if he/she

4    designated part of the donations to go to the military arm of

5    Hamas.  He also mentioned that this list is just a working

6    chart for those -- " "for them and does not represent the

7    official stand of the State Department.

8              "A question about the report of the presence of

9    leaders of Hamas in this country was brought up.  The FBI

10   Assistant Director said that the Israeli government would like

11   to give the impression that Washington is the headquarters for

12   Hamas leadership, but he knows that this is a media blitz and

13   exaggeration.  However, as long as people are not connected

14   with the military arm of Hamas, then there is no problem.

15   This does not mean that other Hamas members will not be

16   investigated in order to make sure that they are not connected

17   to the military arm of Hamas.

18             "The ADC accused that the FBI and the State

19   Department get their information about Hamas and others

20   through Israel supporters in the Congress.  Besides, Hamas did

21   not do anything here in the U.S. and was engaged only in

22   attacking military targets in Israel.  In addition, the JDL is

23   not on the terrorist list despite what they did in this

24   country; namely, killing Alex Odeh, for example.  The FBI

25   Assistant Director denied that there -- that they base their

1    decisions on such reports and that was only a working chart.

2    He said whether Hamas was involved in terrorist acts is not

3    the issue here and others may dispute or provide additional

4    information to what you said.  The FBI is concerned with the

5    potential that Hamas may target U.S. personnel in the future.

6            "The message was given to the FBI that due to the

7    nature of the Arab and Muslim communities coming from

8    countries with dictatorship regimes, that even such isolated

9    incidents of the FBI visits may cause some panic in the

10   community and such visits need to be stopped immediately.  The

11   FBI Assistant Director promised he will look into these cases

12   and within a week try to contact back ADC concerning his

13   findings."

14   Q.  Now, Agent Miranda, do you know Neil Gallagher?

15   A.  No.

16   Q.  Were you present at this meeting?

17   A.  No.

18   Q.  Do you have any personal knowledge as to if any of those

19   matters were even spoken about?

20   A.  No.

21   Q.  I'd now like you to flip to the next document that appears

22   behind that same tab, which is at the top designated ASH 81,

23   82 and 83.

24           THE COURT:  So, we are still behind Tab 5 in the

25   Search Documents, just another document in.

1  BY MS. HAMILTON:

2  Q.  And I'd like to direct your attention to the first full

3  paragraph of ASH 82.

4       MS. HAMILTON:  And, your Honor, I'd ask permission to

5  have Agent Miranda publish by reading the question and answers

6  that appear under the first "Some questions and answers about

7  the basic rights:"

8       THE COURT:  You may publish that.

9  BY THE WITNESS:

10 A.  "Question:  Do I have the right to attend general

11 political meetings held by political groups if I were not a

12 U.S. citizen?

13      "Answer:  Yes.  Because there is an exactly legal

14 right, according to the First Amendment.  Whether you are a

15 citizen or not, you can express yourself without fear by

16 writing articles or spreading leaflets or organizing charities

17 or joining associations.  Activities may be considered illegal

18 if they are harmful to national security of the United States,

19 such as joining a terrorist group, propagandizing for it or

20 raising funds to support terrorist activities.

21      "Question -- " should I continue, ma'am?

22      MR. DEUTSCH:  I'm sorry, I'm a little bit lost here.

23 Is this ASH 081?

24      THE COURT:  081.

25      MS. HAMILTON:  082.

1          THE COURT:  082.

2          MS. HAMILTON:  Which is actually the third page in

3    the binder.

4          MR. DEUTSCH:  Okay.  I'm sorry.  Thank you.

5    BY MS. HAMILTON:

6    Q.  Agent Miranda, I'd now like to direct your attention to

7    the first full paragraph that appears on ASH 083.

8          MS. HAMILTON:  And, your Honor, I'd ask permission to

9    publish by having Agent Miranda read that first --

10          THE COURT:  You may.

11          MS. HAMILTON:  -- the first -- full paragraph.

12    BY THE WITNESS:

13    A.  "Newspapers reported that the enemy's government had

14    supplied the FBI with information regarding the operation and

15    the activities of Hamas supporters in the United States.

16    These activities include fundraising and political and

17    propaganda for the Movement.  Officials at the U.S. State

18    Department declared that Hamas would be officially considered

19    a terrorist organization.  It said that it would be added to

20    the annual report on terrorism next April.  Therefore, it is

21    expected that the campaign of surveillance and investigation

22    would be escalated against the Hamas activists and supporters,

23    especially in big cities.  This would be either by summoning

24    or home visit or the Bureau or by listening and follow-up

25    later."

Miranda - direct

60

1    Q.  Thank you.

2         MS. HAMILTON:  Your Honor, could we switch back to

3    the computer, please?

4         THE COURT:  Yes.

5    BY MS. HAMILTON:

6    Q.  Agent Miranda, directing your attention back to the

7    translations of the Philadelphia conference, do the

8    transcripts reflect a suggestion to use an official U.S.

9    cover?

10   A.  Yes, they do.

11   Q.  I would direct your attention to Tab 11.

12        THE COURT:  Please turn to Tab 11 in the Philadelphia

13   Conference binder.

14        MS. HAMILTON:  Yes, your Honor.

15        Page 9, please.

16        THE COURT:  Page 9, Tab 11.

17        Okay.

18        MS. HAMILTON:  And, your Honor, I'd ask permission to

19   have Agent Miranda publish by reading on Page 9, starting at

20   the very end of Line 23 where it begins the word "the" and

21   through the very beginning -- or through Line 34, where the

22   sentence ends in the middle of that line.

23   BY THE WITNESS:

24   A.  "The last issue -- "

25        THE COURT:  You may.

1           THE WITNESS:  Pardon me, ma'am.

2           THE COURT:  Go ahead.

3  BY THE WITNESS:

4  A.  "The last issue which needs a quick look is the issue our

5  brother and some of the brothers spoke about, is that we could

6  use an official cover such -- insurance and stuff.  Therefore,

7  I wrote about a point which should be taken into

8  consideration; which is, making available an official U.S.

9  cover representing the Islamic community in general terms, you

10  see?  This way we can visit Palestine not as Holy Land

11  Foundation because the Holy Land Foundation is stamped already

12  as a -- whatever.  So, if we collected a group of

13  representatives of Islamic organizations, one from ISNA, one

14  from ICNA and one from here and there and formed an official

15  delegation representing the Islamic community in America and

16  announced in a studied format we will be going to the occupied

17  territories and Gaza in particular, you see, to provide

18  assistance to Islamic foundations, which are already

19  established."

20           MS. HAMILTON:  And, your Honor, I'd now like to move

21  to Tab 24.

22           THE COURT:  Please turn to Tab 24, the Philadelphia

23  conference binder.

24           MS. HAMILTON:  And I'd ask permission to publish on

25  Page 12 starting at Line 30 through Page 13, Line 9.

1          THE COURT:  You may.

2          MR. DEUTSCH:  Could you repeat that, please?

3          MS. HAMILTON:  Yes.

4          Your Honor, it's Tab 24, Page 12, Line 30, through

5     Page 13, Line 9.

6          (Whereupon, said tape was played in open court.)

7     BY MS. HAMILTON:

8     Q.  Agent Miranda, do the translations also reflect a comment

9     regarding "work that we want to hide"?

10    A.  Yes.

11         MS. HAMILTON:  Your Honor, may we move to Tab 16?

12         THE COURT:  Yes.

13         Please turn to Tab 16 in this binder.

14         MS. HAMILTON:  And I'd ask permission to move to Page

15    5.

16         THE COURT:  Page 5 under Tab 16.

17         MS. HAMILTON:  And I ask permission to have Agent

18    Miranda publish by reading Lines 3 through 9.

19         THE COURT:  You may.

20    BY THE WITNESS:

21    A.  "The problem is where?  We don't have available people to

22    work in the existing organization.  Where do we go to find

23    these people?  Like I told you, go ahead, start a new

24    organization.  But you won't be able to find new faces.  Do we

25    have hidden faces we now bring up to light?  We have what we

1   have.  I mean, we don't really have available people whom we

2   can dedicate for the work we want to hide.  We don't have

3   available people to work right now.  This is one.  The idea

4   which we can discuss in more details is whether we should drop

5   our Islamic identity or keep it."

6   BY MS. HAMILTON:

7   Q.  Agent Miranda, do the translations also reflect a comment

8   about taking precautions in America?

9   A.  Yes.

10       MS. HAMILTON:  Within Tab 16, I'd like to move to

11  Page 13, please.

12       THE COURT:  Please turn to Page 13 within this tab.

13       MS. HAMILTON:  And, your Honor, I'd ask permission to

14  have Agent Miranda publish by reading at Page 13, Lines 18 to

15  32.

16       THE COURT:  You may do so.

17  BY THE WITNESS:

18  A.  "Yes, all of those.  So, what I wanted to say -- and do

19  you know that Arafat was appointed by force by Abdel Nasser.

20  He was supported by Abdel Nasser who was the one who brought

21  him on board and protected him for the cause as Al-Shokeiri

22  didn't -- didn't succeed and didn't do.  In fact, we must take

23  some precaution which suits our presence in America.  But, my

24  brothers, we cannot change the fundamentals of our creed.  We

25  cannot change whatever relates to a Sharia aspect.  I just

1   wanted to draw attention to these fundamentals because I see

2   that the talk is gradually wearing political hues which might

3   be dominant in presenting the issue to the point of making us

4   a different entity.  I say once more if you get drunk and woke

5   up and did whatever, it is known that you work for Islamic

6   activism.  Like the Muslim brothers said before, they said, 'I

7   went inside the bar and this spy following me and it still

8   didn't work.'  He shaved his beard and it didn't work.  Did

9   whatever and it didn't work.  He is a Muslim Brotherhood and

10  that's it.  You see?  Jews and Christians won't be pleased

11  with you until you follow their religion.  What does 'until

12  you follow their religion' mean?  It is like what Arafat did.

13  Arafat followed their religion and he became a Jew."

14              MS. HAMILTON:  Your Honor, I'd now like to move to

15  Tab 17.

16              THE COURT:  Please turn to the next tab, Tab 17.

17              MS. HAMILTON:  Page 8.

18              THE COURT:  Page 8 of that tab.

19              MS. HAMILTON:  I ask permission to publish on screen

20  Lines 38 to 42.

21              THE COURT:  You may.

22              (Whereupon, said tape was played in open court.)

23  BY MS. HAMILTON:

24  Q.  Agent Miranda, do the translations reflect a discussion

25  regarding stabilizing Islamic organizations under a legal

Miranda - direct

65

1    cover?

2    A.  Yes.

3           MS. HAMILTON:  Your Honor, I'd like to move to Tab

4    24.

5           THE COURT:  Please turn to Tab 24.

6           MS. HAMILTON:  Page 18.

7           THE COURT:  Page 18 of Tab 24.

8           MS. HAMILTON:  And I'd ask permission to publish on

9    Page 18, Line 34, through Page 19, Line 21.

10          THE COURT:  You may.

11          MR. MOFFITT:  Could we have those numbers, again,

12   your Honor?

13          MR. HAMILTON:  Yes.

14          THE COURT:  Yes.

15          Page 18, Line 34, through Page 19, Line 21.

16          And we are behind Tab 24.

17          (Whereupon, said tape was played in open court.)

18   BY MS. HAMILTON:

19   Q.  Agent Miranda, do the translations reflect a discussion

20   regarding destroying Israel's military?

21   A.  Yes.

22          MS. HAMILTON:  Your Honor, I'd like to move to Tab 9.

23          THE COURT:  Please turn back to Tab 9.

24          MS. HAMILTON:  Page 8.

25          THE COURT:  Page 8 of Tab 9.

1              MS. HAMILTON:  And I'd ask permission to publish Tab

2    9, Page 8, Line 7 --

3              THE COURT:  You may.

4              MS. HAMILTON:  -- through Page 9, Line 9.

5              THE COURT:  You may publish that.

6              (Whereupon, said tape was played in open court.)

7    BY MS. HAMILTON:

8    Q.  Agent Miranda, do the translations also reflect a

9    discussion regarding the need for people with a direct

10   relationship to jihad getting more money?

11   A.  Yes.

12             MS. HAMILTON:  Your Honor, I'd like to move to Tab

13   13.

14             THE COURT:  Please turn to Tab 13 of the binder.

15             MS. HAMILTON:  Page 1.

16             THE COURT:  Page 1 of Tab 13.

17             MS. HAMILTON:  And I'd ask permission to publish Page

18   1, Line 32, through Page 2, Line 3.

19             THE COURT:  You may.

20             (Whereupon, said tape was played in open court.)

21             MR. DEUTSCH:  Judge, can I have a quick sidebar,

22   please?

23             THE COURT:  You may.

24             (Proceedings had at sidebar:)

25             MR. DEUTSCH:  Maybe I missed it, and I apologize if I

1    did; but, I noticed that there are words in brackets and

2    italicized.  Like, before the word "accord" there's a word

3    "peace."

4              Whose -- what is that?

5              MS. HAMILTON:  On the cover sheet, you will see that

6    things that were bracketed and italicized are the translator's

7    notes that are included.

8              MR. DEUTSCH:  Well, I don't quite understand what

9    that means.  The translator decided that "peace" should go

10   before the word "accord"?

11             MS. HAMILTON:  He did.

12             He listened to the tapes for over six months and --

13             MR. DEUTSCH:  He hears the word "peace"?

14             MS. HAMILTON:  No.  In order to put the sentence in

15   context, he included that note.

16             MR. DEUTSCH:  Well, I object to words like -- the

17   translator putting in words in there.

18             MS. THOMPSON:  There's, like, five per page.

19             MS. HAMILTON:  I talked specifically with

20   Mr. Spielfogel about this issue.

21             MR. SPIELFOGEL:  She certainly did, and I totally

22   agreed to that.  I wanted those words in there.

23             THE COURT:  Okay.

24             MR. DEUTSCH:  Well, Judge, I don't want those words

25   in there.

1        THE COURT:  Was that part of the stipulation that --

2        MS. HAMILTON:  These translations as a whole are in

3    evidence.

4        THE COURT:  Mr. Deutsch, why do you not look at it

5    and maybe talk to Mr. Spielfogel.  I do not know what the

6    words are.  It sounds like maybe they are helpful in context

7    if Mr. Spielfogel is agreeing to it.  Why do you not look at

8    it and after lunch raise it with me.

9        MR. DEUTSCH:  Okay.

10       THE COURT:  If you want me to give some type of

11   instruction --

12       MR. DEUTSCH:  Okay.

13       THE COURT:  -- that these are translators' words --

14       MR. DEUTSCH:  Yes.

15       THE COURT:  -- or something along that, we can --

16       MR. DEUTSCH:  Okay.

17       THE COURT:  -- talk about that.

18       MR. DEUTSCH:  I will do that.

19       THE COURT:  My guess is it might be helpful.  So,

20   talk to Mr. Spielfogel and we can revisit it.

21       MR. DEUTSCH:  Thank you.

22       (Proceedings had in open court:)

23       MS. HAMILTON:  Your Honor, I'd now like to move to

24   Tab 24, Page 7.

25       THE COURT:  Please turn to Tab 24, Page 7.

Miranda - direct

69

 1          MS. HAMILTON:  And I'd ask permission to publish

 2   Lines 11 through 19.

 3          THE COURT:  One moment.  Let us let everybody get

 4   there.

 5          Tab 24, Page 7.

 6          (Brief pause.)

 7          THE COURT:  Okay.  You may publish.

 8          (Whereupon, said tape was played in open court.)

 9   BY MS. HAMILTON:

10   Q.  Agent Miranda, later in the translations, is there a

11   discussion regarding not mentioning support by Syria?

12   A.  Yes.

13          MS. HAMILTON:  Your Honor, I'd like to move to Tab

14   27.

15          THE COURT:  Please turn to Tab 27.

16          MS. HAMILTON:  And I'd ask permission to publish Page

17   1 in its entirety, which is Lines 1 through 43.

18          THE COURT:  You may.  Page 1 of Tab --

19          MR. DEUTSCH:  Sorry, Judge?

20          THE COURT:  -- 27.

21          MR. DEUTSCH:  Tab 27?

22          THE COURT:  Page 1.

23          MR. DEUTSCH:  Page 1.

24          Line?  Is there a line?

25          THE COURT:  Starting with Line 1, the page.

Miranda - direct

70

 1          (Whereupon, said tape was played in open court.)

 2          MS. HAMILTON:  Your Honor, for the record, the

 3  publication stopped at Line 39 of that page.

 4          THE COURT:  Okay.

 5  BY MS. HAMILTON:

 6  Q.  Agent Miranda, are there comments in the translations

 7  regarding problems with escalating the situation in the U.S.?

 8  A.  Yes, there are.

 9          MS. HAMILTON:  Your Honor, I'd like to move to Tab

10  23.

11          THE COURT:  Please turn to Tab 23.

12          MS. HAMILTON:  Page 6.

13          THE COURT:  Page 6 of Tab 23.

14  BY MS. HAMILTON:

15  Q.  Agent Miranda, directing your attention to Line 4 through

16  7, is that one of the comments?

17  A.  Yes.

18          MS. HAMILTON:  Your Honor, I'd ask permission to have

19  Agent Miranda publish by reading Lines 4 through 7; Line 4,

20  where the first sentence begins, through Line 7, where the

21  first part of that sentence ends.

22          THE COURT:  You may read that portion.

23  BY THE WITNESS:

24  A.  "When we say 'avoiding any kind of direct confrontation on

25  the U.S. front,' this is our understanding of the

1   ramifications of the situation.  When we had a discussion, we

2   understood that if we escalate the situation on the U.S.

3   front, there will be big problems which are not in our favor."

4   BY MS. HAMILTON:

5   Q.  Agent Miranda, do the translations reflect comments by

6   defendant Ashqar regarding the importance of an archive?

7   A.  Yes.

8           MS. HAMILTON:  Your Honor, may we move to Tab 8?

9           THE COURT:  Yes.

10          Please turn back to Tab 8.

11          MS. HAMILTON:  Page 7.

12          THE COURT:  Page 7 of Tab 8.

13          MS. HAMILTON:  And I'd ask permission to have Agent

14  Miranda publish by reading starting at Line 2 where that

15  sentence -- the last sentence, to the end of Line 5.

16          THE COURT:  You may read that portion.

17  BY THE WITNESS:

18  A.  "Keeping an archive.  The entire archive in the inside

19  might be confiscated entirely.  If there was really no

20  duplicate for it, the Movement will really become without a

21  heritage and every movement will begin from the zero.

22  Questions?"

23          MS. HAMILTON:  Your Honor, is this a good time to

24  break for lunch?

25          THE COURT:  Sure.

1          Why do you not meet back downstairs on the 2nd Floor,

2   please, at 20 to 2:00.

3          (Jury out.)

4          THE COURT:  You may step down, Agent.  Please be back

5   a little before 20 till.

6          THE WITNESS:  Yes, ma'am.

7          THE COURT:  Is there anything for the Court?

8          MR. FERGUSON:  No, Judge.

9          MR. DEUTSCH:  Judge, you want to take up that point

10  that I raised after lunch?

11         THE COURT:  I am happy to do it now.  I was going to

12  give you time to talk to Mr. Spielfogel and look at the

13  transcripts to see what your position is.

14         MR. DEUTSCH:  Okay.

15         THE COURT:  But I will take that up right before the

16  jury comes back in.

17         Anything else?

18         Mr. Moffitt, anything for the Court, sir?

19         MR. MOFFITT:  No, ma'am.  I'm sorry.

20         THE COURT:  Okay.

21         I will see you at 20 till.

22         (Whereupon, an adjournment was taken at 12:30 o'clock

23      p.m., until 1:40 o'clock p.m., of the same afternoon.)

24                    *    *    *    *    *

25

1   I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

2

3

4   _____     _____, 2006
    Official Court Reporter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
      UNITED STATES OF AMERICA,          ) Docket No. 03 CR 978
 4                                       )
                           Plaintiff,    )
 5                                       )
                 vs.                     )
 6                                       )
      MUHAMMAD HAMID KHALIL SALAH AND     )
 7    ABDELHALEEM HASAN ABDELRAZIQ ASHQAR, ) Chicago, Illinois
                                         ) November 16, 2006
 8                          Defendants.   ) 1:45 o'clock p.m.

 9
                      TRANSCRIPT OF TRIAL PROCEEDINGS
10          BEFORE THE HONORABLE AMY J. ST. EVE, AND A JURY

11
      APPEARANCES:
12

13    For the Plaintiff:          HON. PATRICK J. FITZGERALD
                                  United States Attorney
14                                BY:  MR. JOSEPH M. FERGUSON
                                       MR. REID J. SCHAR
15                                     MS. CARRIE E. HAMILTON
                                  219 S. Dearborn St., Suite 500
16                                Chicago, Illinois   60604

17
      For Deft. Salah:            PEOPLE'S LAW OFFICES
18                                BY:  MR. MICHAEL EDWARD DEUTSCH
                                       MS. ERICA THOMPSON
19                                1180 North Milwaukee Avenue
                                  Chicago, Illinois   60622
20

21    For Deft. Ashqar:          MR. KEITH ALLAN SPIELFOGEL
                                  20 North Clark Street, Suite 1200
22                                Chicago, Illinois   60602

23
                                  MR. WILLIAM MOFFITT
24                                11582 Greenwich Point Road
                                  Reston, Virginia   20194
25
```

 1  APPEARANCES (Cont'd):

 2

    Also Present:                S/A BRADLEY BENAVIDES, FBI
 3                                S/A JILL PETTORELLI, FBI

 4

    Court Reporter:              MR. JOSEPH RICKHOFF
 5                               Official Court Reporter
                                 219 S. Dearborn St., Suite 1232
 6                               Chicago, Illinois  60604
                                 (312) 435-5562

 7

 8                  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 9                       PROCEEDINGS RECORDED BY
                         MECHANICAL STENOGRAPHY
10                   TRANSCRIPT PRODUCED BY COMPUTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE CLERK:  03 CR 978, U.S. vs. Muhammad Salah and

2     Abdelhaleem Ashqar.  Jury trial continues.

3          THE COURT:  Mr. Deutsch?

4          MR. DEUTSCH:  Judge, I'm not going to -- you don't

5     have to do anything on that.

6          THE COURT:  Okay.

7          Bring in the jury, please.

8          (Brief pause.)

9          THE COURT:  Ms. Hamilton, how much longer do you

10    think Agent Miranda's testimony will be?

11         MS. HAMILTON:  I would estimate an hour to

12    hour-and-a-half at the most, with the caveat that my last

13    estimate was wildly off.

14         (Jury in.)

15         THE COURT:  You may be seated.

16         Ms. Hamilton, you may continue.

17         MS. HAMILTON:  Thank you, your Honor.

18       ROBERT MIRANDA, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

19                   DIRECT EXAMINATION - Resumed

20    BY MS. HAMILTON:

21    Q.  Agent Miranda, do the translations of the Philadelphia

22    conference reflect discussions regarding the effect of peace

23    on donations?

24    A.  Yes, they do.

25         MS. HAMILTON:  Your Honor, I'd like to go to Tab 10.

1          THE COURT:  Ladies and gentlemen, please turn to Tab

2    10 of your Philadelphia Conference Transcripts binder.

3          Tab 10.

4          What page?

5          MS. HAMILTON:  Page 4.

6          THE COURT:  Page 4 of Tab 10.

7          MS. HAMILTON:  And I'd ask permission to publish Page

8    4, Line 20, through Page 6, Line 40.

9          THE COURT:  You may.

10         (Whereupon, said tape was played in open court.)

11         MR. DEUTSCH:  Judge, I have an objection.  The

12   question was, is there any reference to peace having an effect

13   on donations.  And this long response -- which I have no

14   problem with -- is nothing about peace.  It's about some

15   accords that are being -- agreements that are being --

16   negotiated.  It's not about peace at all.  And our position is

17   it's never been about peace.

18         THE COURT:  Ms. Hamilton?

19         MR. DEUTSCH:  So, the question is not -- the -- what

20   he -- what was played is not responsive to what the question

21   was.

22         THE COURT:  Well, the question was, "Do the

23   translations of the Philadelphia conference reflect

24   discussions regarding the effect of peace?"

25         And the answer was, "Yes."

1              And, then, she asked him to turn to a tab.

2              The question was not, does what has been reflected in

3      Tab 10 demonstrate that?

4              Ms. Hamilton?

5              MS. HAMILTON:  Your Honor, directly above the portion

6      that was just read starting at Line 18, the translation says,

7      "To serve the Palestinian people's reward for peace and to

8      contribute to building a Palestinian society."  So --

9              MR. DEUTSCH:  Well, she didn't read -- that was not

10     read.

11             MS. HAMILTON:  Your Honor, if Mr. Deutsch wants to

12     cross-examine about anything I've left out, obviously that's

13     fair.  But I think that the question was whether it's

14     reflected in the translations.

15             MR. DEUTSCH:  But the Court knows very well that we

16     have a position that this is not a true peace accord and

17     that's why a lot of people oppose this.  Not just people who

18     are on trial, but many people oppose this.

19             THE COURT:  You are free to cross-examine on this.

20             And the question and answer itself were not linked

21     directly to what was played.  So, it was not misleading.  But

22     you are free to cross-examine the agent on it.

23             You may continue.

24     BY MS. HAMILTON:

25     Q.  Agent Miranda, throughout the course of these

1  translations, do the participants refer to the Accords as

2  peace?

3  A.  Yes.

4        MS. HAMILTON:  I, now, next would like to move to Tab

5  23.

6        THE COURT:  Ladies and gentlemen --

7        MR. DEUTSCH:  Judge, excuse me, but at this point, I

8  do -- there are references to accords; and, of course, as I

9  pointed out to you, in brackets there is the word "peace" put

10  in.  And that is something that's been added by the

11  translator.  And I pointed that out to you at a sidebar

12  earlier.

13        THE COURT:  I understand that.

14        MR. DEUTSCH:  Thank you.

15        THE COURT:  I had offered to make a comment.

16        MR. DEUTSCH:  Yeah.  Well, now that counsel seems to

17  want to interject that, I think you should at least let the

18  jury know that those bracketed matters are not matters that

19  are on the tape itself but some added matter by the

20  translator.

21        THE COURT:  You declined my earlier invitation.

22        I will --

23        MR. DEUTSCH:  I did, Judge.

24        THE COURT:  -- make the comment.

25        Ladies and gentlemen, you were directed a while ago

```
 1   to page -- the first page -- in the Philadelphia Conference

 2   Transcripts before the tabs.  If you would take a quick look

 3   at that, please.

 4           You will see that there are various references at the

 5   top -- "UM," "UI," "NFI," "LNU," "Italics."  Where it says

 6   "Italics," you will note that that refers to translator's

 7   comments.

 8   BY MS. HAMILTON:

 9   Q.  And, Agent Miranda, is it your understanding that a

10   translator spent time with the recordings to develop these

11   translations?

12   A.  Considerable time.

13   Q.  And do you have an understanding of approximately how much

14   time he spent with the recordings?

15   A.  Months.  Up to six months.

16           MR. DEUTSCH:  Objection.

17           THE COURT:  What is your objection?

18           MR. DEUTSCH:  It calls on hearsay for the witness.

19   Was he there?  What is he basing that on?

20           THE COURT:  You can lay your foundation.  That is

21   foundation.

22           Ms. Hamilton, lay your foundation as to how this

23   witness knows that.

24   BY MS. HAMILTON:

25   Q.  Agent Miranda, in the course of your work in Dallas, do
```

1  you work very closely with a translator?

2  A.  Yes.  And during the period that these were being

3  produced, as the Squad Supervisor of the Hamas Squad in

4  Dallas, that individual was working for me.  In fact, he sat

5  right across from my office.

6  Q.  And was he directly reporting to you about the work he was

7  doing with respect to the translations of the Philadelphia

8  conference?

9  A.  This and others, yes.

10  Q.  And as your role as the group supervisor, is one of the

11  things you did keep up to date about his progress on these

12  particular translations?

13  A.  Yes.  This was very important to me, and I kept up with

14  it.

15          MS. HAMILTON:  Your Honor, I'd now like to move to

16  Tab 23.

17          THE COURT:  Ladies and gentlemen, please turn to Tab

18  23 in this binder.

19          MS. HAMILTON:  Page 16.

20          THE COURT:  Page 16 of Tab 23.

21          MS. HAMILTON:  And I'd ask permission to publish Page

22  16, Line 35, through Page 17, Line 27.

23          THE COURT:  You may.

24          (Whereupon, said tape was played in open court.)

25  BY MS. HAMILTON:

Miranda - direct

82

1  Q.  Agent Miranda, do the translations reflect discussions

2  regarding education?

3  A.  Yes.

4         MS. HAMILTON:  Your Honor, I'd like to move to Tab

5  15.

6         THE COURT:  Ladies and gentlemen, please turn to Tab

7  15 in this binder.

8         MS. HAMILTON:  Page 4.

9         THE COURT:  Page 4.

10         MS. HAMILTON:  And I'd ask permission to have Agent

11  Miranda publish by reading Line 13 starting at the beginning

12  of the sentence after "seminars" and ending at Line 18, that

13  very first sentence at the very beginning.

14         THE COURT:  You may read that portion.

15  BY THE WITNESS:

16  A.  "Of course, all of these are suggested activities.  As for

17  the young people's level, an educational material ought to be

18  prepared to be taught in Islamic curricula.  We don't want the

19  children of the community who are raised here in schools, and

20  in Islamic schools and non-Islamic schools, to grow up

21  surrendering to the issue of peace with Jews and -- I mean, we

22  don't see in ten years the growing generations in America

23  surrendering to peace with Jews."

24         MS. HAMILTON:  And I'd now like to move to Tab 11.

25         THE COURT:  Please turn to Tab 11.

1          MS. HAMILTON:  Page 2.

2          THE COURT:  Page 2 of Tab 11.

3          MS. HAMILTON:  And I'd ask permission to have Agent

4   Miranda publish by reading Lines 15 -- I'm sorry, actually,

5   Line 12 to -- no, I was correct the first time.  Lines 15 to

6   27.

7          THE COURT:  You may read that.

8   BY THE WITNESS:

9   A.   "We have the educational organizations, such as

10  kindergartens and schools; the social and charitable

11  organizations, such as Zakat committees; relief, the ones

12  caring for the orphans, prisons and others; the intellectual

13  organizations, research centers; health institutions, the

14  majority of which are affiliated with Zakat committees; five,

15  the public syndicates; six, the technical institutions

16  relating to machines, factories and others; sport institutions

17  and clubs; media organizations, offices and newspapers; number

18  nine is the educational, such as Koran schools and Sayings

19  schools and women organizations.  Organizations in the sector,

20  generally speaking, are limited.  If we speak in general terms

21  about our organizations in this sector, they are limited and I

22  will try to mention them quickly.

23          "The main organization, and which is known to belong

24  to us, is the Islamic -- " "belong to us -- " pardon me -- "is

25  Islamic University in the Gaza sector, and we will speak later

1   about the solutions.  We will mention it because it is really

2   a wound in the heart."

3   BY MS. HAMILTON:

4   Q.  Agent Miranda, do the transcripts reflect that later in

5   that -- do the transcripts reflect that this presentation is

6   by a particular participant?

7   A.  Yes.

8   Q.  And who is that?

9   A.  Muin Shabib.

10  Q.  And do the translations reflect that later in this same

11  presentation, Muin Shabib talks about jihad?

12  A.  Yes.

13          MS. HAMILTON:  Your Honor, I'd ask to move to Page 6.

14          THE COURT:  Please move to Page 6 of the same tab.

15          MS. HAMILTON:  And I'd ask permission to have Agent

16  Miranda publish by reading Lines 12 through 32.

17          THE COURT:  You may read those lines.

18  BY THE WITNESS:

19  A.  "Okay, my vision regarding the situation of the

20  organizations in the coming stage under the self-rule.  The

21  relationship between us and the new authority will be a

22  hostile one due to the following reasons:  The previous

23  opposing positions to them.  The state of competition and

24  defines we lived in previously.  Inciting the other Arab,

25  Israeli and Western forces against us.  The possibility of the

1   continuance of Jihad operations against the Jews, a matter

2   which the self-rule authority won't accept.  Expected

3   problems:  First, suspending licenses, controlling the

4   organizations either by fraudulent elections or by

5   nationalization.  What I heard now -- and this might just be a

6   rumor -- is that most or all elections which took place in the

7   past are null.  This might give you an idea what we are going

8   through.  The other issue is the financial issue, banning the

9   entry of money, non-payment of allocations, meaning

10  discriminating between one organization and another and the

11  ones with the Islamic current will -- administrative

12  harassment, issuing laws which restrict movement.  Suggestions

13  and general recommendations:  One, the role of the deportees.

14  They might have an organizational role which would be a

15  nucleus for political activism.  Carrying out practical

16  activities.  Forming a committee for dialogue with the other

17  domains.  Forming a reform committee to solve disputes and

18  forming a consultative body among them to coordinate with the

19  outside.  Number two, developing the role of 1948.  These

20  people can play an effective role in the coming stage.  One,

21  taking advantage of humanitarian organizations in order to

22  gain the legal status to work in Gaza and Jericho."

23  BY MS. HAMILTON:

24  Q.  And, Agent Miranda, can you continue reading Line 32 until

25  that next sentence ends?

Miranda - direct

86

1   A.   Yes, ma'am.

2        "Two, avoiding any -- in us, I mean, in the

3   Movement."

4   Q.   Agent Miranda, do the translations also reflect defendant

5   Ashqar speaking about education?

6   A.   Yes.

7        MS. HAMILTON:   Still within Tab 11, I'd ask

8   permission to move to Page 10.

9        THE COURT:   Please turn to Page 10 of Tab 11.

10       MS. HAMILTON:   I'd ask permission to publish Lines

11  23 -- from Page 10, Line 23, through Page 11, Line 43.

12       THE COURT:   You may.

13       (Whereupon, said tape was played in open court.)

14       MS. HAMILTON:   Your Honor, I ask permission to move

15  to Tab 8.

16       THE COURT:   Please turn to Tab 8.

17       MS. HAMILTON:   Page 9.

18       THE COURT:   Page 9 of Tab 8.

19       MS. HAMILTON:   And I'd ask permission to publish

20  Lines 27 to 43.

21       THE COURT:   You may.

22       MR. MOFFITT:   27 to, what?

23       MS. HAMILTON:   43.

24       MR. MOFFITT:   Thank you.

25       (Whereupon, said tape was played in open court.)

1          MS. HAMILTON:  Judge, I'd now ask permission to move

2     to Tab 16.

3          THE COURT:  16?

4          MS. HAMILTON:  Yes, please.

5          THE COURT:  Please move to Tab 16.

6          MS. HAMILTON:  Page 11.

7          THE COURT:  Page 11 of Tab 16.

8          MS. HAMILTON:  And I'd ask permission to publish

9     Lines 12 through 20.

10          THE COURT:  You may.

11          (Whereupon, said tape was played in open court.)

12     BY MS. HAMILTON:

13     Q.  Agent Miranda, do the transcripts reflect that defendant

14     Ashqar spoke about the effect of the peace accords on Islamic

15     Universities?

16     A.  Yes.

17          MS. HAMILTON:  I'd ask to move to Page 12 -- or Tab

18     12.

19          THE COURT:  Mr. Deutsch?

20          MR. DEUTSCH:  I didn't hear.  The effect of, what?

21          MR. MOFFITT:  Accords on Islamic Universities.

22          THE COURT:  Did Mr. Moffitt answer your question?

23          MR. DEUTSCH:  No.  I didn't even hear what he said.

24          (Laughter.)

25          MR. DEUTSCH:  The effect of, what?

Miranda - direct

88

1          MR. MOFFITT:  The peace accords --

2          MR. DEUTSCH:  Oh, peace accords.

3          MR. MOFFITT:  -- on the Islamic University.

4          MR. DEUTSCH:  Again, I object to the word "peace,"

5    but go ahead.

6          THE COURT:  Overruled.

7          I have clarified the issue that is the basis of your

8    objection.

9          Yes, Ms. Hamilton?

10         MS. HAMILTON:  Tab 12, Page 9.

11         THE COURT:  Please turn to Tab 12, Page 9.

12         MS. HAMILTON:  And I'd ask permission to publish Page

13   9, Line 26, through Page 10, Line 4.

14         THE COURT:  You may.

15         (Whereupon, said tape was played in open court.)

16   BY MS. HAMILTON:

17   Q.  Agent Miranda, do the transcripts reflect that later in

18   the conference Muin Shabib spoke about this same topic?

19   A.  Yes.

20         MS. HAMILTON:  Your Honor, I'd move to Tab 13.

21         THE COURT:  Please turn to Tab 13.

22         MS. HAMILTON:  Page 6.

23         THE COURT:  Page 6 of Tab 13.

24         MS. HAMILTON:  And I ask permission to publish from

25   Page 6, Line 24, to Page 7, Line 6.

Miranda - direct

89

1           THE COURT:  You may.

2           (Whereupon, said tape was played in open court.)

3    BY MS. HAMILTON:

4    Q.  Agent Miranda, do the transcripts also reflect a

5    discussion by defendant Ashqar regarding the need to use the

6    magazine Al-Zaytoona?

7    A.  Yes, ma'am.

8           MS. HAMILTON:  Your Honor, I ask permission to turn

9    to Tab 24.

10          THE COURT:  Please turn to Tab 24.

11          MS. HAMILTON:  Page 8.

12          THE COURT:  Page 8 of Tab 24.

13          MS. HAMILTON:  And I'd ask permission to publish Page

14   8, Line 25, through Page 10, Line 14.

15          THE COURT:  You may.

16          (Whereupon, said tape was played in open court.)

17   BY MS. HAMILTON:

18   Q.  Agent Miranda, do the transcripts make reference to

19   previous meetings regarding Islamic activism in North America?

20   A.  Yes, they do.

21          MS. HAMILTON:  Your Honor, may we go to Tab 19?

22          THE COURT:  Yes.

23          Please turn to Tab 19.

24          MS. HAMILTON:  Page 11.

25          THE COURT:  Page 11 of Tab 19.

Miranda - direct

90

1          MS. HAMILTON:  And I'd ask permission to have Agent

2    Miranda publish by reading Page 11, Line 7 through 16.

3          THE COURT:  You may read that.

4    BY THE WITNESS:

5    A.  "In the name of God, the Beneficent, the Merciful.  Thanks

6    be to God, prayers and peace be upon God's messenger and upon

7    all of his family and supporters.  To proceed, I was -- this

8    is not the first meeting to take place to study the future of

9    Islamic activism for Palestine in North America.  A meeting

10   was held before in August --

11          "In July.

12          "In July?

13          "July 14th."

14          MS. HAMILTON:  Your Honor, I'd now like to go to Page

15   20 -- I'm sorry, Tab 20.

16          THE COURT:  Please turn to Tab 20.

17   BY MS. HAMILTON:

18   Q.  And, Agent Miranda, before going to Tab 20, do the

19   transcripts reflect a comment by one participant regarding

20   concern over the security that was in place for this

21   conference?

22   A.  That's correct.

23          MS. HAMILTON:  And, at this time, Tab 20, your Honor.

24          THE COURT:  Tab 20.

25          What page?

1          MS. HAMILTON:  Page 18.

2          THE COURT:  Page 18.

3          MS. HAMILTON:  And I'd ask permission to have Agent

4   Miranda publish by reading Line 3, starting at the sentence

5   that begins in the middle, through Line 19.

6          THE COURT:  You may read that.

7   BY THE WITNESS:

8   A.  "But if I had known that this is how the issue was going

9   to be, had I known that it has this magnitude, I would have

10  had remarks about its arrangements.  So, I hope in the future

11  that no meeting is held in this manner because you are

12  speaking about strategies and you gathered all the people from

13  the entire continent.  The phone has been -- several times.

14  Some of the brothers knew about it and some didn't.  Some were

15  clear and some were not clear about the matter.  The matter is

16  very important and two things ought to be taken into

17  consideration when preparing for it.  The first thing is that

18  it should be held in a place that is known because it is easy

19  to have -- something like that.  The second thing is that

20  preparations for it should be done in a manner which gives a

21  brother the impression of seriousness towards the topic.  I am

22  taking the topic seriously because it is important to us and

23  is a part of us.  But I notice that with other people --

24  without mentioning names -- that they were not taking the

25  topic seriously and some of them didn't even come, for

1   instance.  If this person were taking the topic seriously in

2   light of this stage, there would have been some sort of

3   attention given to it.  Therefore, the communication and

4   follow-up method gives a person the impression on how to deal

5   with this topic.  So, I hope that these two points are taken

6   into consideration in the future, God's willing, for more

7   success, more seriousness and more attention."

8           THE COURT:  Mr. Deutsch?

9           MR. DEUTSCH:  Judge, again, I don't remember her

10  exact question, but it was, was there some need to have some

11  secrecy about the meeting.

12          MR. MOFFITT:  Concerns over secrecy.

13          MR. DEUTSCH:  Concerns over secrecy and security.

14          And what was read was that they should take it

15  seriously and, you know, some people weren't -- didn't come

16  and some people didn't take it seriously.

17          THE COURT:  Ms. Hamilton?

18          MS. HAMILTON:  Your Honor, that was not my question,

19  but I don't understand the objection.  I asked a question; it

20  was answered.

21          MR. DEUTSCH:  You asked a question that had nothing

22  to do with the answer.  It's not responsive to the answer --

23          THE COURT:  Mr. Deutsch --

24          MR. DEUTSCH:  -- in my opinion.

25          MS. HAMILTON:  That's an opinion.  He can cross-

1   examine about it.

2           THE COURT:  You can certainly cross-examine on it.

3           The question was not linked, again, directly to what

4   was played.  The question was about something being reflected

5   in the transcripts; the agent answered; and, then, she

6   directed his attention to a specific tab and page number.

7           So, you are certainly free to cross-examine on it.

8   BY MS. HAMILTON:

9   Q.  Agent Miranda, are there discussions throughout the

10  Philadelphia conference regarding demand for the 1948

11  territories?

12  A.  That's correct.

13  Q.  I direct your attention to Tab 8.

14          THE COURT:  Please turn to Tab 8.

15          MR. MOFFITT:  Frankly, I don't understand the

16  question:  "Demand for the 1948 territories."

17          MS. HAMILTON:  I'm reading directly from the

18  transcript, your Honor.

19          THE COURT:  Overruled.

20          You can cross on all of this.

21          MS. HAMILTON:  Tab 8, Page 12.

22          THE COURT:  Tab 8, Page 12.

23          MS. HAMILTON:  And I'd ask permission to have Agent

24  Miranda publish by reading starting at the very bottom of Page

25  12, Line 43, carrying over to Page 13, Line 24, where it ends

1    in the middle.

2            THE COURT:  You may read that portion.

3    BY THE WITNESS:

4    A.  "There are some points.  A historical point is that we as

5    IAP or Islamists call for our right or the rights of

6    Palestine.  Most of the talk revolves around Gaza and the

7    occupied land, Gaza and the West Bank.  No one talks about the

8    1948 territories.  I mean, here in America no one will accept

9    it from you to say the 1948 territories.

10           "They don't care.

11           "Therefore, we're limited to the occupied West Bank

12   and Gaza.  Okay, you gave us Gaza and the West Bank.  What do

13   you want?  This is a point, I believe, we've become besieged

14   in.  Now, if we say, 'No, you must give them the Bank' -- that

15   is, if they give the entire bank to Yasir Arafat -- what are

16   we going to say to -- are we going to say that we demand the

17   1948 territories?  I believe that we --

18           "We've always demanded the 1948 territories.  I mean,

19   we demanded --

20           "Yes, but we don't say that publicly.  You can't -- "

21   "you cannot say it publicly in front of the Americans.

22           "No, we didn't say that to the Americans.

23           "I'm just trying to say that our demands should

24   expand, should be clear, and including the 1948 territories.

25   Should be publicly clear that we demand our rights.  I'm a guy

1  who lives in Haifa, I want to return to Haifa, not just return

2  to -- "

3        THE COURT:  Agent, do you have water?

4        THE WITNESS:  I do, ma'am.

5        MS. HAMILTON:  Your Honor, I'd now ask to move to Tab

6  17.

7        THE COURT:  Please turn to Tab 17.

8        MS. HAMILTON:  And I'd ask permission to publish at

9  Page 13 --

10        THE COURT:  Tab 17, Page 13.

11        MS. HAMILTON:  -- starting at Line 25 through Page

12  14, Line 24.

13        THE COURT:  You may publish that.

14        (Whereupon, said tape was played in open court.)

15  BY MS. HAMILTON:

16  Q.  Agent Miranda, do the transcripts reflect that close to

17  the end of the Philadelphia conference, defendant Ashqar left?

18  A.  That's correct.

19  Q.  Before defendant Ashqar left, do the transcripts reflect a

20  summary of the conference?

21  A.  Yes.

22        MS. HAMILTON:  Your Honor, I ask to move to Tab 23.

23        THE COURT:  Please turn to Tab 23.

24        MS. HAMILTON:  Page 2.

25        THE COURT:  Page 2 of the Tab 23.

 1              MS. HAMILTON:  And I'd ask permission to publish

 2    Lines 1 through 38 on Page 2.

 3              THE COURT:  You may.

 4              (Whereupon, said tape was played in open court.)

 5    BY MS. HAMILTON:

 6    Q.  Agent Miranda, according to the transcripts, who provided

 7    that bullet-point summary?

 8    A.  Shukri Abu Baker.

 9    Q.  And I'd like to direct your attention to Line 24.

10    A.  Yes, I see it.

11    Q.  Is that an example to what you previously testified to as

12    the participants themselves referring to this as peace?

13    A.  That's correct.

14              MS. HAMILTON:  Your Honor, I'd now ask permission to

15    move to Tab 25.

16              THE COURT:  Please turn to Tab 25.

17              MS. HAMILTON:  Page 18.

18              THE COURT:  Tab 25, Page 18.

19              MS. HAMILTON:  And I'd ask permission to publish Page

20    18, Line 26, through Page 22, Line 43.

21              THE COURT:  You may.

22              (Whereupon, said tape was played in open court.)

23              MS. HAMILTON:  Your Honor, I have no further

24    questions.

25              THE COURT:  Okay.

1              Let us take our afternoon break.

2              (Jury out.)

3              THE COURT:  Mr. Deutsch, are you or Ms. Thompson

4    going to go first, or are you going to --

5              MR. DEUTSCH:  No, we're going to let them.

6              MR. SPIELFOGEL:  We're going to go first.

7              MR. DEUTSCH:  Yeah.

8              THE COURT:  All right.

9              Ten, fifteen minutes.

10             (Brief recess.)

11             MR. DEUTSCH:  Judge, this may not come to pass, but

12   we were kind of told -- and I understand you can't really

13   predict it -- Ms. Hamilton was going to take all day and

14   Mr. Spielfogel is going next and -- but I'm just not ready to

15   go after that.  He's probably going to take all day, but I'm

16   not going to be ready to go at quarter to 5:00 or 4:30.

17             THE COURT:  Okay.

18             My guess is you will have a good hour or more.

19             MR. SPIELFOGEL:  I'm sure I'll have a good hour.

20             MR. DEUTSCH:  So, we won't waste any -- but, also,

21   tomorrow when we go, it's not going to be real long either.

22   It's going to be, you know, an hour tops.  So, can we find out

23   who the next witnesses are?

24             THE COURT:  Sure.  Let us do it at the end of the

25   day.

Miranda - cross by Spielfogel

98

1          MR. DEUTSCH:  Okay.

2          THE COURT:  Let us see where we are.

3          Bring in the jury, please.

4          (Jury in.)

5          THE COURT:  You may be seated.

6          Mr. Spielfogel, cross-examination.

7          MR. SPIELFOGEL:  Thank you, your Honor.

8          CROSS-EXAMINATION ON BEHALF OF DEFENDANT ASHQAR

9    BY MR. SPIELFOGEL:

10   Q.  Good afternoon, Agent Miranda.

11   A.  Good afternoon, sir.

12   Q.  Agent, you first became involved in this investigation,

13   when did you say?

14   A.  In the Muhammad Salah/Ashqar investigation, sir?

15   Q.  With the transcripts.

16          MR. SPIELFOGEL:  Well, actually, strike that, no.

17   BY MR. SPIELFOGEL:

18   Q.  From the beginning.

19   A.  I became involved in the -- with the Philadelphia

20   conference via my work as one of the case agents on the Holy

21   Land Foundation investigation in Dallas.

22   Q.  Approximately when was that?

23   A.  I became aware of Philadelphia years ago, but probably

24   within the last year I paid more attention to it.

25   Q.  Okay.

1      Well -- so, the first time you became involved in

2  what you testified to about Philly was a year ago?

3  A.  No, that's -- let me -- let me -- try to clarify that.

4  Q.  Okay.

5  A.  I am aware of the Philadelphia conference being used many

6  years ago when the Holy Land Foundation was designated as a

7  specially-designated terrorist organization.

8  Q.  Which was -- what year was that, Agent?

9  A.  That was December of 2001.

10  Q.  That's correct.  That's right.

11      That was in 2001, right?

12  A.  That's correct.

13  Q.  So, you didn't learn about that designation prior to 2001,

14  I assume?

15  A.  No.  The designation occurred in December, 2001, sir.

16  Q.  Okay.

17  A.  The translation was not done on the Philadelphia

18  conference until well after that designation.

19  Q.  Okay.

20      So, this conference that had taken place in 1993,

21  prior to Hamas being designated, that transcript was not

22  that --

23      MR. SPIELFOGEL:  Strike that.

24  BY MR. SPIELFOGEL:

25  Q.  The tapes of that were not transcribed until after 2001;

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 82 of 161
Miranda - cross by Spielfogel
100

1   is that correct?

2   A.  No, I wouldn't say that.  They had been done, but they

3   were not in the verbatim format that we have here in court.

4   Q.  Okay.

5        When did you first become involved in getting the

6   verbatim transcripts?

7   A.  We ordered the translations to be done verbatim for the

8   purposes of the Holy Land Foundation case -- probably a year

9   ago they became a priority of ours.

10  Q.  Okay.

11       And, then, at that point, you began to study more FBI

12  memos and things concerning Philadelphia; is that correct?

13  A.  Not quite a year ago, but yes.

14  Q.  And you started to learn about what kind of surveillance

15  had been conducted at the Philly meeting; isn't that correct?

16  A.  Yes, sir.

17  Q.  And what you --

18       MR. SPIELFOGEL:  Strike that.

19  BY MR. SPIELFOGEL:

20  Q.  And, again, it took place in '93?

21       I just want to get a little time frame here.

22       It's '93; is that right?

23  A.  That's correct, sir.

24  Q.  Prior to designation; is that right?

25  A.  Prior to designation of, what, sir?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 83 of 161
Miranda - cross by Spielfogel
101

1   Q.  Prior to designation by the Treasury Department of being a

2   terrorist organization.

3   A.  We're speaking of Hamas, right?

4   Q.  That is -- I'm sorry if I didn't make that clear.

5   A.  I just wanted to distinguish that from the HLF.

6           Yes, sir.

7   Q.  Glad you did.

8           So, it had not been designated; is that correct?

9   A.  Hamas had not been designated yet.

10  Q.  In 1993?

11  A.  Correct.

12  Q.  Okay.

13          Now, at that time, Dr. Ashqar, as we already know,

14  was a student at the University of Mississippi; is that

15  correct?

16  A.  Yes, sir.

17  Q.  And he was working on his Ph.D.; is that correct?

18  A.  Yes, sir.

19  Q.  Now, also, prior to this meeting -- I think you made

20  reference to it -- that the Oslo Accords had been signed; is

21  that correct?

22  A.  That's correct, sir.

23  Q.  And, basically, you know from --

24          MR. SPIELFOGEL:  Strike that.

25  BY MR. SPIELFOGEL:

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 84 of 161
Miranda - cross by Spielfogel
102

1   Q.  You've really gone through these transcripts; have you

2   not?

3   A.  I've read them a couple times.

4   Q.  You've read it.

5           And the guy in the office next to you was working on

6   them; is that correct?

7   A.  The translator was sitting across from me working on them,

8   that's correct, sir.

9   Q.  Okay.

10          And he would tell you things about the transcripts;

11  is that right?

12  A.  Not so much.  Not that way really.

13  Q.  Okay.

14          You've gone over them in preparation to testify here

15  today?

16  A.  Yes, sir, I've read them.

17  Q.  And probably spent how many hours doing that?

18  A.  I don't know.  A week.

19  Q.  50?

20  A.  A week.  Let's just say a week.

21  Q.  Okay.  That's fine.

22          And you also met with the U.S. attorney in

23  preparation for your testimony here; is that right?

24  A.  That's correct, sir.

25  Q.  She said, "I'll direct your attention to certain parts of

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 85 of 161
Miranda - cross by Spielfogel
103

1  the transcripts and we'll read those transcripts"; is that

2  right?

3  A.  That's correct, sir.

4  Q.  But you need to know all of the transcripts; isn't that

5  correct?

6  A.  Well, I knew all the transcript before I came here, sir.

7  Q.  Now, you also -- in preparation for your testimony, I

8  assume you read or listened to -- although, you don't speak

9  Arabic, do you?

10  A.  No, I don't, sir.

11  Q.  Okay.

12  A.  I speak a --

13  Q.  You read --

14  A.  Let me correct myself.  I am attempting to learn.  I do

15  know a little bit, but I would not count that as being

16  knowledgeable in Arabic.

17  Q.  Right.

18       You wouldn't listen to a phone call and say, "Boy, I

19  know exactly what happened on that phone call," if it was in

20  Arabic; isn't that correct?

21  A.  I would recognize it as Arabic, but I would not know

22  the -- probably would not understand the -- meaning of the

23  conversation.

24  Q.  Okay.  Fine.

25       My point being that you are aware that there were

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 86 of 161
Miranda - cross by Spielfogel
104

1   certain phone calls that were made in this case -- prior to

2   the Philly meeting -- setting up the Philly meeting; isn't

3   that correct?

4   A.   That's correct, sir.

5   Q.   And you listened to those?

6   A.   Yes, sir.

7   Q.   Or I should say you read the transcripts, right?

8   A.   That's correct.

9   Q.   And one of them that you read the transcripts on was a

10  conversation that occurred in September -- on September --

11  16th of '93.

12          Do you recall that?

13  A.   I thought it was September 14th, sir.

14  Q.   There were more than one.  Do you recall the one where

15  there was a conversation about somebody attending the meeting,

16  but he couldn't come because he was busy working on his

17  dissertation?

18  A.   I don't recall that one.  I thought we only -- I'm only

19  aware of the one on 9-14 that's --

20  Q.   That --

21  A.   -- been entered.

22  Q.   That --

23          MR. SPIELFOGEL:  Strike that.

24  BY MR. SPIELFOGEL:

25  Q.   That's the only conversation you're aware of?

1  A.  I may have read others, but I don't recall if there's one

2  on 9-16, sir.

3  Q.  Okay.

4       So, whatever the date was, you don't recall anyone

5  where there was a phone call made to a gentleman, he was told

6  that the meeting was going to be on October the 2nd and he

7  said, "I can send a paper, but I'm working on my dissertation

8  and I just don't have time to go"?  You don't recall that?

9  A.  I don't recall that, sir.

10  Q.  Okay.

11       Let's talk about, then, the 9-14 conversation.

12  That's the one that -- that was a lengthy conversation, right?

13  A.  Yes, it was, sir.

14  Q.  It was approximately 75 pages; is that right?

15  A.  That's correct, sir.

16  Q.  Okay.

17       You weren't here when they read that 17 pages of that

18  to the jury, were you?

19  A.  No, I was not, sir.

20  Q.  Okay.  Thank you.

21       Now, you are familiar with what was in that

22  conversation; isn't that right?

23  A.  Yes, sir.

24  Q.  During that conversation -- well, let me ask you this:

25  Was that the conversation that made you aware of the fact that

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 88 of 161
Miranda - cross by Spielfogel
106

1    there was going to be this meeting in Philly?

2    A.   When you say "you," sir, are you talking about the FBI in

3    general or me --

4    Q.   I am.

5    A.   -- personally?

6    Q.   I am.  You're right.  The FBI in general.

7    A.   Yes, it's my understanding that that is the conversation

8    that prompted the later FBI action.

9    Q.   Okay.

10         And from listening to that conversation, you learned

11   that there was a gentleman named Baker who talked about he

12   wanted to set up this meeting; isn't that right?

13   A.   Yes, sir, Shukri Abu Baker.

14   Q.   Shukri Abu Baker; is that right?

15   A.   Shukri Abu Baker, yes, sir.

16   Q.   And he spoke to -- it was Dr. Ashqar; is that right?

17   A.   He was a participant in the conversation, yes, sir.

18   Q.   And who was the third person in the conversation, if you

19   recall?

20   A.   Omar Ahmad, sir.

21   Q.   Okay.

22         Is that also Abu Issam?

23   A.   I don't recall his Abu name, sir.  He also is known,

24   though, as Yehya -- Omar Yehya.

25   Q.   Okay.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 89 of 161
Miranda - cross by Spielfogel
107

1    Whoever it was, they talked about they wanted to set

2    up this meeting in Philly; is that right?

3    A.  Yes, sir, that's part of the conversation.

4    Q.  And Dr. Ashqar said to him, "Where are we having this

5    meeting?"; is that right?

6    A.  Yes.  There was a discussion about the location.

7    Q.  Yeah.

8    There was a discussion about a lot of things in this

9    conversation; was there not?

10   A.  Yes, sir.

11   Q.  Okay.

12   So, he said, "Where are we having this meeting?"

13   And he was told it was going to be in Philly; is that

14   right?

15   A.  Yes, sir.

16   Q.  And he asked him, "Where are we going to have this in

17   Philly?"  Is that correct?

18   A.  Yes, sir.

19   Q.  And there was a great deal of conversation about who was

20   going to be invited to this thing; isn't that right?

21   A.  That's correct.

22   Q.  And they wanted people who would be knowledgeable in

23   different areas concerning the Islamic movement; is that

24   correct?

25   A.  That was part of it, yes, sir.

Miranda - cross by Spielfogel

1   Q.  And they -- some people recommended some people; is that

2   right?

3   A.  Yes, sir.

4   Q.  Other people recommended other people?

5   A.  Correct.

6   Q.  Some people recommended that, you know, "We should tell

7   everyone what topic they should write on and that's the way we

8   should do this," right?

9   A.  That was discussed.

10  Q.  And other people said, "No, we should let them pick what

11  topic they should write on and, then, we'll get all the papers

12  and we'll have people read them"; is that correct?

13  A.  That's correct.

14  Q.  And, then, they eventually decided later on in the

15  conversation that what they would do is they would give,

16  basically, areas that people could talk about and those people

17  should submit on those areas -- should submit writings in

18  those areas -- right?

19  A.  Yes, sir.

20  Q.  And that's not very unusual in setting up a conference, is

21  it?

22  A.  No.

23  Q.  People decide what they're going to write about, what

24  they're going to talk about.  That's all part of setting up a

25  meeting?

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 91 of 161
Miranda - cross by Spielfogel
109

1   A.   There has to be some discussion to set it up, yes, sir.

2   Q.   And, then, they also were very concerned about the fact

3   that they had to -- and this is in that phone conversation --

4   that they had to make their reservations real quick to go to

5   the meeting in Philly; isn't that right?

6   A.   Yes.

7   Q.   Why was that?

8   A.   They were concerned with getting cheap tickets and space.

9   Q.   And they said that, "If we make our reservations by

10  Friday, we might be able to save, like, $450 on a ticket";

11  isn't that correct?

12  A.   Yes.  They were concerned with saving money, in addition

13  to some other factors.

14  Q.   They were also concerned about getting rooms in a hotel?

15  A.   Yes.

16  Q.   And they also talked about, you know, "What are we going

17  to focus on at this meeting?  What should the topics be of

18  this meeting?"  Isn't that correct?

19  A.   That's partially correct.  I think it's clear that they

20  knew what they wanted to discuss, but the individual subjects,

21  I think, were still unclear.  But the overall subject was

22  clear.

23  Q.   Okay.

24       Well, Dr. Ashqar said, "We need to focus on the

25  political, public media and charitable parts of what's

Miranda - cross by Spielfogel

110

1   happening based on the Oslo situation; isn't that correct?

2   That was his position?

3   A.   Yes.

4   Q.   And Mr. Baker said that the situation -- you know what?

5   Do you have the phone call -- you don't have the phone calls

6   in front of you, do you?

7   A.   I don't believe I do, sir.

8           MR. SPIELFOGEL:  Do you have the phone calls?

9           MR. MOFFITT:  We have the phone calls right there in

10   the book.

11           MR. SPIELFOGEL:  Oh, I'm sorry.  My co-counsel has

12   given me that.

13   BY MR. SPIELFOGEL:

14   Q.   Agent, I'm going to tender to you the Ashqar -- with the

15   permission of the Court -- the Ashqar Telephone Call

16   Transcripts.

17           THE COURT:  You may.

18           MR. SPIELFOGEL:  Thank you.

19           THE COURT:  Which tab?

20           MR. SPIELFOGEL:  This is going to be Tab No. 6.

21           THE COURT:  Would you like the jury to follow along?

22           MR. SPIELFOGEL:  I sure would.

23           THE COURT:  Ladies and gentlemen, switch binders,

24   please, to Ashqar Telephone Call Transcripts, Tab No. 6.

25           Mr. Spielfogel, wait just a moment to --

1          MR. SPIELFOGEL:  I sure will.

2          THE COURT:  -- give them a chance to switch and

3   figure out where to put everything else.

4          (Brief pause.)

5          THE COURT:  Tab 6, ladies and gentlemen.

6          MR. SPIELFOGEL:  And I'm going to be doing from Line

7   7 through Line 22.

8          I'm sorry, Page 16.

9   BY MR. SPIELFOGEL:

10  Q.  So, during this course of the conversation about, "What it

11  is we want to do at this meeting," Mr. Baker said, from Line 7

12  to 22, "We need to talk about -- " and this is what it's

13  leading up to:  "The situation in the region -- the

14  Palestinian and Arab region; the situation of the self-rule;

15  what is needed to be done?  The nature of the political

16  relations in the region.  I think it's essential to know what

17  the future of the charitable and national organizations under

18  the self-rule would be.  At least, even in theory, I mean,

19  from the legal standpoint:  What can happen to them under the

20  self-rule and will it have the authority to cancel them?

21  Message to the American public:  How can it evolve and be

22  adjusted?  What does the opposition line represent for the

23  Palestinian point of view on the inside and the American point

24  of view abroad?  Is the opposition considered a radical

25  group -- " "considered radical groups?  Is there anything

1  illegal about it?  Do they still have the right to express

2  their opinion without reservations, restrictions or fears from

3  legal actions?  There is some legal matters that we need to

4  know, also.  I mean, the brothers contacted me now and asked

5  me to present the Friday sermon."

6          Those are the things that he felt needed to be

7  discussed at this meeting; isn't that correct?

8  A.   That's what he says.

9  Q.   Well, when you say "that's what he says," this is what

10  they're talking about as far as what the agenda will be at the

11  meeting; isn't that correct?

12  A.   No.  That's discussion to -- about what the agenda should

13  be; but, the agenda was formalized in another document, not

14  precisely as you have it listed here.

15  Q.   The agenda evolved based on conversations that took place

16  prior to them going there in October.  And we'll get to the

17  written agenda, but that's what this conversation was about;

18  isn't that --

19  A.   That is correct, yes, sir.

20  Q.   They also talked about, you know, "This meeting we're

21  going to have, it has to be very general.  It has to be so

22  much so that if someone wants to walk in from the street, it

23  would be open."

24          Didn't they say that?

25  A.   I think you're putting an interpretation on it that I

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 95 of 161
Miranda - cross by Spielfogel
113

1  would disagree with, sir.

2  Q.  Well, would you disagree that they said there has to be

3  open conversation so that if somebody walked in from the

4  street?

5  A.  I understood it as, "We have to be careful so that if

6  anybody walks in off the street, they really don't know what

7  the heck we're talking about."

8  Q.  That's how you interpreted that, that --

9  A.  I think --

10  Q.  -- someone from the street couldn't -- they wanted

11  people -- someone who walked in from the street -- to not

12  understand what they're talking about?  That's how you

13  interpret that?

14  A.  Yes.  I think that that is a security --

15  Q.  Okay.

16          And what --

17  A.  -- an insight on the security -- that they wanted at the

18  meeting, sir.

19  Q.  Okay.  We'll come back to that.

20  A.  Yes, sir.

21  Q.  They also talked about that, "If people had ideas about

22  what they wanted to talk about at this meeting, they could

23  write down those ideas and they could send it in to us and

24  we'll see whether, you know, we can put that on the agenda."

25          That was also part of the conversation?

1   A.  Yes, sir.

2   Q.  And, then, they talked about, "We've got to divide this up

3   into sections, the meeting.  There's certain times we'll talk

4   about political things; we'll talk about charitable things;

5   we'll talk about media things."

6           All of those things they wanted discussed; isn't that

7   correct?

8   A.  That's correct, sir.

9   Q.  Let's talk about the meeting itself, the layout of the

10  meeting.

11          This meeting occurred at the Courtyard Marriott in

12  Philadelphia; is that correct?

13  A.  Yes, sir.

14  Q.  And have you seen the Courtyard Marriott in Philadelphia

15  where this was held?

16  A.  I've just seen pictures of the outside, where some of the

17  subjects were captured with photographs.

18  Q.  Oh.

19          So, there was surveillance on this meeting, I assume,

20  you know?

21  A.  Yes, sir.

22  Q.  Okay.

23          And how many agents were out there surveilling the

24  meeting?

25  A.  I have no idea.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 97 of 161
Miranda - cross by Spielfogel
115

1  Q.  Approximately?

2  A.  I have no idea.

3  Q.  So, you don't know if there were two agents or 15 agents?

4  A.  That's correct.

5  Q.  But they did take photographs of the meeting -- the people

6  who were coming and going; is that correct?

7  A.  Some of the participants, yes, sir.

8  Q.  Well, their job as surveillance agents was to photograph

9  those who were coming to the meeting; isn't that correct?

10  A.  Sure.

11  Q.  Okay.

12         And not only were they taking photographs, but they

13  also had a wiretap on phones that were inside of the Marriott;

14  isn't that correct?

15  A.  Some of the phones, yes, sir.

16  Q.  Approximately how many?

17  A.  I think two.  Two of the rooms.

18  Q.  Just two of the rooms?

19  A.  I believe that's correct.

20  Q.  Okay.

21         And they also had wiretaps on the conference room, is

22  that correct, where the conference was being taken, right?  It

23  was --

24  A.  That's correct, sir.

25  Q.  Do you know how many they had down there --

1   A.  How many --

2   Q.  -- in the conference room?

3   A.  How many -- say that --

4   Q.  How many taps they had down there?

5   A.  How many taps?

6   Q.  Yeah.

7   A.  I have no idea, sir.

8   Q.  Okay.

9           MR. MOFFITT:  Bugs.  Bugs.

10          THE COURT:  Were you objecting?

11          (Laughter.)

12  BY MR. SPIELFOGEL:

13  Q.  My co-counsel would like me to call them bugs.

14          Do you know how many bugs they had down there in the

15  conference room?

16  A.  No, sir, I don't know that.

17  Q.  Now, let me ask you this:  Did the FBI have somebody

18  inside of the conference who was actually sitting in on the

19  conference?

20  A.  Not to my knowledge.

21  Q.  Okay.

22          So, you're not aware that they actually had a plant

23  in the meeting who was also taping the meeting that was

24  occurring?

25          MS. HAMILTON:  I'm going to object to the form.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 99 of 161
Miranda - cross by Spielfogel
117

1          THE COURT:  Form objection sustained.

2          MR. SPIELFOGEL:  Okay.

3   BY MR. SPIELFOGEL:

4   Q.  Do you know whether there was anybody else -- and I guess

5   you just answered this.

6          You don't know whether there was somebody else in

7   there who also was wearing a bug?

8   A.  No.  I seriously doubt that.

9   Q.  Okay.

10         Now -- so, we've got this meeting and it's occurring,

11  as I said, at the Courtyard.  And you would recognize a

12  photograph of the Courtyard Marriott where this was occurring;

13  would you not?

14  A.  Not necessarily.

15  Q.  Well, let's give it a shot.

16  A.  Okay.

17  Q.  I want to show you what's shown -- what's marked as Ashqar

18  Courtyard Marriott.

19         MR. SPIELFOGEL:  May I approach the witness?

20         THE COURT:  You may.

21         MR. SPIELFOGEL:  Thank you.

22         (Document tendered.)

23  BY MR. SPIELFOGEL:

24  Q.  If you'd take a look at that, please.

25  A.  Yes, sir.

Miranda - cross by Spielfogel

 1  Q.  And do you recognize that?

 2  A.  No, I don't, sir.

 3  Q.  You don't recognize that as the Courtyard where this was

 4  occurring?

 5  A.  No.  The only pictures I've seen of the Courtyard are, as

 6  I just said a couple moments ago, where people are captured

 7  outside.  But if you tell me this is the Courtyard by

 8  Marriott, I'll take your word for it.

 9  Q.  If you don't know it's the Courtyard, that's fine.

10  A.  Sorry.

11  Q.  In any event, from the photos that you have seen, you know

12  it was a major hotel; is that correct?

13  A.  It's a hotel.  I don't know if it's a major hotel, but --

14  Q.  You walk into it and there's a reception desk; is that

15  correct?

16  A.  I presume so, sir.

17  Q.  And there's a few hundred rooms in it; is that correct?

18  A.  I presume so, sir.

19  Q.  And there's conference rooms in it; is that correct?

20  A.  There's at least one conference room.

21  Q.  I don't remember if there's a pool.  Was there a pool in

22  there?

23  A.  I have no idea, sir.

24  Q.  Okay.

25          And there's restaurants in there?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 101 of 161
Miranda - cross by Spielfogel
119

1    A.   I think they mentioned a restaurant in the conversation.

2    Q.   And it's open to the public; is that correct?

3    A.   Probably so.

4    Q.   If you made a reservation, you could stay there; is that

5    correct?

6    A.   Yes, sir.

7    Q.   And that's where this undercover meeting took place; is

8    that correct?  At the Courtyard Marriott?

9    A.   That's correct.

10   Q.   Okay.

11           Now, also, at this meeting, people registered to come

12   to the meeting; is that correct?

13   A.   That's correct, sir.

14   Q.   Okay.

15           And you have already seen Philadelphia Hotel

16   Records -- Government Exhibit Philadelphia Hotel Records -- is

17   that correct?

18   A.   Yes, sir.

19   Q.   Actually, do you have those up there?

20           MR. SPIELFOGEL:  I think I'm about to get them.

21           (Brief pause.)

22           MR. SPIELFOGEL:  Your Honor, with your permission,

23   I'd approach the witness.

24           THE COURT:  You may.

25   BY MR. SPIELFOGEL:

Miranda - cross by Spielfogel

120

1    Q.  I'm going to show you what's been marked -- actually,

2    moved into evidence -- as Government Exhibit Philadelphia

3    Hotel Records.

4             (Document tendered.)

5    BY MR. SPIELFOGEL:

6    Q.  Now, have you seen those before?

7    A.  Yes, sir.

8    Q.  Okay.

9             Now, what I want to do is -- it's put actually as

10   number -- this is a group exhibit.  Do you see that, Agent?

11   A.  Yes, I do, sir.

12   Q.  Go to 12 and 13, at the end, if you would.

13   A.  Yes, sir, I have it.

14   Q.  Now, the name of the person who made this reservation,

15   what is his name?

16   A.  Hasan Sabri.

17   Q.  Okay.

18             And where did he say he was from?

19   A.  IAP Information Services.

20   Q.  What does IAP stand for?

21   A.  Islamic Association of Palestine.

22   Q.  Okay.

23             Now, in this receipt, we have down that there's a --

24   they're going to meet in Meeting Room B; is that correct?

25   A.  Yes, sir.

Miranda - cross by Spielfogel

121

1   Q.  And we have down a price that, I guess, he's paying for

2   the room.  Is that a reasonable inference from this?

3   A.  Yes, sir.

4   Q.  Okay.

5        And how much is he paying for the room on October the

6   2nd?

7   A.  A hundred and fifty dollars, sir.

8   Q.  And how many people does he expect to have?

9   A.  30 attendees.

10  Q.  Now, that is the real name of the person, Hasan Sabri; is

11  that correct?

12  A.  That's correct, sir.

13  Q.  So, he didn't use a pseudonym when he was going to this

14  undercover meeting, did he?

15  A.  No, he did not.

16  Q.  Okay.

17       And, then, we see he actually gets a bill for two

18  days.  The next day is, basically, the same information; is

19  that correct?

20  A.  That's correct, sir, other than the price.

21  Q.  Right.  He seems to be getting a discount the second day,

22  doesn't he?

23  A.  Yes, sir.

24  Q.  That's $75?

25  A.  Yes, sir.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 104 of 161
Miranda - cross by Spielfogel
122

1    Q.   Okay.

2         And he's got 30 attendees there; isn't that correct?

3    A.   Yes, sir.

4    Q.   And, you know, you testified earlier that you believed --

5    I think you said you didn't know, but you believed -- there

6    were approximately 21 or 22 people that attended; is that

7    correct?

8    A.   I think I said 20.

9    Q.   Is that what you said?

10   A.   Yes, sir.

11   Q.   Okay.

12        Well, with all these surveillance people -- or you

13   don't know exactly how many there were, but their job was to

14   take photos of the people who were there; isn't that correct?

15   A.   Yes, sir, it is their job.

16   Q.   And they were there for two days?

17   A.   I don't know if they were there for two days.

18   Q.   Well, the meeting was for two days.  Did they leave at

19   some point while the meeting was going on?

20   A.   I don't know that, sir.  I wasn't --

21   Q.   Okay.

22        Well --

23   A.   -- with the Bureau back then.

24   Q.   -- in any event, how many --

25        THE COURT REPORTER:  I'm sorry, I didn't hear the

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 105 of 161
Miranda - cross by Spielfogel
123

1    answer.

2              MR. SPIELFOGEL:  I'm sorry.

3              THE WITNESS:  I'm sorry.

4              I said I wasn't with the Bureau back then.

5    BY MR. SPIELFOGEL:

6    Q.  Well, but haven't you talked to people concerning a

7    surveillance that was conducted in 1993?

8    A.  No.  I've just read documents.

9    Q.  Okay.

10             Do you know who any of the agents are who were

11   present in 1993?

12   A.  I do not.

13   Q.  Do you know if any of them are still with the FBI?

14   A.  I do not.

15   Q.  So, the amount of photographs that you've seen of people

16   who attended are approximately how many?

17   A.  20.

18   Q.  And for all you know, there easily could have been another

19   ten; isn't that correct?

20   A.  Another ten attendees?  Is that --

21   Q.  That's correct.

22   A.  -- what you're saying, sir?

23   Q.  That's correct.

24             You didn't have anybody present in the conference

25   room, did you?

Miranda - cross by Spielfogel

1   A.   We had a video in the conference room.

2   Q.   You had a video in the conference room?

3   A.   That's right, sir.

4   Q.   Do you have that video?

5   A.   Do I have the video?

6   Q.   Yes.

7   A.   I have it back in Dallas.

8   Q.   Have you reviewed it?

9   A.   I have, sir.

10  Q.   Have you counted the people that were --

11  A.   I have, sir.

12  Q.   And how many were there?

13  A.   Approximately 17 to 20.

14  Q.   Okay.  Thank you.

15        Now, the other people who came to the conference and

16  who checked in at the Courtyard Marriott -- if you'd look at

17  Government Exhibit Philadelphia Hotel Records No. 2.

18  A.   Yes, sir.

19  Q.   Okay.

20        And we see -- why don't you do the pronunciation.

21  What's the pronunciation of the gentleman in No. 2?

22  A.   It says, "Baker Shukri," but I'm sure it's Shukri Abu

23  Baker.

24  Q.   Okay.

25        And that has down a list of charges that he ran while

Miranda - cross by Spielfogel

125

1   he was there for the two days?

2   A.  Yes, sir.

3   Q.  Appears he had dinner there; is that right?

4   A.  Yes, sir.

5   Q.  Okay.

6          And that name is his actual name?

7   A.  Well, it's backwards and spelled incorrectly, but I'll

8   agree with you in general.

9   Q.  Okay.

10         He didn't use a pseudonym when he went there; is that

11  correct?

12  A.  Not on this document he didn't.

13  Q.  Okay.

14         And the next one would be 3, and what's the name on

15  that?

16  A.  "Saleh Ghassan."

17  Q.  That's another gentleman who you say was present; is that

18  correct?

19  A.  Yes.  That's Ghassan Saleh.

20  Q.  And he's actually -- he didn't use a pseudonym, obviously?

21  A.  Not on this document, sir.

22  Q.  And, you know, we could go through -- what? --

23  approximately eight more of these, ten more of these; and, on

24  each one of them, we would see that the person who checked in

25  for this undercover meeting at this public hotel did so with

1   their own name; is that correct?

2        Take your time, Agent.

3   A.  Yes, sir, with their own name.

4   Q.  Now, this undercover meeting, this occurred in Conference

5   Room B; is that correct?

6   A.  Yes, sir.

7   Q.  Do you know where that was located in the hotel?

8   A.  No, I don't, sir.

9   Q.  You don't know whether it was downstairs or whether it was

10   on the first floor or where it was?

11   A.  I think it was on the ground floor, based on my review of

12   the video; but, I'm not certain of that.

13   Q.  Okay.

14        Are you aware whether the doors to Conference B,

15   while they were having this undercover meeting, were locked?

16   A.  I don't know that, sir.

17   Q.  Do you know whether they had security people on there?

18   A.  I'm sorry, sir?  Can you repeat the question?

19   Q.  Do you know whether there were security people stationed

20   outside the door to the conference room?

21   A.  I suspect there was.

22   Q.  I'm not asking you what you suspect, Agent.  I'm asking

23   you if you know whether there were security people standing

24   outside of Conference Room B while this conference --

25   A.  I don't know that.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 109 of 161
Miranda - cross by Spielfogel
127

1   Q.   Okay.

2        Do you know whether or not people were walking in and

3   out of that conference while it was going on?

4   A.   It appeared to be some people entering, yes.

5   Q.   And you know that because on some of the tapes, you hear

6   someone's knocking at the door and they're coming in; isn't

7   that correct?

8   A.   No, I didn't hear the knocking on the door.  I just saw --

9   Q.   You didn't see in the transcript --

10  A.   I was trying to answer, sir, I'm sorry.

11  Q.   I'm sorry.

12  A.   I didn't hear the knocking, but I did see people coming

13  back and forth.

14  Q.   I apologize for cutting you off.

15  A.   That's all right, sir.

16  Q.   Do you know how many hours --

17        MR. SPIELFOGEL:  Strike that.

18  BY MR. SPIELFOGEL:

19  Q.   The entire meeting was taped down in the conference room;

20  is that right?

21  A.   Yes, sir.

22  Q.   And approximately how many hours was the conference?  Just

23  approximately.

24  A.   Maybe 20 hours is a --

25  Q.   20 hours of --

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 110 of 161
Miranda - cross by Spielfogel
128

1    A.   Yes, sir.

2    Q.   Okay.

3         And there were also -- as we said, there were --

4    tapes on some phones; is that correct?

5    A.   Some intercepts on phones, yes, sir.

6    Q.   Yes.

7         And do you know approximately how much time was taped

8    regarding the phone calls?

9    A.   Not a lot.

10   Q.   A few hours?

11   A.   Not even that.

12   Q.   Okay.

13   A.   Maybe an hour or so.

14   Q.   Okay.

15        Now, when you looked at the surveillance photos and

16   gathered whatever information you could about the surveillance

17   that was conducted, did you become aware that when the guests

18   would come to the hotel, they would check in at the

19   receptionist desk?

20   A.   The video surveillance only covered the conference room,

21   sir.  I have no idea what you're talking about.

22   Q.   Okay.

23        So, you don't know where they checked in?

24   A.   Well, I presume they checked in at the -- where everybody

25   checks in.

Miranda - cross by Spielfogel

129

1   Q.  All right.

2         Well, let me ask you -- here's the point that I'm

3   getting to:  Were you aware that when they checked in, they

4   got a syllabus of what the meeting was going to be like, what

5   the stages of the meeting were?

6   A.  I'm not aware of any syllabus.  I'm aware of presentation

7   papers.

8   Q.  There was a list of that; is that correct?

9   A.  A list of -- can you elaborate on that, sir?

10  Q.  I'm sorry.

11        Were you aware that when they checked in, they were

12  given a list of what the symposium would consist of that they

13  were going to downstairs or in Conference B?

14  A.  I'm not aware of that as -- as -- you described it.

15  Q.  Okay.

16        Well, let me ask you this:  The government showed you

17  what was marked as Ashqar 485 -- and you know what?  I'll use

18  the Elmo for this.

19        I'm going to tender to you -- I don't believe you

20  have that in front of you.  You don't have the search

21  documents in front of you, do you?

22  A.  Yes, I do.

23  Q.  Okay.

24        Well, it would be Ashqar -- it will be easier --

25  actually, I'm going to need you to get it out of that.  That

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 112 of 161
Miranda - cross by Spielfogel
130

1   would be behind Tab No. -- I'm not certain.

2           THE COURT:  You can just use the Elmo, if you would

3   like.

4           MR. SPIELFOGEL:  That will be easier.  Thank you,

5   Judge.

6           THE COURT:  The witness can see it on his screen --

7           MR. SPIELFOGEL:  Okay.

8           THE COURT:  -- as well.

9           MR. SPIELFOGEL:  That's fine.

10  BY MR. SPIELFOGEL:

11  Q.  Are you aware that Ashqar 485 is what they received when

12  they came to the conference?

13  A.  No, I'm not aware of that, sir.

14  Q.  Okay.

15          Are you aware that it is a symposium -- it's a

16  listing of what is occurring at the symposium -- on the future

17  of Islamic work in North America for Palestine?

18  A.  Yes, sir, I can read that.

19  Q.  And you also see that it's October 2nd and 3rd of '93?

20  A.  Correct, sir.

21  Q.  What were the dates of the conference?

22  A.  October 2nd -- actually, the 1st through the 3rd, 1993.

23  Q.  Okay.

24          Well, the 1st was what, that Friday night?

25  A.  It's more of a travel day.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 113 of 161
Miranda - cross by Spielfogel
131

1   Q.  Right.

2        So, taking a look at Ashqar 4- -- and you're also

3  aware that means this was recovered from Dr. Ashqar's home

4  during a search that occurred in '93; is that correct?

5  A.  Yes, sir.

6  Q.  Okay.

7        So, let's look at this.  Would you agree with me,

8  Agent, that this lists what was to occur during the course of

9  the symposium that was being conducted on October 2nd and 3rd?

10  A.  Yes, sir.

11  Q.  Okay.

12        So, let's see what they were -- the symposium was set

13  up to do.

14        "Symposium goals:  Specifying strategies, policies

15  and structures for Islamic work in North America for Palestine

16  in the short and long terms in the following areas:  Political

17  work and public relations, grassroots work, charity work, and

18  media work."

19        So, those were to be part of what was to go on at

20  this meeting in Philadelphia; is that correct?

21  A.  That's what it says, yes, sir.

22  Q.  Well, and, in fact, that's what they discussed during the

23  meeting; isn't that correct?

24  A.  Yes, sir.

25  Q.  And, then, there was the administration of the symposium.

1    "The symposium will be divided in four sections on Saturday

2    and Sunday.  The presentation papers for Saturday's three

3    sessions will be collected and distributed.  The final session

4    on Sunday morning will be for reviewing, articulating

5    resolutions and agreeing on methodology for implementation."

6         That was the idea of what they were going to be doing

7    during the conference; is that correct?

8    A.  Yes, sir.

9    Q.  The first section -- session -- is going to be devoted to

10   the political situation, in general, and its impact upon work

11   in America, Saturday morning; and, then, it says who is going

12   to give papers; is that right?

13   A.  Yes, sir.

14   Q.  And, then, each session had its own moderator assigned to

15   it; is that correct?

16   A.  That's correct, sir.

17   Q.  Then we're going to have a second session.  And that

18   session -- that session -- is on charity work and its future

19   in the light of the changes.  And that's going to be in the

20   afternoon, correct?

21   A.  Yes, sir.

22   Q.  And papers are going to be presented by different people;

23   is that right?

24   A.  Yes, sir.

25   Q.  And we have the moderator for that, right?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 115 of 161
Miranda - cross by Spielfogel
133

1    A.  Yes, sir, that's correct.

2    Q.  The third session is going to be "Political, Media,

3    Grassroots, Public Relations in North America, the Challenges

4    of the Future -- " "The Challenges of the Future" is going to

5    be the evening session; is that correct?

6    A.  Yes, sir.

7    Q.  People are going to be assigned to write papers on that;

8    is that correct?

9    A.  Yes, sir.

10   Q.  And there's going to be a moderator for that; is that

11   correct?

12   A.  That's correct, sir.

13   Q.  And they're also going to be keeping minutes of the

14   meetings; is that correct?

15   A.  I'm not sure about minutes.  I know that they were

16   supposed to take notes so they can compile a list of

17   recommendations.

18   Q.  Okay.

19         You don't recall -- and I think I'm going to get to

20   that in the transcript -- where they say, "Someone needs to be

21   taking minutes"?

22   A.  I thought they said, "Someone needs to be taking notes."

23   I'm not sure --

24   Q.  Okay.

25   A.  -- if it's minutes, sir.

1    Q.  We'll get to that.

2            I want to talk to you for a second about -- you think

3    there were approximately, again -- I'm sorry to go back over

4    this, but you think there was approximately 20 people there.

5    You're not sure of the exact number; is that correct?

6    A.  In review of the videotapes, I counted at least 17.

7    Q.  Okay.

8    A.  But with people moving around --

9    Q.  It's hard to say?

10   A.  -- it's hard to say.  But I approximate about 17 to 20.

11   Q.  Okay.

12           Was one of those people who was at the meeting a

13   gentleman named Nihad Awad, A-w-a-d?

14           I may be pronouncing it wrong.

15   A.  I do not know if -- first off, the videotapes were not of

16   the quality that I could identify anybody by --

17   Q.  Okay.

18           Well, why don't we use --

19   A.  And off of the -- I'm sorry, sir.  Do you --

20   Q.  Yes.  Why don't --

21   A.  -- have particular questions?

22   Q.  -- I show you -- well, you have -- you have -- the

23   transcripts of the Philly meeting there, don't you?

24   A.  I do.

25           The key is listed as, "Nihad last name unknown."

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 117 of 161
Miranda - cross by Spielfogel
135

1    Q.  Okay.

2         Were you ever able to determine that, in fact, that

3    person was Nihad Awad?

4    A.  No, I was not.

5    Q.  Do you know who Nihad Awad is?

6    A.  I -- I -- know of a Nihad Awad.

7    Q.  I could be saying it wrong.  Is that -- you know who that

8    person is?

9    A.  I am familiar with that individual.

10   Q.  Do you have reason to believe that that is the Nihad that

11   they are referring to in this transcript?

12   A.  I believe he is a member of the Palestine Committee.  So,

13   it would be a reasonable inference to think that he may be --

14   Q.  Okay.

15   A.  -- one -- the same.

16   Q.  And you, of course, are aware that he's the Executive

17   Director of the Council of American Islamic Relations at this

18   time?

19   A.  I'm aware of that and a lot more.

20   Q.  Okay.

21        And that he's also -- in 1997, he joined the Civil

22   Rights Advisory Panel to the White House Commission on

23   Aviation Safety and Security?  Are you also aware --

24   A.  I'm not aware of that fact.

25   Q.  You're not aware of that fact?

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 118 of 161
Miranda - cross by Spielfogel
136

1  A.  No, I'm not, sir.

2  Q.  So, it would surprise you to know that that's what he was

3  placed on in 1997?

4  A.  No, it wouldn't surprise me at all, actually.

5  Q.  It wouldn't surprise you that he was a member of the Civil

6  Rights Advisory Panel to the White House Commission on

7  Aviation Safety and Security?

8  A.  No, it wouldn't, sir.

9  Q.  Okay.

10      Now, as the government began to go through with you,

11  there were some introductory remarks that were made at the

12  beginning of the meeting; is that correct?

13  A.  That's correct, sir.

14  Q.  And I'd ask your Honor if you could ask the jury to turn

15  to Tab 5, Page 9.

16      THE COURT:  Please turn to Tab 5, Page 9.

17      Of what binder, Mr. Spielfogel?

18      MR. SPIELFOGEL:  We're now in the Philly transcripts.

19      THE COURT:  Okay.

20      MR. SPIELFOGEL:  And that's where I'm going to be.

21      THE COURT:  The Philadelphia transcripts, Tab 5, Page

22  9.

23      Just give them a moment, please.

24      MR. SPIELFOGEL:  I should be remaining in this book

25  for the rest of the --

```
 1              THE COURT:  Okay.  We will not hold you to it.

 2              (Laughter.)

 3              (Brief pause.)

 4   BY MR. SPIELFOGEL:

 5   Q.  Now --

 6              THE COURT:  Tab 5.

 7              One moment.

 8              MR. SPIELFOGEL:  It's Tab 5, Page 9.

 9              THE COURT:  We are almost there.

10              MR. SPIELFOGEL:  Okay.

11   BY MR. SPIELFOGEL:

12   Q.  Now, I know the government read a section of this.  I want

13   to direct your attention to Line 27 through Line 36.

14   A.  Yes, sir.

15   Q.  Now, isn't it true that, at that time, a gentleman -- and

16   the initials are "Om" -- discussed what the meeting would be

17   about?

18   A.  Omar Ahmad.  Yes, he did, sir.

19   Q.  That's correct.

20              And he said, "This meeting was called for by the

21   Palestine Committee in order to have a seminar or a meeting to

22   the brothers present here today in order to study the

23   situation in light of the latest developments on the

24   Palestinian arena, its effects and impact on our work here in

25   America.  We wanted this program to be a quick one, so that we
```

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 120 of 161
Miranda - cross by Spielfogel
138

1   could implement what we get out from this meeting in our

2   upcoming festivals and in our activities, which will begin or

3   which have begun last week and which will continue until the

4   end of the year.  Also, we wanted to present some strategies

5   for work in the future.  So, we found some points, which we

6   asked all the brothers to look at some or all of them.  They

7   are:  Political activism, public relations, popular activism,

8   charity work, media work -- unidentified -- some papers, which

9   I have and brought with them."

10        That's what he set as the tone for what the meeting

11  was going to be about; is that correct?

12  A.  That's what he said, sir.

13  Q.  Okay.

14        Now, the idea of this meeting -- and one of the

15  speakers made this clear -- was, "We want a free flow of ideas

16  to take place during the meeting.  We don't want to be held

17  back by religious rulings.  We want to talk about whatever

18  ideas the people present here have."

19        Do you recall that?

20  A.  I -- I -- don't know if it was phrased --

21  Q.  Well, let's see --

22  A.  -- in that way, sir.

23  Q.  -- exactly how it's phrased.

24        Tab 18 --

25        MR. SPIELFOGEL:  I would ask your Honor to ask the

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 121 of 161
Miranda - cross by Spielfogel
139

1    jury to move to 18.

2            THE COURT:  Please turn to Tab 18 of the same binder.

3            MR. SPIELFOGEL:  Page 7.

4            THE COURT:  Page 7.

5            MR. SPIELFOGEL:  And I'm going to start on Line 34 on

6    that page and go to Page 8 through Line 1.

7            THE COURT:  Okay.  You may.

8    BY MR. SPIELFOGEL:

9    Q.  Isn't it true that as far as the free flow of ideas, the

10   following was said by whoever "Sh" is -- and, that's Shukri,

11   right?

12   A.  Shukri Abu Baker, yes, sir.

13   Q.  Okay.

14           "I have a small remark, a point and we will move

15   forward.  My brothers, frankly speaking, we have come from the

16   far ends of the world and it is a fundamental part of our work

17   is to be exposed to strange and somewhat new ideas.  I mean,

18   we don't have to follow the same routine.  The situation has

19   changed and I see that we bear each other.  The second thing

20   is that we shouldn't be hasty -- allow me, shouldn't be too

21   hasty with the Sharia rulings."

22           What are the Sharia rulings?

23   A.  Sharia is Islamic law, sir.

24   Q.  Thank you.

25           "I mean, we have a disagreement over an issue and he

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 122 of 161
Miranda - cross by Spielfogel
140

1   says, 'You've deviated from the religion.  What does the

2   Sharia says?'  For the Sharia to give a ruling on these

3   issues, my brother, you need a specialized council of scholars

4   which understands the issue.  But for someone to present

5   issues -- certain ideas which sound strange and, then, comes a

6   brother who wants to stop him and say, 'This is permissible or

7   prohibited by Sharia' -- my brothers, this is not a way for

8   discussion because you're blocking a lot of ideas."

9        Is that what was said about the free flow of ideas

10  that this gentleman who, basically, was running the meeting

11  wanted during the meeting?  Was that said, Agent?

12  A.  Can you give me a second to read a couple lines before

13  that?

14  Q.  I'm asking you the part that I read, was that said?

15  A.  I'm not disagreeing with what you just read, sir.

16  Q.  Thank you.

17  A.  You are saying, was that a part of the discussion of the

18  free flow of ideas?  And I am not certain that that applies to

19  a general concept or an idea elaborated immediately before

20  that, and I was just asking --

21  Q.  Agent, I'm asking you if that was said during the course

22  of the meeting --

23  A.  What --

24  Q.  -- just as the government asked you whether hundreds of

25  other things were said during the meeting.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 123 of 161
Miranda - cross by Spielfogel
141

1  A.   What --

2  Q.   So that we're not going into --

3  A.   Pardon me.

4  Q.   -- other areas.

5       Was that said during the meeting?

6  A.   What you just read was said in the meeting.

7  Q.   Thank you.

8       Now, again, the -- they got a little more specific at

9  this meeting and said that topics for the sessions are going

10 to be general political atmosphere, charity work, political

11 activism, media, PR and charity work; Sunday will be for

12 discussions on papers presented; minutes will be kept of those

13 meetings.

14      Do you recall that?

15 A.   I recall parts of that.  Can you --

16 Q.   Why don't we take a look at Tab 5, if we could.

17      THE COURT:  Please turn to Tab 5.

18      MR. SPIELFOGEL:  And that would be on Page 10.

19      THE COURT:  Page 10.

20      MR. SPIELFOGEL:  That's correct.

21      I'm sorry, your Honor, I believe I've already read

22 this.

23      THE COURT:  Do you want to read it, again?

24      MR. SPIELFOGEL:  No.  That will be fine.

25 BY MR. SPIELFOGEL:

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 124 of 161
Miranda - cross by Spielfogel
142

1    Q.  Let's go past that.

2           One of the first people who -- because I really don't

3    want to repeat something that either the government read or I

4    read that.

5           So, why don't we go to -- one of the first speakers

6    who spoke at the meeting was a person who had just come over

7    from Gaza to attend the meeting; is that correct?  Do you

8    recall that?

9    A.  I don't know if he just came over --

10   Q.  Well, let --

11   A.  -- or -- excuse me, sir.

12   Q.  I'm sorry.

13   A.  -- or returned.  Meaning I don't know that he is somebody

14   that is from Gaza --

15   Q.  I see.

16   A.  -- and has come to the meeting or somebody that resides in

17   the United States, has made a trip to Gaza and returned.

18   Q.  Okay.

19   A.  It's my impression it's the latter.

20   Q.  And, in any event, why don't we look at Tab 5, Page 14.

21          THE COURT:  Please turn to Tab 5, Page 14.

22   BY MR. SPIELFOGEL:

23   Q.  And this person, basically, gave them a firsthand report

24   on the current situation of what's going on in Gaza; isn't

25   that correct?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 125 of 161
Miranda - cross by Spielfogel
143

```
1            MR. SPIELFOGEL:  I'm getting to the lines.

2    BY MR. SPIELFOGEL:

3    Q.  Is that correct?

4    A.  Yes, sir.

5    Q.  Okay.

6            So, if we could look first at Lines 10 and 11, where

7    it says -- this person, "Ab"; is that correct?  Do you know

8    who "Ab" is?

9    A.  Sir, I'm not sure if I'm on the right page with you.  Did

10   you say Page 5?

11   Q.  Page four- -- if I did, I make a mistake.

12           MR. MOFFITT:  Tab 5.

13   BY MR. SPIELFOGEL:

14   Q.  Page 14.  Tab 5, Page 14.

15   A.  Tab 5, Page 14.  Correct.

16           Okay.  Sorry.

17           Go ahead, sir.

18   Q.  Line 10 and 11.

19   A.  Yes, sir.

20   Q.  This person says -- and do you know who "Ab" is?

21   A.  I can tell you in a second, sir.

22   Q.  So, you would only know by looking at the cover page; is

23   that correct?

24   A.  Yeah.  I'm not very familiar with this individual.

25   Q.  Okay.
```

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 126 of 161
Miranda - cross by Spielfogel
144

1        And he says, "I came back the day before.  I was

2   there for five weeks.  I mean, I was there before and after

3   the peace agreement"; is that correct?

4   A.  Yes, sir.

5   Q.  Now, going to Line 19 and to the end of that page, he then

6   gives a report; is that correct?

7   A.  (No response.)

8   Q.  Well, let me ask you this:  Does he say the following:

9        "In reality, Gaza sector is very bad economically.  I

10  mean, there are none of the fundamentals of the economy there.

11  There is nothing.  I mean, services, the educational aspect,

12  the health aspect, humanitarian aspect, municipal services,

13  any unemployment.  All of that exists in Gaza sector in a very

14  obvious manner.  I mean, sewerage, for example, sewerage in

15  Khan Younis is like a flood in the streets."

16       That's the report that he gave at the beginning of

17  the meeting; is that correct?

18  A.  Yes, sir.

19  Q.  Now, as I believe the government briefly brought out, one

20  of the big things about this meeting was they were discussing

21  the Oslo Accords; is that correct?

22  A.  Yes, sir.

23  Q.  Okay.

24       And, then, that was really one of the major topics;

25  is that right?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 127 of 161
Miranda - cross by Spielfogel
145

1   A.  Well, it was actually derailing the Oslo Accords, to be

2   more accurate.

3   Q.  Well, they were talking about what their position was

4   going to be regarding the Oslo Accords; isn't that correct?

5   A.  And their position was derailing it, sir; yes.

6   Q.  And we'll get to whether everyone believed that it should

7   be derailed, okay, in a minute.

8          But I'm asking you, was that one of the major topics

9   they were discussing?

10  A.  Yes, it was one of the major topics.

11  Q.  Okay.

12         Now, we're not going to go into a history of the Oslo

13  Accords, and I don't know if you're qualified to do that; but,

14  let me just ask you a couple questions about the Oslo Accords.

15         There was no question that those Accords left open

16  many critical issues to the Palestinian people; is that

17  correct?

18  A.  I'm not an expert on the Oslo Accords, but --

19  Q.  Settlements, refugees, boundaries, borders, all of those

20  issues were left wide open by the Accords; is that correct?

21         MS. HAMILTON:  Your Honor, I'm just going to object.

22  The witness already said he wasn't an expert on the Accords.

23         THE COURT:  Sustained.

24  BY MR. SPIELFOGEL:

25  Q.  Well, let me ask you this:  You're at a meeting and there

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 128 of 161
Miranda - cross by Spielfogel
146

 1   is no question -- I will agree with you, just about everyone

 2   there was against these Accords.  Is that correct?

 3   A.  Yes, sir.

 4   Q.  There were people who were against these Accords on both

 5   the Palestinian side and on the Israeli side; isn't that

 6   correct?

 7   A.  I don't know about that, sir.

 8   Q.  Well, do you know that in the Israeli Knesset, when they

 9   had the vote on the Oslo Accords, almost half of the Israelis

10   in the Knesset voted either against it or abstained?

11          MS. HAMILTON:  Your Honor, objection.

12          THE COURT:  You can answer, if you can, if you know.

13   BY THE WITNESS:

14   A.  I do not know that, ma'am.

15   BY MR. SPIELFOGEL:

16   Q.  And as you sit there as an agent -- and you've done some

17   study in this area -- you're not aware that there were many

18   scholars on both sides of that issue -- of the

19   Palestinian-Israeli conflict -- who disagreed with the peace

20   accords -- with the Oslo Accords?

21   A.  In my work as a counter-terrorism agent, I am aware that

22   Hamas and several other terrorist groups were extremely

23   opposed to the Oslo Peace Accords.

24   Q.  And it wasn't just terrorist groups that were opposed to

25   that agreement, and you know that; don't you, Agent?

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 129 of 161
Miranda - cross by Spielfogel
147

1   A.  I -- I -- work terrorist groups, sir.  So, I'm going to

2   have to concentrate on that.

3   Q.  So, that's what you know from the people you work with; is

4   that correct?

5   A.  Well, I also know that from the subjects here and those

6   others --

7   Q.  Do you --

8   A.  -- attending.

9   Q.  Do you ever look outside the people who you work with to

10  scholars who have written on this and realized that there are

11  so many of them who have written against these Accords?

12  A.  Sure, I'm aware of that.

13  Q.  And on the Israeli side, also; isn't that correct?

14  A.  I don't really know the Israeli position.  I'm more

15  familiar with how the terrorist groups view this.

16  Q.  And you're aware that one of the major reasons that they

17  were so against this is because it gave Yasir Arafat so much

18  power; isn't that correct?

19  A.  They didn't seem to like Yasir Arafat in the conference,

20  but it seemed to be there was some other reasons, as well --

21  Q.  And they made it --

22  A.  -- elaborated on, sir.

23  Q.  And they made it pretty clear in here that they felt he

24  was very corrupt, right?

25  A.  Yes.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 130 of 161
Miranda - cross by Spielfogel
148

1   Q.  And they felt that due to his corruption, these Accords

2   would never come to fruition, didn't they; and, that's

3   discussed throughout these transcripts, isn't it?

4   A.  That's only one aspect of what they talked about with

5   those Accords, sir.

6   Q.  And, in fact, they were absolutely 100 percent correct;

7   were they not?

8   A.  Were they -- were they -- correct?

9   Q.  The Oslo Peace Accords --

10  A.  On what aspect, sir?

11  Q.  The Oslo Peace Accords never came to fruition, just --

12  A.  Well --

13  Q.  -- as they said throughout this meeting they wouldn't?

14  A.  Can I answer that question, sir?

15  Q.  Yes.

16  A.  Well, due in large part to, I think, Hamas' operations to

17  include serious terrorist attacks -- which undermined the

18  Palestinian Authority as by design -- I think the Oslo Accords

19  have had a very difficult time being successful.

20  Q.  And it had absolutely nothing to do with the sheer

21  corruption of Yasir Arafat, did it?

22  A.  Well, again, whether the sheer corruption was involved or

23  not, I can say that Hamas played a very pivotal role in

24  ruining the chances for peace --

25  Q.  And --

Miranda - cross by Spielfogel

1    A.   -- yes.

2    Q.   -- that's your opinion from the work that you do in your

3    terrorist organization; is that correct?

4    A.   And from talking and -- to outside scholars and -- doing

5    the reading and that sort of thing, sir.

6    Q.   And it had nothing to do with the fact that when Yasir

7    Arafat was offered an agreement in the year 2000 by the United

8    States and by Israel, he turned it down?  That had nothing to

9    do with the falling of the Oslo Accords; is that correct?

10   A.   I'm not sure exactly to which -- what you are now

11   referring to, sir.  You're going to have -- can you elaborate

12   on that?

13   Q.   Do you recall that there was a meeting between Arafat and

14   Clinton and Barak, where they sat down in the year 2000 and

15   Arafat rejected the agreement with the Israelis?

16   A.   There are --

17   Q.   Are you aware that; "Yes" or "No"?

18   A.   I am aware of a lot of interaction between --

19   Q.   I'm just asking if you're aware of that.

20   A.   I'm not -- I'm not -- sure I know what you are speaking

21   about, sir.  So, I'm not gonna commit myself to an answer

22   where I don't understand your question.

23   Q.   You don't recall the Camp David meeting between Arafat and

24   Clinton and Barak?  Is that what you're telling me as a

25   counter-terrorism expert?

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 132 of 161
Miranda - cross by Spielfogel
150

1          MS. HAMILTON:  Your Honor, I'm going to object.

2          THE COURT:  On what basis?

3          MS. HAMILTON:  This is so far afield from this

4   witness' direct examination.  He said at the outset he wasn't

5   an expert in the peace accords.  He's answered a series of

6   questions about them.  We're now in 2000 Camp David, which has

7   nothing to do with --

8          MR. SPIELFOGEL:  He's trying to blame it on Hamas,

9   your Honor, and that's just so inaccurate; and, I believe that

10  since he made that statement, I can follow up in cross-

11  examination.

12         THE COURT:  It is cross-examination, so I will give

13  you some leeway.  But you are at your outer limits.

14         MR. SPIELFOGEL:  Okay.  I'll end shortly.

15  BY THE WITNESS:

16  A.  I am aware of Camp David meetings, yes, sir.

17  BY MR. SPIELFOGEL:

18  Q.  Yeah.

19         And are you aware that shortly after Yasir Arafat

20  refused to accept what was offered to him, that at that point

21  we started our next intifada?  Are you aware of that?

22  A.  We -- we -- started our next intifada?  I'm not sure --

23  Q.  When was the next intifada?

24  A.  Well, you started the first one in '87.  The next one that

25  I'm aware of is '99.

Miranda - cross by Spielfogel

151

1    Q.  Okay.

2         No --

3         MR. SPIELFOGEL:  Well, strike that.

4    BY MR. SPIELFOGEL:

5    Q.  There was an intifada after -- the second intifada was

6    after -- they failed to reach agreement in 2000; isn't that

7    correct?

8    A.  I'd have to go back and look at that, sir.

9    Q.  Okay.

10        Let's talk about this.  You're telling us that -- and

11   I agree with you, many of the people there were against the

12   peace accords; is that correct?

13   A.  Absolutely.

14   Q.  But there were several people -- there were several

15   different opinions expressed about what the association's

16   position on those accords should be.  It wasn't just one

17   position; is that correct?

18   A.  There were several positions on how the association should

19   address it and how it should behave to the American public.

20   Q.  Okay.

21        Let's talk about that.

22        I'd ask that the -- there were members there who said

23   that, "Even though it isn't popular now, we really need to

24   take a stand against this agreement at this time on principle;

25   isn't that correct?

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 134 of 161
Miranda - cross by Spielfogel
152

 1   A.   That's part of what was discussed, yes, sir.

 2   Q.   Let's take a look at Tab -- if we could, Tab -- 8, Page

 3   11.

 4          THE COURT:  Please turn to Tab 8 in your Philadelphia

 5   Conference binder, Page 11.

 6   BY MR. SPIELFOGEL:

 7   Q.   And I'd ask you to please take a look at Line -- it's all

 8   the way at the bottom, Line -- 43, going on to just the first

 9   paragraph of the next page, Page 12.

10          "Ak."  Who is "Ak"; do you know?

11   A.   Akram, I believe, but I'd have to take a look at the

12   front.

13   Q.   You'd have to look at the cover page to see who that

14   person is?

15   A.   Yes, sir, I would.

16   Q.   Okay.  I'd ask you to do that.

17   A.   I think it's Akram Barokshi (phonetic).  It says "Akram"

18   here.

19   Q.   Okay.

20          Did he say, "I believe that now, no matter what we

21   do, we will not achieve anything at any time soon.  But in a

22   year or two, people will look and the agreement is likely

23   marching to a failure."

24          I guess he was right about that; isn't that correct,

25   Agent?  It did march to a failure; did it not?

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 135 of 161
Miranda - cross by Spielfogel
153

 1   A.  I would say that it was brought to a failure, but --

 2   Q.  Okay.

 3          "They will look for those who were opposed to and who

 4   stood against the agreement who have a principle.  If you

 5   don't take a stand now, no one will look at you if you take a

 6   stand two years later."

 7          Is that what that gentleman said at that time?

 8   A.  Yes, sir.

 9   Q.  They also talked about the fact -- some of the people

10   talked about the fact -- that the American people respect

11   opposing ideas, as long as they're based on reason instead of

12   on personal attacks.

13          That was something that was said at the meeting;

14   isn't that correct?

15   A.  Yes, sir.

16          MR. SPIELFOGEL:  And just so we have the wording for

17   that, I'd ask us to please turn to Tab 25.

18          THE COURT:  Please turn to Tab 25.

19          MR. SPIELFOGEL:  Page 4.

20          THE COURT:  Page 4 of Tab 25.

21   BY MR. SPIELFOGEL:

22   Q.  And that would be turning your attention to Line 40.  And

23   that would be "Om."

24          Who is "Om"?

25   A.  That's Omar Ahmad, sir.

1          Can you give me the page number, again, sir?  Tab 12?

2   Q.  Page 4.

3   A.  Page 4.

4   Q.  Line 40.

5          Do you see it in there?

6          I'm sorry, do you have Tab 25?

7   A.  Oh, I'm sorry.  I have the wrong tab.

8          (Brief pause.)

9   BY THE WITNESS:

10  A.  I'm with you, sir.

11  BY MR. SPIELFOGEL:

12  Q.  Okay.

13         And Mr. Om -- I'm sorry, what did you say his name

14  was?

15  A.  Omar Ahmad.

16  Q.  Omar Ahmad said, "But I believe we are afraid of

17  something.  I believe that the American people are the most

18  people who accept contradiction, opposition and the fact that

19  there are some people who don't agree with others and

20  others -- really, I mean, the Americans are the most people

21  who accept these things because they have their own system,

22  and it is a system where opposition is clearly permissible."

23         Is that what one of the speakers said?

24  A.  That's what he said.

25  Q.  And if you'd take a look at Tab 19.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 137 of 161
Miranda - cross by Spielfogel
155

1          MR. SPIELFOGEL:  If we could?

2          THE COURT:  Please turn to Tab 19.

3          MR. SPIELFOGEL:  Page 1.

4          And that would be -- I'm starting on Line 13 after

5   the word "no."

6   BY MR. SPIELFOGEL:

7   Q.  Now, this would be "Ak," again, speaking; is that correct?

8   A.  That's correct, sir.

9   Q.  And did he say, "We should be clear in our position

10  regarding Palestine, either with an American person, a

11  Palestinian person -- " I'm sorry -- "a Palestinian person, an

12  Arab person or a Muslim person.  We might give one of them

13  more details than the other, but we shouldn't abandon our

14  right in '48 Palestine because, by God, America won't accept

15  it.  On the contrary, the Americans respect someone who has a

16  point of view which he holds onto and doesn't respect someone

17  who wears a different color every day and who doesn't take a

18  position."

19          Is that what that gentleman said at that time?

20  A.  That's what he said.

21  Q.  Now, there was also actually someone at the conference who

22  said, "You know, we're being too quick to condemn this peace

23  agreement, aren't we?"

24          Wasn't there a person who said that?

25  A.  Not quite certain.  Can you point to a reference, sir, and

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 138 of 161
Miranda - cross by Spielfogel
156

1    I could --

2    Q.  Well --

3    A.  -- review that?

4    Q.  -- do you recall someone saying that, "We shouldn't be so

5    hasty in being against this agreement"?  Do you remember that?

6    A.  That sounds familiar.

7    Q.  Okay.

8          So, what we had here -- and I'll get to that tab in a

9    second.  But what we had here was we had this free flow of

10   ideas that were originally talked about, that people were

11   expressing what their views were on the peace accord; isn't

12   that correct?

13   A.  You could couch it that way.

14   Q.  Okay.

15         Well, let's turn our attention to Tab 15, if we

16   could, Page 8.

17         THE COURT:  Please turn to Tab 15, Page 8.

18   BY MR. SPIELFOGEL:

19   Q.  And I'm going to start at Line 28.

20         Now, this person -- so, we have somebody here who we

21   don't know who he is; is that correct?

22   A.  That's correct, sir.

23   Q.  So, we call him "UM1"; is that right?

24   A.  Yes, sir.

25   Q.  There's another person here who we don't know, so we're

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 139 of 161
Miranda - cross by Spielfogel
157

1  calling him "UM2"; is that correct?  UM2?

2  A.  Yes, sir.

3  Q.  Well, UM1, whoever he was, he said, "Regarding your point,

4  I wanted to just throw some ideas, but I still have more ideas

5  than that.  I just wanted to throw the idea that when we

6  really examine our history, we find that when a state is

7  formed, we immediately take up the opposition spot and we

8  continue as opposition to this state until the end of time --

9  times.  We remain in the opposition, why?  As long as the

10  state exists and the structure exists, why don't we try to --

11  I mean, before Arafat signed the document, we said we are

12  against the agreement, against the state.  But now what

13  happened right now?  This is a reality and we cannot ignore

14  it.  Why do we have to be against this and against that?  It

15  is true that you are saying that you are in opposition in

16  order to take a historical stand.  We are not in disagreement.

17  I'm just throwing a wild idea, okay?  In order to really be

18  able to deal, comprehend and benefit from the resources and

19  the influence of this state or this structure, we must have an

20  organization which is affiliated with us to deal with this

21  state.  This is the -- "

22          And, then, someone says, "What is the form of

23  dealing?  What is the shape of dealing?"

24          No. 1 says, "Of course -- of course -- I'm not going

25  to defend this point."

1      The person says, "I mean, what are you going to do?
2  This is what I mean.  Explain this to us."

3      Then he says, "I believe that the Palestinian state
4  will begin handling donations, collections of donations and
5  foreign -- " "and handle foreign exchanges.  You can benefit
6  from this.  If you want to join the opposition, it is known
7  that you are Islamic and if you speak with them, no one will
8  grant you a foreign exchange or do anything favorable to you.
9  They might start media organizations abroad.  They might start
10  a media organization in America as America now is a front for
11  them.  Why don't you have an organization which can be adopted
12  by this Palestinian state?  As media organization, you could
13  issue a newspaper or a magazine which could be -- "

14      "How is that?

15      "Or you could be an educational institution sending
16  people on foreign exchanges.  I mean, I believe that the ideas
17  should be discussed so that we are not always taking a hundred
18  percent hostile side to something realistic."

19      Was that the position of one of the people who spoke
20  here?
21  A.  That's what he said, sir.
22  Q.  There was a whole series of conversations about the fact
23  that, "We're not against peace; we're against peace without
24  justice."

25      That occurred during the course of this meeting;

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 141 of 161
Miranda - cross by Spielfogel
159

1   isn't that correct?

2   A.  That -- that -- was one line that I'm aware of, but I

3   don't know that I would characterize it as a whole series of

4   conversations.

5   Q.  There was a conversation in which somebody got up and

6   said, "We must have peace.  I'm not against peace.  It's got

7   to be peace with justice."  And, then, a group of people said,

8   "Peace with justice."

9           Do you remember that?

10  A.  I remember that line.

11  Q.  Let me show you clearly.

12          I'd ask you to please turn to Tab 15, Page 3.

13          THE COURT:  Please turn to Tab 15, Page 3.

14          MR. SPIELFOGEL:  Line 16.

15  BY MR. SPIELFOGEL:

16  Q.  Now, let's see who is talking here.  This is an

17  unidentified individual, No. 2; is that correct?

18  A.  At Line 16, sir?

19  Q.  That's correct, on Page 3.

20  A.  That's correct.

21  Q.  And in this conversation -- whoever this was, because we

22  don't know who it is -- this person said, "I mean, someone

23  will ask you, 'Are you against peace?'  Tell him, 'No, we are

24  not opposed to peace as a peace, but we are against hypocrisy

25  because this peace is not just.  We are with all just peace.

1    Justice with peace.  Without justice -- even the African

2    Americans have this title, that there is not justice without

3    peace."

4            And, then, a group of people said -- several

5    voices -- "No peace without -- "

6            And, then, No. 2 continued, "No peace without

7    justice.  It is always a principle of peace with justice."

8            Do you see that?

9    A.  Yes, sir.

10   Q.  Is that what that person said?

11   A.  That's what he said.

12   Q.  And following that, isn't it clear that they make -- that

13   they make -- the speaker makes -- clear that the way to obtain

14   peace with justice is through awareness?

15           Do you see that?

16           "What I mention -- " I'm sorry, this would be on Line

17   27:  "What I mentioned is that the motto is awareness?"

18            Do you see that?

19   A.  I see that line, sir.

20   Q.  And, then, after that, he lists an entire group of ways

21   that "we have to bring awareness to our people"; is that true?

22   A.  Yes, sir.

23   Q.  And in that group of things that he suggests, that in

24   order to bring peace with justice through awareness, he talks

25   about, "You have to have conferences of our leaders."

Miranda - cross by Spielfogel

1          Do you agree with that?

2          I can --

3    A.  No, I see that, sir.  I was just reading it.

4    Q.  "We need to issue statements.  We need to have student

5    activism beginning in the universities.  We need to have

6    different political dialogues with other organizations.  We

7    need to arrange courses and arrange for cultural and political

8    seminars for teachers who attend the conferences.  We need to

9    make a film -- " this is on Page 4.  Actually, I'd like to

10   read this.

11         On Page 4, beginning on Line 32.

12         "Of course, making a documentary -- " and, by the

13   way, this is, again, the unidentified No. 2.

14         Line 32:  "Of course, making a documentary showing

15   the continuation of suffering.  A film must be quickly made

16   and we must try to circulate it in the festivals.  I mean, to

17   be shown in the festivals.  Collecting cassettes for speeches

18   and lectures about the issue and publishing them.  We should

19   try to make a library for the tapes and audio for every

20   speaker who delivers a speech on the subject, for every

21   brother who has spoken about the subject.  They ought to be

22   collected, made available.  Like they say, feed them to the

23   people until they get full.  Another thing is preparing a

24   historical museum.  A museum ought to be put together.  We

25   have a museum, but it needs to be developed so that it can go

1    on a tour because this world -- " "because this would really

2    be a part of public awareness so we can renew for them the

3    meaning of Palestine and Jerusalem."

4           Is that what was said at that time?

5    A.  Yes, but I think you skipped over the most significant

6    part.

7    Q.  And which part is that, Agent?

8    A.  The line on 14, where it says, "We don't want the children

9    of the community who are raised here in schools and in Islamic

10   schools and non-Islamic schools to grow up surrendering to the

11   issue of peace with the Jews.  And, I mean, we don't -- "

12   Q.  And --

13   A.  " -- we don't see in ten years the growing generations in

14   America surrendering to peace with Jews."

15   Q.  These people at this meeting believed in the Palestinian

16   people.

17          Do you understand that?

18   A.  I think they believe in the Palestinian people -- the

19   segment of the Palestinian people -- known as Hamas.  That's

20   what I think they believe in.

21   Q.  That's the only people they care about; is that your

22   opinion?

23   A.  They -- no.  Let me point something out.  Their words

24   said --

25   Q.  I'm asking you --

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 145 of 161
Miranda - cross by Spielfogel
163

1   A.   -- the people --

2   Q.   -- if that is your opinion.

3   A.   -- the first circle --

4          MS. HAMILTON:  Your Honor --

5          MR. SPIELFOGEL:  Your Honor --

6          THE COURT:  Wait, wait, wait.

7          MR. SPIELFOGEL:  -- he's not answering --

8          THE COURT:  Agent --

9          MR. SPIELFOGEL:  -- my question.

10          THE COURT:  Yes.

11          Listen to Mr. Spielfogel's question and answer his

12   question.

13          THE WITNESS:  Yes, ma'am.

14          Go ahead, sir.

15   BY MR. SPIELFOGEL:

16   Q.   The people here that are speaking here are speaking about

17   the plight of the Palestinian people.  Would you agree with me

18   on that?

19   A.   No, I would not agree with you entirely with that.

20   Q.   They're only talking about themselves; is that your

21   opinion in this?

22   A.   Well, I think it's interesting that you use the word

23   "themselves" when I'm talking about Hamas.

24          But the point being, they are looking first to how

25   they have to operate in the United States in order to support

Miranda - cross by Spielfogel

 1    the movement.  That's the -- that's the -- gist of this whole

 2    meeting.  And the movement is clearly Hamas, sir.

 3              Now, they, themselves --

 4    Q.  Which --

 5    A.  -- use -- can I finish my answer, sir?

 6    Q.  Yeah, why don't you finish your answer.

 7    A.  Okay.

 8              They, themselves, said that they first wanted to look

 9    to the people closest to them, then they would look outside to

10    a larger circle.  The people to them -- closest to them -- are

11    clearly Hamas.  So, when you ask me, sir, about --

12              MR. MOFFITT:  Objection.

13    BY THE WITNESS:

14    A.  -- the Palestinian people --

15              MR. MOFFITT:  Objection.  704(b).

16              THE COURT:  Ms. Hamilton?

17              MS. HAMILTON:  I have no idea why Mr. Moffitt is

18    objecting during the middle of the witness' answer to

19    Mr. Spielfogel's question.

20              And I don't even understand what the objection is.

21              MR. MOFFITT:  Well, perhaps you should read 704(b).

22              THE COURT:  Mr. Moffitt -- Mr. Moffitt -- come on

23    now.  I know it is getting --

24              MS. HAMILTON:  Based on the answer being given --

25              THE COURT:  Wait, wait, wait.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 147 of 161
Miranda - cross by Spielfogel
165

1           MS. HAMILTON:  -- I just --

2           THE COURT:  Ms. Hamilton, wait, wait, wait.

3           I know it is getting late in the day, but we are not

4    going to do that.

5           I know what 704(b) is.

6           Your objection is overruled.

7           Agent, please listen to the question and answer

8    Mr. Spielfogel's question.

9           THE WITNESS:  Yes, ma'am.

10          THE COURT:  Ms. Hamilton will have the opportunity to

11   redirect you, if she so chooses.

12          THE WITNESS:  Yes, ma'am.

13   BY MR. SPIELFOGEL:

14   Q.  And here's my question.

15   A.  Yes, sir.

16   Q.  My question is:  That as you sit there, in your mind you

17   really believe that these people who are present at this

18   meeting care about nothing other than Hamas; they don't care

19   about the Palestinian people?  Is that your belief as you sit

20   there?

21   A.  That was not my answer.  My answer --

22   Q.  I'm asking you --

23          THE COURT:  Wait.

24   BY MR. SPIELFOGEL:

25   Q.  -- if that's your belief.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 148 of 161
Miranda - cross by Spielfogel
166

1            THE COURT:  Answer the question, please.

2  BY MR. SPIELFOGEL:

3  Q.  Is that what you believe as you sit there?

4  A.  That is not how I would phrase it, sir.

5  Q.  Because millions have voted them as a legitimate

6  government of the Palestinian people as you and I sit here

7  today; isn't that true?

8  A.  Are we talking about Hamas, sir?

9  Q.  That's correct.

10  A.  I don't know if it's millions; but, yes, they were voted

11  in.

12  Q.  They are now the government; is that right?

13  A.  That's correct.

14  Q.  You think everybody who voted for them is a member of

15  Hamas?

16            MS. HAMILTON:  Objection.  Speculation.

17            MR. SPIELFOGEL:  Well --

18            THE COURT:  Sustained.

19  BY MR. SPIELFOGEL:

20  Q.  They've gotten jobs for hundreds of thousands of people in

21  an area where they couldn't get jobs --

22            MS. HAMILTON:  Objection.

23  BY MR. SPIELFOGEL:

24  Q.  -- isn't that true?

25            MS. HAMILTON:  Assuming facts not in evidence and

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 149 of 161
Miranda - cross by Spielfogel
167

 1    it's argumentative.

 2         MR. SPIELFOGEL:  You know what?  I think Dr. Levitt

 3    testified to that.  So, it is in evidence.

 4         THE COURT:  Well, Dr. Levitt was an expert.  I think

 5    you are going beyond what this witness knows --

 6         MR. SPIELFOGEL:  No, because his own --

 7         THE COURT:  Wait.  Mr. Spielfogel, let me finish.

 8         MR. SPIELFOGEL:  I'm sorry, Judge.

 9         THE COURT:  You are going to get Joe mad at you.

10         I think you are going beyond what this witness has

11    testified he is qualified to testify about.

12         MR. SPIELFOGEL:  I'll move on, your Honor.

13         THE COURT:  Good idea.

14    BY MR. SPIELFOGEL:

15    Q.  Now, also, they talked about that another way, in order to

16    bring about awareness; is that, "We have to have festivals for

17    the people -- and they're not all Hamas people -- to come and

18    be able to talk at these festivals and present their own

19    ideas."

20         Do you remember that?

21    A.  Well, I know they talked about festivals.  I'm not sure

22    about the ideas at the festivals, sir.

23    Q.  Well, then let's take a look.

24    A.  Yes, sir.

25    Q.  Let's take a look at Tab 15.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 150 of 161
Miranda - cross by Spielfogel
168

1        THE COURT:  Please turn to Tab 15, ladies and

2   gentlemen.

3        MR. SPIELFOGEL:  Page 5, if we could.

4        THE COURT:  Page 5.

5   BY THE WITNESS:

6   A.  Yes, sir.

7   BY MR. SPIELFOGEL:

8   Q.  Line 6.

9        THE COURT:  Tab 15, Page 5, Line 6.

10       Okay.

11  BY MR. SPIELFOGEL:

12  Q.  "As for the festivals, it is suggested to have a 30-minute

13  segment for the participants to come on the stage and express

14  their opinions.  I mean, they hand over the microphone to

15  people to come and express their views, whether he is in

16  support or opposition.  Let people express their views and

17  have them registered, so that the festival is not only for

18  people to listen to you.  Let people express themselves -- "

19  "let people express themselves, which would be of a variety at

20  the festival."

21       Is that what was said?

22  A.  That's what was said.

23  Q.  Do you think he's talking about only Hamas people there in

24  that statement?

25  A.  No, not in that statement, no.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 151 of 161
Miranda - cross by Spielfogel
169

1  Q.  He's talking about the people who live in Gaza and the

2  West Bank; isn't that correct?

3  A.  No, sir.  He's talking about festivals in the United

4  States.

5  Q.  Festivals in the United States.

6         That are attended by whom?

7  A.  Well, actually, I've reviewed a lot of the tapes seized

8  from the Holy Land Foundation of some of these festivals.

9  Q.  Did people come and give their own views at these

10  festivals?

11  A.  No, I don't recall that at all.  I do --

12  Q.  You don't recall that, but at this -- at this --

13  conference in Philly, this man was suggesting that, "We should

14  allow people to come and give their views, whether it's in

15  favor of our position or against our position"; isn't that

16  true?  Whether in support or not?

17  A.  He's -- he's -- suggesting that they allow participants to

18  express their opinions -- that's what it says -- whether he is

19  in support or opposition; that's correct.

20  Q.  They talked about the need -- as far as awareness goes,

21  the need -- to publish articles in the United States and to be

22  able to get articles in the United States into the occupied

23  territories.

24         Do you recall that?

25  A.  Yes, sir.

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 152 of 161
Miranda - cross by Spielfogel
170

1   Q.  And that that's not an easy thing to do, to get articles

2   from here into the occupied territories, because when you try

3   to do that, they get intercepted by the Israeli government;

4   isn't that correct?

5   A.  I don't know if that's correct or not.

6   Q.  They talked about the fact, as far as awareness goes, that

7   you need to sponsor people from the inside to come to the

8   United States on scholarships to study law, political science,

9   mass communications and to get these people, after they've

10  studied, to return to the inside and to become leaders.

11          Didn't they talk about that?

12  A.  Yes.  They said those areas were needs of the movement.

13  Q.  Agent, there was also a great deal of conversation during

14  the course of the two-day conference about charitable

15  organizations; is that correct?

16  A.  Yes, sir.

17  Q.  And I believe the government read a small part of one of

18  these.  I'd like to turn your attention, if we could, to Tab

19  11, Page 2.

20          THE COURT:  Please turn to Tab 11, Page 2.

21  BY MR. SPIELFOGEL:

22  Q.  And we have a -- this is Muin speaking; is that correct?

23  A.  Muin Shabib, yes, sir.

24  Q.  Okay.

25          So, on Page 2, this is going to be a little bit

Miranda - cross by Spielfogel

1    lengthy, but we're going to turn our attention to Line 12 on

2    Page 2 and I'm going to go through the next page talking about

3    charitable work.

4            Did this gentleman say the following:

5            "We could say that even during the intifada, the

6    organizational presence in the occupied territories was not at

7    the needed level.  I tried to gather the type of organizations

8    which exist in the occupied territories and I believe I

9    classified them in ten categories.  We have the educational

10   organizations, such as kindergartens and schools; the social

11   and charitable organizations, such as Zakat committees,

12   relief, the ones caring for the orphans, prisons and others;

13   the intellectual organizations, such as research centers;

14   health institutions, the majority of which are affiliated with

15   Zakat committees.  Five, the public syndicates; six, the

16   technical institutions relating to machines, factories and

17   others; sport institutions and clubs; media organizations,

18   such as offices and newspapers.  Number nine is the

19   educational, such as the Koran schools and Mohamed's Sayings

20   schools and women organizations.  Organizations in the Gaza

21   sector, generally speaking, are limited.  If we speak in

22   general terms about our organizations in the Gaza sector, they

23   are limited and I will try to mention them quickly.  The main

24   organization, and which is known to belong to us, is Islamic

25   University in the Gaza sector and we will speak about the

1  solution.  We will mention it because it is really a wound in

2  the heart."

3         Then I believe the government ruling -- reading --

4  ended here.

5         I go on:  "Number two, the Islamic Complex which was

6  founded in 1973 and licensed in 1976.  The Complex's

7  activities at that time was more inclusive.  The Islamic

8  Society which was founded in 1976.  Al Salah Society in the

9  Gaza sector which oversees the sacrifices and other things.

10 The Young Muslim Women Association and, then, Al Wafa Society

11 for Senior Care, the Orphans House, some of the Zakat

12 committees, some public services institutions which obtained

13 new licenses, such as Justice and Law Institution which cares

14 for the prisoners.  In the West Bank, in the north region

15 which includes Nablus, Jenin, Qalqilia and Al Biqa'a -- "

16 excuse my pronunciation " -- they were -- " "there was

17 relatively old activity such as Nablus Zakat Committee in

18 Nablus, which was founded in 1976.  It is very advanced in

19 comparison with the other committees.  For instance, they have

20 over a thousand orphans, over 2,200 families which are

21 sponsored monthly, they have investment activities and other

22 activities.  But when we speak about it as Zakat committee, we

23 tie it to us.  In reality, we are Islamics -- " "Islamists

24 have a weak presence in it.  That is if we speak about

25 reality.  But I wanted to mention it quickly, as time doesn't

Miranda - cross by Spielfogel

173

 1   permit more details.  In the north, there is also a clinic,

 2   the Islamic Solidarity Clinic, which was founded in 1984 and

 3   it is almost the largest medical centers in the West Bank, as

 4   it includes 12 specialized doctors.  It has ophthalmology

 5   clinic, a dentistry clinic, an X-ray clinic and it covers the

 6   northern region serving about 300,000 of the population there.

 7   There is also Solidarity Charitable Society.  Our problem,

 8   brothers, is that we establish organizations and others reap

 9   the fruits.  Solidarity Charitable Society was founded by the

10   city's scholars and by Islam's scholars in this region from

11   the Islamic Movement and others, but now ask how is our

12   presence and how it is controlled over.  In reality, our

13   presence is relatively weak.  When we come to the main

14   activity, which is the Zakat committees in Jenin, for

15   instance, and elsewhere.  In Jenin, the Zakat committee there

16   has built a hospital which is really ours for the Islamics

17   either in management or in the teams working in it.  In Jenin,

18   there is a large Islamic school and there is an orphans'

19   center.  Tulkarem are about -- are now about to build -- to

20   start building a hospital affiliated with the Zakat committee.

21   In Qalqilia, we have the Legal Institute For Studies less than

22   -- graduate studies -- two years of studying at the

23   institution or what you call it."

24          Is that what was said at that time about charities --

25   A.  Yes, sir.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 156 of 161
Miranda - cross by Spielfogel
174

1   Q.   -- and education?

2   A.   That's what they said.

3   Q.   They also talked about later on -- there was one of the

4   speakers who said, "You know, we sent $1.25 million -- we sent

5   $1.25 million -- in relief -- 1.25 directly for relief.

6   900,000 of those dollars actually got directly to relief

7   people."

8          And that person was concerned about the fact that,

9   "We don't have enough money to pay the people who are working

10  there, to pay their salaries, because the money is going

11  directly to the refugees."

12         Do you recall that conversation?

13  A.   I recall the figure.  I don't recall entirely.

14  Q.   Tab 12, Page 10.

15         THE COURT:  Please turn to Tab 12, Page 10, for the

16  last transcript of the evening.

17         I see lots of smiles, Mr. Spielfogel.

18         (Laughter.)

19         MR. SPIELFOGEL:  So, with your permission, Page --

20  Line 32 through 37.

21  BY MR. SPIELFOGEL:

22  Q.   And this is, again, the -- Baker; is that correct?

23  A.   Shukri Abu Baker of the HLF, yes, sir.

24  Q.   "900,000 of it, out of the 1.25 million, went to relief --

25  or what do you call to relief?  Relief in a form or another.

Case 1:03-cr-00978   Document 1074   Filed 01/05/09   Page 157 of 161
Miranda - cross by Spielfogel
175

 1   All of it for relief.  There has not been one project for us.

 2   Of course, what I can do is to be careful because you never

 3   hear about a person who dies out of hunger.  He takes care of

 4   his needs, but when you want to -- don't you need salaries for

 5   employees at the end of the month?  Otherwise, you will have

 6   to close the school."

 7           Is that what was said at that time during this

 8   conference?

 9   A.  Yes, sir.

10           THE COURT:  Let us end for the evening.

11           Remember, ladies and gentlemen, tomorrow is Friday.

12   So, our schedule is a little bit different.  If you would

13   please meet on the 2nd Floor by quarter to 9:00, we will get

14   started when you are up here.  And, then, we will go through

15   just a half-day.

16           Remember, do not discuss the case.  Do not read,

17   watch or listen to any media coverage.  Have a great evening.

18           (Jury out.)

19           THE COURT:  Agent, you may step down.

20           THE WITNESS:  Yes, ma'am.

21           THE COURT:  Please make sure you are here tomorrow by

22   about 20 to 9:00.

23           THE WITNESS:  Yes, ma'am.

24           THE COURT:  Remember, you have been tendered for

25   cross-examination.  You may not discuss your testimony with

Case 1:03-cr-00978  Document 1074  Filed 01/05/09  Page 158 of 161
Miranda - cross by Spielfogel
176

 1    any of the prosecutors in the case.  Okay?

 2             THE WITNESS:  Yes, ma'am.

 3             THE COURT:  Tomorrow, my guess is Agent Miranda will

 4    be on the stand for a little bit.

 5             Who is after Agent Miranda?

 6             MR. SCHAR:  Judge, my guess is we'll play calls and

 7    -- I know we will play calls and probably call one of the

 8    agents to publish some more documents.  We do not have an

 9    outside witness available for tomorrow.

10             And we are doing everything we can for Wednesday, as

11    well, but we're having difficulty getting people to agree to

12    come in and out the day before Thanksgiving.  So, we're trying

13    to find -- we're trying to get as much as we can in Monday and

14    Tuesday, and we will try to find something to do on Wednesday,

15    as well, and maybe find somebody in the Chicago area who is

16    available.

17             THE COURT:  Wednesday will be a half day, given that

18    it is the Wednesday before Thanksgiving.  If we end a little

19    early, my guess is nobody will complain.

20             MR. MOFFITT:  I won't.

21             THE COURT:  I will not.

22             You will?

23             MR. MOFFITT:  I won't.

24             THE COURT:  You will not.

25             I will not, either, Mr. Moffitt.

1          MR. DEUTSCH:  Judge, I wanted to make a request of

2    you.

3          There is a conference this Thanksgiving at the

4    Rosemont Crown Plaza.

5          MR. MOFFITT:  Without interrupting, Dr. Ashqar has to

6    take his wife to the airport.  Can he leave?

7          THE COURT:  Certainly.  Certainly.

8          You are excused.

9          THE DEFENDANT ASHQAR:  Thank you.

10         THE COURT:  I will see you tomorrow morning.

11         MR. DEUTSCH:  There's a conference on Palestine at

12   the Crown Plaza Hotel in Rosemont.  It's from November 23rd to

13   November 25th, and Mr. Salah would like to attend the

14   conference and stay overnight at the hotel on the 23rd and the

15   24th.

16         THE COURT:  Is there any objection to that?

17         MR. SCHAR:  As long as I can get a photocopy of

18   that --

19         MR. DEUTSCH:  I'll make a copy of that.

20         MR. SCHAR:  -- I have no objection.

21         MR. DEUTSCH:  Okay.  I will make you a copy.

22         THE COURT:  Okay.

23         I will modify the conditions of his bond to allow him

24   to do so.

25         MR. DEUTSCH:  Okay.

1          THE COURT:  I know there are two motions still:  The

2    one regarding the American Consulate and the one that you

3    filed, Mr. Moffitt.  I will likely take those up tomorrow when

4    we break for the day, since it is a half-day and the witness

5    is not going to be appearing tomorrow.

6          Yes?  You looked like you were going to say

7    something.

8          MR. DEUTSCH:  Is it -- I mean, maybe they don't.  If

9    they don't, they don't.  On Monday or Tuesday, do we know who

10   the live witnesses --

11         MR. SCHAR:  We will talk about this tonight and try

12   and figure out exactly who we'll be calling on Monday.

13         THE COURT:  I would like to know tomorrow at the end

14   of the day who all of your witnesses are for next week --

15         MR. SCHAR:  Okay.

16         THE COURT:  -- since it is a short week.

17         MR. SCHAR:  Got it.

18         THE COURT:  I have a ruling for you, too, that will

19   be handed to you.  It is a CIPA ruling.  This is, hopefully,

20   the last CIPA issue.  It is the written ruling that I promised

21   you would come regarding the substitutions.

22         Everything I have said to you is oral already.  It

23   contains CIPA materials.  So, there is a public version that

24   has been issued.  I will give you each a copy of this one.  It

25   is consistent with our extensive hearings that we had on the

1   issue.

2           Anything else?

3           MR. FERGUSON:  No, Judge.

4           THE COURT:  Have a good evening.  I will see you

5   tomorrow.

6           Try to be here by about 20 to 9:00 -- because my

7   guess is, based on their past, they will be up here and ready

8   to go by 20 till -- so, we can get started.

9           MR. SCHAR:  Judge, the only other thing is we're

10  supposed to use the elevators closest to right here, right?

11          THE COURT:  Correct.  The jurors --

12          MR. SCHAR:  Okay.

13          THE COURT:  -- coming in at the far end.  Correct.

14          MR. SCHAR:  Not the ones at the north end?

15          THE COURT:  Correct.

16          MR. SCHAR:  Got it.  Okay.

17          THE COURT:  Okay.  I will see you tomorrow.

18          Jim will give you these.

19                      *    *    *    *    *

20  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

21

22

    _____    _____, 2006
23  Official Court Reporter

24

25