# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 978 - 2 | **DATE** | 9/20/2011 |
| **CASE TITLE** | United States vs. Muhammad Salah | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/20/11. Defendant's motion for early termination of supervised release [1092] is granted.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | KF |
|---|---|---|